# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N. <br><br> *Plaintiff* <br><br> v. <br><br> WILLIAM BYRON LEE, Governor of the State of Tennessee; and LISA PIERCEY, Commissioner <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. **3-19-0328** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GOVERNOR WILLIAM BYRON LEE
State Capitol, 1st Floor
600 Dr. Martin L. King, Jr. Blvd.
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John T. Winemiller
Merchant & Gould, PC
9717 Cogdill Rd, Suite 101
Knoxville, TN 37932

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/23/2019_____       _____[signature]_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N. <br><br> *Plaintiff* <br> v. <br> WILLIAM BYRON LEE, Governor of the State of Tennessee; and LISA PIERCEY, Commissioner <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. **3-19-0328** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LISA PIERCEY
Commissioner of the Tennessee Department of Health
710 James Robertson Parkway
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John T. Winemiller
Merchant & Gould, PC
9717 Cogdill Rd, Suite 101
Knoxville, TN 37932

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/23/2019

*Signature of Clerk or Deputy Clerk*