# UNITED STATES DISTRICT COURT
# DISTRICT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., *Plaintiffs*, v. WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, *Defendants*. | Civil Action No. 3:19-cv-328<br><br>Jury Trial Demanded |

## PLAINTIFF L.G.'S MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY AND FOR A PROTECTIVE ORDER

Plaintiff L.G., by and through her undersigned counsel, respectfully moves this Court for leave to proceed pseudonymously and for a protective order, in order to protect her identity from public disclosure.

For the reasons explained in Plaintiff's concurrently filed Memorandum of Law in support of this Motion, Plaintiff respectfully requests that the Court enter an order (1) granting her leave to proceed pseudonymously and (2) protecting her identity from public disclosure. Plaintiff further requests such other and further relief to which she may be justly entitled.

In accordance to paragraph 5.08 of the Court's Administrative Practices and Procedures for Electronic Case Filing, a proposed order is attached hereto.

Dated: April 24, 2019

Respectfully submitted,

*s/John T. Winemiller*

| | |
|---|---|
| Stuart C. Plunkett* | John T. Winemiller (TN 021084) |
| BAKER BOTTS L.L.P. | MERCHANT & GOULD |
| 101 California Street, Suite 3600 | 9717 Cogdill Road, Suite 101 |
| San Francisco, CA 94111 | Knoxville, TN 37932 |
| Phone: (415) 291-6200 | Phone: (865) 380-5960 |
| Facsimile: (415) 291-6300 | Facsimile: (612) 332-9081 |
| stuart.plunkett@bakerbotts.com | JWinemiller@merchantgould.com |
| | |
| Maddy Dwertman* | Omar Gonzalez-Pagan* |
| BAKER BOTTS L.L.P. | LAMBDA LEGAL DEFENSE AND |
| 98 San Jacinto Boulevard, Suite 1500 | EDUCATION FUND, INC. |
| Austin, TX 78701-4078 | 120 Wall Street, 19th Floor |
| Phone: (512) 322-2500 | New York, NY 10005-3919 |
| Facsimile: (512) 322-2501 | Telephone: (212) 809-8585 |
| maddy.dwertman@bakerbotts.com | Facsimile: (212) 809-0055 |
| | ogonzalez-pagan@lambdalegal.org |
| | |
| Brandt Thomas Roessler* | Tara L. Borelli* |
| BAKER BOTTS L.L.P. | LAMBDA LEGAL DEFENSE AND |
| 30 Rockefeller Plaza | EDUCATION FUND, INC. |
| New York, NY 10112-4498 | 730 Peachtree Street NE, Suite 640 |
| Phone (212) 408-2500 | Atlanta, GA 30318-1210 |
| Facsimile: (212) 408-2501 | Telephone: (404) 897-1880 |
| brandt.roessler@bakerbotts.com | Facsimile: (404) 897-1884 |
| | tborelli@lambdalegal.org |
| | |
| Kathryn S. Christopherson* | Sasha Buchert* |
| BAKER BOTTS L.L.P. | LAMBDA LEGAL DEFENSE AND |
| 1001 Page Mill Rd., Bldg. One, Suite 200 | EDUCATION FUND, INC. |
| Palo Alto, CA 94304-1007 | 1776 K Street NW, Suite 722 |
| Phone: (650) 739-7500 | Washington, DC 20006 |
| Facsimile: (650) 739-7699 | Telephone: (202) 804-6245 |
| kathryn.christopherson@bakerbotts.com | sbuchert@lambdalegal.org |

* Application for admission *pro hac vice* forthcoming.

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2019 I filed the foregoing *Plaintiff L.G.'s Motion for Leave to Proceed Pseudonymously and for a Protective Order* electronically through the Court's CM/ECF system. Parties may access this filing through the Court's system. In addition, a process server will serve via hand-delivery a copy of this document on the defendants, William Byron Lee and Lee Piercey, along with the Summons and Complaint.

*s/ John T. Winemiller*
John T. Winemiller
