# UNITED STATES DISTRICT COURT
# DISTRICT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | Civil Action No. 3:19-cv-328 <br><br> Jury Trial Demanded |

## PLAINTIFF K.N.'S MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY AND FOR A PROTECTIVE ORDER

Plaintiff K.N., by and through her undersigned counsel, respectfully moves this Court for leave to proceed pseudonymously and for a protective order, in order to protect her identity from public disclosure.

For the reasons explained in Plaintiff's concurrently filed Memorandum of Law in support of this Motion, Plaintiff respectfully requests that the Court enter an order (1) granting her leave to proceed pseudonymously and (2) protecting her identity from public disclosure. Plaintiff further requests such other and further relief to which she may be justly entitled.

In accordance to paragraph 5.08 of the Court's Administrative Practices and Procedures for Electronic Case Filing, a proposed order is attached hereto.

Dated: April 24, 2019

Respectfully submitted,

*s/John T. Winemiller*
John T. Winemiller (TN 021084)
MERCHANT & GOULD
9717 Cogdill Road, Suite 101
Knoxville, TN 37932
Phone: (865) 380-5960
Facsimile: (612) 332-9081
JWinemiller@merchantgould.com

Stuart C. Plunkett*
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Phone: (415) 291-6200
Facsimile: (415) 291-6300
stuart.plunkett@bakerbotts.com

Maddy Dwertman*
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
Phone: (512) 322-2500
Facsimile: (512) 322-2501
maddy.dwertman@bakerbotts.com

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
　EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005-3919
Telephone: (212) 809-8585
Facsimile: (212) 809-0055
ogonzalez-pagan@lambdalegal.org

Brandt Thomas Roessler*
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Phone (212) 408-2500
Facsimile: (212) 408-2501
brandt.roessler@bakerbotts.com

Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
　EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

Kathryn S. Christopherson*
BAKER BOTTS L.L.P.
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304-1007
Phone: (650) 739-7500
Facsimile: (650) 739-7699
kathryn.christopherson@bakerbotts.com

Sasha Buchert*
LAMBDA LEGAL DEFENSE AND
　EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245
sbuchert@lambdalegal.org

* Application for admission *pro hac vice* forthcoming.

## CERTIFICATE OF SERVICE

    I hereby certify that on April 24, 2019 I filed the foregoing *Plaintiff K.N.'s Motion for Leave to Proceed Pseudonymously and for a Protective Order* electronically through the Court's CM/ECF system. Parties may access this filing through the Court's system. In addition, a process server will serve via hand-delivery a copy of this document on the defendants, William Byron Lee and Lee Piercey, along with the Summons and Complaint.

                                  *s/ John T. Winemiller*
                                  John T. Winemiller