UNITED STATES DISTRICT COURT
DISTRICT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | Civil Action No. 3:19-cv-328 <br><br> Jury Trial Demanded |

**[PROPOSED] ORDER OF PROTECTION GRANTING LEAVE FOR PLAINTIFF K.N. TO PROCEED PSEUDONYMOUSLY**

This matter having come before the Court on Plaintiff K.N.'s motion for leave to proceed pseudonymously and for a protective order, and the Court having reviewed Plaintiff's motion and for good cause shown, it is hereby ORDERED that,

1. Plaintiff K.N. be permitted to bring this action as K.N. to protect her identity from public disclosure;

2. In all publicly filed documents, Plaintiff K.N. shall be identified only as K.N.;

3. All documents filed with this Court that contain the full name of Plaintiff K.N. or contain information that identifies her, directly or indirectly, shall be filed under seal;

4. Upon request, Plaintiff K.N. will disclose her identity to counsel for Defendants. In that event, Plaintiff need only disclose the minimum information necessary for Defendants to present their defense;

1

5. Counsel for Defendants may only disclose Plaintiff K.N.'s identity to the Defendants, their agents, and to any experts retained in this case, but only to the minimum extent necessary to litigate this action;

6. Every individual to whom disclosure of Plaintiff K.N.'s identity is made shall read and be bound by this Order. Counsel for Defendants shall ensure that persons to whom disclosure is made under paragraphs 4 and 5 above are aware of this Order;

7. Under no other circumstances shall any party or any other person intentionally disclose Plaintiff K.N.'s identity without her counsel's written consent; and

8. If any specific issues related to nondisclosure of Plaintiff K.N.'s identity arise during the course of this action, the parties shall seek to resolve those issues without court intervention. If the parties cannot agree, they shall seek further clarification from this Court.

IT IS SO ORDERED.

_____
United States District Judge

Dated: _____, 2019