UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> Defendants. | Civil Action No. 3:19-cv-328 <br><br> Jury Trial Demanded |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for KAYLA GORE, JASON SCOTT, L.G., and K.N. hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

                                         *s/ Stuart C. Plunkett*
                                         Stuart C. Plunkett

Name: Stuart C. Plunkett (California State Bar No. 187971)

Address: Baker Botts LLP

101 California Street, Suite 3600

San Francisco, CA 94111

Phone: (415) 291-6203

Email: stuart.plunkett@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019 I filed the foregoing *Motion for Admission Pro Hac Vice* electronically through the Court's CM/ECF system. Parties may access this filing through the Court's system. In addition, a process server will serve via hand-delivery a copy of this document on the defendants, William Byron Lee and Lee Piercey, along with the Summons and Complaint.

*s/ John T. Winemiller*
John T. Winemiller

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Stuart Christopher Plunkett

Bar Number 187971

was duly admitted to practice in this this Court on 12/16/1997, and is in good standing as a member of the bar of this Court.



Signed on March 26, 2019 by

_Susan Y. Soong_
Susan Y. Soong, Clerk of Court

