UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JASON SCOT; L.G.; and K.N., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 3:19-cv-328<br>)<br>) Jury Trial Demanded |
| WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for KAYLA GORE, JASON SCOTT, L.G., and K.N. hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States Court of Appeals for the Second Circuit. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

*s/ Madeline Rose Dwertman*
Madeline Rose Dwertman

Name: Madeline Rose Dwertman (Texas State Bar Number: 24092371)

Address: Baker Botts, LLP

98 San Jacinto Boulevard, Suite 1500

Austin, TX 78701

Phone: (512) 322-2500

Email: maddy.dwertman@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019 I filed the foregoing *Motion for Admission Pro Hac Vice* electronically through the Court's CM/ECF system. Parties may access this filing through the Court's system. In addition, a process server will serve via hand-delivery a copy of this document on the defendants, William Byron Lee and Lee Piercey, along with the Summons and Complaint.

*s/ John T. Winemiller*
John T. Winemiller

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# CERTIFICATE OF GOOD STANDING

I, CATHERINE O'HAGAN WOLFE, Clerk of the United States Court of Appeals for the Second Circuit,

CERTIFY that **MADELINE ROSE DWERTMAN** is admitted to practice in said Court on April 21st, 2017 and is in good standing.

Dated: March 26, 2019

**CATHERINE O'HAGAN WOLFE**
Clerk of Court

Kevin Brofsky
Deputy Clerk