UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> Defendants. | Civil Action No. 3:19-cv-328 <br><br> Jury Trial Demanded |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for KAYLA GORE, JASON SCOTT, L.G., and K.N. hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

*s/Brandt Thomas Roessler*
Brandt Thomas Roessler

Name: Brandt Thomas Roessler (New York State Bar Number: 5505706)

Address: Baker Botts, LLP

30 Rockefeller Plaza

New York, NY 10112-4498

Phone: (212) 408-2583

Email: brandt.roessler@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019 I filed the foregoing *Motion for Admission Pro Hac Vice* electronically through the Court's CM/ECF system. Parties may access this filing through the Court's system. In addition, a process server will serve via hand-delivery a copy of this document on the defendants, William Byron Lee and Lee Piercey, along with the Summons and Complaint.

*s/ John T. Winemiller*
John T. Winemiller

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## BRANDT THOMAS ROESSLER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 27, 2017**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**March 20, 2019**

3784

*Clerk of the Court*