UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> Defendants. | Civil Action No. 3:19-cv-328 <br><br> Jury Trial Demanded |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for KAYLA GORE, JASON SCOTT, L.G., and K.N. hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

*s/ Kathryn S. Christopherson*
Kathryn S. Christopherson

Name: Kathryn S. Christopherson (California State Bar No. 322289)

Address: Baker Botts LLP

1001 Page Mill Rd., Bldg. One, Suite 200

Palo Alto, CA 94304

Phone: (650) 739-7520

Email: kathryn.christopherson@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019 I filed the foregoing *Motion for Admission Pro Hac Vice* electronically through the Court's CM/ECF system. Parties may access this filing through the Court's system. In addition, a process server will serve via hand-delivery a copy of this document on the defendants, William Byron Lee and Lee Piercey, along with the Summons and Complaint.

*s/ John T. Winemiller*
John T. Winemiller

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Kathryn S. Christopherson
Bar Number 322289

was duly admitted to practice in this Court on 3/18/2019, and is in good standing as a member of the bar of this Court.

Signed on March 26, 2019 by

Susan Y. Soong, Clerk of Court

