# UNITED STATES DISTRICT COURT
# DISTRICT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | Civil Action No. 3:19-cv-328 <br><br> Jury Trial Demanded |

## MOTION FOR ADMISSION PRO HAC VICE OF OMAR GONZALEZ-PAGAN

Pursuant to Local Rule 83.01(d), the undersigned counsel, Omar Gonzalez-Pagan, an attorney with Lambda Legal Defense and Education Fund, Inc., 120 Wall Street, 19th Floor, New York, New York 10005, hereby move for permission to appear *pro hac vice* as counsel for Plaintiffs Kayla Gore, Jason Scott, L.G., and K.N. in this action. I hereby certify that I am a member in good standing of the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings, except as disclosed herein. I am also familiar with the Local Rules of this Court, and understand I shall be subject to the disciplinary jurisdiction of this Court.

Dated: April 25, 2019

Respectfully submitted,

*s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan
LAMBDA LEGAL DEFENSE AND
 EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005-3919
Telephone: (212) 809-8585
Facsimile: (212) 809-0055
ogonzalez-pagan@lambdalegal.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019 I filed the foregoing *Motion for Admission Pro Hac Vice* electronically through the Court's CM/ECF system. Parties may access this filing through the Court's system. In addition, a process server will serve via hand-delivery a copy of this document on the defendants, William Byron Lee and Lee Piercey, along with the Summons and Complaint.

*s/ John T. Winemiller*
John T. Winemiller

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

_____**OMAR GONZALEZ-PAGAN**_____ , Bar # _____**OG2885**_____

was duly admitted to practice in this Court on

____**SEPTEMBER 29th, 2015**____ , and is in good standing as a member of the Bar of this Court.

Dated at  500 Pearl Street
<u>New York, New York</u>     on     _____**APRIL 18th, 2019**_____

_____Ruby J. Krajick_____
Clerk

by _____[signature]_____
Deputy Clerk