# UNITED STATES DISTRICT COURT
# DISTRICT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | Civil Action No. 3:19-cv-328 <br><br> Jury Trial Demanded |

## MOTION FOR ADMISSION PRO HAC VICE OF TARA L. BORELLI

Pursuant to Local Rule 83.01(d), Tara L. Borelli, an attorney with Lambda Legal Defense and Education Fund, Inc., 730 Peachtree Street N.E., Suite 640, Atlanta, Georgia, 30308, hereby moves for permission to appear *pro hac vice* as counsel for Plaintiffs Kayla Gore, Jason Scott, L.G., and K.N. in this action. I hereby certify that I am a member in good standing of the United States Court of Appeals for the Eleventh Circuit. Attached is a Certificate of Good Standing from that Court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings. I am also familiar with the Local Rules of this Court, and understand I shall be subject to the disciplinary jurisdiction of this Court.

* * *

Motion for Admission Pro Hac Vice
of Tara L. Borelli

Case 3:19-cv-00328   Document 15   Filed 04/25/19   Page 1 of 3 PageID #: 104

Dated:  April 25, 2019

Respectfully submitted,

    *s/ Tara L. Borelli*
Tara L. Borelli
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
730 Peachtree St. NE, Ste. 640
Atlanta, GA 30308
Telephone: (470) 225-5341
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019 I filed the foregoing *Motion for Admission Pro Hac Vice* electronically through the Court's CM/ECF system. Parties may access this filing through the Court's system. In addition, a process server will serve via hand-delivery a copy of this document on the defendants, William Byron Lee and Lee Piercey, along with the Summons and Complaint.

    *s/ John T. Winemiller*
    John T. Winemiller

# Certificate of Good Standing

United States of America  }
Eleventh Circuit Court of Appeals  } §.

I, David J. Smith, Clerk of Court for the United States Court of Appeals for the Eleventh Circuit, do hereby certify that

## Tara L. Borelli

was duly admitted to practice in said Court on November 5, 2014, and is in good standing as a member of the bar of said Court.

Dated in Atlanta, Georgia on April 9, 2019

DAVID J. SMITH,
CLERK OF COURT

By: _____
Tresa Porter, Deputy Clerk