# UNITED STATES DISTRICT COURT
# DISTRICT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | Civil Action No. 3:19-cv-328 <br><br> Jury Trial Demanded |

## MOTION FOR ADMISSION PRO HAC VICE OF SASHA BUCHERT

Pursuant to Local Rule 83.01(d), Sasha Buchert, an attorney with Lambda Legal Defense and Education Fund, Inc., 1776 K Street, NW, Suite 722, Washington, DC 20006, hereby moves for permission to appear *pro hac vice* as counsel for Plaintiffs Kayla Gore, Jason Scott, L.G., and K.N. in this action. I hereby certify that I am a member in good standing of the United States Court of Appeals for the Federal Circuit. Attached is a Certificate of Good Standing from that Court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings. I am also familiar with the Local Rules of this Court, and understand I shall be subject to the disciplinary jurisdiction of this Court.

* * *

Dated: April 25, 2019

Respectfully submitted,

    *s/ Sasha Buchert*
Sasha Buchert
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
1776 K Street, NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245
sbuchert@lambdalegal.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2019 I filed the foregoing *Motion for Admission Pro Hac Vice* electronically through the Court's CM/ECF system. Parties may access this filing through the Court's system. In addition, a process server will serve via hand-delivery a copy of this document on the defendants, William Byron Lee and Lee Piercey, along with the Summons and Complaint.

    *s/ John T. Winemiller*
John T. Winemiller

# United States Court of Appeals for the Federal Circuit

## Certificate of Good Standing

I, Peter R. Marksteiner, Clerk of Court, certify that

**Sasha Jean Buchert**

was duly admitted to practice in this court on January 06, 2017, and is in good standing as a member of the bar of this court.

On: April 19, 2019

By: *[signature]*

Deputy Clerk

Dated at: 717 Madison Place, N.W.
Washington, DC

Peter R. Marksteiner
Clerk of Court

*This Certificate is valid for 90 days from the date issued*