UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KAYLA GORE, ET AL., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | NO. 3:19-cv-00328 |
|  | ) | JUDGE RICHARDSON |
| WILLIAM BYRON LEE, ET AL., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

Having satisfied the requirements of Local Rule 83.01(b), the motions to appear p*ro hac vice* (Doc. Nos. 10, 11, 13, 14, 15, and 16) of Stuart C. Plunkett, Madeline Rose Dwertman, Kathryn S. Christopherson, Omar Gonzalez-Pagan, Tara L. Borelli, and Sasha Buchert are GRANTED.

_____
VICKI R. KINKADE
ACTING CLERK OF COURT