UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., </br></br>Plaintiffs,</br></br>v.</br></br>WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health,</br></br>Defendants. | Civil Action No. 3:19-cv-328</br></br>Jury Trial Demanded |

## NOTICE

The undersigned counsel for KAYLA GORE, JASON SCOTT, L.G., and K.N. files the attached Certificate of Good Standing for Brandt Thomas Roessler in accordance with the deficiency notice received from the Court on April 26, 2019.

Respectfully submitted,

*s/John T. Winemiller*
John T. Winemiller (TN 021084)
MERCHANT & GOULD
9717 Cogdill Road, Suite 101
Knoxville, TN 37932
Phone: (865) 380-5960
Facsimile: (612) 332-9081
jwinemiller@merchantgould.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2019, I filed the foregoing *Notice* electronically through the Court's CM/ECF system. Parties may access this filing through the Court's system. In addition, a copy of this notice will be served via U.S. Mail on the defendants:

Governor William Byron Lee
State Capitol, 1st Floor
600 Dr. Martin L King Jr. Blvd.
Nashville, TN 37243

Commissioner Lee Piercey
710 James Robertson Parkway
Nashville, TN 37243

*s/ John T. Winemiller*
John T. Winemiller