# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CERTIFICATE OF GOOD STANDING

I, **CATHERINE O'HAGAN WOLFE**, Clerk of the United States Court of Appeals for the Second Circuit,

CERTIFY that Brandt Thomas Roessler, was duly admitted to practice in said Court on April 29, 2019 and is in good standing.

**CATHERINE O'HAGAN WOLFE**
Clerk of Court

Dated: April 30, 2019
New York, New York

By: *Joseph M. Rodriguez*
Joseph M. Rodriguez
Deputy Clerk