UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE, ET AL., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   NO. 3:19-cv-00328 |
| | )   JUDGE RICHARDSON |
| WILLIAM BYRON LEE, ET AL., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear p*ro hac vice* (Doc. No. 12) of Brandt Thomas Roessler is GRANTED.

_____
VICKI R. KINKADE
ACTING CLERK OF COURT