# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N. <br><br> *Plaintiff* <br><br> v. <br><br> WILLIAM BYRON LEE, Governor of the State of Tennessee; and LISA PIERCEY, Commissioner <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. **3-19-0328** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GOVERNOR WILLIAM BYRON LEE
State Capitol, 1st Floor
600 Dr. Martin L. King, Jr. Blvd.
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John T. Winemiller
Merchant & Gould, PC
9717 Cogdill Rd, Suite 101
Knoxville, TN 37932

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: _____04/23/2019_____    _____
*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gov William Bryon Lee
was received by me on *(date)* 4/29/19.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Rachel Davis 301 6th Ave North Nashville TN, who is designated by law to accept service of process on behalf of *(name of organization)* TN Gov Governor William Bryan Lee on *(date)* 4/29/19; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/29/19

*Server's signature*
Process Server

THE MUSIC CITY PROCESS
KEVIN FAHERTY
PO BOX 90331
NASVHILLE, TN 37209

Additional information regarding attempted service, etc:

---

*Stamp (top right):*
Service accepted on behalf of Defendant Gov. William Lee in official capacity only
this April 29, 2019
Jonathan Skrmetti, Chief Deputy