> Motion, DE24 is GRANTED.
> /s/ Barbara D. Holmes

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

___

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, ) <br> ) <br> *Defendants*. ) | No. 3:19-cv-00328 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Barbara D. Holmes |

___

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendants, by and through the undersigned and pursuant to Fed. R. Civ. P. 6(b) and LR 6.01 respectfully move for an extension of their responsive pleading deadline through June 17, 2019. In support of this Motion, Defendants state as following:

1. Defendants were served on April 29, 2019.

2. Defendants' current responsive pleading deadline is May 20, 2019.

3. Defendants are requesting an extension of the responsive pleading deadline through June 17, 2019.

4. The current Case Management Conference is scheduled for June 24, 2019.

5. Defendants' extension should not impact any current deadlines.

6. The appropriate officials were not fully available to consider the issues raised by the Complaint, and Defendants' extension will allow them the necessary time to fully consider and respond to the Complaint.

7. Defendants have consulted with Plaintiffs' counsel, and Plaintiffs' counsel do not oppose this motion.

For the foregoing reasons, Defendants respectfully request that the Court extend the time for Defendants to file their responsive pleading through June 17, 2019.

Dated: May 16, 2019

Respectfully Submitted

*s/ Dianna Baker Shew*
Dianna Baker Shew   (BPR #: 012793)
Assistant Attorney General
Nicholas R. Barry   (BPR #: 031963)
Assistant Attorney General
Sara E. Sedgwick   (BPR #: 004336)
Senior Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN  37202
(615) 741-3491

*Counsel for the Defendants*

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2019 I filed the foregoing *Defendants' Unopposed Motion for an Extension of Time to File a Responsive Pleading* and served it electronically through the Court's CM/ECF System on the following people:

| | |
|---|---|
| Stuart C. Plunkett<br>BAKER BOTTS L.L.P.<br>101 California Street, Suite 3600<br>San Francisco, CA 94111<br>Phone: (415) 291-6200<br>Facsimile: (415) 291-6300<br>stuart.plunkett@bakerbotts.com | John T. Winemiller (TN 021084)<br>MERCHANT & GOULD<br>9717 Cogdill Road, Suite 101<br>Knoxville, TN 37932<br>Phone: (865) 380-5960<br>Facsimile: (612) 332-9081<br>JWinemiller@merchantgould.com |
| Maddy Dwertman<br>BAKER BOTTS L.L.P.<br>98 San Jacinto Boulevard, Suite 1500<br>Austin, TX 78701-4078<br>Phone: (512) 322-2500<br>Facsimile: (512) 322-2501<br>maddy.dwertman@bakerbotts.com | Omar Gonzalez-Pagan<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, NY 10005-3919<br>Telephone: (212) 809-8585<br>Facsimile: (212) 809-0055<br>ogonzalez-pagan@lambdalegal.org |
| Brandt Thomas Roessler<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112-4498<br>Phone (212) 408-2500<br>Facsimile: (212) 408-2501<br>brandt.roessler@bakerbotts.com | Tara L. Borelli<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>730 Peachtree Street NE, Suite 640<br>Atlanta, GA 30318-1210<br>Telephone: (404) 897-1880<br>Facsimile: (404) 897-1884<br>tborelli@lambdalegal.org |
| Kathryn S. Christopherson<br>BAKER BOTTS L.L.P.<br>1001 Page Mill Rd., Bldg. One, Suite 200<br>Palo Alto, CA 94304-1007<br>Phone: (650) 739-7500<br>Facsimile: (650) 739-7699<br>kathryn.christopherson@bakerbotts.com | Sasha Buchert<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>1776 K Street NW, Suite 722<br>Washington, DC 20006<br>Telephone: (202) 804-6245<br>sbuchert@lambdalegal.org |

*s/ Dianna Baker Shew*
Dianna Baker Shew