UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 3:19-cv-328<br>)<br>) Jury Trial Demanded |
| WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION

In accordance with this Court's Practice and Procedure Manual, Section III.A regarding initial case management conferences, Plaintiffs move the Court for leave to allow the undersigned, John T. Winemiller, to stand in for their lead counsel, Omar Gonzalez-Pagan, at the scheduling conference to be held on Monday, June 24, 2019. Mr. Gonzalez-Pagan is currently hospitalized and awaiting surgery. Although he is expected to make a complete recovery, he will be physically unable to travel to Nashville next week. Mr. Winemiller will have access to Mr. Gonzalez-Pagan's calendar for purposes of scheduling case management deadlines and selecting a target trial date. Mr. Winemiller will be accompanied by Tara Borelli and Brandt Roessler; all three have made appearances for Plaintiffs.

During the parties' conference required by Rule 26(f) of the Federal Rules of Civil Procedure, held on June 18, 2019, counsel for Plaintiffs made counsel for Defendants aware of their intent to file this motion. Counsel for Defendants indicated they would not oppose the requested relief.

Respectfully submitted,

*s/John T. Winemiller*
John T. Winemiller (TN 021084)
MERCHANT & GOULD
9717 Cogdill Road, Suite 101
Knoxville, TN 37932
Phone: (865) 380-5960
Facsimile: (612) 332-9081
jwinemiller@merchantgould.com

Stuart C. Plunkett*
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Phone: (415) 291-6200
Facsimile: (415) 291-6300
stuart.plunkett@bakerbotts.com

Maddy Dwertman*
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
Phone: (512) 322-2500
Facsimile: (512) 322-2501
maddy.dwertman@bakerbotts.com

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005-3919
Telephone: (212) 809-8585
Facsimile: (212) 809-0055
ogonzalez-pagan@lambdalegal.org

Brandt Thomas Roessler*
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Phone (212) 408-2500
Facsimile: (212) 408-2501
brandt.roessler@bakerbotts.com

Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

Kathryn S. Christopherson*
BAKER BOTTS L.L.P.
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304-1007
Phone: (650) 739-7500
Facsimile: (650) 739-7699
kathryn.christopherson@bakerbotts.com

Sasha Buchert*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245
sbuchert@lambdalegal.org

* Admitted *pro hac vice*

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, a copy of the foregoing *Motion* was filed electronically. Notice of this filing was served upon Defendant's counsel of record via email through the court's electronic filing system:

DIANNA BAKER SHEW BPR 012793
Assistant Attorney General
(615) 532-1969
dianna.shew@ag.tn.gov
NICHOLAS R. BARRY BPR 031963
Assistant Attorney General
(615) 741-8726
nick.barry@ag.tn.gov
SARA E. SEDGWICK BPR 004336
Senior Assistant Attorney General
(615) 532-2589
sara.sedgwick@ag.tn.gov
P.O. Box 20207
Nashville, TN 37202

Parties may access this filing through the Court's electronic filing system.

*s/ John T. Winemiller*
John T. Winemiller