# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health,<br><br>*Defendants*. | No. 3:19-CV-00328<br><br>DISTRICT JUDGE RICHARDSON<br>MAGISTRATE JUDGE HOLMES |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE A RESPONSIVE PLEADING**

Plaintiffs, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.01, respectfully move for an extension of their deadline to respond to Defendants' Motion to Dismiss through July 29, 2019. In support of this Motion, Plaintiffs state the following.

1. Defendants filed and served their Motion to Dismiss on Monday, June 17, 2019.

2. Plaintiffs' current responsive pleading deadline is Monday, July 1, 2019.

3. Plaintiffs respectfully request an extension of the responsive pleading deadline through Monday, July 29, 2019.

4. An initial Case Management Conference is currently scheduled for Monday, June 24, 2019.

5. Plaintiffs' requested extension should not impact any current deadlines.

1

6. Plaintiffs seek an extension of time to file a responsive pleading not for purposes of delay, but so that their counsel may have adequate time to prepare the response. Plaintiffs' lead counsel, Omar Gonzalez-Pagan, was recently involved in an accident and is presently hospitalized. The anticipated extent of Mr. Gonzalez-Pagan's hospitalization and recovery is not presently clear.

7. Plaintiffs have consulted with Defendants' counsel, who do not oppose this Motion.

For the foregoing reasons, Plaintiffs respectfully request that the Court extend the time for Plaintiffs to file their responsive pleading through <u>Monday, July 29, 2019</u>.

*[Remainder of Page Intentionally Blank]*

Dated: June 21, 2019

Respectfully submitted,

*/s/ John Winemiller*

| | |
|---|---|
| Stuart C. Plunkett* | John T. Winemiller |
| BAKER BOTTS L.L.P. | MERCHANT & GOULD |
| 101 California Street, Suite 3600 | 9717 Cogdill Road, Suite 101 |
| San Francisco, CA 94111 | Knoxville, TN 37932 |
| Phone: (415) 291-6200 | Phone: (865) 380-5960 |
| Facsimile: (415) 291-6300 | Facsimile: (612) 332-9081 |
| stuart.plunkett@bakerbotts.com | JWinemiller@merchantgould.com |
| | |
| Maddy Dwertman* | Omar Gonzalez-Pagan* |
| BAKER BOTTS L.L.P. | LAMBDA LEGAL DEFENSE AND |
| 98 San Jacinto Boulevard, Suite 1500 |    EDUCATION FUND, INC. |
| Austin, TX 78701-4078 | 120 Wall Street, 19th Floor |
| Phone: (512) 322-2500 | New York, NY 10005-3919 |
| Facsimile: (512) 322-2501 | Telephone: (212) 809-8585 |
| maddy.dwertman@bakerbotts.com | Facsimile: (212) 809-0055 |
| | ogonzalez-pagan@lambdalegal.org |
| Brandt Thomas Roessler* | |
| BAKER BOTTS L.L.P. | Tara L. Borelli* |
| 30 Rockefeller Plaza | LAMBDA LEGAL DEFENSE AND |
| New York, NY 10112-4498 |    EDUCATION FUND, INC. |
| Phone (212) 408-2500 | 730 Peachtree Street NE, Suite 640 |
| Facsimile: (212) 408-2501 | Atlanta, GA 30318-1210 |
| brandt.roessler@bakerbotts.com | Telephone: (404) 897-1880 |
| | Facsimile: (404) 897-1884 |
| Kathryn S. Christopherson* | tborelli@lambdalegal.org |
| BAKER BOTTS L.L.P. | |
| 1001 Page Mill Rd., Bldg. One, Suite 200 | Sasha Buchert* |
| Palo Alto, CA 94304-1007 | LAMBDA LEGAL DEFENSE AND |
| Phone: (650) 739-7500 |    EDUCATION FUND, INC. |
| Facsimile: (650) 739-7699 | 1776 K Street NW, Suite 722 |
| kathryn.christopherson@bakerbotts.com | Washington, DC 20006 |
| | Telephone: (202) 804-6245 |
| | sbuchert@lambdalegal.org |

*Counsel for Plaintiffs*
*\* Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2019, I filed the foregoing electronically through the Court's CM/ECF system. Parties may access this filing through the Court's system.

*/s/ John Winemiller*
John Winemiller