The motion is granted. Plaintiffs' response is due on or before July 29, 2019. Any reply is due on or before August 5, 2019.

*Eli Richardson*

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

KAYLA GORE; JASON SCOTT; L.G.; and
K.N.,

*Plaintiffs*,

v.

WILLIAM BYRON LEE, in his official
capacity as Governor of the State of
Tennessee; and LISA PIERCEY, in her
official capacity as Commissioner of the
Tennessee Department of Health,

*Defendants*.

No. 3:19-CV-00328

DISTRICT JUDGE RICHARDSON
MAGISTRATE JUDGE HOLMES

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME**
**TO FILE A RESPONSIVE PLEADING**

Plaintiffs, by and through their undersigned counsel and pursuant to Federal Rule of Civil

Procedure 6(b) and Local Rule 6.01, respectfully move for an extension of their deadline to

respond to Defendants' Motion to Dismiss through July 29, 2019. In support of this Motion,

Plaintiffs state the following.

1.     Defendants filed and served their Motion to Dismiss on Monday, June 17, 2019.

2.     Plaintiffs' current responsive pleading deadline is Monday, July 1, 2019.

3.     Plaintiffs respectfully request an extension of the responsive pleading deadline

through Monday, July 29, 2019.

4.     An initial Case Management Conference is currently scheduled for Monday,

June 24, 2019.

5.     Plaintiffs' requested extension should not impact any current deadlines.

1