IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE, et al | ) |
| | ) |
| v. | ) NO. 3:19-0328 |
| | ) Richardson/Holmes |
| WILLIAM BYRON LEE, in his official | ) |
| capacity as Governor of the State of | ) |
| Tennessee; et al | ) |

**O R D E R**

Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on June 17, 2019, Defendants filed a motion to dismiss with supporting memorandum (Docket Nos. 28-29). The deadlines for responsive filings are provided for in prior orders of the Court. (Docket Entry No. 34).

The Clerk of Court shall forward this motion and any responsive filings for the District Judge's consideration. The initial case management conference was held on June 24, 2019, and an initial case management order will enter as time allows.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge