UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | No. 3:19-CV-00328 <br><br> DISTRICT JUDGE RICHARDSON <br> MAGISTRATE JUDGE HOLMES |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule of Procedure 26(c), the parties move the Court to enter a protective order to facilitate discovery in this matter.

The parties have agreed that certain documents that may be produced during this litigation should be disclosed only subject to a protective order. The parties have agreed to the substance and form of the protective order, which is attached hereto.

Accordingly, the parties respectfully request the Court enter the stipulated protective order attached to this motion.

1

Dated: July 12, 2019

| | |
|---|---|
| */s/ John T. Winemiller* | */s/ Dianna Baker Shew* |

| | |
|---|---|
| John T. Winemiller | Dianna Baker Shew    BPR 012793 |
| MERCHANT & GOULD | Assistant Attorney General |
| 9717 Cogdill Road, Suite 101 | (615) 532-1969 |
| Knoxville, TN 37932 | dianna.shew@ag.tn.gov |
| Phone: (865) 380-5960 | |
| Facsimile: (612) 332-9081 | Nicholas R. Barry    BPR 031963 |
| JWinemiller@merchantgould.com | Assistant Attorney General |
| | (615) 741-8726 |
| Omar Gonzalez-Pagan* | nick.barry@ag.tn.gov |
| LAMBDA LEGAL DEFENSE AND | |
|     EDUCATION FUND, INC. | Sara E. Sedgwick    BPR 004336 |
| 120 Wall Street, 19th Floor | Senior Assistant Attorney General |
| New York, NY 10005-3919 | (615) 532-2589 |
| Telephone: (212) 809-8585 | sara.sedgwick@ag.tn.gov |
| Facsimile: (212) 809-0055 | |
| ogonzalez-pagan@lambdalegal.org | P.O. Box 20207 |
| | Nashville, TN 37202 |
| Tara L. Borelli* | |
| LAMBDA LEGAL DEFENSE AND | *Counsel for Defendants* |
|     EDUCATION FUND, INC. | |
| 730 Peachtree Street NE, Suite 640 | |
| Atlanta, GA 30318-1210 | |
| Telephone: (404) 897-1880 | |
| Facsimile: (404) 897-1884 | |
| tborelli@lambdalegal.org | |

Sasha Buchert*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245
sbuchert@lambdalegal.org

Stuart C. Plunkett*
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Phone: (415) 291-6200
Facsimile: (415) 291-6300
stuart.plunkett@bakerbotts.com

Maddy Dwertman*
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
Phone: (512) 322-2500
Facsimile: (512) 322-2501
maddy.dwertman@bakerbotts.com

Brandt Thomas Roessler*
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Phone (212) 408-2500
Facsimile: (212) 408-2501
brandt.roessler@bakerbotts.com

Kathryn S. Christopherson*
BAKER BOTTS L.L.P.
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304-1007
Phone: (650) 739-7500
Facsimile: (650) 739-7699
kathryn.christopherson@bakerbotts.com

*Counsel for Plaintiffs*
*\* Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2019, I filed the foregoing electronically through the Court's CM/ECF system. Parties may access this filing through the Court's system.

>*/s/ John Winemiller*
>John Winemiller