# UNITED STATES DISTRICT COURT DISTRICT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | No. 3:19-CV-00328 <br><br> DISTRICT JUDGE RICHARDSON <br> MAGISTRATE JUDGE HOLMES |

## NOTICE OF DISMISSAL AS TO JASON SCOTT WITHOUT PREJUDICE

Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Jason Scott dismisses without prejudice all of his claims against Defendants Governor William Byron Lee and Commissioner of the Tennessee Department of Health Lisa Piercey. Plaintiffs respectfully request that Mr. Scott be designated as terminated on the docket, and removed from the case caption.

Respectfully submitted,

Dated: July 12, 2019

| | |
|---|---|
| */s/ John T. Winemiller* <br> John T. Winemiller <br> MERCHANT & GOULD <br> 9717 Cogdill Road, Suite 101 <br> Knoxville, TN 37932 <br> Phone: (865) 380-5960 <br> Facsimile: (612) 332-9081 <br> JWinemiller@merchantgould.com | Omar Gonzalez-Pagan* <br> LAMBDA LEGAL DEFENSE AND <br>     EDUCATION FUND, INC. <br> 120 Wall Street, 19th Floor <br> New York, NY 10005-3919 <br> Telephone: (212) 809-8585 <br> Facsimile: (212) 809-0055 <br> ogonzalez-pagan@lambdalegal.org |

1

Stuart C. Plunkett*
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Phone: (415) 291-6200
Facsimile: (415) 291-6300
stuart.plunkett@bakerbotts.com

Maddy Dwertman*
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
Phone: (512) 322-2500
Facsimile: (512) 322-2501
maddy.dwertman@bakerbotts.com

Brandt Thomas Roessler*
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Phone (212) 408-2500
Facsimile: (212) 408-2501
brandt.roessler@bakerbotts.com

Kathryn S. Christopherson*
BAKER BOTTS L.L.P.
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304-1007
Phone: (650) 739-7500
Facsimile: (650) 739-7699
kathryn.christopherson@bakerbotts.com

Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

Sasha Buchert*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245
sbuchert@lambdalegal.org

*Counsel for Plaintiffs*
*\* Admitted pro hac vice*

2

Case 3:19-cv-00328   Document 39   Filed 07/12/19   Page 2 of 3 PageID #: 202

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, causing a copy of the foregoing document to be served on all counsel of record.

*/s/ John T. Winemiller*
John T. Winemiller
MERCHANT & GOULD
9717 Cogdill Road, Suite 101
Knoxville, TN 37932
Phone: (865) 380-5960
Facsimile: (612) 332-9081
JWinemiller@merchantgould.com

*Counsel for Plaintiffs*