UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; L.G.; and K.N.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health,<br><br>    *Defendants*. | No. 3:19-CV-00328 |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully bring to the Court's attention a development in federal law that is highly relevant to this litigation. In particular, the United States District Court for the Southern District of Ohio denied the motion to dismiss in *Ray v. Himes*, Case No. 2:18-cv-00272, Slip Op. (S.D. Ohio Sept. 13, 2019) (attached hereto as Exhibit A), an "action [] brought by four transgender individuals who wish to change the sex on their Ohio birth certificates to reflect their gender identity." *Id.* at 1. Similar to Tennessee's Birth Certificate Policy, Ohio does "not allow transgender people to change the sex on their birth certificate." *Id.* at 11. Indeed, "Ohio and Tennessee are the only states that do not permit a transgender person to change the sex on their birth certificate." *Id.* at 3. As such, the plaintiffs in *Ray* present essentially identical claims to those presented by Plaintiffs in the instant case, namely that the state's refusal to correct the sex designation on their birth certificates violates transgender persons' right to due process, equal protection, and free speech. *See id.* at 7; Compl. at 33-41 (ECF Doc. 1).

In denying the motion to dismiss, the court in *Ray* held that, "like in *Kallstrom* [*v. City of Columbus*, 136 F.3d 1055 (6th Cir. 1998)], Plaintiffs alleged facts which, accepted as true, suggest that the forced disclosure of Plaintiffs' transgender status upon presentation of their birth certificates place their 'personal safety and bodily integrity in jeopardy.'" *Ray*, Slip Op. at 19. In addition, the court found "that under both *Kallstrom* and *Bloch* [*v. Ribar*, 156 F.3d 673 (6th Cir. 1998)], Plaintiffs have adequately alleged that Defendants' Policy of refusing to change birth certificates to reflect gender identity implicates a release of personal information that is of a 'sexual, personal, and humiliating nature' and 'could lead to bodily harm,' resulting in a violation of Plaintiffs' informational right to privacy." *Id.* at 23-24. Lastly, the court held that "[i]n light of the Court's finding that Plaintiffs have raised a cognizable claim under the Due Process Clause, the principle of judicial restraint cautions deciding the sufficiency of Plaintiffs' remaining constitutional claims." *Id.* at 32.

Dated this 13th of September, 2019.

Respectfully,

*s/ John T. Winemiller*

| | |
|---|---|
| Stuart C. Plunkett* | John T. Winemiller |
| BAKER BOTTS L.L.P. | MERCHANT & GOULD |
| 101 California Street, Suite 3600 | 9717 Cogdill Road, Suite 101 |
| San Francisco, CA 94111 | Knoxville, TN 37932 |
| Phone: (415) 291-6200 | Phone: (865) 380-5960 |
| Facsimile: (415) 291-6300 | Facsimile: (612) 332-9081 |
| stuart.plunkett@bakerbotts.com | JWinemiller@merchantgould.com |
| | |
| Maddy Dwertman* | Omar Gonzalez-Pagan* |
| BAKER BOTTS L.L.P. | LAMBDA LEGAL DEFENSE AND |
| 98 San Jacinto Boulevard, Suite 1500 | EDUCATION FUND, INC. |
| Austin, TX 78701-4078 | 120 Wall Street, 19th Floor |
| Phone: (512) 322-2500 | New York, NY 10005-3919 |
| Facsimile: (512) 322-2501 | Telephone: (212) 809-8585 |
| maddy.dwertman@bakerbotts.com | Facsimile: (212) 809-0055 |
| | ogonzalez-pagan@lambdalegal.org |

Brandt Thomas Roessler*
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Phone (212) 408-2500
Facsimile: (212) 408-2501
brandt.roessler@bakerbotts.com

Kathryn S. Christopherson*
BAKER BOTTS L.L.P.
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304-1007
Phone: (650) 739-7500
Facsimile: (650) 739-7699
kathryn.christopherson@bakerbotts.com

Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
 EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

Sasha Buchert*
LAMBDA LEGAL DEFENSE AND
 EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245
sbuchert@lambdalegal.org

*Counsel for Plaintiffs*
*\* Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 13, 2019, a true and complete copy of the foregoing was served, in compliance with the Federal Rules of Civil Procedure, to the parties listed below by electronic mail.

Dianna Baker Shew
Assistant Attorney General
(615) 532-1969
Dianna.Shew@ag.tn.gov

Nicholas R. Barry
Assistant Attorney General
(615) 741-8726
Nick.Barry@ag.tn.gov

Sara E. Sedgwick
Senior Assistant Attorney General
(615) 532-2589
Sara.Sedgwick@ag.tn.gov

*Counsel for Defendants*

                                            *s/ John T. Winemiller*
                                            John T. Winemiller

4

Case 3:19-cv-00328   Document 45   Filed 09/13/19   Page 4 of 4 PageID #: 258