UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

KAYLA GORE, et al.,

    *Plaintiffs*,

v.

WILLIAM BYRON LEE, et al.,

    *Defendants*.

No. 3:19-CV-00328

## JOINT CASE RESOLUTION STATUS REPORT

Pursuant to the Court's Initial Case Management Order dated July 1, 2019 (Dkt. 36), the parties hereby provide the following update on their efforts to resolve the case and the conduct of discovery.

1. On September 20, 2019, Plaintiffs served on Defendants their first set of requests for production of documents, requests for admissions, and interrogatories.

2. On October 2, 2019, Plaintiffs provided Defendants with a settlement proposal that would resolve all claims in this case.

3. On October 21, 2019, Defendants declined Plaintiffs' settlement proposal and indicated they were not in a position to provide Plaintiffs with a counterproposal at this time.

Dated this 22nd of October, 2019.

| FOR DEFENDANTS: | FOR PLAINTIFFS: |
|---|---|
| HERBERT H. SLATERY III<br>Attorney General and Reporter | */s/ John Winemiller*<br>John T. Winemiller<br>MERCHANT & GOULD |
| */s/ Dianna Baker Shew*<br>DIANNA BAKER SHEW BPR 012793<br>Senior Assistant Attorney General<br>(615) 532-1969<br>dianna.shew@ag.tn.gov | 9717 Cogdill Road, Suite 101<br>Knoxville, TN 37932<br>Phone: (865) 380-5960<br>Facsimile: (612) 332-9081<br>JWinemiller@merchantgould.com |

1

*COUNSEL FOR PLAINTIFFS (continued):*

<div style="columns:2">

Stuart C. Plunkett*
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Phone: (415) 291-6200
Facsimile: (415) 291-6300
stuart.plunkett@bakerbotts.com

Maddy Dwertman*
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
Phone: (512) 322-2500
Facsimile: (512) 322-2501
maddy.dwertman@bakerbotts.com

Brandt Thomas Roessler*
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Phone (212) 408-2500
Facsimile: (212) 408-2501
brandt.roessler@bakerbotts.com

Kathryn S. Christopherson*
BAKER BOTTS L.L.P.
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304-1007
Phone: (650) 739-7500
Facsimile: (650) 739-7699
kathryn.christopherson@bakerbotts.com

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005-3919
Telephone: (212) 809-8585
Facsimile: (212) 809-0055
ogonzalez-pagan@lambdalegal.org

Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

Sasha Buchert*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245
sbuchert@lambdalegal.org

*\* Admitted pro hac vice*

</div>

*COUNSEL FOR DEFENDANTS (continued):*

NICHOLAS R. BARRY BPR 031963
Assistant Attorney General
(615) 741-8726
nick.barry@ag.tn.gov
SARA E. SEDGWICK BPR 004336
Senior Assistant Attorney General
(615) 532-2589
Sara.Sedgwick@ag.tn.gov
P.O. Box 20207
Nashville, TN 37202

2

## CERTIFICATE OF SERVICE

I hereby certify that, on October 22, 2019, a true and complete copy of the foregoing was served, in compliance with the Federal Rules of Civil Procedure, to the parties listed below by electronic mail.

Dianna Baker Shew
Assistant Attorney General
(615) 532-1969
Dianna.Shew@ag.tn.gov

Nicholas R. Barry
Assistant Attorney General
(615) 741-8726
Nick.Barry@ag.tn.gov

Sara E. Sedgwick
Senior Assistant Attorney General
(615) 532-2589
Sara.Sedgwick@ag.tn.gov

*Counsel for Defendants*

/s/ Omar Gonzalez-Pagan
Omar Gonzalez-Pagan