IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KAYLA GORE, et al )
)
v. ) NO. 3:19-0328
) Richardson/Holmes
WILLIAM BYRON LEE, in his )
Official capacity as Governor of the )
State of Tennessee, et al )

**O R D E R**

On October 22, 2019, the parties filed a joint case resolution status report, which states, in part, that Plaintiffs provided Defendants with a settlement proposal on October 2 and on October 21, Defendants declined the proposal and indicated "they were not in a position to provide Plaintiffs with a counterproposal at this time." (Docket No. 46 at 1.) Based on this description of the parties' so-called attempt at case resolution, the Court finds it appropriate to schedule a telephonic status/case management conference to (again) discuss the Court's expectations for the case resolution plan in this case.

A telephonic status/case management conference will be held on **November 26, 2019, at 10:00 a.m.**[1] Defendants' counsel shall initiate the call either by conferencing in all other counsel and then calling my chambers at 615-736-5164 or by providing conference call dial-in instructions by no later **two business days** prior to the scheduled call to Ms. Jeanne Cox, Courtroom Deputy at Jeanne_W_Cox@tnmd.uscourts.gov.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] If this date and time present an unresolvable conflict for counsel, they may contact Ms. Cox at the above telephone number or email address to obtain another mutually agreeable date and time available on my calendar.