UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | No. 3:19-CV-00328 |

## NOTICE OF CHANGE OF ADDRESS

Effective immediately, the business address for plaintiffs' counsel, John T. Winemiller, is:

Merchant & Gould P.C.
800 S. Gay Street, Suite 2150
Knoxville, TN 37929
Tel 865-380-5960
Fax 612-332-9081

Respectfully submitted this 20th day of November, 2019.

                                                *s/John T. Winemiller*
                                                John T. Winemiller (021084)
                                                Merchant & Gould P.C.
                                                800 S. Gay Street, Suite 2150
                                                Knoxville, TN 37929
                                                Telephone: (865) 380-5960
                                                Fax: (612) 332-9081
                                                jwinemiller@merchantgould.com
                                                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that on November 20, 2019, a copy of the foregoing *Notice of Change of Address* was filed electronically. Notice of this filing was served upon Defendants' counsel of record via email through the court's electronic filing system:

Dianna Baker Shew
Assistant Attorney General
(615) 532-1969
Dianna.Shew@ag.tn.gov

Nicholas R. Barry
Assistant Attorney General
(615) 741-8726
Nick.Barry@ag.tn.gov

Sara E. Sedgwick
Senior Assistant Attorney General
(615) 532-2589
Sara.Sedgwick@ag.tn.gov
P.O. Box 20207
Nashville, TN 37202

Parties may access this filing through the Court's electronic filing system.

                                                           *s/ John T. Winemiller*
                                                           John T. Winemiller