# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| KAYLA GORE; L.G.; and K.N., | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) No. 3:19-cv-00328 |
| | ) |
| WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, | ) ) Judge Eli J. Richardson ) Magistrate Judge Barbara D. Holmes ) ) ) |
| *Defendants*. | ) |

## NOTICE OF WITHDRAWAL

In accordance with Local Rule of the United States District Court for the Middle District of Tennessee 83.01(g), Nicholas R. Barry, co-counsel for the Defendants, provides notice of his withdrawal from this case. Mr. Barry has accepted another position with a local law firm and will no longer be working for the Tennessee Attorney General's Office. Mr. Barry's withdrawal will not delay trial or any other pending matters in this case. Further, Defendants will continue to be represented by other attorneys from the Tennessee Attorney General's Office and pursuant to the Local Rule no motion is required.

1

Respectfully Submitted,

HERBERT H. SLATERY III
Attorney General and Reporter


s/ Nicholas R. Barry
DIANNA BAKER SHEW     BPR 012793
Senior Assistant Attorney General
(615) 532-1969
dianna.shew@ag.tn.gov
NICHOLAS R. BARRY     BPR 031963
Assistant Attorney General
(615) 741-8726
nick.barry@ag.tn.gov
SARA E. SEDGWICK   BPR 004336
Senior Assistant Attorney General
(615) 532-2589
sara.sedgwick@ag.tn.gov
Attorneys for Defendants
P.O. Box 20207
Nashville, TN  37202

*Counsel for the Defendants*

**CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing Notice of Withdrawal was served upon the following counsel of record on this 27th day of November, 2019, via the Court's Electronic Case Filing system:

| | |
|---|---|
| Stuart C. Plunkett<br>BAKER BOTTS L.L.P.<br>101 California Street, Suite 3600<br>San Francisco, CA 94111<br>Phone: (415) 291-6200<br>Facsimile: (415) 291-6300<br>stuart.plunkett@bakerbotts.com | John T. Winemiller (TN 021084)<br>MERCHANT & GOULD<br>800 S. Gay Street, Suite 2150<br>Knoxville, TN 37929<br>Phone: (865) 380-5960<br>Facsimile: (612) 332-9081<br>JWinemiller@merchantgould.com |
| Maddy Dwertman<br>BAKER BOTTS L.L.P.<br>98 San Jacinto Boulevard, Suite 1500<br>Austin, TX 78701-4078<br>Phone: (512) 322-2500<br>Facsimile: (512) 322-2501<br>maddy.dwertman@bakerbotts.com | Omar Gonzalez-Pagan<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, NY 10005-3919<br>Telephone: (212) 809-8585<br>Facsimile: (212) 809-0055<br>ogonzalez-pagan@lambdalegal.org |
| Brandt Thomas Roessler<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112-4498<br>Phone (212) 408-2500<br>Facsimile: (212) 408-2501<br>brandt.roessler@bakerbotts.com | Tara L. Borelli<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>730 Peachtree Street NE, Suite 640<br>Atlanta, GA 30318-1210<br>Telephone: (404) 897-1880<br>Facsimile: (404) 897-1884<br>tborelli@lambdalegal.org |
| Kathryn S. Christopherson<br>BAKER BOTTS L.L.P.<br>1001 Page Mill Rd., Bldg. One, Suite 200<br>Palo Alto, CA 94304-1007<br>Phone: (650) 739-7500<br>Facsimile: (650) 739-7699<br>kathryn.christopherson@bakerbotts.com | Sasha Buchert<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>1776 K Street NW, Suite 722<br>Washington, DC 20006<br>Telephone: (202) 804-6245<br>sbuchert@lambdalegal.org |

                s/ Nicholas R. Barry
                Nicholas R. Barry