IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KAYLA GORE, et al )
)
v. ) NO. 3:19-0328
) Richardson/Holmes
WILLIAM BYRON LEE, et al )

**O R D E R**

A telephonic status conference was held on November 26, 2019. Counsel participating were: John Winemiller, Brandt Roessler, and Omar Gonzalez-Pagan for Plaintiffs and Dianna Shew, Sara Sedgwick, and Nicholas Barry for Defendants. Based on the discussion during the status conference, and given the unique circumstances of this case, the Court is satisfied that the parties are following the Court's expectations for the case resolution plan in this case. The parties are reminded of the deadline of June 23, 2020 (Docket No. 36 at ¶ F) for a second joint case resolution status report.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge