UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE, L.G., and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | Case No. 3:19-cv-00328 |

## MOTION FOR ADMISSION *PRO HA VICE*

The undersigned counsel for KAYLA GORE, L.G., and K.N., hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States Court of Appeals for the Fifth Circuit. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

>  */s/ Gavin R. Villareal*
>  Gavin R. Villareal

Name: Gavin R. Villareal (Texas State Bar Number: 24008211)

Address: Baker Botts, LLP

98 San Jacinto Boulevard, Suite 1500

Austin, TX 78701

Phone: (512) 322-2500

Email: gavin.villareal@bakerbotts.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2019 I caused the foregoing document to be filed with the Clerk of the Court via the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Brandt Roessler*
Brandt Roessler