# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**CERTIFICATE OF GOOD STANDING**

  I, LYLE W. CAYCE, Clerk of this Court, certify that **Gavin Robert Villareal,** was duly admitted to practice in this Court on July 1, 2002, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on December 17, 2019

_____       By: _____
LYLE W. CAYCE            Sabrina B. Short
Clerk               Deputy Clerk

**A True Copy**
**Certified Dec 17, 2019**

**Clerk, U.S. Court of Appeals, Fifth Circuit**