Kayla Gore, et al.
                           Plaintiff,

v.                                                           Case No.: 3:19–cv–00328

William Byron Lee, et al.
                           Defendant,

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 51) of Gavin R. Villareal is GRANTED.

                                                                  s/ Kirk L. Davies, Clerk of Court