# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE; JAIME COMBS; L.G.; and K.N.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health,<br><br>*Defendants*. | Civil Action No. 3:19-0328<br><br>Jury Trial Demanded |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and Local Rules 7.01 and 15.01, Plaintiffs hereby move for leave to file an Amended Complaint, which is attached hereto as Exhibit A. This case was originally filed on April 23, 2019. Pursuant to the Court's Initial Case Management Order, the deadline to move to amend pleadings or to add parties is January 10, 2020. *See* Doc. 36. The purpose of this amendment is to (a) remove one named Plaintiff, who was previously dismissed from this action without prejudice, *see* Doc. 40, and (b) add one additional named Plaintiff. The amendment is timely under the Initial Case Management Order and will not prejudice any party.

Plaintiffs' counsel electronically conferred with Defendants' counsel on January 2 and 6, 2020 regarding this proposed amendment. Defendants' counsel represented that Defendants do not oppose the motion to file the enclosed Amended Complaint.

For the foregoing reasons, Plaintiffs request that the Court enter an order granting Plaintiffs' Motion for Leave to File an Amended Complaint.

Dated this 9th day of January, 2020.

Respectfully,

*s/ John T. Winemiller*

| | |
|---|---|
| Stuart C. Plunkett* | John T. Winemiller |
| BAKER BOTTS L.L.P. | MERCHANT & GOULD |
| 101 California Street, Suite 3600 | 800 S. Gay Street, Suite 2150 |
| San Francisco, CA 94111 | Knoxville, TN 37929 |
| Phone: (415) 291-6200 | Phone: (865) 380-5960 |
| Facsimile: (415) 291-6300 | Facsimile: (612) 332-9081 |
| stuart.plunkett@bakerbotts.com | JWinemiller@merchantgould.com |
| | |
| Gavin R. Villareal* | Omar Gonzalez-Pagan* |
| Maddy Dwertman* | LAMBDA LEGAL DEFENSE AND |
| BAKER BOTTS L.L.P. | EDUCATION FUND, INC. |
| 98 San Jacinto Boulevard, Suite 1500 | 120 Wall Street, 19th Floor |
| Austin, TX 78701-4078 | New York, NY 10005-3919 |
| Phone: (512) 322-2500 | Telephone: (212) 809-8585 |
| Facsimile: (512) 322-2501 | Facsimile: (212) 809-0055 |
| gavin.villareal@bakerbotts.com | ogonzalez-pagan@lambdalegal.org |
| maddy.dwertman@bakerbotts.com | |
| | Tara L. Borelli* |
| Brandt Thomas Roessler* | LAMBDA LEGAL DEFENSE AND |
| BAKER BOTTS L.L.P. | EDUCATION FUND, INC. |
| 30 Rockefeller Plaza | 730 Peachtree Street NE, Suite 640 |
| New York, NY 10112-4498 | Atlanta, GA 30318-1210 |
| Phone (212) 408-2500 | Telephone: (404) 897-1880 |
| Facsimile: (212) 408-2501 | Facsimile: (404) 897-1884 |
| brandt.roessler@bakerbotts.com | tborelli@lambdalegal.org |
| | |
| Kathryn S. Christopherson* | Sasha Buchert* |
| BAKER BOTTS L.L.P. | LAMBDA LEGAL DEFENSE AND |
| 1001 Page Mill Rd., Bldg. One, Suite 200 | EDUCATION FUND, INC. |
| Palo Alto, CA 94304-1007 | 1776 K Street NW, Suite 722 |
| Phone: (650) 739-7500 | Washington, DC 20006 |
| Facsimile: (650) 739-7699 | Telephone: (202) 804-6245 |
| kathryn.christopherson@bakerbotts.com | sbuchert@lambdalegal.org |

* Admission *pro hac vice* granted.

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which provides electronic notice of the filing to all counsel of record, including:

Herbert H. Slatery III
Attorney General and Reporter

Dianna Baker Shew
Senior Assistant Attorney General
dianna.shew@ag.tn.gov
Sara E. Sedgwick
Senior Assistant Attorney General
sara.sedgwick@ag.tn.gov
PO Box 20207
Nashville, TN 37202

*Counsel for Defendants*

*s/ John T. Winemiller*
John T. Winemiller