# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE; JAIME COMBS; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | Civil Action No. 3:19-0328 <br><br> Jury Trial Demanded |

## NOTICE OF WITHDRAWAL

By this notice, Stuart C. Plunkett of Baker Botts L.L.P. withdraws as counsel of record for the plaintiffs in this case. Gavin R. Villareal, Maddy Dwertman, Brandt Thomas Roessler and Kathryn S. Christopherson of Baker Botts L.L.P. will continue to represent the plaintiffs in this case, as will John T. Winemiller of Merchant & Gould P.C. and Omar Gonzalez-Pagan, Tara L. Borelli, and Sasha Buchert of Lambda Legal Defense and Education Fund, Inc.

Dated this 23rd day of January, 2020.

Respectfully,

*s/ John T. Winemiller*

| | |
|---|---|
| Gavin R. Villareal* <br> Maddy Dwertman* <br> BAKER BOTTS L.L.P. <br> 98 San Jacinto Boulevard, Suite 1500 <br> Austin, TX 78701-4078 <br> Phone: (512) 322-2500 <br> Facsimile: (512) 322-2501 | John T. Winemiller <br> MERCHANT & GOULD <br> 800 S. Gay Street, Suite 2150 <br> Knoxville, TN 37929 <br> Phone: (865) 380-5960 <br> Facsimile: (612) 332-9081 <br> JWinemiller@merchantgould.com |

gavin.villareal@bakerbotts.com
maddy.dwertman@bakerbotts.com

Brandt Thomas Roessler*
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Phone (212) 408-2500
Facsimile: (212) 408-2501
brandt.roessler@bakerbotts.com

Kathryn S. Christopherson*
BAKER BOTTS L.L.P.
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304-1007
Phone: (650) 739-7500
Facsimile: (650) 739-7699
kathryn.christopherson@bakerbotts.com

* Admission *pro hac vice* granted.

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005-3919
Telephone: (212) 809-8585
Facsimile: (212) 809-0055
ogonzalez-pagan@lambdalegal.org

Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

Sasha Buchert*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245
sbuchert@lambdalegal.org

***Attorneys for Plaintiffs***

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which provides electronic notice of the filing to all counsel of record, including:

Herbert H. Slatery III
Attorney General and Reporter

Dianna Baker Shew
Senior Assistant Attorney General
dianna.shew@ag.tn.gov
Sara E. Sedgwick
Senior Assistant Attorney General
sara.sedgwick@ag.tn.gov
PO Box 20207
Nashville, TN 37202

*Counsel for Defendants*

*s/ John T. Winemiller*
John T. Winemiller
