IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., | ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | No. 3:19-cv-00328 |
| WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, | ) ) ) ) ) ) ) ) | Judge Eli J. Richardson Magistrate Judge Barbara D. Holmes |
| *Defendants*. | ) | |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO SERVE EXPERT DISCLOSURES

Defendants, by and through the undersigned and pursuant to Fed. R. Civ. P. 6(b) and LR 6.01 respectfully move for an extension of time in which to disclose their expert witnesses through March 23, 2020. In support of this Motion, Defendants state as follows:

1. Plaintiffs served their expert disclosures on January 23, 2020.

2. Pursuant to the Initial Case Management Order (Doc.36) in this case, Defendants' expert disclosures are due February 24, 2020.

3. Defendants are requesting an extension of the deadline by which they must disclose expert witnesses through March 23, 2020. Defendants have been and are in consultation with expert witnesses about their reports. Despite good faith efforts, it is likely those experts will not be able to complete those reports by the February 24, 2020 deadline. Based upon Plaintiffs' expert disclosure, Defendants may need to add an additional expert witness. Plaintiffs have responded to

Defendants' discovery requests but have not produced responsive documents. Defendants do not know if information in those documents will have a bearing on the opinions of their expert witnesses.

4. The requested extension should not impact any other deadlines in this case. The next case management conference in this case is scheduled for March 25, 2020. The current deadline for expert depositions is May 29, 2020. The deadline for filing dispositive motions is July 23, 2020. Plaintiffs' motion to amend the complaint is still pending, as is Defendants' motion to dismiss.

5. The undersigned contacted counsel for the Plaintiffs via email on February 18, 2020 to inquire whether they objected to the requested extension. As of the time this motion was filed, there has been no response.

For the foregoing reasons, Defendants respectfully request that the Court extend the time for Defendants to disclose their expert witnesses through March 23, 2020.

Respectfully Submitted

*s/ Dianna Baker Shew*
DIANNA BAKER SHEW    BPR 012793
Senior Assistant Attorney General
(615) 532-1969
dianna.shew@ag.tn.gov
SARA E. SEDGWICK   BPR 004336
Senior Assistant Attorney General
(615) 532-2589
sara.sedgwick@ag.tn.gov
Attorneys for Defendants
P.O. Box 20207
Nashville, TN  37202

*Counsel for the Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2020 I filed the foregoing *Defendants' Motion for an Extension of Time to Serve Expert Disclosures* electronically through the Court's CM/ECF System and thereby served it on the following:

| | |
|---|---|
| Stuart C. Plunkett<br>BAKER BOTTS L.L.P.<br>101 California Street, Suite 3600<br>San Francisco, CA 94111<br>Phone: (415) 291-6200<br>Facsimile: (415) 291-6300<br>stuart.plunkett@bakerbotts.com | John T. Winemiller (TN 021084)<br>MERCHANT & GOULD<br>9717 Cogdill Road, Suite 101<br>Knoxville, TN 37932<br>Phone: (865) 380-5960<br>Facsimile: (612) 332-9081<br>JWinemiller@merchantgould.com |
| Gavin R. Villareal<br>Maddy Dwertman<br>BAKER BOTTS L.L.P.<br>98 San Jacinto Boulevard, Suite 1500<br>Austin, TX 78701-4078<br>Phone: (512) 322-2500<br>Facsimile: (512) 322-2501<br>maddy.dwertman@bakerbotts.com | Omar Gonzalez-Pagan<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, NY 10005-3919<br>Telephone: (212) 809-8585<br>Facsimile: (212) 809-0055<br>ogonzalez-pagan@lambdalegal.org |
| Brandt Thomas Roessler<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112-4498<br>Phone (212) 408-2500<br>Facsimile: (212) 408-2501<br>brandt.roessler@bakerbotts.com | Tara L. Borelli<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>730 Peachtree Street NE, Suite 640<br>Atlanta, GA 30318-1210<br>Telephone: (404) 897-1880<br>Facsimile: (404) 897-1884<br>tborelli@lambdalegal.org |
| Kathryn S. Christopherson<br>BAKER BOTTS L.L.P.<br>1001 Page Mill Rd., Bldg. One, Suite 200<br>Palo Alto, CA 94304-1007<br>Phone: (650) 739-7500<br>Facsimile: (650) 739-7699<br>kathryn.christopherson@bakerbotts.com | Sasha Buchert<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>1776 K Street NW, Suite 722<br>Washington, DC 20006<br>Telephone: (202) 804-6245<br>sbuchert@lambdalegal.org |

*s/ Dianna Baker Shew*
Dianna Baker Shew