IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM BYRON LEE, in his Official capacity as Governor of the State of Tennessee, et al.,<br><br>    Defendants. | Case No. 3:19-0328 |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO SERVE EXPERT DISCLOSURES

Plaintiffs, by and through their undersigned counsel of record, respectfully respond to Defendants' Motion for an Extension of Time to Serve Expert Disclosures (Doc. 55), filed on February 19, 2020, as follows.

1.  On February 24, 2020, Defendants produced disclosures for two experts—Edward Gray Bishop, State Registrar, and Vanessa Lefler, Director of Vital Statistics—pursuant to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure. On February 25, 2010, counsel for Defendants informed counsel for Plaintiffs that the request for an extension was not moot and that they believe they need an additional expert witness.

2.  Plaintiffs do not oppose Defendants' request for an extension of time to serve their remaining expert disclosures.

3.  Plaintiffs file this response, however, to correct Defendants' misleading statement that "Plaintiffs have responded to Defendants' discovery requests but have not produced responsive documents." *See* Doc. 55, at 1-2, ¶ 3. In fact, Plaintiffs produced approximately 920 pages of documents as part of their initial disclosures on July 12, 2019. Defendants served their

1

first discovery requests on Plaintiffs on November 21, 2019, to which Plaintiffs responded on January 10, 2020, following an agreed three-week extension.

4. On February 5, 2020, at the request of Plaintiffs' counsel, the parties conferred via teleconference regarding outstanding discovery issues. During this teleconference, Plaintiffs' counsel represented to Defendants' counsel that Plaintiffs would soon make a small production of additional documents but that (1) Plaintiffs had already produced most documents responsive to Defendants' requests on July 12, 2019, as part of their initial disclosures, and (2) several of the new documents were merely higher-resolution or better quality versions of those previously produced documents. It is disingenuous for Defendants' counsel to allege in support of their motion for an extension that Plaintiffs "have not produced responsive documents" when Plaintiffs have indeed done so more than seven months ago. Furthermore, in the light of Defendants' misstatement, Plaintiffs served the additional small production of responsive documents on Defendants on February 25, 2020.

5. In addition, Plaintiffs' motion for leave to amend Plaintiffs' Complaint, filed on January 9, 2020, remains pending. The proposed amendments to the Complaint include the addition of plaintiff Jaime Combs. As a result, Plaintiffs have not yet produced responsive documents pertaining to Ms. Combs.

6. Furthermore, Defendants' Motion neglects to acknowledge their own delinquency in the matter of document production. Plaintiffs served discovery requests on Defendants on September 20, 2019. Defendants responded to those requests on November 1, 2019, following an agreed four-week extension. Because of alleged technical difficulties, Defendants did not produce any documents with their response. The parties have since been working together to address the technical limitations imposed by the State's electronic systems. Only after Plaintiffs initiated

teleconferences to discuss these issues on December 20, 2019, and February 5, 2020, did Defendants make an initial production of documents to Plaintiffs on February 6, 2020, that is, at best, tangentially responsive to only one of Plaintiffs' various requests for production. Indeed, most of Plaintiffs' requests for production to Defendants remain outstanding.

WHEREFORE, premises considered, Plaintiffs respectfully file this Response to Defendants' Motion for an Extension of Time to Serve Expert Disclosures and requests consideration thereof.

Dated:  February 25, 2020

Respectfully submitted,

*s/ John T. Winemiller*

| | |
|---|---|
| Gavin R. Villareal* | John T. Winemiller |
| Maddy Dwertman* | MERCHANT & GOULD P.C. |
| BAKER BOTTS L.L.P. | 800 S. Gay Street, Suite 2150 |
| 98 San Jacinto Boulevard, Suite 1500 | Knoxville, TN 37929 |
| Austin, TX 78701-4078 | Phone: (865) 380-5960 |
| Phone: (512) 322-2500 | Facsimile: (612) 332-9081 |
| Facsimile: (512) 322-2501 | JWinemiller@merchantgould.com |
| gavin.villareal@bakerbotts.com | |
| maddy.dwertman@bakerbotts.com | Omar Gonzalez-Pagan* |
| | LAMBDA LEGAL DEFENSE AND |
| Brandt Thomas Roessler* |    EDUCATION FUND, INC. |
| BAKER BOTTS L.L.P. | 120 Wall Street, 19th Floor |
| 30 Rockefeller Plaza | New York, NY 10005-3919 |
| New York, NY 10112-4498 | Telephone: (212) 809-8585 |
| Phone (212) 408-2500 | Facsimile: (212) 809-0055 |
| Facsimile: (212) 408-2501 | ogonzalez-pagan@lambdalegal.org |
| brandt.roessler@bakerbotts.com | |
| | Tara L. Borelli* |
| Kathryn S. Christopherson* | LAMBDA LEGAL DEFENSE AND |
| BAKER BOTTS L.L.P. |    EDUCATION FUND, INC. |
| 1001 Page Mill Rd., Bldg. One, Suite 200 | 730 Peachtree Street NE, Suite 640 |
| Palo Alto, CA 94304-1007 | Atlanta, GA 30318-1210 |
| Phone: (650) 739-7500 | Telephone: (404) 897-1880 |
| Facsimile: (650) 739-7699 | Facsimile: (404) 897-1884 |
| kathryn.christopherson@bakerbotts.com | tborelli@lambdalegal.org |

                                                                                    Sasha Buchert*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245
sbuchert@lambdalegal.org

*Counsel for Plaintiffs*
*\* Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which provides electronic notice of the filing to all counsel of record, including:

Herbert H. Slatery III
Attorney General and Reporter

Dianna Baker Shew
Senior Assistant Attorney General
dianna.shew@ag.tn.gov
Sara E. Sedgwick
Senior Assistant Attorney General
sara.sedgwick@ag.tn.gov
PO Box 20207
Nashville, TN 37202

                                                *s/ John T. Winemiller*
                                                John T. Winemiller