# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., | ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | No. 3:19-cv-00328 |
| WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, | ) ) ) ) ) ) ) ) | Judge Eli J. Richardson Magistrate Judge Barbara D. Holmes |
| *Defendants*. | ) | |

## DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR AN EXTENSION OF TIME TO SERVE EXPERT DISCLOSURES

Defendants, by and through the undersigned and pursuant to Fed. R. Civ. P. 6(b) and LR 6.01, respectfully file this reply in support of their motion for an extension of time to disclose their expert witnesses through March 23, 2020.

Defendants are filing this reply to reiterate their request for an extension of the deadline to disclose expert witnesses, through March 23, 2020. Based upon Plaintiffs' expert disclosure, Defendants may need to add an additional expert witness. The requested extension should not impact any other deadlines in this case. The next case management conference in this case is scheduled for March 25, 2020. The current deadline for expert depositions is May 29, 2020. The deadline for filing dispositive motions is July 23, 2020. Plaintiffs' motion to amend the complaint is still pending; as is Defendants' motion to dismiss.

For the foregoing reasons, Defendants respectfully request that the Court extend the time for Defendants to disclose their expert witnesses through March 23, 2020.

Respectfully Submitted

*s/ Dianna Baker Shew*
DIANNA BAKER SHEW     BPR 012793
Senior Assistant Attorney General
(615) 532-1969
dianna.shew@ag.tn.gov
SARA E. SEDGWICK   BPR 004336
Senior Assistant Attorney General
(615) 532-2589
sara.sedgwick@ag.tn.gov
Attorneys for Defendants
P.O. Box 20207
Nashville, TN  37202

*Counsel for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2020 I filed the foregoing *Defendants' Reply in Support of Motion for an Extension of Time to Serve Expert Disclosures* electronically through the Court's CM/ECF System and thereby served it on the following:

Stuart C. Plunkett
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Phone: (415) 291-6200
Facsimile: (415) 291-6300
stuart.plunkett@bakerbotts.com

Gavin R. Villareal
Maddy Dwertman
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
Phone: (512) 322-2500
Facsimile: (512) 322-2501
maddy.dwertman@bakerbotts.com

Brandt Thomas Roessler
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Phone (212) 408-2500
Facsimile: (212) 408-2501
brandt.roessler@bakerbotts.com

Kathryn S. Christopherson
BAKER BOTTS L.L.P.
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304-1007
Phone: (650) 739-7500
Facsimile: (650) 739-7699
kathryn.christopherson@bakerbotts.com

John T. Winemiller (TN 021084)
MERCHANT & GOULD
9717 Cogdill Road, Suite 101
Knoxville, TN 37932
Phone: (865) 380-5960
Facsimile: (612) 332-9081
JWinemiller@merchantgould.com

Omar Gonzalez-Pagan
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005-3919
Telephone: (212) 809-8585
Facsimile: (212) 809-0055
ogonzalez-pagan@lambdalegal.org

Tara L. Borelli
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

Sasha Buchert
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245
sbuchert@lambdalegal.org

*s/ Dianna Baker Shew*
Dianna Baker Shew