# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE; JAIME COMBS; L.G.; and K.N.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health,<br><br>*Defendants*. | Case No. 3:19-CV-00328<br><br>DISTRICT JUDGE RICHARDSON<br>MAGISTRATE JUDGE HOLMES |

**DECLARATION OF JAIME COMBS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Jaime Combs, being of legal age and sound mind, do hereby declare and state as follows:

1. I am a Plaintiff in the above-captioned case.

2. I have actual knowledge of the matters stated in the declaration.

3. I am 51 years old. I was born and raised in Elizabethton, Tennessee. I currently reside in Nashville, Tennessee with my wife.

4. I obtained a degree in cosmetology and pursued a career in the beauty industry. I owned my own salon for several years. Now retired, I currently serve on the boards of Nashville Pride and Connectus Health.

5. I am a woman.

6. I am also transgender. I was designated "male" on my birth certificate, even though I am, in fact, a woman.

7. Below is a picture of me:



8. From the age of five, I knew I was female despite being forced to live as male. I did not know that it was possible to live as my true female self.

9. On or about 1996, I legally changed my name from the traditionally male name I was given at birth to my current traditionally female name. In 1996, I corrected my name on my driver's license, Social Security records and passport.

10. In consultation with my medical and mental health professionals, in 1999, I began to undergo medically necessary treatment, specifically gender affirming surgery, to bring my body into alignment with my gender identity. The steps I have taken in my transition have brought my outside appearance into alignment with my female identity so that the general public sees me as the woman I am.

11. After undergoing surgery in 1999, I corrected the gender marker on my driver's license, Social Security records, and passport.

12. I am aware that the State of Tennessee has a policy and practice that categorically prohibits transgender persons, like me, from correcting the gender marker in their birth certificates so that the birth certificates may accurately reflect their sex, as determined by their gender identity (hereinafter the "Birth Certificate Policy").

13. Because of Tennessee's Birth Certificate Policy, I am prohibited from correcting the gender maker on my birth certificate. As a result, my birth certificate and other identification documents are incongruent with each other.

14. I am stigmatized and harmed by Tennessee's Birth Certificate Policy. I need my identity documents to be congruent with who I am—a woman—and I believe that my identity should be recognized and respected by the state.

15. For example, because my birth certificate incorrectly identifies me as male, my first marriage to a man was not recognized as legal and our divorce was, therefore, complicated. Although living as a woman at that time, I was not open to the public, including my clientele at the salon, about my transgender status. In order to prevent public disclosure of my gender identity and resulting harm to my business, I was forced to agree to an uncontested divorce in which my former husband retained control of our joint assets.

16. My experience stands in contrast to that of my transgender friends who were able to correct the gender marker on their birth certificates in the 1970s before the State Tennessee enacted its Birth Certificate Policy. For example, prior to the legalization of marriage for same-sex couples, a transgender female friend was able to legally marry and divorce a man without the same complications I experienced.

17. I also had a difficult time obtaining a passport because of inconsistent identity documents. The application required that I submit my birth certificate alongside my driver's

license, on which my gender marker had already been corrected. In order to explain the discrepancy among my identity documents, I had to submit medical documentation stating the results of a physical examination by a gynecologist. Only after my first two applications were rejected was I able to obtain a passport.

18. The inconsistency among my identity documents continues to function as a barrier. I recently completed training to participate in the Trans Buddy Program at Vanderbilt University Medical Center. All program participants are required to submit immunization records. I experienced difficulty correcting my immunization records, many of which are recorded under an incorrect name and gender marker. As a result of this barrier, it was harder for me to pursue this volunteer opportunity, and my participation in it was delayed.

19. I reasonably fear that possessing a birth certificate that fails to accurately reflect my sex, consistent with my gender identity, increases the chances that I will be subjected to invasions of privacy, prejudice, discrimination, distress, harassment, or violence.

20. As a result of Tennessee's Birth Certificate Policy, my current Tennessee birth certificate reflects the sex I was incorrectly assigned at birth, erroneously stating that I am male.

21. Being denied a birth certificate that accurately reflects my sex, consistent with my gender identity, is psychologically and emotionally harmful for me. I am faced with the persistent reminder that the State of Tennessee does not respect me for who I am and I am kept in fear of what may happen the next time I have to show my birth certificate to a stranger. Tennessee's Birth Certificate Policy also subjects me to potential physical harm.

22. I wish to correct my birth certificate, which currently indicates that my sex is male, to accurately reflect my sex as female, as determined by my gender identity.

Signed under penalty of perjury under the laws of the United States this  28  day of   February  , 2020.

_____
Jaime Combs