# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE; JAIME COMBS; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | Case No. 3:19-CV-00328 <br><br> DISTRICT JUDGE RICHARDSON <br> MAGISTRATE JUDGE HOLMES |

**DECLARATION OF K.N. IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, K.N., being of legal age and sound mind, do hereby declare and state as follows:

1. I am a Plaintiff in the above-captioned action. I have actual knowledge of the matters stated in this declaration.

2. I am 32 years old. I was born and raised in Oak Ridge, Tennessee. I currently reside in San Francisco, California.

3. I attended the University of Chicago where I studied computer science, and I now work as a software engineer.

4. I am a woman.

5. I am also transgender. I was incorrectly designated "male" on my birth certificate, even though I am, in fact, a woman.

6. I have always been transgender. Although I did not identify as transgender until my adulthood, I was always uncomfortable with my assigned gender at birth. Following a lengthy

internal process of accepting my gender identity, I fully recognized to myself in 2016 that I am transgender.

7. Around the same time, in 2016, my mental health provider diagnosed me with gender dysphoria. Then, in consultation with my medical and mental health professionals, I began to undergo medically necessary treatment, specifically hormone therapy, to relieve my gender dysphoria and bring my body into alignment with my gender identity. I also had facial feminization surgery and went to a speech pathologist.

8. More recently, I had gender affirming surgery (also known as sex reassignment surgery). The steps I have taken in my transition have brought my outside appearance into alignment with my female identity so that the general public sees me as the woman I am.

9. In addition to undergoing medical treatment for my gender dysphoria, I have sought to align my whole lived experience with my gender identity. I have come out as a transgender woman to all of my family and friends.

10. In 2017, I legally changed my name from the traditionally male name I was given at birth to my current traditionally female name.

11. I also updated my identity documents, including my driver's license, Social Security records, and passport, so that my identity documents accurately reflect my identity and true sex as female.

12. I did not apply to correct my name on my Tennessee birth certificate, because I am aware that Tennessee only allows cross out name changes meaning my old name would still appear on my birth certificate.

13. I ensure that my passport is valid even though I do not use my passport for travel purposes. I keep my passport valid because I need an identity document with my correct gender

marker that also serves as proof of my U.S. citizenship and Tennessee will not allow me to change the gender marker on my birth certificate.

14. I am aware that the State of Tennessee has a policy and practice that categorically prohibits transgender persons, like me, from correcting the gender marker on their birth certificates so that the birth certificates may accurately reflect their sex, consistent with their gender identity (hereinafter the "Birth Certificate Policy").

15. I am aware that Tennessee's policy is an outlier and that other states allow for correction. I am aware if I were born elsewhere, I would have the ability to change the gender marker on my birth certification.

16. Because of Tennessee's Birth Certificate Policy, I am prohibited from correcting the gender marker on my birth certificate. As a result, my current Tennessee birth certificate reflects the sex I was incorrectly assigned at birth solely based on external reproductive organs, erroneously stating that I am male. My birth certificate and other identification documents are also incongruent with one another.

17. I am personally aware of the high incidence of violence and harassment directed at transgender persons, as well as the high rates of employment and housing discrimination faced by transgender persons across the United States.

18. I need my identity documents to be congruent with the woman that I am, and I believe that my gender identity should be recognized and respected by the State of Tennessee.

19. I reasonably fear that possessing a birth certificate that fails to match my gender identity increases the chances that I will be subjected to invasions of privacy, prejudice, discrimination, distress, harassment, or violence, and I have taken steps to reduce those risks.

Active 43750833.6

3

Case 3:19-cv-00328   Document 61-6   Filed 03/09/20   Page 4 of 5 PageID #: 513

20. I have, for example, faced invasive questioning when updating my driver's license and passport because I had to present my Tennessee birth certificate, which incorrectly identifies my sex as male.

21. I am harmed by Tennessee's Birth Certificate Policy. Being denied a birth certificate that accurately reflects my sex, consistent with my gender identity, is psychologically and emotionally harmful to me, as I am faced with the persistent reminder that the State of Tennessee does not respect me for who I am and I am kept in fear of what may happen the next time I have to show my birth certificate to a stranger. Tennessee's Birth Certificate Policy also subjects me to an increased risk of physical harm.

22. I wish to correct my birth certificate, which currently indicates that my sex is male, to accurately reflect my sex as female, as determined by my gender identity.

Signed under penalty of perjury under the laws of the United States this 27 day of February, 2020.

*K. N.*
K.N.