# EXHIBIT I



# CORPORATE EQUALITY INDEX 2017

**Rating Workplaces on Lesbian, Gay, Bisexual and Transgender Equality**

**887**

**of the Nation's Largest Businesses Demonstrated Their Commitment to LGBT Equality and Inclusion**

Case 3:19-cv-00328    Document 62-9    Filed 03/09/20    Page 2 of 7 PageID #: 622



©2016 by the Human Rights Campaign Foundation. The Human Rights Campaign Foundation owns all right, title and interest in and to this publication and all derivative works thereof. Permission for reproduction and redistribution is granted if the publication is (1) reproduced in its entirety and (2) distributed free of charge. The Human Rights Campaign name and the Equality logo are trademarks of the Human Rights Campaign. The Human Rights Campaign Foundation and design incorporating the Equality logo are trademarks of the Human Rights Campaign Foundation.

b    ISBN 978-1-934765-29-0    ISBN 1-934765-29-x




**CEI 2017**

# CORPORATE EQUALITY INDEX 2017

**Rating Workplaces on Lesbian, Gay, Bisexual and Transgender Equality**

**2**     **Letter from HRC Foundation President**

**3**     **Executive Summary**
6     Equality at the Fortune-Ranked Companies

**8**     **Rating System and Methodology**
12     The Evolution of the Criteria
13     Criteria Changes and Clarifications for 2019 CEI
16     Criteria

**19**     **Findings**
20     Non-Discrimination Policies
22     Global Non-Discrimination Policies and Codes of Conduct
24     Equal Benefits
28     Organizational Competency
35     Public Commitment

**37**     **Appendices**
38     Appendix A: Employers With Ratings of 100 Percent
51     Appendix B: Ratings and Criteria Breakdowns
76     Appendix C: Ratings by Industry, Descending Score

**108**     **About HRC Foundation's Workplace Equality Program**
108     Project Staff
110     Acknowledgments

**111**     **HRC Business Council**

Case 3:19-cv-00328　　Document 62-9　　Filed 03/09/20　　Page 4 of 7 PageID #: 624

> **The nation's largest employers have demonstrated through their actions that LGBTQ people are not just tolerated, but welcomed in their workplaces and communities.**

**IN 2016, THE LGBTQ COMMUNITY WAS** subjected to unprecedented attacks — from state lawmakers plotting to undermine our historic gains, to tragic, unimaginable experiences of violence, to those who pledged to roll back our rights from the highest offices in the land.

And yet, during it all, the unstoppable beat of progress towards greater equality in the places many LGBTQ Americans spend most of their daily lives — their workplaces — didn't just remain steady, it sped up.

In this 15th edition of the Corporate Equality Index we have seen the largest increase in top-rated businesses in the history of our survey with 515 employers earning perfect 100 percent scores. In addition, this year saw the CEI's largest jump ever in businesses offering transgender-inclusive healthcare coverage — from 511 last year to 647 this year.

These businesses know that LGBTQ equality isn't just the right thing to do, it makes them stronger in our global economy. Ensuring fairness in the workplace is a value and increasingly a policy norm, and not just in the U.S. Now, more than 90 percent of CEI-rated businesses have embraced both sexual orientation and gender identity employment protections for their U.S. and global operations.

This past year, as an unprecedented wave of anti-LGBTQ bills spread across the country, corporate champions state to state — from South Dakota and Mississippi, and North Carolina and Georgia — made their voices heard and stood firmly on the side of fairness and equality.

The story behind this groundswell of public support for equality began within each business's efforts to recognize their own LGBTQ employees and adopt inclusive policies, benefits and practices. With every policy change and discussion of transgender-inclusive benefits, for example, an employee saw a path to bringing their full self to work, an executive could put a human face to the need for full equality and an ally could proudly display a show of support for their LGBTQ colleagues and friends.

The nation's largest employers have demonstrated through their actions that LGBTQ people are not just tolerated, but welcomed in their workplaces and communities. Even with all of this progress, we know that policies and benefits make up the crucial foundation, but not the totality, of what's needed to ensure that LGBTQ workers can thrive from the plant floor to the corner office.

Today, marriage equality and hate crimes protections are the law of the land. Barriers to LGBTQ service in the armed forces have been lifted. But the lack of consistent, explicit federal protections in employment, housing, credit, public services and other essential aspects of American life remain major barriers to full equality for the LGBTQ community.

While there is much to do and many key civil rights fights ahead, thanks to these private sector leaders, the march towards greater equality is not slowing down. The LGBTQ community and the 887 businesses in the CEI will keep moving forward every day.

Sincerely,

*Chad Griffin*

Chad Griffin, President
Human Rights Campaign Foundation

# Executive Summary



Case 3:19-cv-00328    Document 62-9    Filed 03/09/20    Page 6 of 7 PageID #: 626

# Corporate Equality Index 2017

**IN THIS 15TH EDITION OF THE HUMAN** Rights Campaign's Corporate Equality Index, a record 515 employers earned a top rating of 100 percent. This is the largest jump in top-rated businesses in a single year in the entire history of the CEI. The CEI catalyzes change by appealing to businesses' competitive nature: behind every top rated business in the 2016 report, numerous peers were spurred to catch up in the 2017 CEI.

The CEI criteria reflect leading policies, benefits and practices for the LGBT workforce and their families. The criteria are premised on the notion of parity rather than prescription. In other words, HRC promotes the adoption of LGBT-specific language into existing corporate practices (e.g. ensuring that existing health care coverage affords coverage for routine and chronic care of transgender individuals as well as transition-related medical coverage). By using the CEI as a guide, businesses can ensure that their existing policy and benefit infrastructure is inclusive of the LGBT workforce and their families, resulting in greater recruitment and retention of a talented, diverse workforce.

**The most significant progress in the CEI has been the wide-scale adoption of transgender-inclusive initiatives across businesses.**

- A full 82 percent of the Fortune 500 have gender identity protections enumerated in their non-discrimination policies and 96 percent of the entire CEI universe of businesses offer explicit gender identity non-discrimination protections in the U.S.
- Fifty percent of the Fortune 500 and nearly three-fourths (73 percent) of the CEI universe of businesses offer transgender-inclusive health care coverage, up from 0 in 2002 and over six times as many businesses as five years ago. With 136 new employers offering this coverage in the 2017 report, this represents the greatest increase in a single year of employers offering transgender-inclusive health care benefits.
- A majority of CEI-rated businesses (86 percent) offer education and training programs that specifically include definitions and/ or scenarios on gender identity in the workplace; and,
- Nearly four-hundred (387) major businesses have adopted gender transition guidelines for employees and their teams to establish best practices in transgender inclusion.

These reflect low-cost, high yield investments in major businesses' talent as well as in their broader profile as forward-looking, responsible businesses. Top-rated CEI employers span nearly every industry and major geography of the United States. Of the employers in the CEI with global operations (57 percent), a strong majority (98 percent) has extended sexual orientation and gender identity-based workplace protections throughout their international operations.

In addition to the depth of investment the top-rated businesses have made in the name of equality, the 2017 CEI shows an unprecedented breadth of brand new businesses. This year's CEI contains an impressive 72 new businesses that opted into the survey. A grand total of 5,228 major brands fall under rated CEI businesses.

The following report is reflective of primarily verified data submitted to the HRC Foundation as well as independent research on non-responding businesses. Wherever credit can be verified, all ranked businesses will receive it, irrespective of their participation in the CEI survey.

The HRC Foundation has worked with hundreds of businesses to promote workplace equality for LGBT workers.

Case 3:19-cv-00328   Document 62-9   Filed 03/09/20   Page 7 of 7 PageID #: 627