# EXHIBIT O

1   IN RE:

2

3

4   GORE,

5

6   Vs.

7

8   LEE,

9   _____/

10

11

12

13

14          TRANSCRIPTION OF AUDIO RECORDED PROCEEDINGS

15

16   RECORDED PROCEEDINGS OF:    Tennessee Legislative Session

17

18   DATE RECORDED:               April 20, 1977

19

20

21

22                          Transcribed by:

23                       Melissa Iadimarco

24               Court Reporter/Transcriptionist

25

# P R O C E E D I N G S

SENATOR:  I assume this House joint resolution is over here.  It memorializes Bishop Gil Patterson.  They're having a pretty big affair tomorrow night in Memphis for Bishop Patterson.  He has been elected his third time now as bishop at Church of God in Christ International.

SENATE SPEAKER:  Senator Gil Patterson's father (inaudible) Patterson (inaudible) Resolution 186.  Those in favor will say aye.  Opposed, no.  It is done.  Regular order, Mr. Clerk.

THE CLERK:  Mr. Speaker, I'm giving notice.  I am directed to return to the Senate, Senate bill No. 564, by Mr. Donavan amended in the House.  I'm giving notice.

SENATE SPEAKER:  Notice of the amendment, 570 -- whatever it is.

SENATOR:  564.

SENATE SPEAKER:  564.  Any other --

SENATOR:  Mr. Speaker, the clerk would like to make an announcement with regard to these --

SENATE SPEAKER:  May I have order.  Okay.  What?

SENATOR:  Mr. Clerk, do you recognize --

Mr. Speaker, we have placed on your desk a new folder that will have House amendments to Senate

1    bills.  Now these will be on the messages coming back

2    from the House where they have amended the Senate

3    bill.  Is there a copy of the message and there is a

4    copy of each amendment that has been placed on the

5    Senate bill in the House.  And they will be on your

6    desk every day in numerical order, according whatever

7    way you want to call it.  So --

8        SENATE SPEAKER:  Regular order, Mr. Clerk.

9        THE CLERK:  Mr. Speaker, I'm directed to return

10   to the Senate, Senate bill No. 244 by Mr. Albright

11   amended in the House.  Notice has been given.

12       SENATE SPEAKER:  Are you ready, Senator Albright?

13       SENATOR ALBRIGHT:  On the amendment there's two

14   --

15       SENATOR:  Mr. Clerk, this amendment is

16   disturbing.

17       SENATOR ALBRIGHT:  (Inaudible) amendment 66

18   decibels.  Mr. Speaker, what this does in the bill on

19   the noise pollution, we had a number of (inaudible)

20   and this just takes the highest one and strikes all

21   the other ones.  And I'd like to move the House

22   amendment and I'd like to move that we confer on the

23   House amendment.

24       SENATE SPEAKER:  Motion is about House amendment

25   No. 1.  The Senate bill 244, Senator Henry.

1    SENATOR HENRY:  Senator Albright (inaudible)
2 placed on amendment.  Senator, the amendment to make
3 this bill more restrictive on (inaudible) less
4 restrictive.
5    SENATOR ALBRIGHT:  Senator, what happened, we had
6 a schedule in the bill that said 1978 it would go to a
7 lesser agree and this just struck out everything and
8 takes the highest.  It would be less restrictive.
9    SENATE SPEAKER:  The amendment, any further
10 questions on the amendment.  Those favoring adoption
11 of amendment No. 1 Senate bill 244 vote aye.  When the
12 bell rings, take (inaudible) votes, let every senator
13 vote.  Take the roll.  Aye's 25, No's nothing.  That
14 passes, Amendment No. 1, Senate bill 244.  Senator
15 Talarico?
16    SENATOR:  Mr. Speaker, I understand I have a
17 message for House (inaudible) Senate bill 162.
18    SENATOR TALARICO:  162.  Mr. Speaker, there are
19 four amounts, House amendments to this bill.  This is
20 not a (inaudible) bill.  None of them are major
21 amendments that does anything major to the bill
22 amendment No. 1, I'd like to call up Amendment No. 1.
23    SENATE SPEAKER:  Amendment No. 1, Mr. Clerk.
24    SENATOR TALARICO:  Just cleans up the procedural
25 wording relative to the bill and relates to the filing

1 of special bonds and other manner (inaudible) and

2 that's simply what the amendment No. 1 does.  Pending

3 any questions, I move the adoption of House amendment

4 No. 1.

5 SENATE SPEAKER:  Motion to adopt House amendment

6 No. 1, the Senate bill 162.  Those in favor will vote

7 aye.  When the bell rings, opposed no.  Let every

8 senator vote.  It takes 17 votes, (inaudible) motion.

9 Call up the amendment.  Take the roll.  Aye's 27, No's

10 (inaudible.)  House amendment No. 1, Senate bill 162

11 No. -- House amendment No. 2, Senator Talarico.

12 SENATOR TALARICO:  Mr. Speaker, House amendment

13 No. 2 a section of this bill that would allow the

14 changing on the birth certificate, the sex and House

15 Amendment No. 2 deletes this section in the bill and

16 pending any questions, I move the adoption of House

17 Amendment No. 2.

18 SENATE SPEAKER:  So moved and seconded.  You are

19 ready.  Those in favor, vote aye when the bell rings,

20 opposed no.  Let every senator vote.  Every senator,

21 House amendment No. 2.  House amendment No. 2.  Take

22 the roll, Mr. clerk.  Ayes 25, No's nothing.

23 (inaudible) No. 2 -- No. 3.

24 SENATOR TALARICO:  Amendment No. 3 changes the

25 wording relative to the filing of records of

1    (inaudible) with the Office of Vital Records and

2    serves as the court clerk will file these records.

3    Pending any question, move the adoption --

4         SENATE SPEAKER:  Motion is (inaudible), No. 3,

5    every senator, vote aye when the bell rings.  Every

6    senator, every senator, every senator, ever senator.

7    Take roll, Mr. Clerk.  All right.  Ayes 23.

8              (Audio recording concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3           I, MELISSA IADIMARCO, do hereby certify that I

4     was authorized to transcribe the foregoing recorded

5     proceeding, and that the transcript is a true and accurate

6     transcription of my shorthand notes to the best of my

7     ability taken while listening to the provided recording.

8

9

10

11    Dated this 2nd day of March, 2020.

12

13

14

15

16

17

18

19

20

21

22

23    _____

24

25               MELISSA IADIMARCO, CSR