# EXHIBIT P

**Tre Hargett**
*Secretary of State*

**Charles A. Sherrill**
*State Librarian and Archivist*
*(615) 741-7996*

**Fax**
*(615) 532-2472*

**TDD**
*(615) 741-1549*

**Web Site Address**
*http://www.state.tn.us/tsla/*

# State of Tennessee



# Department of State

Tennessee State Library and Archives
403 Seventh Avenue North
Nashville, Tennessee 37243-0312

**Archives Development**
*(615) 253-3458*

**Archives Technical Services**
*(615) 741-2561*

**Library for the Blind and Physically Handicapped**
*(615) 741-3915*

**Library Technical Services**
*(615) 741-2561*

**Planning and Development**
*(615) 741-3158*

**Public Services**
*(615) 741-2764*

**Preservation Services**
*(615) 741-2997*

Dear Patron:

Enclosed with your order of cassette tapes you will find copies of the corresponding log sheets for each tape. These log sheets may help you in locating the discussion in which you are interested. The column on the left side of each page may be used as a minute guide. The logs list each bill number being discussed, and may include: name of person speaking, short phrases describing subject matter, and any result of debate (vote totals, passed out of committee, etc.).

We hope these logs sheets will be useful to you in your research. Please let us know if we may assist you again.

Legislative History Staff
Tennessee State Library and Archives

Year: 1977

Public Chapter: 128

House Bill: 425

Senate Bill: 10



Tennessee Secretary of State
Tre Hargett

**Vincent McGrath**
Legislative History Coordinator

Tennessee State Library & Archives
403 7th Avenue North
Nashville, TN 37243

615-741-1549
Vince.McGrath@tn.gov

*Celebrating 50 years of serving, 150 years of preserving Tennessee's history*
*The Department of State is an equal opportunity, equal access, affirmative action employer.*

House  X   Senate ___   Date 4/7/77   Time 11:11

Record No. H-79

1. McKinney (continued)
2. Amend #3 read. Pickering
3. Bragg - comments - motion to table - Pickering - withdraws
4. Amend #3 - Bragg - motion to table withdrawn - new Amend #3 read. Pickering
5. Ashford - comments - Bewley - comments
6. Clark - comments - motion to table - Pickering request to move bill down
7. Speaker Rules - moved to heel  HB 300 Cont. & H-82
8. HB-540 (SB-459) Spence - Boards and Commission - Amend #1 - read - Jensen
9. Adopted - Woods -questions Spence
10. King - questions Spence
11. Dixon - comments
12. Passed 3rd Reading - 62-20-3
13. HB-305 (SB-360) Lashlee -Wildlife Resources Agency - Amend #1 read-Lashlee
14. Adopted - Lashlee - comments - Passed 3rd Reading - 87-1-1
15. HB-215 (SB-181) - DeBerry-Burnett(F) Passed 3rd Reading 88-1
16. HB-344 (SB-337) - DeBerry-Burnett (F)
17. Carter questions DeBerry
18. Passed 3rd Reading - 90-0-2
19. HB-425 (SB-162) Burnett (F)  Amend #1 read - Ashford
20. 
21. Ashford - comments
22. 
23. Bragg questions Ashford - adopted
24. Amend #2 read. Gill - Ashford - comments
25. 
26. Adopted - Amend #3 read. Ashford - comments
27. Adopted - Amend #4 - read - Jensen
28. Jensen - comments
29. 
30. 
31. 

11:43
End Record

Case 3:19-cv-00328   Document 62-16   Filed 03/09/20   Page 3 of 9 PageID #: 724

I hereby certify this document to be a true and exact copy of the original document filed in the Tennessee State Library and Archives

*Ronald A. Lee* (signature)
LEGISLATIVE HISTORY STAFF, TSL&A

Date February 4, 2020

House _____ Senate X  Date 4/20/77  Time 3:10

Record No. SR98

1. Ashe (continued) Hicks-comments
2. Henry-comments - against
3. Hamilton-comments - Ashe -comments
4. 
5. Amend #3 - Fails 16-11-3. Passed 3rd Reading - 27-2-2.
6. SB-583 (HB-1017) - Ford-Highways, Roads and Bridges-Amend #1-Baird (R)
7. Adopted. Amend #2-Baird(R) - withdrawn
8. Amend #3-Baird(R)-Adopted
9. Passed 3rd Reading - 24-0-3.
10. SB-657 (HB-715) Hooper-Purchasing-Amend #1-Adopted-Passed 3rd Reading-27-1
11. SB-480(HB-810) Blank-moved to Monday's Calender-SB-692(HB-615) Boner
12. Moved to Thursday's Calender. Unfinished Business - HB-170-motion to
13. reconsider. Byrd-Amend #1 - Adopted-Passed 3rd Reading-23-0-4.
14. SJR-48 W/D-SB-843 W/D. Rules suspended-HJR-186-Adopted
15. Notive Given: SB-564-Announcement-Clerk. Notice Given: SB-244-Albright-
16. Amend #1 move to concur. Henry questions Albright-Adopted 25-0. SB-162-
17. Amend #1 - Adopted 27-0.
18. Amend #2 - Adopted 25-0
19. Amend #3 -Adopted 23-0
20. Amend #4 - Henry questions Talarico
21. Adopted 25-0
22. SB-55-Blank - Amend #2
23. Adopted -25-0
24. SB-227-Hamilton - move to concur in Amend #1 - Adopted - 25-0
25. Hamilton - motion to non-concur-adopted
26. SB-134-Hamilton - Amend #1 move to concur-adopted 25-0.
27. 1st Reading -SR-30, 29. SJR 87, 88, 89.
28. 
29. 
30. 
31. 

End Record 3:43

Case 3:19-cv-00328   Document 62-16   Filed 03/09/20   Page 5 of 9 PageID #: 726

I hereby certify this document to be a true and exact copy of the original document filed in the Tennessee State Library and Archives

*Ronald R. Lee*
LEGISLATIVE HISTORY STAFF, TSL&A

Date February 4, 2020

*Thursday*
*Apr. 7, 1977*

# HOUSE CALENDAR
## SUMMARY OF GENERAL BILLS
### CONVENES 10:30 AM

PAGE 1 OF 4 PAGES

*6 PM Mon*

PUBLISHED BY THE TENNESSEE LEGISLATIVE COUNCIL STAFF
FOR MEMBERS OF THE TENNESSEE GENERAL ASSEMBLY

(Circled Bill Number indicates which Bill is printed in your file)

**HB 416** *(SB 452)*
Murphy (Davidson)
SEWAGE - PROVIDES THAT SOLID WASTES MAY BECOME PROPERTY OF PRIVATE FIRM COLLECTING THE WASTES.
AMENDS TCA 6-4105.

**HB 102**
Blackburn
PURCHASING - EXEMPTS DIVISION OF SERVICES FOR THE BLIND FROM PUBLIC PURCHASING LAWS SUBJECT TO POLICIES OF BOARD OF STANDARDS AND PURCHASES.
AMENDS TCA 12-336.

**HB 300** *(SB 372)*
Bragg; Murphy (Davidson)
TRAFFIC SAFETY - REQUIRES PARENT OR LEGAL CUSTODIAN OF CHILD UNDER FOUR YEARS OF AGE TO SEE THAT A CHILD PASSENGER RESTRAINT SYSTEM IS USED. PROVIDES THAT NEGLECT OF SUCH DUTY MAY NOT BE CONSIDERED AS CONTRIBUTORY NEGLIGENCE NOR CONSIDERED IN MITIGATION OF DAMAGES IN CIVIL SUIT.
AMENDS TCA 59-930.

**HB 540** **(SB 439)**
Spence
BOARDS AND COMMISSIONS - EXEMPTS EMPLOYEES OF EDUCATIONAL INSTITUTIONS FROM RESTRICTIONS AGAINST GOVERNMENT EMPLOYEES SERVING AS MEMBERS OF COMMISSIONS AND BOARDS.
AMENDS TCA 2-112.

**HB 305** (SB 360)
Lashlee; Butler; Fuqua; et al
WILDLIFE RESOURCES AGENCY - GRANTS AUTHORITY TO WILDLIFE RESOURCES AGENCY TO MAKE EMERGENCY PURCHASES TO REPAIR VEHICLES USED IN FIELD WORK, PROCEDURES.
AMENDS TCA 12-324.
Present Law: Allows commissioner of general services to delegate authority to any state government department, institution or agency for purchase of materials to meet emergencies.
Proposal: Officers of wildlife resources agency granted permanent authority to make emergency purchases, for amount not in excess of $250 at any one time.

HB 215 **(SB 181)**
DeBerry; Burnett (Fentress)
CUSTODY AND SUPPORT - REQUIRES ASSIGNMENT TO STATE OF ANY CHILD SUPPORT PAYMENTS UP TO AMOUNT OF PUBLIC ASSISTANCE RECEIVED FOR SUCH CHILD.
AMENDS TCA TITLE 14, CHAPTER 3.
Present Law: Requires state recovery of assistance paid against deserting parent or parents where such desertion placed the child in needy circumstances.
Proposal: Requires notification of assignment to appropriate court clerk who shall then transmit all support payments received to the state department pending further notification.

**HB 344** (SB 337)
DeBerry; Burnett (Fentress)
PENAL AND REFORMATORY INSTITUTIONS - AUTHORIZES COMMISSIONER OF CORRECTION TO ISSUE NON-BONDABLE WARRANT TO RETAKE PRISONER SENTENCED TO PENITENTIARY WHO ABSCONDS WHILE ON WORK RELEASE PROGRAM OR IN VIOLATION OF FURLOUGH AGREEMENT.
AMENDS TCA TITLE 41, CHAPTER 1.

HOUSE    PAGE 1, *Thursday*, APRIL 7, 1977

Case 3:19-cv-00328    Document 62-16    Filed 03/09/20    Page 7 of 9 PageID #: 728

| HB 425 | Burnett (Fentress) |
| SB 162 | VITAL STATISTICS - ENACTS VITAL RECORDS ACT OF 1977, STATEWIDE SYSTEM OF VITAL RECORDS. |

REPEALS TCA 53-401 THRU 458.
REINTRODUCTION OF HB 233.
Proposal: State registrar to prescribe forms and publish reports.
Further: Registrar to establish rules and regulations on distribution of information.
Further: If birth occurs on moving conveyance and child is first removed from conveyance in this state -- Tennessee considered place of birth.
Further: If mother married at conception or birth, name of husband to be listed as father.
Further: If mother not married at conception or birth, omit all information pertaining to father, child takes mother's surname.
Further: Child born to married woman as a result of artificial insemination deemed to be legitimate child of husband.
Further: If delayed certificate of birth not accepted by registrar, parents may petition court to enter an order verifying facts proved in a hearing on the matter.
Present Law: Certified copies of court records used to verify adoption.
Proposal: Registrar to provide forms to be used by court and parties.
Present Law: Death defined as "brain death."
Proposal: No comparable provision.
Further: Death certificate must be filed within five days or later in accordance with registrar's regulations.
Present Law: Abortions reported to commissioner of public health. Stillbirth to be reported within 72 hours.
Proposal: Fetal deaths after 20 weeks gestation period or minimum weight of 350 grams to be reported within ten days; reports for research purposes only, to be destroyed according to regulation.
Further: All abortions to be reported.
Further: Authorization required by parents to dispose of dead fetus.
Present Law: $.50 recording fee for marriage certificates.
Proposal: Increases fee to $1.
Further: Court clerks to file records of divorce and annulment, $1 fee.
Further: Registrar may use modern technology to keep records.
Further: One hundred years after birth and 50 years after death or dissolution of marriage, records become public.

On March 23, 1977, the Senate amended to delete provisions that required reports of induced termination of pregnancy are not to be incorporated in ther permanent official records of the office of vital records and that such reports would be disposed of according to a departmental schedule; further, changed certain penalty provisions from a felony and $10,000 fine or 1-5 years imprisonment , or both, to a misdemeanor, with fine of not less than $50 nor more than $1,000, or imprisonment for not more than 11 months, 29 days, or both; further, reduced other misdemeanor penalty provisions from a fine of not more than $1,000 to a fine of not more than $50; further, added a requirement that the stat registrar prepare reports of foreign births for children born outside of U. S. or territories or possessions, whose adoptive parents are residents of Tennessee when the required adoption papers have been received from a state court having adoption jurisdiction.

| HB 129 | Buck; Murray (Franklin) |
| SB 101 | LIENS - ALLOWS JUDGE OR CHANCELLOR AWARD ATTORNEY'S FEES IN ACTIONS TO ENFORCE MECHANICS' AND MATERIALMEN'S LIENS. |

AMENDS TCA 64-1126.

| HB 49 | Rhinehart; Burks |
| SB 48 | CRIMINAL OFFENSES - INCREASES PENALTY FOR ASSAULT WITH INTENT TO COMMIT ROBBERY, WHERE VICTIM IS ABOVE A CERTAIN AGE, BLIND, OR DISABLED, IN THE DISCRETION OF THE JURY. |

AMENDS TCA 39-607.

I hereby certify this document to be a true and exact copy of the original document filed in the Tennessee State Library and Archives

*Ronald A. Lee* (signature)
LEGISLATIVE HISTORY STAFF, TSL&A

Date February 4, 2020