# EXHIBIT R

# 'Wright' Key Opens Success Door

By JIMMY DAVY

Last spring, freshman Mike Wright won the No. 1 quarterback assignment for Vanderbilt's football team.

How fast he can become a winning quarterback in the Southeastern Conference, and in competition with the likes of Oklahoma, remains the most vital question to be answered for the fortunes of te 1976 Commodore program.

AT 6-4, 210 POUNDS, the former prep All-American and All-South quarterback from Father Ryan High is the perfect physical specimen.

He has a rifle arm. He runs with sped and power. Commodore coach Fred Pancoast says that despite the kidding often directed toward him, he is a natural leader. And, far more sensitive than his outward demeanor would indicate.

What's left for this sophomore-to-be in his personal development as a quarterback in the talent-rich, highly-competitive football big league known as the SEC?

One word. Maturity.

IT'S WHAT WRIGHT lacked last fall when he was called on at Rice in the second game of the season. He kept throwing the ball into the ground in front of receivers. Nerves. All freshmen experience it.

He started his first game at, of all places, Florida. The Gators shut him out. But, they didn't knock him out. He proved, if nothing else, he can take the punishment of a 35-0 licking and fight back.

He doesn't resent the pressure he was placed under early last year, mainly because veteran Fred Fisher absorbed injuries. But, he's sorry he didn't step in more forcefully, having more hand in the closing winning streak of four games.

"No matter what the situation, I should have done better last year. I thought I could cut it, but it wasn't like high school playing people like Florida and Georgia," Wright said yesterday.

"THOSE KIND OF GAMES have matured me a lot. I think spring practice matured me," Wright added. "But, I know I still have a long way to go. Knowing how much I need to improve motivates me."

Wright says that his mistake last year was trying to accept too much of the responsibility of moving the football. This, too, is the usual mistake of a freshman, whose abilities were overwhelming in high school.

"The big key for Mike's development as a solid quarterback depends on his understanding of the role within the framework of the entire offensive unit," Pancoast said yesterday between practices.

"He can't do it his way all the time. Or by himself," the Vandy coach went on. "This is the big breakaway from high school football."

Pancoast says that last year Wright was too predictable with the football.

"HE IS A POWERFUL runner, but he liked to run with the ball too much," Pancoast said. "On the option, he would keep it most times. When he went back to pass, you had the feeling he always wanted to break and run. The defense had the same feeling."

Pancoast says, however, that he noticed a change in Wright just this spring as the big youngster battled two other talented quarterbacks, David Culley and Randy Hampton, for the No. 1 spot coming into pre-season practice.

"I noticed that Mike was a leader both vocally and in his actions toward the end of the spring work," the Vandy coach said. "He appeared to be settling into the framework of the offense much better, utilizing the people around him.

"WHAT HE WAS DOING will help him. The more he calls on the running of Adolph Groves and David Johnson and the better they run, the more effective his talents are going to be," Pancoast added.

Then the Commodore head man paused. Looking ahead to the coming season, he added:

"The thing that can hurt him most is that we expect too much, too early. He needs to just blend into the offense. How quickly he does this will be very important to the goals we've set for ourselves this season. And, for his own personal goals."

Wright says that he is not afraid of pressure. He already has heard the questions concerning "if Wright is going to be able to cut it this fall."

"People kind ask me this, although in a round-about way," he said, smiling.

"I feel good about the season because I like the offense. I feel like I understand it better than I did the things we tried to run last year. And, we have a lot of good players who fit right into it," Wright said.

WRIGHT SAYS THAT the offense, a mixture of double-wing, misdirection and others, doesn't necessarily compliment his talents. But, it does a lot of the others.

"We have some good offensive players. Johnson, Groves, (Hal) Kemp, (Daryl) Mills, (Martin) Cox and others can do the job," he said. "And, we have some people up front who can get it going. Mike Birdsong, Tom Ballman and all those other linemen have ability."

Then he was thoughtful for awhile before adding:

"We have a lot of ability coming back. Probably more than we had last year. I think it's just a case of getting to know each other and pulling for each other and playing as a unit."

Although experience is limited, Vanderbilt has the ingredients of a solid quarterbacking corps with Culley, a redshirt senior; Hampton, a redshirt sophomore; and freshmen Scotti Madison and Josh Hellstrom suited up for pre-season work.

VANDY, WHICH WORKED out twice yesterday, will put on the pads early this week and will hold the first limited scrimmaging sometime near midweek, Pancoast says.

That's when the freshmen will be integrated into the varsity practice scheme and the heavy work will begin for the Sept. 11 opener against defending national champion Oklahoma at Dudley Field.

Only a handful of end zone seats remain for this sensational opener. The Tennessee game, Nov. 27, already is a sellout and the Ole Miss game, Oct. 23, is well on its way to sellout status.

The only sideline seats still available are in the season ticket packages which will be sold right up until the opener.



Staff photo by Frank Empson

Sophomore Mike Wright, center, the No. 1 signal-caller as Vanderbilt begins pre-season practice, is joined by fellow quarterbacks David Culley, left, and Randy Hampton to form a solid unit. Many feel Wright's maturity holds the key to Commodore fortunes this season.

## Transsexual Wins Premier

By WILL GRIMSLEY

SOUTH ORANGE, N.J. (AP) — "I just want to prove I am human — not a two-headed person," Dr. Renee Richards, the woman who once was a man, said after a winning debut yesterday in the $60,000 Tennis Week Open tournament.

THE TALL, EYE surgeon from Newport Beach, Calif., weathered a circus-like atmosphere at the staid, 80-year-old South Orange Tennis Club for a 6-0, 6-2 victory over Cathy Beene, 24, of Houston.

Her appearance became a national event, bringing in television cameras and writers from many out-of-state cities for the occasion.

The South Orange Club, where the ancient game of bocci still is played on the green lawns, was tossed into temporary confusion as hundreds gathered for a look at the Yale graduate who changed sex a year ago.

Dr. Richards, who formerly was rated in the top 10 in Eastern 35-and-over ranks among men, was a prominent New York Ophthalmologist as Dr. Richard Raskind.

SHE APPEARED for her center court match attired in a white tennis dress with blue horizontal stripes on both the dress and panties, which showed under a ballerina skirt. She wore gold earrings. When she drove up to the clubhouse, built in 1896, with friends, she was beseiged by a cordon of ballboys and scores of cameramen.

She engaged one of the ballboys in conversation.

"I said, 'Hi' to her and she asked, 'Are you going to ballboy for my match today?'" said Jim Sharkey, 13, of South Orange. "I said 'Yes' and she replied, 'That's nice.'

"She talked in a very husky voice. I thought she would talk like a woman but she talked like a man. It was scary."

Dr. Richards, 6-feet-2 and 145 pounds, played very well in the first set but tired visibly in the second, requiring salt tablets during court changeovers. Once in the fifth game of the second set she dropped her raquet on the court and left it there.

"I was physically exhausted," she said afterwards. "But I still intend to pursue tennis, and I think with tournament competition I can hold my own with the best women players."

Dr. Richards filed an entry in the U.S. Open Tennis Championships, starting Sept. 1 at Forest Hills, but was told she would have to take a chromosome test — a scraping of the inner cheek — as would all other women players. She said she would not take the test.

MEANWHILE, THE Women's Tennis Association, headed by Chris Evert, said it would boycott the tournament if the transsexual is permitted to compete.

Twenty-five players boycotted this tournament but a field of 22, largely players of lesser ranking, elected to stay in. One of these, Cathy Hoerter of Seal Beach, Calif., formerly ranked fifth nationally, said that she thought it was wrong for women to make a judgement in Dr. Richards' case.

"This should be left up to a committee and not to the women themselves," she said. "Renee is a very impressive player. She has the independent body movement of a man but she has the lack of stamina of a woman. I don't think she could beat Chris Evert or any of the top players."

BEENE, 24, former collegiate women's doubles champion, agreed, but said she had mixed emotions about whether Renee should be admitted into women's tournaments.

"It would set a precedent," she said. "It isn't that she is too good for the women but that other male players might see in it a chance to undergo a similar operation and make a lot of money."

Beene said she was beaten more on her own errors than on Dr. Richards' play.

"Starting the match, I was sure I would win," she said. "But then I got so nervous I threw the match away. I still think I can beat her. Chris, Evonne Goolagong, Virginia Wade and the others would have no trouble with her."

BEENE WAS SO nervous she served 11 double faults in the match, made countless unforced errors and got just six points in the first set.

Dr. Richards, on the other hand, used her superior height and reach to good advantage, served hard in the earlier stages of the match and displayed a crackling top spin backhand. Her anticipation and court coverage was excellent until she tired in the second set.

"It shows I am human," Dr. Richards, a left-hander, said afterward. "I can miss a forehand and flub an overhead like anybody else. The women have nothing to fear from a 42-year-old woman like me. They will find out I am not two-headed."

Gene Scott, promoter of the Tennis Week tournament and once a ranking U.S. player, said Renee is not nearly the player she was when she played as Richard Raskind.

"I HAVE KNOWN Dr. Richards for 15 years," said Scott. "Once he had three match points on me in a tournament at Forest Hills. I don't think Renee's endurance is as good as that of Richard Raskind. She doesn't have the same hard service nor the ground strokes, although her court coverage and natural skill is the same."

Dr. Richards said afterward that money was not an issue in her pursuit of tennis honors. She indicated that hers was a campaign for public acceptance of the thousands of transsexuals who are held in disrepute.

"I have taken a leave of absence from my practice," she said. "Australia has invited me to play there and I will go there in December. The reason I am seeking to play in women's tournaments — and I will continue to pursue that in every way possible — is that I love tennis. I can't play in men's tournaments. The only place I can play is in women's tournaments, and I intend to."

## Teens Break AAU Records

MEMPHIS, Tenn. (UPI) — Three teenagers set National Junior Olympic records yesterday in final competition in track and field events at the 10th Annual games held at Memphis State University.

Helene Connell, 16, a high school senior from Jackson, N.J., bettered an NJO discus record by 10 feet with a toss of 153 feet. The previous record of 143 feet was set by Lorna Griffen of Cordallis, Mont., in 1974.

Other top finishers in discus competition included Cindi Kiser, Branson, Mo., 140-9; and Sue Kobza, Schuyler, Minn., 135-9.

In the boys shot put finals, Vincent Goldsmith of Tacoma, Wash., threw for 63-1, breaking the previous record of 63-3/4 inches set in 1974 by Ron Klotzner of New Jersey.

Second place in the shot put went to Joe Maciejczyck, Bethel Park, penn., 60-2 and third place to Jeff Lukens, Sioux Falls, S.D., 57-2.

Another Washington youth, Patsy Walker, Yelm, broke the girls' NJO high jump record by clearing 5-10. Her jump replaced the previous record of 5-8 set by Toni Jones of Washington D. C. in 1975.

Sharon Burrill, Denver, Colo., placed second with 5-9 inches and Tammie Thomas, Euless, Tex., third with 5-8 1/4.

The athletes, ranging in age from 8 to 18, qualified in district and regional meets earlier this year to earn berths at the national games sponsored by the Amateur Athletic Union.

Yesterday's competition began with preliminaries in diving, gymnastics, swimming, wrestling and compulsory routines in trampoline and tumbling.

## Sunday Ayem By John Bibb

(From First Sports Page)

couldn't get a very good look."

### Guepe Recalls Report

GUEPE CLAIMS TO this day that Thorsey's scouting report to the Virginia team was a bit fuzzy.

"Frank's reports usually were full of detailed stuff, plus an occasional bit of humor that kept us all awake during his remarks," Guepe said. "But I remember saying something to one of our coaches after the South Carolina report that Thorsey seemed a bit hesitant in some of his remarks. He, of course, hadn't said a word to any of us about not getting into the game."

It wasn't until after Virginia beat South Carolina, 28-27, "in one of the doggonedest games you'll ever see," as Guepe described it, did Thorsey admit to his ferris-wheel report.

"He told us about it because I got furious when South Carolina kept running a play that we just couldn't handle," Guepe said. "Then, the straw came when they ran an old hide-out play on us and scored. I criticized Thorsey something awful and wouldn't even speak to him for an hour or so after the game, even though we had won it.

"Finally, later in the night Thorsey told the scouting story. I still don't know whether to believe it or not, but the more I think about it, the more I laugh. In all my days of playing and coaching, I never heard anything like it. Often, when things were going bad or we were up-tight with a big game on us, I'd have one of our coaches or players tell the story. It got everybody loose, most especially Thorsey."

### Films All-Important Now

THE NEW RULE forbidding in-person scouting has most coaches wondering exactly how it will affect their plans for preparing for an opponent.

"We all rely so much on movies that I wonder if we know precisely how important in-person scouting has been all these years," said Vanderbilt's headman Fred Pancoast. "I know the first thing I've always asked a scout is for his comparison, on a first-hand basis, of our guys against theirs. The film exchanges are important, and that is now our lone system of scouting, but there is nothing to replace the 'feel' an individual scout gets while sitting there, taking notes and watching in person.

"Among other things, the in-person scout gets such important information as the opponent's snap count, the extent of injuries to players, and above all, that certain comparison of theirs against ours."

When Vandy faces Oklahoma here Sept. 11, it will be the first time in Pancoast's career that he sends a football team against a foe without having the benefit of a "live" scouting report.

"It's something all of us, Vanderbilt included, will have to learn to live with under the new rules," Pancoast said.

### SEC Strengthens Rule

SOUTHEASTERN CONFERENCE rules concerning in-person scouting are more stringent that the NCAA's.

The NCAA legislation, Article 12, Section 2, points out that a Division I member institution shall not pay or permit payment to scout an opponent, while the SEC says simply there shall be no scouting at all, eliminating the loophole of a scout paying his own expenses.

"In all our discussions of the rule, on a conference level, we attempted to iron out any of these details that might become troublesome," said Pancoast. "Right now, our league rule is no in-person scouting of any kind. Period."

—UPI Telephoto

SOUTH ORANGE, N.J. — Dr. Renee Richards, 42, near collapse between games, takes a breather in the first round of play at the $40,000 Women's Open tennis championships. Richards, formerly Dr. Richard Raskin, sparked a major controversy when the transsexual tennis player decided to play in the women's tournament.

Case 3:19-cv-00328   Document 62-18   Filed 03/09/20   Page 2 of 2 PageID #: 773

Reproduced with permission of copyright owner. Further reproduction prohibited without permission.