# EXHIBIT S

## Transsexual To Play Here Next Week
# Richards Joins WTT Nets

By PETER P. SPUDICH JR.

CLEVELAND (UPI) — Dr. Renee Richards, the transsexual who proclaims to be among the top 10 professional women tennis players in the world, signed a contract yesterday with the Cleveland Nets to play for the World Team Tennis club through the 1978 season.

DR. RICHARDS' second appearance as a Net will be in Nashville next Thursday when Cleveland meets the Phoenix Suns.

"I am thankful that I'm being given the opportunity to play professional tennis at the level that I have tried to play, but which has been met with so much frustration that I have been unable to do," said the 42-year-old Richards, an opthalmologist from Newport Beach, Calif.

Richards, who a couple of years ago underwent surgery to change her sex from male to female, said she was "very disappointed" about her recent attempt to play in the French Open in Paris and earlier at the Italian Open, being met both times by criticism she said was undue.

"I got so turned off by my reception in Europe ... I'm disenchanted with Europe," Richards said.

THE HARD-LINE STANCE by officials forced her to withdraw from the French Open after failing to pass an Olympic-style chromosome test. She earlier had failed the same test in Rome before withdrawing from the Italian Open.

"This really is a great opportunity for me," she said about playing with the Nets, owned by Joe Zingale, who said Richards' first appearance in a WTT match would be tomorrow night against San Francisco. "I can help the team."

Zingale said she can help in two ways.

"I signed her because she is a good player and it will add depth to our team," he said. "This also will be a tremendous drawing card for us."

WTT OFFICIALS in New York were informed about Richards' signing with the Nets by Zingale, who said he was met with "mixed" emotions. He also said the contract must, and is expected to be approved, by the WTT — though he declined to reveal details of the pact.

"I didn't ask them," Zingale said when asked about WTT sanctioning. "That's not the way I work. There's a lot of politics involved when you try to get approval from everybody for such a move."

Negotiations to sign Richards began Wednesday when she arrived from Europe, Zingale said, adding that it didn't take much time to reach agreement since she wanted to play here, not in San Diego, where she also had been offered a WTT pact a year ago. Richards also declined an offer to play for Larry King's team.

"There was so much notoriety with me last year, I didn't think it was time to sign with World Team Tennis," she related. "And this year Larry King talked to me in Palm Springs about signing with his team, too."

She says so much has been said about her sexuality that it has "steam-rollered" her, adding that "that's not what I want.

"I'm a tennis player," she vows. "I always have been a tennis player. I want a chance to show that I can play with the top tennis players in the world. I know I can."

Having been met with "cynicism" and "scathing denouncements" during the time after her operation, Richards called the past year while she tried to play professional tennis a "disaster," adding that "If I had to do it over again I would not do it."

Richards applied to play at the U.S. Open last fall, but was denied admission because she refused to take the chromosome test. The Women's Tennis Association also has taken a stand against Richards' participation in women's events, though former WTA President Billie Jean King has played with and against Richards in Lionel Cup matches, a satellite circuit of the Virginia Slims.

Richards, whose name used to be Dr. Richard Raskind and was ranked nationally as a men's amateur singles player, is divorced and the father of a son, Nikki, 5, who lives with his mother, Barbara Raskind, in New York.



—UPI Telephoto

CLEVELAND — Dr. Renee Richards, the transsexual who proclaims herself among the top 10 professional women tennis players in the world, talks with reporters at a news conference with Cleveland Nets' owner Joe Zingale, announcing that she signed a contract to play with the Nets. Her second match brings her to Nashville next week.

---

## FRIDAY AYEM WITH JOHN BIBB — SPORTS EDITOR

### Total Disbelief

IT'S GETTING so nothing seems right anymore.

Like, for instance, the news that Our Braves play their first—and only scheduled—doubleheader tonight against the San Francisco Giants. Surely, that isn't right, is it?

A team couldn't lose all those games—33, the most in the major leagues—playing one game a night.

Whatever, the Braves offer their version of baseball's biggest bargain tonight, and as the Atlanta informants proclaim, when the Braves are involved, doubleheader records have a chance to fall.

For instance:

The Braves' last doubleheader record came in Atlanta Stadium in 1972. In August of '72, Nate Colbert of the San Diego Padres set the record for most total bases and most RBIs in a doubleheader. He had 22 and 13, respectively.

FOR THE RECORD, and because we get an occasional inquiry concerning same, the first doubleheader in baseball came in 1882.

As might be anticipated, the doubleheader was the result of necessity. Worcester and Providence had been rained out of an important game, so the next day they were forced to play two. That set the precedent for the most unusual deal in sports—the baseball doubleheader. Two contests for the



Bob Menne    Nate Colbert

price of one. No other sport offers the identical deal, although basketball folks say their tournaments and doubleheaders are matching bargains.

AND, WHILE we're on the subject of disbeliefs, did anyone notice what happened to Bob Menne?

Of all the lockerroom philosophies in golf, none rings truer—most of the time—than the one which suggests the putter is the key stick in the bag.

You know: "Drive for show, but putt for dough."

Phooey. Ask Menne.

A recent PGA tour disclosure shows that Menne established a putting record during the Tournament Players Championship at Sawgrass Club near Jacksonville. Menne, of Lawrence, Mass., and among the outstanding young players on the tour, used 99 putts over the four rounds at Sawgrass.

That achievement lowered the record set in 1966 by Bert Yancey. Bert used 102 strokes on the putting greens in winning the Portland Open.

HOWEVER, IN establishing the PGA Tour putting mark, Menne finished far down the list at Sawgrass.

As a matter of fact, Menne finished 47th, shooting rounds of 74-78-75-76—303. His earnings for the tournament totaled $757.50, which is less than some Sawgrass members' club bills were during the week.

Menne's record first came to light weeks after the tournament when he was discussing his Sawgrass experience with PGA Tour officials. Scorecards were obtained and reviewed. Menne

(Turn to Page 39)

---



—AP Wirephoto

PHILADELPHIA — Sixers' coach Gene Shue presses a thumb to his lips as he considers tonight's NBA playoff game against the Portland Trail Blazers here.

# Dream Night Looms In Bisons' Title Bid

By JEFF HANNA
Tennessean Sports Writer

ST. JOSEPH, Mo. — For 17 years Ken Dugan has been waiting for this night.

Ever since he became baseball coach at David Lipscomb College, Dugan has had his sights set on a national championship. His dogged pursuit of that goal has brought Dugan close in the past. Twice before Dugan's Bisons have finished second in the NAIA World Series.

TONIGHT LIPSCOMB GETS its third — and perhaps its best — opportunity to fulfill Dugan's dreams when the Bisons meet Southeastern Oklahoma at 7:30 p.m. in the championship game of the double elimination tournament.

The Oklahoma team gained the championship berth by edging LaVerne, 8-7, on a run-scoring single with one out in the bottom of the ninth last night after LaVerne had rallied to tie the score, 7-7, with four runs in the top of the ninth.

Dugan's Bisons, pushed into the backseat of the NAIA World Series one week ago, have made the long climb through the losers' bracket into the driver's seat.

And yesterday as his team prepared for the title game, Dugan called them together on a dusty sandlot field where they have practiced during their stay here.

"When I started coaching baseball, I set three goals for myself as a coach," Dugan told his team. 'I wanted to win 500 games, I wanted to write a book about baseball and I wanted to win a national championship.

"THE BOOK IS WRITTEN. I'm a ways from the 500 wins (484 at the moment)," Dugan told them. "And I haven't taken a team to the national title. Not yet. But we're close. We're close enough to taste it. I can almost taste it. And I know you can. So let's see if we can't get it."

The wonder is Lipscomb is still here at all. Ever since

(Turn to Page 38)

---

### The TENNESSEAN SPORTS

Page 35

FRIDAY
June 3, 1977

---

## Sixers' Coach Ponders Lineup Change To Break Slump
# Shue May Bench McGinnis

By RALPH BERNSTEIN

PHILADELPHIA (AP) — Philadelphia 76ers Coach Gene Shue is thinking about replacing slump-ridden George McGinnis in the starting lineup for the fifth game of the National Basketball Association championship series.

The 76ers and the Portland Trail Blazers are tied 2-2 in the best-of-seven playoff, each team winning on its home court. The fifth game is here tonight, the sixth in Portland Sunday, and a seventh, if necessary, here on June 8.

SHUE MADE IT clear that he had not decided on whether to start Steve Mix in place of McGinnis.

"I was asked what my thoughts might be in that area and I left it open," Shue said. "I am considering it. It is a possibility."

The thought here is that Shue will stay with McGinnis, a super star forward who averaged 21 points a game in the regular season, but has been in a deepening playoff slump. In the four games with Portland, he is averaging 9.8 from the floor, a poor 33 per cent, and seven for 13 at the foul line, just 53.7 per cent.

An indication of Shue's thinking could be in the words of Sixers assistant coach Jack McMahon.

"THE KEY (to our chances) is George," McMahon said. "If George continues to play below par, struggle, we're in trouble. If George regains his form we'll win.

McGinnis, who had spoken freely about his perplexing slump, has decided not to talk about it anymore.

"Now it's time to do it or shut up," says the 6-9 star.

Meanwhile, Shue is trying to soft pedal the 76ers' growing reputation as the Bickersons. He's tired of reading about his players criticizing each other and his strategy. He's particularly displeased with what he calls a poor press in Philadelphia.

"I BELIEVE in positive thoughts, also facts," the coach said before yesterday's secret practice session. "I do not believe this team has been given its due by the local media. . .The tendency all year has been to make this team controversial.

"The most knowledgeable people in basketball around the league, looking from an outside point of view, cannot believe the things they read. This team is so successful."

He doesn't explain, however, what he expects the media to do when Joe Bryant rips Mix, Mix complains about the way he is being used, Lloyd Free and Darryl Dawkins demand to be traded, Julius "Dr. J." Erving criticizes strategy, Doug Collins questions the game plan etc. Should the media look the other way?

Shue says the 76ers seen in the playoffs are a different team than the one that won its conference in regular season play. Then, McGinnis was in form and Free healthy.

"NOW WE'RE a team struggling, trying to get the job done with people we didn't use during the regular season," Shue said.

Erving, who with Collins has carried the 76ers'

(Turn to Page 40)

---

## San Franciscan On APSU List

By LARRY WOODY

Dan Belluomini, assistant basketball coach at the University of San Francisco for the past seven years, has added his name to the list of candidates for the Austin Peay State University head coaching job.

BELLUOMINI, 37, is expected to be included in the top five or six finalists out of the more than 70 applicants who will be invited to the Clarksville campus next week for personal interviews.

Other leading candidates for the opening created when Lake Kelley left APSU for a head coach position at Oral Roberts University last month are:

● Ron Bargatze, Vanderbilt assistant.
● Art Tolis, Louisiana State assistant.
● Joe Kingery, Clemson assistant.
● Randy Albrecht, fired last season as head coach at St. Louis.
● Clyde Lee, former Vanderbilt All-American and professional player.

"I believe you'll find the next Austin Peay basketball coach somewhere on that list," said a source close to the situation yesterday. "Unless some new name crops up in the next couple days, I think one of these men will get the job."

Interviews will be held all next week, starting Monday, with the new coach to be named shortly thereafter.

---



—AP Wirephoto

CHARLOTTE, N.C. — Golfer Tom Weiskopf reacts as a birdie putt on the fifth hole fails to drop during yesterday's first round of the Kemper Open.

---

## Three Tie For 2nd
# Archer Leads Kemper Open

CHARLOTTE, N.C. (AP) — George Archer, on the verge of quitting the tour until he won the Sahara Invitational last fall, birdied his last three holes for a six-under-par 66 that staked him to a one-stroke lead yesterday in the first round of the $250,000 Kemper Open Golf Tournament.

Archer, a former Masters champion, said he'd decided to leave the tour until that 1976 victory.

"THAT GAVE me an exemption for this year and that's the only reason I'm out here now," said Archer, who has played poorly since an operation on his left wrist two years ago.

"It was a disaster," he said. "It's a long-time thing to get over. It took away my left side and everything went, putting and everything. I'm still trying to get some distance back. It's coming, but it's slow."

He finished with a rush in the hot, humid weather, however, twice sinking putts in the 20-25 foot range and once hitting a two iron to within four feet for a birdie-birdie-birdie finish that lifted him in front of power-hitting Jim Dent, big Barney Thompson and Tom Weiskopf, tied at 67.

Chi Chi Rodriguez, Kermit Zarley and Don Iverson were at 68, four under par and only two off the lead. Lanny Wadkins, twice a runnerup this season and the

(Turn to Page 40)

Case 3:19-cv-00328    Document 62-19    Filed 03/09/20    Page 2 of 2 PageID #: 775

Reproduced with permission of copyright owner. Further reproduction prohibited without permission.