# EXHIBIT T

## Doctor Cites 3,000 U.S. Sex Changes

NEW YORK (AP) — More than 3,000 sex change operations have been performed in the United States in the past 10 years, and one of the biggest problems today, says a doctor involved in many of them, is the continuing prejudice toward transsexuals.

"Prejudice towards transsexuals has been a disgrace in this country," said Dr. Roberto C. Granato, who performed the sex change operation on Dr. Renee Richards, whose participation in women's tennis competition has been the center of recent controversy.

DR. RICHARDS, who once played tennis as Dr. Richard Raskind, advanced Tuesday to the women's quarterfinals of the $60,000 Tennis Week tournament at South Orange, N.J.

Granato, a urologist and professor at Columbia University's College of Physicians and Surgeons, said more and more doctors are performing the procedure as it becomes accepted in the medical community.

"I'm glad more doctors are doing it because I've spent a good length of time teaching residents, and presenting the technique to such organizations as the American Urological Association, the American Medical Association and the American College of Surgeons," said Granato, 50, an Argentinian.

GRANATO HAS performed more than 200 sex change operations in the past seven years.

"At first I encountered prejudice from the medical community, the nursing community and the lay community," he said. "But little by little, that has broken down. Now those same people want to learn about the procedure, they want to help."

In male-to-female surgery, the male sexual organs are removed. The urethra — the canal that carries urine from the bladder to be expelled — is preserved and trimmed to female size, and the skin of the penis is kept and used later as lining of the new vagina. The female clitoris is created with erectile tissue from the penis.

THE VAGINA is placed in the normal area between the bladder and the rectum. This means the interior wall of the vagina is in direct contact with an erogenous nerve network, permitting orgasm during intercourse. Breasts are increased with silicone.

The patient is in the hospital for eight days, and in four to eight weeks, she can have normal sexual intercourse, Granato said.

The female-to-male operation is more complex and not as rewarding for the patient, Granato said, because it is difficult to obtain erectile tissue for a penis. He said he has only been involved in three female-to-male operations.

"BEFORE I consider operating, the person has to have a complete evaluation from a psychiatrist, counseling, and must have taken female hormones for at least a year and undergone all the beautification and cosmetic processes as a female," he said. "Then I do it, after written advice from a psychiatrist."

Dr. Richards, 42, an opthalmologist, wants to play in the U.S. Open tournament at Forest Hills, N.Y., next week. Tennis officials have demanded she take a chromosome test to prove her sexuality.

She has refused to take the test, arguing it is an infringment on her rights and an invalid indication of a person's sex.

Granato said he agrees. He said the test would reveal traces of male chromosomes and is unfair because "sexuality is in the individual's mind and body. Chromosomes are secondary."

# Castner Knott Co.

## 3 Day Royal Knight® Shirt Sale!





**Royal Knight® Double Play Shirts**
**6.99**

Long sleeve polyester/nylon shirts that look equally good with suits or casual slacks. They feature smart double track contrast stitching on the top center, collar, cuffs and both button-through pockets. Collar and cuffs are smartly lined in a contrasting color. White, blue, beige, lt. green. Sizes 14½ -17 necks, 32-35 sleeves.



**Royal Knight® Dress Shirts**
**5.99**

Stripes and patterns in easy care polyester/cotton long sleeve dress shirts in a good selection of gray, blue or beige. Wonderfully machine washable and dryable. Sizes 14½-17, necks, 32-35 sleeves.



**Royal Knight® Men's Pajamas**
**7.99**

Long sleeve, long leg pajamas in easy care polyester/cotton. Choose from a great selection of patterns or solids in blue, green or beige. Sizes S-M-L-XL.

**Royal Knight® Men's Flannel Shirts**
**6.99**

All cotton woven flannel shirts for those cool days ahead. All have 2 pockets, machine wash and dry beautifully! Choose from a great array of plaids and checks. Sizes S-M-L-XL.

castner knott men's furnishings, main floor downtown; also green hills, donelson, harding mall, rivergate, harpeth square

### Special Purchase! Men's Famous Name Slacks
**9.99**

Beautifully tailored year 'round slacks by two of the most famous names in the country! All in easy care 100% polyester in assorted patterns. Sizes 32-42 waist.

castner knott men's clothing, main floor downtown; also green hills, donelson, harding mall, rivergate, harpeth square

**CAN'T SHOP IN PERSON? MAIL THE COUPON OR ORDER BY PHONE - CALL 244-3330 LIVE OUT OF TOWN? CALL COLLECT!**

Castner Knott Co. 618 Church Street Nashville, Tennessee 37202  Dept. No. 20  Date 8-26
Please send me the items checked below. I include 6% sales tax in Tennessee plus $1 handling.

| QUAN. | ITEM | SIZE | COLOR | PRICE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

2nd Color Choice.........
Name.........
Address.........
City......... State......... Zip.........
Charge......... Acct. No......... Check......... Money Order......... (No C.O.D.)



### SALE! Downtown only! Our Entire Spring and Summer Stock from ALL Stores!!

**Men's Slacks**
**8.99**

Terrific buys in polyester slacks in a wide variety of pastel shades... all by famous names! Sizes 32-42 waist. Stock up now.

**Leisure Jackets**
**8.88**

Mix and match these jackets by famous makers with solid slacks. All polyester in a great array of pastel shades, sizes 38-44 waist.

**Men's Suits**
**39.88**

Only 30 so hurry! These suits are all polyester. Assorted colors and broken sizes in regulars only. Don't miss out on this great buy!

**Our Best Selling Leisure Suit Specially Sale Priced**
**16.99**

In easy care 100% polyester. Choose in navy, tan, gray, dusty blue, or dusty green. Sizes 38-46.

castner knott men's clothing, main floor downtown

castner knott men's clothing, main floor downtown; also green hills, donelson, harding mall, rivergate, harpeth square


Case 3:19-cv-00328   Document 62-20   Filed 03/09/20   Page 2 of 2 PageID #: 777

Reproduced with permission of copyright owner. Further reproduction prohibited without permission.