# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., | ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | No. 3:19-cv-00328 |
| WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, | ) ) ) ) ) ) ) ) | Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes |
| *Defendants*. | ) | |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
## TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants, by and through the undersigned and pursuant to Fed. R. Civ. P. 6(b) and 56(d), and LR 6.01, respectfully move for an extension of their deadline to respond to Plaintiffs' Motion for Summary Judgment from April 6, 2020 through July 10, 2020. Plaintiffs' counsel has advised that they oppose this extension of the deadline. In support of this Motion, Defendants state the following:

1. In accordance with the Court's March 2, 2020 Order (Doc. 58), Plaintiffs filed their Amended Complaint (Doc. 59) on March 3, 2020. Among other changes, the Amended Complaint added a plaintiff, Jaime Combs.

2. In response to the Amended Complaint, Defendants filed a Motion to Dismiss the Amended Complaint on March 17, 2020. (Doc. 65).

3. Plaintiffs filed and served their Motion for Summary Judgment (Doc. 60) on March 9, 2020.

4. Defendants' current deadline to respond to Plaintiffs' Motion for Summary Judgment is April 6, 2020.

5. Defendants seek an extension of time to respond to Plaintiffs' Motion for Summary Judgment not for purposes of delay, but so that they can complete the necessary discovery to adequately prepare a response, if a response is necessary following the Court's consideration of the Motion to Dismiss the Amended Complaint.

6. Defendants propounded written discovery to the new plaintiff, Jaime Combs on March 18, 2020.

7. Neither party has taken any depositions as of March 18, 2020. Defendants plan to depose, at a minimum, the following witnesses: Plaintiffs, including the new Plaintiff, and the two experts whose declarations have been submitted as exhibits to Plaintiffs' Motion for Summary Judgment.

8. As set forth in the accompanying Declaration of Dianna Baker Shew, Defendants cannot complete the necessary discovery and prepare and file a response to Plaintiffs' Motion for Summary Judgment by April 6, 2020.

9. Defendants' requested extension should not impact any current deadlines set forth in the Initial Case Management Order (Doc. 36). In fact, the requested deadline of July 10, 2020 is almost two weeks earlier than the current deadline for *filing* dispositive motions, July 23, 2020.

10. The next case management conference in this case is scheduled for March 25, 2020.

11. The undersigned conferred with Plaintiffs' counsel via email on March 16, 2020 regarding this Motion. Plaintiffs' counsel has advised that they "do not oppose a limited extension of say two weeks if necessary as a result of our new circumstances related to the COVID-19 pandemic. Plaintiffs oppose, however, the requested 13 and ½ week extension. " A two week extension, until approximately April 20, will not provide sufficient time to review the new plaintiff's discovery responses, depose all four plaintiffs, depose two expert witnesses and then prepare an adequate response. The logistics would be nearly impossible under the best of circumstances, and our current public health environment exacerbates the problem.

For the foregoing reasons, Defendants respectfully request that the Court extend the time for Defendants to respond to Plaintiffs' Motion for Summary Judgment through July 10, 2020.

Respectfully Submitted

*s/ Dianna Baker Shew*
DIANNA BAKER SHEW    BPR 012793
Senior Assistant Attorney General
(615) 532-1969
dianna.shew@ag.tn.gov
SARA E. SEDGWICK   BPR 004336
Senior Assistant Attorney General
(615) 532-2589
sara.sedgwick@ag.tn.gov
Attorneys for Defendants
P.O. Box 20207
Nashville, TN  37202

*Counsel for the Defendants*

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 18, 2020 I filed the foregoing *Defendants' Motion for an Extension of Time to Respond to Plaintiffs' Motion for Summary Judgment* electronically through the Court's CM/ECF System and thereby served it on the following:

| | |
|---|---|
| Gavin R. Villareal<br>Maddy Dwertman<br>BAKER BOTTS L.L.P.<br>98 San Jacinto Boulevard, Suite 1500<br>Austin, TX 78701-4078<br>Phone: (512) 322-2500<br>Facsimile: (512) 322-2501<br>gavin.villareal@bakerbotts.com<br>maddy.dwertman@bakerbotts.com | Omar Gonzalez-Pagan<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, NY 10005-3919<br>Telephone: (212) 809-8585<br>Facsimile: (212) 809-0055<br>ogonzalez-pagan@lambdalegal.org |
| Brandt Thomas Roessler<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112-4498<br>Phone (212) 408-2500<br>Facsimile: (212) 408-2501<br>brandt.roessler@bakerbotts.com | Tara L. Borelli<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>730 Peachtree Street NE, Suite 640<br>Atlanta, GA 30318-1210<br>Telephone: (404) 897-1880<br>Facsimile: (404) 897-1884<br>tborelli@lambdalegal.org |
| Kathryn S. Christopherson<br>BAKER BOTTS L.L.P.<br>1001 Page Mill Rd., Bldg. One, Suite 200<br>Palo Alto, CA 94304-1007<br>Phone: (650) 739-7500<br>Facsimile: (650) 739-7699<br>kathryn.christopherson@bakerbotts.com | Sasha Buchert<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>1776 K Street NW, Suite 722<br>Washington, DC 20006<br>Telephone: (202) 804-6245<br>sbuchert@lambdalegal.org |

                *s/ Dianna Baker Shew*
                Dianna Baker Shew