IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KAYLA GORE, et al )
 )
v. ) NO. 3:19-0328
 ) Richardson/Holmes
GOVERNOR WILLIAM BYRON LEE, et al )

**O R D E R**

Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on March 17, 2020, Defendants Lee and Piercey filed a motion to dismiss the amended complaint with supporting memorandum (Docket Nos. 65, 66). The deadlines for responsive filings are provided for in prior orders of the Court. *See* Docket Entry No. 36.[1]

The Clerk of Court shall forward this motion and any responsive filings for the District Judge's consideration. All previously imposed deadlines remain in effect absent further order of the Court.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] It is further noted that, although the responsive briefing schedule for motions to dismiss would ordinarily proceed according to Local Rule 7.01, because there is a dispositive motion briefing schedule provided for in the Initial Case Management Order, which allows for expanded response and reply deadlines, the provisions of the Initial Case Management Order control.