UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE; JAIME COMBS; L.G.; and K.N.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health,<br><br>*Defendants*. | Case No. 3:19-CV-00328<br><br>DISTRICT JUDGE RICHARDSON<br>MAGISTRATE JUDGE HOLMES |

## PLAINTIFFS' NOTICE OF FILING

The plaintiffs, Kayla Gore, Jaime Combs, L.G., and K.N., filed a Motion for Summary Judgment [Doc 60] and Memorandum in Support [Doc 61] on March 9, 2020. Declarations of the plaintiffs' experts, Randi Ettner, Ph.D., and Shayne Sebold Taylor, M.D., were attached to the memorandum as Exhibit 1 [Doc 61-1] and Exhibit 2 [Doc 61-2]. These exhibits do not include the experts' C.V.s and bibliographies. In order to remedy this inadvertent mistake, the plaintiffs hereby give notice of their re-filing of correct and complete copies of the Declarations as Exhibits 1 and 2 hereto.

Dated: March 23, 2020

Respectfully submitted,

*s/John T. Winemiller*

| | |
|---|---|
| Omar Gonzalez-Pagan* | John T. Winemiller |
| LAMBDA LEGAL DEFENSE AND | MERCHANT & GOULD P.C. |
|    EDUCATION FUND, INC. | 800 S. Gay Street, Suite 2150 |
| 120 Wall Street, 19th Floor | Knoxville, TN 37929 |
| New York, NY 10005-3919 | Phone: (865) 380-5960 |
| Telephone: (212) 809-8585 | Facsimile: (612) 332-9081 |
| Facsimile: (212) 809-0055 | JWinemiller@merchantgould.com |
| ogonzalez-pagan@lambdalegal.org | |

Gavin R. Villareal*
Tara L. Borelli*
Maddy Dwertman*
LAMBDA LEGAL DEFENSE AND
BAKER BOTTS L.L.P.
   EDUCATION FUND, INC.
98 San Jacinto Boulevard, Suite 1500
730 Peachtree Street NE, Suite 640
Austin, TX 78701-4078
Atlanta, GA 30318-1210
Phone: (512) 322-2500
Telephone: (404) 897-1880
Facsimile: (512) 322-2501
Facsimile: (404) 897-1884
gavin.villareal@bakerbotts.com
tborelli@lambdalegal.org
maddy.dwertman@bakerbotts.com

Sasha Buchert*
Brandt Thomas Roessler*
LAMBDA LEGAL DEFENSE AND
BAKER BOTTS L.L.P.
   EDUCATION FUND, INC.
30 Rockefeller Plaza
1776 K Street NW, Suite 722
New York, NY 10112-4498
Washington, DC 20006
Phone (212) 408-2500
Telephone: (202) 804-6245
Facsimile: (212) 408-2501
sbuchert@lambdalegal.org
brandt.roessler@bakerbotts.com

Kathryn S. Christopherson*
BAKER BOTTS L.L.P.
* Admitted *pro hac vice*.
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304-1007
Phone: (650) 739-7500
Facsimile: (650) 739-7699
kathryn.christopherson@bakerbotts.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which provides electronic notice of the filing to all counsel of record, including:

    Herbert H. Slatery III
    Attorney General and Reporter

    Dianna Baker Shew
    Senior Assistant Attorney General
    dianna.shew@ag.tn.gov
    Sara E. Sedgwick
    Senior Assistant Attorney General
    sara.sedgwick@ag.tn.gov
    PO Box 20207
    Nashville, TN 37202

This 23rd day of March, 2020.

                                        *s/John T. Winemiller*
                                        John T. Winemiller