IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KAYLA GORE, et al )
)
v. ) NO. 3:19-0328
) Richardson/Holmes
GOVERNOR WILLIAM BYRON LEE, et al )

**O R D E R**

A telephonic status/case management conference was held on March 25, 2020. Counsel participating were: Omar Gonzalez-Pagan, John Winemiller, Kathryn Christopherson, Brandt Roessler, and Tara Borelli for Plaintiffs and Dianna Shew, Sara Sedgwick, and Jae Lim[1] for Defendants. Pending before the Court is Defendants' motion (Docket No. 67) for an extension of time to respond to Plaintiffs' pending motion for summary judgment (Docket No. 60). From discussion during the status/case management conference, it is recommended to the District Judge that Defendants be given an extension until May 15, 2020, with an extended reply deadline of May 29, 2020.

Also from discussion during the status/case management conference, the case management schedule and plan is modified as follows:

1. To accommodate the emergency COVID-19 restrictions and still move this case forward, particularly with completion of any discovery that Defendants maintain is necessary to respond to the pending motion for summary judgment, counsel for the parties shall discuss the

---

[1] Mr. Lim has applied for and been approved for admission to the Court but has not yet been admitted due to the emergency COVID-19 restrictions in place. Once admitted, Mr. Lim must promptly filed a notice of appearance if he intends to further appear on behalf of Defendants. See Local Rule 83.01(e)(1).

fullest possible utilization of written discovery, including the use of Fed. R. Civ. P. 31. Counsel shall also discuss the feasibility of taking depositions by video or other remote means and the parties are encouraged to utilize the options provided by Fed. R. Civ. P. 29. The parties may seek assistance from the Court with the logistics of written discovery or remote depositions by contacting chambers for a status conference without the necessity of compliance with the discovery dispute resolution procedures.

2. For all the reasons discussed during the status/case management conference, the parties are strongly encouraged to attempt to resolve this case by agreement and to utilize ADR as appropriate. The parties are reminded of the June 23, 2020 deadline for filing a second joint case resolution status report. *See* Initial Case Management Order, Docket No. 36 at ¶ F.

3. No other status/case management conferences are scheduled at this time, but any party may request or the Court may set a status/case management conference as appropriate.

4. All other case management deadlines and provisions found in prior orders and not modified herein remain in effect.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge