IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:19-cv-00328 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| WILLIAM BYRON LEE, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon recommendation of the Magistrate Judge (Doc. No. 72), Defendants' Motion for Extension of Time (Doc. No. 67) is **GRANTED**. Defendants shall file their response to Plaintiff's Motion for Summary Judgment by May 15, 2020, and Plaintiffs shall file their reply by May 29, 2020.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE