UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| KAYLA GORE, JAIME COMBS, L.G., and K.N., | ) ) ) | |
| *Plaintiffs*, | ) ) ) | Case No. 3:19-cv-00328 |
| v. | ) ) ) | |
| WILIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, | ) ) ) ) ) ) ) ) | Judge Eli J. Richardson Magistrate Judge Barbara Holmes |
| *Defendants*. | ) ) | |

## MOTION FOR ADMISSION *PRO HA VICE*

The undersigned counsel for KAYLA GORE, JAIME COMBS, L.G., and K.N., hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the Western District of Texas. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

/s/ Puneet Kohli
Puneet Kohli

Name: Puneet Kohli (Texas State Bar Number: 24090523)

Address: Baker Botts, LLP

98 San Jacinto Boulevard, Suite 1500

Austin, TX 78701

Phone: (512) 322-2500

Email: puneet.kohli@bakerbotts.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 2, 2020, I caused the foregoing document to be filed with the Clerk of the Court via the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Gavin Villareal*
Gavin Villareal

# *Certificate of Good Standing*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

I, JEANETTE J. CLACK, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that **Puneet Kohli**, Bar #24090523, was duly admitted to practice in said Court on January 17, 2019, and is in good standing as a member of the bar of said Court.

Signed at San Antonio, Texas on April 1, 2020.



JEANETTE J. CLACK, Clerk

BY: _____