UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE, JAIME COMBS, L.G., and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | Case No. 3:19-cv-00328 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Barbara Holmes |

## **DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned counsel for KAYLA GORE, JAIME COMBS, L.G., and K.N. filed a motion for admission to appear *pro hac vice* in this action on April 2, 2020 (Dkt. No. 75). This declaration is intended to supplement the previously filed motion for admission *pro hac vice*.

I declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.

*/s/ Puneet Kohli*
Puneet Kohli

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2020, I caused the foregoing document to be filed with the Clerk of the Court via the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Gavin Villareal*
Gavin Villareal