Kayla Gore, et al.
                Plaintiff,

v.                                         Case No.: 3:19–cv–00328

William Byron Lee, et al.
                Defendant,

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 75) of Puneet Kohli is GRANTED.

s/ Kirk L. Davies, Clerk of Court