UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE, JAIME COMBS, L.G., and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | Case No. 3:19-cv-00328 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Barbara Holmes |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for KAYLA GORE, JAIME COMBS, L.G., and K.N., hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the Eastern District of Texas. Attached is a Certificate of Good Standing from that court. I declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.



*/s/ Samoneh Kadivar*
Samoneh Kadivar

Name: Samoneh Kadivar (Texas State Bar Number: 24097911)

Address: Baker Botts, LLP

98 San Jacinto Boulevard, Suite 1500

Austin, TX 78701

Phone: (512) 322-2500

Email: samoneh.kadivar@bakerbotts.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2020, I caused the foregoing document to be filed with the Clerk of the Court via the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Gavin Villareal*
Gavin Villareal

# UNITED STATES DISTRICT COURT
Eastern District of Texas

# *Certificate of Good Standing*

I, David A. O'Toole, Clerk of this Court, certify that

## SAMONEH KADIVAR

was duly admitted to practice in this Court on

November 9, 2016, and is in good standing

as a member of the Bar of this Court.

Dated at Tyler, Texas on April 3, 2020.

_____  by _____
Clerk of Court                                 Deputy Clerk

