# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Kayla Gore, et al.

                        Plaintiff,

v.                                                                Case No.: 3:19–cv–00328

William Byron Lee, et al.

                        Defendant,

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 78) of Samoneh Kadivar is GRANTED.

                                                                  s/ Kirk L. Davies, Clerk of Court