# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., | |
| *Plaintiffs*, | |
| v. | No. 3:19-cv-00328 |
| WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, | Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes |
| *Defendants*. | |

## DEFENDANTS' EMERGENCY MOTION FOR MATTHEW F. JONES AND S. JAE LIM TO APPEAR AS COUNSEL FOR DEFENDANTS PENDING ADMISSION TO THE COURT

Defendants, by and through the undersigned counsel, file this Emergency Motion for Matthew F. Jones and S. Jae Lim to Appear as Counsel for Defendants Pending Admission to the Court, stating as follows:

The Office of Attorney General and Reporter has assigned two additional attorneys, Assistant Attorneys General Matthew F. Jones and S. Jae Jim, to represent Defendants in this matter. Both made application to the Court for admission to the Bar of the Court, and both applications were accepted for admission, with an admission ceremony to be held on March 23, 2020. However, on March 18, 2020, the applicants received an email from the Clerk of the Court advising that all admissions ceremonies are postponed to at least April 30, 2020, pursuant to the Court's Administrative Order No. 209.

On March 25, 2020, the parties participated in a telephonic status conference with the Magistrate Judge, at which time the Magistrate Judge urged the parties to continue participating in discovery under the current Scheduling Order and also considered Defendants' then-pending motion for extension of time to respond to Plaintiffs' Motion for Summary Judgment, which was filed on March 9, 2020.

On March 27, 2020, the Magistrate Judge recommended that Defendants be given until May 15, 2020, to respond to Plaintiffs' Motion for Summary Judgment

On March 30, 2020, the Court accepted the Magistrate Judge's recommendation and ordered that Defendants respond to Plaintiffs' Motion for Summary Judgment by May 15, 2020. Because Plaintiffs' motion is facts-dependent, Defendants must complete discovery of Plaintiffs and Plaintiffs' experts before responding to such motion.

Due to the urgency of discovery, the parties have scheduled the depositions of two experts and two Plaintiffs to occur during the week of April 13, 2020. In order that Defendants may effectively conduct those depositions, the participation of Assistant Attorneys General Matthew F. Jones and S. Jae Jim is necessary and emergent, although they have not been formally sworn in by the Court.

Matthew F. Jones was first admitted to the Southern and Northern Districts of Mississippi in 2001. He was admitted to the Western District of Tennessee in 2006 and became licensed in the State of Tennessee in 2007.

S. Jae Lim is admitted to the District of Maryland and became licensed in the State of Tennessee in 2016.

Because of the urgent need of the Defendants to continue conducting discovery, Defendants respectfully request that the Court permit Assistant Attorneys General Matthew F.

Jones and S. Jae Lim to participate in discovery, including the taking of depositions, pending their formal admission to the Bar of the Court, and thereafter to file their respective notices of appearance in this cause

. For the foregoing reasons, Defendants respectfully request that their motion be granted on an emergency basis

Respectfully Submitted

HERBERT H. SLATERY III
Attorney General and Reporter


*s/ Dianna Baker Shew*_____
DIANNA BAKER SHEW    BPR 012793
Senior Assistant Attorney General
(615) 532-1969
dianna.shew@ag.tn.gov

SARA E. SEDGWICK   BPR 004336
Senior Assistant Attorney General
(615) 532-2589
sara.sedgwick@ag.tn.gov
P.O. Box 20207
Nashville, TN  37202

*Counsel for the Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2020, I filed the foregoing *Defendants' Emergency Motion for Matthew F. Jones and S. Jae Lim to Appear as Counsel for Defendants Pending Admission to the Court* electronically through the Court's CM/ECF System and thereby served it on the following:

Stuart C. Plunkett
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Phone: (415) 291-6200
Facsimile: (415) 291-6300
stuart.plunkett@bakerbotts.com

Gavin R. Villareal
Maddy Dwertman
Puneet Kohli
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
Phone: (512) 322-2500
Facsimile: (512) 322-2501
maddy.dwertman@bakerbotts.com
puneet.kohli@bakerbotts.com

Brandt Thomas Roessler
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Phone (212) 408-2500
Facsimile: (212) 408-2501
brandt.roessler@bakerbotts.com

Kathryn S. Christopherson
BAKER BOTTS L.L.P.
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304-1007
Phone: (650) 739-7500
Facsimile: (650) 739-7699
kathryn.christopherson@bakerbotts.com

John T. Winemiller (TN 021084)
MERCHANT & GOULD
9717 Cogdill Road, Suite 101
Knoxville, TN 37932
Phone: (865) 380-5960
Facsimile: (612) 332-9081
JWinemiller@merchantgould.com

Omar Gonzalez-Pagan
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005-3919
Telephone: (212) 809-8585
Facsimile: (212) 809-0055
ogonzalez-pagan@lambdalegal.org

Tara L. Borelli
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

Sasha Buchert
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245
sbuchert@lambdalegal.org

*s/ Dianna Baker Shew*
Dianna Baker Shew