
THE MOTION IS GRANTED.
Eli Richardson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| KAYLA GORE; JASON SCOTT; L.G.; and K.N., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, ) <br> ) <br> *Defendants*. ) | No. 3:19-cv-00328 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Barbara D. Holmes |

## DEFENDANTS' EMERGENCY MOTION
## FOR MATTHEW F. JONES AND S. JAE LIM TO APPEAR AS COUNSEL FOR DEFENDANTS PENDING ADMISSION TO THE COURT

Defendants, by and through the undersigned counsel, file this Emergency Motion for Matthew F. Jones and S. Jae Lim to Appear as Counsel for Defendants Pending Admission to the Court, stating as follows:

The Office of Attorney General and Reporter has assigned two additional attorneys, Assistant Attorneys General Matthew F. Jones and S. Jae Jim, to represent Defendants in this matter. Both made application to the Court for admission to the Bar of the Court, and both applications were accepted for admission, with an admission ceremony to be held on March 23, 2020. However, on March 18, 2020, the applicants received an email from the Clerk of the Court advising that all admissions ceremonies are postponed to at least April 30, 2020, pursuant to the Court's Administrative Order No. 209.