UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE; JAIME COMBS; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | Case No. 3:19-CV-00328 <br><br> DISTRICT JUDGE RICHARDSON <br> MAGISTRATE JUDGE HOLMES |

## PLAINTIFFS' NOTICE OF FILING

The plaintiffs, Kayla Gore, Jaime Combs, L.G., and K.N., filed a Motion for Summary Judgment [Doc 60] and Memorandum in Support [Doc 61] on March 9, 2020. The declaration of plaintiff Kayla Gore was attached to the memorandum as Exhibit 3 [Doc 61-3]. After filing, a grammatical error was discovered in the declaration. The plaintiffs hereby give notice of their re-filing of a correct copy of the Declaration as Exhibit 3 hereto.

Dated: April 13, 2020

Respectfully submitted,

*s/John T. Winemiller*

| | |
|---|---|
| Omar Gonzalez-Pagan* | John T. Winemiller |
| LAMBDA LEGAL DEFENSE AND | MERCHANT & GOULD P.C. |
|    EDUCATION FUND, INC. | 800 S. Gay Street, Suite 2150 |
| 120 Wall Street, 19th Floor | Knoxville, TN 37929 |
| New York, NY 10005-3919 | Phone: (865) 380-5960 |
| Telephone: (212) 809-8585 | Facsimile: (612) 332-9081 |
| Facsimile: (212) 809-0055 | JWinemiller@merchantgould.com |
| ogonzalez-pagan@lambdalegal.org | |

Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

Gavin R. Villareal*
Maddy Dwertman*
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
Phone: (512) 322-2500
Facsimile: (512) 322-2501
gavin.villareal@bakerbotts.com
maddy.dwertman@bakerbotts.com

Sasha Buchert*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245
sbuchert@lambdalegal.org

Brandt Thomas Roessler*
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Phone (212) 408-2500
Facsimile: (212) 408-2501
brandt.roessler@bakerbotts.com

* Admitted *pro hac vice*.

Kathryn S. Christopherson*
BAKER BOTTS L.L.P.
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304-1007
Phone: (650) 739-7500
Facsimile: (650) 739-7699
kathryn.christopherson@bakerbotts.com

*Counsel for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which provides electronic notice of the filing to all counsel of record, including:

    Herbert H. Slatery III
    Attorney General and Reporter

    Dianna Baker Shew
    Senior Assistant Attorney General
    dianna.shew@ag.tn.gov
    Sara E. Sedgwick
    Senior Assistant Attorney General
    sara.sedgwick@ag.tn.gov
    PO Box 20207
    Nashville, TN 37202

This 13th day of April, 2020.

                                          *s/John T. Winemiller*
                                          John T. Winemiller