# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| KAYLA GORE; JAIME COMBS; L.G.; and K.N., ) ) ) *Plaintiffs*, ) ) v. ) ) WILLIAM BYRON LEE, in his official ) capacity as Governor of the State of ) Tennessee; and LISA PIERCEY, in her ) official capacity as Commissioner of the ) Tennessee Department of Health, ) ) *Defendants*. ) | No. 3:19-cv-00328<br><br>Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes |

## DEFENDANTS' NOTICE OF FILING MATERIALS IN SUPPORT OF THEIR RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants hereby give notice that they are filing the following attached materials in support of their response to Plaintiffs' motion for summary judgment:

1. Excerpts from transcript of the deposition of L.G.

2. Excerpts from transcript of the deposition of Jaime Combs.

3. Excerpts from transcript of the deposition of Dr. Randi C. Ettner, Ph. D.

4. Declaration of Dr. Anthony E. D. Trabue, M.D.

5. Declaration of Vanessa Lefler

6. Declaration of Gray Bishop

7. Excerpts from transcript of the deposition of Kayla Gore.

8. Excerpts from transcript of the deposition of Dr. Shane Sebold Taylor, M.D.

1

Respectfully Submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

*/s/ Dianna Baker Shew*
DIANNA BAKER SHEW   BPR 012793
Senior Assistant Attorney General
(615) 532-1969
dianna.shew@ag.tn.gov

SARA E. SEDGWICK   BPR 004336
Senior Assistant Attorney General
(615) 532-2589
sara.sedgwick@ag.tn.gov
P.O. Box 20207
Nashville, TN  37202
C*ounsel for the Defendants*

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 15th day of May 2020 I filed the foregoing via the Court's ECF system and thereby served the following counsel:

Gavin R. Villareal
Maddy Dwertman
Puneet Kohli
Samoneh Kadivar
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
Phone: (512) 322-2500
Facsimile: (512) 322-2501
gavin.villareal@bakerbotts.com
maddy.dwertman@bakerbotts.com
puneet.kohli@bakerbotts.com
samoneh.kadivar@bakerbotts.com


Brandt Thomas Roessler
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Phone (212) 408-2500
Facsimile: (212) 408-2501
brandt.roessler@bakerbotts.com



Kathryn S. Christopherson
BAKER BOTTS L.L.P.
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304-1007
Phone: (650) 739-7500
Facsimile: (650) 739-7699
kathryn.christopherson@bakerbotts.com

John T. Winemiller (TN 021084)
MERCHANT & GOULD
9717 Cogdill Road, Suite 101
Knoxville, TN 37932
Phone: (865) 380-5960
Facsimile: (612) 332-9081
JWinemiller@merchantgould.com

Sasha Buchert
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245
sbuchert@lambdalegal.org

Omar Gonzalez-Pagan
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005-3919
Telephone: (212) 809-8585
Facsimile: (212) 809-0055
ogonzalez-pagan@lambdalegal.org

Tara L. Borelli
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

      /s/ *Dianna Baker Shew*
      Dianna Baker Shew