```
         UNITED STATES DISTRICT COURT
      FOR THE MIDDLE DISTRICT OF TENNESSEE
               NASHVILLE DIVISION
_____

KAYLA GORE; JAIME COMBS;
L.G.; and K.N.,

         Plaintiffs,


vs.                           Case No. 3:19-0328


WILLIAM BYRON LEE, in his
official capacity as Governor
of the State of Tennessee;
and LISA PIERCEY, in her official
capacity as Commissioner of the
Tennessee Department of Health,

         Defendants.
_____




               Videoconference Deposition of:

               L.G.

               Taken on behalf of the Defendants
               April 17, 2020




_____
               Elite Reporting Services
          www.elitereportingservices.com
       Jeannie Chaffin, LCR, Associate Reporter
               Post Office Box 292382
               Nashville, Tennessee 37229
                    (615)595-0073
```

Case 3:19-cv-00328 Document 88-1 Filed 05/15/20 Page 1 of 4 PageID #: 1033
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

Does your family know that -- does your family know of your status as a transgender woman?

        MR. ROESSLER: Objection.

        THE WITNESS: I'm not sure how to answer that.

BY MR. LIM:

Q.      Do your parents know?

A.      My mother knows that I'm a trans woman. And my father passed away ███████████████████████ ███████████████.

Q.      I'm sorry to hear that.

        Do your siblings know?

A.      Yes.

Q.      Do your colleagues know?

        MR. ROESSLER: Objection.

        THE WITNESS: What -- what colleagues are you referring to?

BY MR. LIM:

Q.      The previous colleagues at ███████████ ██████.

A.      ██████████████████████████████

Q.      Yes.

A.      I'm not sure if I can speculate on knowledge that people possess.

Q.      Did you tell anyone -- tell any of your

co-workers about your status as a trans woman?

A.      ███████████████████████████████

███████

████████████████

████████████████████████████

Q.      When did you come out to her?

A.      That was around August of 2016, I believe.

Q.      Was that at your school, where you are attending school now?

        MR. ROESSLER:  Objection.

        THE WITNESS:  I'm sorry, could you repeat that?

BY MR. LIM:

Q.      Have you told anyone at your current school, where you're obtaining your master's, of your status as a transgender woman?

A.      Yes.

Q.      Who are they?

A.      I have informed some of my classmates and my immediate cohorts, the professors that I have had, and the director of admissions.

Q.      Okay.  Thank you.

        When did you first identify yourself as a transgender woman?

        MR. ROESSLER:  Objection.

| | | |
|---|---|---|
| 1 | Ms. LG, do you need a break? | 01:36:37 |
| 2 | A.     I think I can continue for a little while. | 01:36:43 |
| 3 | Q.     Okay.  Ms. LG, I'd like to bring your | 01:36:46 |
| 4 | attention to paragraph 137, where you say that you | 01:36:56 |
| 5 | reasonably fear that possessing a birth certificate | 01:37:04 |
| 6 | that fails to reflect your female gender marker | 01:37:08 |
| 7 | increases the likelihood that you would be subject to | 01:37:18 |
| 8 | invasions of privacy, prejudice, discrimination, | 01:37:23 |
| 9 | distress, harassment, and violence.  But the | 01:37:27 |
| 10 | instances that you just mentioned didn't involve the | 01:37:36 |
| 11 | birth certificate in any way, no? | 01:37:39 |
| 12 |             MR. ROESSLER:  Objection. | 01:37:44 |
| 13 |             THE WITNESS:  When I presented my birth | 01:37:51 |
| 14 | certificate along with all of my documentation and | 01:37:54 |
| 15 | tried to use the documentation to change the gender | 01:38:00 |
| 16 | marker on my driver's license, it was denied.  There | 01:38:03 |
| 17 | were other -- there were other experiences -- similar | 01:38:16 |
| 18 | experiences at other DMVs.  And there were | 01:38:25 |
| 19 | experiences dealing with law enforcement and medical | 01:38:27 |
| 20 | providers. | 01:38:31 |
| 21 | BY MR. LIM: | 01:38:39 |
| 22 | Q.     Do you carry your birth certificate with you? | 01:38:39 |
| 23 | A.     I keep my birth certificate locked in a | 01:38:46 |
| 24 | safety deposit box.  And it's sealed in an envelope | 01:38:51 |
| 25 | so that no one will ever see it.  And my mom is the | 01:38:58 |

Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com
45