```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
_____

  KAYLA GORE; JAIME COMBS;
  L.G.; and K.N.,

           Plaintiffs,

  vs.                                    Case No. 3:19-0328

  WILLIAM BYRON LEE, in his
  official capacity as
  Governor of the State of
  Tennessee; and LISA
  PIERCEY, in her official
  capacity as Commissioner
  of the Tennessee
  Department of Health,

           Defendants.
_____




              Videoconference Deposition of:

              JAIME COMBS

              Taken on behalf of Defendants
              April 24, 2020




_____
                   Elite Reporting Services
               www.elitereportingservices.com
             Lindsey R. Perry, LCR, RPR, CRR, CSR
                    Post Office Box 292382
                  Nashville, Tennessee  37229
                       (615)595-0073
```

```
 1    cosmetology school.
 2    BY MR. LIM:
 3    Q.      When was that?
 4    A.      Approximately 1995.
 5    Q.      You just told us that in 2013 you submitted
 6    your birth certificate to obtain your passport,
 7    right?
 8                MS. BUCHERT:  Objection.
 9                THE WITNESS:  That is correct.
10    BY MR. LIM:
11    Q.      Okay.  So let me rephrase so we're on the
12    same page.  I'm trying to determine just how often
13    you use your birth certificate as a form of
14    identification.
15            After getting your passport for which you
16    had to submit a copy of that, has there been any
17    other instance in which you needed to produce a copy
18    of your birth certificate?
19                MS. BUCHERT:  Objection.
20                THE WITNESS:  I know of instances before
21    I received my passport.  I am unaware of instances
22    after I received my passport.
23    BY MR. LIM:
24    Q.      So in the past seven years, you haven't used
25    your birth certificate as a form of identification?
```

```
 1                MS. BUCHERT:  Objection.
 2                THE WITNESS:  I do not believe so.
 3                MR. LIM:  Could I take a quick break
 4     here?  Could we come back -- it's 1:59 right now.
 5     Could we come back at 2:10, please?
 6                MS. BUCHERT:  Sounds good.
 7                MR. LIM:  Thank you.
 8                (Short break.)
 9     BY MR. LIM:
10     Q.     Hi, Ms. Combs.
11            Can you hear me okay?
12     A.     Yes.
13     Q.     I have to ask you a couple of quick
14     housekeeping questions.
15            During the break, did you talk to anyone
16     about this deposition?
17     A.     I did not, no.
18     Q.     Did you review any documents outside of
19     those two exhibits I showed you today?
20     A.     No, sir.
21     Q.     Okay.  Fine.
22            I want to refer your attention to Exhibit 2,
23     the declaration, page 4, Paragraph 19.  Let me know
24     when you're ready, Ms. Combs.
25                MS. BUCHERT:  And, Jaime, I would advise
```

```
1    you to take as much time as you need.
2               THE WITNESS:  Declaration and what --
3    what page again?
4    BY MR. LIM:
5    Q.     Page 4, middle of the page, Paragraph 19.
6           Do you have that?
7    A.     Yes.
8    Q.     Okay.  So in Paragraph 19 of your
9    declaration, you say, quote, I reasonably fear that
10   possessing a birth certificate that fails to
11   accurately reflect my sex consistent with my gender
12   identity increases the chances that I will be
13   subjected to invasions of privacy, prejudice,
14   discrimination, distress, harassment, or violence.
15          I want to ask you to explain to us why you
16   feel that way.
17              MS. BUCHERT:  Objection.
18              THE WITNESS:  I do feel that way because
19   it is painful and difficult for me to have
20   documentation that is not reflective of me.  Because
21   of my past history and experiences with birth
22   certificate -- and the birth certificate being
23   inaccurate to who I am, it has been a source that
24   could be used against me.  I have seen -- I feel
25   like because of this paper, in the past, I've had to
```

Case 3:19-cv-00328-DCN Document 332-2 Filed 05/15/06 Page 5 of 073ageID #: 10404 2
Elite Reporting Services
www.EliteReportingServices.com

1   tell my story in situations I did not want to.  An
2   example would be when I was in a bank and they
3   required this documentation that was no longer
4   congruent with who I was or other information that I
5   had, and I felt it necessary to explain why it
6   didn't match.
7            So at that particular time that -- the
8   banker was a client of mine that was not aware of
9   this information, so it was very difficult to -- to
10  tell and explain because I didn't know what her
11  response would be.  Also being in a small town, I
12  had to take a chance on do I see a total stranger
13  and risk this information going out to everyone or,
14  you know, that time, do I tell someone that I know
15  that may be more likely to -- to be respectful and,
16  you know, protect that information.  So it -- it
17  was -- information that was not accurate of me.
18  BY MR. LIM:
19  Q.     I think you cut off toward the end there.
20  Could you repeat the last couple of sentences?
21           THE REPORTER:  Thank you.
22           THE WITNESS:  It was a little
23  dehumanizing to me to present this information to
24  someone that was inaccurate about me.
25  //

```
1    BY MR. LIM:
2    Q.      And you mentioned your experience at the
3    bank.
4            Do you remember exactly when that was?
5               MS. BUCHERT:  Objection.
6               THE WITNESS:  I remember that the birth
7    certificate was a requirement for some type of
8    business transaction.
9    BY MR. LIM:
10   Q.      Do you know when that was?
11   A.      That was --
12              MS. BUCHERT:  Objection.
13              THE WITNESS:  -- approximately 2010.
14   BY MR. LIM:
15   Q.      So that was before you got your passport
16   corrected, right?
17   A.      This was before the passport was corrected.
18   Q.      Okay.  Has there been any other time besides
19   the examples that you mentioned so far that you've
20   had to present your birth certificate and you,
21   quote, reasonably fear that presenting that document
22   subjected you to harassment and discrimination and
23   so forth?
24              MS. BUCHERT:  Objection.
25              THE WITNESS:  When I started my
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com