<pre>
 1                  UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                        NASHVILLE DIVISION
   _____
 3
   KAYLA GORE; JAIME COMBS;
 4 L.G.; and K.N.,
 5             Plaintiffs,
   vs.                              Case No. 3:19-cv-00328
 6
   WILLIAM BYRON LEE, in his
 7 official capacity as
   Governor of the State of
 8 Tennessee; and LISA
   PIERCEY, in her official
 9 capacity as Commissioner
   of the Tennessee
10 Department of Health,
11             Defendants.
   _____
12 _____
13
14
15
                   Videoconference Deposition of:
16
                   RANDI C. ETTNER, PH.D.
17
                   Taken on behalf of Defendants
18                 April 14, 2020
19
20
21 _____
22
                     Elite Reporting Services
23                  www.elitereportingservices.com
            Ashley V. Meeks, LCR, Associate Reporter
24               ashley@elitereportingservices.com
                        P.O. Box 292382
25                   Nashville, TN 37229
                        (615)595-0073
</pre>

Case 3:19-cv-00328   Document 83-8   Filed 05/20   Page 1 of 288 PageID #: 1043
Elite Reporting Services * (615)595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | I will call it, contain essentially the same opinions | 13:26:00 |
| 2 | that are being rendered in the current case? | 13:26:05 |
| 3 | MR. KOHLI: Objection. Form. | 13:26:11 |
| 4 | THE WITNESS: I would like a moment to | 13:26:16 |
| 5 | review this document. | 13:26:17 |
| 6 | BY MR. JONES: | 13:26:20 |
| 7 | Q. Please. | 13:26:20 |
| 8 | A. (Reviews document.) | 13:26:21 |
| 9 | My opinions are the same in this document. | 13:26:53 |
| 10 | Q. Thank you. | 13:26:59 |
| 11 | And going to the last exhibit, which is | 13:27:02 |
| 12 | Exhibit 5, is a transcript of a deposition that I | 13:27:08 |
| 13 | believe where you testified -- and let me find the | 13:27:20 |
| 14 | date of it. Just a moment. Was a deposition -- | 13:27:25 |
| 15 | looks like the deposition took place on September 18, | 13:27:54 |
| 16 | 2019, in Chicago, Illinois. | 13:28:10 |
| 17 | Do you recognize that transcript as the | 13:28:14 |
| 18 | transcript of your deposition taken that day? | 13:28:17 |
| 19 | A. Yes. | 13:28:24 |
| 20 | (WHEREUPON, the above-mentioned document | 13:28:24 |
| 21 | was premarked as Exhibit Number 5.) | 13:28:24 |
| 22 | BY MR. JONES: | 13:28:25 |
| 23 | Q. And, again, I know it's quite a long | 13:28:25 |
| 24 | deposition. But at the end of the deposition is | 13:28:28 |
| 25 | actually Page -- I'm trying to find it. Down to Page | 13:28:34 |

Case 3:19-cv-00328 Document 33-9 Filed 05/20/24 Page 3 of 289 PageID #: 10420
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

236.  And you can scroll to that if you need to.  But

do you recall having an opportunity to read and sign

that deposition?

A.      (Reviews document.)

        Yes.

Q.      And just a general question about that

deposition.  I know you may not have had an

opportunity to completely review it again before

today.  But as far as you recall, was your testimony

in that deposition truthful and consistent with your

opinions rendered in the expert report that was

prepared in that case?

A.      I haven't reviewed the deposition but my

answers were truthful.

Q.      Thank you.

        And so, Dr. Ettner, having reviewed -- not

having reviewed these various documents and this

deposition, this prior deposition -- and again, I

think your qualifications were very well documented

in that deposition so I'm not going to go back

through them, and instead will focus today on your

opinions and your education and experience with

regard to those opinions.  So I would like, if we

could, just start with some basic definitions of

terms that are being used throughout these documents

Case 3:19-cv-00328  Document 38  Filed 05/20/21  Page 5 of 287  PageID #: 1048
Elite Reporting Services  *  (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | Q.     And how many -- you say it's belonging to a | 13:37:51 |
| 2 | category.  How many categories of gender identity are | 13:37:59 |
| 3 | there? | 13:38:07 |
| 4 | A.     There are many ways that people can express | 13:38:07 |
| 5 | their gender identity. | 13:38:09 |
| 6 | Q.     Is there -- has there been any effort by your | 13:38:16 |
| 7 | profession or the medical community or psychiatric | 13:38:23 |
| 8 | community to come up with a list of categories | 13:38:38 |
| 9 | regarding the gender identity? | 13:38:41 |
| 10 | MR. KOHLI:  Objection.  Form. | 13:38:45 |
| 11 | THE WITNESS:  I can't speak to what other | 13:38:49 |
| 12 | organizations have included.  The World of | 13:38:50 |
| 13 | Professional Association of Transgender Health, | 13:38:57 |
| 14 | WPATH, speaks of gender nonconforming, transgender, | 13:39:05 |
| 15 | and gender dysphoric individuals. | 13:39:10 |
| 16 | BY MR. JONES: | 13:39:17 |
| 17 | Q.     And can you define for me what gender | 13:39:17 |
| 18 | nonconforming is? | 13:39:23 |
| 19 | A.     Yes. | 13:39:25 |
| 20 | Gender nonconforming is a gender presentation | 13:39:26 |
| 21 | that falls outside of the stereotypically accepted | 13:39:32 |
| 22 | cultural expectation.  So for instance, if a young | 13:39:41 |
| 23 | girl were to appear boyish, so to speak, what we | 13:39:52 |
| 24 | typically referred to as a tomboy in the past, that | 13:39:59 |
| 25 | would be an example of gender nonconformity. | 13:40:03 |

| | | |
|---|---|---|
| 1 | particular experience of having treated -- I believe | 13:42:25 |
| 2 | you testified to over 3,000 individuals.  Is that | 13:42:28 |
| 3 | correct, over 3,000 individuals? | 13:42:35 |
| 4 | A.     At this point, yes. | 13:42:37 |
| 5 | Q.     In your experience of having treated over | 13:42:39 |
| 6 | 3,000 individuals, have you experienced individuals | 13:42:43 |
| 7 | who call themselves, for example, agender? | 13:42:54 |
| 8 | MR. KOHLI:  Objection.  Form. | 13:43:07 |
| 9 | BY MR. JONES: | 13:43:08 |
| 10 | Q.     Are you familiar with that term? | 13:43:09 |
| 11 | A.     It's not a term that is commonly used, | 13:43:13 |
| 12 | although there are terms that are similar that are | 13:43:18 |
| 13 | used and that I have, indeed, seen in my clinical | 13:43:24 |
| 14 | practice. | 13:43:31 |
| 15 | Q.     What similar terms? | 13:43:31 |
| 16 | A.     Non-binary, genderqueer would be examples of | 13:43:33 |
| 17 | the -- what I believe is the example you're offering. | 13:43:45 |
| 18 | Q.     And what -- those terms, what do they denote? | 13:43:55 |
| 19 | MR. KOHLI:  Objection.  Form. | 13:44:03 |
| 20 | THE WITNESS:  Individuals who | 13:44:09 |
| 21 | characterize themselves in that manner don't | 13:44:10 |
| 22 | necessarily have a gender identity that they believe | 13:44:17 |
| 23 | is entirely male or entirely female.  And they see | 13:44:26 |
| 24 | themselves as having a more nuanced or unique | 13:44:38 |
| 25 | identity which they oftentimes attempt to express. | 13:44:45 |

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    doctor.

 2              MR. JONES:  Oh.  Her answer?

 3              THE REPORTER:  Yes, sir.

 4              THE WITNESS:  My answer is yes, in the        15:00:40

 5    context of the preceding questions and those that      15:00:42

 6    follow.                                                15:00:47

 7    BY MR. JONES:                                          15:00:50

 8    Q.      And so the next question in the deposition     15:00:51

 9    was:  So even though you describe what generally       15:00:56

10    happens at birth as cursory, you nevertheless admit,   15:01:00

11    I mean, that's appropriate as well, at the time of     15:01:08

12    birth, right?                                          15:01:13

13              And your answer was:  Correct.               15:01:15

14              Is that the same answer today?               15:01:18

15              MR. KOHLI:  Same objection as before.        15:01:23

16              THE WITNESS:  My answer today is that        15:01:29

17    examination of the genitals at birth is a proxy for    15:01:34

18    sex for the majority of people.  For some people,      15:01:45

19    however, evidence that emerges later on makes that     15:01:49

20    designation inaccurate.                                15:02:00

21    BY MR. JONES:                                          15:02:07

22    Q.      And that is in your opinion based on           15:02:07

23    information which becomes available later?             15:02:10

24    A.      Correct.                                       15:02:16

25    Q.      And what information might that be?            15:02:17
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

Page 1

1          IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
2

3    STACIE RAY, BASIL          )
     ARGENTO, JANE DOE and      )
4    ASHLEY BREDA,              )
                                )
5            Plaintiffs,        )
                                )    No. 2:18-cv-00272-
6        vs                     )         MHW-CMV
                                )
7    AMY ACTON, in her          )
     official capacity as       )
8    DIRECTOR OF THE OHIO       )
     DEPARTMENT OF HEALTH,      )
9    KAREN SORRELL, in her      )
     official capacity as       )
10   CHIEF OF THE OFFICE OF     )
     VITAL STATISTICS, and      )
11   JUDITH NAGY, in her        )
     official capacity as       )
12   STATE REGISTRAR OF THE     )
     OFFICE OF VITAL            )
13   STATISTICS,                )
                                )
14           Defendants.        )
15
16           The deposition of RANDI ETTNER, Ph.D.
17   called for examination pursuant to notice and
18   pursuant to the Federal Rules of Civil Procedure
19   for the United States District Courts pertaining to
20   the taking of depositions taken before MARI BETH
21   KAWULIA, Certified Shorthand Reporter within and
22   for the County of Cook and State of Illinois at 105
23   West Adams Street, Chicago, Illinois, on September
24   18, 2019 at the hour of 10:00 a.m.

**EXHIBIT**

Randi Ettner 04/14/2020

**05**

```
                                              Page 2

 1   APPEARANCES:
 2          LAMDA LEGAL
            MS. KARA N. INGELHART
 3          105 West Adams Street
            Suite 2600
 4          Chicago, Illinois  60603
            (312) 663-4413
 5          kingelhart@lambdalegal.org
 6               -and-
 7          AMERICAN CIVIL LIBERTIES UNION OF OHIO
            MS. ELIZABETH BONHAM
 8          Max Wohl Civil Liberties Center
            4506 Chester Avenue
 9          Cleveland, Ohio  44103
            (614) 586-1958
10          ebonham@acluohio.org
                 Appeared on behalf of the Plaintiffs;
11
12          CALFEE, HALTER & GRISWOLD LLP
            MR. JAKE BLAKE
13          1200 Huntingon Center
            41 South High Street
14          Columbus, Ohio  43215
            (614) 621-7789
15          jblake@calfee.com
                 Appeared on behalf of the Defendants.
16
17
18
19
20
21
22   REPORTED BY:  MARI BETH KAWULIA
     CSR LICENSE:  084-2873
23
24
```

Veritext Legal Solutions
www.veritext.com                                     888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 8 of 288 PageID #: 1050

```
                                                        Page 3
1                    I    N    D    E    X
2   WITNESS:
3   RANDI ETTNER, Ph.D.
4     Direct Examination by Mr. Blake..............4
      Cross Examination by Ms. Ingelhart............
5
```

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| No. 11 | Ettner expert reports with C.V. and bibliography | 49 |
| No. 12 | WPATH standards of care | 84 |
| No. 13 | "Transsexual Couples, Qualitative Evaluation of Atypical Partner Preferences" written by Randi Ettner | 130 |
| No. 14 | "Psychological and Social Adjustment in Older Transsexual People" written or co-authored by Randi Ettner | 138 |
| No. 15 | printout from the APA | 175 |
| No. 16 | Article: "Adaptation and Adjustment in Children of Transsexual Parents" co-authored by Randi Ettner | 179 |
| No. 17 | Article: Entitled "Disclosure of Risks and Protective Factors for Children Whose Parents Are Undergoing a Gender Transition" Co-authored by Randi Ettner | 183 |
| No. 18 | Van Meter expert report | 207 |

```
6   EXHIBIT    DESCRIPTION                      PAGE
7    No. 11   Ettner expert reports with        49
               C.V. and bibliography
8
     No. 12   WPATH standards of care           84
9
     No. 13   "Transsexual Couples, Qualitative 130
10             Evaluation of Atypical Partner
               Preferences" written by Randi
11             Ettner
12   No. 14   "Psychological and Social         138
               Adjustment in Older Transsexual
13             People" written or co-authored by
               Randi Ettner
14
     No. 15   printout from the APA             175
15
     No. 16   Article: "Adaptation and          179
16             Adjustment in Children of
               Transsexual Parents" co-authored
17             by Randi Ettner
18   No. 17   Article:  Entitled "Disclosure    183
               of Risks and Protective Factors
19             for Children Whose Parents Are
               Undergoing a Gender Transition"
20             Co-authored by Randi Ettner
21   No. 18   Van Meter expert report           207
22
23
24
```

```
                                            Page  4
 1                (Witness duly sworn.)
 2    WHEREUPON:
 3                    RANDI ETTNER, Ph.D.,
 4    called as a witness herein, having been first duly
 5    sworn, was examined and testified as follows:
 6          D I R E C T   E X A M I N A T I O N
 7    BY MR. BLAKE:
 8        Q.    All right.  My name is Jason Blake.  I
 9    am an attorney at Calfee, Halter & Griswold, LLP,
10    and I represent the Department of Health, among
11    others, in this litigation.
12                    Could you please state and spell
13    your name for the record?
14        A.    Randi Ettner, R-a-n-d-i, E-t-t-n-e-r.
15        Q.    And are you here to testify regarding
16    your expert opinion that you rendered in the case
17    of Stacie Ray, et al versus the Director of the
18    Ohio Department of Health, et al?
19        A.    I am.
20        Q.    I suspect it won't be necessary to
21    gather or collect you at your address at any time
22    because I'll contact you through counsel, but could
23    you just state the best way to get ahold of you,
24    your business address or your home address or
```

```
                                            Page 5
 1   something, something where we can reach you if we
 2   need to?
 3        A.    1214 Lake Street in Evanston, Illinois.
 4   The zip code is 60201.
 5        Q.    Great.  Thank you.
 6              I guess before we dive in, from your
 7   resume and your CV and just, you know, what I
 8   learned about you before the deposition, I assume
 9   you've given a number of depositions before,
10   right?
11        A.    That's correct.
12        Q.    So we probably don't need to go into any
13   great detail about the rules and sort of the
14   procedures, but just to kind of reinforce some of
15   the basic stuff, it's your deposition.  If you need
16   to stop at any time to take a break, please do so.
17   Just let me know, we'll stop.  The only caveat to
18   that is if a question is pending, I would ask that
19   you answer the question and then we can stop.
20              I think probably you have enough
21   experience to sort of -- we can do the basic
22   blocking and tackling of a deposition, but if
23   there's any confusion or something like that,
24   please let me know.  If you answer a question, I'm
```

Page 6

1    going to assume that you understood the question.

2                    What are your areas of expertise in

3    which you are qualified in your opinion to give

4    expert testimony?

5         A.    I'm qualified in general psychology,

6    tests and measurements, PTSD and trauma, all areas

7    of gender and gender diversity and adult

8    psychotherapy.

9         Q.    PTSD, that's post-traumatic stress

10   disorder?

11        A.    Correct.

12        Q.    Tests and measurements, what's that?

13        A.    Psychologists are trained to give

14   psychodiagnostic tests.

15        Q.    So could you give me an example?

16        A.    IQ test, personality tests, tests about

17   measurements of anxiety, depression and other

18   various disorders as well as tests to determine

19   neurocognitive abilities or the lack thereof.

20        Q.    Okay.  I assume there's lots of overlap

21   between these four areas, but would a diagnosis of

22   gender dysphoria fall underneath one of the tests

23   and measurements that you're qualified to render?

24        A.    No.  There is no test for gender

Page 7

1   dysphoria per se.

2        Q.    All right.  So what -- I mean, my

3   understanding is that the plaintiffs in this case

4   have a diagnosis of gender dysphoria, is that your

5   understanding?

6        A.    That's my understanding.

7        Q.    What is the difference between the kind

8   of -- I mean, somebody rendered that diagnosis of

9   them.  So what's the difference between the type of

10  diagnosis that would fall under a test and

11  measurement and one like gender dysphoria where

12  there is no test or measurement?

13       A.    Well, tests and measurements can measure

14  many things, extroversion, introversion, so they

15  can measure aspects of personality, and that

16  differs from diagnosable disorders.  Diagnoses are

17  typically made on criteria outlined in a diagnostic

18  and statistical manual.

19       Q.    Like a DSM?

20       A.    Correct.

21       Q.    So a diagnosis like severe anxiety or

22  depression, would that be subject to a test or

23  measurement or would that be something different?

24       A.    One could use a test to determine a

Veritext Legal Solutions
www.veritext.com                                      888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 13 of 288 PageID #: 1055

1  specific profile because everyone experiences

2  anxiety in a different way, but it would meet the

3  criteria of an anxiety disorder if it followed the

4  DSM-5 criteria.

5      Q.    Okay.  Well, you can tell me.  Are there

6  criteria in the DSM-5 for gender dysphoria?

7      A.    Yes.

8      Q.    So then what I guess separates a

9  diagnosis of -- We're just going to stick with

10  severe anxiety because that's what we've been

11  talking about.  You said that one was subject to

12  tests and measurements yet gender dysphoria isn't

13  subject to any test or measurement.

14             What is the reason for I guess the

15  difference between the two?

16      A.    Gender dysphoria has attendant anxiety

17  as one of the symptoms, as does post-traumatic

18  stress disorder.

19      Q.    Sure.

20      A.    So anxiety, depression and hopelessness

21  underlie many psychiatric or other disorders that

22  are listed in the DSM-5.

23      Q.    Okay.  So the diagnosis of gender

24  dysphoria would include some sort of like

Page 9

1    sub-diagnoses for things like anxiety and you said
2    hopelessness.  Those sub-diagnoses may involve some
3    tests or measurements which help point you in the
4    direction of getting to a diagnosis of gender
5    dysphoria, but specifically there's no test or
6    measurement for that diagnosis of gender dysphoria;
7    is that accurate?
8         A.    I'm not sure I understand that question
9    the way you phrased it.
10        Q.    Sure.  I'm just trying to flush out what
11   you meant when you said that a diagnosis of gender
12   dysphoria wouldn't fall under a test and
13   measurement, you know, that sort of expertise that
14   you have.  And the reason for that was, I'm sorry,
15   can you say that again?
16        A.    Well, by analogy, there's no test per se
17   of anorexia nervosa, but we can make the diagnosis
18   by following the criteria that are outlined, but
19   anxiety and depression are broad parameters that
20   underline many, if not most, psychiatric or other
21   disorders that are listed in the DSM-5.  Does that
22   clarify it for you?
23        Q.    Yeah.  Maybe.  I guess it just exposes
24   my ignorance about, you know, the vast array of

Page 10

1   diagnoses that you can receive from a psychiatrist

2   or psychologist.  The witness is nodding her head

3   yes I assume in response to my self diagnosis of

4   ignorance of her field.

5                    But is it fair to say that not every

6   diagnosis, clinical or otherwise, in your field is

7   not subject to, you know, a strict, you know, test?

8   Is that fair to say?

9        A.    Would you repeat that question?  I'm

10  sorry.

11       Q.    Sure.  I'm not trying to trip you up.

12       A.    I didn't understand it the way it's

13  phrased.

14       Q.    That's fine.  You brought up anorexia,

15  and we can talk about anorexia in this context too

16  just a bit -- you know, it's more separate from the

17  facts of this case.  Again, I'm not trying to, you

18  know, blind side anybody with some "got you"

19  question.  I'm just trying to understand, you

20  know.

21                    Let's say I show up, right, in your

22  office and I start, you know, telling you what I'm

23  experiencing, and based on what I've told you,

24  you're like hmmm, I think this person might be an

Page 11

1  anorexic.  Are you with me so far?

2      A.    Yes.

3      Q.    Or anorexic or someone that has

4  anorexia, right?

5      A.    I'm understanding this part of the

6  statement.

7      Q.    Okay.  There's not any -- you know, you

8  can't do a blood test to say, yeah, this person has

9  anorexia; is that correct?

10     A.    That's correct.

11     Q.    You can't look for any, you know,

12 concrete evaluative, you know, metrics and say that

13 yep, that's anorexic, right?

14     A.    There are some metrics that I might look

15 for, but if you came to my office, I would make the

16 diagnosis without giving you a statistically

17 reliable and valid psychometric instrument.

18     Q.    Okay.  And that doesn't in your mind

19 undermine the credibility of that diagnosis, it

20 just informs someone in your profession or from

21 the outside on how the diagnosis was reached,

22 right?

23     A.    Most tests are not used to make a

24 diagnosis.  They're used to give some indication

Page 12

1   about an individual, either about their personality

2   or about perhaps certain behaviors, but they don't

3   in and of themselves make diagnoses.

4      Q.    Okay.  Understood.  So you would -- you

5   could give a test to someone and say this person is

6   suffering from severe anxiety and that might be a

7   criteria for any number of other diagnoses that

8   you could reach given the circumstance of the

9   patient?

10      A.    I think I agree with that statement.

11      Q.    Okay.  Good.  And then I expect that

12   you will have a personality evaluation of everyone

13   in the room before you leave today.  I wouldn't

14   know.

15      A.    Only if you all have the appropriate

16   insurance.

17      Q.    Well, I can tell you my insurance is

18   terrible.

19      A.    Then you will not get any sort of

20   analysis.

21      Q.    No free analysis, okay.  I'm stuck to my

22   online quizzes figuring out which Hogwarts house

23   I'm in.

24            So general psychology, PTSD, tests

Page 13

```
 1    and measurements and then you said gender and

 2    gender diversity, right?

 3         A.    Correct.

 4         Q.    Does your opinion that you rendered in

 5    this case stem largely from your expertise in the

 6    field of gender and gender diversity?

 7         A.    Yes.

 8         Q.    Okay.  Like I said, I assume there's

 9    some overlap with your general knowledge of

10    psychology and probably the tests and measurements

11    too, I would guess, right?

12         A.    I imagine that all of my experience has

13    lead me to a certain degree of competence.

14         Q.    How long have you -- I suppose how long

15    have you practiced psychology?

16         A.    I've had a private practice since 1980.

17         Q.    And before that you received your

18    degree, right?

19         A.    That's correct.

20         Q.    And you have a Ph.D., right?

21         A.    Yes.

22         Q.    You received a masters as well?

23         A.    Yes.

24         Q.    Kind of the normal four-year degree
```

Page 14

1    masters, Ph.D. track program, right?

2         A.    Yes.

3         Q.    And then for a time you -- did you work

4    like in residency like at a clinical hospital or

5    anything like that?

6         A.    I've done postdoctoral work in certain

7    areas.

8         Q.    Okay.  And then after doing that for a

9    period of time, you set up your own private

10   practice; is that accurate?

11        A.    In 1980 I began practicing privately.

12        Q.    Okay.  And when did you first start

13   developing your expertise in gender and gender

14   diversity issues?

15        A.    As a young student I volunteered at Cook

16   County Hospital and they were running groups for

17   individuals who wanted what was then called sex

18   change or sex reassignment surgery, and since I was

19   the first volunteer they had ever had, I was sort

20   of like a candy striper back then, they said we'll

21   stick her with those people.

22              So before I had a degree, I was

23   involved in groups of individuals who were awaiting

24   reassignment surgery, and that's my first

Page 15

1    experience with people who were experiencing gender

2    incongruity.

3         Q.    Okay.  And that would have been

4    approximately?

5         A.    In the late '70s.

6         Q.    Was that during your doctoral?

7         A.    No.

8         Q.    Before that?

9         A.    Yes.

10        Q.    Masters?

11        A.    Before.

12        Q.    So as an undergrad?

13        A.    Yes.

14        Q.    Okay.  I know you identified in your CV,

15   and we'll get to those in a few minutes, some of

16   your recent cases that you have been an expert

17   witness in and been deposed in.

18             Do you know approximately how many

19   times you have been an expert witness in any sort

20   of matter in the last ten years?

21        A.    I could only make a guess about that.

22        Q.    I'm okay with that.  I'm not going to

23   ask you okay, you know, the first time, the second

24   time.  Just approximately, you know, is it 15?  Is

Page 16

1    it 20?  Is it 30?

2        A.    It's probably closer to 50.

3        Q.    Somewhere between 30 and 50 you think?

4        A.    I would say it's probably more than 30.

5        Q.    Okay.  More than 30, less than 50?

6            MS. INGELHART:  Excuse me.  Just really

7    quickly, we would like to add a couple

8    developments to the record since she shared her CV

9    with you all.

10            Recently she's given testimony in a

11   new case, new to her, to her C.V., a case called

12   Monroe v. Jeffries which she can talk about.  She's

13   also been invited to speak with the Director of the

14   Office of Civil Rights at the Federal Department of

15   HHS.  And to her bibliography, to her report, a

16   study was omitted in error.

17            MR. BLAKE:  I'm sorry?

18            MS. INGELHART:  To the bibliography of

19   her report, a study was omitted in error that she

20   relied upon.

21            MR. BLAKE:  Okay.

22            MS. INGELHART:  It is cited in

23   Dr. Gorton's report for the full citation, but it's

24   the Bauer G.R., et al 2015 study, "Intervenable

Page 17

1   Factors Associated with Suicide Risk in Transgender

2   Persons, a Respondent Driven Sampling Study in

3   Ontario, Canada."

4   BY MR. BLAKE:

5       Q.    This is the 2015 study that found that

6   transgender individuals have a higher rate of

7   suicide when they have documents that don't match

8   their gender identity; is that right?

9       A.    That's correct.

10          MR. BLAKE:  Okay.  We're going to talk

11  about that, and I did pick up that it wasn't cited

12  in her report, and I was going to ask her what

13  report she was referring to.  I assumed it was the

14  Gorton one or the Bauer one that Gorton refers to.

15  Thank you for clearing that up.

16          MS. INGELHART:  Thank you.

17          MR. BLAKE:  We'll talk about that report,

18  that study later.

19  BY MR. BLAKE:

20      Q.    All right.  So you think somewhere

21  between 30 and 50 times you've served as an expert

22  witness, closer to 50 than 30.  Generally what

23  types of matters have those cases involved?

24      A.    Personal injury, correctional systems,

```
 1   employment discrimination, the necessity of
 2   identity documents, trauma, post-traumatic stress
 3   disorder, medical malpractice, and I think to the
 4   best of my recollection -- oh, and insurance cases
 5   including the Medicare -- overturning the Medicare
 6   exclusion for gender confirmation surgery case,
 7   bathroom cases.
 8        Q.    Okay.  Have all of these cases been in
 9   the context of like transgender issues, transgender
10   people or have some of them been just general
11   psychology expertise type cases?
12        A.    The latter.
13        Q.    So all of these are gender -- all of
14   these you would qualify as falling -- oh, sorry.
15              So they all fall under obviously
16   your expertise in general psychology, right?
17        A.    They don't all involve transgender
18   plaintiffs or defendants.
19        Q.    They don't all involve your expertise
20   with gender and gender diversity?
21        A.    That's correct.
22        Q.    Okay.  Which I think we can both agree
23   that this case, I think you were going to testify
24   to this, would fall primarily under your expertise
```

Page 19

1   for gender and gender diversity, right?

2        A.    Correct.

3        Q.    What portion of these cases, these 30 to

4   50 cases and these roughly eight different areas

5   would you say fall primarily under your expertise

6   in gender and gender diversity?

7        A.    I would be offering a guesstimate at

8   best.

9        Q.    Okay.  Is it a quarter, 25 percent?

10       A.    I want to qualify this by saying when I

11  began doing expert witness work, I didn't keep

12  track of the cases that I was involved in.

13       Q.    Sure.

14       A.    So I would say that early on I did a lot

15  of personal injury work.

16       Q.    Okay.  And those would be more like

17  emotional harm, emotional distress type cases.

18  Some of those folks may have, in fact, been

19  transgender, but it wouldn't be part of the case,

20  right?

21       A.    Correct.  And medical malpractice cases,

22  some cases about malingering, things of that

23  nature.

24       Q.    Okay.  What about your cases dealing

Page 20

1   with correctional institutes?

2       A.    I frequently have testified in cases in

3   correctional institutes.

4       Q.    And are those involving gender and

5   gender identity issues?

6       A.    Yes.

7       Q.    Employment discrimination, is that

8   primarily gender and gender diversity issues?

9       A.    Primarily.

10      Q.    Necessity of ID, right, that's like this

11  case, right?

12      A.    Yes.

13      Q.    Gender and gender diversity issues in

14  those cases?

15      A.    Yes.

16      Q.    How many of those cases have you done?

17      A.    I would need to count, if I may.  Would

18  you give me a minute?

19      Q.    Are they the ones that you've identified

20  in your CV?

21      A.    I haven't identified any cases in my CV.

22      Q.    Okay.  Maybe in your report I mean.  Are

23  those the ones that you've identified in your

24  report?  You don't know?

Page 21

1      A.    I'm -- I was the expert witness in the

2 Puerto Rico case, in the Idaho case, in the

3 Michigan case.

4      Q.    This is the -- the Michigan case is the

5 driver's license case?

6      A.    Yes.  And perhaps that's all.

7      Q.    Did you sit for a deposition in the

8 Idaho case?

9      A.    I did not.

10     Q.    What about in the Puerto Rico case?

11     A.    No.

12     Q.    What about in the Michigan case?

13     A.    No.

14     Q.    Is this the first time that you've been

15 deposed in a what you term necessity of ID case in

16 the gender and gender diversity area of expertise?

17     A.    Yes.

18          MS. INGELHART:  Excuse me.

19          MR. BLAKE:  Hold on a second.

20          MS. INGELHART:  Okay.

21          MR. BLAKE:  And if you're going to bring

22 up the cases that are in her CV, we're going to go

23 through those one by one, so there's an opportunity

24 for her to correct the record, that's fine.

Page 22

```
 1            MS. INGELHART:  Sure.  I mean, if we're
 2   just going to be going through her report or
 3   through these documents, I think we would like them
 4   to be introduced as exhibits or else we're kind
 5   of --
 6            MR. BLAKE:  We are going to be
 7   introducing them as exhibits.
 8            MS. INGELHART:  Okay.  Because these
 9   questions are close to --
10            MR. BLAKE:  I'm just trying to get her
11   background information.  She didn't need to tell me
12   the actual cases, just a number.  You know, it
13   could have been five or three.  Just trying to get
14   a general sense.
15            MS. INGELHART:  Thank you.
16   BY MR. BLAKE:
17       Q.   The PTSD cases, probably not gender
18   diversity cases or are they?
19       A.   Some are and some aren't.
20       Q.   Some people have been harmed or
21   discriminated against and as a result of that
22   discrimination, they've developed some
23   post-traumatic stress disorder related to their
24   gender discrimination, does that encapsulate those
```

Page 23

1    cases?

2         A.    Would you repeat that question?

3         Q.    Yeah.  I'm just trying to -- you know,

4    PTSD, right, I guess famously is, you know, what

5    returning soldiers suffer when they go to war,

6    right, and they come back and they've experienced

7    some traumatic event and they have post-traumatic

8    stress disorder.  There are, I understand, areas

9    where people can suffer PTSD, right?

10        A.    PTSD or trauma.

11        Q.    Okay.  And you said that some of these

12   PTSD cases arise in the context of your expertise

13   with gender and gender diversity, right?

14        A.    Some.  The majority did not.

15        Q.    Well, I guess instead of me trying to

16   guess, I guess sort of, if you can, generally tell

17   me how or under what circumstances your testimony

18   in PTSD cases overlaps with your expertise of

19   gender and gender diversity issues.

20        A.    I'm sorry, I'm going to ask you to

21   repeat that question again.

22        Q.    That's fine.  I don't mind.

23              You have been used as an expert in

24   cases involving post-traumatic stress disorder,

Page 24

1   correct?

2        A.    Correct.

3        Q.    Some of those cases have involved gender

4   and gender diversity issues, correct?

5        A.    I would say some of those cases have

6   involved people who are transgender and who

7   experienced post-traumatic stress disorder.

8        Q.    Okay.  Can you just generally explain

9   the circumstances I suppose that caused the

10  post-traumatic stress disorder?

11       A.    I can tell you that they differed in

12  every case.

13       Q.    Okay.

14       A.    For instance, a transgender person was

15  killed in one instance.  In other instances, people

16  were threatened with death and physically harmed.

17  People were harassed and tormented, victimized,

18  discriminated against in many, many different ways,

19  in many different scenarios, and each case was

20  different in terms of the particulars of the harms

21  that were done.

22       Q.    Right.  So is the diagnosis of PTSD with

23  a transgender person any different than a diagnosis

24  that you see like, for example, of a returning

Page 25

1 soldier or a family member who's lost a loved one

2 in a traumatic way or is sort of the -- are the

3 symptoms and the sort of the diagnosis and the harm

4 basically the same?

5      A.    The criteria for making a diagnosis of

6 PTSD is published in the DSM-5, however, every

7 person who experiences trauma or PTSD has a

8 different trauma profile.  So people do not

9 experience the same symptoms, even though they may

10 all have the same diagnoses.

11      Q.    Okay.  Is there anything unique about

12 your expertise in the field -- in the area of

13 gender and gender diversity that allows you to, I

14 hate to qualify it, but, you know, make a better

15 diagnosis of a transgender person who has suffered

16 PTSD or would anyone who has a psychology

17 background, you know, with the requisite experience

18 be able to make that diagnosis on a transgender

19 individual?

20      A.    Again, I'm sorry, I don't understand the

21 question the way you phrased it.

22      Q.    You said there was a criteria in the

23 DSM-5 for PTSD.  The way in which you apply that

24 criteria to a transgender person isn't any

Page 26

```
 1   different than you would apply that criteria to a

 2   cisgender person, right?

 3        A.   Correct.

 4        Q.   Okay.  You mentioned the medical mal

 5   stuff occurred earlier in your career.  Is there

 6   any overlap between the medical mal expertise or

 7   expert testimony you've given and your gender and

 8   gender diversity expertise?

 9        A.   I was disclosed as an expert in a case

10   on behalf of the defense in a medical malpractice

11   lawsuit that was being brought by a transgender

12   person against a surgeon.

13        Q.   And was the surgery, like was it part of

14   their transition or was it just routine surgery

15   like they had to have their spleen removed or

16   something?

17        A.   It was a gender affirming procedure.

18        Q.   Gender affirming procedure, okay.

19             And the plaintiff was the patient

20   and they were alleging that the surgeon providing

21   the operation somehow breached the standard of

22   care?  Does that sum it up at a very high level?

23        A.   No.

24        Q.   Okay.
```

Page 27

1       A.    I would characterize it as they were

2   unhappy with the outcome of the surgery.  The

3   surgeon did not breach the standard of care and

4   advised the patient that the adverse outcome she

5   experienced was a possibility and very often

6   occurred with the particular surgery she was

7   undergoing and the case settled.

8       Q.    Okay.  Insurance cases, let's set aside

9   the Medicare one for the time being where you

10  talked about, you know, I guess the scrubbing of

11  gender confirmation surgery from the -- is it from

12  ObamaCare, is that what that was about?

13      A.    In 2014, May 30th of 2014 the Medicare

14  exclusion of gender surgery was reversed.

15      Q.    Okay.  So setting that one aside for

16  now, are there other insurance cases you've been

17  involved in?

18      A.    Yes.

19      Q.    What are the nature of those cases?

20      A.    I don't think I can talk about those

21  cases because they're ongoing.

22      Q.    Okay.  So you've got some ongoing cases

23  that involve insurance.  Do they fall within your

24  expertise of gender and gender diversity?

www.veritext.com                                        888-391-3376

Page 28

1      A.      Yes.

2      Q.      Approximately how many?

3      A.      Approximately three.

4      Q.      Are you plaintiff?  Do you represent the

5  plaintiff or an expert for the plaintiff or the

6  defendant?

7      A.      Plaintiff.

8      Q.      And are they cases against government or

9  insurance companies?

10     A.      Both.

11     Q.      Is the general premise of those cases a

12  claim involving either refusal of coverage or

13  refusal to reimburse for various procedures

14  associated with someone's gender affirmation?

15          MS. INGELHART:  I'm just going to object.

16  You know, answer to the extent you can without

17  breaching that expert attorney privilege, that work

18  product privilege.

19  BY MR. BLAKE:

20     Q.      I just want to say for the record I

21  haven't asked for the names of the cases, the

22  agencies involved or the governments.  I think we

23  are still at a very high level to where, you know,

24  just getting the general issues, the general claims

Page 29

1   is not going to encroach upon any breach of

2   confidentiality, but go ahead.

3        A.    What was the question again?

4        Q.    Yeah, I asked whether or not that the

5   issue in those cases, whether it involved a claim

6   that the agency or government or insurance company

7   wrongfully refused coverage or reimbursement for a

8   procedure involving gender affirmation.

9        A.    That's probably fair, a fair way to

10  characterize two of the three cases.

11       Q.    Okay.  So that seems in line I suppose

12  with your work for the Medicare case where they

13  reversed the coverage for gender affirmation

14  surgery, right?

15       A.    I'm not certain what you mean by in

16  line.

17       Q.    It's a similar -- it sounds like a

18  similar issue, right, your expertise in that area,

19  you know, you've got the Medicare cases and these

20  other cases that you are working with these three

21  that were talking about, those issues have some

22  overlap?

23       A.    I think that's true.

24       Q.    Okay.  The bathroom cases, how many of

Page 30

```
 1   those have you been involved in?
 2        A.    One bathroom case -- two bathroom cases
 3   and two locker room cases, locker room/bathroom
 4   cases, sex segregated facility cases.
 5        Q.    So a total of four?
 6        A.    I think that's accurate.
 7        Q.    I don't want to split hairs between
 8   bathrooms and locker rooms.
 9        A.    And I don't want to be overly precise
10   about the number because --
11        Q.    That's fine.
12        A.    -- I may not be recalling accurately.
13        Q.    I'm not going to impeach you based on --
14   like your counsel said, you know, this is -- some
15   of this stuff is disclosed in your --
16        A.    Actually it's more like five because I
17   recall now.
18        Q.    Okay.  Five.  Generally those cases
19   involve --
20        A.    Six.
21        Q.    It's growing.  It's going to be 40 by
22   the end of the deposition.
23               So those cases, those six, the ever
24   increasingly inaccurately in four locker room
```

Page 31

1   cases, bathroom cases, those generally involve a

2   transgender person who's seeking access to one of

3   those facilities and is denied the access to the

4   bathroom that they -- that matches their gender

5   identity.  Is that more or less accurate?

6       A.    Yes.

7       Q.    I think I understand those.  Those ones

8   have been heavily publicized.

9               Have you ever served as an expert

10  witness for Stacie Ray or any of the other

11  plaintiffs in this case?

12      A.    No.

13      Q.    Have you ever served as an expert

14  witness for any of the counsel sitting next to

15  you?

16              MS. INGELHART:  Objection.  Answer to

17  the extent that you can, not disclosing expert and

18  attorney work product to the best of your ability.

19  BY THE WITNESS:

20      A.    I have been an expert in cases where

21  I've been retained by the firms that these

22  attorneys are employed by, but I've not met either

23  of these individuals before or been involved with

24  them prior.

Page 32

1    BY MR. BLAKE:

2         Q.    Okay.  That was my next question.

3    Setting aside Kara and Elizabeth, have you ever

4    been retained by the ACLU or Lambda Legal?

5         A.    Yes.

6         Q.    All right.  Approximately how many times

7    have you been retained by the ACLU?

8         A.    In different states primarily in

9    connection with prison work.

10        Q.    Approximately how many times?

11        A.    I have to count on my fingers.

12        Q.    Go ahead and count.  And approximately

13   can be, you know, 5 to 10, 10 to 15, a dozen or so.

14        A.    The difficulty I'm having is that it's

15   my understanding, and I'm not an attorney, that

16   sometimes there's a collaboration and I'm not

17   always aware of who is retaining me or what other

18   firms are involved.

19        Q.    Understood.

20        A.    So I'm not really sure how to answer

21   that.  I recently did a case where I was hired by

22   the ACLU and it was the case that was just

23   mentioned, Monroe v. Jeffries, et al, and there was

24   another law firm that was co-counsel.

Page 33

 1        Q.    Understood.  Well, let me ask it this
 2   way then.  Maybe this will make it easier for you.
 3              All right.  You said you've been an
 4   expert 30 to 50 times, closer to 50 than 30.  Can
 5   we just call it 41, 42?  Can we call it 42?
 6        A.    Let's call it 48.
 7        Q.    48, okay.  Much closer to 50.  All
 8   right.  So approximately 48 times you've been an
 9   expert witness before.
10        A.    In the past ten years.
11        Q.    In the past ten years.
12              Do you know approximately what
13   percentage of those 48 cases have involved either
14   the ACLU or Lambda Legal?
15        A.    No, I don't know.
16        Q.    You have no idea?
17        A.    I would have to make a guess.
18        Q.    Okay.  Do you think it's greater or less
19   than 50 percent?
20        A.    Less.
21        Q.    Do you think it's greater or less than
22   25 percent?
23        A.    Combining those two organizations?
24        Q.    Correct.

Page 34

```
 1        A.    I would say less.
 2        Q.    Still less, okay.  So a handful of times
 3   you've been retained by ACLU or Lambda Legal?
 4        A.    Yes.  Probably more by the ACLU because
 5   they have offices in every state, and I've gone to
 6   prisons in some of those states.  I would also like
 7   to amend something I said earlier.
 8        Q.    Is it now seven bathroom and locker room
 9   cases?
10        A.    No.  There's an immigration case in
11   there.
12        Q.    Okay.  Immigration.  Did that involve
13   gender and gender diversity issues?
14        A.    Yes.
15        Q.    How?
16        A.    A transgender person was seeking asylum
17   in the United States.
18        Q.    Okay.  And how did the transgender --
19   how did their gender identity have any impact on
20   whether or not they were entitled to asylum?
21        A.    They were being persecuted in their
22   country of origin, and the other transgender people
23   they had been associating with had been killed or
24   threatened, and they were told that if they weren't
```

Page 35

1   going to carry drugs or perform sex acts with the

2   police that they would be murdered, so they fled

3   their country and sought asylum here.

4        Q.    Were they granted asylum?

5        A.    Yes.

6        Q.    That's good news, right?  That's good.

7              You mentioned one medical mal case

8   where you were retained by the defendant.  Of those

9   48 cases or so over the last ten years, how many

10  times have you been retained by defense counsel?

11       A.    In the past, quite a bit actually.

12  There was a -- there is a Chicago firm, a defense

13  firm that I did a number of cases with.

14       Q.    Were those all in the context of medical

15  malpractice?

16       A.    No, they weren't, but they were all --

17  one was personal injury -- a couple were personal

18  injury cases as I recall.

19       Q.    Have you ever been retained as an expert

20  witness by the defendant -- Strike that.

21              You mentioned one medical

22  malpractice case when you were retained by the

23  defendant and that case involved some gender or

24  gender diversity issues, right?

Page 36

```
1        A.    Are you referring to the case I
2   described where a transgender individual had a
3   procedure and filed a lawsuit against a physician?
4        Q.    Yes.
5        A.    Yes.
6        Q.    Thank you.
7              Are there any other gender,
8   transgender, gender identity cases where you have
9   represented or been called as an expert by the
10  defense?
11       A.    I've been asked to be an expert in some
12  cases, but I did not -- I wasn't disclosed as an
13  expert.
14       Q.    So you've never been at least retained
15  as a testifying expert in any cases for defendants
16  involving gender issues except for the one medical
17  malpractice case that we've already discussed?
18       A.    Correct.
19       Q.    Have you -- Well, the 48 cases or so
20  that we have talked about, does that include
21  testifying and nontestifying expert?
22       A.    Yes.
23       Q.    Okay.  Do you know approximately the
24  proportion of those 48 cases where you've been
```

Page 37

1   called as a testifying expert?

2       A.      By testifying, are you --

3       Q.      An expert that would be disclosed.

4       A.      Oh, I was disclosed in all those cases.

5       Q.      You were disclosed in all 48?

6       A.      Yes, but I didn't offer testimony in all

7   48.

8       Q.      Is that because the case just didn't get

9   that far?

10      A.      In some cases I gave a report and in

11  some cases the case settled or I simply didn't

12  testify.

13      Q.      So had those cases gone to trial, those

14  48, you would have testified at some point, likely

15  your deposition would have been taken or you would

16  have been called as a witness or something like

17  that, right?

18      A.      Correct.

19      Q.      At least that was your understanding?

20      A.      That was my understanding.

21      Q.      So you mentioned that you've been asked

22  by defendants to be an expert but ended up not

23  giving testimony.  Is that because the case settled

24  or just somehow was disposed of before you had the

Page 38

```
 1    opportunity to testify or were you just a

 2    consultant?

 3         A.    A consultant.  I reviewed the records

 4    and didn't feel that my expertise would be

 5    meaningful in that case.

 6         Q.    Is that because you didn't have the

 7    requisite expertise or you disagreed with the

 8    position that the defendant was taking?

 9         A.    Probably both.

10         Q.    And all those cases were in the context

11    of a gender and gender diversity, your gender and

12    gender diversity expertise, right?

13         A.    I'm sorry, in all what cases?

14         Q.    The cases where you were asked, reviewed

15    the record and declined to be the expert, were all

16    those cases gender and gender diversity cases?

17         A.    No.

18         Q.    Okay.  Are they just kind of spread kind

19    of generally all around the areas that you have

20    testified in?

21         A.    The ones that I'm recalling were in the

22    areas of medical malpractice and trauma, personal

23    injury.

24         Q.    Okay.  So never a case like this one
```

Page 39

1  where you talk about, you know, an ID case, right,

2  the necessity of an ID?

3      A.    Right.

4      Q.    Or what about any other challenge to a

5  government regulation or law or anything like

6  that?

7      A.    I'm sorry, I don't understand what

8  you're asking me.

9      Q.    Let me ask you this:  Have you ever

10  served as an expert witness in a case involving a

11  challenge to a law?

12      A.    To a law?

13      Q.    Yes.

14      A.    I believe that I'm involved in cases now

15  that challenge the law.

16      Q.    Okay.  And again I'm not trying to be

17  tricky.  You know, I can ask the same question I

18  suppose with regards to regulations and policies

19  and things of that nature, but, I mean, for your

20  purposes, do you really distinguish between those

21  three?

22      A.    Yes.

23      Q.    Okay.  So then same question, have you

24  ever served as an expert witness in a case

Page 40

1   involving a challenge to a governmental regulation?

2        A.     Presently, yes.

3        Q.     Presently.  And I guess I should say not

4   counting this case, all right, because I don't

5   know, but, you know, some of the other cases that

6   you're talking about that you've been hired to be

7   an expert challenging a law or regulation.

8        A.    I guess I'm unclear about legally what's

9   meant by regulation.

10       Q.    Sure.  Let's just talk about cases then

11  where the government is a defendant.  You mentioned

12  the Idaho case, the Puerto Rico case, the Michigan

13  case and this case, right?

14       A.    Yes.

15       Q.    Are there any other cases where you've

16  been retained as a testifying expert where a

17  government, federal, state, local or otherwise was

18  the defendant?

19       A.     I believe so.

20       Q.    Of those cases where the government was

21  the defendant, how many involved gender

22  transgender, gender diversity issues?

23       A.    I'm having some difficulty with this

24  question.  I can say for certainty that, for

Page 41

1  example, I was an expert witness in a case where

2  Chelsea Manning was involved in a lawsuit against

3  the government so that's clear to me, and many

4  times, oftentimes I'm involved in cases that

5  challenge state department of correction policies.

6      Q.   I was going to ask, right, do a lot of

7  these occur in the context of your work in the

8  corrections field?

9      A.   Many, many do.

10      Q.   Okay.  And a lot of those are gender

11  cases?

12      A.   Right.  I also think that my opinion is,

13  and I hope that someone will correct me if I'm

14  speaking out of turn, that it's okay to disclose I

15  was the expert in the North Carolina case which was

16  against I think proposed law or regulation.  I'm

17  not sure.

18      Q.   Right.  I think that law was enacted,

19  but then it was stayed and then it went up and then

20  it went down.

21      A.   Right.  And the Graham Grimm.

22      Q.   I think you're right, Grimm.

23      A.   Graham?

24      Q.   I think Grimm was the plaintiff.

1          MS. INGELHART:  Gavin.

2          MR. BLAKE:  Gavin Grimm.

3          THE WITNESS:  Gavin Grimm, that case.

4    And the immigration case was against the

5    government.

6    BY MR. BLAKE:

7         Q.    Have you ever been an expert witness,

8    and you said there were many, many cases where the

9    government has been a defendant.  Have you ever

10   been retained as an expert by a government in a

11   case either on the plaintiff or defendant's side?

12        A.    I've been a court appointed expert.

13        Q.    In what case were you a court appointed

14   expert?

15        A.    In Sania versus Turko.

16        Q.    What did that case --

17        A.    I think at that time I think it was

18   Sania versus Bender.  It was a prison case.

19        Q.    Okay.  Do you get a lot of your

20   correction cases through court appointments?

21        A.    No.

22        Q.    How many court appointed cases have you

23   had?

24        A.    I think that was the only time that the

Page 43

1    court actually appointed me as an expert.

2        Q.    Okay.  So there was one time the court

3    just knew about your work in the corrections field,

4    appointed you as an expert and the party that you

5    happen to represent or be an expert for was

6    government, right?

7             MS. INGELHART:  Objection,

8    mischaracterizes her prior testimony.  You can

9    answer.

10   BY THE WITNESS:

11       A.    I don't think that's an accurate

12   characterization.

13   BY MR. BLAKE:

14       Q.    Okay.  Well, I guess was that -- what

15   state was that for?

16       A.    Massachusetts.

17       Q.    Okay.  Did that case involve a

18   transgender individual?

19       A.    Yes.

20       Q.    Was the transgender individual the

21   plaintiff or the defendant?

22       A.    Plaintiff.

23       Q.    And they were seeking some claim against

24   state government, right?

Page 44

1      A.     Correct, Department of Corrections.

2      Q.     And how did you get called as a -- how

3  did you get appointed by the court?

4      A.     The experts that had been previously

5  testifying in the case had been going back and

6  forth for approximately ten years and the judge

7  determined that it was time to bring in an

8  independent expert.

9      Q.     So you were like the tie breaker?

10     A.     I was the tie breaker but then

11  unfortunately the judge retired and so the case

12  went back to the beginning, but then a new firm

13  hired me since I had experience with the plaintiff

14  who constantly needed to be evaluated.

15            I'm going to ask for a brief break,

16  and I'm going to ask if someone would refill my

17  water.

18     Q.     Sure.

19                (Whereupon, a short break in

20                the proceedings was taken.)

21            MR. BLAKE:  Back on the record.

22  BY MR. BLAKE:

23     Q.     Just to recap, the only case where

24  you've represented a government entity is this

Page 45

1   Massachusetts case involving the corrections

2   issues, right?

3       A.    No.

4       Q.    Okay.  You've represented the government

5   in other cases -- Sorry.  Represent is the wrong

6   word.  You've been an expert for the government in

7   other cases?

8       A.    I wasn't an expert for government in

9   that case.

10      Q.    You weren't?

11      A.    No.  I was appointed by the court.

12      Q.    But not for or against the government,

13  you were just like a --

14      A.    Independent.

15      Q.    Special master, does that ring a bell?

16      A.    No.

17      Q.    Okay.  It's not important.  Thank you

18  for clarifying that.

19              So have you ever been an expert on

20  behalf of any government?

21      A.    No.

22      Q.    So I take it whenever you've been an

23  expert and the government has been a defendant,

24  your opinion has always been that the government is

Page 46

1    liable or in the wrong; is that accurate?

2            MS. INGELHART:  Objection, vague.  You

3    can answer.  Objection, that also calls for a legal

4    conclusion, but you can answer.

5    BY THE WITNESS:

6        A.    I've been retained by the plaintiff and

7    some of those cases have involved state or federal

8    agencies that were defendants.

9    BY MR. BLAKE:

10       Q.    And you've always provided expert

11   opinions that support the party that retains you,

12   right?  Is that a fair assumption?

13       A.    No, not if I don't -- if my opinions or

14   if the information that I reviewed doesn't comport

15   with my opinion, then no.

16       Q.    Has your opinion ever supported the

17   position of the state or federal government in

18   those cases you've mentioned where those entities

19   are defendants?

20       A.    In some cases I've refused to be an

21   expert because after reviewing or hearing the case,

22   I have not felt that I could opine in a way that

23   would allow the plaintiff to be successful in their

24   lawsuit.

Page 47

1      Q.    To prevail?

2      A.    Uh-huh.

3      Q.    Have any of the cases where you've

4  refused to be an expert for the plaintiff, have any

5  of those cases involved a government defendant?

6      A.    I don't know.

7      Q.    You can't recall any?

8      A.    I can't recall.

9      Q.    Have any of the cases where you've

10  refused to be an expert for the plaintiff involve

11  transgender issues?

12      A.    Yes.

13      Q.    Do you know approximately how many

14  times?

15      A.    I know at least two or three times.

16      Q.    Did any of those cases involve -- Well,

17  can you tell me what category of cases those

18  involved?  Were they PI cases, correction cases,

19  discrimination cases?

20      A.    They were correction cases and PI

21  cases.

22      Q.    You've rendered an opinion in this case,

23  right?

24      A.    Yes.

Page 48

1        Q.    Have you been asked to provide your

2   expert opinion on how the Department of Health's

3   refusal to change the sex identifier on a birth

4   certificate based on an individual's gender

5   identity affects transgender individuals?

6        A.    Yes.

7        Q.    Did you conclude that not having a birth

8   certificate that reflects a person's gender

9   identity causes such individuals harm?

10       A.    Yes.

11       Q.    Is that the only opinion you were asked

12  to render in this matter?

13            MS. INGELHART:  Objection, vague,

14  attorney work product.  Answer to the extent you

15  can do so without revealing communications with --

16            MR. BLAKE:  I will retract the question.

17  BY MR. BLAKE:

18       Q.    Did you render any other opinion in this

19  matter?

20       A.    That was the primary opinion that I

21  was -- primarily what I was asked to opine on.

22       Q.    And did you reduce that opinion and any

23  sub-opinions into writing?

24       A.    I produced a report in this case.

Page 49

1      Q.    And that's where all of your expert

2   opinions are reflected in the report, right?

3      A.    Yes.

4      Q.    You are being compensated for rendering

5   your opinion in this matter, right?

6      A.    Yes.

7      Q.    We can look at the report, if you want.

8   I think you disclose what the -- it's not in that

9   stack of documents, but do you just offhand recall

10   what your rate of compensation is?  If you want to

11   refer to your report, I'm happy to provide it to

12   you too.

13      A.    Well, I would prefer to refer to the

14   report.  I recall that my fee for generating the

15   report was $400 per hour.

16      Q.    Okay.  Do you have any idea what you've

17   billed to date?

18      A.    Not offhand I do not.

19          MR. BLAKE:  Okay.  This is going to be

20   Exhibit 11.

21                    (Document marked as Defendant's

22                    Exhibit No. 11.)

23   BY MR. BLAKE:

24      Q.    What has just been handed to you has

Page 50

1    been marked as Defendant's Exhibit 11 which I'll

2    represent to you is a copy of your expert report

3    along with Exhibits A and B which are your CV and

4    bibliography that were produced or disclosed at the

5    same time as your report.  Have you seen this

6    document before?

7         A.    Yes.

8         Q.    And let me just clarify because when I

9    started referencing this document, you reached for

10   the other documents that are in front of you.

11   Those documents in front of you are a selection of

12   exhibits which have already been produced during

13   depositions in this case.  We may refer to some or

14   all of them during the course of the deposition.  I

15   just wanted to put those in front of you so you had

16   them handy if we go back to them.

17        A.    I understand.

18        Q.    Okay.  And we were talking about your

19   rate of compensation.  If you would go to Page 2 of

20   your report, Paragraph 6, you've indicated what

21   you're being compensated for in this case; is that

22   accurate?

23        A.    Yes.

24        Q.    And you can leaf through this exhibit

Page 51

1   briefly, if you would like, and, you know, just to

2   confirm, this is a true and accurate copy of your

3   report, your CV and your bibliography, noting the

4   amendments or extra items added at the beginning of

5   the deposition by your counsel.

6          A.    There's a slight addition to No. 11.

7          Q.    Paragraph 11?

8          A.    Correct.

9          Q.    On Page 3?

10         A.    Yes.

11         Q.    Okay.

12         A.    I've also lectured in South America.

13         Q.    Very good.  Anything else?

14         A.    The rest is accurate as it is.

15         Q.    If you go to the front page of the

16   report, look at Paragraph 4, you state that the

17   materials you considered in forming your opinions

18   are listed in Exhibit B or referenced in the

19   report.  Do you see that?

20         A.    Yes.

21         Q.    Let's just briefly turn to Exhibit B for

22   the moment.  It's nine pages from the back or

23   something like that.  Exhibit B is the

24   bibliography.  Let me know when you're there.

Page 52

1       A.      I'm there.

2       Q.      Okay.  You've listed approximately 50 or

3   so different books and articles and publications in

4   this bibliography, is that about right?

5       A.      Approximately.

6       Q.      And some of these items were written by

7   you, right?

8       A.      Yes.

9       Q.      Others were written by different people,

10  correct?

11      A.      Correct.

12      Q.      Now, I know you said in Paragraph 4 that

13  the materials you considered in forming your

14  opinions were listed in Exhibit B, but you didn't

15  review all of these materials like in preparation

16  of this report, right?

17      A.      Correct.

18      Q.      These are materials that represent some

19  of the items that you reviewed or digested I

20  suppose over the course of your career studying

21  transgender and gender issues, right?

22      A.      These are the primary sources that

23  inform my opinions in the whole area of gender

24  incongruity and gender diversity.

Page 53

1    Q.    If you were going to put together a
2  course of study on those issues, this would be a
3  nice library of information, right?
4    A.    Depending on the course.
5    Q.    Depending on the course?
6    A.    I might pick and choose some other
7  materials that I have in my library at my office.
8    Q.    Okay.  And these aren't the only
9  materials that you have studied in your career,
10  right?
11    A.    Correct.
12    Q.    You've obviously studied probably a
13  whole bunch of other documents, books, articles in
14  the field of general psychology and PTSD and the
15  areas of expertise that we talked about, right?
16    A.    Absolutely.
17    Q.    Okay.  If you turn to Page 2 of the
18  bibliography, there are four items towards the top
19  that you've listed that you've authored or
20  co-authored, do you see those?
21    A.    I do.
22    Q.    Why these four?
23    A.    Specifically the books that I've
24  authored?

Veritext Legal Solutions
www.veritext.com                                    888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 59 of 288 PageID #: 1101

1    Q.    Yeah.  Why did you identify -- Well,
2  are these the only items that you have written
3  related to gender or gender identity, transgender
4  issues?
5    A.    No.
6    Q.    So why did you identify specifically
7  these four in this bibliography?
8    A.    Gender Loving Care, the first one,
9  contains, beginning on Page 30 of that book, the
10 narrative of the attempts to change a person's
11 gender identity and the futility of those changes
12 or those attempts which is referenced in my report
13 when I discuss the history of the -- our
14 understanding of the etiology of gender dysphoria.
15            The second one listed here, "Secrecy
16 and the Pathophysiology of Hypertension" is
17 referred to in this report when I discuss how fear
18 of revealing a private issue, what my gender
19 identity is and what I've done to change my
20 anatomy, causes an increase in the risk of
21 hypertension to the extent of a hundred percent.
22    Q.    Okay.
23    A.    The third is a textbook written by
24 Italian colleagues in which I contribute a lengthy

Page 55

1   and very descriptive chapter on the brain

2   differences and the etiology of what we then call

3   transsexualism, what we now call gender dysphoria.

4              And the fourth is a chapter that I

5   co-authored with my colleague in Madrid who

6   actually has done the functional magnetic resonance

7   imaging studies and we collaborated on producing

8   that chapter and incorporating those brain studies

9   in that very recent work which is a textbook used

10  in medical and surgical curricula.  That is why

11  those four are listed.

12      Q.    Okay.  You said the terminology for

13  transsexualism has changed to gender dysphoria; is

14  that right?

15      A.    Correct.  We moved away from the term

16  transsexual.

17      Q.    But those are -- Well, when did that

18  change occur approximately?

19      A.    It's not a -- there's no sort of

20  literal, but the term has been abandoned because it

21  conflates transgender and sexuality which are

22  unfortunately often conflated by people and further

23  increases misunderstanding about this misunderstood

24  area of human behavior.

Page 56

```
 1        Q.    Okay.  But I guess for the purposes of
 2    things you've written, if you have written
 3    something and you refer to transsexualism, that
 4    also means gender dysphoria?  They are synonyms?
 5        A.    Severe gender dysphoria and transsexual
 6    are synonyms, although you won't see the word
 7    transsexual like in the DSM-5, for instance.
 8        Q.    They use --
 9        A.    Gender dysphoria.
10        Q.    Or in the DSM-4 they use something else,
11    right?
12        A.    Gender identity disorder which is a
13    different -- it's not just a change in the
14    nomenclature.
15        Q.    Oh, it's actually a --
16        A.    There's a conceptual difference.
17        Q.    It's a different diagnosis?
18        A.    They're conceptually different.  It's
19    not just a change in the name.
20        Q.    Does the DSM-5 contain both?
21        A.    No.
22        Q.    Okay.  Do you know what the reason for
23    the change was?
24        A.    I do.
```

1    Q.    Go ahead.

2    A.    The change was brought about by our

3  evolving understanding that people's identities are

4  not disordered, which was what was implied in

5  gender identity disorder, which would mean that

6  that was a permanent condition, someone's identity

7  is disordered.

8              Rather, gender dysphoria in the

9  DSM-5 is characterized as a medical condition which

10  has attendant psychiatric problems which usually

11  ensue from social problems that are created and

12  accompany the diagnosis, but the criteria is the

13  distress that a person experiences and so that is

14  why the change occurred.

15    Q.    Okay.  I'll pretend I understand that

16  for now.  It seems very nuanced to say the least.

17    A.    The change also occurred in the World

18  Health Organization and how they characterized

19  gender dysphoria.

20    Q.    Okay.  Of the items that you've

21  identified in your bibliography, did you review any

22  of them specifically in relation to your retention

23  as an expert in this case?

24              MS. INGELHART:  Objection, vague, but you

Veritext Legal Solutions

Page 58

```
 1   can answer.
 2   BY THE WITNESS:
 3       A.    I would look through them if you'll give
 4   me permission.
 5   BY MR. BLAKE:
 6       Q.    Sure.  Yeah.  I asked the question.
 7       A.    Yes, I reviewed the DSM-5 which is on
 8   Page 1.  And if you're asking specifically for this
 9   deposition, Principles of Transgender Medicine and
10   Surgery, the second edition.
11       Q.    Sorry.  Which one is that?
12       A.    That's on Page 2.
13       Q.    Let me see if I can find that one.
14       A.    It's under Ettner.
15       Q.    Oh, got it.  That's the MRI study one,
16   right?
17       A.    That's part of what is contained in that
18   book.  It's a textbook that contains --
19       Q.    A lot of material?
20       A.    -- a lot of material.
21       Q.    All right.  So before we move onto the
22   next one, what in -- Well, actually let's just
23   finish what you're doing and we'll go through each
24   of those.
```

Page 59

1      A.    I'm done.  Those are the only things I

2  really looked at prior to the deposition.

3      Q.    Perfect.  With the DSM-5, what parts of

4  that did you review?

5      A.    I reviewed the footnote, I think it's on

6  Page 457, that talks about the heritability and the

7  genetic -- potential genetic components of the

8  condition that the DSM-5 was beginning to

9  acknowledge in 2013 when it was published.

10      Q.    Okay.  To your knowledge, has a genetic

11  component been identified?

12      A.    There have been several studies which

13  have -- and you can see if we turn again to this

14  bibliography, Hare, H-a-r-e, is one researcher who

15  that has found a genetic allele that is associated

16  with gender dysphoria in individuals who are

17  assigned male at birth but are female.  That group,

18  Hare, et al, have isolated an allele.

19              And there is another study listed

20  here where they've also, I believe it's Australian

21  researchers, who -- Let's see.  Which study is it?

22  Yes, Bentz, the Bentz Group on Page 1.  They have

23  found a gene -- just in layman's terms I'm going

24  to -- I'm not a geneticist, so I don't -- I have

Page 60

1    only a very broad understanding of the alleles

2    involved here, but it's related to sex steroid

3    metabolism but only in those individuals who are

4    assigned female at birth and have a male gender

5    identity.

6         Q.    So there's some studies that suggest a

7    potential genetic --

8         A.    Correct.

9         Q.    -- component of transgender individuals,

10   but you're not a geneticist, right?

11        A.    Those are the twin studies which

12   indirectly implicate genetics because twins have a

13   high concordance for gender dysphoria, and that's

14   what's alluded to in the DSM-5.

15        Q.    So the DSM-5's reference --

16        A.    Is to the twins studies.

17        Q.    It's 2013.  It comes after the Bentz

18   study, but to your knowledge, the DSM-5 doesn't

19   incorporate the Bentz "A Polymorphism of the CYP17

20   Gene Study," right?

21        A.    Not specifically.  The twin studies have

22   been replicated over and over by many different

23   researchers, most significantly Milton Diamond

24   who's done the largest studies, but others such as

Page 61

1    Gomez-Gil have noted that the likelihood of someone

2    having -- someone who's transgender having a

3    sibling who's transgender is five times that of the

4    general population which implicates a genetic

5    component to the condition.

6        Q.    That's the conclusion of Diamond?

7        A.    No, that's the conclusion of other

8    researchers, Richard Green and Gomez-Gil.  So

9    there's been many studies along these lines by

10   different groups throughout the world.

11       Q.    So the DSM when it references the

12   potential for genetic component --

13       A.    As a footnote.

14       Q.    -- as a footnote, your understanding is

15   that that is in reference to the 2013 Diamond study

16   regarding the transsexuality among twins which

17   you've referenced on Page 2?

18       A.    And other investigators.  I don't think

19   it mentions Diamond per se, but there's an

20   assemblage of research on twins.

21       Q.    I'm looking at --

22       A.    Diamond studies.

23       Q.    -- the bottom of Page 2, there's a

24   Gomez-Gil.

Page 62

```
 1        A.    Gomez-Gil, yes.

 2        Q.    "Familiarity of Gender Identity Disorder

 3   in Non-Twin Siblings," is that the one you're

 4   referring to?

 5        A.    That's one of the groups that has done

 6   that work.  Also Richard Green did that work as

 7   well.

 8        Q.    On Page 3, Richard Green, "Family

 9   Co-Occurrence of Gender Dysphoria:  Ten siblings of

10   Parent-Child Pairs."  Those are the ones?

11        A.    Those are the ones I've listed, uh-huh.

12        Q.    Those are the ones that --

13        A.    I'm most familiar with.

14        Q.    -- that you're most familiar with?

15        A.    Yes.

16        Q.    And probably based on the date of

17   publication for the DSM-5, the Gomez-Gil and the

18   Green studies would have been available at the time

19   of publication, right?

20        A.    Oh, yes.

21        Q.    The Diamond study, it's hard to tell,

22   but they appear to have been published in the same

23   year as the DSM so maybe less so the Diamond study,

24   but certainly Gomez-Gil and Green were available,
```

Page 63

1   right?

2        A.    And there is -- As I say, there are many

3   researchers who have done similar studies, but I'm

4   less familiar with those studies than I am -- I

5   know Milton Diamond.  Many of these people are my

6   colleagues.

7        Q.    Did you -- You didn't provide an expert

8   opinion on whether or not gender dysphoria has a

9   genetic basis, right?

10       A.    I have provided that expert opinion.

11       Q.    In this case did you provide an opinion

12  that gender dysphoria has a genetic basis?

13       A.    Not a genetic basis.  Neurobiological

14  basis is how I think I would phrase it.

15       Q.    Because you're not a --

16       A.    Geneticist.

17       Q.    You're not a geneticist, right?

18       A.    Correct.

19       Q.    All right.  Other than the DSM and the

20  Principles of Transgender Medicine and Surgery, did

21  you review any other materials in preparing your

22  report in this matter?

23       A.    Yes.

24       Q.    Before we get into that, what parts of

Page 64

1   the Principles of Transgender Medicine and Surgery

2   did you review?

3           A.    The first chapter.

4           Q.    What does that relate to?

5           A.    Theories of the etiology of gender

6   dysphoria.

7           Q.    Is that the chapter that you authored?

8           A.    With a colleague, co-authored.

9           Q.    And what is etiology?

10          A.    Origin.

11          Q.    Specifically how was the origin of

12  transgenderism relevant to your opinion?

13          A.    It's relevant because given that gender

14  dysphoria is caused by an interaction of hormones

15  and the developing brain, it's immutable.

16          Q.    Okay.  So that chapter, the first

17  chapter of Principles of Transgender Medicine and

18  Surgery relates to your conclusion that gender

19  identity is immutable?

20          A.    Correct.

21          Q.    All right.  What other materials did you

22  review?

23          A.    I reviewed, in addition to my expert

24  report, the report of Dr. Nick Gorton.  I reviewed

Page 65

1    the complaint in this case.  I reviewed a report by

2    the defendant's expert.

3         Q.    Dr. Van Meter?

4         A.    Yes.  And the rebuttal addendum, and I

5    reviewed the judge's opinion.

6         Q.    Did you review any of plaintiffs'

7    discovery responses?

8         A.    No.

9         Q.    Did you conduct any interviews of any of

10   the plaintiffs?

11        A.    No.

12        Q.    And in your review of the Gorton expert

13   report, the Van Meter report, the complaint and the

14   judge's opinion, did you take any notes?

15        A.    No.

16        Q.    Have you ever met any of the plaintiffs

17   in this matter?

18        A.    No.

19        Q.    So I take it you haven't conducted any

20   medical or psychological examinations of the

21   plaintiffs?

22        A.    I have not.

23        Q.    Did counsel for plaintiffs provide you

24   with any other materials besides the things that

Page 66

1    you've listed today?

2         A.    No.

3         Q.    Since rendering your written opinion

4    which is now marked as Defendant's Exhibit 11, have

5    you reviewed any additional materials in connection

6    with this matter?

7         A.    Since rendering this opinion?

8         Q.    Yes.

9         A.    Yes.

10        Q.    Okay.  What else have you reviewed?

11        A.    Dr. Gorton's report and all of the

12   other -- with the exception of the complaint, all

13   of the other documents that I previously listed.

14        Q.    Now I understand.  Chronologically that

15   obviously makes sense.  Before you rendered your

16   opinion, you looked at the complaint?

17        A.    Correct.

18        Q.    And the items in the bibliography we

19   just discussed.  After your report, Dr. Van Meter's

20   report, you received that; Dr. Gorton's report, you

21   received that; and obviously the judge's recent

22   opinion, you received that, right?

23        A.    Yes.

24        Q.    Okay.  Anything else?

Page 67

1      A.     No.

2      Q.     Okay.  And just to make sure that the

3  record is clear, you haven't spoken to anyone else

4  other than counsel in connection with this matter

5  since rendering your opinion; is that accurate?

6      A.     Yes.

7      Q.     All right.  Let's go to Exhibit A to

8  your report which is your CV.  I'm not interested

9  in replowing a lot of the same ground that we've

10 already covered, and I don't anticipate spending a

11 long time on your CV, but just a few kind of basic

12 questions.

13             Is your CV still true and accurate?

14     A.     Yes.  There's one addition, one minor

15 addition.

16     Q.     Okay.

17     A.     A presentation that I gave that's not

18 listed here.

19     Q.     All right.  Which one is that?

20     A.     It's the presentation I gave in Miami of

21 this year to the American Academy of Plastic

22 Surgeons.

23     Q.     Okay.  Of course they would meet in

24 Miami.  The deponent is shaking her head yes.

Page 68

```
 1        A.    They met in the summer in Miami.

 2        Q.    Well, it's always Miami.

 3              What was the title of that

 4   presentation?

 5        A.    "The Transgender Patient."

 6        Q.    And I take it that that presentation was

 7   mostly dedicated to the specific procedures that

 8   plastic surgeons are involved in when someone is

 9   doing their gender affirmation surgery, right?

10        A.    Yes.

11        Q.    That makes sense.

12              Just looking at the top block of

13   information here, positions held and I guess

14   clinical and professional experience, together that

15   forms I think what we can loosely call your

16   employment experience, right?

17        A.    Yes.

18        Q.    You've never worked as a medical doctor,

19   right?

20        A.    Pardon me?

21        Q.    You have never worked as a medical

22   doctor?

23        A.    I am not a medical doctor.

24        Q.    And like you said before, you don't have
```

Page 69

1   any expertise as a molecular geneticist, right?

2          A.    Correct.

3          Q.    And you don't have any experience as an

4   endocrinologist, right?

5          A.    I have experience with endocrinology.  I

6   am not an endocrinologist.

7          Q.    Right.  Your husband is, right?

8          A.    No.

9          Q.    No, he's not?

10         A.    No.

11         Q.    I'm sorry.  You're married, right?

12         A.    Yes.

13         Q.    Okay.  I just noticed that your --

14         A.    My husband is a primary care physician.

15         Q.    Ahh, he's a primary care physician.  You

16  had written an article with him, right?

17         A.    Yes.

18         Q.    Okay.  I just -- I guess I misunderstood

19  when I looked him up what his job was.  Fair

20  enough.

21                So he's not an endocrinologist

22  either, right?

23         A.    No.

24         Q.    We talked before about your areas of

Page 70

1   specialty within the field of psychology.  Do any

2   of those areas have like a special certification or

3   a license that you obtained?

4          A.    I have a certification from WPATH.  I'm

5   certified as a WPATH provider which is a new or

6   relatively new certification program that they've

7   undertaken, and I have been designated as a fellow

8   and diplomat in the clinical evaluation and trauma

9   and post-traumatic stress disorder as mentioned

10  previously.

11         Q.    WPATH is the World Professional

12  Association of Transgender Healthcare, right?

13         A.    Correct.

14         Q.    And I see this fellow and diplomate in

15  trauma/PTSD listed under positions held.  I don't

16  see the WPATH provider listed.

17         A.    It says Global Education Initiative

18  Committee.

19         Q.    Okay.  That's the --

20         A.    I have been grandfathered into the

21  certification program and was one of the founding

22  educators in that program.

23         Q.    So the Global Education Initiative

24  Committee is morphed into the WPATH provider

Page 71

1  certification?

2       A.    The Global Education Initiative

3  Committee is an attempt to educate providers

4  throughout the world about providing care to

5  transgender patients, and there's coursework.  We

6  teach courses to endocrinologists, surgeons,

7  nurses, physical therapists, lawyers, people who

8  work with, military people, who work with

9  transgender individuals.

10                And ultimately if they take all of

11  the coursework, pass a test and get supervision,

12  they can receive a certificate that they are a

13  certified WPATH provider.

14      Q.    Okay.  And so you are one of the

15  instructors?

16      A.    Correct.

17      Q.    You obviously have received a

18  certificate?

19      A.    Yes.

20      Q.    The certificate is issued by this

21  committee --

22      A.    By the organization.

23      Q.    And the organization is WPATH?

24      A.    Yes.

Veritext Legal Solutions
www.veritext.com                                    888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 77 of 288 PageID #: 1119

Page 72

1      Q.    Okay.  And you had a hand or a part in

2   shaping the curriculum for the committee?

3      A.    Yes.  Yes, that's correct.

4      Q.    Okay.  Who else -- How many members are

5   on the committee?

6      A.    On the actual committee?

7      Q.    Yes.

8      A.    Let me count on my fingers now.

9      Q.    Okay.

10      A.    Ten people serve on the committee, and

11   there are other people who have often trained.  So

12   we have someone training now, for instance, in

13   Kazakhstan, but there are ten people that actually

14   are on the committee, meet monthly, update the

15   curriculum and the slides, and some are mentors, et

16   cetera, et cetera.

17      Q.    Who is responsible for selecting the

18   curriculum for this WPATH provider certification?

19      A.    Specialists in each particular area.

20      Q.    Are they all committee members?

21      A.    I would say they are, although at times

22   we might ask someone else to weigh in.

23              So, for instance, our colleagues in

24   Europe do not have the same hormone preparations

Veritext Legal Solutions

Page 73

1   that we have here in the U.S., so if we're giving a
2   talk in Amsterdam, we might ask them what the
3   generic name for a specific pharmaceutical product
4   that we get here is.  They are not a member of the
5   committee, but they are an expert in endocrinology
6   and a WPATH member.
7       Q.    Got it.  Does the WPATH provider
8   certification, is that recognized by the APA?
9       A.    The APA recognizes the WPATH guidelines
10  which are the standards of care and endorses them,
11  as do many other organizations, and so GEI is based
12  on our standards of care.
13      Q.    What is a GEI?
14      A.    This Global Education Initiative that we
15  teach is based on the standards of care which has
16  been translated into 15 languages and informs care
17  throughout the world.
18      Q.    All right.  So WPATH has created a
19  standard of care and APA has, I don't know what the
20  word you use, approved -- what was the word you
21  used?
22      A.    Endorsed, as has World Health
23  Organization, the American Psychiatric Association,
24  American Academy of Family Physicians, National

Page 74

1   Committee on Correctional Healthcare, American

2   College of Plastic Surgeons, et cetera, et cetera,

3   et cetera, many organizations, National Association

4   of Social Workers.

5                    All of the major medical

6   organizations adopt and follow and encourage

7   individuals to follow the guidelines that the

8   standards of care provide which are promulgated by

9   WPATH.

10      Q.    When we say standards of care, just so

11  the record is clear, we're talking about standards

12  of care for transgender individuals, right?

13      A.    Transgender, gender nonconforming, yes,

14  and --

15      Q.    The host of gender identity issues?

16      A.    Correct.  And we're talking now about

17  the 7th iteration of the standards of care.

18      Q.    And the GEI, the Global Education

19  Initiative Committee, based its WPATH provider

20  curriculum on the standards of care?

21      A.    Correct.

22      Q.    Okay.  But the APA hasn't specifically

23  endorsed the curriculum that the Global Education

24  Initiative Committee came up with, correct?

Page 75

1      A.    I don't know that they have or have not.

2    They do give credit for it.  The APA gives credit

3    for it.  They give CE credits for it, and they

4    attend our core courses.

5      Q.    As a psychologist, like a lot of

6    professional careers, you're required to maintain

7    some amount of continuing education after you get

8    your degree?

9      A.    Correct.  So you would get CME credit if

10   you're a medical provider, CE credit if you are --

11   et cetera.

12     Q.    The classes that WPATH puts on as part

13   of this initiative count towards whatever the

14   annual or bi-annual requirement is?

15     A.    That's correct.

16     Q.    Okay.  But you're not aware one way or

17   the other whether the APA says, yeah, we recognize

18   that as a certificate that would say make you an

19   expert on providing care to transgender

20   individuals?

21     A.    Well, they do because the person who

22   makes that determination has met with our executive

23   director.  I'm not privy to those exact

24   conversations, but, yes, and on that basis they

Page 76

```
 1   grant CE credit.
 2        Q.    All right.  There's not any sort of like
 3   APA guideline or statement saying, you know, WPATH
 4   provider is a certification we recognize and
 5   endorse?
 6        A.    There is a statement by the APA that
 7   does talk about WPATH and the standards of care,
 8   but I believe that the Global Education Initiative
 9   is new enough that they've not issued a statement
10   about that in particular.
11        Q.    All right.  I understand.  Thank you for
12   that clarification.
13              Professional affiliations on Page 8
14   of your CV, if you could turn there and let me know
15   when you're there.
16        A.    I'm there.
17        Q.    Are these still current?
18        A.    To the best of my knowledge.  I may not
19   have paid my dues for the Scientific Study of
20   Sexuality, but I believe that I'm current.
21        Q.    Better get on that.
22              I don't want to divulge or diverge,
23   I don't know, I don't want to divulge or diverge
24   into, you know, some, I don't know, frolic, about
```

Page 77

1    why are you a member of the Screenwriters and

2    Actors Guild?

3         A.    Because I frequently -- in the past, I

4    frequently appeared on television.

5         Q.    Oh, okay.  That's fun.

6               And so you just joined SAG, right,

7    it's called for shorthand SAG in order to --

8         A.    Receive payment for those appearances.

9         Q.    Is that part of like you're required if

10   you are going to be on television you have to join

11   it?

12        A.    No.  No.  But if you want to get paid,

13   you have to be a member.

14        Q.    Is it like a union thing?

15        A.    That's a good question.  Off the

16   record?

17        Q.    I will tell you what, we are on the

18   record.  Let's not go off the record to talk about

19   this.

20        A.    Okay.

21        Q.    It's funny.  You know, I'm interested.

22   It's just kind of -- it's an interesting thing,

23   right?

24        A.    Well, I don't know if it's a union or

Page 78

```
 1   not so I don't -- I guess it is.  I mean, they give
 2   insurance to people and I pay dues and I used to
 3   get royalties.
 4        Q.    That's fun.  Sorry.  I was curious.
 5                  The World Professional Association
 6   for Transgender Health, you've got that listed here
 7   as one of your professional affiliations.  That's
 8   the WPATH that we have just been talking about,
 9   right?
10        A.    Correct.
11        Q.    To your knowledge, are there any
12   qualifications to be a member of that organization?
13        A.    Yes.
14        Q.    What are the qualifications?
15        A.    You have to have a license from a
16   professional organization.  You have to demonstrate
17   that you have been working in the field for a
18   certain amount of years.  I'm not quite sure what
19   the other ones are.  You have to sign onto our
20   mission statement, and you can apply to be a
21   student member if you're a student, but you must be
22   a professional who can demonstrate that you belong
23   to a discipline and are licensed by that discipline
24   and work with this population.
```

Page 79

```
 1        Q.    So any professional organization?  Like
 2   I mean, for example, could a lawyer?
 3        A.    Yes, we have a legal committee.
 4        Q.    What about teachers?
 5        A.    We don't have teachers per se.  We have
 6   sexologists or sex educators.
 7        Q.    From your description, it doesn't sound
 8   like a teacher would be prohibited from joining.
 9   They receive a license, and they, I assume, work
10   with transgender students, you know, high school
11   students or middle school students, elementary
12   school students.
13        A.    I don't know.
14        Q.    You don't know?
15        A.    I don't know if we have teachers.  I
16   mean, we have people who are like professors who
17   teach at a, you know, advanced higher education.
18        Q.    But they are sociologists or something,
19   right?
20        A.    Right.  Most of our members are either
21   mental health professionals, surgeons, physicians
22   or people in related fields such as voice and
23   communications.
24        Q.    Okay.  So it's not an organization that
```

Page 80

1   anyone could just go online, pay the fee and join?
2       A.    Correct.  I mean, these are -- it's an
3   international organization and it also has chapters
4   throughout the world, so we have an EPATH which is
5   just European members.  There's --
6       Q.    APATH?  Don't know?
7       A.    There is a Latin American.  You know,
8   there's different chapters throughout the world.
9       Q.    LAPATH?
10      A.    There's a USPATH.
11      Q.    USPATH?
12      A.    Which is strictly United States members.
13      Q.    Okay.  And it's interdisciplinary?
14      A.    Interdisciplinary.
15      Q.    Okay.
16      A.    We say multi disciplinary.
17      Q.    Why?
18      A.    Because providing optimal care to the
19  transgender population typically involves
20  multidisciplinary care.
21      Q.    Okay.  Are you an officer with the World
22  Professional Association For Transgender Health?
23      A.    Yes.
24      Q.    What is your position?

Veritext Legal Solutions
www.veritext.com                                    888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 86 of 288 PageID #: 1128

Page 81

1          A.     I'm the secretary.

2          Q.     What about the USPATH --

3          A.     No.

4          Q.     Okay.  Are you affiliated with the

5     USPATH?

6          A.     By virtue of being a member of WPATH,

7     I'm a member of USPATH.

8          Q.     The World Professional Association For

9     Transgender Health is an advocacy group, right?

10         A.     No.

11         Q.     It's not?

12         A.     It is not.

13         Q.     You don't consider what WPATH does to be

14    an advocacy group or advocacy work?

15         A.     We consider WPATH to be a professional

16    association.

17         Q.     Okay.  Would you consider at least an

18    element of what they do to be advocacy?

19         A.     I can speak for myself in that I'm

20    advocating for a condition which I believe is the

21    most misunderstood condition in human behavior, but

22    I'm not advocating for an individual.  I'm

23    advocating for education about the condition.

24                    But I imagine there are people who

Page 82

1   advocate who are members of the organization, but

2   we are a professional organization and there are

3   other organizations that are made up of community

4   members that are advocacy organizations, but we

5   consider ourselves a professional organization that

6   publishes the standards of care and that provide

7   services to an underserved population.

8       Q.   You wouldn't consider one of the WPATH's

9   missions to be advocacy?

10           MS. INGELHART:  Objection, asked and

11  answered and vague.  You can answer.

12  BY THE WITNESS:

13      A.   Advocacy -- we advocate for human

14  rights, yes, but, I mean, I wouldn't characterize

15  WPATH as an advocacy organization.

16           MS. INGELHART:  Can we go off the record

17  for a second?

18                    (WHEREUPON, discussion was had

19                    off the record.)

20                    (Whereupon, a short break in

21                    the proceedings was taken.)

22           MS. INGELHART:  Just for the record, our

23  witness here wants to clear up something that she

24  thinks might be a misunderstanding or

Page 83

1    misconception.

2              MR. BLAKE:  Okay.

3              THE WITNESS:  I may have left you with

4    the impression that only endocrinologists provide

5    hormones, and that is not accurate.  Any physician

6    who's knowledgeable and experienced can provide

7    hormones to transgender patients.

8                   So primary care physicians do that,

9    and they are all members of our organization, so

10   it's not just endocrinologists.  It can be

11   internists, primary care people like my husband.

12   There are obstetricians and gynecologists who do

13   that as well.  So one needn't be an

14   endocrinologist.

15   BY MR. BLAKE:

16       Q.    Understood.  I didn't get that

17   impression from you.

18       A.    Okay.  I thought I might have given that

19   impression.

20       Q.    No, but thank you for the clarification.

21              Psychologists can't prescribe or

22   administer hormones, right?

23       A.    Right.

24              MR. BLAKE:  This is going to be

Veritext Legal Solutions
www.veritext.com                                    888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 89 of 288 PageID #: 1131

Page 84

1   Defendant's Exhibit 12.

2                           (Document marked as Defendant's

3                           Exhibit No. 12.)

4   BY MR. BLAKE:

5       Q.    You've just been handed what has been

6   marked as Defendant's Exhibit 12, and based on your

7   exclamation, I assume you recognize this document?

8       A.    Yes.

9       Q.    What is it?

10      A.    It's the 7th iteration of the standards

11  of care published by the World Professional

12  Association of Transgender Health.

13      Q.    And this is the most recent version of

14  the standards of care?

15      A.    Yes, although we are presently working

16  on Version 8.

17      Q.    All right.  Do you have a hand in

18  authoring these standards?

19      A.    I am one of the authors of the standards

20  of care.

21      Q.    And in general do you agree with

22  everything that's in the standards of care?

23          MS. INGELHART:  Object, vague in scope

24  and possibly speculation, but you can answer to the

Page 85

1   best of your ability.

2   BY THE WITNESS:

3        A.    I endorse the standards of care.  The

4   rationale for revising the standards of care is

5   that certain aspects of this may be a little behind

6   the times or they may need to be refined based on

7   our current cultural and research.

8   BY MR. BLAKE:

9        Q.    I think I understand.

10       A.    In general though, yes, I subscribe and

11  I support the standards of care.

12       Q.    There's a Version 8 coming out and

13  presumably Version 8 is going to modify in some

14  respect Version 7?

15       A.    Correct.

16       Q.    To the extent that Version 8 is

17  modifying Version 7, you have a different

18  understanding now and that's in the process of

19  being flushed out, right?

20       A.    Most of the changes will be modest.

21  There's not going to be any major changes.

22       Q.    When do you anticipate that volume,

23  Volume 8, being published?

24       A.    Not before next year, 2020.

Page 86

1      Q.    Sometime in 2020?

2      A.    We hope to debut it at our next

3  international symposium in November of 2020, but

4  that may be wishful thinking.

5      Q.    So maybe not even in 2020 at all, it

6  could be 2021?

7      A.    I imagine it will be 2020.

8      Q.    Okay.  If you would turn to Page 31 of

9  this document, let me know when you're there.

10      A.    Are these pages numbered?

11      Q.    On the bottom right-hand corner there

12  are page numbers.

13      A.    I see it.  Okay.

14      Q.    At the very bottom, you'll see a caption

15  that says other tasks of mental health

16  professionals.  Do you see that?

17      A.    On the bottom of Page 31?

18      Q.    Yes.

19      A.    Yes.

20      Q.    Okay.  And the first numeral says,

21  "educate and advocate on behalf of clients within

22  their community, schools, workplaces, other

23  organizations and assist clients with making

24  changes in identity documents."  Do you see that?

Page 87

1      A.     Uh-huh.

2      Q.     So one of the standards of care or one

3  of the directives of the standard of care is to

4  have mental health professionals advocate on behalf

5  of transgender individuals to help them change

6  their identity documents, right?

7           MS. INGELHART:  Objection, vague.  You

8  can answer.

9  BY THE WITNESS:

10      A.     That's what it says, yes.

11  BY MR. BLAKE:

12      Q.     You can put that aside for a minute.

13           You are also affiliated obviously

14  with the American Psychological Association?

15      A.     I'm a member, yes.

16      Q.     And it's fair to say that not just

17  anyone can be a member of the American

18  Psychological Association, right?

19      A.     Correct.

20      Q.     In fact, you need a Ph.D. in psychology

21  to join, right?

22      A.     That I don't know.

23      Q.     Do you know if you have a masters

24  degree, is that enough to be a full member of the

Page 88

 1   American Psychological Association?

 2        A.    I don't know.

 3        Q.    So unlike the WPATH, to your knowledge a

 4   much narrower group of people can be part of the

 5   APA, right?

 6        A.    I don't know what the requirements for

 7   membership are.

 8        Q.    Lawyers can join the APA, sorry, or the

 9   WPATH, right?

10        A.    Yes.

11        Q.    To your knowledge, can a lawyer join the

12   American Psychological Association?

13        A.    I don't know.

14        Q.    You don't know one way or the other?

15        A.    I don't know one way or the other.

16        Q.    We're going to back up in your CV just a

17   few pages.  You have a list of presentations that

18   starts on Page 2 and that carries on into

19   publications starting on Page 5 and ending all the

20   way on Page 8.  Do you see that?

21        A.    Yes.

22        Q.    Not all of these are relevant to the

23   opinions expressed in your expert report, right?

24        A.    Not all my publications are relevant to

Page 89

1   this report, correct.

2       Q.    And the same goes for all of your

3   presentations, not all of those are relevant to

4   your expert report, right?

5       A.    Correct.

6       Q.    This may be difficult, but are any of

7   these presentations or publications especially

8   relevant or more relevant than others?

9       A.    I suppose.

10      Q.    I suppose the better question would be

11  which of these publications or presentations are

12  the most relevant in your mind?

13      A.    Beginning with presentations?

14      Q.    Yes, please.

15      A.    Well, starting with "Mental Health

16  Issues in Transgender Healthcare" which is on

17  Page 2.

18      Q.    Yep.

19      A.    That's a lecture I give to students, and

20  I would regard that as relevant because I talk

21  about the impact of minority stress and

22  discrimination and victimization, the impact that

23  it has on individuals, and I go into quite a bit of

24  depth on that topic.

Page 90

1      Q.    Okay.

2      A.    Turning the page, "Sticks and Stones:

3  Childhood Bullying Experiences," I consider that

4  relevant because I talk there about the harms of

5  when individuals are singled out and particularly

6  the impact it has on the brain, the architecture of

7  the brain which is a relatively new area of

8  research.

9              "Gender Identity and the Standards

10  of Care," well, I mean, we've touched on that and I

11  think that's relevant only in a tangential way.  It

12  mentions -- the standards of care do mention that

13  having congruent identity documents attenuates

14  gender dysphoria.  Let's see.

15      Q.    So far we're batting nearly a thousand.

16      A.    In the American College of Legal and

17  Legal Medicine Presentation, a colleague of mine

18  who is an attorney and who's also a trans man

19  talked about discrimination and the harms that

20  occur when people who look like he does, for

21  instance, he's bald and has a full beard and he's

22  70, would have to, for example, use a female

23  bathroom, how that would be a totally untenable

24  situation.

Page 91

1      Q.    So you're talking about "Transitioning:
2    Bathrooms are Only the Beginning?"
3      A.    Correct, the American College of Legal
4    Medicine.
5      Q.    Again that one is focused on the harmful
6    impacts that you would describe as discriminatory
7    laws or policies towards transgender people?
8      A.    Yes, and the harms that ensue.
9      Q.    Okay.
10      A.    I think, you know, if you look at the
11    bottom of the page, the Global Education
12    Initiative, all of our -- a good deal of the slides
13    that we show and the presentations that we offer
14    have to do with minority stress, barriers to care,
15    discrimination in certain settings, et cetera, et
16    cetera.
17            "Gender Affirming Psychotherapy,"
18    "Adult Development and Quality of Life in
19    Transgender Healthcare," this was for the National
20    Institute of Child Health and Human Development,
21    NIH, and, of course, when we talk about quality of
22    life, part of our mission there was to talk about
23    expanding a research strategy to eliminate
24    discrimination and barriers to care, particularly

Page 92

1   healthcare, to improve the overall healthcare of

2   transgender people in the U.S.

3        Q.   So that's the "Adult Development and

4   Quality of Life?"

5        A.   Yes.  "Care for Transgender Inmates," I

6   mean, you know, supporting transgender students,

7   what are we talking about?  Allowing them to live

8   in their affirmed gender, treating them with the

9   same respect that all other students are treated,

10  et cetera, et cetera.  And we actually go into the

11  statistics about how most students, the first act

12  of discrimination that they experience is in

13  school.

14            "Understanding Transgender," I would

15  say that part and parcel of these presentations,

16  the majority of them, except for Page 5 I would say

17  that none of the presentations on Page 5 are

18  relevant at all to the issues we're discussing

19  today.

20       Q.   Publications, any of these very or more

21  relevant to your expert opinion than others?

22       A.   Well, I would say that the Theories of

23  the Etiology of Gender Identity as we've already

24  talked about.

Page 93

1     Q.    Right, that's one that you have --

2     A.    The Ettner publications.  Walter

3 Bockting, who specializes in stigma, and that's the

4 Bockting, Coleman, Deutsch.  Bockting has written

5 extensively on stigma, and Sevelius, J. Sevelius

6 has talked about stigma and discrimination as a

7 predictor of HIV in transgender patients, so that

8 might be considered relevant.

9               We have talked about the

10 pathophysiology of hypertension as a result of

11 fear of discrimination and fear of violation of

12 privacy.

13              White and Ettner looked at how

14 stigma impacts children and the impact of having a

15 parent who transitions.

16    Q.    That is the "Adaptation and Adjustment

17 in Children of Transsexual Parents?"

18    A.    Correct.  And then again disclosure risk

19 and protective factors in children, so children

20 often like to keep it a secret because they are

21 afraid that they will be discriminated against or

22 stigmatized if they have a parent who's

23 transgender, so we go into some detail about that.

24              Of course, Gender Loving Care:  A

Page 94

1    Guide to Counseling Gender Varying Clients talks at

2    great length about the challenges that transgender

3    people face.

4                        And I think that that's, you know,

5    by and large the relevance of those.

6         Q.    Any of these presentations or

7    publications which you've identified from your CV,

8    do any of them discuss the immutable nature of

9    gender identity?

10        A.    Yes.

11        Q.    Which ones?

12        A.    "Etiology of Gender Dysphoria."

13        Q.    That's a writing?

14        A.    That's on Page 5.  That's a publication.

15        Q.    Publication on Page 5?

16        A.    Yes.  "Theories of the Etiology of

17   Gender Identity" on Page 6; "Principles of

18   Transgender Medicine and Surgery."  "The Adult and

19   Development of Quality of Life" which that was

20   presented at the National Institute of Health.

21                       And Guillamon, who you see is an

22   author there, was invited here from Spain by the

23   National Institute to discuss the brain differences

24   in transgender people which obviously we can't

Veritext Legal Solutions

Page 95

```
 1    change people's brains, so that would be directly
 2    implicated.
 3                    And then in Management of Gender
 4    Identity Dysphoria, "Etiopathogenetic Genetic
 5    Hypothesis on Transsexualism."  On Page 7, "The
 6    Etiology of Transsexualism" in 2007, and then that
 7    book was revised in 2016, and I think that about
 8    concludes that topic.
 9         Q.    And then same question but from a
10    biologic basis for transgenderism, which
11    presentations and/or publications address that
12    issue?
13         A.    Which of these publications?
14         Q.    Yes.
15              MS. INGELHART:  Objection, vague and
16    possibly speculation, possibly.  You can answer.
17    BY THE WITNESS:
18         A.    So I would say that in addition to the
19    publications that I've authored, the publications
20    that I've referenced also are an important
21    component of that, so let me start with that.
22    BY MR. BLAKE:
23         Q.    Well, why don't we answer my question?
24         A.    Okay.
```

Veritext Legal Solutions

Page 96

1      Q.    Your publications.

2      A.    My publications.

3      Q.    Yes.  That deal with the biologic basis,

4  if any.

5            MS. INGELHART:  Objection.  Just like in

6  our prior depositions with the clients, there's --

7  I would like to object to terms that could be terms

8  of art are at issue in this case, so biological may

9  be one of those terms.  Thank you.

10           THE WITNESS:  Right.  I don't know that I

11  would use the term biological as opposed to social

12  as a lay person kind of distinction.  I mean, we

13  wouldn't say biological.  We would say, you know,

14  neurocortical or neurophysiologic, but whatever.

15  Let's keep it simple.

16  BY MR. BLAKE:

17      Q.    If you look at Page 6 of your expert

18  report, Paragraph 25, you say, "a growing

19  assemblage of research documents that gender

20  identity" --

21      A.    "Is immutable."

22      Q.    "And biologically based."

23      A.    Uh-huh.

24      Q.    So I already asked you about the

Page 97

```
 1    immutable, publications that deal with the
 2    immutable issue.  Now I'm trying to understand
 3    which of your publications address this
 4    biologically based issue, which that's a term that
 5    you've used.  I'm not using it as a term of art.
 6    I'm using it however you used it in Paragraph 25.
 7         A.    Would you like me to start with my
 8    publications?
 9         Q.    I would.
10         A.    In Gender Loving Care -- Oh, no, wait.
11    We'll start at the beginning.
12               On Page 5, "The Etiology of Gender
13    Dysphoria" in 2017 will have a lengthy discussion
14    about precisely that issue, including the very
15    areas of the brain that are different, the
16    microstructure, the volume, the areas of the right
17    hemisphere and the thickness of the cortical
18    thickness.
19               In 2016 Ettner and Guillamon in
20    Principles of Transgender Medicine and Surgery will
21    have an addition to all of the early theories.  It
22    will have all of that research that was available
23    as of 2016, digit ratio research, the genetic
24    research, the twin studies, the family studies, the
```

Page 98

1   functional magnetic resonance studies, the sexually

2   dimorphic areas of the brain, the Zhou article on

3   the -- really one of the first that was done by

4   autopsy, it will have all of that information in

5   that publication.

6           In the Guillamon, in the next

7   "Current Opinion in Endocrinology and Diabetes,"

8   some of that will be repeated in there.  In the

9   2015 "Etiopathic Hypothesis on Transsexualism,"

10   that will have some, slightly less because it's an

11   earlier work, but the 2017 -- the 2016 will have --

12   and 2017 will have more of the latest information,

13   although there's more since then which a simple

14   literature review would reveal.

15      Q.   When you say 2016 and 2017, what are you

16   referring to?

17      A.   2016 is when we revised the 2007

18   Principles of Transgender Medicine and Surgery.

19      Q.   So there's a 2016 version of that?

20      A.   Yes.

21      Q.   Okay.

22      A.   Because the book was originally -- the

23   edited volume was published in 2007.  By 2016 there

24   had been so much more information that we were

Page 99

```
 1   asked by the publishers to revise it, which we did,

 2   and changed one of the editors.

 3        Q.    Understood.

 4             So the "Etiology of Transsexualism"

 5   in Principles of Transgender Medicine and Surgery

 6   has a 2016 edition that you say has the most

 7   current -- more current information than the 2007

 8   version?

 9        A.    More current.

10        Q.    Then the Principles of Transgender

11   Medicine and Surgery also from 2007 has a 2017

12   version?

13        A.    No, 2016.

14        Q.    Okay.

15        A.    2017 refers to Page 5, Gender

16   Confirmation Surgery:  Principles and Techniques,

17   "The Etiology of Gender Dysphoria."  That was

18   written for a surgical atlas.

19        Q.    Are those all?

20        A.    That's all that's from my publications.

21        Q.    And you have referenced a number of

22   times the work done by, hopefully I don't butcher

23   this name, Guillamon.

24        A.    Antonio Guillamon.
```

Page 100

1     Q.    Guillamon who worked with brain studies.

2  Is that the MRI imaging of the brain?

3     A.    FMRI.

4     Q.    FMRI.

5     A.    He also does work with some genetic work

6  as well.

7     Q.    Is he a neurologist?

8     A.    He's a neuropsychologist.

9     Q.    He's a neuropsychologist.  Is that

10  outside your field of expertise?

11     A.    Yes and no.  As a psychologist, it's an

12  area of specialization, so I don't specialize in

13  that area, but I have some understanding of it, and

14  so I went to his lab and collaborated with him.

15          MS. INGELHART:  Can we go off the record

16  really quick?

17                    (WHEREUPON, discussion was had

18                     off the record.)

19  BY MR. BLAKE:

20     Q.    So you said your area of specialization

21  is not in neuropsychology?

22     A.    Correct.

23     Q.    You have some understanding of the

24  field, right?

Veritext Legal Solutions

Page 101

1          A.     Yes.

2          Q.     You've read the literature, some of the

3     literature at least, correct?

4          A.     Yes.  And my research partner, Dr. Tanya

5     White, is a -- also does magnetic -- brain imaging

6     in the Netherlands.

7          Q.     To the extent that you've written about

8     that topic, has it always been in partnership with

9     someone who has expertise or specialization in

10    neuropsychology?

11         A.     To the extent that I have published

12    their results, yes, it has always been in

13    collaboration with them.

14         Q.     And is your expert opinion in this case

15    in any way -- Strike that.

16                Are you offering an expert opinion

17    in this case based on some analysis or

18    understanding of neuropsychology?

19                MS. INGELHART:  Objection, vague.  You

20    can answer.

21    BY THE WITNESS:

22         A.     No.

23    BY MR. BLAKE:

24         Q.     And you wouldn't consider yourself an

Page 102

1    expert in that field, right?

2        A.    Correct.

3        Q.    I assume you are familiar with the term

4    neuroplasticity?

5        A.    Yes.

6        Q.    Do you know to what degree any of those

7    studies considered or controlled for

8    neuroplasticity?

9        A.    The studies that were done in Spain are

10   studies that look at the effect of sex steroids on

11   the brain which is not related to neuroplasticity.

12       Q.    So it's your understanding that the

13   Guillamon studies are not -- would not be impacted

14   by concerns over neuroplasticity or anything like

15   that?

16       A.    That's not what they're looking at.

17       Q.    They're not looking at the change of a

18   brain over time, just over the course of someone's

19   life, they're looking at what specific input does

20   to a brain; is that accurate?

21       A.    Well, they're looking at many things.  I

22   mean, there's an entire laboratory of individuals,

23   not just Dr. Guillamon, who do this work, and one

24   of the things that they're looking at is the impact

Page 103

1    of sex steroids on the brain.

2              So they look at the brain prior to

3    an introduction of sex steroids, and they look at

4    the brain post, and they look at it over a period

5    of time, and they look at the differences in

6    certain areas, and they do topography, and they do

7    many other different kinds of studies, but they

8    look at the areas of the brain that in, for

9    example, people who are assigned male at birth but

10   have a female gender identity, they look at the

11   areas of the brain which are sexually dimorphic and

12   whether they are masculine, demasculinized,

13   feminine, and what those -- not just those areas,

14   but the microstructure, the volume of certain areas

15   and the cortical thickness which varies across

16   adult life.

17             So I'm happy to talk more about

18   this.  This gets very complicated.

19        Q.   I'm sure it does.

20        A.   I'm happy to go as far as you would like

21   me to go with this.

22        Q.   Not too much further I hope.

23        A.   Previously this could only be done on

24   autopsy where we could actually slice the brain.

Page 104

1  With functional magnetic resonance imaginary, we

2  can look at adult living people over time and it

3  allows us to have an unlimited amount of brain

4  images, whereas, with autopsy --

5      Q.    You get one?

6      A.    Yeah.  You get one dead one and you

7  can't ask them questions.

8      Q.    It doesn't change over time, right?

9      A.    And also you don't know if what you're

10  looking at is an artifact of hormonal use, so did

11  the hormonal use cause the change in the brain or

12  was the change in the brain there prior to hormonal

13  use which is something that we can actually see

14  now.

15              There are also steroid studies that

16  have to do with smell, but that's extremely

17  complicated, and I'm going to leave that for

18  another day.

19      Q.    Yeah, I don't --

20      A.    You don't want to go there.

21      Q.    I didn't see olfactory as one of the

22  potential indicators.

23      A.    But it is a sexually dimorphic defining

24  characteristic, but it's extremely complex to even

www.veritext.com                                    888-391-3376

Page 105

1    talk about if you're not, you know, a scientist.

2         Q.    Sure.  Let me ask you this about the

3    Guillamon studies.  Those all involved transgender

4    individuals, right?

5         A.    The particular study that I think we're

6    focusing on here, because again this group of

7    individuals are researchers, they conduct research

8    all the time.  They haven't done just one study.

9         Q.    Not just on transgender individuals,

10   they're studying all sorts of aspects of the brain?

11        A.    They are studying all sorts of brain

12   aspects.  They're working with people in Ghent,

13   Belgium who are doing genetic work.  So there's a

14   lot of work going on in this field.

15             There's an Austrian researcher who's

16   also doing brain work which I'm less familiar with

17   because Antonio is -- you know, I've become a

18   colleague of his.

19        Q.    Sure.

20        A.    This particular research did imaging of

21   brains of people prior to starting hormones and

22   looked at people who had been assigned male at

23   birth, and I have all of these images at home on

24   power points.  I don't have them with me.

1          But you can see -- in some of the

2   slides, you can see the areas of the brain that

3   differ, and we know, like if you look at the

4   bibliography, that there are various parts of the

5   brain, initially we thought it was just the BSTc

6   that was sexually dimorphic, but we know now that I

7   think it's the INAH and there are all sorts of

8   areas.

9          So if you look at the -- you know,

10  I'm sorry to do this to you.

11      Q.    What page are on?

12      A.    I'm on Page 4 now.

13      Q.    Of the bibliography?

14      A.    Yes.  If you look at the middle of the

15  page where it says Schneider, "Typical Female

16  2nd-4th Finger Length (2D:4D) Ratios in

17  Male-to-Female Transsexual-Possible Implications

18  For Prenatal Androgen Exposure," there's a wealth

19  of information about this 2D:4D digit length, and

20  in infants that died prior to birth, when they've

21  looked at it, they've already seen this ratio, so

22  we know this is something that has do with prenatal

23  hormones because it's present prior to birth.

24          So there's a wealth of research.  If

Page 107

1  you look at the Rametti/Carillo, he studies the

2  microstructure of the brain, the white matter of

3  the brain.  So there's a lot of components of the

4  brain and cortical thickness is a big one.

5          But what's important for people like

6  me to know is that most of the differences are in

7  the right hemisphere of the brain which is

8  significant to psychologists because that's the

9  area of the brain that has to do with somatic

10  perception.

11      Q.   Can you tell me what that is?

12      A.   I'll leave it there.

13      Q.   Why is that relevant?

14      A.   Because it's lunchtime.

15          That's relevant because that is the

16  part of the brain that has to do with how we

17  perceive bodies, our own bodies, other bodies, our

18  perception of our bodies, our perception of other

19  people's bodies, the link between certain areas of

20  the brain.

21          So that is a very significant area

22  of the brain, that right hemisphere, and that's

23  where most of the differences occur in people who

24  are gender dysphoric and non-gender dysphoric.

Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 113 of 288 PageID #: 1155

1              They talk about four different brain

2    phenotypes, a non-transgender female, a transgender

3    female brain, a non-transgender male brain and a

4    transgender male brain.  So you see four different

5    brain phenotypes on functional magnetic resonance

6    imaging.  Class dismissed.

7         Q.    Just to kind of finish up this line of

8    questioning.  I think you answered my question

9    about who was part of the Guillamon study.  And

10   then I take it they did the MRI imaging pre you

11   were calling it sex steroids.  I assume that's

12   hormones?

13        A.    Hormones, correct.

14        Q.    So they looked at the transgender person

15   prior to their receipt of hormones?

16        A.    Correct.

17        Q.    And then after their receipt of

18   hormones, there was some significance to what

19   happened to some region of the brain?

20        A.    Well, what they're --

21        Q.    Is that study -- Is that sort of the

22   very, very stupid litigator version of what the

23   study showed?

24        A.    No.

```
 1            MS. INGELHART:  Yeah, objection,

 2     misstates prior testimony, mischaracterizes.

 3     BY MR. BLAKE:

 4        Q.    Please.

 5        A.    Yes.  No.  What they found -- So I have

 6     to back up a bit.  On autopsy when Zhou in the year

 7     2000, Z-h-o-u, in the Netherlands found on autopsy

 8     that people who were transsexual had a different

 9     brain structure than people who weren't, the New

10     York Times heralded that and said what transsexuals

11     have been saying all along is true, that their

12     brain is female, you know.

13                Then the criticism arose.  Well, how

14     do you know that those changes weren't caused by

15     the hormones.

16        Q.    Right.

17        A.    And that's what these studies showed,

18     that the changes were there prior to the hormone.

19        Q.    Understood.

20        A.    So that my brain has -- areas of my

21     brain are all feminized.  The sexually dimorphic

22     brain, the parts that are sexually dimorphic on MRI

23     would all be feminized.

24                A transgender woman's, you would see
```

Page 110

1   that certain parts of her brain, even though she

2   was assigned male at birth, are likewise feminized,

3   and that's before she's had any interventions.  So

4   that's what was significant.

5                    There was also some similar research

6   done in someone who found that the number of

7   neurons was larger in one area of the brain, and

8   someone said well, maybe that was a result of

9   hormones and then they went back and did a similar

10  study, and they said no, we've counted the neurons,

11  you know, so...

12       Q.    I think I understand.  I do.

13       A.    I think you do.

14       Q.    I think I do now that you put it in

15  those simple terms.

16                    It's your understanding that

17  neuroplasticity does not -- isn't relevant though

18  to the study conducted by Guillamon?

19       A.    Guillamon, yes.  Neuroplasticity refers

20  to the brain's ability to grow and change and to

21  develop new neurons.  That would be not relevant to

22  the volume of brain matter or the BSTc area of the

23  hypothalamus -- the structure of the BSTc of the

24  hypothalamus.

                                              Page 111

1                     It would have to do with a person's
2       ability to learn new materials and grow and certain
3       areas taking over from other areas if there's a
4       deficit, so it's an important concept, but it's not
5       what this particular study set out to look for, nor
6       would it change the findings because the findings
7       seem to be consistent throughout research across
8       the world.
9                     And a large review of all of this is
10      available in the Archives of Sexual Behavior.  They
11      did a review of all of this research.
12          Q.    Okay.  I think I understand your
13      position on it.  I think we can take a break.
14                  MS.  INGELHART:  Great.
15                       (WHEREUPON, a lunch break was
16                       taken.)
17                  MR.  BLAKE:  Back on the record.
18      BY MR. BLAKE:
19          Q.    Let's look back at Exhibit 11 which is
20      your expert report and Page 2 of the export report,
21      Paragraph 5.  Let me know when you're there.
22          A.    You know, I'm going to get my glasses.
23      Did you say Paragraph 5?
24          Q.    5, yes.

Page 112

1      A.    Yes.

2      Q.    And that lists several cases which over

3  the last four years you've testified as an expert

4  at trial or by deposition, right?

5      A.    Correct.

6      Q.    Okay.  Broussard v. First Tower Loan.

7  That's the first case you've listed there, do you

8  see that?

9      A.    Yes.

10      Q.    Was that a case that involved

11  transgender individuals?

12      A.    Yes.

13      Q.    What was the issue in that case?

14      A.    This was a case concerning a young man

15  who applied for a job and he was a trans man and he

16  was in his first week of work and doing

17  exceptionally well, and his boss was very pleased

18  with him, and she asked to see an identity document

19  of his.

20              He showed her an identity document,

21  and it had a marker that was female, although he

22  was living as a man and he had a beard, et cetera,

23  and she wasn't concerned, but she told her manager

24  who traveled what do I do about this, you know,

Page 113

1  we've hired this man and he's doing beautifully,

2  but his license says female, and his manager said

3  that he was female and would have to comply with

4  the female dress code.

5            Well, of course, he couldn't do

6  that.  You know, he wasn't about to show up in a

7  dress anymore than you would come here in a dress

8  or whatever their female dress code was, so he had

9  to leave that position, and that was the grounds

10  for a lawsuit against the employer.

11      Q.    That was an employment discrimination

12  case?

13      A.    Yes.

14      Q.    Okay.

15      A.    I guess that's what it would be.

16      Q.    Did any of these cases have anything to

17  do with requiring the state to update, change or

18  correct any identity documents?

19      A.    Well, I don't know what the ultimate --

20  I know that case went to a higher court, so I don't

21  know what the ultimate resolution of that was.  I

22  think there may have been some -- I don't know.  I

23  know that it became a much bigger course -- a much

24  bigger case than I was aware of, and so I really

Veritext Legal Solutions
www.veritext.com                                    888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 119 of 288 PageID #: 1161

Page 114

1    can't say what the -- it started with an identity

2    document.  I don't know where it ended up.

3         Q.    Did any of these cases -- Did your

4    expert testimony in any of these cases involve

5    requiring or requesting the state to make a change

6    or correction to an identity document?

7         A.    No, not that -- not with my involvement.

8         Q.    And then that case that was mentioned at

9    the outset, which is in addition to these Monroe v.

10   Jeffries, did that case -- did your testimony in

11   that case involve a request to the state to change,

12   modify, correct an identity document?

13        A.    That wasn't what I was asked to opine

14   about, although there was -- an issue was raised

15   because prisoners are not allowed in the state to

16   have their names changed.

17        Q.    That case, Monroe vs. Jeffries, involved

18   a name change?

19        A.    I don't know.  It was mentioned because

20   the prisoners were not allowed to have a name

21   change while incarcerated, and it was a class

22   action suit against the State of Illinois.

23        Q.    Okay.  If you go to Paragraph 8, which

24   is the bottom of Page 2 and carries over to Page 3,

1  it says that you've evaluated or you state that

2  you've evaluated 2,500 to 3,000 individuals with

3  gender dysphoria, right?

4       A.    Yes.

5       Q.    Does that constitute all of the

6  transgender individuals who you have worked with?

7       A.    It's now in excess of 3,000.

8       Q.    Okay.  Does every transgender individual

9  receive a diagnosis of gender dysphoria?

10      A.    No.

11      Q.    So how many transgender individuals have

12 you evaluated over the course of your career

13 approximately?

14      A.    Over 3,000.

15      Q.    So is it -- I guess I'm trying to

16 understand.  You evaluated between 2,500 and 3,000.

17 Like most of those people receive a diagnosis of

18 gender dysphoria, but not all; is that accurate?

19           MS. INGELHART:  Objection, vague.  You

20 can answer.

21 BY THE WITNESS:

22      A.    Not every transgender individual

23 receives a diagnosis of gender dysphoria.

24

Page 116

1    BY MR. BLAKE:

2        Q.    Okay.  And not every transgender

3    individual who comes to see you receives -- you

4    don't diagnose every transgender individual with a

5    diagnosis of gender dysphoria, right?

6        A.    Correct.

7        Q.    Have you ever evaluated someone who is

8    transgender whose gender identity later reverts

9    back to their birth sex?

10           MS. INGELHART:  Objection to the term at

11   issue, birth sex, as well as these others that we

12   have discussed.  But answer to the best of your

13   ability.

14   BY THE WITNESS:

15       A.    I have evaluated I think on two

16   occasions people who have attempted to reverse

17   their surgery or have regretted having the surgery,

18   and one I think attempted to revert to living in

19   their birth sex but they didn't -- they did not

20   state that their gender identity had changed, just

21   that they needed to live as a man for a variety of

22   other reasons.

23   BY MR. BLAKE:

24       Q.    All right.  Are you aware, just in the

Page 117

1    profession, of transgender folks who have -- whose

2    gender identity has reverted to their birth sex?

3         A.    I am aware of people who have

4    detransitioned.

5         Q.    Is that the terminology, detransitioned?

6         A.    Detransition means they have reverted to

7    living in the sex they were assigned to.  It

8    doesn't necessarily mean that their gender identity

9    has changed, and I wouldn't know without actually

10   interviewing or assessing those people.

11        Q.    So have you ever assessed an individual

12   who has detransitioned whose gender identity has, I

13   suppose, I mean, reverted is the word we've been

14   using.  Are you comfortable with that word?  I'm

15   not trying -- again, I'm not trying to be tricky.

16   She objected to birth sex.  You've used natal sex.

17        A.    No, I have never used natal sex.

18        Q.    You've never used natal sex, okay.

19        A.    I use sex assigned at birth.

20        Q.    Sex assigned at birth.  You've never

21   diagnosed or, I don't know, worked with a

22   transgender individual whose gender identity has

23   reverted to their sex assigned at birth; is that

24   accurate?

1          MS. INGELHART:  Objection.  I think vague

2    and mischaracterizes prior testimony, but please

3    answer to the best of your ability.

4    BY THE WITNESS:

5          A.    I'm aware that some people who have

6    transitioned from the sex they were assigned at

7    birth have reverted to living in the gender, the

8    sex they were assigned at birth.  I cannot state

9    that their gender identity has changed, only that

10   the circumstances under which they live have

11   changed.

12         Q.    Okay.  And then in the literature and in

13   your experience in the industry and things that

14   you've read about transgender individuals, are you

15   aware of any instances where a person's gender

16   identity has reverted back to their birth sex or

17   sex assigned at birth?

18         A.    Young children often show gender

19   nonconforming behavior or a separate condition

20   called gender identity disorder in childhood, and

21   prior to Tanner's Stage 2 or prior to

22   preadolescence, it's unclear whether or not those

23   children will have a gender identity that differs

24   from the gender identity they were assigned at

Page 119

1   birth.

2                   So with children, one can't really

3   know -- even if they show gender nonconforming

4   behavior, one can't make a determination that

5   they're transgender until they reach an older --

6   later stage of development.

7                   So those children may very well

8   appear -- you know, parents may worry my child is

9   playing with dolls, my child is going to be

10  transgender and that may not be the case, so with

11  children that's not uncommon.

12      Q.    So with children there may be some

13  indicia that their gender identity does not confirm

14  to their sex assigned at birth, but over time, you

15  know, that gender identity becomes more settled for

16  that particular individual, does that occur?

17      A.    It will crystalize at some point closer

18  to adolescence or preadolescence at Tanner Stage 2

19  when secondary sex characteristics emerge.

20      Q.    So as the child reaches adolescence,

21  their gender identity tends to crystalize?

22      A.    Yes.

23      Q.    But you're not aware of that ever

24  happening with an adult who for a period of time

Page 120

1   gender identifies, you know, or has incongruent

2   gender identity with their sex assigned at birth

3   and then whose gender identity later reverts back

4   to their birth sex?

5       A.    No.   Again their lived experience, they

6   may live in the sex they were assigned at birth for

7   a variety of reasons, but I don't know that they

8   would say that their gender identity -- no one has

9   ever told me that their general gender identity has

10  changed.

11      Q.    And you've never read any literature

12  about that occurring?

13      A.    Not literature that I'm aware of or that

14  is well known to me.

15      Q.    Okay.   Let's go to Paragraph 15.   It's

16  on Page 4 of your report.   I'm going to read the

17  first sentence.

18            It says, "medical management of

19  gender dysphoria includes the alignment of

20  appearance, presentation, expression and often the

21  body to reflect a person's true sex as determined

22  by their gender identity."   Do you see that?

23      A.    I do.

24      Q.    What do you mean by a person's true

Page 121

1   sex?

2       A.    The gender that they experience as their

3   authentic and affirmed gender regardless of that

4   which they were assigned at birth.

5       Q.    Is the sex determined by their

6   chromosomes their true sex?

7       A.    No.

8       Q.    Is the sex determined by their natural

9   hormone levels their true sex?

10      A.    Not solely, no.

11      Q.    Is the sex determined by their external

12  genitalia their true sex?

13      A.    No.  Not entirely, no.

14      Q.    Is the sex determined by their internal

15  reproductive organs their true sex?

16      A.    No, not necessarily.

17      Q.    In your expert opinion, does anything

18  other than the gender identity have any role to

19  play in the identification of a person's true sex?

20      A.    Sex is a composite of many components.

21  Some are visible and some are nonvisible.  For most

22  people, the visible components of sex are

23  concordant with their gender identity and their

24  sense of what category they belong to.

Page 122

1                For a transgender person, that isn't

2    true, and gender identity for people is the most

3    paramount component in that category.

4        Q.    What scientific basis do you have to

5    support your opinion that a person's true sex is

6    most paramountly determined by their gender

7    identity?

8        A.    The fact that identity is the major

9    component of the self system and people who are

10   gender dysphoric, severely gender dysphoric, if

11   they can't change and modify their behavior --

12   their bodies, rather, they will -- in my

13   experience, we see the natural course of this

14   condition in the prison where people are not

15   allowed to initiate a gender transition, and we see

16   one of three trajectories; complete psychological

17   decompensation, auto castration or auto penectomy

18   or suicide.

19       Q.    What about for those transgendered who

20   are not severely gender dysphoric?

21       A.    If they're gender dysphoric, they will

22   seek treatment.  If treatment is not available, as

23   it wasn't in the past, we saw an inordinately large

24   number of suicides amongst people who were

Page 123

1    untreated for gender dysphoria.

2         Q.    What about for the transgender

3    individuals who are not gender dysphoric, is gender

4    identity the most paramount component of what you

5    described, the composite?

6         A.    If they are transgender but they don't

7    have the diagnosis of gender dysphoria, they don't

8    have the clinical distress, they will express the

9    aspect of their affirmed gender when it's safe,

10   convenient and possible for them to do so.  So

11   identity is the most important and the most

12   enduring aspect of personality.

13                  By analogy, a study was done on

14   Alzheimer's patients.  They had lost all cognition.

15   They didn't know who their children were.  They

16   couldn't speak.  They had absolutely no cognition

17   left at all.  And yet when nurses spoke to them in

18   baby talk, they got very agitated because they

19   retained the identity of an adult.

20                  So identity is the most persevering,

21   nothing outpaces it, nothing outruns it, and

22   identity, as Erickson says, is really the

23   organizing principle of self and personality.

24        Q.    So it's your testimony then that gender

1  identity, regardless of whether or not a

2  transgender individual is diagnosed with gender

3  dysphoria, gender identity is the most important

4  component of a person's sex?

5      A.    That's not my opinion.  My opinion is

6  that for people who experience gender dysphoria,

7  for those people whose assigned sex at birth

8  doesn't comport with their gender identity, and

9  they experience significant distress about that,

10  they will go to great lengths, including performing

11  surgery on themselves, in order to bring the gender

12  identity and the body into alignment.  That's my

13  opinion.

14      Q.    Okay.  So if you go to the next page,

15  Page 5, Paragraph 21.  You wrote, "when there is

16  divergence between anatomy and identity, one's

17  gender identity is paramount and the primary

18  determinant of an individual's sex designation."

19  Do you see that?

20      A.    Yes.

21      Q.    All right.  Does that statement apply

22  for all transgender people?

23      A.    Yes.  All transgender people who by

24  definition experience an incongruity will have the

Page 125

1    need to affirm to a certain degree the gender

2    identity with which they define themselves.

3                    For some people, that may be

4    appearing in their affirmed gender when they are

5    not at work, as often as they can, in social

6    situations.  For other people who have more

7    severe -- a more severe form of that condition and

8    actually meet the criteria for diagnosing them with

9    gender dysphoria, they will require medical and

10   often surgical interventions.

11        Q.    So it's true then that for a transgender

12   person, their gender identity is the primary

13   determinant of their sex designation in your

14   opinion, right?

15        A.    Yes.  If they are adults, yes.

16        Q.    Okay.  If they are adult.  Setting aside

17   the children?

18        A.    Yes.  Yes.

19        Q.    Would you say the same thing is true for

20   cisgendered folks as well?

21        A.    I would say yes, that identity overall

22   is the most important part of the self system.

23        Q.    It's just the other side of the coin,

24   right?

Page 126

1      A.    Well, people whose anatomy is in
2   accordance with their gender identity --
3      Q.    It's easy for them?
4      A.    -- they don't give it any thought.
5   It's a nonissue.  But identity is what makes you
6   you.
7      Q.    It may not be a nonissue, just
8   cisgendered people don't spend a whole lot of time
9   thinking about it I would guess?
10      A.    If any time thinking about it.
11      Q.    Have you ever looked at an Ohio birth
12   certificate?
13      A.    No.
14      Q.    If you look in the stack of documents I
15   gave you at the outset, if you look at Exhibit 1,
16   which I'm happy to provide you, this is an Ohio
17   birth certificate.  It happens to be the birth
18   certificate for one of the plaintiffs in this case.
19            The word gender doesn't appear on
20   the birth certificate, right?
21      A.    Correct.
22      Q.    At least according to this document,
23   what Ohio tracks and records is a person's sex,
24   right?

Page 127

1      A.    Yes.

2      Q.    Is it your understanding that that

3  record is made at or near the time of birth?

4      A.    Yes.

5      Q.    Do you have any opinion on whether or

6  not the State has value in recording an

7  individual's sex at birth?

8          MS. INGELHART:  Objection, calls for

9  speculation and legal conclusion.  You can answer.

10  BY THE WITNESS:

11      A.    I don't have any opinion about that.

12  BY MR. BLAKE:

13      Q.    You don't have an opinion one way or the

14  other?

15      A.    I mean, I believe that it's common in

16  that it's important to have some vital statistics

17  on our citizens.

18      Q.    I mean, like, for example, the way in

19  which information is compiled on birth weight for a

20  particular sex, right?

21      A.    Correct.

22      Q.    When a person is born, do you have a

23  general understanding of how the sex of that

24  individual is determined?

Page 128

1       A.      Yes.

2       Q.      What is that understanding?

3       A.      A cursory examination of the external

4  genitalia.

5       Q.      When you say cursory, do you think there

6  should be a more extensive review of a person's

7  genitalia before a medical provider determines male

8  or female?

9           MS. INGELHART:  Objection, calls for

10  speculation.  You can answer.

11  BY THE WITNESS:

12      A.      Well, I've been at many births and I've

13  seen where a midwife will see the external

14  genitalia and will announce the birth of the -- the

15  sex of the child based on that.

16  BY MR. BLAKE:

17      Q.      And in your opinion that's cursory.  You

18  said cursory.

19      A.      Right.  It's based on a physical of how

20  the genitals appear at the time of birth.  There's

21  no internal exam done.  There's no ultrasound done.

22  It's just a look and see.

23      Q.      Do you have an expert opinion on whether

24  or not it would be appropriate for a medical

Page 129

1  provider to do a more extensive examination of the

2  anatomy of the newborn to determine male or

3  female?

4        A.    Not at the time of birth.

5        Q.    Because you used the word cursory, I was

6  wondering if you had any idea as to whether or not

7  they need to do more.

8        A.    No, there's nothing more that can be

9  done other than to glance at it unless there's some

10 ambiguity about it at birth, and then there would

11 be a more extensive visual examination done with

12 later followup attention.

13       Q.    So even though you describe what

14 generally happens at birth as cursory, you

15 nevertheless admit, I mean, that's appropriate as

16 well, at the time of birth, right?

17       A.    Correct.

18       Q.    And you obviously recognize that the

19 concept of sex at birth is different from a

20 person's gender identity, right?

21       A.    Yes.  Sex assigned at birth.

22       Q.    Sex assigned at birth, sure.

23       A.    Yes.

24             MR. BLAKE:  We'll do Exhibit 13.

```
                                            Page 130

 1                      (Document marked as Defendant's

 2                      Exhibit No. 13.)

 3   BY MR. BLAKE:

 4        Q.    I've just handed you what has been

 5   marked as Defendant's 13 which is an article titled

 6   "Transsexual Couples, Qualitative Evaluation of

 7   Atypical Partner Preferences" written by Randi

 8   Ettner Ph.D.  Is that you?

 9        A.    Yes.

10        Q.    So the very first sentence says

11   transsexualism.  That's that old term that is no

12   longer in use anymore?

13        A.    Correct.

14        Q.    But we understand is synonymous with

15   gender dysphoria?

16        A.    Yes.

17        Q.    Okay.  "Transsexualism, the condition

18   whereby one desires to change one's natal sex, has

19   always been a part of the human experience."  Do

20   you see that?

21        A.    Yes.

22        Q.    All right.  So before when we talked

23   briefly about natal sex, you had said that that

24   wasn't a term that you had used.
```

Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 136 of 288 PageID #: 1178

Page 131

1    A.    That I hadn't used today.

2    Q.    Oh, okay.  Not ever in the history of

3  your writing.

4    A.    Historically we used to talk -- we used

5  to use natal sex or some people would say genetic

6  sex, and we have moved away from that.

7    Q.    But those are terms that we use or I

8  bring it up in your writing, you understand what

9  that means, right?

10    A.    Yes, assigned at birth, the sex assigned

11  at birth.

12    Q.    So it's a terminology difference?

13    A.    Correct.

14    Q.    You say sex assigned at birth.

15  Previously that was referred to in some

16  circumstances as natal sex, other times genetic

17  sex, but those are synonymous, if antiquated; is

18  that accurate?

19    A.    Genetic sex I don't think was something

20  that was ever really a term that professionals

21  used, but we did use natal sex.

22    Q.    All right.  You can put that one aside

23  for now.

24    A.    It was a good article.

Page 132

1    Q.    I did read it.  I mean, since you

2  brought it up, genetic sex on the second -- on the

3  second page of the document, the middle paragraph

4  on the left-hand column, the paragraph that begins

5  "in one instance," let me know when you get there.

6  Are you there?

7    A.    What section?

8    Q.    Second page of Defendant's Exhibit 13.

9         MS. INGELHART:  It's the third page.

10 BY MR. BLAKE:

11   Q.    Sorry, it's the third page, left-hand

12 column, and there's a paragraph in the middle which

13 starts "in one instance."  Do you see that

14 paragraph?

15   A.    Uh-huh.

16   Q.    And then the second to last sentence

17 says, "following surgeries, one individual left the

18 relationship stating that her preference had

19 shifted and she desired a relationship with a

20 genetic male."  Do you see that?

21   A.    Yes, because the community members do

22 use the term GG, genetic girl or genetic male, but

23 it was not a term that professionals preferred to

24 use, so here I'm talking about somebody else's use

Page 133

1   of the term.

2       Q.    It's not necessarily a medical or

3   scientifically defined term, but it has a meaning

4   just sort of anecdotally?

5       A.    Right, and people would say so and so is

6   a GG meaning a genetic girl.  Community members

7   might say that.

8       Q.    Is it accurate when someone says a

9   genetic male or GM or genetic girl or GG, they're

10  referring to the phenotypes that we know, you know,

11  XX and XY?

12      A.    Those aren't phenotypes.

13      Q.    Okay.  Karyotypes, sorry.  Not

14  phenotypes, karyotypes.

15      A.    Yes.  But I have to say that I haven't

16  heard those terms used.  I don't know how old this

17  article is.

18      Q.    It looks like 2007.

19      A.    No, it looks like that's when it was

20  published.

21      Q.    You might have written it prior to that?

22      A.    It would have been -- Yeah, it was

23  probably written like in 2005 or so.

24      Q.    All right.

Veritext Legal Solutions
www.veritext.com                                            888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 139 of 288 PageID #: 1181

Page 134

1      A.     We don't -- I think even the community

2   wouldn't use those terms any longer.

3      Q.     But at one point in time?

4      A.     Yes.  Yes.

5      Q.     Like we said, genetic male, that would

6   imply what we were talking about as a karyotype?

7      A.     A non-transgender person or what's

8   sometimes referred to now as cisgender.

9      Q.     Okay.  So a transsexual person, a

10  transgender person, that's someone who, and I think

11  you said this earlier, whose gender identity

12  doesn't conform to their sex assigned at birth or

13  natal sex as you used in that one article, right?

14     A.     Someone who has gender incongruity, yes.

15     Q.     Someone who has gender incongruity.

16                 And that can lead to and often does

17  lead to a desire to change their natal sex, right?

18     A.     It leads to a desire to transition.

19     Q.     Transition from their natal sex?

20     A.     From the sex they were assigned at birth

21  to their affirmed gender.

22     Q.     That gender incongruent individual does

23  not desire to change their gender identity, right?

24     A.     Their gender identity doesn't change,

Page 135

1  but the way they live and the way they appear

2  publicly is what needs to change so that they are

3  regarded by others and by themselves as the gender

4  that they believe is their accurate and affirmed

5  identity.

6      Q.    It's their gender identity which is

7  actually giving rise in part to their desire to

8  change their natal sex or, as you call it, the sex

9  assigned at birth, right?

10     A.    I believe that's right.  Would you say

11 that again?

12     Q.    Yeah.  It's their gender identity which

13 is giving rise to their desire to change their

14 natal sex or as you call it the sex assigned at

15 birth, right?

16     A.    It's the incongruity.

17     Q.    Between their gender identity?

18     A.    Yes, and the sex they were assigned at

19 birth.

20     Q.    A cisgendered person's gender identity

21 isn't going to want them to change their natal sex

22 obviously?

23     A.    Correct.

24     Q.    If you look at Paragraph 16 of your

Veritext Legal Solutions
www.veritext.com                                           888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 141 of 288 PageID #: 1183

Page 136

1   report, that's Defendant's Exhibit 11, on Page 5.

2   Let me know when you're there.

3           MS. INGELHART:  I'm sorry.  What

4   paragraph?

5   BY MR. BLAKE:

6       Q.    Paragraph 16 on Page 5.

7       A.    Yes.

8       Q.    "For a transgender person, a birth

9   certificate bearing an incorrect gender marker

10  invades privacy, releases confidential medical

11  information and places the individual at risk for

12  grave psychological and physical harm."  Do you see

13  that?

14      A.    Yes.

15      Q.    When does the sex identifier on a

16  transgender person's birth certificate become

17  inaccurate?

18          MS. INGELHART:  Objection to these terms

19  again, but go ahead.

20  BY THE WITNESS:

21      A.    I don't understand the question.  I'm

22  sorry.

23  BY MR. BLAKE:

24      Q.    Well, you wrote in Paragraph 16 that a

Page 137

1  birth certificate bearing an incorrect gender

2  marker invades privacy.  I'm asking you when in

3  your opinion that sex identifier on the birth

4  certificate becomes incorrect.

5      A.    When it conflicts with the person's

6  lived experience and their gender presentation.

7      Q.    It's not your opinion that a medical

8  provider should have recorded a different sex based

9  on the medical information available at the time of

10  birth, right?

11      A.    That is not my opinion.

12      Q.    Because there's no way to determine

13  whether a person is transgender at the time of

14  birth, right?

15      A.    Correct.

16      Q.    I'm going to read you a sentence and I

17  want you to tell me whether you agree with that

18  sentence or not, all right?

19      A.    Yes.

20      Q.    There's no test, medical or

21  psychological, to diagnose transsexualism.  Would

22  you agree with that sentence?

23      A.    Yes.

24      Q.    In fact, it's common for transgender

Page 138

1    individuals to present at age 60 or older, right?

2              MS. INGELHART:  Objection, vague.  You

3    can answer.

4    BY THE WITNESS:

5         A.    Present?  I'm not certain what --

6    BY MR. BLAKE:

7         Q.    Sure.

8         A.    To present for treatment?

9              MR. BLAKE:  This is going to be 14.

10                   (Document marked as Defendant's

11                   Exhibit No. 14.)

12   BY MR. BLAKE:

13        Q.    I've just handed you what has been

14   marked as Defendant's 14 which is an article

15   entitled "Psychological and Social Adjustment in

16   Older Transsexual People" written or co-authored by

17   Randi Ettner.  That's you, right?

18        A.    Yes.

19        Q.    You recognize this article?

20        A.    I do.

21        Q.    If you turn to the second page of this

22   article, the first full paragraph begins, "In

23   contemporary western societies, it is not unusual

24   for transgender individuals to present to a

Page 139

1    clinician at age 60 or older."  Do you see that?

2        A.    Yes.

3        Q.    Okay.  So you would agree that at least

4    for a period of time the sex identifier for these

5    individuals on their birth certificate is accurate,

6    right?

7        A.    No.

8        Q.    So for the first 60 years of these

9    people's lives, they live as one sex?

10       A.    Yes.

11       Q.    All right.  And then at age 60 or older,

12   they present to a clinician, right?

13       A.    Yes.

14       Q.    And those individuals are I suppose

15   diagnosed with maybe some sort of gender

16   incongruity, right?

17       A.    Yes.

18       Q.    And it's your testimony that in all

19   those individuals, that gender incongruity was

20   always present or present for a majority of their

21   life?

22            MS. INGELHART:  Objection, compound.  You

23   can answer.

24   BY THE WITNESS:

Veritext Legal Solutions
www.veritext.com                                       888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 145 of 288 PageID #: 1187

Page 140

1      A.    The gender identity was present.  For

2   many individuals, they didn't have the language or

3   the understanding that this was a condition, that

4   there was resources for transition or they had

5   other reasons to delay transition, financial

6   reasons, medical reasons, whatever.

7                    Their gender identity hasn't

8   changed, but the transition begins late in life.

9   Also, if you read the article in its entirety,

10   gender dysphoria intensifies with age, so it's

11   actually quite common for people in mid life to

12   say I've always felt different, I've always felt

13   like I should have been a girl, I got married, et

14   cetera, et cetera, but I can't go on like this any

15   longer.  The gender dysphoria actually intensifies

16   with age.

17   BY MR. BLAKE:

18      Q.    So it's your testimony that you believe

19   that every one of these individuals who present to

20   a clinician at age 60 or older, that their gender

21   identity, when it crystalized, you know, back in

22   adolescence or pre-adolescence, their gender

23   identity was from that point fixed in stone and the

24   next 40 or so years of their life, they just

1  were -- they just didn't know; is that accurate?

2      A.    I can't speak about what any given group

3  of individuals knows or when they personally had

4  the language, had the ability, the understanding to

5  determine that they had this condition.

6              What I can say is they live in the

7  sex that they were assigned at birth until later in

8  life, and at the point where they transitioned and

9  requested new identity documents, if they, in fact,

10  did transition, then those identity documents

11  should reflect their new lived experience.

12              So I'm not commenting on what age

13  they crystalized their gender identity, but when

14  they transitioned, they would require documents to

15  match their new presentation and their life in

16  their lived gender.

17      Q.    So it's possible that these individuals

18  had a gender identity which conformed to their sex

19  assigned at birth for a large portion of their

20  life, maybe even most of their life, but at some

21  point obviously it changed, right?

22      A.    I wouldn't make that statement.  What I

23  would say is it's possible that an individual lived

24  their life according to society's expectations

Page 142

```
 1   never knowing that there existed an opportunity to

 2   change until they saw it on a television show or

 3   they saw Christine Jorgensen and they said, oh,

 4   that's what I've been feeling, I never knew there

 5   was a name for my pain.

 6                So people, particularly people in

 7   the prison from resource poor backgrounds, many of

 8   them are in prison in their later -- at age 30 or

 9   40, they learn that there is a condition and that

10   they're not the only person in the world who feels

11   this way, and prior to that they were just living

12   in the body they were born with and trying to live

13   in accordance with a sex they were assigned at

14   birth regardless of any discomfort they may have

15   felt.

16       Q.    On that same page of this exhibit,

17   Defendant's Exhibit 14, do you see a little chart

18   just a few paragraphs below that first sentence we

19   just read?  Do you see that chart?

20       A.    Those arrows?

21       Q.    Yeah, the arrows.  And you say in the

22   sentence just above the arrows, "three forces

23   converge in late adulthood to provoke personal

24   crisis in the elderly transsexual; social, identity
```

Page 143

1   and hormonal," right?

2        A.    Uh-huh.

3        Q.    Do those social factors have an impact

4   on someone's gender identity?

5        A.    No.  They have an impact on somebody's

6   desire to transition.

7        Q.    Do the biological forces have an impact

8   on someone's gender identity?

9        A.    They intensify dysphoria.

10       Q.    But do they have an impact on someone's

11  gender identity?

12       A.    Not on identity per se but on gender

13  dysphoria, on the severity and some of the

14  attendant psychological symptomatology.  Anxiety

15  and depression and feelings of hopelessness,

16  suicidality, et cetera can intensify with age when

17  cortisol increases, as it does for all humans with

18  age.

19       Q.    Does the third factor there, identity,

20  have an impact on a person's gender identity?

21       A.    With aging, what we know

22  developmentally, as people become more concerned

23  with their mortality, people will say if I don't do

24  this now, when will I do this.

Page 144

1    So we saw that after 9/11 people who

2  have been gender dysphoric said I could die

3  tomorrow.  I need to do this now.  I can't put it

4  off any longer.

5    Q.    So I guess I didn't hear an answer to

6  the question.

7    Does the force of identity in late

8  adulthood impact that elderly person's gender

9  identity?

10    A.    Identity in the sense that Erickson, the

11  Ericksonian concept of identity versus integrity.

12  In other words, how do I live my life in accordance

13  with my values and what do I believe and that

14  increases, those feelings increase as mortality

15  becomes closer in one's experience.

16    Q.    You differentiate between your usage of

17  identity in this paragraph and someone's gender

18  identity?

19    A.    This is not gender identity.

20    Q.    Okay.

21    A.    This is identity.

22    Q.    On the last page of this, you already

23  somewhat referenced this quote under No. 2,

24  discussion, that third paragraph.  Let me know when

Page 145

1    you're there.

2         A.    Yes.

3         Q.    It says, "individuals who present to

4    clinicians at middle age should be made aware that

5    gender issues often intensify with age."  Do you

6    see that?

7         A.    Uh-huh.

8         Q.    By gender issues, do you mean gender

9    identity intensifies with age?

10         A.    Dysphoria.

11         Q.    You didn't say dysphoria.  You said

12    issues.

13         A.    Right.  Issues around incongruence, how

14    will I live my life, shall I transition, issues

15    that involve gender identity and how my experience

16    of who I am and how I live in the world will

17    intensify, and this is something that I see quite

18    commonly in the people I treat.

19         Q.    When you use the word gender issues,

20    that includes gender identity, right?

21         A.    It includes anything having to do with

22    this idea that I'm not in the body I belong in and

23    yet if I change this body, will I be allowed to see

24    my grandchildren.  That's an issue that people

Page 146

1  deal with when they consider transitions at a later

2  age.

3      Q.    That includes issues of gender identity,

4  right?

5      A.    Yes.

6      Q.    Back to your expert report.  Same page,

7  Page 5, Paragraph 17.

8      A.    Yes.

9      Q.    Let me know when you're there.

10     A.    I'm there.

11     Q.    Okay.  "At birth, infants are assigned a

12 sex, typically male or female, based solely on the

13 appearance of their external genitalia.  For most

14 people, that assignment turns out to be accurate

15 and your birth assigned sex matches that person's

16 actual sex; however, for transgender people, the

17 sex assigned at birth does not align with the

18 individual's genuine experienced sex resulting in

19 the distressing condition of gender dysphoria."  Do

20 you see that?

21     A.    Yes.

22     Q.    When you say a person's actual sex, you

23 mean that as defined by their gender identity,

24 right?

Page 147

1       A.    Yes.

2       Q.    And when you say that infants are

3   assigned a sex typically male or female, you're

4   referring that in most -- you're referring to that

5   in most cases the sex assigned at birth is binary,

6   right?

7       A.    What I'm referring to is that the

8   primary sex characteristic, which is external

9   genitalia, determines which category an infant is

10  assigned to.

11      Q.    That's boy or girl, right?

12      A.    Correct.  In most cases, yes.

13      Q.    In most cases?

14      A.    Yes.

15      Q.    Let's set aside the cases where people

16  have some abnormality to their external genitalia.

17      A.    Okay.

18      Q.    You're not rendering an opinion

19  regarding that, right?

20      A.    Correct.

21      Q.    Okay.  And is it your understanding that

22  none of the plaintiffs have alleged that they have

23  any of those conditions?

24      A.    I'm not aware of that.

Page 148

1      Q.    Okay.  So that boy or girl distinction,

2   that's a binary choice, right?

3      A.    Choice?

4      Q.    Well, it's binary, right?  I mean, boy,

5   girl.

6      A.    They are assigned to one category or

7   another.

8      Q.    By definition one or the other, binary,

9   right?

10     A.    Yes.

11     Q.    And that's the binary choice that is

12  generally reflected on Ohio's birth certificates,

13  right?

14     A.    Yes.

15     Q.    You would agree with me that gender is

16  not binary, right?

17     A.    Yes.

18     Q.    And would you agree with me that the

19  WPATH standard of care warns against imposing a

20  binary view of gender on transgender individuals?

21     A.    I don't understand the question.  I'm

22  sorry.  Could you rephrase it?

23     Q.    Yeah.  Do you agree that the WPATH

24  standard of care, which you helped author,

Page 149

 1   discourages mental health professionals from
 2   imposing a binary view of gender on transgender
 3   individuals?
 4            MS. INGELHART:  I was just going to say
 5   objection, foundation.  If you could show her that
 6   to refresh her memory.
 7            MR. BLAKE:  I'm asking whether she agrees
 8   with that.  I'm not asking her whether she said
 9   that.
10   BY THE WITNESS:
11        A.   I think you're asking what WPATH thinks,
12   and I don't know what all of the individuals in
13   WPATH think.  I know there are individuals who
14   would say they are transitioning from one gender to
15   another; whereas, there are individuals who may say
16   I just want to demasculinize.
17   BY MR. BLAKE:
18        Q.   All right.  Let's look at Defendant's
19   No. 12.  Objection sustained.  I'm trying to short
20   circuit this.  We can go to the source text.
21            Go to Page 16 of the standards of
22   care which is Defendant's 12.  Are you there?
23        A.   Yes.
24        Q.   Bullet No. 4 says, "mental health

Veritext Legal Solutions
www.veritext.com                                    888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 155 of 288 PageID #: 1197

1  professionals should not impose a binary view of

2  gender."  Do you see that?

3       A.    Yes.

4       Q.    Do you agree with that statement?

5       A.    Yes.

6       Q.    So despite the WPATH standard of care

7  which warns against imposing a binary view of

8  gender on transgender individuals, it's your expert

9  opinion that the State of Ohio should nevertheless

10  impose a binary expression of plaintiff's gender

11  identity on their birth certificates, right?

12            MS. INGELHART:  Objection, calls for a

13  legal conclusion and speculation.  You can answer.

14  BY THE WITNESS:

15       A.    I don't understand the question.  I'm

16  sorry.

17  BY MR. BLAKE:

18       Q.    Well, it's your opinion that Ohio birth

19  certificates should be changed -- their sex

20  identifier on Ohio birth certificates should be

21  changed to match someone's gender identity, right?

22            MS. INGELHART:  Objection, calls for a

23  legal conclusion, but you can answer.

24  BY THE WITNESS:

Page 151

1     A.    My opinion is that if a person undergoes

2   a gender transition, their identity documents

3   should be amended to reflect their lived

4   experience.

5   BY MR. BLAKE:

6     Q.    That's binary, that M or F on the birth

7   certificate is binary, right?

8         MS. INGELHART:  Objection, compound, and

9   I think speculative and possibly asking for a legal

10  conclusion, but you can answer.

11  BY THE WITNESS:

12    A.    I don't know if it's possible to put an

13  undifferentiated, anything other than an M or F, on

14  a birth certificate, but it is my opinion that if

15  someone requests to have their identity documents

16  changed and they have them -- and they request that

17  they're changed from an M to an F because they now

18  are living as a female and that would comport with

19  their lived experience, then it is my opinion that

20  the identity document should be amended to reflect

21  that.

22  BY MR. BLAKE:

23    Q.    Even if it does impose a binary view of

24  their gender identity?

Veritext Legal Solutions

1      A.    I don't think it imposes a binary view.

2   I think it reflects a person's gender identity

3   transition.

4      Q.    In a binary expression, right?

5      A.    In that case, yes.  My interpretation of

6   the standards of care is that mental health

7   professionals should not impose their view that

8   because someone talks about feeling unlike a man or

9   unlike a woman that that mental health professional

10  should encourage them to transition or to have

11  medical or surgical interventions, that they

12  shouldn't impose some binary or predictive because

13  the standards of care go on to say that the patient

14  should be allowed to express their gender rather

15  than have the mental health professional impose

16  that on them.

17     Q.    And that's because, I think you would

18  agree, that gender is more appropriately

19  conceptualized as a continuum rather than two

20  distinct categories, right?

21     A.    That's my belief, yes.

22     Q.    And you also believe that the binary

23  male/female classification system fails miserably

24  in addressing the disposition of the minority group

Page 153

1   of individuals who fit into a category inconsistent

2   with their natal assignment, right?

3           MS. INGELHART:  Object.  If you want to

4   show her a document to refresh her recollection

5   that you seem to be reading from.

6   BY MR. BLAKE:

7       Q.   Do you agree with that statement?

8       A.   I don't know if I do or not.  I would

9   have to look at it carefully and reflect on it.

10      Q.   I'm not going to use this as an exhibit

11  because this is my only copy, but what I'm holding

12  is Confessions of a Gender Defender, a book -- a

13  quite lovely book actually written by Randi Ettner,

14  Ph.D.  I assume you're familiar with this text?

15      A.   Yes.

16      Q.   And on Page 128, I'll let you look at

17  this after I'm done, but it says, "in truth, gender

18  is more appropriately conceptualized as a continuum

19  rather than two distinct categories."  That's what

20  it says.

21           It goes onto say -- Let's see if I

22  can find that exact quote.  I didn't want to mark

23  it up either.  "No one is totally masculine, nor

24  totally feminine; therefore, this binary

Page 154

1   classification system fails miserably in addressing

2   the disposition for the minority group of

3   individuals who fit into a category inconsistent

4   with their natal assignment or into no category at

5   all."

6                   You still agree with that statement,

7   right?

8       A.    Yes.

9       Q.    If you want to take a look at it.

10      A.    No, I agree with that.

11      Q.    Okay.  We talked briefly before about

12  the outdated and perhaps less than scientific use

13  of the terms genetic male and genetic female.  Do

14  you recall that testimony?

15      A.    Yes.

16      Q.    Genetic male, we may have talked about

17  this, but that would be someone who has an XY

18  karyotype, right?

19      A.    I'm sorry, repeat that.

20      Q.    Genetic male would imply that the person

21  has an XY karyotype, absent some abnormality,

22  chromosomal or otherwise?

23              MS. INGELHART:  Objection, speculation.

24  You can answer.

Page 155

1

2    BY THE WITNESS:

3         A.    That's what is typical; however, we can

4    never know what a person's genotype is without

5    karyotyping.

6    BY MR. BLAKE:

7         Q.    Understood.  But in the normal case,

8    absent some deviation from what the norm would be,

9    genetic male is likely going to have an XY

10   genotype?

11        A.    Likely, yes, I agree.

12        Q.    I don't want to quibble over the

13   percentages of irregularities because I've never

14   had my karyotype tested, have you?

15        A.    No.  It's almost unheard of in the

16   United States.  It's expensive and it's not done.

17        Q.    All right.  Nevertheless, in the normal

18   case, someone's karyotype will normally dictate the

19   sex organs that they are born with, right?

20        A.    It's one component of the phenotypic

21   development of the primary sex characteristics at

22   birth.

23        Q.    Okay.  And the same -- you would say the

24   same thing for someone's external genitalia, when

Page 156

1    those develop normally --

2         A.    The genitalia is the primary sex

3    characteristics and the others are the secondary

4    sex characteristics.

5         Q.    Understood.  Back to your report, still

6    Page 5, Paragraph 18 now.  That says, "external

7    genitalia alone, the critical criterion for

8    assigning sex at birth, is not an accurate proxy

9    for a person's sex."  Do you see that?

10        A.    Yes.

11        Q.    You would say though that external

12   genitalia are an accurate proxy for a person's

13   karyotype, right?

14        A.    No.

15        Q.    So in the normal case, without, you

16   know, any abnormality with external genitalia, a

17   normal phenotype, a normal genotype, lots of types,

18   if you had an external genitalia of male, wouldn't

19   that be a good indicator that they have XY

20   chromosomes?

21        A.    A good indicator?

22        Q.    Sure.

23        A.    It's a likely indicator.

24        Q.    Likely?

Page 157

1          A.     Not necessarily though.

2          Q.     Understood, but in most cases it's going

3    to be an accurate proxy for that person's

4    chromosomes?

5          A.     In most cases.

6          Q.     Excluding the abnormalities that we --

7          A.     Can't see.

8          Q.     -- that we can't see.  All right.  As

9    far as you know aren't at issue in this case,

10   right?

11         A.     As far as I know.

12         Q.     And would you agree that most people's

13   chromosomes are consistent with the physical

14   appearance of their external genitalia?

15              MS. INGELHART:  Objection, calls for

16   speculation.  Again like to these -- I hope we can

17   agree we've had like a standing objection on the

18   use of these terms of art that are at issue, but

19   you can answer.

20   BY MR. BLAKE:

21         Q.     That's fine.  Would you agree with

22   that?

23         A.     Would you repeat the question?

24         Q.     Yeah.  That most people's chromosomes

1  are consistent with the physical appearance of

2  their external genitalia, I mean, other physical

3  attributes.

4      A.    There are many chromosomal anomalies

5  where genitalia can appear normal, however, there

6  is a chromosomal anomaly, so a person could, for

7  instance, have two Xs and a Y and have a normal

8  appearing genitalia, and we'll assume for the sake

9  of this conversation that the majority of people

10  have a primary sex characteristic or an external

11  genitalia.  The majority of those people will have

12  a normal chromosomal pattern.

13      Q.    Consistent with the outward physical

14  appearance?

15      A.    The majority of people, right.

16      Q.    Whether it's 70 percent or 95 percent or

17  99.9 percent, the normal --

18      A.    Very often we're just not aware of the

19  anomalies.  Without karyotyping, we don't know.

20      Q.    I think this is what you just stated,

21  but in the normal sense of it, right, most people,

22  their external genitalia then would be an accurate

23  proxy for whether a person is a genetic male or

24  genetic female, right?

Page 159

1      A.    For most people who are assigned a sex

2  at birth, based on their genitalia, that is an

3  accurate reflection of their gender identity and

4  they are comfortable with that assigned sex.

5      Q.    For those who aren't assigned sex at

6  birth, it's because there's some ambiguity or maybe

7  they're born with intersex conditions because those

8  individuals --

9      A.    Or gender identity.

10     Q.    Well, no one is born with gender

11 identity.  I mean, we already talked about how you

12 can't identify gender identity at the time of

13 birth, right?

14     A.    That doesn't mean they're not born with

15 it.  It's within the brain.  It's just they don't

16 express it.

17     Q.    Got it.  I wasn't talking about gender

18 identity.

19     A.    Okay.

20     Q.    I was talking about genetic male,

21 genetic female which we previously -- you know,

22 those are old terms, those are archaic terms, I get

23 that.  We're talking about external genitalia and

24 their correspondence to genetic maleness or genetic

1  femaleness.  For most people, it's an accurate --

2       A.    It's concordant for most people.

3       Q.    Let's go to Paragraph 19 in your

4  opinion, Page 5 still.  Are you there?

5       A.    Yes.

6       Q.    All right.  In that paragraph you

7  identify five components that comprise a person's

8  sex, right?

9       A.    I have to count them.

10      Q.    It's always a good idea to check a

11  lawyer's math.  Yes?

12      A.    Yes, I mention five.

13      Q.    All right.  Perfect.  Chromosomal

14  composition, right?

15      A.    Yes.

16      Q.    That's the XY and the XY karyotyping we

17  have been talking about, right?

18      A.    Yes, and the other types which --

19      Q.    Sure.

20      A.    -- could be present, right.

21      Q.    XXX, XXY, whatever, right?

22      A.    There's at least 35 of them.

23      Q.    Okay.  But in most cases, whatever it

24  is?

                                            Page 161

1        A.     Right.

2        Q.     Internal reproductive organs, right?

3        A.     Correct.

4        Q.     External genitalia, right?

5        A.     Yes.

6        Q.     Brain structure, right?

7        A.     Yes.

8        Q.     That relates to those studies that we

9    talked about before lunch, right?

10       A.     Yes.

11       Q.     And gender identity?

12       A.     Yes.

13       Q.     Okay.

14       A.     Brain structure and brain development.

15       Q.     Brain structure and brain development?

16       A.     Yes.

17       Q.     Those first four all fit into the

18   category of anatomy, right?

19            MS. INGELHART:  Objection, calls for

20   speculation.  You can answer.

21   BY THE WITNESS:

22       A.     The first four I would say are physical

23   and can be detected.

24   BY MR. BLAKE:

Page 162

1      Q.    All right.  So in Paragraph 21 you say,
2  "when there is divergence between anatomy and
3  identity."  Do you see that, that first clause?
4      A.    Yes.
5      Q.    So of the five components that you list
6  there, only one is an identity component, right?
7      A.    Yes.
8      Q.    So the other four, correct me if I'm
9  wrong, are anatomical, right?
10         MS. INGELHART:  Objection, vague.  You
11  can answer.
12  BY THE WITNESS:
13      A.    More or less.
14  BY MR. BLAKE:
15      Q.    I mean, those are your words.
16      A.    Yes.
17      Q.    You said there's divergence between
18  anatomy and identity.  You know, chromosomal
19  composition, that's not identity, right?
20      A.    Correct.
21      Q.    Internal reproductive, that's not
22  identity, right?
23      A.    Right.
24      Q.    External genitalia, that's not identity,

Page 163

1   right?

2         A.     Right.

3         Q.     Brain structure, brain development?

4         A.     That's where identity lives.

5         Q.     Is that a product of identity?

6         A.     It's where identity arises.

7         Q.     But you don't -- right, but you don't

8   know if that has an anatomical or -- it's

9   detectable biologically, right?

10        A.     It's detectable only by imaging or

11  autopsy.

12        Q.     I guess you don't know whether it's a --

13  I guess it's kind of like a chicken and the egg,

14  right?  You don't know if the identity is shaping

15  the anatomy or if the anatomy is shaping the

16  identity, right?

17               MS. INGELHART:  Objection, vague,

18  misstates prior testimony, mischaracterizes prior

19  testimony.  You can answer.

20  BY MR. BLAKE:

21        Q.     I mean, do you know?

22        A.     What is the question?

23        Q.     Well, the question is those brain

24  studies that we talked about, right, which shape

1    the brain, influence brain development, right?

2         A.    Right.  Those are there at birth.

3         Q.    At birth?

4         A.    Yes, and they give rise to gender

5    identity, and gender identity isn't visible, nor

6    are those microstructures at birth, and only under

7    sophisticated and rather new technology have we

8    become aware of them, but the mind is where gender

9    identity is, right?  I mean --

10        Q.    I don't know.  You're the expert.

11        A.    Well --

12        Q.    I don't know.

13        A.    How do you know that you're a man?

14   Where does your sense of being a man lie?  I mean,

15   it's in your head.  Even people who are

16   developmentally disabled, autistic or brain damaged

17   have a gender identity.

18        Q.    So not every transgender person has the

19   same indicia in their brain structure, right?

20             MS. INGELHART:  Objection, vague, calls

21   for speculation.  You can answer.

22   BY MR. BLAKE:

23        Q.    Do you know?

24        A.    I don't think I understand the question.

Page 165

1    Would you repeat it?

2        Q.    Well, you know, you said that there's

3    these brain studies that occurred and they

4    identified some --

5        A.    Four different brain phenotypes.

6        Q.    Right.  And that they found some

7    correlation between transgender individuals and

8    certain brain structure, right?

9        A.    Not just brain structure but the brains

10   of people who are transgender differ in the same

11   way.  They all differ in the same way from

12   non-transgender brains.

13       Q.    That's my question is that if you were

14   to do a brain study of every single transgender

15   person on the planet, would you find that they all

16   had these difference in the same way?

17             MS. INGELHART:  Objection, calls for

18   speculation.

19             MR. BLAKE:  These are the conclusions

20   from the report.  I mean, if the report reached

21   that conclusion, great.  If it didn't --

22             MS. INGELHART:  Objection,

23   mischaracterization of prior testimony.  You can

24   answer.

1

2    BY THE WITNESS:

3         A.     People who are gender dysphoric, not all

4    transgender people.  Not all transgender people

5    have had their brains imaged.  Imaging studies have

6    not been done on people who say they wish they

7    would have been born in a different body, but they

8    are not, they have some degree of gender

9    incongruity.

10                    The studies have been done on people

11   who have a desire to transition and have been

12   diagnosed as gender dysphoric, accepted into

13   programs where they will receive medical

14   interventions.

15                    Those people, their brains differ in

16   the same way.  They differ in the microstructure.

17   They differ in the cortical thickness.  They differ

18   in the putamen.  They differ in many areas, but

19   they differ in the same way.

20                    So, for instance, my brain and this

21   woman's brain are identical in some regard, but a

22   trans man's brain would not look identical on

23   imaging to her brain and my brain.  There would be

24   a difference.  Does that --

Page 167

1    BY MR. BLAKE:

2        Q.    I'm just trying to figure out where to

3    put this brain structure component.  I think what

4    you're describing are anatomical things that are

5    discoverable from anatomy.

6        A.    They are different in many ways.

7        Q.    All right.  But the structure of the

8    brain is I think by definition anatomy, right?

9             MS. INGELHART:  Objection.  Actually

10   maybe terms at issue.  You can answer.

11   BY THE WITNESS:

12       A.    I don't know if we would consider -- I

13   guess the cortex in the area of the brain, I'm not

14   an anatomist, but I would say that there are

15   different -- you know that there are different

16   areas of the brain.

17   BY MR. BLAKE:

18       Q.    Of course.

19       A.    And some of those areas are gray matter.

20   Some of them are white matter.  Some of them are,

21   you know, the prefrontal cortex.  Some of them is

22   the corpus callosum that divides the brain.  So,

23   yes, the brain is a material organ.

24       Q.    That can be observed, right?

Veritext Legal Solutions

1          MS. INGELHART:  Can we just take a break
2     here?  I think we're --
3     BY THE WITNESS:
4          A.    It could be observed with imaging.
5          MS. INGELHART:  I think we're going in
6     circles and I really need to go to the bathroom.
7          MR. BLAKE:  I don't think we're going in
8     circles.
9     BY THE WITNESS:
10         A.    It can be observed by -- certain parts
11    of it can be observed by imaging.  Certain parts
12    could be observed by cutting it open and looking at
13    it.
14                    (Whereupon, a short break in
15                     the proceedings was taken.)
16         MS. INGELHART:  We are on the record.
17    You wanted to clarify one quick thing from before
18    about a couple cases or I can clarify on the
19    record.
20         MR. BLAKE:  Here we go.
21         MS. INGELHART:  Neither Dr. Ettner or I
22    can recall, but I'm on the papers on two cases that
23    she previously was an expert on.  I honestly don't
24    know if we were ever on the same phone call but

Page 169

```
 1    it's possible.

 2              MR. BLAKE:  I was going to have some

 3    devastating impeachment.

 4              THE WITNESS:  I know I've never met you

 5    in person.

 6              MS. INGELHART:  I don't even know if on

 7    the phone.  I wasn't lead on those cases.

 8              THE WITNESS:  I don't remember your name

 9    but --

10              MS. INGELHART:  I didn't want you to

11    look at the papers and see my name and get

12    concerned.

13              MR. BLAKE:  Dead to right.  Saved

14    yourself.  You're lucky.

15              THE WITNESS:  That's a big load off.

16    BY MR. BLAKE:

17         Q.   So if the chromosome and the composition

18    of an individual indicates male, are you with me?

19    Yes?

20         A.   If it's verified as male?

21         Q.   Yes.

22         A.   Like by karyotyping, yes.

23         Q.   So chromosomal composition, varied by

24    karyotyping, XY, male, right?
```

```
                                            Page 170

 1              MS. INGELHART:   Objection, hypothetical.

 2   You can answer.

 3   BY THE WITNESS:

 4       A.    That doesn't mean the gender identity is

 5   male.

 6   BY MR. BLAKE:

 7       Q.    I'm not talking about gender identity.

 8   We're going to get to gender identity.   So

 9   chromosomal composition, XY karyotype?

10       A.    Phenotype male.

11       Q.    Phenotype male?

12       A.    Correct.

13       Q.    Internal reproductive organs consistent

14   with male, are you with me?

15       A.    Yes.

16       Q.    Okay.  External genitalia consistent

17   with the chromosomal composition and the internal

18   reproductive organs, so also normally male?

19       A.    Yes.

20       Q.    Okay.  Brain structure, let's say it

21   doesn't correspond with the indicia in that MRI

22   study.  Are you still with me?

23       A.    Yes.

24       Q.    So I guess a male brain would be what
```

Page 171

1   that would indicate, right?

2        A.    That it's --

3        Q.    Normal male brain?

4        A.    Okay.  Typical male brain, not normal.

5        Q.    Typical.  I get it.  Gender identity

6   though identifies as female, okay?  Are you with

7   me?

8        A.    No because then I would say that the

9   phenotype of the brain is not typical male.

10       Q.    Okay.  Well, the MRI, the imaging of

11  the brain doesn't reveal any of those four indicia

12  that you have, right, pointed out in the study?

13       A.    There's more than four.  I've just

14  listed four for the sake of our conversation.

15       Q.    The MRI, the imaging study reveals

16  typical male brain, but the gender identity of the

17  individual, you know, the person identifies as

18  female, all right?  Still with me?

19       A.    Is this a hypothetical that you're

20  providing?

21       Q.    It is.

22             MS. INGELHART:  I just want to object

23  that it's an incomplete hypothetical, but answer to

24  the best of your ability.

Page 172

1           THE WITNESS:  Is there a question?
2   BY MR. BLAKE:
3       Q.    Yes.  What is that person's sex?
4       A.    I don't know.
5       Q.    Okay.  So if they have -- if the
6   anatomical components of a person's sex all
7   indicate one sex but the identity component
8   indicates another sex, you don't know what that
9   person's sex is?
10      A.    I would say if their identity is female,
11  then their sex should be -- and they make a
12  transition to present and live in the female
13  gender, then female would be the answer to that
14  question, to that hypothetical.
15      Q.    And that's what you say in 21, right,
16  "when there is divergence between anatomy and
17  identity, one's gender identity is paramount and
18  the primary determinant of an individual's sex
19  designation," right?
20      A.    Yes.
21      Q.    In that hypothetical and based on what
22  you've said in Paragraph 21, gender identity
23  outweighs the other four components, right?
24      A.    Yes.

Page 173

1      Q.    So in that circumstance, there's really

2   only one factor for determining a person's sex,

3   right?

4      A.    In the hypothetical that you have

5   provided.

6      Q.    And that's someone's gender identity,

7   right?

8      A.    Yes.

9      Q.    In that circumstance, someone's anatomy

10   is less relevant?

11           MS. INGELHART:  Objection, vague.  You

12   can answer.

13   BY THE WITNESS:

14      A.    Yes.  I'm not sure I agree with all of

15   the elements of your hypothetical, but I'm -- my

16   opinion is that gender identity is paramount and

17   takes precedent over anatomical or phenotypical

18   features.

19   BY MR. BLAKE:

20      Q.    Well, if that hypothetical person showed

21   up to your office for a diagnosis, you certainly

22   wouldn't try to convince them to live as their

23   anatomical sex, right?  That wouldn't be something

24   you would try to do during your diagnosis, right?

 1          MS. INGELHART:  Objection, hypothetical,
 2   vague.  You can answer.
 3   BY THE WITNESS:
 4      A.    I would like to ask you to rephrase the
 5   question.
 6   BY MR. BLAKE:
 7      Q.    Sure.  The person who has a divergence
 8   between anatomy and identity, that person shows up
 9   in your office for a diagnosis, you're not going to
10   say that their sex designation should conform to
11   their anatomy, right?
12      A.    I'm not going to say that.
13      Q.    It's your opinion that the nonanatomical
14   factor of gender identity is the determining factor
15   in a person's sex, right?
16      A.    Yes.
17      Q.    And like you've written in the past,
18   there's no test, medical or psychological, to
19   diagnose transsexualism, right?
20      A.    Correct.  There is no blood test or
21   physiological test.  Some researchers have some
22   valid instruments that they use, but they are not
23   blood tests or urine tests or, you know, conclusive
24   physiological measurements.

Page 175

1      Q.    What is the scientific basis for your
2   statement that gender identity is a component of a
3   person's sex?
4            MS. INGELHART:  Objection, asked and
5   answered.  You can answer.
6   BY THE WITNESS:
7      A.    I'm sorry, would you repeat it?
8   BY MR. BLAKE:
9      Q.    Yeah.  What is the scientific basis for
10   your statement that gender identity is a component
11   of a person's sex?
12      A.    The scientific basis for that is that
13   the American Medical Association and other medical
14   organizations all concur that if a person's gender
15   identity is incongruous with their anatomic sex and
16   they wish to transition to living in their affirmed
17   gender, then the American Medical Association and
18   other organizations have medical protocols in
19   accordance with the standards of care to implement
20   that.
21            MR. BLAKE:  This is 15.
22                 (Document marked as Defendant's
23                 Exhibit No. 15.)
24

Veritext Legal Solutions
www.veritext.com                                               888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 181 of 288 PageID #: 1223

Page 176

1    BY MR. BLAKE:

2        Q.    The American Psychological Association,

3    that's an organization to which you belong,

4    correct?

5        A.    Yes.

6        Q.    I'm just going to read you, this is what

7    I've just provided as Defendant's Exhibit 15, which

8    is a printout from their web page, and specifically

9    a frequently asked questions section.

10                At the bottom, the drop down menu

11   says, "what is the difference between sex and

12   gender?"  Do you see that?  Sorry, it's at the

13   bottom of Page 1.  Do you see?

14       A.    I don't see that.

15       Q.    There's a box at the bottom.

16       A.    Oh, yes, I do see that.  I'm sorry.

17       Q.    And it says, "sex assigned at birth

18   refers to one's biological status as either male or

19   female and is associated primarily with physical

20   attributes such as chromosomes, hormone prevalence

21   and external and internal anatomy."  Do you see

22   that?

23       A.    Yes.

24       Q.    And it goes on and it says, "gender

Page 177

1    refers to the socially constructed roles,

2    behaviors, activities and attributes that a given

3    society considers appropriate for boys and men or

4    girls and women."  Do you see that?

5         A.    Yes.

6         Q.    "These influence the ways that people

7    act, interact and feel about themselves.  While

8    aspects of biological sex are similar across

9    different cultures, aspects of gender may differ."

10   Do you see that?

11        A.    Yes.

12        Q.    When the APA wrote that, they refer to

13   sex as a biological status associated primarily

14   with physical attributes.  They didn't say physical

15   attributes and gender identity, right?

16        A.    Correct.

17        Q.    Do you agree with that statement by the

18   APA?

19        A.    I agree with the statement that

20   gender -- when they're referring to gender roles

21   and gender presentation.  I think that differs from

22   gender identity.  They're talking about gender

23   expression.

24        Q.    So you would agree that gender

1  expression does not play a role in a person's sex?

2        MS. INGELHART:  Objection, misstates and

3  mischaracterizes prior testimony.

4  BY THE WITNESS:

5        A.   No, I wouldn't agree with the statement

6  you've made.

7  BY MR. BLAKE:

8        Q.   Do you agree that that the APA has not

9  identified gender identity as being associated with

10  sex in this statement?

11        MS. INGELHART:  Objection, speculative

12  and misstates prior testimony, mischaracterizes.

13  You can answer.

14  BY THE WITNESS:

15        A.   If I look further up, I see a sentence

16  that says "gender identity refers to a person's

17  internal sense of being male, female or something

18  else.  Gender expression refers to the way a person

19  communicates gender identity to others through

20  behavior, clothing, hairstyle, voice or body

21  characteristics."  I agree with that statement.

22  BY MR. BLAKE:

23        Q.   You agree with that statement?

24        A.   Yes.

Page 179

1     Q.    And you agree that sex, what the APA

2  says here is that "sex is assigned at birth and

3  refers to one's biological status as either male or

4  female."  You agree with that?

5     A.    Yes.

6     Q.    You recognize the distinction between

7  sex and gender, right?

8         MS. INGELHART:  Objection, terms at

9  issue.  You can answer.

10 BY THE WITNESS:

11    A.    I recognize a distinction between sex

12 and gender identity.

13                  (Document marked as Defendant's

14                  Exhibit No. 16.)

15    Q.    The document you've just been handed has

16 been marked as Defendant's 16.

17    A.    Yes.

18    Q.    This is an article titled "Adaptation

19 and Adjustment in Children of Transsexual Parents."

20    A.    Yes.

21    Q.    And you are listed as one of the

22 co-authors on this article.  Do you see that?

23    A.    Yes.

24    Q.    Do you recognize this article?

Page 180

1        A.    I do.

2        Q.    If you turn to the second page

3    underneath the caption "methods and subjects," let

4    me know when you're there.

5        A.    I'm there.

6        Q.    The first sentence says, "information

7    was obtained from 27 parents with a history of TS

8    who have undergone a transition to the opposite

9    biological sex."  Do you see that?

10       A.    Yes.

11       Q.    You wrote that, right, you or one of

12   your co-authors?

13       A.    Pardon me?

14       Q.    You or one of your co-authors wrote

15   that?

16       A.    My co-author wrote this.

17       Q.    Do you agree with that statement?

18       A.    I agree with the statement that they

19   have undergone a transition, yes.

20       Q.    You didn't state that those parents

21   underwent a transition to the opposite biological

22   gender, right?

23       A.    She did not write that.  She wrote

24   opposite biological sex.

Veritext Legal Solutions
www.veritext.com                                              888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 186 of 288 PageID #: 1228

1      Q.    That wouldn't make sense.  A person

2  doesn't transition to the opposite biological

3  gender, do they?

4            MS. INGELHART:  Objection, terms at

5  issue.  You can answer.

6  BY THE WITNESS:

7      A.    They transition to their affirmed

8  gender, to another gender, to the opposite gender.

9  We wouldn't now I don't think say to the opposite

10  biological sex.  I wouldn't have written that, and

11  I wouldn't write that now.  I certainly understand

12  what the intention of what the meaning is and I

13  definitely agree with that.

14  BY MR. BLAKE:

15      Q.    You wouldn't write transition to the

16  opposite biological gender because sex is

17  biological, like the APA says, right?

18      A.    I would write that they have undergone a

19  gender transition.

20      Q.    A person transitions to the opposite

21  biological sex in order to bring his or her sex

22  into alignment with their gender identity, right?

23            MS. INGELHART:  Objection, terms at

24  issue.  You can answer.

Page 182

1  BY THE WITNESS:

2      A.    Is that something that you are reading

3  from?

4  BY MR. BLAKE:

5      Q.    No, it's a question.  It's just a

6  question.

7      A.    What is the question?

8      Q.    A person transitions to the opposite

9  biological sex in order to bring his or her sex

10  into alignment with their gender identity, right?

11      A.    I wouldn't phrase it that way, but I

12  think I understand what you're saying, and I agree

13  with the concept, but I would phrase it

14  differently.

15      Q.    Is there a phrase or there's no such

16  thing as biological gender identity, right?

17          MS. INGELHART:  Objection, terms of the

18  issue.  You can answer.

19  BY THE WITNESS:

20      A.    A person transitions from the sex which

21  they were assigned at birth to their affirmed

22  gender or to live in a gender other than the one

23  that they were assigned at birth.

24

Page 183

 1  BY MR. BLAKE:

 2      Q.    Have you ever used in any writing or

 3  presentation the term biological gender identity?

 4      A.    It doesn't sound like something I have

 5  written or said, but as I sit here now, I can't

 6  recall everything that I've ever said or read or

 7  written.

 8      Q.    I'm not going to pull a document that

 9  says biological gender identity if that's what

10  you're worried about.

11      A.    No.  No.  It doesn't sound like anything

12  that I or my colleagues have ever spoken.

13      Q.    It doesn't make sense, does it?

14      A.    Not really.

15      Q.    Another interesting article, by the

16  way.

17      A.    Thank you.

18           MR. BLAKE:  17.

19                (Document marked as Defendant's

20                Exhibit No. 17.)

21           THE WITNESS:  Boy, I'm prolific, aren't

22  I?

23  BY MR. BLAKE:

24      Q.    You know, I must say you've

```
 1    identified -- part of the reason why we went

 2    through the sort of song and dance in the beginning

 3    of the deposition for you to sort of point out for

 4    me was not to test your knowledge but to frankly

 5    educate myself.

 6                   Now I have, to the extent that

 7    there's not overlap, and there's some, I have more

 8    reading.  I have more homework.  I mean, I couldn't

 9    read, you know, a hundred articles.  I just

10    couldn't do it.  Anyways, you've given me some

11    homework.

12                   All right.  So I've just handed you

13    what has been marked as Defendant's 17, and it is

14    an article entitled "Disclosure of Risks and

15    Protective Factors for Children Whose Parents Are

16    Undergoing a Gender Transition."  This is another

17    article co-authored by you, right?

18         A.    Yes.

19         Q.    You recognize this article?

20         A.    I do.

21         Q.    All right.  If you turn to the second

22    page, the first paragraph is entitled introduction,

23    and it looks like the third sentence in that

24    paragraph which begins "the diagnostic and
```

Page 185

1    statistical manual, 4th Edition, DSM-4 defines GID

2    in adolescence and adults as a persistent desire to

3    live as a member of the other sex."  Do you see

4    that?

5         A.    No.  What page are you on?

6         Q.    I'm on the second page in the

7    introduction.

8         A.    Okay.  Yes.  Yes.

9         Q.    All right.  The third sentence begins,

10   "the diagnostic and statistical manner," do you see

11   that?

12        A.    Yes.

13        Q.    It goes on and says, "4th Edition, DSM-4

14   defines GID in adolescence and adults as a

15   persistent desire to live as a member of the other

16   sex."  Do you see that?

17        A.    Yes.

18        Q.    Now, I understand that the DSM-4 has now

19   been superseded by the DSM-5, right?

20        A.    Yes.

21        Q.    And the term GID is no longer used, they

22   use gender dysphoria, right?

23        A.    Yes.

24        Q.    And they use certain criteria and

Page 186

```
 1   indicia of those two diagnoses which in your mind
 2   differ, you know, not in substantial ways, right?
 3        A.    Not just in my mind.
 4        Q.    In everyone's mind.
 5        A.    Correct.
 6        Q.    Or at least the folks at the APA.
 7        A.    Which is the reason why it was changed,
 8   yes.
 9        Q.    Which is the reason why it was changed
10   in the DSM?
11        A.    Correct.
12        Q.    Fair enough.
13              The question I have for you though
14   is at the time you and your co-author wrote that --
15   well, what you didn't write, sorry, that
16   transgender people have a persistent desire to live
17   as a member of the other gender, right?
18        A.    Correct.
19        Q.    That's because gender and sex in this
20   context are different, right?
21              MS. INGELHART:  Objection, terms at
22   issue.  You can answer.
23   BY THE WITNESS:
24        A.    Again Tanya White wrote this article.
```

Veritext Legal Solutions
www.veritext.com                                                  888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 192 of 288 PageID #: 1234

Page 187

1   We did the data collection together, and the

2   writing is hers, and we -- I don't know if back

3   then it would have occurred to her to phrase it in

4   the way you're saying, but what you have stated is

5   the way that it is written here, the other sex.

6   BY MR. BLAKE:

7        Q.    Do you disavow this article?

8        A.    No, I do not.

9        Q.    In fact, you agree that sex and gender

10  are actually totally different concepts, right?

11           MS. INGELHART:  Objection, misstates

12  prior testimony.

13  BY THE WITNESS:

14       A.    No, I do not.

15  BY MR. BLAKE:

16       Q.    I'm reading from Confessions of a Gender

17  Defender again, Page 128.  At the very top of the

18  page, and I'm happy to show it to you, "there is a

19  tendency in western societies to confuse sex with

20  gender.  They are truly different concepts."  Do

21  you recall writing that?

22       A.    That's referring to sexual orientation

23  or sexual activity, not sex as our conversation

24  today, chromosomes and the categories of male and

Page 188

1    female.

2         Q.    Okay.  So just placed in its proper

3    context, you agree with that statement?

4         A.    The statement as it is written here?

5         Q.    The statement as it's written in your

6    book.

7         A.    Yes, which is why I said that

8    transsexualism was no longer a term that was in

9    common parlance because it conflated sex which for

10   lay people means sexual orientation, sexual

11   behavior with gender.

12        Q.    Go back to Defendant's Exhibit 11 which

13   is your expert report.  We're going to move on from

14   Page 5, you'll be happy to know.  It's an

15   illuminating page clearly.  We're going to skip

16   Page 6 and Page 7, and we're going to settle on

17   Page 8.

18        A.    8?

19        Q.    Yes, Paragraph 31.  And I believe this

20   is the paragraph that we talked about briefly at

21   the beginning of the deposition about the 2015

22   study related to suicide rates or risk among

23   transgender community, right?

24        A.    Yes.

1    Q.    And instead of spending a lot of time on

2  inquiry over who authored the study and things of

3  that nature, I think I understand that now, but I

4  do have some general questions about how the study

5  was conducted and its findings, so I would just

6  like to spend a few minutes on that.

7              You write on Page 9, and this is

8  just, you know, a part of the sentence, but it says

9  "demonstrating that in a hypothetical sampling of a

10  thousand transgender people."  What do you mean by

11  hypothetical sampling?

12    A.    If you were to take 1,000 people, which

13  of course we can't do, but hypothetically if we

14  could gather 1,000 subjects.

15    Q.    In this case transgender people, right?

16    A.    Correct.  According to their Bauer, et

17  al, the study that they did, what they found in

18  their results was that completing a medical

19  transition related to a decrease in suicide

20  ideation and attempts, and having congruent

21  identity documents likewise conferred a

22  protective -- had a protective effect on

23  transgender people.

24    Q.    You conclude or they conclude and you

Page 190

1  report that of the -- out of the thousand

2  hypothetical transgender people who have permitted

3  a change in identity documents, 90 cases of

4  ideation could be prevented, right.

5      A.    Yes, that's their conclusion.

6      Q.    That's their conclusion.

7            Help me out.  What's the difference

8  between ideation and actual suicide?

9      A.    Well, actually there's three components

10  here.  Ideation is the person who thinks about

11  suicide and contemplates committing suicide and

12  plans how they would execute a suicide.

13           A suicide attempt is someone who

14  actually hurts themselves with the attempt of

15  ending their life, and a completed suicide is

16  someone who is successful.

17      Q.    Okay.  I think I understand which

18  explains the second part where you say, this is

19  another hypothetical group, which is even more

20  difficult to locate, and these are the 1,000

21  hypothetical transgender people who have the

22  ideation, right, the ideation of suicide?

23      A.    Yes.

24      Q.    So you would need 90,000 hypothetical

                                        Page 191

1   transgender people to get a group that large.  I

2   think that's right.

3        A.    I would have to review their methods.  I

4   only can say that this article is peer reviewed, so

5   apparently statistically and methodologically it

6   was rigorous enough.

7        Q.    To pass that threshold?

8        A.    Oh, yes, and to be in a journal with an

9   impact factor.  So I would have to reread it to see

10  how they actually -- you know, look at their

11  statistical methodology.

12       Q.    So out of -- I'm just trying to make

13  sure I understand.  You got a hypothetical group of

14  a thousand transgender people, right?

15       A.    We know that transgender people, the

16  majority or like almost 50 percent have attempted

17  suicide.  43 percent is what the Williams Institute

18  has documented have made attempts.  So here with

19  this massive study that they have done, they've

20  shown that 230 of those --

21       Q.    Attempts?

22       A.    -- attempts could have been prevented.

23  So there's something protective is ultimately the

24  distillate of this research.

Page 192

1       Q.    So a quarter, roughly a quarter of the

2  people who -- quarter of the transgender people who

3  attempt suicide could be prevented with proper

4  documentation?

5       A.    According to this study.

6       Q.    According to the study?

7       A.    And their findings.  What we know is

8  that regardless of the numbers, we know and the

9  standard of care tells us that having congruent

10  identity documents attenuate gender dysphoria.

11           The attempted suicides are a result,

12  many of them or a quarter of them are likely the

13  result of gender dysphoria.  Perhaps some of them

14  are related to some other mental illness.

15       Q.    That's called like co-morbidity, right?

16       A.    Co-occurring morbidity or co-morbidity.

17       Q.    Where you have lots of different

18  psychological problems running sort of in parallel?

19       A.    Correct.

20       Q.    May or may not be related?

21       A.    Correct.

22       Q.    It's kind of hard to tell and frankly

23  probably immaterial, right?  You want to treat the

24  person as opposed to --

Page 193

1     A.     Treat all.

2     Q.     Right.  Do you know what their actual

3  non-hypothetical sample size was?

4     A.     No, I would have to review the article.

5     Q.     It's in the report.  I can get it in the

6  report if I was interested, right?

7     A.     Okay.

8     Q.     I mean, I just was asking if you knew

9  offhand.

10    A.     Yes.

11    Q.     I didn't have a chance to look at it

12  before.

13             Now, at this point -- Now, this

14  study was conducted in 2015?

15    A.     2015.

16    Q.     So four years ago give or take.  It's a

17  study out of Canada, right?

18    A.     Correct.

19    Q.     Do you know offhand whether the

20  sample -- the people they sampled were Canadian or

21  from the United States?  Do you know?

22    A.     I believe they were from Ontario, but I

23  would have to review the article.

24    Q.     Do you know what Ontario's laws are

Page 194

1  regarding changing your identity, changing the sex

2  marker, gender marker?

3       A.    No, not offhand.

4       Q.    You don't know if Canada just lets

5  people?

6       A.    Some provinces I believe do because

7  there is a CPAP chapter, so at one point we

8  reviewed that, but I don't recall.

9       Q.    Well, do you know what kind of identity

10 documents were involved in the study?

11      A.    I don't recall.

12      Q.    Do you recall if that was indicated in

13 the study?

14      A.    I don't recall.

15      Q.    So it could have been like whatever

16 their equivalent of a driver's license is in

17 Canada?  It's probably called a driver's license.

18           MS. INGELHART:  Objection, speculation.

19 You can answer.

20 BY MR. BLAKE:

21      Q.    It could have been that, right?

22      A.    I would have to review the article.

23      Q.    Okay.  Don't know if it was a birth

24 certificate though, right?

Page 195

1      A.     I don't know what documents they are

2   referring to.

3      Q.     Do you know whether the study even

4   controlled for the type of identity document

5   involved?

6      A.     I don't know the methodology of the

7   study without rereading it.

8      Q.     Do you know whether the study controlled

9   for individuals who were born in a province that

10  allowed for these types of changes to the identity

11  documents to occur?

12     A.     I don't recall.

13     Q.     Do you know just as a general matter

14  whether transgender individuals born in a province

15  or even state like the United States have a higher

16  or lower rate of suicide if they are born in a

17  state or province that doesn't allow them to make

18  these changes to their identity documents?

19     A.     I don't know of any documentation to

20  that effect.  I know there's an article that

21  documents more suicide in states that have sex

22  segregated facilities.

23     Q.     You mean like bathrooms and locker

24  rooms?

1          A.     Uh-huh, and dormitories.

2          Q.     So do you have the name of that?  Is it

3     in your bibliography?

4          A.     It might be in my bibliography.

5          Q.     Go ahead and see if you can find it.

6          A.     "Trans Adults Access to College

7     Bathrooms."

8          Q.     What page are you on?

9          A.     I'm on Page 4.

10         Q.     Page 4 of Exhibit B to the --

11         A.     That's the Seelman article, 2016.

12         Q.     Page 4 to Exhibit B to Defendant's

13    Exhibit 11, the Seelman article, "Trans Adults

14    Access to College Bathrooms and Housing in

15    relationship to Suicidality."  Is that the

16    article?

17         A.     Yes.

18         Q.     And your understanding of that article

19    is that in those states where segregated -- with

20    segregated access, rates of suicides are higher?

21         A.     Yes.

22         Q.     Okay.  Do you know whether the 2015

23    Ontario study controlled for people who had a

24    diagnosis of gender dysphoria?

Page 197

1          A.    I don't know that.

2          Q.    Do you know if the study controlled for

3   people in varying stages of transition?

4          A.    I don't recall.

5          Q.    Do you believe a diagnosis of gender

6   dysphoria should be required before a person is

7   able to change the sex marker on his or her birth

8   certificates?

9               MS. INGELHART:  Objection, calls for a

10  legal conclusion.  You can answer.

11  BY THE WITNESS:

12         A.    Would you repeat the question?

13  BY MR. BLAKE:

14         Q.    Yeah.  Do you believe that a diagnosis

15  of gender dysphoria should be required before a

16  person is able to change the sex marker on his or

17  her birth certificate?

18              MS. INGELHART:  Also objection to

19  incomplete hypothetical.  You can answer.

20  BY THE WITNESS:

21         A.    I don't believe that, no.

22  BY MR. BLAKE:

23         Q.    Do you believe that a person needs to

24  undergo a certain amount of transition before

Page 198

1 requesting a change to the sex marker on their

2 birth certificate?

3             MS. INGELHART:  Same objection as to

4 legal conclusion and incomplete hypothetical.  You

5 can answer.

6 BY THE WITNESS:

7       A.    I'm not certain what you mean by a

8 certain amount of transition.

9 BY MR. BLAKE:

10      Q.    Well, I mean, there are like stages of

11 transition, right?  A person will come to you, for

12 example, and say, you know, I'm -- I feel my gender

13 is incongruous with my sex.  They probably won't

14 say it like that.  They probably never do.  But,

15 right, I mean, that's the sort of --

16      A.    There's a self disclosure.

17      Q.    Some sort of self disclosure.  And then

18 you would diagnose them oftentimes with gender

19 dysphoria but not all the times, right?

20      A.    If I make a diagnosis.

21      Q.    If you make a diagnosis.  The next step

22 for that person if they choose is to start

23 undergoing a transition of some sort, right?

24      A.    Not necessarily.

Page 199

1      Q.    Well, if they choose.  They don't have

2   to.  They can continue presenting themselves and

3   living as their sex assigned at birth if they

4   choose?

5      A.    Correct.

6      Q.    But in the case of someone who doesn't

7   want to do that, the next logical step for them is

8   to start making steps towards transition, right?

9      A.    Some people might undergo a social

10  transition.

11      Q.    Right.  And so that would be sort of the

12  least friction, like easiest -- well, maybe not

13  easy, but, you know, first step that some people

14  choose to undertake?

15      A.    Not necessarily.  Some people might

16  undergo hormonal --

17      Q.    That's another example of a step towards

18  transition that someone can take, right?

19      A.    Someone could undergo a hormonal

20  intervention.

21      Q.    Right.

22      A.    Without transitioning socially.

23      Q.    Correct.  Someone could also change

24  their name, that would be another step someone

Page 200

1     could take to be more male or female, right?

2          A.    If they choose.

3          Q.    If they choose, right.  That's another

4     step in transition, right?  And sort of, I suppose,

5     the most drastic step is for people to undergo a

6     medical procedure to actually have parts of their

7     anatomy changed to conform with their gender

8     identity, right?

9               MS. INGELHART:  Objection, vague.  You

10    can answer.

11    BY MR. BLAKE:

12         Q.    That's another step in the transition,

13    right?

14         A.    I'm assuming you're talking about a

15    surgical intervention, not a medical intervention.

16         Q.    Surgical, yes.  So those are all steps

17    I think in a person's transition that they can

18    choose to take and they don't have to take them in

19    order?

20         A.    They are all options for people.

21         Q.    And you can do them in any order you

22    want?

23         A.    No.  You can't have certain

24    interventions without first having preliminary

Page 201

1    interventions.

2        Q.    Yeah, I understand that.  That's the

3    law.  I don't know if it's in most states or all

4    states but you have to --

5        A.    It's the standard of care.

6        Q.    You have to live or transition certain

7    parts of your life before you do some of the like

8    more permanent surgical interventions, right?

9        A.    There are certain criteria that have to

10   be met before people can have medical or surgical

11   interventions.

12       Q.    Understood.

13              So setting those aside, there are

14   some preliminary steps in transition that a person

15   can undergo, right?

16       A.    Prior to medical interventions or

17   surgical interventions.

18       Q.    Okay.  So that's what I talk about when

19   I say certain transition.  That's what I mean, the

20   steps in a transition.

21              So do you believe a person needs to

22   undergo a certain number of those steps in

23   transition before they are able to request a change

24   on the sex marker of their birth certificate?

Page 202

1            MS. INGELHART:  Objection, calls for a

2      legal conclusion.  You can answer.

3      BY THE WITNESS:

4          A.    My answer is that it's not what I

5      believe.  My experience is that when people

6      socially transition and present in a gender other

7      than the one in which they were assigned, then they

8      will request to have congruent identity so that

9      their daily interactions are safe and private and

10     allow them to live safely and comfortably in their

11     affirmed gender.

12     BY MR. BLAKE:

13         Q.    Your experience is people socially

14     transition prior to requesting these changes to

15     their identification documents?

16         A.    The majority of people would do so.

17         Q.    But you don't believe that that's a

18     requirement, right?

19            MS. INGELHART:  Objection, calls for a

20     legal conclusion.  You can answer.

21     BY THE WITNESS:

22         A.    I don't know that there's a requirement.

23     I think that different states have different

24     requirements, and I'm not privy to all of that.  My

Veritext Legal Solutions

Page 203

1    experience is with the people who actually do

2    undergo transitions and then try to have documents

3    that reflect their lived experience.

4    BY MR. BLAKE:

5        Q.    And it's not your opinion or belief that

6    someone should have to undergo hormone therapy

7    before requesting a change to their identity

8    documents, right?

9            MS. INGELHART:  Same objection, legal

10   conclusion.  You can answer.

11   BY THE WITNESS:

12       A.    I don't believe people should have to

13   undergo hormonal therapy prior to having congruent

14   documents.

15   BY MR. BLAKE:

16       Q.    You don't believe someone should have to

17   undergo some amount of surgical intervention before

18   having congruent identity documents, right?

19       A.    Correct.

20            MS. INGELHART:  Same objection to legal

21   conclusion and incomplete hypothetical.

22            THE WITNESS:  I'm sorry I spoke before

23   you entered your objection.

24            MS. INGELHART:  It's okay.

Page 204

1    BY MR. BLAKE:

2        Q.    Would you agree that no amount of gender

3    transition can change a person's chromosomes,

4    right?

5            MS. INGELHART:  Objection, calls for

6    speculation and incomplete hypothetical.  You can

7    answer.

8    BY THE WITNESS:

9        A.    I don't think that chromosomes change

10   with a gender transition.

11   BY MR. BLAKE:

12       Q.    And no amount of gender transition can

13   change the sex of the individual as identified by

14   the medical provider at the time of birth, right?

15           MS. INGELHART:  Objection, calls for --

16   well, objection to terms and legal conclusion and

17   speculation.  You can answer.  Incomplete

18   hypothetical.

19   BY THE WITNESS:

20       A.    I don't understand the question.

21   BY MR. BLAKE:

22       Q.    Sure.  There's a sex identified at the

23   time of birth?

24       A.    Correct.

Veritext Legal Solutions

Page 205

1      Q.    Based on what you described as a cursory
2  inspection of the external genitalia, right?
3      A.    Yes.
4      Q.    No amount of gender transition can
5  change that?
6      A.    No, I believe birth certificates are
7  changed routinely in 48 states.
8      Q.    Right, but that doesn't change the sex
9  that was observed and reported by the medical
10  provider at the time of birth?
11      A.    Correct, it doesn't change --
12          MS. INGELHART:  Objection.
13  BY THE WITNESS:
14      A.    -- the primary sex characteristic of the
15  infant.
16  BY MR. BLAKE:
17      Q.    You said you reviewed the complaint
18  prior to drafting your expert opinion, right?
19      A.    Yes.
20      Q.    Do you know whether any of the
21  plaintiffs feared physical harm when they disclosed
22  their birth certificate based on what you reviewed
23  in the complaint?
24      A.    Yes.

Page 206

1      Q.    And do you believe that they feared

2  physical harm when they disclosed their birth

3  certificates?

4      A.    I believe that knowing that their birth

5  certificates were inconsistent with their gender

6  presentation, they were always fearful of having to

7  expose that.

8      Q.    But did they fear physical harm?

9      A.    Oh, I don't know if they feared physical

10  harm.  I'm going to have to ask to take a break and

11  go to the restroom.

12      Q.    Okay.

13                    (Whereupon, a short break in

14                    the proceedings was taken.)

15             MR. BLAKE:  Back on the record.

16  BY MR. BLAKE:

17      Q.    With regards to any of the plaintiffs in

18  this case, do you believe that the medical provider

19  made an error when the sex was recorded on his or

20  her birth certificates?

21      A.    No.

22      Q.    Do you believe that medical providers in

23  general should be required to conduct any

24  additional medical procedures to determine a

Veritext Legal Solutions

```
                                            Page 207
 1    child's sex at birth?

 2         A.    No.

 3                    (Document marked as Defendant's

 4                    Exhibit No. 18.)

 5         Q.    I just handed you what has been marked

 6    as Defendant's Exhibit 18 which is a copy of the

 7    expert report submitted by Dr. Van Meter.  Have you

 8    seen this document before?

 9         A.    Yes.

10         Q.    Okay.  In fact, you said you reviewed

11    these documents after you submitted your report,

12    right?

13         A.    Yes.

14         Q.    I'm going to ask you to turn to Page 3

15    in Paragraph 14.  "From the moment of conception, a

16    fetus is determined to be either a male XY, female

17    XX or in rare cases to have a combination of sex

18    determining chromosomes, many of which are not

19    compatible with life and some of which are the

20    cause of identifiable clinical syndromes."  Do you

21    see that sentence?

22         A.    I do.

23         Q.    Do you agree with that?

24         A.    Yes.
```

1     Q.   "The presence of a Y chromosome in the

2  developing fetus directs the developing gonadal

3  tissue to develop a testicle."  Do you agree with

4  that conclusion?

5     A.   Yes.

6     Q.   "The absence of a functional Y

7  chromosome allows the gonadal tissue to develop as

8  an ovary."  Do you agree with that?

9     A.   Yes.

10     Q.   "Under the influence of the mother's

11  placental hormones, the testicle will produce

12  testosterone which directs the genital tissue to

13  develop a penis and a scrotum."  Do you agree with

14  that conclusion?

15     A.   More or less.

16     Q.   "Simultaneously the testicle produces

17  anti-mullerian hormone, AMH, which regresses

18  development of the tissue that would otherwise

19  develop into the uterus, fallopian tubes and upper

20  third of the vagina."  Do you agree with that

21  conclusion?

22     A.   Yes.

23     Q.   "There is no process or procedure that

24  will alter a person's chromosomes."  You agree with

Page 209

1   that, right?

2       A.     Yes.

3       Q.     Paragraph 15.  Let me see if I can short

4   circuit of this.  If you would please read

5   Paragraph 15 and let me know if you agree with the

6   conclusions in Paragraph 15.  You can read it

7   silently if you prefer.

8       A.     I agree with Paragraph 15.

9       Q.     All right.  Same question for

10  Paragraph 16, is there any conclusion in

11  Paragraph 16 with which you disagree?

12      A.     I believe I disagree with No. 16.

13      Q.     Which part of Paragraph 16 do you

14  disagree with?

15      A.     The incidents of disorders of sexual

16  differentiation.

17      Q.     Okay.  "The incidents of such

18  circumstances occurs in 1 out of 4,500 to 1 in

19  5,500 births," is that the part you disagree with?

20      A.     Yes.  I'm not certain that I agree with

21  those numbers, and I would have to look at my own

22  sources, which I don't have with me.

23      Q.     You think the rate of DSD might be

24  higher?

Veritext Legal Solutions
www.veritext.com                                   888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 215 of 288 PageID #: 1257

Page 210

1          A.     I do.

2          Q.     Okay.  And by DSD we mean disorders of

3     sexual differentiation?

4          A.     Correct.

5          Q.     But other than that, you agree with the

6     rest of the conclusions in Paragraph 16?

7          A.     Yes.

8          Q.     Paragraph 17, do you disagree with any

9     conclusions in Paragraph 17?

10          A.     I disagree with 17.

11          Q.     What aspect of Paragraph 17 do you

12     disagree with?

13          A.     I don't think sex is necessarily binary.

14     I think that chromosomes are one component of sex,

15     and I don't think that it's the Intersex Society of

16     North America that puts out that consensus

17     statement, but I am not certain about that.

18          Q.     Sex assigned at birth is, in the absence

19     of a disorder, male or female, right?

20          A.     Yes.  It is designated clerically, yes.

21          Q.     You agree that that designation itself

22     would be binary in the normal circumstance, right?

23          A.     Yes.

24          Q.     You said you also agreed with the 2016

1  consensus statement of the Intersex Society of

2  North America?

3       A.    No, I don't believe that is the

4  Intersex Society of North America that made that

5  statement, but I'm not certain about that.  In

6  other words, I'm not certain that I agree and will

7  not state that I agree with Paragraph No. 17 in its

8  entirety.

9       Q.    Right.  But you said disagreed with sex

10  is binary male or female, that aspect of it,

11  right?

12       A.    I disagree with that.

13       Q.    Okay.  But you agree that the sex as

14  identified at birth is in the normal circumstances

15  binary, correct?

16       A.    It's documented as being binary.

17       Q.    You disagree with sex being determined

18  by chromosomal complement?

19       A.    Alone.

20       Q.    And your basis for disagreement are

21  those five components that we talked with earlier?

22       A.    Correct.

23       Q.    Okay.  Then you disagree with the way

24  that Dr. Van Meter has identified this 2006

Page 212

1   consensus statement?

2       A.    I would need to myself see documentation

3   before I would agree with that statement.  I don't

4   know.

5       Q.    You just don't know what the statement

6   is that he's referring to?

7       A.    I don't know what the statement is, but

8   I think the Intersex Society of North America, if

9   it's what I think it is, then I am not in agreement

10  with that, that they are the source of that

11  statement.

12      Q.    Okay.  It's not that you -- you don't

13  take issue with -- I guess I was confused.  Do you

14  think that the Intersex Society of North America

15  exists?

16      A.    I'm not certain that that statement is

17  accurate, that's my opinion, as it's written.

18      Q.    In what way is it inaccurate?

19      A.    I'm not certain that it's accurate the

20  way it's written.

21      Q.    Okay.  Is there an organization called

22  the Intersex Society of North America?

23      A.    There is an Intersex Society, and it is

24  made up of consumers, and I'm not certain that this

Page 213

1   is their consensus statement.  I don't know.  I

2   would have to check that.

3         Q.    Okay.  Go to Paragraph 19.  Read that

4   and let me know if you agree with the conclusions

5   in that paragraph.

6         A.    I do not.

7         Q.    Which conclusions do you disagree with?

8         A.    In the first sentence DSD patients are

9   not transgender.  Some, in fact, are.

10        Q.    Some, but not all, right?

11        A.    This conclusively says DSD patients are

12   not transgender.

13        Q.    Okay.  Is there anything --

14        A.    I do not agree with that statement.

15        Q.    Is there anything about a DSD patient

16   that makes them more or less likely to be

17   transgender --

18        A.    Yes.

19        Q.    -- in your opinion?

20        A.    Yes, they are more likely to be

21   transgender than the normal population because they

22   have some anomalies.

23        Q.    One of those components of sex is

24   somewhat ambiguous?

Page 214

1      A.    Correct.

2      Q.    Do you disagree with anything else in

3  Paragraph 19?

4      A.    I don't know.  I'm not an expert on DSD,

5  so I don't want to overstate my agreement or

6  disagreement with diagnostic subgroups of the

7  chromosomal anomalies.

8      Q.    Okay.  So that the conclusions in 19 are

9  outside your area of expertise and you are not

10 offering an opinion one way or the other on those

11 conclusions?

12     A.    I'm offering an opinion that the

13 statement DSD patients are not transgender.  Some

14 DSD patients are transgender and do make gender

15 transitions.

16     Q.    Okay.

17     A.    I disagree with the statement that says

18 people who identify as feeling like the opposite

19 sex or somewhere in between do not comprise a third

20 sex.  Transgender people don't feel like the

21 opposite section.  They have a gender identity that

22 is incongruous and it's not based upon a feeling.

23 They meet certain criteria as outlined in the DSM-5

24 as we have already discussed.

Page 215

1    Q.    Paragraph 21, do you agree with the

2  conclusions in that paragraph?

3    A.    I don't know that gender is a

4  psychological concept, I've never heard that

5  before, or a sociological term.  I don't agree that

6  it possesses a linguistic, solely a linguistic

7  meaning prior to the 1950s.  I've never seen any

8  documentation of that.

9              I don't know what sexologists

10  manipulated the term to conceptual cross dressing

11  and transsexualism in their psychological practice.

12  I disagree with that.  That doesn't comport with

13  my understanding of this field that I specialize

14  in.

15    Q.    What are the origins of the gender and

16  gender diversity and transgender specialization of

17  your practice?

18              MS. INGELHART:  Objection, vague.  You

19  can answer.

20  BY THE WITNESS:

21    A.    I'm sorry, can you be more specific?

22  BY MR. BLAKE:

23    Q.    So, I mean, you identified four areas

24  which you have expertise in and within the field of

Page 216

1   psychology, right?

2        A.    Correct.

3        Q.    And one of those relates to the

4   transgender issues we've been talking about today,

5   right?

6        A.    Yes.

7        Q.    Historically, right, what are sort of

8   the origins of that branch your practice?

9        A.    Well, as I mentioned before, I started

10  seeing individuals who were patients in the late

11  '70s.  My aunt was Harry Benjamin's disciple.

12  Harry Benjamin was the person who first introduced

13  the term transsexualism, as you may know, and wrote

14  the book The Transsexual Phenomenon.  Christine

15  Jorgensen was his seventh patient.

16       Q.    That was in the 1950s?

17       A.    1950s, correct.  She was his patient

18  in I think -- well, she was his seventh patient.

19  She came back from Denmark and came to the United

20  States.  In Denmark she had a partial sex change

21  and she needed to complete her surgery in the

22  United States.

23              In BC, Ovid, the BC poet, talked

24  about the pregnant -- the yearn of a pregnant mare

Page 217

1    to change one's sex which is Premarin, which is

2    still in use today.  It's a female estrogen.  So

3    there have been transgender people since the

4    beginning of history and they exist in all

5    cultures.

6                     So this idea that sexologists

7    manipulated gender to conceptualize cross dressing

8    and transsexualism in their psychological practice,

9    I don't know what sexologists your expert is

10   referring to.  I don't know whose psychological

11   practice or what psychological practice this refers

12   to.  So Paragraph 21 I think is rather meaningless

13   to me.

14        Q.    You may disagree with the way he

15   characterized things in Paragraph 21, but you would

16   agree that at least that modern transgender studies

17   has its origins with Harry Benjamin in the 1950s;

18   is there accurate?

19        A.    Harry Benjamin coined the phrase

20   transsexual, but Magnus Hirschfield in Germany in

21   the '30s, I believe, described individuals who had

22   a need to present in a gender that was other than

23   that which they were assigned at birth in what you

24   call detransvestism, so the phenomenon has existed

Page 218

 1  for years, but it was only really with Christine

 2  Jorgensen that it became known to the public in the

 3  '50s.

 4       Q.    In the '50s?

 5       A.    Yes.

 6       Q.    Okay.  Paragraph 22, do you agree with

 7  the conclusions in that paragraph?

 8       A.    I don't know when John Money termed

 9  the --

10       Q.    Termed the gender identity phrase?

11  Setting aside the chronology, you know, as far as

12  the content of Paragraph 22.

13       A.    I would agree that most individuals have

14  a gender identity that aligns with their assigned

15  sex.  I would not say that gender incongruity is a

16  psychological condition.

17       Q.    Move down to Paragraph 23.

18       A.    Yes.

19       Q.    You disagree with gender incongruity as

20  a psychological condition?

21       A.    Yes, I wouldn't describe it primarily as

22  a psychological condition.

23       Q.    Would you agree with the conclusion in

24  Paragraph 24?

Page 219

1    A.    I don't agree with that.

2    Q.    You disagree with the --

3    A.    With the way that's phrased, yes.

4    Q.    With gender incongruity?

5    A.    I'm disagreeing with this idea that he

6 or she will often express the belief that he or she

7 is the opposite sex.

8    Q.    I got it.  You rejected Paragraph 23.  I

9 am on to Paragraph 24.  Do you disagree with the

10 conclusions?

11    A.    Paragraph 24 is wrong.

12    Q.    In what way?

13    A.    In the way that in 2016 or the 2016

14 epidemiologists at Emery University concluded that

15 a gender incongruity occurs in between .2 and

16 .7 percent of the population.

17    Q.    So you think the numbers are higher?

18    A.    Oh, the numbers are definitely higher.

19    Q.    Paragraph 25, do you agree with the

20 conclusions in that paragraph?

21    A.    Gender dysphoria is a medical condition,

22 and it does cause emotional distress.

23    Q.    So more or less other than maybe the use

24 of the term gender incongruity?

Page 220

1      A.     No, gender incongruity is probably --

2      Q.     Accurate?

3      A.     Well, the World Health Organization in

4   the next international classification in ICD will

5   probably use the term gender incongruity.  We

6   actually met with members of the World Health

7   Organization and decided that that was an

8   appropriate term.

9      Q.     So 25, there's nothing offensive about

10  25?

11     A.     Well, I wouldn't call gender dysphoria a

12  diagnostic term.

13     Q.     What kind of term would you call it?

14     A.     I would call it a medical condition.

15     Q.     Okay.  Medical condition.

16     A.     Yes.

17     Q.     Otherwise you're perfectly fine with

18  that statement?

19         MS. INGELHART:  Objection,

20  mischaracterizes prior statement.

21  BY THE WITNESS:

22     A.     I wouldn't say I'm perfectly fine.  I

23  would say that it's a medical condition that is

24  diagnosed when a person experiences significant

Page 221

1   clinical distress that impairs their ability to

2   function in a particular area, which is the DSM-5

3   definition.

4   BY MR. BLAKE:

5       Q.    You would adopt the DSM-5 definition for

6   gender dysphoria?

7       A.    Yes.

8       Q.    Paragraph 26, do you agree with the

9   conclusions in that paragraph?

10      A.    I agree with the first sentence that

11  there's no observable physical way to test for

12  gender dysphoria in the womb or at the time of

13  birth.  I agree with that statement.

14      Q.    Do you agree with the second sentence

15  too?

16      A.    Yes.

17      Q.    And I assume you agree with the last

18  sentence as well?

19      A.    Gender nonconforming has been reported

20  in patients younger than four years of age.

21      Q.    Even younger than four?

22      A.    Uh-huh.

23      Q.    And Paragraph 27, do you agree with the

24  conclusions in paragraph?

Page 222

1     A.    Chromosomes cannot be changed by a

2  medical procedure, I agree with that.

3     Q.    Paragraph 29, do you agree with that

4  statement?

5     A.    I agree that the birth certificates

6  record an individual's primary sex characteristics

7  at the moment of birth.

8     Q.    And Paragraph 30, you agree with, right?

9     A.    Yes.

10     Q.    None of the plaintiffs have had

11  karyotyping done, so I assume if I asked you

12  whether or not you would agree with Dr. Van Meter's

13  opinion regarding what their chromosomes are, you

14  would say you don't have any information one way or

15  the other on that; is that accurate?

16     A.    I would say not only do I not have that

17  information, I would say that he doesn't have that

18  information either.

19     Q.    Would you agree though that most likely

20  their karyotype conforms with their sex assigned at

21  birth?

22         MS. INGELHART:  Objection.

23

24  BY THE WITNESS:

Page 223

1      A.    I can't make that statement.  I would

2   say in most cases, people's chromosomes do, and

3   that's true even of people who have gender

4   dysphoria; however, there is a higher incidents of

5   chromosomal anomalies in people who are gender

6   dysphoric, so for any given gender dysphoric

7   person, I can't state what their chromosomes are or

8   are not.

9      Q.    It might be less likely than you or me

10  or more likely than you or me that they have some

11  sort of chromosomal abnormality, but still more

12  likely than not that they have the normal

13  karyotype; is that accurate?

14     A.    That seems like a fair statement to

15  make.

16          MR. BLAKE:  I have no further questions.

17          MS. INGELHART:  Thank you.  We'd like to

18  take a quick break.

19          MR. BLAKE:  You just had a 30 minute

20  break.  How long is it going to be?  Off the

21  record.

22               (Whereupon, a short break in

23                the proceedings was taken.)

24          MS. INGELHART:  Back on the record.

Page 224

1   Thank you.  Plaintiff's counsel has just a few

2   questions for direct.  I will instruct the witness

3   to remember that the court reporter is still to

4   your left so if you can project out so she can best

5   record.

6                    E X A M I N A T I O N

7   BY MS. INGELHART:

8        Q.    First I'm going to refer back to

9   Defendant's Exhibit 18 which is Dr. Van Meter's

10  initial expert report.  Can we look to Page 5,

11  Paragraph 27?

12                  Previously you testified that you

13  agreed with the first three sentences in this

14  paragraph.

15       A.    I'm sorry, what paragraph?

16       Q.    I will refer back now that opposing

17  counsel has reached the same page.  Apologies.

18                  We're looking at Paragraph 27.

19  Previously you testified that you concurred with

20  the first three sentences of this paragraph.

21  That's accurate, correct?

22            MR. BLAKE:  Objection, misstates.

23            MS. INGELHART:  I'll retract it.

24  BY MS. INGELHART:

Page 225

1      Q.    Do you agree that there are no

2  procedures, medical or otherwise, by which an

3  individual can change chromosomes that determine

4  sex?

5      A.    I agree.  Chromosomes cannot be changed.

6      Q.    Do you agree that hormone therapy,

7  surgical modifications can't change chromosomes one

8  is born with?

9      A.    I agree with that statement.

10      Q.    Do you agree that sex is innate?

11      A.    I don't agree with that.  I don't know

12  what that refers to, that sex.  I don't know

13  what -- how he's conceptualizing sex.

14      Q.    Thank you.

15            Do you agree that there's no

16  credible science proving that gender incongruity is

17  innate?

18      A.    I do not agree with that.

19      Q.    Do you agree with this last sentence

20  here then in Paragraph 27?

21      A.    I do not.

22      Q.    Thank you.

23            Referring down on the same page to

24  Paragraph 30, I would like to revisit prior

Page 226

1   testimony.  Do you agree that gender identity is
2   not observable or detectable at the time of birth?
3       A.    I agree with that.
4       Q.    Do you agree that gender identity is not
5   recorded on Ohio birth certificates?
6       A.    Yes.
7       Q.    What is recorded on Ohio birth
8   certificates?
9       A.    The infant's primary sex characteristic.
10  Penis or vagina is what is recorded as male or
11  female at the time of birth.
12      Q.    Thank you.
13              In your experience, would it
14  support a binary transgender person's social
15  transition to have a binary gender or sex marker
16  that matches their gender identity on their birth
17  certificate?
18              MR. BLAKE:  Objection, vague.
19  BY THE WITNESS:
20      A.    Yes.
21  BY MS. INGELHART:
22      Q.    In your experience, what kind of
23  requirements for accessing accurate identity
24  documents, ones that match a transgender person's

Page 227

1    gender identity, have been correlated with the most

2    affirming social transitions?

3         A.    Those that are least burdensome.

4         Q.    Thank you.

5                    Some terms of art were used today

6    interchangeably with antiquated terms.  Generally

7    why has medical society evolved from using terms

8    like natal sex to sex assigned at birth or

9    transsexual to gender dysphoria?

10        A.    Natal implies something that is

11   permanent.  Sex assigned at birth is temporal.

12   Transsexualism conflates sex, be it sexual

13   orientation, sexual behaviors or sexual activity

14   with gender, and lay people in particular confuse

15   sexuality with gender leading to some serious

16   negative connotations for people who are

17   transgender.

18        Q.    Is the term sex assigned at birth more

19   accurate than natal sex?

20        A.    Yes.

21                MR. BLAKE:  Objection.

22   BY MS. INGELHART:

23        Q.    Is the term gender dysphoria a more

24   accurate term than transsexual?

Page 228

1            MR. BLAKE:  Objection.

2    BY THE WITNESS:

3            A.    Yes.

4    BY MS. INGELHART:

5            Q.    Have you ever had a client or patient

6    face negative outcomes as a result of experiences

7    or instances related to inaccurate identity

8    documents, identity documents that did not

9    correlate or match their gender identity?

10           A.    Yes.

11           Q.    Can you please provide an example?

12           A.    I had a patient who committed suicide,

13   shot herself in the head after producing a document

14   that didn't align with her gender presentation.

15   She went home and killed herself.  That was one

16   unfortunate and very dramatic occasion.

17                  On another occasion a woman who was

18   a trans woman who had transitioned as an adolescent

19   and was married, although she was an extremely

20   authentic and actually a very beautiful woman,

21   someone revealed a document that had a male birth

22   name on it, and she and her husband were so

23   victimized and harassed by co-workers, they had

24   their brake lines cut, death threats.

Page 229

1            The workers took out a petition that
2    she couldn't use the female restroom.  They smeared
3    feces on her desk.  She and her husband
4    developed -- her husband was taunted for being gay
5    because he was married to someone who was really a
6    man and people would bring sex toys to his office.
7            They are both completely disabled.
8    They are unable to leave their homes.  They have
9    panic attacks.  The man pulled all his hair out of
10   his head and lost 50 pounds in a month, and they
11   are both on permanent, extended disability and are
12   physically and psychologically damaged, extremely
13   damaged.
14       Q.    Just to clarify, that classification as
15   disabled is a result of the harassment; is that
16   correct?
17       A.    Yes.  They have what is known as complex
18   PTSD.  Complex PTSD is unlike random PTSD which is
19   acts of God, like a tornado or a car accident.
20   Complex PTSD is caused by human beings.  It's
21   intentional and it occurs intermittently and
22   repeatedly so people don't have time to regain
23   their equilibrium in between these assaults, and so
24   it's more intractable and more severe than random

Veritext Legal Solutions
www.veritext.com                                                       888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 235 of 288 PageID #: 1277

Page 230

```
1    acts of God which aren't personal.

2              MS. INGELHART:  Thank you.  I don't have

3    any further questions.

4              MR. BLAKE:  I don't have any followup

5    questions.

6              MS. INGELHART:  We would like to have the

7    opportunity to sign later.

8                    (Witness excused.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1              REPORTER CERTIFICATE

2

3          I, MARI BETH KAWULIA, a Certified

4    Shorthand Reporter within and for the County of

5    Cook and State of Illinois, do hereby certify:

6              That previous to the commencement of the

7    examination of the witness, the witness was duly

8    sworn to testify the whole truth concerning the

9    matters herein;

10             That the foregoing deposition transcript

11   was reported stenographically by me, was thereafter

12   reduced to typewriting under my personal direction

13   and constitutes a true record of the testimony

14   given and the proceedings had;

15             That the said deposition was taken

16   before me at the time and place specified;

17             That I am not a relative or employee or

18   attorney or counsel, nor a relative or employee of

19   such attorney or counsel for any of the parties

20   hereto, nor interested directly or indirectly in

21   the outcome of this action.

22

23

24

Page 232

1          IN WITNESS WHEREOF, I do hereunto set my

2    hand this October 7, 2019.

3

4

5

6

7

8

MARI BETH KAWULIA, CSR

9    C.S.R. No. 84-2873

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Veritext Legal Solutions
www.veritext.com                                    888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 238 of 288 PageID #: 1280

```
                                              Page 233
 1                  Veritext Legal Solutions
                         1100 Superior Ave
 2                          Suite 1820
                     Cleveland, Ohio 44114
 3                    Phone: 216-523-1313
 4
     October 7, 2019
 5
     To: KARA N. INGELHART
 6
     Case Name: Ray, Stacie, et al. v. Acton, Amy, etc., et al.
 7
     Veritext Reference Number: 3493804
 8
     Witness:  Randi Ettner, Ph.D.     Deposition Date:  9/18/2019
 9
10   Dear Sir/Madam:
11
     Enclosed please find a deposition transcript.  Please have the witness
12
     review the transcript and note any changes or corrections on the
13
     included errata sheet, indicating the page, line number, change, and
14
     the reason for the change.  Have the witness' signature notarized and
15
     forward the completed page(s) back to us at the Production address
16   shown
17   above, or email to production-midwest@veritext.com.
18
     If the errata is not returned within thirty days of your receipt of
19
     this letter, the reading and signing will be deemed waived.
20
21   Sincerely,
22   Production Department
23
24   NO NOTARY REQUIRED IN CA
```

Page 234

```
 1              DEPOSITION REVIEW
              CERTIFICATION OF WITNESS
 2

    ASSIGNMENT REFERENCE NO: 3493804
 3  CASE NAME: Ray, Stacie, et al. v. Acton, Amy, etc., et al.
    DATE OF DEPOSITION: 9/18/2019
 4  WITNESS' NAME: Randi Ettner, Ph.D.
 5          In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
 6  my testimony or it has been read to me.
 7          I have made no changes to the testimony
    as transcribed by the court reporter.
 8

    _____         _____
 9  Date                          Randi Ettner, Ph.D.
10          Sworn to and subscribed before me, a
    Notary Public in and for the State and County,
11  the referenced witness did personally appear
    and acknowledge that:
12
            They have read the transcript;
13          They signed the foregoing Sworn
            Statement; and
14          Their execution of this Statement is of
            their free act and deed.
15
            I have affixed my name and official seal
16
    this _____ day of_____, 20_____.
17
                    _____
18                  Notary Public
19                  _____
                    Commission Expiration Date
20
21
22
23
24
25
```

Page 235

1                    DEPOSITION REVIEW
                  CERTIFICATION OF WITNESS
2

     ASSIGNMENT REFERENCE NO: 3493804
3    CASE NAME: Ray, Stacie, et al. v. Acton, Amy, etc., et al.
     DATE OF DEPOSITION: 9/18/2019
4    WITNESS' NAME: Randi Ettner, Ph.D.
5          In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
6    my testimony or it has been read to me.
7          I have listed my changes on the attached
     Errata Sheet, listing page and line numbers as
8    well as the reason(s) for the change(s).
9          I request that these changes be entered
     as part of the record of my testimony.
10
           I have executed the Errata Sheet, as well
11   as this Certificate, and request and authorize
     that both be appended to the transcript of my
12   testimony and be incorporated therein.
13   10·25·19                    Randi Ettner, PhD.
     Date                          Randi Ettner, Ph.D.
14
           Sworn to and subscribed before me, a
15   Notary Public in and for the State and County,
     the referenced witness did personally appear
16   and acknowledge that:
17         They have read the transcript;
           They have listed all of their corrections
18         in the appended Errata Sheet;
           They signed the foregoing Sworn
19         Statement; and
           Their execution of this Statement is of
20         their free act and deed.
21         I have affixed my name and official seal
22   this 25  day of October     20 19
23        Sara Aldape                    Official Seal
          Notary Public                   SARA ALDAPE
24                                 Notary Public State of Illinois
          7/26/2021               My Commission Expires 07/26/2021
25        Commission Expiration Date

Page 236

1                    ERRATA SHEET
              VERITEXT LEGAL SOLUTIONS MIDWEST
2                   ASSIGNMENT NO: 3493804
3      PAGE/LINE(S) /       CHANGE       /REASON
4      42:15_____/Sania change to Soneeya /spelling
5      194:7_____/CPAP Change to CPATH    /wrong word
6      216:24_____/yearn change to urine   /wrong word
7      _____
8      _____
9      _____
10     _____
11     _____
12     _____
13     _____
14     _____
15     _____
16     _____
17     _____
18     _____
19

       _____     _____
20     Date                  Randi Ettner, Ph.D.
21     SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY
22     OF _____, 20_____ .
23                      _____
                        Notary Public
24
                        _____
25                      Commission Expiration Date

**[& - 5]** Page 1

| & |
| --- |
| **&** 2:12 4:9 |

| 0 |
| --- |
| **00272** 1:5 |
| **084-2873** 2:22 |

| 1 |
| --- |

**1** 58:8 59:22
126:15 176:13
209:18,18
**1,000** 189:12,14
190:20
**10** 32:13,13
**105** 1:22 2:3
**10:00** 1:24
**11** 3:7 49:20,22
50:1 51:6,7 66:4
111:19 136:1
188:12 196:13
**1100** 233:1
**12** 3:8 84:1,3,6
149:19,22
**1200** 2:13
**1214** 5:3
**12495** 232:8
**128** 153:16 187:17
**13** 3:9 129:24
130:2,5 132:8
**130** 3:9
**138** 3:12
**14** 3:12 138:9,11
138:14 142:17
207:15
**15** 3:14 15:24
32:13 73:16
120:15 175:21,23
176:7 209:3,5,6,8
**16** 3:15 135:24
136:6,24 149:21
179:14,16 209:10
209:11,12,13

210:6
**17** 3:18 146:7
183:18,20 184:13
210:8,9,10,11
211:7
**175** 3:14
**179** 3:15
**18** 1:24 3:21 156:6
207:4,6 224:9
**1820** 233:2
**183** 3:18
**19** 160:3 213:3
214:3,8
**1950s** 215:7
216:16,17 217:17
**1980** 13:16 14:11

| 2 |
| --- |

**2** 50:19 53:17
58:12 61:17,23
88:18 89:17
111:20 114:24
118:21 119:18
144:23 219:15
**2,500** 115:2,16
**20** 16:1 234:16
235:22 236:22
**2000** 109:7
**2005** 133:23
**2006** 211:24
**2007** 95:6 98:17,23
99:7,11 133:18
**2013** 59:9 60:17
61:15
**2014** 27:13,13
**2015** 16:24 17:5
98:9 188:21
193:14,15 196:22
**2016** 95:7 97:19,23
98:11,15,17,19,23
99:6,13 196:11
210:24 219:13,13

**2017** 97:13 98:11
98:12,15 99:11,15
**2019** 1:24 232:2
233:4
**2020** 85:24 86:1,3
86:5,7
**2021** 86:6
**207** 3:21
**21** 124:15 162:1
172:15,22 215:1
217:12,15
**216-523-1313**
233:3
**22** 218:6,12
**23** 218:17 219:8
**230** 191:20
**24** 218:24 219:9,11
**25** 19:9 33:22
96:18 97:6 219:19
220:9,10
**26** 221:8
**2600** 2:3
**27** 180:7 221:23
224:11,18 225:20
**29** 222:3
**2:18** 1:5
**2d** 106:16,19
**2nd** 106:16

| 3 |
| --- |

**3** 51:9 62:8 114:24
207:14
**3,000** 115:2,7,14
115:16
**30** 16:1,3,4,5 17:21
17:22 19:3 33:4,4
54:9 142:8 222:8
223:19 225:24
**30s** 217:21
**30th** 27:13
**31** 86:8,17 188:19

**312** 2:4
**3493804** 233:7
234:2 235:2 236:2
**35** 160:22

| 4 |
| --- |

**4** 3:4 51:16 52:12
56:10 106:12
120:16 149:24
185:1,13,18 196:9
196:10,12
**4,500** 209:18
**40** 30:21 140:24
142:9
**400** 49:15
**41** 2:13 33:5
**42** 33:5,5
**43** 191:17
**43215** 2:14
**44103** 2:9
**44114** 233:2
**4506** 2:8
**457** 59:6
**48** 33:6,7,8,13 35:9
36:19,24 37:5,7,14
205:7
**49** 3:7
**4d** 106:16,19
**4th** 106:16 185:1
185:13

| 5 |
| --- |

**5** 8:4,6,22 9:21
25:6,23 32:13
56:7,20 57:9 58:7
59:3,8 60:14,18
62:17 88:19 92:16
92:17 94:14,15
97:12 99:15
111:21,23,24
124:15 136:1,6
146:7 156:6 160:4

Veritext Legal Solutions
www.veritext.com 888-391-3376
Case 3:19-cv-00028 Document 88-3 Filed 05/15/20 Page 243 of 288 PageID #: 1285

**[5 - affirmation]**                                                   Page 2

185:19 188:14
214:23 221:2,5
224:10
**5's**  60:15
**5,500**  209:19
**50**  16:2,3,5 17:21
17:22 19:4 33:4,4
33:7,19 52:2
191:16 229:10
**50s**  218:3,4
**586-1958**  2:9

**6**

**6**  50:20 94:17
96:17 188:16
**60**  138:1 139:1,8
139:11 140:20
**60201**  5:4
**60603**  2:4
**614**  2:9,14
**621-7789**  2:14
**663-4413**  2:4

**7**

**7**  85:14,17 95:5
188:16 219:16
232:2 233:4
**70**  90:22 158:16
**70s**  15:5 216:11
**7th**  74:17 84:10

**8**

**8**  76:13 84:16
85:12,13,16,23
88:20 114:23
188:17,18
**84**  3:8
**84-2873**  232:9

**9**

**9**  189:7
**9/11**  144:1

**9/18/2019**  233:8
234:3 235:3
**90**  190:3
**90,000**  190:24
**95**  158:16
**99.9**  158:17

**a**

**a.m.**  1:24
**abandoned**  55:20
**abilities**  6:19
**ability**  31:18 85:1
110:20 111:2
116:13 118:3
141:4 171:24
221:1
**able**  25:18 197:7
197:16 201:23
**abnormalities**
157:6
**abnormality**
147:16 154:21
156:16 223:11
**absence**  208:6
210:18
**absent**  154:21
155:8
**absolutely**  53:16
123:16
**academy**  67:21
73:24
**accepted**  166:12
**access**  31:2,3
196:6,14,20
**accessing**  226:23
**accident**  229:19
**accompany**  57:12
**accurate**  9:7 14:10
30:6 31:5 43:11
46:1 50:22 51:2
51:14 67:5,13
83:5 102:20

115:18 117:24
131:18 133:8
135:4 139:5 141:1
146:14 156:8,12
157:3 158:22
159:3 160:1
212:17,19 217:18
220:2 222:15
223:13 224:21
226:23 227:19,24
**accurately**  30:12
**acknowledge**  59:9
234:11 235:16
**aclu**  32:4,7,22
33:14 34:3,4
**acluohio.org**  2:10
**act**  92:11 177:7
234:14 235:20
**action**  114:22
231:21
**activities**  177:2
**activity**  187:23
227:13
**acton**  1:7 233:6
234:3 235:3
**actors**  77:2
**acts**  35:1 229:19
230:1
**actual**  22:12 72:6
146:16,22 190:8
193:2
**adams**  1:23 2:3
**adaptation**  3:15
93:16 179:18
**add**  16:7
**added**  51:4
**addendum**  65:4
**addition**  51:6
64:23 67:14,15
95:18 97:21 114:9

**additional**  66:5
206:24
**address**  4:21,24,24
95:11 97:3 233:15
**addressing**  152:24
154:1
**adjustment**  3:12
3:16 93:16 138:15
179:19
**administer**  83:22
**admit**  129:15
**adolescence**
119:18,20 140:22
140:22 185:2,14
**adolescent**  228:18
**adopt**  74:6 221:5
**adult**  6:7 91:18
92:3 94:18 103:16
104:2 119:24
123:19 125:16
**adulthood**  142:23
144:8
**adults**  125:15
185:2,14 196:6,13
**advanced**  79:17
**adverse**  27:4
**advised**  27:4
**advocacy**  81:9,14
81:14,18 82:4,9,13
82:15
**advocate**  82:1,13
86:21 87:4
**advocating**  81:20
81:22,23
**affiliated**  81:4
87:13
**affiliations**  76:13
78:7
**affirm**  125:1
**affirmation**  28:14
29:8,13 68:9

Veritext Legal Solutions
www.veritext.com                                                   888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 244 of 288 PageID #: 1286

| | | | |
|---|---|---|---|
| **affirmed** 92:8 | 218:23 219:1,19 | **alzheimer's** | 174:8,11 176:21 |
| 121:3 123:9 125:4 | 221:8,10,13,14,17 | 123:14 | 200:7 |
| 134:21 135:4 | 221:23 222:2,3,5,8 | **ambiguity** 129:10 | **androgen** 106:18 |
| 175:16 181:7 | 222:12,19 225:1,5 | 159:6 | **anecdotally** 133:4 |
| 182:21 202:11 | 225:6,9,10,11,15 | **ambiguous** 213:24 | **announce** 128:14 |
| **affirming** 26:17 | 225:18,19 226:1,3 | **amend** 34:7 | **annual** 75:14,14 |
| 26:18 91:17 227:2 | 226:4 | **amended** 151:3,20 | **anomalies** 158:4 |
| **affixed** 234:15 | **agreed** 210:24 | **amendments** 51:4 | 158:19 213:22 |
| 235:21 | 224:13 | **america** 51:12 | 214:7 223:5 |
| **afraid** 93:21 | **agreement** 212:9 | 210:16 211:2,4 | **anomaly** 158:6 |
| **age** 138:1 139:1,11 | 214:5 | 212:8,14,22 | **anorexia** 9:17 |
| 140:10,16,20 | **agrees** 149:7 | **american** 2:7 | 10:14,15 11:4,9 |
| 141:12 142:8 | **ahead** 29:2 32:12 | 67:21 73:23,24 | **anorexic** 11:1,3,13 |
| 143:16,18 145:4,5 | 57:1 136:19 196:5 | 74:1 80:7 87:14 | **answer** 5:19,24 |
| 145:9 146:2 | **ahh** 69:15 | 87:17 88:1,12 | 28:16 31:16 32:20 |
| 221:20 | **ahold** 4:23 | 90:16 91:3 175:13 | 43:9 46:3,4 48:14 |
| **agencies** 28:22 | **al** 4:17,18 16:24 | 175:17 176:2 | 58:1 82:11 84:24 |
| 46:8 | 32:23 59:18 | **amh** 208:17 | 87:8 95:16,23 |
| **agency** 29:6 | 189:17 233:6,6 | **amount** 75:7 | 101:20 115:20 |
| **aging** 143:21 | 234:3,3 235:3,3 | 78:18 104:3 | 116:12 118:3 |
| **agitated** 123:18 | **align** 146:17 | 197:24 198:8 | 127:9 128:10 |
| **ago** 193:16 | 228:14 | 203:17 204:2,12 | 138:3 139:23 |
| **agree** 12:10 18:22 | **alignment** 120:19 | 205:4 | 144:5 150:13,23 |
| 84:21 137:17,22 | 124:12 181:22 | **amsterdam** 73:2 | 151:10 154:24 |
| 139:3 148:15,18 | 182:10 | **amy** 1:7 233:6 | 157:19 161:20 |
| 148:23 150:4 | **aligns** 218:14 | 234:3 235:3 | 162:11 163:19 |
| 152:18 153:7 | **alleged** 147:22 | **analogy** 9:16 | 164:21 165:24 |
| 154:6,10 155:11 | **alleging** 26:20 | 123:13 | 167:10 170:2 |
| 157:12,17,21 | **allele** 59:15,18 | **analysis** 12:20,21 | 171:23 172:13 |
| 173:14 177:17,19 | **alleles** 60:1 | 101:17 | 173:12 174:2 |
| 177:24 178:5,8,21 | **allow** 46:23 | **anatomic** 175:15 | 175:5 178:13 |
| 178:23 179:1,4 | 195:17 202:10 | **anatomical** 162:9 | 179:9 181:5,24 |
| 180:17,18 181:13 | **allowed** 114:15,20 | 163:8 167:4 172:6 | 182:18 186:22 |
| 182:12 187:9 | 122:15 145:23 | 173:17,23 | 194:19 197:10,19 |
| 188:3 204:2 | 152:14 195:10 | **anatomist** 167:14 | 198:5 200:10 |
| 207:23 208:3,8,13 | **allowing** 92:7 | **anatomy** 54:20 | 202:2,4,20 203:10 |
| 208:20,24 209:5,8 | **allows** 25:13 104:3 | 124:16 126:1 | 204:7,17 215:19 |
| 209:20 210:5,21 | 208:7 | 129:2 161:18 | **answered** 82:11 |
| 211:6,7,13 212:3 | **alluded** 60:14 | 162:2,18 163:15 | 108:8 175:5 |
| 213:4,14 215:1,5 | **alter** 208:24 | 163:15 167:5,8 | **anti** 208:17 |
| 217:16 218:6,13 | | 172:16 173:9 | |

**anticipate** 67:10
85:22
**antiquated** 131:17
227:6
**antonio** 99:24
105:17
**anxiety** 6:17 7:21
8:2,3,10,16,20 9:1
9:19 12:6 143:14
**anybody** 10:18
**anymore** 113:7
130:12
**anyways** 184:10
**apa** 3:14 73:8,9,19
74:22 75:2,17
76:3,6 88:5,8
177:12,18 178:8
179:1 181:17
186:6
**apath** 80:6
**apologies** 224:17
**apparently** 191:5
**appear** 62:22
119:8 126:19
128:20 135:1
158:5 234:11
235:15
**appearance**
120:20 146:13
157:14 158:1,14
**appearances** 2:1
77:8
**appeared** 2:10,15
77:4
**appearing** 125:4
158:8
**appended** 235:11
235:18
**applied** 112:15
**apply** 25:23 26:1
78:20 124:21

**appointed** 42:12
42:13,22 43:1,4
44:3 45:11
**appointments**
42:20
**appropriate** 12:15
128:24 129:15
177:3 220:8
**appropriately**
152:18 153:18
**approved** 73:20
**approximately**
15:4,18,24 28:2,3
32:6,10,12 33:8,12
36:23 44:6 47:13
52:2,5 55:18
115:13
**archaic** 159:22
**architecture** 90:6
**archives** 111:10
**area** 21:16 25:12
29:18 52:23 55:24
72:19 90:7 100:12
100:13,20 107:9
107:21 110:7,22
167:13 214:9
221:2
**areas** 6:2,6,21
14:7 19:4 23:8
38:19,22 53:15
69:24 70:2 97:15
97:16 98:2 103:6
103:8,11,13,14
106:2,8 107:19
109:20 111:3,3
166:18 167:16,19
215:23
**argento** 1:3
**arises** 163:6
**arose** 109:13

**array** 9:24
**arrows** 142:20,21
142:22
**art** 96:8 97:5
157:18 227:5
**article** 3:15,18
69:16 98:2 130:5
131:24 133:17
134:13 138:14,19
138:22 140:9
179:18,22,24
183:15 184:14,17
184:19 186:24
187:7 191:4 193:4
193:23 194:22
195:20 196:11,13
196:16,18
**articles** 52:3 53:13
184:9
**artifact** 104:10
**ashley** 1:4
**aside** 27:8,15 32:3
87:12 125:16
131:22 147:15
201:13 218:11
**asked** 28:21 29:4
36:11 37:21 38:14
48:1,11,21 58:6
82:10 96:24 99:1
112:18 114:13
175:4 176:9
222:11
**asking** 39:8 58:8
137:2 149:7,8,11
151:9 193:8
**aspect** 123:9,12
210:11 211:10
**aspects** 7:15 85:5
105:10,12 177:8,9
**assaults** 229:23

**assemblage** 61:20
96:19
**assessed** 117:11
**assessing** 117:10
**assigned** 59:17
60:4 103:9 105:22
110:2 117:7,19,20
117:23 118:6,8,17
118:24 119:14
120:2,6 121:4
124:7 129:21,22
131:10,10,14
134:12,20 135:9
135:14,18 141:7
141:19 142:13
146:11,15,17
147:3,5,10 148:6
159:1,4,5 176:17
179:2 182:21,23
199:3 202:7
210:18 217:23
218:14 222:20
227:8,11,18
**assigning** 156:8
**assignment** 146:14
153:2 154:4 234:2
235:2 236:2
**assist** 86:23
**associated** 17:1
28:14 59:15
176:19 177:13
178:9
**associating** 34:23
**association** 70:12
73:23 74:3 78:5
80:22 81:8,16
84:12 87:14,18
88:1,12 175:13,17
176:2
**assume** 5:8 6:1,20
10:3 13:8 79:9

**[assume - bender]** Page 5

84:7 102:3 108:11
153:14 158:8
221:17 222:11
**assumed** 17:13
**assuming** 200:14
**assumption** 46:12
**asylum** 34:16,20
35:3,4
**atlas** 99:18
**attached** 235:7
**attacks** 229:9
**attempt** 71:3
190:13,14 192:3
**attempted** 116:16
116:18 191:16
192:11
**attempts** 54:10,12
189:20 191:18,21
191:22
**attend** 75:4
**attendant** 8:16
57:10 143:14
**attention** 129:12
**attenuate** 192:10
**attenuates** 90:13
**attorney** 4:9 28:17
31:18 32:15 48:14
90:18 231:18,19
**attorneys** 31:22
**attributes** 158:3
176:20 177:2,14
177:15
**atypical** 3:10
130:7
**aunt** 216:11
**australian** 59:20
**austrian** 105:15
**authentic** 121:3
228:20
**author** 94:22
148:24 180:16

186:14
**authored** 3:13,16
3:20 53:19,20,24
55:5 64:7,8 95:19
138:16 184:17
189:2
**authoring** 84:18
**authorize** 235:11
**authors** 84:19
179:22 180:12,14
**autistic** 164:16
**auto** 122:17,17
**autopsy** 98:4
103:24 104:4
109:6,7 163:11
**available** 62:18,24
97:22 111:10
122:22 137:9
**ave** 233:1
**avenue** 2:8
**awaiting** 14:23
**aware** 32:17 75:16
113:24 116:24
117:3 118:5,15
119:23 120:13
145:4 147:24
158:18 164:8

**b**

**b** 50:3 51:18,21,23
52:14 196:10,12
**baby** 123:18
**back** 14:20 23:6
44:5,12,21 50:16
51:22 88:16 109:6
110:9 111:17,19
116:9 118:16
120:3 140:21
146:6 156:5 187:2
188:12 206:15
216:19 223:24
224:8,16 233:15

**background** 22:11
25:17
**backgrounds**
142:7
**bald** 90:21
**barriers** 91:14,24
**based** 10:23 30:13
48:4 62:16 73:11
73:15 74:19 84:6
85:6 96:22 97:4
101:17 128:15,19
137:8 146:12
159:2 172:21
205:1,22 214:22
**basic** 5:15,21
67:11
**basically** 25:4
**basil** 1:3
**basis** 63:9,12,13
63:14 75:24 95:10
96:3 122:4 175:1
175:9,12 211:20
**bathroom** 18:7
29:24 30:2,2,3
31:1,4 34:8 90:23
168:6
**bathrooms** 30:8
91:2 195:23 196:7
196:14
**batting** 90:15
**bauer** 16:24 17:14
189:16
**bc** 216:23,23
**beard** 90:21
112:22
**bearing** 136:9
137:1
**beautiful** 228:20
**beautifully** 113:1
**began** 14:11 19:11

**beginning** 44:12
51:4 54:9 59:8
89:13 91:2 97:11
184:2 188:21
217:4
**begins** 132:4
138:22 140:8
184:24 185:9
**behalf** 2:10,15
26:10 45:20 86:21
87:4
**behavior** 55:24
81:21 111:10
118:19 119:4
122:11 178:20
188:11
**behaviors** 12:2
177:2 227:13
**beings** 229:20
**belgium** 105:13
**belief** 152:21
203:5 219:6
**believe** 39:14
40:19 59:20 76:8
76:20 81:20
127:15 135:4,10
140:18 144:13
152:22 188:19
193:22 194:6
197:5,14,21,23
201:21 202:5,17
203:12,16 205:6
206:1,4,18,22
209:12 211:3
217:21
**bell** 45:15
**belong** 78:22
121:24 145:22
176:3
**bender** 42:18

**benjamin** 216:12
217:17,19
**benjamin's** 216:11
**bentz** 59:22,22
60:17,19
**best** 4:23 18:4 19:8
31:18 76:18 85:1
116:12 118:3
171:24 224:4
**beth** 1:20 2:22
231:3 232:8
**better** 25:14 76:21
89:10
**bi** 75:14
**bibliography** 3:7
16:15,18 50:4
51:3,24 52:4
53:18 54:7 57:21
59:14 66:18 106:4
106:13 196:3,4
**big** 107:4 169:15
**bigger** 113:23,24
**billed** 49:17
**binary** 147:5
148:2,4,8,11,16,20
149:2 150:1,7,10
151:6,7,23 152:1,4
152:12,22 153:24
210:13,22 211:10
211:15,16 226:14
226:15
**biologic** 95:10
96:3
**biological** 96:8,11
96:13 143:7
176:18 177:8,13
179:3 180:9,21,24
181:2,10,16,17,21
182:9,16 183:3,9
**biologically** 96:22
97:4 163:9

**birth** 48:3,7 59:17
60:4 103:9 105:23
106:20,23 110:2
116:9,11,19 117:2
117:16,19,20,23
118:7,8,16,17
119:1,14 120:2,4,6
121:4 124:7
126:11,17,17,20
127:3,7,19 128:14
128:20 129:4,10
129:14,16,19,21
129:22 131:10,11
131:14 134:12,20
135:9,15,19 136:8
136:16 137:1,3,10
137:14 139:5
141:7,19 142:14
146:11,15,17
147:5 148:12
150:11,18,20
151:6,14 155:22
156:8 159:2,6,13
164:2,3,6 176:17
179:2 182:21,23
194:23 197:7,17
198:2 199:3
201:24 204:14,23
205:6,10,22 206:2
206:4,20 207:1
210:18 211:14
217:23 221:13
222:5,7,21 226:2,5
226:7,11,16 227:8
227:11,18 228:21
**births** 128:12
209:19
**bit** 10:16 35:11
89:23 109:6
**blake** 2:12 3:4 4:7
4:8 16:17,21 17:4

17:10,17,19 21:19
21:21 22:6,10,16
28:19 32:1 42:2,6
43:13 44:21,22
46:9 48:16,17
49:19,23 58:5
83:2,15,24 84:4
85:8 87:11 95:22
96:16 100:19
101:23 109:3
111:17,18 116:1
116:23 127:12
128:16 129:24
130:3 132:10
136:5,23 138:6,9
138:12 140:17
149:7,17 150:17
151:5,22 153:6
155:6 157:20
161:24 162:14
163:20 164:22
165:19 167:1,17
168:7,20 169:2,13
169:16 170:6
172:2 173:19
174:6 175:8,21
176:1 178:7,22
181:14 182:4
183:1,18,23 187:6
187:15 194:20
197:13,22 198:9
200:11 202:12
203:4,15 204:1,11
204:21 205:16
206:15,16 215:22
221:4 223:16,19
224:22 226:18
227:21 228:1
230:4
**blind** 10:18

**block** 68:12
**blocking** 5:22
**blood** 11:8 174:20
174:23
**bockting** 93:3,4,4
**bodies** 107:17,17
107:17,18,19
122:12
**body** 120:21
124:12 142:12
145:22,23 166:7
178:20
**bonham** 2:7
**book** 54:9 58:18
95:7 98:22 153:12
153:13 188:6
216:14
**books** 52:3 53:13
53:23
**born** 127:22
142:12 155:19
159:7,10,14 166:7
195:9,14,16 225:8
**boss** 112:17
**bottom** 61:23
86:11,14,17 91:11
114:24 176:10,13
176:15
**box** 176:15
**boy** 147:11 148:1
148:4 183:21
**boys** 177:3
**brain** 55:1,8 64:15
90:6,7 94:23
97:15 98:2 100:1
100:2 101:5
102:11,18,20
103:1,2,4,8,11,24
104:3,11,12
105:10,11,16
106:2,5 107:2,3,4

107:7,9,16,20,22
108:1,3,3,4,5,19
109:9,12,20,21,22
110:1,7,22 159:15
161:6,14,14,15,15
163:3,3,23 164:1,1
164:16,19 165:3,5
165:8,9,14 166:20
166:21,22,23,23
167:3,8,13,16,22
167:23 170:20,24
171:3,4,9,11,16
**brain's** 110:20
**brains** 95:1 105:21
165:9,12 166:5,15
**brake** 228:24
**branch** 216:8
**breach** 27:3 29:1
**breached** 26:21
**breaching** 28:17
**break** 5:16 44:15
44:19 82:20
111:13,15 168:1
168:14 206:10,13
223:18,20,22
**breaker** 44:9,10
**breda** 1:4
**brief** 44:15
**briefly** 51:1,21
130:23 154:11
188:20
**bring** 21:21 44:7
124:11 131:8
181:21 182:9
229:6
**broad** 9:19 60:1
**brought** 10:14
26:11 57:2 132:2
**broussard** 112:6
**bstc** 106:5 110:22
110:23

**bullet** 149:24
**bullying** 90:3
**bunch** 53:13
**burdensome** 227:3
**business** 4:24
**butcher** 99:22

**c**

**c** 4:6
**c.s.r.** 232:9
**c.v.** 3:7 16:11
**ca** 233:24
**calfee** 2:12 4:9
**calfee.com** 2:15
**call** 33:5,5,6 55:2,3
68:15 135:8,14
168:24 217:24
220:11,13,14
**called** 1:17 4:4
14:17 16:11 36:9
37:1,16 44:2 77:7
118:20 192:15
194:17 212:21
**calling** 108:11
**callosum** 167:22
**calls** 46:3 127:8
128:9 150:12,22
157:15 161:19
164:20 165:17
197:9 202:1,19
204:5,15
**canada** 17:3
193:17 194:4,17
**canadian** 193:20
**candy** 14:20
**capacity** 1:7,9,11
**caption** 86:14
180:3
**car** 229:19
**care** 3:8 26:22
27:3 54:8 69:14
69:15 71:4 73:10

73:12,15,16,19
74:8,10,12,17,20
75:19 76:7 80:18
80:20 82:6 83:8
83:11 84:11,14,20
84:22 85:3,4,11
87:2,3 90:10,12
91:14,24 92:5
93:24 97:10
148:19,24 149:22
150:6 152:6,13
175:19 192:9
201:5
**career** 26:5 52:20
53:9 115:12
**careers** 75:6
**carefully** 153:9
**carillo** 107:1
**carolina** 41:15
**carries** 88:18
114:24
**carry** 35:1
**case** 4:16 7:3
10:17 13:5 16:11
16:11 18:6,23
19:19 20:11 21:2
21:2,3,4,5,8,10,12
21:15 24:12,19
26:9 27:7 29:12
30:2 31:11 32:21
32:22 34:10 35:7
35:22,23 36:1,17
37:8,11,23 38:5,24
39:1,10,24 40:4,12
40:12,13,13 41:1
41:15 42:3,4,11,13
42:16,18 43:17
44:5,11,23 45:1,9
46:21 47:22 48:24
50:13,21 57:23
63:11 65:1 96:8

101:14,17 112:7
112:10,13,14
113:12,20,24
114:8,10,11,17
119:10 126:18
152:5 155:7,18
156:15 157:9
189:15 199:6
206:18 233:6
234:3 235:3
**cases** 15:16 17:23
18:4,7,8,11 19:3,4
19:12,17,21,22,24
20:2,14,16,21
21:22 22:12,17,18
23:1,12,18,24 24:3
24:5 27:8,16,19,21
27:22 28:8,11,21
29:5,10,19,20,24
30:2,3,4,4,18,23
31:1,1,20 33:13
34:9 35:9,13,18
36:8,12,15,19,24
37:4,10,11,13
38:10,13,14,16,16
39:14 40:5,10,15
40:20 41:4,11
42:8,20,22 45:5,7
46:7,18,20 47:3,5
47:9,16,17,18,18
47:19,20,21 112:2
113:16 114:3,4
147:5,12,13,15
157:2,5 160:23
168:18,22 169:7
190:3 207:17
223:2
**castration** 122:17
**categories** 152:20
153:19 187:24

[category - circumstance]                                    Page 8

**category** 47:17
  121:24 122:3
  147:9 148:6 153:1
  154:3,4 161:18
**cause** 104:11
  207:20 219:22
**caused** 24:9 64:14
  109:14 229:20
**causes** 48:9 54:20
**caveat** 5:17
**ce** 75:3,10 76:1
**center** 2:8,13
**certain** 12:2 13:13
  14:6 29:15 78:18
  85:5 91:15 103:6
  103:14 107:19
  110:1 111:2 125:1
  138:5 165:8
  168:10,11 185:24
  197:24 198:7,8
  200:23 201:6,9,19
  201:22 209:20
  210:17 211:5,6
  212:16,19,24
  214:23
**certainly** 62:24
  173:21 181:11
**certainty** 40:24
**certificate** 48:4,8
  71:12,18,20 75:18
  126:12,17,18,20
  136:9,16 137:1,4
  139:5 151:7,14
  194:24 197:17
  198:2 201:24
  205:22 226:17
  231:1 235:11
**certificates** 148:12
  150:11,19,20
  197:8 205:6 206:3
  206:5,20 222:5

226:5,8
**certification** 70:2
  70:4,6,21 71:1
  72:18 73:8 76:4
  234:1 235:1
**certified** 1:21 70:5
  71:13 231:3
**certify** 231:5
**cetera** 72:16,16
  74:2,2,3 75:11
  91:15,16 92:10,10
  112:22 140:14,14
  143:16
**challenge** 39:4,11
  39:15 40:1 41:5
**challenges** 94:2
**challenging** 40:7
**chance** 193:11
**change** 14:18 48:3
  54:10,19 55:18
  56:13,19,23 57:2
  57:14,17 87:5
  95:1 102:17 104:8
  104:11,12 110:20
  111:6 113:17
  114:5,11,18,21
  122:11 130:18
  134:17,23,24
  135:2,8,13,21
  142:2 145:23
  190:3 197:7,16
  198:1 199:23
  201:23 203:7
  204:3,9,13 205:5,8
  205:11 216:20
  217:1 225:3,7
  233:13,14 235:8
  236:3
**changed** 55:13
  99:2 114:16
  116:20 117:9

118:9,11 120:10
  140:8 141:21
  150:19,21 151:16
  151:17 186:7,9
  200:7 205:7 222:1
  225:5
**changes** 54:11
  85:20,21 86:24
  109:14,18 195:10
  195:18 202:14
  233:12 234:7
  235:7,9
**changing** 194:1,1
**chapter** 55:1,4,8
  64:3,7,16,17 194:7
**chapters** 80:3,8
**characteristic**
  104:24 147:8
  158:10 205:14
  226:9
**characteristics**
  119:19 155:21
  156:3,4 178:21
  222:6
**characterization**
  43:12
**characterize** 27:1
  29:10 82:14
**characterized**
  57:9,18 217:15
**chart** 142:17,19
**check** 160:10
  213:2
**chelsea** 41:2
**chester** 2:8
**chicago** 1:23 2:4
  35:12
**chicken** 163:13
**chief** 1:10
**child** 62:10 91:20
  119:8,9,20 128:15

**child's** 207:1
**childhood** 90:3
  118:20
**children** 3:16,19
  93:14,17,19,19
  118:18,23 119:2,7
  119:11,12 123:15
  125:17 179:19
  184:15
**choice** 148:2,3,11
**choose** 53:6
  198:22 199:1,4,14
  200:2,3,18
**christine** 142:3
  216:14 218:1
**chromosomal**
  154:22 158:4,6,12
  160:13 162:18
  169:23 170:9,17
  211:18 214:7
  223:5,11
**chromosome**
  169:17 208:1,7
**chromosomes**
  121:6 156:20
  157:4,13,24
  176:20 187:24
  204:3,9 207:18
  208:24 210:14
  222:1,13 223:2,7
  225:3,5,7
**chronologically**
  66:14
**chronology**
  218:11
**circles** 168:6,8
**circuit** 149:20
  209:4
**circumstance** 12:8
  173:1,9 210:22

**circumstances**
23:17 24:9 118:10
131:16 209:18
211:14
**cisgender** 26:2
134:8
**cisgendered**
125:20 126:8
135:20
**citation** 16:23
**cited** 16:22 17:11
**citizens** 127:17
**civil** 1:18 2:7,8
16:14 234:5 235:5
**claim** 28:12 29:5
43:23
**claims** 28:24
**clarification** 76:12
83:20
**clarify** 9:22 50:8
168:17,18 229:14
**clarifying** 45:18
**class** 108:6 114:21
**classes** 75:12
**classification**
152:23 154:1
220:4 229:14
**clause** 162:3
**clear** 41:3 67:3
74:11 82:23
**clearing** 17:15
**clearly** 188:15
**clerically** 210:20
**cleveland** 2:9
233:2
**client** 228:5
**clients** 86:21,23
94:1 96:6
**clinical** 10:6 14:4
68:14 70:8 123:8
207:20 221:1

**clinician** 139:1,12
140:20
**clinicians** 145:4
**close** 22:9
**closer** 16:2 17:22
33:4,7 119:17
144:15
**clothing** 178:20
**cme** 75:9
**cmv** 1:6
**code** 5:4 113:4,8
**cognition** 123:14
123:16
**coin** 125:23
**coined** 217:19
**coleman** 93:4
**collaborated** 55:7
100:14
**collaboration**
32:16 101:13
**colleague** 55:5
64:8 90:17 105:18
**colleagues** 54:24
63:6 72:23 183:12
**collect** 4:21
**collection** 187:1
**college** 74:2 90:16
91:3 196:6,14
**columbus** 2:14
**column** 132:4,12
**combination**
207:17
**combining** 33:23
**come** 23:6 113:7
198:11
**comes** 60:17 116:3
**comfortable**
117:14 159:4
**comfortably**
202:10

**coming** 85:12
**commencement**
231:6
**commenting**
141:12
**commission**
234:19 235:25
236:25
**committed** 228:12
**committee** 70:18
70:24 71:3,21
72:2,5,6,10,14,20
73:5 74:1,19,24
79:3
**committing**
190:11
**common** 127:15
137:24 140:11
188:9
**commonly** 145:18
**communicates**
178:19
**communications**
48:15 79:23
**community** 82:3
86:22 132:21
133:6 134:1
188:23
**companies** 28:9
**company** 29:6
**compatible** 207:19
**compensated** 49:4
50:21
**compensation**
49:10 50:19
**competence** 13:13
**compiled** 127:19
**complaint** 65:1,13
66:12,16 205:17
205:23

**complement**
211:18
**complete** 122:16
216:21
**completed** 190:15
233:15
**completely** 229:7
**completing** 189:18
**complex** 104:24
229:17,18,20
**complicated**
103:18 104:17
**comply** 113:3
**component** 59:11
60:9 61:5,12
95:21 122:3,9
123:4 124:4
155:20 162:6
167:3 172:7 175:2
175:10 210:14
**components** 59:7
107:3 121:20,22
160:7 162:5 172:6
172:23 190:9
211:21 213:23
**comport** 46:14
124:8 151:18
215:12
**composite** 121:20
123:5
**composition**
160:14 162:19
169:17,23 170:9
170:17
**compound** 139:22
151:8
**comprise** 160:7
214:19
**concept** 111:4
129:19 144:11
182:13 215:4

conception 207:15
concepts 187:10
 187:20
conceptual 56:16
 215:10
conceptualize
 217:7
conceptualized
 152:19 153:18
conceptualizing
 225:13
conceptually
 56:18
concerned 112:23
 143:22 169:12
concerning 112:14
 231:8
concerns 102:14
conclude 48:7
 189:24,24
concluded 219:14
concludes 95:8
conclusion 46:4
 61:6,7 64:18
 127:9 150:13,23
 151:10 165:21
 190:5,6 197:10
 198:4 202:2,20
 203:10,21 204:16
 208:4,14,21
 209:10 218:23
conclusions
 165:19 209:6
 210:6,9 213:4,7
 214:8,11 215:2
 218:7 219:10,20
 221:9,24
conclusive 174:23
conclusively
 213:11

concordance
 60:13
concordant
 121:23 160:2
concrete 11:12
concur 175:14
concurred 224:19
condition 57:6,9
 59:8 61:5 81:20
 81:21,23 118:19
 122:14 125:7
 130:17 140:3
 141:5 142:9
 146:19 218:16,20
 218:22 219:21
 220:14,15,23
conditions 147:23
 159:7
conduct 65:9
 105:7 206:23
conducted 65:19
 110:18 189:5
 193:14
conferred 189:21
confessions 153:12
 187:16
confidential
 136:10
confidentiality
 29:2
confirm 51:2
 119:13
confirmation 18:6
 27:11 99:16
conflated 55:22
 188:9
conflates 55:21
 227:12
conflicts 137:5
conform 134:12
 174:10 200:7

conformed 141:18
conforms 222:20
confuse 187:19
 227:14
confused 212:13
confusion 5:23
congruent 90:13
 189:20 192:9
 202:8 203:13,18
connection 32:9
 66:5 67:4
connotations
 227:16
consensus 210:16
 211:1 212:1 213:1
consider 81:13,15
 81:17 82:5,8 90:3
 101:24 146:1
 167:12
considered 51:17
 52:13 93:8 102:7
considers 177:3
consistent 111:7
 157:13 158:1,13
 170:13,16
constantly 44:14
constitute 115:5
constitutes 231:13
constructed 177:1
consultant 38:2,3
consumers 212:24
contact 4:22
contain 56:20
contained 58:17
contains 54:9
 58:18
contemplates
 190:11
contemporary
 138:23

content 218:12
context 10:15 18:9
 23:12 35:14 38:10
 41:7 186:20 188:3
continue 199:2
continuing 75:7
continuum 152:19
 153:18
contribute 54:24
controlled 102:7
 195:4,8 196:23
 197:2
convenient 123:10
converge 142:23
conversation
 158:9 171:14
 187:23
conversations
 75:24
convince 173:22
cook 1:22 14:15
 231:5
copy 50:2 51:2
 153:11 207:6
core 75:4
corner 86:11
corpus 167:22
correct 5:11 6:11
 7:20 11:9,10 13:3
 13:19 17:9 18:21
 19:2,21 21:24
 24:1,2,4 26:3
 33:24 36:18 37:18
 41:13 44:1 51:8
 52:10,11,17 53:11
 55:15 60:8 63:18
 64:20 66:17 69:2
 70:13 71:16 72:3
 74:16,21,24 75:9
 75:15 78:10 80:2
 85:15 87:19 89:1

Veritext Legal Solutions
www.veritext.com                                                    888-391-3376
Case 3:19-cv-00028   Document 88-3   Filed 05/15/20   Page 252 of 288 PageID #: 1294

89:5 91:3 93:18
100:22 101:3
102:2 108:13,16
112:5 113:18
114:12 116:6
126:21 127:21
129:17 130:13
131:13 135:23
137:15 147:12,20
161:3 162:8,20
170:12 174:20
176:4 177:16
186:5,11,18
189:16 192:19,21
193:18 199:5,23
203:19 204:24
205:11 210:4
211:15,22 214:1
216:2,17 224:21
229:16
**correction** 41:5
42:20 47:18,20
114:6
**correctional** 17:24
20:1,3 74:1
**corrections** 41:8
43:3 44:1 45:1
233:12 235:17
**correlate** 228:9
**correlated** 227:1
**correlation** 165:7
**correspond**
170:21
**correspondence**
159:24
**cortex** 167:13,21
**cortical** 97:17
103:15 107:4
166:17
**cortisol** 143:17

**counsel** 4:22 30:14
31:14 32:24 35:10
51:5 65:23 67:4
224:1,17 231:18
231:19
**counseling** 94:1
**count** 20:17 32:11
32:12 72:8 75:13
160:9
**counted** 110:10
**counting** 40:4
**country** 34:22
35:3
**county** 1:22 14:16
231:4 234:10
235:15
**couple** 16:7 35:17
168:18
**couples** 3:9 130:6
**course** 50:14
52:20 53:2,4,5
67:23 91:21 93:24
102:18 113:5,23
115:12 122:13
167:18 189:13
**courses** 71:6 75:4
**coursework** 71:5
71:11
**court** 1:1 42:12,13
42:20,22 43:1,2
44:3 45:11 113:20
224:3 234:7
**courts** 1:19
**coverage** 28:12
29:7,13
**covered** 67:10
**cpap** 194:7
**created** 57:11
73:18
**credibility** 11:19

**credible** 225:16
**credit** 75:2,2,9,10
76:1
**credits** 75:3
**crisis** 142:24
**criteria** 7:17 8:3,4
8:6 9:18 12:7 25:5
25:22,24 26:1
57:12 125:8
185:24 201:9
214:23
**criterion** 156:7
**critical** 156:7
**criticism** 109:13
**cross** 3:4 215:10
217:7
**crystalize** 119:17
119:21
**crystalized** 140:21
141:13
**csr** 2:22 232:8
**cultural** 85:7
**cultures** 177:9
217:5
**curious** 78:4
**current** 76:17,20
85:7 98:7 99:7,9
**curricula** 55:10
**curriculum** 72:2
72:15,18 74:20,23
**cursory** 128:3,5
128:17,18 129:5
129:14 205:1
**cut** 228:24
**cutting** 168:12
**cv** 1:5 5:7 15:14
16:8 20:20,21
21:22 50:3 51:3
67:8,11,13 76:14
88:16 94:7

**cyp17** 60:19

**d**

**d** 3:1 4:6,14
**daily** 202:9
**damaged** 164:16
229:12,13
**dance** 184:2
**data** 187:1
**date** 49:17 62:16
233:8 234:3,9,19
235:3,13,25
236:20,25
**day** 104:18 234:16
235:22 236:22
**days** 233:18
**dead** 104:6 169:13
**deal** 91:12 96:3
97:1 146:1
**dealing** 19:24
**dear** 233:10
**death** 24:16
228:24
**debut** 86:2
**decided** 220:7
**declined** 38:15
**decompensation**
122:17
**decrease** 189:19
**dedicated** 68:7
**deed** 234:14
235:20
**deemed** 233:19
**defendant** 28:6
35:8,20,23 38:8
40:11,18,21 42:9
43:21 45:23 47:5
**defendant's** 42:11
49:21 50:1 65:2
66:4 84:1,2,6
130:1,5 132:8
136:1 138:10,14

[defendant's - diamond]                                        Page 12

142:17 149:18,22
175:22 176:7
179:13,16 183:19
184:13 188:12
196:12 207:3,6
224:9
**defendants** 1:14
2:15 18:18 36:15
37:22 46:8,19
**defender** 153:12
187:17
**defense** 26:10
35:10,12 36:10
**deficit** 111:4
**define** 125:2
**defined** 133:3
146:23
**defines** 185:1,14
**defining** 104:23
**definitely** 181:13
219:18
**definition** 124:24
148:8 167:8 221:3
221:5
**degree** 13:13,18
13:24 14:22 75:8
87:24 102:6 125:1
166:8
**delay** 140:5
**demasculinize**
149:16
**demasculinized**
103:12
**demonstrate**
78:16,22
**demonstrating**
189:9
**denied** 31:3
**denmark** 216:19
216:20

**department** 1:8
4:10,18 16:14
41:5 44:1 48:2
233:22
**depending** 53:4,5
**deponent** 67:24
**deposed** 15:17
21:15
**deposition** 1:16
5:8,15,22 21:7
30:22 37:15 50:14
51:5 58:9 59:2
112:4 184:3
188:21 231:10,15
233:8,11 234:1,3
235:1,3
**depositions** 1:20
5:9 50:13 96:6
**depression** 6:17
7:22 8:20 9:19
143:15
**depth** 89:24
**describe** 91:6
129:13 218:21
**described** 36:2
123:5 205:1
217:21
**describing** 167:4
**description** 3:6
79:7
**descriptive** 55:1
**designated** 70:7
210:20
**designation**
124:18 125:13
172:19 174:10
210:21
**desire** 134:17,18
134:23 135:7,13
143:6 166:11
185:2,15 186:16

**desired** 132:19
**desires** 130:18
**desk** 229:3
**despite** 150:6
**detail** 5:13 93:23
**detectable** 163:9
163:10 226:2
**detected** 161:23
**determinant**
124:18 125:13
172:18
**determination**
75:22 119:4
**determine** 6:18
7:24 129:2 137:12
141:5 206:24
225:3
**determined** 44:7
120:21 121:5,8,11
121:14 122:6
127:24 207:16
211:17
**determines** 128:7
147:9
**determining** 173:2
174:14 207:18
**detransition** 117:6
**detransitioned**
117:4,5,12
**detransvestism**
217:24
**deutsch** 93:4
**devastating** 169:3
**develop** 110:21
156:1 208:3,7,13
208:19
**developed** 22:22
229:4
**developing** 14:13
64:15 208:2,2

**development**
91:18,20 92:3
94:19 119:6
155:21 161:14,15
163:3 164:1
208:18
**developmentally**
143:22 164:16
**developments**
16:8
**deviation** 155:8
**diabetes** 98:7
**diagnosable** 7:16
**diagnose** 116:4
137:21 174:19
198:18
**diagnosed** 117:21
124:2 139:15
166:12 220:24
**diagnoses** 7:16 9:1
9:2 10:1 12:3,7
25:10 186:1
**diagnosing** 125:8
**diagnosis** 6:21 7:4
7:8,10,21 8:9,23
9:4,6,11,17 10:3,6
11:16,19,21,24
24:22,23 25:3,5,15
25:18 56:17 57:12
115:9,17,23 116:5
123:7 173:21,24
174:9 196:24
197:5,14 198:20
198:21
**diagnostic** 7:17
184:24 185:10
214:6 220:12
**diamond** 60:23
61:6,15,19,22
62:21,23 63:5

[dictate - document] Page 13

dictate 155:18
die 144:2
died 106:20
differ 106:3
165:10,11 166:15
166:16,17,17,18
166:19 177:9
186:2
differed 24:11
difference 7:7,9
8:15 56:16 131:12
165:16 166:24
176:11 190:7
differences 55:2
94:23 103:5 107:6
107:23
different 7:23 8:2
19:4 24:18,19,20
24:23 25:8 26:1
32:8 52:3,9 56:13
56:17,18 60:22
61:10 80:8 85:17
97:15 103:7 108:1
108:4 109:8
129:19 137:8
140:12 165:5
166:7 167:6,15,15
177:9 186:20
187:10,20 192:17
202:23,23
differentiate
144:16
differentiation
209:16 210:3
differently 182:14
differs 7:16
118:23 177:21
difficult 89:6
190:20
difficulty 32:14
40:23

digested 52:19
digit 97:23 106:19
dimorphic 98:2
103:11 104:23
106:6 109:21,22
diplomat 70:8
diplomate 70:14
direct 3:4 224:2
direction 9:4
231:12
directives 87:3
directly 95:1
231:20
director 1:8 4:17
16:13 75:23
directs 208:2,12
disability 229:11
disabled 164:16
229:7,15
disagree 209:11
209:12,14,19
210:8,10,12
211:12,17,23
213:7 214:2,17
215:12 217:14
218:19 219:2,9
disagreed 38:7
211:9
disagreeing 219:5
disagreement
211:20 214:6
disavow 187:7
disciple 216:11
disciplinary 80:16
discipline 78:23
78:23
disclose 41:14
49:8
disclosed 26:9
30:15 36:12 37:3
37:4,5 50:4

205:21 206:2
disclosing 31:17
disclosure 3:18
93:18 184:14
198:16,17
discomfort 142:14
discourages 149:1
discoverable
167:5
discovery 65:7
discriminated
22:21 24:18 93:21
discrimination
18:1 20:7 22:22
22:24 47:19 89:22
90:19 91:15,24
92:12 93:6,11
113:11
discriminatory
91:6
discuss 54:13,17
94:8,23
discussed 36:17
66:19 116:12
214:24
discussing 92:18
discussion 82:18
97:13 100:17
144:24
dismissed 108:6
disorder 6:10 8:3
8:18 18:3 22:23
23:8,24 24:7,10
56:12 57:5 62:2
70:9 118:20
210:19
disordered 57:4,7
disorders 6:18
7:16 8:21 9:21
209:15 210:2

disposed 37:24
disposition 152:24
154:2
distillate 191:24
distinct 152:20
153:19
distinction 96:12
148:1 179:6,11
distinguish 39:20
distress 19:17
57:13 123:8 124:9
219:22 221:1
distressing 146:19
district 1:1,1,19
dive 5:6
diverge 76:22,23
divergence 124:16
162:2,17 172:16
174:7
diversity 6:7 13:2
13:6 14:14 18:20
19:1,6 20:8,13
21:16 22:18 23:13
23:19 24:4 25:13
26:8 27:24 34:13
35:24 38:11,12,16
40:22 52:24
215:16
divides 167:22
divulge 76:22,23
doctor 68:18,22,23
doctoral 15:6
document 49:21
50:6,9 84:2,7 86:9
112:18,20 114:2,6
114:12 126:22
130:1 132:3
138:10 151:20
153:4 175:22
179:13,15 183:8
183:19 195:4

[document - entirely]                                              Page 14

207:3,8 228:13,21

**documentation**
192:4 195:19
212:2 215:8

**documented**
191:18 211:16

**documents** 17:7
18:2 22:3 49:9
50:10,11 53:13
66:13 86:24 87:6
90:13 96:19
113:18 126:14
141:9,10,14 151:2
151:15 189:21
190:3 192:10
194:10 195:1,11
195:18,21 202:15
203:2,8,14,18
207:11 226:24
228:8,8

**doe** 1:3

**doing** 14:8 19:11
58:23 68:9 105:13
105:16 112:16
113:1

**dolls** 119:9

**dormitories** 196:1

**dozen** 32:13

**dr** 16:23 64:24
65:3 66:11,19,20
101:4 102:23
168:21 207:7
211:24 222:12
224:9

**drafting** 205:18

**dramatic** 228:16

**drastic** 200:5

**dress** 113:4,7,7,8

**dressing** 215:10
217:7

**driven** 17:2

**driver's** 21:5
194:16,17

**drop** 176:10

**drugs** 35:1

**dsd** 209:23 210:2
213:8,11,15 214:4
214:13,14

**dsm** 7:19 8:4,6,22
9:21 25:6,23 56:7
56:10,20 57:9
58:7 59:3,8 60:14
60:15,18 61:11
62:17,23 63:19
185:1,13,18,19
186:10 214:23
221:2,5

**dues** 76:19 78:2

**duly** 4:1,4 231:7

**dysphoria** 6:22
7:1,4,11 8:6,12,16
8:24 9:5,6,12
54:14 55:3,13
56:4,5,9 57:8,19
59:16 60:13 62:9
63:8,12 64:6,14
90:14 94:12 95:4
97:13 99:17 115:3
115:9,18,23 116:5
120:19 123:1,7
124:3,6 125:9
130:15 140:10,15
143:9,13 145:10
145:11 146:19
185:22 192:10,13
196:24 197:6,15
198:19 219:21
220:11 221:6,12
223:4 227:9,23

**dysphoric** 107:24
107:24 122:10,10

122:20,21 123:3
144:2 166:3,12
223:6,6

**e**

**e** 3:1 4:6,6,14,14
59:14 224:6

**earlier** 26:5 34:7
98:11 134:11
211:21

**early** 19:14 97:21

**easier** 33:2

**easiest** 199:12

**easy** 126:3 199:13

**ebonham** 2:10

**edited** 98:23

**edition** 58:10 99:6
185:1,13

**editors** 99:2

**educate** 71:3
86:21 184:5

**education** 70:17
70:23 71:2 73:14
74:18,23 75:7
76:8 79:17 81:23
91:11

**educators** 70:22
79:6

**effect** 102:10
189:22 195:20

**egg** 163:13

**eight** 19:4

**either** 12:1 28:12
31:22 33:13 42:11
69:22 79:20
153:23 176:18
179:3 207:16
222:18

**elderly** 142:24
144:8

**element** 81:18

**elementary** 79:11

**elements** 173:15

**eliminate** 91:23

**elizabeth** 2:7 32:3

**else's** 132:24

**email** 233:17

**emerge** 119:19

**emery** 219:14

**emotional** 19:17
19:17 219:22

**employed** 31:22

**employee** 231:17
231:18

**employer** 113:10

**employment** 18:1
20:7 68:16 113:11

**enacted** 41:18

**encapsulate** 22:24

**enclosed** 233:11

**encourage** 74:6
152:10

**encroach** 29:1

**ended** 37:22 114:2

**endocrinologist**
69:4,6,21 83:14

**endocrinologists**
71:6 83:4,10

**endocrinology**
69:5 73:5 98:7

**endorse** 76:5 85:3

**endorsed** 73:22
74:23

**endorses** 73:10

**enduring** 123:12

**ensue** 57:11 91:8

**entered** 203:23
235:9

**entire** 102:22
234:5 235:5

**entirely** 121:13

entirety  140:9
  211:8
entities  46:18
entitled  3:18 34:20
  138:15 184:14,22
entity  44:24
epath  80:4
epidemiologists
  219:14
equilibrium
  229:23
equivalent  194:16
erickson  123:22
  144:10
ericksonian
  144:11
errata  233:13,18
  235:7,10,18 236:1
error  16:16,19
  206:19
especially  89:7
estrogen  217:2
et  4:17,18 16:24
  32:23 59:18 72:15
  72:16 74:2,2,3
  75:11 91:15,15
  92:10,10 112:22
  140:13,14 143:16
  189:16 233:6,6
  234:3,3 235:3,3
etiology  54:14
  55:2 64:5,9 92:23
  94:12,16 95:6
  97:12 99:4,17
etiopathic  98:9
etiopathogenetic
  95:4
ettner  1:16 3:3,7
  3:11,13,17,20 4:3
  4:14 58:14 93:2
  93:13 97:19 130:8

138:17 153:13
  168:21 233:8
  234:4,9 235:4,13
  236:20
europe  72:24
european  80:5
evaluated  44:14
  115:1,2,12,16
  116:7,15
evaluation  3:10
  12:12 70:8 130:6
evaluative  11:12
evanston  5:3
event  23:7
everyone's  186:4
evolved  227:7
evolving  57:3
exact  75:23 153:22
exam  128:21
examination  1:17
  3:4,4 128:3 129:1
  129:11 231:7
examinations
  65:20
examined  4:5
example  6:15
  24:24 41:1 79:2
  90:22 103:9
  127:18 198:12
  199:17 228:11
exception  66:12
exceptionally
  112:17
excess  115:7
exclamation  84:7
excluding  157:6
exclusion  18:6
  27:14
excuse  16:6 21:18
excused  230:8

execute  190:12
executed  235:10
execution  234:14
  235:19
executive  75:22
exhibit  3:6 49:20
  49:22 50:1,24
  51:18,21,23 52:14
  66:4 67:7 84:1,3,6
  111:19 126:15
  129:24 130:2
  132:8 136:1
  138:11 142:16,17
  153:10 175:23
  176:7 179:14
  183:20 188:12
  196:10,12,13
  207:4,6 224:9
exhibits  22:4,7
  50:3,12
exist  217:4
existed  142:1
  217:24
exists  212:15
expanding  91:23
expect  12:11
expectations
  141:24
expensive  155:16
experience  5:21
  13:12 15:1 25:9
  25:17 44:13 68:14
  68:16 69:3,5
  92:12 118:13
  120:5 121:2
  122:13 124:6,9,24
  130:19 137:6
  141:11 144:15
  145:15 151:4,19
  202:5,13 203:1,3
  226:13,22

experienced  23:6
  24:7 27:5 83:6
  146:18
experiences  8:1
  25:7 57:13 90:3
  220:24 228:6
experiencing
  10:23 15:1
expert  3:7,21 4:16
  6:4 15:16,19
  17:21 19:11 21:1
  23:23 26:7,9 28:5
  28:17 31:9,13,17
  31:20 33:4,9
  35:19 36:9,11,13
  36:15,21 37:1,3,22
  38:15 39:10,24
  40:7,16 41:1,15
  42:7,10,12,14 43:1
  43:4,5 44:8 45:6,8
  45:19,23 46:10,21
  47:4,10 48:2 49:1
  50:2 57:23 63:7
  63:10 64:23 65:2
  65:12 73:5 75:19
  88:23 89:4 92:21
  96:17 101:14,16
  102:1 111:20
  112:3 114:4
  121:17 128:23
  146:6 150:8
  164:10 168:23
  188:13 205:18
  207:7 214:4 217:9
  224:10
expertise  6:2 9:13
  13:5 14:13 18:11
  18:16,19,24 19:5
  21:16 23:12,18
  25:12 26:6,8
  27:24 29:18 38:4

38:7,12 53:15
69:1 100:10 101:9
214:9 215:24
**experts** 44:4
**expiration** 234:19
235:25 236:25
**explain** 24:8
**explains** 190:18
**export** 111:20
**expose** 206:7
**exposes** 9:23
**exposure** 106:18
**express** 123:8
152:14 159:16
219:6
**expressed** 88:23
**expression** 120:20
150:10 152:4
177:23 178:1,18
**extended** 229:11
**extensive** 128:6
129:1,11
**extensively** 93:5
**extent** 28:16 31:17
48:14 54:21 85:16
101:7,11 184:6
**external** 121:11
128:3,13 146:13
147:8,16 155:24
156:6,11,16,18
157:14 158:2,10
158:22 159:23
161:4 162:24
170:16 176:21
205:2
**extra** 51:4
**extremely** 104:16
104:24 228:19
229:12
**extroversion** 7:14

**f**

**f** 151:6,13,17
**face** 94:3 228:6
**facilities** 31:3
195:22
**facility** 30:4
**fact** 19:18 87:20
122:8 137:24
141:9 187:9
207:10 213:9
**factor** 143:19
173:2 174:14,14
191:9
**factors** 3:18 17:1
93:19 143:3
184:15
**facts** 10:17
**fails** 152:23 154:1
**fair** 10:5,8 29:9,9
46:12 69:19 87:16
186:12 223:14
**fall** 6:22 7:10 9:12
18:15,24 19:5
27:23
**falling** 18:14
**fallopian** 208:19
**familiar** 62:13,14
63:4 102:3 105:16
153:14
**familiarity** 62:2
**family** 25:1 62:8
73:24 97:24
**famously** 23:4
**far** 11:1 37:9
90:15 103:20
157:9,11 218:11
**fear** 54:17 93:11
93:11 206:8
**feared** 205:21
206:1,9

**fearful** 206:6
**features** 173:18
**feces** 229:3
**federal** 1:18 16:14
40:17 46:7,17
**fee** 49:14 80:1
**feel** 38:4 177:7
198:12 214:20
**feeling** 142:4
152:8 214:18,22
**feelings** 143:15
144:14
**feels** 142:10
**fellow** 70:7,14
**felt** 46:22 140:12
140:12 142:15
**female** 59:17 60:4
90:22 103:10
106:15,17 108:2,3
109:12 112:21
113:2,3,4,8 128:8
129:3 146:12
147:3 151:18
152:23 154:13
158:24 159:21
171:6,18 172:10
172:12,13 176:19
178:17 179:4
188:1 200:1
207:16 210:19
211:10 217:2
226:11 229:2
**femaleness** 160:1
**feminine** 103:13
153:24
**feminized** 109:21
109:23 110:2
**fetus** 207:16 208:2
**field** 10:4,6 13:6
25:12 41:8 43:3
53:14 70:1 78:17

100:10,24 102:1
105:14 215:13,24
**fields** 79:22
**figure** 167:2
**figuring** 12:22
**filed** 36:3
**financial** 140:5
**find** 58:13 153:22
165:15 196:5
233:11
**findings** 111:6,6
189:5 192:7
**fine** 10:14 21:24
23:22 30:11
157:21 220:17,22
**finger** 106:16
**fingers** 32:11 72:8
**finish** 58:23 108:7
**firm** 32:24 35:12
35:13 44:12
**firms** 31:21 32:18
**first** 4:4 14:12,19
14:24 15:23 21:14
54:8 64:3,16
86:20 92:11 98:3
112:6,7,16 120:17
130:10 138:22
139:8 142:18
161:17,22 162:3
180:6 184:22
199:13 200:24
213:8 216:12
221:10 224:8,13
224:20
**fit** 153:1 154:3
161:17
**five** 22:13 30:16
30:18 61:3 160:7
160:12 162:5
211:21

**[fixed - gender]**

fixed   140:23
fled   35:2
flush   9:10
flushed   85:19
fmri   100:3,4
focused   91:5
focusing   105:6
folks   19:18 117:1
   125:20 186:6
follow   74:6,7
followed   8:3
following   9:18
   132:17
follows   4:5
followup   129:12
   230:4
footnote   59:5
   61:13,14
force   144:7
forces   142:22
   143:7
foregoing   231:10
   234:13 235:18
form   125:7
forming   51:17
   52:13
forms   68:15
forth   44:6
forward   233:15
found   17:5 59:15
   59:23 109:5,7
   110:6 165:6
   189:17
foundation   149:5
founding   70:21
four   6:21 13:24
   30:5,24 53:18,22
   54:7 55:11 108:1
   108:4 112:3
   161:17,22 162:8
   165:5 171:11,13

171:14 172:23
193:16 215:23
221:20,21
fourth   55:4
frankly   184:4
   192:22
free   12:21 234:14
   235:20
frequently   20:2
   77:3,4 176:9
friction   199:12
frolic   76:24
front   50:10,11,15
   51:15
full   16:23 87:24
   90:21 138:22
fun   77:5 78:4
function   221:2
functional   55:6
   98:1 104:1 108:5
   208:6
funny   77:21
further   55:22
   103:22 178:15
   223:16 230:3
futility   54:11

**g**

g.r.   16:24
gather   4:21
   189:14
gavin   42:1,2,3
gay   229:4
gei   73:11,13 74:18
gender   3:19 6:7,7
   6:22,24 7:4,11 8:6
   8:12,16,23 9:4,6
   9:11 13:1,2,6,6
   14:13,13 15:1
   17:8 18:6,13,20,20
   19:1,1,6,6 20:4,5,8
   20:8,13,13 21:16

21:16 22:17,24
23:13,13,19,19
24:3,4 25:13,13
26:7,8,17,18 27:11
27:14,24,24 28:14
29:8,13 31:4
34:13,13,19 35:23
35:24 36:7,8,16
38:11,11,11,12,16
38:16 40:21,22
41:10 48:4,8
52:21,23,24 54:3,3
54:8,11,14,18 55:3
55:13 56:4,5,9,12
57:5,8,19 59:16
60:4,13 62:2,9
63:8,12 64:5,13,18
68:9 74:13,15
90:9,14 91:17
92:8,23 93:24
94:1,9,12,17 95:3
96:19 97:10,12
99:15,17 103:10
107:24,24 115:3,9
115:18,23 116:5,8
116:20 117:2,8,12
117:22 118:7,9,15
118:18,20,23,24
119:3,13,15,21
120:1,2,3,8,9,19
120:22 121:2,3,18
121:23 122:2,6,10
122:10,15,20,21
123:1,3,3,7,9,24
124:2,3,6,8,11,17
125:1,4,9,12 126:2
126:19 129:20
130:15 134:11,14
134:15,21,22,23
134:24 135:3,6,12
135:17,20 136:9

137:1,6 139:15,19
140:1,7,10,15,20
140:22 141:13,16
141:18 143:4,8,11
143:12,20 144:2,8
144:17,19 145:5,8
145:8,15,19,20
146:3,19,23
148:15,20 149:2
149:14 150:2,8,10
150:21 151:2,24
152:2,14,18
153:12,17 159:3,9
159:10,12,17
161:11 164:4,5,8
164:17 166:3,8,12
170:4,7,8 171:5,16
172:13,17,22
173:6,16 174:14
175:2,10,14,17
176:12,24 177:9
177:15,20,20,21
177:22,22,24
178:9,16,18,19
179:7,12 180:22
181:3,8,8,8,16,19
181:22 182:10,16
182:22,22 183:3,9
184:16 185:22
186:17,19 187:9
187:16,20 188:11
192:10,13 194:2
196:24 197:5,15
198:12,18 200:7
202:6,11 204:2,10
204:12 205:4
206:5 214:14,21
215:3,15,16 217:7
217:22 218:10,14
218:15,19 219:4
219:15,21,24

220:1,5,11 221:6
221:12,19 223:3,5
223:6 225:16
226:1,4,15,16
227:1,9,14,15,23
228:9,14
**gene** 59:23 60:20
**general** 6:5 12:24
13:9 18:10,16
22:14 28:11,24,24
53:14 61:4 84:21
85:10 120:9
127:23 189:4
195:13 206:23
**generally** 17:22
23:16 24:8 30:18
31:1 38:19 129:14
148:12 227:6
**generating** 49:14
**generic** 73:3
**genetic** 59:7,7,10
59:15 60:7 61:4
61:12 63:9,12,13
95:4 97:23 100:5
105:13 131:5,16
131:19 132:2,20
132:22,22 133:6,9
133:9 134:5
154:13,13,16,20
155:9 158:23,24
159:20,21,24,24
**geneticist** 59:24
60:10 63:16,17
69:1
**genetics** 60:12
**genital** 208:12
**genitalia** 121:12
128:4,7,14 146:13
147:9,16 155:24
156:2,7,12,16,18
157:14 158:2,5,8

158:11,22 159:2
159:23 161:4
162:24 170:16
205:2
**genitals** 128:20
**genotype** 155:4,10
156:17
**genuine** 146:18
**germany** 217:20
**getting** 9:4 28:24
**gg** 132:22 133:6,9
**ghent** 105:12
**gid** 185:1,14,21
**gil** 61:1,8,24 62:1
62:17,24
**girl** 132:22 133:6,9
140:13 147:11
148:1,5
**girls** 177:4
**give** 6:3,13,15
11:24 12:5 20:18
58:3 75:2,3 78:1
89:19 126:4 164:4
193:16
**given** 5:9 12:8
16:10 26:7 64:13
83:18 141:2 177:2
184:10 223:6
231:14
**gives** 75:2
**giving** 11:16 37:23
73:1 135:7,13
**glance** 129:9
**glasses** 111:22
**global** 70:17,23
71:2 73:14 74:18
74:23 76:8 91:11
**gm** 133:9
**go** 5:12 21:22 23:5
29:2 32:12 50:16
50:19 51:15 57:1

58:23 67:7 77:18
80:1 82:16 89:23
92:10 93:23
100:15 103:20,21
104:20 114:23
120:15 124:10,14
136:19 140:14
149:20,21 152:13
160:3 168:6,20
188:12 196:5
206:11 213:3
**god** 229:19 230:1
**goes** 89:2 153:21
176:24 185:13
**going** 6:1 8:9
15:22 17:10,12
18:23 21:21,22
22:2,2,6 23:20
28:15 29:1 30:13
30:21 35:1 41:6
44:5,15,16 49:19
53:1 59:23 77:10
83:24 85:13,21
88:16 104:17
105:14 111:22
119:9 120:16
135:21 137:16
138:9 149:4
153:10 155:9
157:2 168:5,7
169:2 170:8 174:9
174:12 176:6
183:8 188:13,15
188:16 206:10
207:14 223:20
224:8
**gomez** 61:1,8,24
62:1,17,24
**gonadal** 208:2,7
**good** 12:11 35:6,6
51:13 77:15 91:12

131:24 156:19,21
160:10
**gorton** 17:14,14
64:24 65:12
**gorton's** 16:23
66:11,20
**government** 28:8
29:6 39:5 40:11
40:17,20 41:3
42:5,9,10 43:6,24
44:24 45:4,6,8,12
45:20,23,24 46:17
47:5
**governmental**
40:1
**governments**
28:22
**graham** 41:21,23
**grandchildren**
145:24
**grandfathered**
70:20
**grant** 76:1
**granted** 35:4
**grave** 136:12
**gray** 167:19
**great** 5:5,13 94:2
111:14 124:10
165:21
**greater** 33:18,21
**green** 61:8 62:6,8
62:18,24
**grimm** 41:21,22
41:24 42:2,3
**griswold** 2:12 4:9
**ground** 67:9
**grounds** 113:9
**group** 59:17,22
81:9,14 88:4
105:6 141:2
152:24 154:2

190:19 191:1,13
**groups** 14:16,23
  61:10 62:5
**grow** 110:20 111:2
**growing** 30:21
  96:18
**guess** 5:6 8:8,14
  9:23 13:11 15:21
  23:4,15,16,16
  27:10 33:17 40:3
  40:8 43:14 56:1
  68:13 69:18 78:1
  113:15 115:15
  126:9 144:5
  163:12,13 167:13
  170:24 212:13
**guesstimate** 19:7
**guide** 94:1
**guideline** 76:3
**guidelines** 73:9
  74:7
**guild** 77:2
**guillamon** 94:21
  97:19 98:6 99:23
  99:24 100:1
  102:13,23 105:3
  108:9 110:18,19
**gynecologists**
  83:12

| **h** |
| --- |

**h** 59:14 109:7
**hair** 229:9
**hairs** 30:7
**hairstyle** 178:20
**halter** 2:12 4:9
**hand** 72:1 84:17
  86:11 132:4,11
  232:2
**handed** 49:24 84:5
  130:4 138:13
  179:15 184:12

207:5
**handful** 34:2
**handy** 50:16
**happen** 43:5
**happened** 108:19
**happening** 119:24
**happens** 126:17
  129:14
**happy** 49:11
  103:17,20 126:16
  187:18 188:14
**harassed** 24:17
  228:23
**harassment**
  229:15
**hard** 62:21 192:22
**hare** 59:14,18
**harm** 19:17 25:3
  48:9 136:12
  205:21 206:2,8,10
**harmed** 22:20
  24:16
**harmful** 91:5
**harms** 24:20 90:4
  90:19 91:8
**harry** 216:11,12
  217:17,19
**hate** 25:14
**head** 10:2 67:24
  164:15 228:13
  229:10
**health** 1:8 4:10,18
  57:18 73:22 78:6
  79:21 80:22 81:9
  84:12 86:15 87:4
  89:15 91:20 94:20
  149:1,24 152:6,9
  152:15 220:3,6
**health's** 48:2
**healthcare** 70:12
  74:1 89:16 91:19

92:1,1
**hear** 144:5
**heard** 133:16
  215:4
**hearing** 46:21
**heavily** 31:8
**held** 68:13 70:15
**help** 9:3 87:5
  190:7
**helped** 148:24
**hemisphere** 97:17
  107:7,22
**heralded** 109:10
**hereto** 231:20
**hereunto** 232:1
**heritability** 59:6
**hhs** 16:15
**high** 2:13 26:22
  28:23 60:13 79:10
**higher** 17:6 79:17
  113:20 195:15
  196:20 209:24
  219:17,18 223:4
**hired** 32:21 40:6
  44:13 113:1
**hirschfield** 217:20
**historically** 131:4
  216:7
**history** 54:13
  131:2 180:7 217:4
**hiv** 93:7
**hmmm** 10:24
**hogwarts** 12:22
**hold** 21:19
**holding** 153:11
**home** 4:24 105:23
  228:15
**homes** 229:8
**homework** 184:8
  184:11

**honestly** 168:23
**hope** 41:13 86:2
  103:22 157:16
**hopefully** 99:22
**hopelessness** 8:20
  9:2 143:15
**hormonal** 104:10
  104:11,12 143:1
  199:16,19 203:13
**hormone** 72:24
  109:18 121:9
  176:20 203:6
  208:17 225:6
**hormones** 64:14
  83:5,7,22 105:21
  106:23 108:12,13
  108:15,18 109:15
  110:9 208:11
**hospital** 14:4,16
**host** 74:15
**hour** 1:24 49:15
**house** 12:22
**housing** 196:14
**huh** 47:2 62:11
  87:1 96:23 132:15
  143:2 145:7 196:1
  221:22
**human** 55:24
  81:21 82:13 91:20
  130:19 229:20
**humans** 143:17
**hundred** 54:21
  184:9
**huntingon** 2:13
**hurts** 190:14
**husband** 69:7,14
  83:11 228:22
  229:3,4
**hypertension**
  54:16,21 93:10

**hypothalamus**
  110:23,24
**hypothesis** 95:5
  98:9
**hypothetical**
  170:1 171:19,23
  172:14,21 173:4
  173:15,20 174:1
  189:9,11 190:2,19
  190:21,24 191:13
  193:3 197:19
  198:4 203:21
  204:6,18
**hypothetically**
  189:13

**i**

**icd** 220:4
**idaho** 21:2,8 40:12
**idea** 33:16 49:16
  129:6 145:22
  160:10 217:6
  219:5
**ideation** 189:20
  190:4,8,10,22,22
**identical** 166:21
  166:22
**identical**
  207:20
**identification**
  121:19 202:15
**identified** 15:14
  20:19,21,23 57:21
  59:11 94:7 165:4
  178:9 184:1
  204:13,22 211:14
  211:24 215:23
**identifier** 48:3
  136:15 137:3
  139:4 150:20
**identifies** 120:1
  171:6,17

**identify** 54:1,6
  159:12 160:7
  214:18
**identities** 57:3
**identity** 17:8 18:2
  20:5 31:5 34:19
  36:8 48:5,9 54:3
  54:11,19 56:12
  57:5,6 60:5 62:2
  64:19 74:15 86:24
  87:6 90:9,13
  92:23 94:9,17
  95:4 96:20 103:10
  112:18,20 113:18
  114:1,6,12 116:8
  116:20 117:2,8,12
  117:22 118:9,16
  118:20,23,24
  119:13,15,21
  120:2,3,8,9,22
  121:18,23 122:2,7
  122:8 123:4,11,19
  123:20,22 124:1,3
  124:8,12,16,17
  125:2,12,21 126:2
  126:5 129:20
  134:11,23,24
  135:5,6,12,17,20
  140:1,7,21,23
  141:9,10,13,18
  142:24 143:4,8,11
  143:12,19,20
  144:7,9,10,11,17
  144:18,19,21
  145:9,15,20 146:3
  146:23 150:11,21
  151:2,15,20,24
  152:2 159:3,9,11
  159:12,18 161:11
  162:3,6,18,19,22
  162:24 163:4,5,6

  163:14,16 164:5,5
  164:9,17 170:4,7,8
  171:5,16 172:7,10
  172:17,17,22
  173:6,16 174:8,14
  175:2,10,15
  177:15,22 178:9
  178:16,19 179:12
  181:22 182:10,16
  183:3,9 189:21
  190:3 192:10
  194:1,9 195:4,10
  195:18 200:8
  202:8 203:7,18
  214:21 218:10,14
  226:1,4,16,23
  227:1 228:7,8,9
**ignorance** 9:24
  10:4
**illinois** 1:22,23 2:4
  5:3 114:22 231:5
**illness** 192:14
**illuminating**
  188:15
**imaged** 166:5
**images** 104:4
  105:23
**imaginary** 104:1
**imagine** 13:12
  81:24 86:7
**imaging** 55:7
  100:2 101:5
  105:20 108:6,10
  163:10 166:5,23
  168:4,11 171:10
  171:15
**immaterial** 192:23
**immigration**
  34:10,12 42:4
**immutable** 64:15
  64:19 94:8 96:21

  97:1,2
**impact** 34:19
  89:21,22 90:6
  93:14 102:24
  143:3,5,7,10,20
  144:8 191:9
**impacted** 102:13
**impacts** 91:6
  93:14
**impairs** 221:1
**impeach** 30:13
**impeachment**
  169:3
**implement** 175:19
**implicate** 60:12
**implicated** 95:2
**implicates** 61:4
**implications**
  106:17
**implied** 57:4
**implies** 227:10
**imply** 134:6
  154:20
**important** 45:17
  95:20 107:5 111:4
  123:11 124:3
  125:22 127:16
**impose** 150:1,10
  151:23 152:7,12
  152:15
**imposes** 152:1
**imposing** 148:19
  149:2 150:7
**impression** 83:4
  83:17,19
**improve** 92:1
**inaccurate** 136:17
  212:18 228:7
**inaccurately**
  30:24

inah  106:7
incarcerated
  114:21
incidents  209:15
  209:17 223:4
include  8:24 36:20
included  233:13
includes  120:19
  145:20,21 146:3
including  18:5
  97:14 124:10
incomplete  171:23
  197:19 198:4
  203:21 204:6,17
incongruence
  145:13
incongruent  120:1
  134:22
incongruity  15:2
  52:24 124:24
  134:14,15 135:16
  139:16,19 166:9
  218:15,19 219:4
  219:15,24 220:1,5
  225:16
incongruous
  175:15 198:13
  214:22
inconsistent  153:1
  154:3 206:5
incorporate  60:19
incorporated
  235:12
incorporating
  55:8
incorrect  136:9
  137:1,4
increase  54:20
  144:14
increases  55:23
  143:17 144:14

increasingly  30:24
independent  44:8
  45:14
indicate  171:1
  172:7
indicated  50:20
  194:12
indicates  169:18
  172:8
indicating  233:13
indication  11:24
indicator  156:19
  156:21,23
indicators  104:22
indicia  119:13
  164:19 170:21
  171:11 186:1
indirectly  60:12
  231:20
individual  12:1
  25:19 36:2 43:18
  43:20 81:22 115:8
  115:22 116:3,4
  117:11,22 119:16
  124:2 127:24
  132:17 134:22
  136:11 141:23
  169:18 171:17
  204:13 225:3
individual's  48:4
  124:18 127:7
  146:18 172:18
  222:6
individuals  14:17
  14:23 17:6 31:23
  48:5,9 59:16 60:3
  60:9 71:9 74:7,12
  75:20 87:5 89:23
  90:5 102:22 105:4
  105:7,9 112:11
  115:2,6,11 118:14

123:3 138:1,24
139:5,14,19 140:2
140:19 141:3,17
145:3 148:20
149:3,12,13,15
150:8 153:1 154:3
159:8 165:7 195:9
195:14 216:10
217:21 218:13
industry  118:13
infant  147:9
  205:15
infant's  226:9
infants  106:20
  146:11 147:2
influence  164:1
  177:6 208:10
inform  52:23
information  22:11
  46:14 53:3 68:13
  98:4,12,24 99:7
  106:19 127:19
  136:11 137:9
  180:6 222:14,17
  222:18
informs  11:20
  73:16
ingelhart  2:2 3:4
  16:6,18,22 17:16
  21:18,20 22:1,8,15
  28:15 31:16 42:1
  43:7 46:2 48:13
  57:24 82:10,16,22
  84:23 87:7 95:15
  96:5 100:15
  101:19 109:1
  111:14 115:19
  116:10 118:1
  127:8 128:9 132:9
  136:3,18 138:2
  139:22 149:4

150:12,22 151:8
153:3 154:23
157:15 161:19
162:10 163:17
164:20 165:17,22
167:9 168:1,5,16
168:21 169:6,10
170:1 171:22
173:11 174:1
175:4 178:2,11
179:8 181:4,23
182:17 186:21
187:11 194:18
197:9,18 198:3
200:9 202:1,19
203:9,20,24 204:5
204:15 205:12
215:18 220:19
222:22 223:17,24
224:7,23,24
226:21 227:22
228:4 230:2,6
233:5
initial  224:10
initially  106:5
initiate  122:15
initiative  70:17,23
  71:2 73:14 74:19
  74:24 75:13 76:8
  91:12
injury  17:24 19:15
  35:17,18 38:23
inmates  92:5
innate  225:10,17
inordinately
  122:23
input  102:19
inquiry  189:2
inspection  205:2
instance  24:14,15
  56:7 72:12,23

Veritext Legal Solutions
www.veritext.com                                                                    888-391-3376
Case 3:19-cv-00028   Document 88-3   Filed 05/15/20   Page 263 of 288 PageID #: 1305

90:21 132:5,13
158:7 166:20
**instances** 24:15
118:15 228:7
**institute** 91:20
94:20,23 191:17
**institutes** 20:1,3
**instruct** 224:2
**instructors** 71:15
**instrument** 11:17
**instruments**
174:22
**insurance** 12:16
12:17 18:4 27:8
27:16,23 28:9
29:6 78:2
**integrity** 144:11
**intensifies** 140:10
140:15 145:9
**intensify** 143:9,16
145:5,17
**intention** 181:12
**intentional** 229:21
**interact** 177:7
**interaction** 64:14
**interactions** 202:9
**interchangeably**
227:6
**interdisciplinary**
80:13,14
**interested** 67:8
77:21 193:6
231:20
**interesting** 77:22
183:15
**intermittently**
229:21
**internal** 121:14
128:21 161:2
162:21 170:13,17
176:21 178:17

**international** 80:3
86:3 220:4
**internists** 83:11
**interpretation**
152:5
**intersex** 159:7
210:15 211:1,4
212:8,14,22,23
**intervenable**
16:24
**intervention**
199:20 200:15,15
203:17
**interventions**
110:3 125:10
152:11 166:14
200:24 201:1,8,11
201:16,17
**interviewing**
117:10
**interviews** 65:9
**intractable** 229:24
**introduced** 22:4
216:12
**introducing** 22:7
**introduction**
103:3 184:22
185:7
**introversion** 7:14
**invades** 136:10
137:2
**investigators**
61:18
**invited** 16:13
94:22
**involve** 9:2 18:17
18:19 27:23 30:19
31:1 34:12 43:17
47:10,16 114:4,11
145:15

**involved** 14:23
17:23 19:12 24:3
24:6 27:17 28:22
29:5 30:1 31:23
32:18 33:13 35:23
39:14 40:21 41:2
41:4 46:7 47:5,18
60:2 68:8 105:3
112:10 114:17
194:10 195:5
**involvement** 114:7
**involves** 80:19
**involving** 20:4
23:24 28:12 29:8
36:16 39:10 40:1
45:1
**iq** 6:16
**irregularities**
155:13
**isolated** 59:18
**issue** 29:5,18
54:18 95:12 96:8
97:2,4,14 112:13
114:14 116:11
145:24 157:9,18
167:10 179:9
181:5,24 182:18
186:22 212:13
**issued** 71:20 76:9
**issues** 14:14 18:9
20:5,8,13 23:19
24:4 28:24 29:21
34:13 35:24 36:16
40:22 45:2 47:11
52:21 53:2 54:4
74:15 89:16 92:18
145:5,8,12,13,14
145:19 146:3
216:4
**italian** 54:24

**items** 51:4 52:6,19
53:18 54:2 57:20
66:18
**iteration** 74:17
84:10

### j

**j** 93:5
**jake** 2:12
**jane** 1:3
**jason** 4:8
**jblake** 2:15
**jeffries** 16:12
32:23 114:10,17
**job** 69:19 112:15
**john** 218:8
**join** 77:10 80:1
87:21 88:8,11
**joined** 77:6
**joining** 79:8
**jorgensen** 142:3
216:15 218:2
**journal** 191:8
**judge** 44:6,11
**judge's** 65:5,14
66:21
**judith** 1:11

### k

**kara** 2:2 32:3
233:5
**karen** 1:9
**karyotype** 134:6
154:18,21 155:14
155:18 156:13
170:9 222:20
223:13
**karyotypes** 133:13
133:14
**karyotyping** 155:5
158:19 160:16
169:22,24 222:11

**kawulia** 1:21 2:22
  231:3 232:8
**kazakhstan** 72:13
**keep** 19:11 93:20
  96:15
**killed** 24:15 34:23
  228:15
**kind** 5:14 7:7
  13:24 22:4 38:18
  38:18 67:11 77:22
  96:12 108:7
  163:13 192:22
  194:9 220:13
  226:22
**kinds** 103:7
**kingelhart** 2:5
**knew** 43:3 142:4
  193:8
**know** 5:7,17,24
  9:13,24 10:7,7,16
  10:18,20,22 11:7
  11:11,12 12:14
  15:14,18,23,24
  20:24 22:12 23:3
  23:4 25:14,17
  27:10 28:16,23
  29:19 30:14 32:13
  33:12,15 36:23
  39:1,17 40:5,5
  47:6,13,15 51:1,24
  52:12 56:22 63:5
  73:19 75:1 76:3
  76:14,23,24,24
  77:21,24 79:10,13
  79:14,15,17 80:6,7
  86:9 87:22,23
  88:2,6,13,14,15
  91:10 92:6 94:4
  96:10,13 102:6
  104:9 105:1,17
  106:3,6,9,22 107:6

109:12,14 110:11
  111:21,22 112:24
  113:6,19,20,21,22
  113:23 114:2,19
  117:9,21 119:3,8
  119:15 120:1,7
  123:15 132:5
  133:10,10,16
  136:2 140:21
  141:1 143:21
  144:24 146:9
  149:12,13 151:12
  153:8 155:4
  156:16 157:9,11
  158:19 159:21
  162:18 163:8,12
  163:14,21 164:10
  164:12,13,23
  165:2 167:12,15
  167:21 168:24
  169:4,6 171:17
  172:4,8 174:23
  180:4 183:24
  184:9 186:2 187:2
  188:14 189:8
  191:10,15 192:7,8
  193:2,19,21,24
  194:4,9,23 195:1,3
  195:6,8,13,19,20
  196:22 197:1,2
  198:12 199:13
  201:3 202:22
  205:20 206:9
  209:5 212:4,5,7
  213:1,4 214:4
  215:3,9 216:13
  217:9,10 218:8,11
  225:11,12
**knowing** 142:1
  206:4

**knowledge** 13:9
  59:10 60:18 76:18
  78:11 88:3,11
  184:4
**knowledgeable**
  83:6
**known** 120:14
  218:2 229:17
**knows** 141:3

**l**

**lab** 100:14
**laboratory** 102:22
**lack** 6:19
**lake** 5:3
**lambda** 32:4 33:14
  34:3
**lambdalegal.org**
  2:5
**lamda** 2:2
**language** 140:2
  141:4
**languages** 73:16
**lapath** 80:9
**large** 94:5 111:9
  122:23 141:19
  191:1
**largely** 13:5
**larger** 110:7
**largest** 60:24
**late** 15:5 140:8
  142:23 144:7
  216:10
**latest** 98:12
**latin** 80:7
**law** 32:24 39:5,11
  39:12,15 40:7
  41:16,18 201:3
**laws** 91:7 193:24
**lawsuit** 26:11 36:3
  41:2 46:24 113:10

**lawyer** 79:2 88:11
**lawyer's** 160:11
**lawyers** 71:7 88:8
**lay** 96:12 188:10
  227:14
**layman's** 59:23
**lead** 13:13 134:16
  134:17 169:7
**leading** 227:15
**leads** 134:18
**leaf** 50:24
**learn** 111:2 142:9
**learned** 5:8
**leave** 12:13 104:17
  107:12 113:9
  229:8
**lecture** 89:19
**lectured** 51:12
**left** 83:3 123:17
  132:4,11,17 224:4
**legal** 2:2 32:4
  33:14 34:3 46:3
  79:3 90:16,17
  91:3 127:9 150:13
  150:23 151:9
  197:10 198:4
  202:2,20 203:9,20
  204:16 233:1
  236:1
**legally** 40:8
**length** 94:2 106:16
  106:19
**lengths** 124:10
**lengthy** 54:24
  97:13
**letter** 233:19
**level** 26:22 28:23
**levels** 121:9
**liable** 46:1
**liberties** 2:7,8

**library**  53:3,7
**license**  2:22 21:5
   70:3 78:15 79:9
   113:2 194:16,17
**licensed**  78:23
**lie**  164:14
**life**  91:18,22 92:4
   94:19 102:19
   103:16 139:21
   140:8,11,24 141:8
   141:15,20,20,24
   144:12 145:14
   190:15 201:7
   207:19
**likelihood**  61:1
**likewise**  110:2
   189:21
**line**  29:11,16
   108:7 233:13
   235:7 236:3
**lines**  61:9 228:24
**linguistic**  215:6,6
**link**  107:19
**list**  88:17 162:5
**listed**  8:22 9:21
   51:18 52:2,14
   53:19 54:15 55:11
   59:19 62:11 66:1
   66:13 67:18 70:15
   70:16 78:6 112:7
   171:14 179:21
   235:7,17
**listing**  235:7
**lists**  112:2
**literal**  55:20
**literature**  98:14
   101:2,3 118:12
   120:11,13
**litigation**  4:11
**litigator**  108:22

**little**  85:5 142:17
**live**  92:7 116:21
   118:10 120:6
   135:1 139:9 141:6
   142:12 144:12
   145:14,16 172:12
   173:22 182:22
   185:3,15 186:16
   201:6 202:10
**lived**  120:5 137:6
   141:11,16,23
   151:3,19 203:3
**lives**  139:9 163:4
**living**  104:2
   112:22 116:18
   117:7 118:7
   142:11 151:18
   175:16 199:3
**llp**  2:12 4:9
**load**  169:15
**loan**  112:6
**local**  40:17
**locate**  190:20
**locker**  30:3,3,8,24
   34:8 195:23
**logical**  199:7
**long**  13:14,14
   67:11 223:20
**longer**  130:12
   134:2 140:15
   144:4 185:21
   188:8
**look**  11:11,14 49:7
   51:16 58:3 90:20
   91:10 96:17
   102:10 103:2,3,4,5
   103:8,10 104:2
   106:3,9,14 107:1
   111:5,19 126:14
   126:15 128:22
   135:24 149:18

**little**  85:5 142:17
**live**  92:7 116:21
   118:10 120:6
   153:9,16 154:9
   166:22 169:11
   178:15 191:10
   193:11 209:21
   224:10
**looked**  59:2 66:16
   69:19 93:13
   105:22 106:21
   108:14 126:11
**looking**  61:21
   68:12 102:16,17
   102:19,21,24
   104:10 168:12
   224:18
**looks**  133:18,19
   184:23
**loosely**  68:15
**lost**  25:1 123:14
   229:10
**lot**  19:14 41:6,10
   42:19 58:19,20
   67:9 75:5 105:14
   107:3 126:8 189:1
**lots**  6:20 156:17
   192:17
**loved**  25:1
**lovely**  153:13
**loving**  54:8 93:24
   97:10
**lower**  195:16
**lucky**  169:14
**lunch**  111:15
   161:9
**lunchtime**  107:14

**m**

**m**  4:6 151:6,13,17
   224:6
**madam**  233:10
**madrid**  55:5
**magnetic**  55:6
   98:1 101:5 104:1

   108:5
**magnus**  217:20
**maintain**  75:6
**major**  74:5 85:21
   122:8
**majority**  23:14
   92:16 139:20
   158:9,11,15
   191:16 202:16
**making**  25:5 86:23
   199:8
**mal**  26:4,6 35:7
**male**  59:17 60:4
   103:9 105:22
   106:17 108:3,4
   110:2 128:7 129:2
   132:20,22 133:9
   134:5 146:12
   147:3 152:23
   154:13,16,20
   155:9 156:18
   158:23 159:20
   169:18,20,24
   170:5,10,11,14,18
   170:24 171:3,4,9
   171:16 176:18
   178:17 179:3
   187:24 200:1
   207:16 210:19
   211:10 226:10
   228:21
**maleness**  159:24
**malingering**  19:22
**malpractice**  18:3
   19:21 26:10 35:15
   35:22 36:17 38:22
**man**  90:18 112:14
   112:15,22 113:1
   116:21 152:8
   164:13,14 229:6,9

man's  166:22
management  95:3
  120:18
manager  112:23
  113:2
manipulated
  215:10 217:7
manner  185:10
manning  41:2
manual  7:18 185:1
mare  216:24
mari  1:20 2:22
  231:3 232:8
mark  153:22
marked  49:21
  50:1 66:4 84:2,6
  130:1,5 138:10,14
  175:22 179:13,16
  183:19 184:13
  207:3,5
marker  112:21
  136:9 137:2 194:2
  194:2 197:7,16
  198:1 201:24
  226:15
married  69:11
  140:13 228:19
  229:5
masculine  103:12
  153:23
massachusetts
  43:16 45:1
massive  191:19
master  45:15
masters  13:22
  14:1 15:10 87:23
match  17:7 141:15
  150:21 226:24
  228:9
matches  31:4
  146:15 226:16

material  58:19,20
  167:23
materials  51:17
  52:13,15,18 53:7,9
  63:21 64:21 65:24
  66:5 111:2
math  160:11
matter  15:20
  48:12,19 49:5
  63:22 65:17 66:6
  67:4 107:2 110:22
  167:19,20 195:13
matters  17:23
  231:9
max  2:8
mean  7:2,8 20:22
  22:1 29:15 39:19
  57:5 78:1 79:2,16
  80:2 82:14 90:10
  92:6 96:12 102:22
  117:8,13 120:24
  127:15,18 129:15
  132:1 145:8
  146:23 148:4
  158:2 159:11,14
  162:15 163:21
  164:9,14 165:20
  170:4 184:8
  189:10 193:8
  195:23 198:7,10
  198:15 201:19
  210:2 215:23
meaning  133:3,6
  181:12 215:7
meaningful  38:5
meaningless
  217:12
means  56:4 117:6
  131:9 188:10
meant  9:11 40:9

measure  7:13,15
measurement  7:11
  7:12,23 8:13 9:6
  9:13
measurements  6:6
  6:12,17,23 7:13
  8:12 9:3 13:1,10
  174:24
medical  18:3
  19:21 26:4,6,10
  35:7,14,21 36:16
  38:22 55:10 57:9
  65:20 68:18,21,23
  74:5 75:10 120:18
  125:9 128:7,24
  133:2 136:10
  137:7,9,20 140:6
  152:11 166:13
  174:18 175:13,13
  175:17,18 189:18
  200:6,15 201:10
  201:16 204:14
  205:9 206:18,22
  206:24 219:21
  220:14,15,23
  222:2 225:2 227:7
medicare  18:5,5
  27:9,13 29:12,19
medicine  58:9
  63:20 64:1,17
  90:17 91:4 94:18
  97:20 98:18 99:5
  99:11
meet  8:2 67:23
  72:14 125:8
  214:23
member  25:1 73:4
  73:6 77:1,13
  78:12,21 81:6,7
  87:15,17,24 185:3
  185:15 186:17

members  72:4,20
  79:20 80:5,12
  82:1,4 83:9
  132:21 133:6
  220:6
membership  88:7
memory  149:6
men  177:3
mental  79:21
  86:15 87:4 89:15
  149:1,24 152:6,9
  152:15 192:14
mention  90:12
  160:12
mentioned  26:4
  32:23 35:7,21
  37:21 40:11 46:18
  70:9 114:8,19
  216:9
mentions  61:19
  90:12
mentors  72:15
menu  176:10
met  31:22 65:16
  68:1 75:22 169:4
  201:10 220:6
metabolism  60:3
meter  3:21 65:3,13
  207:7 211:24
meter's  66:19
  222:12 224:9
methodologically
  191:5
methodology
  191:11 195:6
methods  180:3
  191:3
metrics  11:12,14
mhw  1:6
miami  67:20,24
  68:1,2

**michigan** 21:3,4
21:12 40:12
**microstructure**
97:16 103:14
107:2 166:16
**microstructures**
164:6
**mid** 140:11
**middle** 79:11
106:14 132:3,12
145:4
**midwest** 233:17
236:1
**midwife** 128:13
**military** 71:8
**milton** 60:23 63:5
**mind** 11:18 23:22
89:12 164:8 186:1
186:3,4
**mine** 90:17
**minor** 67:14
**minority** 89:21
91:14 152:24
154:2
**minute** 20:18
87:12 223:19
**minutes** 15:15
189:6
**mischaracterizat...**
165:23
**mischaracterizes**
43:8 109:2 118:2
163:18 178:3,12
220:20
**misconception**
83:1
**miserably** 152:23
154:1
**mission** 78:20
91:22

**missions** 82:9
**misstates** 109:2
163:18 178:2,12
187:11 224:22
**misunderstanding**
55:23 82:24
**misunderstood**
55:23 69:18 81:21
**modern** 217:16
**modest** 85:20
**modifications**
225:7
**modify** 85:13
114:12 122:11
**modifying** 85:17
**molecular** 69:1
**moment** 51:22
207:15 222:7
**money** 218:8
**monroe** 16:12
32:23 114:9,17
**month** 229:10
**monthly** 72:14
**morbidity** 192:15
192:16,16
**morphed** 70:24
**mortality** 143:23
144:14
**mother's** 208:10
**move** 58:21
188:13 218:17
**moved** 55:15
131:6
**mri** 58:15 100:2
108:10 109:22
170:21 171:10,15
**mullerian** 208:17
**multi** 80:16
**multidisciplinary**
80:20

**murdered** 35:2

**n**

**n** 2:2 3:1 4:6,6,14
4:14 224:6,6
233:5
**nagy** 1:11
**name** 4:8,13 56:19
73:3 99:23 114:18
114:20 142:5
169:8,11 196:2
199:24 228:22
233:6 234:3,4,15
235:3,4,21
**names** 28:21
114:16
**narrative** 54:10
**narrower** 88:4
**natal** 117:16,17,18
130:18,23 131:5
131:16,21 134:13
134:17,19 135:8
135:14,21 153:2
154:4 227:8,10,19
**national** 73:24
74:3 91:19 94:20
94:23
**natural** 121:8
122:13
**nature** 19:23
27:19 39:19 94:8
189:3
**near** 127:3
**nearly** 90:15
**necessarily** 117:8
121:16 133:2
157:1 198:24
199:15 210:13
**necessary** 4:20
**necessity** 18:1
20:10 21:15 39:2

**need** 5:2,12,15
20:17 22:11 85:6
87:20 125:1 129:7
144:3 168:6
190:24 212:2
217:22
**needed** 44:14
116:21 216:21
**needn't** 83:13
**needs** 135:2
197:23 201:21
**negative** 227:16
228:6
**neither** 168:21
**nervosa** 9:17
**netherlands** 101:6
109:7
**neurobiological**
63:13
**neurocognitive**
6:19
**neurocortical**
96:14
**neurologist** 100:7
**neurons** 110:7,10
110:21
**neurophysiologic**
96:14
**neuroplasticity**
102:4,8,11,14
110:17,19
**neuropsychologist**
100:8,9
**neuropsychology**
100:21 101:10,18
**never** 36:14 38:24
68:18,21 117:17
117:18,20 120:11
142:1,4 155:4,13
169:4 198:14
215:4,7

**nevertheless**
129:15 150:9
155:17
**new** 16:11,11
44:12 70:5,6 76:9
90:7 109:9 110:21
111:2 141:9,11,15
164:7
**newborn** 129:2
**news** 35:6
**nice** 53:3
**nick** 64:24
**nih** 91:21
**nine** 51:22
**nodding** 10:2
**nomenclature**
56:14
**non** 62:3 107:24
108:2,3 134:7
165:12 193:3
**nonanatomical**
174:13
**nonconforming**
74:13 118:19
119:3 221:19
**nonissue** 126:5,7
**nontestifying**
36:21
**nonvisible** 121:21
**norm** 155:8
**normal** 13:24
155:7,17 156:15
156:17,17 158:5,7
158:12,17,21
171:3,4 210:22
211:14 213:21
223:12
**normally** 155:18
156:1 170:18
**north** 41:15
210:16 211:2,4

212:8,14,22
**notarized** 233:14
**notary** 233:24
234:10,18 235:15
235:23 236:23
**note** 233:12
**noted** 61:1
**notes** 65:14
**notice** 1:17
**noticed** 69:13
**noting** 51:3
**november** 86:3
**nuanced** 57:16
**number** 5:9 12:7
22:12 30:10 35:13
99:21 110:6
122:24 201:22
233:7,13
**numbered** 86:10
**numbers** 86:12
192:8 209:21
219:17,18 235:7
**numeral** 86:20
**nurses** 71:7
123:17

**o**

**o** 4:6 109:7 224:6
**obamacare** 27:12
**object** 28:15 84:23
96:7 153:3 171:22
**objected** 117:16
**objection** 31:16
43:7 46:2,3 48:13
57:24 82:10 87:7
95:15 96:5 101:19
109:1 115:19
116:10 118:1
127:8 128:9
136:18 138:2
139:22 149:5,19
150:12,22 151:8

154:23 157:15,17
161:19 162:10
163:17 164:20
165:17,22 167:9
170:1 173:11
174:1 175:4 178:2
178:11 179:8
181:4,23 182:17
186:21 187:11
194:18 197:9,18
198:3 200:9 202:1
202:19 203:9,20
203:23 204:5,15
204:16 205:12
215:18 220:19
222:22 224:22
226:18 227:21
228:1
**observable** 221:11
226:2
**observed** 167:24
168:4,10,11,12
205:9
**obstetricians**
83:12
**obtained** 70:3
180:7
**obviously** 18:15
53:12 66:15,21
71:17 87:13 94:24
129:18 135:22
141:21
**occasion** 228:16
228:17
**occasions** 116:16
**occur** 41:7 55:18
90:20 107:23
119:16 195:11
**occurred** 26:5
27:6 57:14,17
165:3 187:3

**occurrence** 62:9
**occurring** 120:12
192:16
**occurs** 209:18
219:15 229:21
**october** 232:2
233:4
**offensive** 220:9
**offer** 37:6 91:13
**offering** 19:7
101:16 214:10,12
**offhand** 49:9,18
193:9,19 194:3
**office** 1:10,12
10:22 11:15 16:14
53:7 173:21 174:9
229:6
**officer** 80:21
**offices** 34:5
**official** 1:7,9,11
234:15 235:21
**oftentimes** 41:4
198:18
**oh** 18:4,14 37:4
56:15 58:15 62:20
77:5 97:10 131:2
142:3 176:16
191:8 206:9
219:18
**ohio** 1:1,8 2:7,9,14
4:18 126:11,16,23
150:9,18,20 226:5
226:7 233:2
**ohio's** 148:12
**okay** 6:20 8:5,23
11:7,18 12:4,11,21
13:8 14:8,12 15:3
15:14,22,23 16:5
16:21 17:10 18:8
18:22 19:9,16,24
20:22 21:20 22:8

23:11 24:8,13
25:11 26:4,18,24
27:8,15,22 29:11
29:24 30:18 32:2
33:7,18 34:2,12,18
36:23 38:18,24
39:16,23 41:10,14
42:19 43:2,14,17
45:4,17 49:16,19
50:18 51:11 52:2
53:8,17 54:22
55:12 56:1,22
57:15,20 59:10
64:16 66:10,24
67:2,16,23 69:13
69:18 70:19 71:14
72:1,4,9 74:22
75:16 77:5,20
79:24 80:13,15,21
81:4,17 83:2,18
86:8,13,20 90:1
91:9 95:24 98:21
99:14 111:12
112:6 113:14
114:23 115:8
116:2 117:18
118:12 120:15
124:14 125:16
130:17 131:2
133:13 134:9
139:3 144:20
146:11 147:17,21
148:1 154:11
155:23 159:19
160:23 161:13
170:16,20 171:4,6
171:10 172:5
185:8 188:2
190:17 193:7
194:23 196:22
201:18 203:24

206:12 207:10
209:17 210:2
211:13,23 212:12
212:21 213:3,13
214:8,16 218:6
220:15
**old** 130:11 133:16
159:22
**older** 3:12 119:5
138:1,16 139:1,11
140:20
**olfactory** 104:21
**omitted** 16:16,19
**one's** 124:16
130:18 144:15
172:17 176:18
179:3 217:1
**ones** 20:19,23 31:7
38:21 62:10,11,12
78:19 94:11
226:24
**ongoing** 27:21,22
**online** 12:22 80:1
**ontario** 17:3
193:22 196:23
**ontario's** 193:24
**open** 168:12
**operation** 26:21
**opine** 46:22 48:21
114:13
**opinion** 4:16 6:3
13:4 41:12 45:24
46:15,16 47:22
48:2,11,18,20,22
49:5 63:8,10,11
64:12 65:5,14
66:3,7,16,22 67:5
92:21 98:7 101:14
101:16 121:17
122:5 124:5,5,13
125:14 127:5,11

127:13 128:17,23
137:3,7,11 147:18
150:9,18 151:1,14
151:19 160:4
173:16 174:13
203:5 205:18
212:17 213:19
214:10,12 222:13
**opinions** 46:11,13
48:23 49:2 51:17
52:14,23 88:23
**opportunity** 21:23
38:1 142:1 230:7
**opposed** 96:11
192:24
**opposing** 224:16
**opposite** 180:8,21
180:24 181:2,8,9
181:16,20 182:8
214:18,21 219:7
**optimal** 80:18
**options** 200:20
**order** 77:7 124:11
181:21 182:9
200:19,21
**organ** 167:23
**organization**
57:18 71:22,23
73:23 78:12,16
79:1,24 80:3 82:1
82:2,5,15 83:9
176:3 212:21
220:3,7
**organizations**
33:23 73:11 74:3
74:6 82:3,4 86:23
175:14,18
**organizing** 123:23
**organs** 121:15
155:19 161:2
170:13,18

**orientation** 187:22
188:10 227:13
**origin** 34:22 64:10
64:11
**originally** 98:22
**origins** 215:15
216:8 217:17
**outcome** 27:2,4
231:21
**outcomes** 228:6
**outdated** 154:12
**outlined** 7:17 9:18
214:23
**outpaces** 123:21
**outruns** 123:21
**outset** 114:9
126:15
**outside** 11:21
100:10 214:9
**outward** 158:13
**outweighs** 172:23
**ovary** 208:8
**overall** 92:1
125:21
**overlap** 6:20 13:9
26:6 29:22 184:7
**overlaps** 23:18
**overly** 30:9
**overstate** 214:5
**overturning** 18:5
**ovid** 216:23

**p**

**page** 3:6 50:19
51:9,15 53:17
54:9 58:8,12 59:6
59:22 61:17,23
62:8 76:13 86:8
86:12,17 88:18,19
88:20 89:17 90:2
91:11 92:16,17
94:14,15,17 95:5

[page - percent]                                                                    Page 29

96:17 97:12 99:15
106:11,12,15
111:20 114:24,24
120:16 124:14,15
132:3,8,9,11 136:1
136:6 138:21
142:16 144:22
146:6,7 149:21
153:16 156:6
160:4 176:8,13
180:2 184:22
185:5,6 187:17,18
188:14,15,16,16
188:17 189:7
196:8,9,10,12
207:14 224:10,17
225:23 233:13,15
235:7 236:3
**pages** 51:22 86:10
88:17
**paid** 76:19 77:12
**pain** 142:5
**pairs** 62:10
**panic** 229:9
**papers** 168:22
169:11
**paragraph** 50:20
51:7,16 52:12
96:18 97:6 111:21
111:23 114:23
120:15 124:15
132:3,4,12,14
135:24 136:4,6,24
138:22 144:17,24
146:7 156:6 160:3
160:6 162:1
172:22 184:22,24
188:19,20 207:15
209:3,5,6,8,10,11
209:13 210:6,8,9
210:11 211:7

213:3,5 214:3
215:1,2 217:12,15
218:6,7,12,17,24
219:8,9,11,19,20
221:8,9,23,24
222:3,8 224:11,14
224:15,18,20
225:20,24
**paragraphs**
142:18
**parallel** 192:18
**parameters** 9:19
**paramount** 122:3
123:4 124:17
172:17 173:16
**paramountly**
122:6
**parcel** 92:15
**pardon** 68:20
180:13
**parent** 62:10
93:15,22
**parents** 3:16,19
93:17 119:8
179:19 180:7,20
184:15
**parlance** 188:9
**part** 11:5 19:19
26:13 58:17 72:1
75:12 77:9 88:4
91:22 92:15
107:16 108:9
125:22 130:19
135:7 184:1 189:8
190:18 209:13,19
235:9
**partial** 216:20
**particular** 27:6
72:19 76:10 105:5
105:20 111:5
119:16 127:20

221:2 227:14
**particularly** 90:5
91:24 142:6
**particulars** 24:20
**parties** 231:19
**partner** 3:10
101:4 130:7
**partnership** 101:8
**parts** 59:3 63:24
106:4 109:22
110:1 168:10,11
200:6 201:7
**party** 43:4 46:11
**pass** 71:11 191:7
**pathophysiology**
54:16 93:10
**patient** 12:9 26:19
27:4 68:5 152:13
213:15 216:15,17
216:18 228:5,12
**patients** 71:5 83:7
93:7 123:14 213:8
213:11 214:13,14
216:10 221:20
**pattern** 158:12
**pay** 78:2 80:1
**payment** 77:8
**peer** 191:4
**pending** 5:18
**penectomy** 122:17
**penis** 208:13
226:10
**people** 3:13 14:21
15:1 18:10 22:20
23:9 24:6,15,17
25:8 34:22 52:9
55:22 63:5 71:7,8
72:10,11,13 78:2
79:16,22 81:24
83:11 88:4 90:20
91:7 92:2 94:3,24

103:9 104:2
105:12,21,22
107:5,23 109:8,9
115:17 116:16
117:3,10 118:5
121:22 122:2,9,14
122:24 124:6,7,22
124:23 125:3,6
126:1,8 131:5
133:5 138:16
140:11 142:6,6
143:22,23 144:1
145:18,24 146:14
146:16 147:15
158:9,11,15,21
159:1 160:1,2
164:15 165:10
166:3,4,4,6,10,15
177:6 186:16
188:10 189:10,12
189:15,23 190:2
190:21 191:1,14
191:15 192:2,2
193:20 194:5
196:23 197:3
199:9,13,15 200:5
200:20 201:10
202:5,13,16 203:1
203:12 214:18,20
217:3 223:3,5
227:14,16 229:6
229:22
**people's** 57:3 95:1
107:19 139:9
157:12,24 223:2
**perceive** 107:17
**percent** 19:9 33:19
33:22 54:21
158:16,16,17
191:16,17 219:16

**percentage** 33:13
**percentages**
  155:13
**perception** 107:10
  107:18,18
**perfect** 59:3
  160:13
**perfectly** 220:17
  220:22
**perform** 35:1
**performing**
  124:10
**period** 14:9 103:4
  119:24 139:4
**permanent** 57:6
  201:8 227:11
  229:11
**permission** 58:4
**permitted** 190:2
**persecuted** 34:21
**persevering**
  123:20
**persistent** 185:2
  185:15 186:16
**person** 10:24 11:8
  12:5 24:14,23
  25:7,15,24 26:2,12
  31:2 34:16 57:13
  75:21 96:12
  108:14 122:1
  125:12 127:22
  134:7,9,10 136:8
  137:13 142:10
  151:1 154:20
  158:6,23 164:18
  165:15 169:5
  171:17 173:20
  174:7,8 178:18
  181:1,20 182:8,20
  190:10 192:24
  197:6,16,23

198:11,22 201:14
  201:21 216:12
  220:24 223:7
**person's** 48:8
  54:10 111:1
  118:15 120:21,24
  121:19 122:5
  124:4 126:23
  128:6 129:20
  135:20 136:16
  137:5 143:20
  144:8 146:15,22
  152:2 155:4 156:9
  156:12 157:3
  160:7 172:3,6,9
  173:2 174:15
  175:3,11,14 178:1
  178:16 200:17
  204:3 208:24
  226:14,24
**personal** 17:24
  19:15 35:17,17
  38:22 142:23
  230:1 231:12
**personality** 6:16
  7:15 12:1,12
  123:12,23
**personally** 141:3
  234:11 235:15
**persons** 17:2
**pertaining** 1:19
**petition** 229:1
**ph.d.** 1:16 3:3 4:3
  13:20 14:1 87:20
  130:8 153:14
  233:8 234:4,9
  235:4,13 236:20
**pharmaceutical**
  73:3
**phenomenon**
  216:14 217:24

**phenotype** 156:17
  170:10,11 171:9
**phenotypes** 108:2
  108:5 133:10,12
  133:14 165:5
**phenotypic** 155:20
**phenotypical**
  173:17
**phone** 168:24
  169:7 233:3
**phrase** 63:14
  182:11,13,15
  187:3 217:19
  218:10
**phrased** 9:9 10:13
  25:21 219:3
**physical** 71:7
  128:19 136:12
  157:13 158:1,2,13
  161:22 176:19
  177:14,14 205:21
  206:2,8,9 221:11
**physically** 24:16
  229:12
**physician** 36:3
  69:14,15 83:5
**physicians** 73:24
  79:21 83:8
**physiological**
  174:21,24
**pi** 47:18,20
**pick** 17:11 53:6
**place** 231:16
**placed** 188:2
**placental** 208:11
**places** 136:11
**plaintiff** 26:19
  28:4,5,5,7 41:24
  42:11 43:21,22
  44:13 46:6,23
  47:4,10

**plaintiff's** 150:10
  224:1
**plaintiffs** 1:5 2:10
  7:3 18:18 31:11
  65:6,10,16,21,23
  126:18 147:22
  205:21 206:17
  222:10
**planet** 165:15
**plans** 190:12
**plastic** 67:21 68:8
  74:2
**play** 121:19 178:1
**playing** 119:9
**please** 4:12 5:16
  5:24 89:14 109:4
  118:2 209:4
  228:11 233:11,11
**pleased** 112:17
**poet** 216:23
**point** 9:3 37:14
  119:17 134:3
  140:23 141:8,21
  184:3 193:13
  194:7
**pointed** 171:12
**points** 105:24
**police** 35:2
**policies** 39:18 41:5
  91:7
**polymorphism**
  60:19
**poor** 142:7
**population** 61:4
  78:24 80:19 82:7
  213:21 219:16
**portion** 19:3
  141:19
**position** 38:8
  46:17 80:24
  111:13 113:9

Veritext Legal Solutions
www.veritext.com                                    888-391-3376
Case 3:19-cv-00328   Document 88-3   Filed 05/15/20   Page 272 of 288 PageID #: 1314

positions 68:13
  70:15
possesses 215:6
possibility 27:5
possible 106:17
  123:10 141:17,23
  151:12 169:1
possibly 84:24
  95:16,16 151:9
post 6:9 8:17 18:2
  22:23 23:7,24
  24:7,10 70:9
  103:4
postdoctoral 14:6
potential 59:7
  60:7 61:12 104:22
pounds 229:10
power 105:24
practice 13:16
  14:10 215:11,17
  216:8 217:8,11,11
practiced 13:15
practicing 14:11
pre 108:10 140:22
preadolescence
  118:22 119:18
precedent 173:17
precise 30:9
precisely 97:14
predictive 152:12
predictor 93:7
prefer 49:13 209:7
preference 132:18
preferences 3:10
  130:7
preferred 132:23
prefrontal 167:21
pregnant 216:24
  216:24
preliminary
  200:24 201:14

premarin 217:1
premise 28:11
prenatal 106:18
  106:22
preparation 52:15
preparations
  72:24
preparing 63:21
prescribe 83:21
presence 208:1
present 106:23
  138:1,5,8,24
  139:12,20,20
  140:1,19 145:3
  160:20 172:12
  202:6 217:22
presentation
  67:17,20 68:4,6
  90:17 120:20
  137:6 141:15
  177:21 183:3
  206:6 228:14
presentations
  88:17 89:3,7,11,13
  91:13 92:15,17
  94:6 95:11
presented 94:20
presenting 199:2
presently 40:2,3
  84:15
presumably 85:13
pretend 57:15
prevail 47:1
prevalence 176:20
prevented 190:4
  191:22 192:3
previous 231:6
previously 44:4
  66:13 70:10
  103:23 131:15
  159:21 168:23

224:12,19
primarily 18:24
  19:5 20:8,9 32:8
  48:21 176:19
  177:13 218:21
primary 48:20
  52:22 69:14,15
  83:8,11 124:17
  125:12 147:8
  155:21 156:2
  158:10 172:18
  205:14 222:6
  226:9
principle 123:23
principles 58:9
  63:20 64:1,17
  94:17 97:20 98:18
  99:5,10,16
printout 3:14
  176:8
prior 31:24 43:8
  59:2 96:6 103:2
  104:12 105:21
  106:20,23 108:15
  109:2,18 118:2,21
  118:21 133:21
  142:11 163:18,18
  165:23 178:3,12
  187:12 201:16
  202:14 203:13
  205:18 215:7
  220:20 225:24
prison 32:9 42:18
  122:14 142:7,8
prisoners 114:15
  114:20
prisons 34:6
privacy 93:12
  136:10 137:2
private 13:16 14:9
  54:18 202:9

privately 14:11
privilege 28:17,18
privy 75:23
  202:24
probably 5:12,20
  13:10 16:2,4
  22:17 29:9 34:4
  38:9 53:12 62:16
  133:23 192:23
  194:17 198:13,14
  220:1,5
problems 57:10,11
  192:18
procedure 1:18
  26:17,18 29:8
  36:3 200:6 208:23
  222:2 234:5 235:5
procedures 5:14
  28:13 68:7 206:24
  225:2
proceedings 44:20
  82:21 168:15
  206:14 223:23
  231:14
process 85:18
  208:23
produce 208:11
produced 48:24
  50:4,12
produces 208:16
producing 55:7
  228:13
product 28:18
  31:18 48:14 73:3
  163:5
production 233:15
  233:17,22
profession 11:20
  117:1
professional 68:14
  70:11 75:6 76:13

[professional - quote]                                                          Page 32

78:5,7,16,22 79:1
80:22 81:8,15
82:2,5 84:11
152:9,15
**professionals**
79:21 86:16 87:4
131:21 132:23
149:1 150:1 152:7
**professors** 79:16
**profile** 8:1 25:8
**program** 14:1
70:6,21,22
**programs** 166:13
**prohibited** 79:8
**project** 224:4
**prolific** 183:21
**promulgated** 74:8
**proper** 188:2
192:3
**proportion** 36:24
**proposed** 41:16
**protective** 3:18
93:19 184:15
189:22,22 191:23
**protocols** 175:18
**provide** 48:1
49:11 63:7,11
65:23 74:8 82:6
83:4,6 126:16
228:11
**provided** 46:10
63:10 173:5 176:7
**provider** 70:5,16
70:24 71:13 72:18
73:7 74:19 75:10
76:4 128:7 129:1
137:8 204:14
205:10 206:18
**providers** 71:3
206:22

**providing** 26:20
71:4 75:19 80:18
171:20
**province** 195:9,14
195:17
**provinces** 194:6
**proving** 225:16
**provoke** 142:23
**proxy** 156:8,12
157:3 158:23
**psychiatric** 8:21
9:20 57:10 73:23
**psychiatrist** 10:1
**psychodiagnostic**
6:14
**psychological** 3:12
65:20 87:14,18
88:1,12 122:16
136:12 137:21
138:15 143:14
174:18 176:2
192:18 215:4,11
217:8,10,11
218:16,20,22
**psychologically**
229:12
**psychologist** 10:2
75:5 100:11
**psychologists** 6:13
83:21 107:8
**psychology** 6:5
12:24 13:10,15
18:11,16 25:16
53:14 70:1 87:20
216:1
**psychometric**
11:17
**psychotherapy**
6:8 91:17
**ptsd** 6:6,9 12:24
22:17 23:4,9,10,12

23:18 24:22 25:6
25:7,16,23 53:14
70:15 229:18,18
229:18,20
**public** 218:2
234:10,18 235:15
235:23 236:23
**publication** 62:17
62:19 94:14,15
98:5
**publications** 52:3
88:19,24 89:7,11
92:20 93:2 94:7
95:11,13,19,19
96:1,2 97:1,3,8
99:20
**publicized** 31:8
**publicly** 135:2
**published** 25:6
59:9 62:22 84:11
85:23 98:23
101:11 133:20
**publishers** 99:1
**publishes** 82:6
**puerto** 21:2,10
40:12
**pull** 183:8
**pulled** 229:9
**purposes** 39:20
56:1
**pursuant** 1:17,18
**put** 50:15 53:1
87:12 110:14
131:22 144:3
151:12 167:3
**putamen** 166:18
**puts** 75:12 210:16

q

**qualifications**
78:12,14

**qualified** 6:3,5,23
**qualify** 18:14
19:10 25:14
**qualitative** 3:9
130:6
**quality** 91:18,21
92:4 94:19
**quarter** 19:9
192:1,1,2,12
**question** 5:18,19
5:24 6:1 9:8 10:9
10:19 23:2,21
25:21 29:3 32:2
39:17,23 40:24
48:16 58:6 77:15
89:10 95:9,23
108:8 136:21
144:6 148:21
150:15 157:23
163:22,23 164:24
165:13 172:1,14
174:5 182:5,6,7
186:13 197:12
204:20 209:9
**questioning** 108:8
**questions** 22:9
67:12 104:7 176:9
189:4 223:16
224:2 230:3,5
**quibble** 155:12
**quick** 100:16
168:17 223:18
**quickly** 16:7
**quite** 35:11 78:18
89:23 140:11
145:17 153:13
**quizzes** 12:22
**quote** 144:23
153:22

| r |
|---|

**r** 4:6,14,14 59:14
**raised** 114:14
**rametti** 107:1
**randi** 1:16 3:3,10
  3:13,17,20 4:3,14
  130:7 138:17
  153:13 233:8
  234:4,9 235:4,13
  236:20
**random** 229:18,24
**rare** 207:17
**rate** 17:6 49:10
  50:19 195:16
  209:23
**rates** 188:22
  196:20
**ratio** 97:23 106:21
**rationale** 85:4
**ratios** 106:16
**ray** 1:3 4:17 31:10
  233:6 234:3 235:3
**reach** 5:1 12:8
  119:5
**reached** 11:21
  50:9 165:20
  224:17
**reaches** 119:20
**read** 101:2 118:14
  120:11,16 132:1
  137:16 140:9
  142:19 176:6
  183:6 184:9 209:4
  209:6 213:3 234:5
  234:6,12 235:5,6
  235:17
**reading** 153:5
  182:2 184:8
  187:18 233:19
**really** 16:6 32:20
  39:20 59:2 98:3

100:16 113:24
119:2 123:22
131:20 168:6
173:1 183:14
218:1 229:5
**reason** 8:14 9:14
  56:22 184:1 186:7
  186:9 233:14
  235:8 236:3
**reasons** 116:22
  120:7 140:5,6,6
**reassignment**
  14:18,24
**rebuttal** 65:4
**recall** 30:17 35:18
  47:7,8 49:9,14
  154:14 168:22
  183:6 187:21
  194:8,11,12,14
  195:12 197:4
**recalling** 30:12
  38:21
**recap** 44:23
**receipt** 108:15,17
  233:18
**receive** 10:1 71:12
  77:8 79:9 115:9
  115:17 166:13
**received** 13:17,22
  66:20,21,22 71:17
**receives** 115:23
  116:3
**recognize** 75:17
  76:4 84:7 129:18
  138:19 179:6,11
  179:24 184:19
**recognized** 73:8
**recognizes** 73:9
**recollection** 18:4
  153:4

**record** 4:13 16:8
  21:24 28:20 38:15
  44:21 67:3 74:11
  77:16,18,18 82:16
  82:19,22 100:15
  100:18 111:17
  127:3 168:16,19
  206:15 222:6
  223:21,24 224:5
  231:13 235:9
**recorded** 137:8
  206:19 226:5,7,10
**recording** 127:6
**records** 38:3
  126:23
**reduce** 48:22
**reduced** 231:12
**refer** 49:11,13
  50:13 56:3 177:12
  224:8,16
**reference** 60:15
  61:15 233:7 234:2
  235:2
**referenced** 51:18
  54:12 61:17 95:20
  99:21 144:23
  234:11 235:15
**references** 61:11
**referencing** 50:9
**referred** 54:17
  131:15 134:8
**referring** 17:13
  36:1 62:4 98:16
  133:10 147:4,4,7
  177:20 187:22
  195:2 212:6
  217:10 225:23
**refers** 17:14 99:15
  110:19 176:18
  177:1 178:16,18
  179:3 217:11

225:12
**refill** 44:16
**refined** 85:6
**reflect** 120:21
  141:11 151:3,20
  153:9 203:3
**reflected** 49:2
  148:12
**reflection** 159:3
**reflects** 48:8 152:2
**refresh** 149:6
  153:4
**refusal** 28:12,13
  48:3
**refused** 29:7 46:20
  47:4,10
**regain** 229:22
**regard** 89:20
  166:21
**regarded** 135:3
**regarding** 4:15
  61:16 147:19
  194:1 222:13
**regardless** 121:3
  124:1 142:14
  192:8
**regards** 39:18
  206:17
**region** 108:19
**registrar** 1:12
**regresses** 208:17
**regretted** 116:17
**regulation** 39:5
  40:1,7,9 41:16
**regulations** 39:18
**reimburse** 28:13
**reimbursement**
  29:7
**reinforce** 5:14
**rejected** 219:8

**relate** 64:4
**related** 22:23 54:3
  60:2 79:22 102:11
  188:22 189:19
  192:14,20 228:7
**relates** 64:18
  161:8 216:3
**relation** 57:22
**relationship**
  132:18,19 196:15
**relative** 231:17,18
**relatively** 70:6
  90:7
**releases** 136:10
**relevance** 94:5
**relevant** 64:12,13
  88:22,24 89:3,8,8
  89:12,20 90:4,11
  92:18,21 93:8
  107:13,15 110:17
  110:21 173:10
**reliable** 11:17
**relied** 16:20
**remember** 169:8
  224:3
**removed** 26:15
**render** 6:23 48:12
  48:18
**rendered** 4:16 7:8
  13:4 47:22 66:15
**rendering** 49:4
  66:3,7 67:5
  147:18
**repeat** 10:9 23:2
  23:21 154:19
  157:23 165:1
  175:7 197:12
**repeated** 98:8
**repeatedly** 229:22
**rephrase** 148:22
  174:4

**replicated** 60:22
**replowing** 67:9
**report** 3:21 16:15
  16:19,23 17:12,13
  17:17 20:22,24
  22:2 37:10 48:24
  49:2,7,11,14,15
  50:2,5,20 51:3,16
  51:19 52:16 54:12
  54:17 63:22 64:24
  64:24 65:1,13,13
  66:11,19,20,20
  67:8 88:23 89:1,4
  96:18 111:20,20
  120:16 136:1
  146:6 156:5
  165:20,20 188:13
  190:1 193:5,6
  207:7,11 224:10
**reported** 2:22
  205:9 221:19
  231:11
**reporter** 1:21
  224:3 231:1,4
  234:7
**reports** 3:7
**represent** 4:10
  28:4 43:5 45:5
  50:2 52:18
**represented** 36:9
  44:24 45:4
**reproductive**
  121:15 161:2
  162:21 170:13,18
**request** 114:11
  151:16 201:23
  202:8 235:9,11
**requested** 141:9
**requesting** 114:5
  198:1 202:14
  203:7

**requests** 151:15
**require** 125:9
  141:14
**required** 75:6 77:9
  197:6,15 206:23
  233:24
**requirement**
  75:14 202:18,22
**requirements** 88:6
  202:24 226:23
**requiring** 113:17
  114:5
**requisite** 25:17
  38:7
**reread** 191:9
**rereading** 195:7
**research** 61:20
  85:7 90:8 91:23
  96:19 97:22,23,24
  101:4 105:7,20
  106:24 110:5
  111:7,11 191:24
**researcher** 59:14
  105:15
**researchers** 59:21
  60:23 61:8 63:3
  105:7 174:21
**residency** 14:4
**resolution** 113:21
**resonance** 55:6
  98:1 104:1 108:5
**resource** 142:7
**resources** 140:4
**respect** 85:14 92:9
**respondent** 17:2
**response** 10:3
**responses** 65:7
**responsible** 72:17
**rest** 51:14 210:6
**restroom** 206:11
  229:2

**result** 22:21 93:10
  110:8 192:11,13
  228:6 229:15
**resulting** 146:18
**results** 101:12
  189:18
**resume** 5:7
**retained** 31:21
  32:4,7 34:3 35:8
  35:10,19,22 36:14
  40:16 42:10 46:6
  123:19
**retaining** 32:17
**retains** 46:11
**retention** 57:22
**retired** 44:11
**retract** 48:16
  224:23
**returned** 233:18
**returning** 23:5
  24:24
**reveal** 98:14
  171:11
**revealed** 228:21
**revealing** 48:15
  54:18
**reveals** 171:15
**reverse** 116:16
**reversed** 27:14
  29:13
**revert** 116:18
**reverted** 117:2,6
  117:13,23 118:7
  118:16
**reverts** 116:8
  120:3
**review** 52:15
  57:21 59:4 63:21
  64:2,22 65:6,12
  98:14 111:9,11
  128:6 191:3 193:4

193:23 194:22
233:12 234:1
235:1
**reviewed** 38:3,14
46:14 52:19 58:7
59:5 64:23,24
65:1,5 66:5,10
191:4 194:8
205:17,22 207:10
**reviewing** 46:21
**revise** 99:1
**revised** 95:7 98:17
**revising** 85:4
**revisit** 225:24
**richard** 61:8 62:6
62:8
**rico** 21:2,10 40:12
**right** 4:8 5:10 7:2
10:21 11:4,13,22
13:2,11,18,20 14:1
17:8,20 18:16
19:1,20 20:10,11
23:4,6,9,13 24:22
26:2 29:14,18
32:6 33:3,8 35:6
35:24 37:17 38:12
39:1,3 40:4,13
41:6,12,18,21,22
43:6,24 45:2
46:12 47:23 49:2
49:5 52:4,7,16,21
53:3,10,15 55:14
56:11 58:16,21
60:10,20 62:19
63:1,9,17,19 64:21
66:22 67:7,19
68:9,16,19 69:1,4
69:7,7,11,16,22
70:12 73:18 74:12
76:2,11 77:6,23
78:9 79:19,20

81:9 83:22,23
84:17 85:19 86:11
87:6,18,21 88:5,9
88:23 89:4 93:1
96:10 97:16
100:24 102:1
104:8 105:4 107:7
107:22 109:16
112:4 115:3 116:5
116:24 124:21
125:14,24 126:20
126:24 127:20
128:19 129:16,20
130:22 131:9,22
133:5,24 134:13
134:17,23 135:9
135:10,15 137:10
137:14,18 138:1
138:17 139:6,11
139:12,16 141:21
143:1 145:13,20
146:4,24 147:6,11
147:19 148:2,4,9
148:13,16 149:18
150:11,21 151:7
152:4,20 153:2
154:7,18 155:17
155:19 156:13
157:8,10 158:15
158:21,24 159:13
160:6,8,13,14,17
160:20,21 161:1,2
161:4,6,9,18 162:1
162:6,9,19,22,23
163:1,2,7,9,14,16
163:24 164:1,2,9
164:19 165:6,8
167:7,8,24 169:13
169:24 171:1,12
171:18 172:15,19
172:23 173:3,7,23

173:24 174:11,15
174:19 177:15
179:7 180:11,22
181:17,22 182:10
182:16 184:12,17
184:21 185:9,19
185:22 186:2,17
186:20 187:10
188:23 189:15
190:4,22 191:2,14
192:15,23 193:2,6
193:17 194:21,24
198:11,15,19,23
199:8,11,18,21
200:1,3,4,8,13
201:8,15 202:18
203:8,18 204:4,14
205:2,8,18 207:12
209:1,9 210:19,22
211:9,11 213:10
216:1,5,7 222:8
**rights** 16:14 82:14
**rigorous** 191:6
**ring** 45:15
**rise** 135:7,13
164:4
**risk** 17:1 54:20
93:18 136:11
188:22
**risks** 3:18 184:14
**role** 121:18 178:1
**roles** 177:1,20
**room** 12:13 30:3,3
30:24 34:8
**rooms** 30:8 195:24
**roughly** 19:4
192:1
**routine** 26:14
**routinely** 205:7
**royalties** 78:3

**rules** 1:18 5:13
234:5 235:5
**running** 14:16
192:18

**s**

**s** 233:15 235:8,8
236:3
**safe** 123:9 202:9
**safely** 202:10
**sag** 77:6,7
**sake** 158:8 171:14
**sample** 193:3,20
**sampled** 193:20
**sampling** 17:2
189:9,11
**sania** 42:15,18
**saved** 169:13
**saw** 122:23 142:2
142:3 144:1
**saying** 19:10 76:3
109:11 182:12
187:4
**says** 70:17 75:17
86:15,20 87:10
106:15 113:2
115:1 120:18
123:22 130:10
132:17 133:8
145:3 149:24
153:17,20 156:6
176:11,17,24
178:16 179:2
180:6 181:17
183:9 185:13
189:8 213:11
214:17
**scenarios** 24:19
**schneider** 106:15
**school** 79:10,11,12
92:13

**schools** 86:22
**science** 225:16
**scientific** 76:19
  122:4 154:12
  175:1,9,12
**scientifically**
  133:3
**scientist** 105:1
**scope** 84:23
**screenwriters**
  77:1
**scrotum** 208:13
**scrubbing** 27:10
**se** 7:1 9:16 61:19
  79:5 143:12
**seal** 234:15 235:21
**second** 15:23
  21:19 54:15 58:10
  82:17 132:2,3,8,16
  138:21 180:2
  184:21 185:6
  190:18 221:14
**secondary** 119:19
  156:3
**secrecy** 54:15
**secret** 93:20
**secretary** 81:1
**section** 132:7
  176:9 214:21
**see** 24:24 51:19
  53:20 56:6 58:13
  59:13,21 70:14,16
  86:13,14,16,24
  88:20 90:14 94:21
  104:13,21 106:1,2
  108:4 109:24
  112:8,18 116:3
  120:22 122:13,15
  124:19 128:13,22
  130:20 132:13,20
  136:12 139:1

142:17,19 145:6
145:17,23 146:20
150:2 153:21
156:9 157:7,8
162:3 169:11
176:12,13,14,16
176:21 177:4,10
178:15 179:22
180:9 185:3,10,16
191:9 196:5
207:21 209:3
212:2
**seeing** 216:10
**seek** 122:22
**seeking** 31:2 34:16
  43:23
**seelman** 196:11,13
**seen** 50:5 106:21
  128:13 207:8
  215:7
**segregated** 30:4
  195:22 196:19,20
**selecting** 72:17
**selection** 50:11
**self** 10:3 122:9
  123:23 125:22
  198:16,17
**sense** 22:14 66:15
  68:11 121:24
  144:10 158:21
  164:14 178:17
  181:1 183:13
**sentence** 120:17
  130:10 132:16
  137:16,18,22
  142:18,22 178:15
  180:6 184:23
  185:9 189:8
  207:21 213:8
  221:10,14,18
  225:19

**sentences** 224:13
  224:20
**separate** 10:16
  118:19
**separates** 8:8
**september** 1:23
**serious** 227:15
**serve** 72:10
**served** 17:21 31:9
  31:13 39:10,24
**services** 82:7
**set** 14:9 27:8 111:5
  147:15 232:1
**setting** 27:15 32:3
  125:16 201:13
  218:11
**settings** 91:15
**settle** 188:16
**settled** 27:7 37:11
  37:23 119:15
**sevelius** 93:5,5
**seven** 34:8
**seventh** 216:15,18
**severe** 7:21 8:10
  12:6 56:5 125:7,7
  229:24
**severely** 122:10,20
**severity** 143:13
**sex** 14:17,18 30:4
  35:1 48:3 60:2
  79:6 102:10 103:1
  103:3 108:11
  116:9,11,19 117:2
  117:7,16,16,17,18
  117:19,20,23
  118:6,8,16,17
  119:14,19 120:2,4
  120:6,21 121:1,5,6
  121:8,9,11,12,14
  121:15,19,20,22
  122:5 124:4,7,18

125:13 126:23
127:7,20,23
128:15 129:19,21
129:22 130:18,23
131:5,6,10,14,16
131:17,19,21
132:2 134:12,13
134:17,19,20
135:8,8,14,14,18
135:21 136:15
137:3,8 139:4,9
141:7,18 142:13
146:12,15,16,17
146:18,22 147:3,5
147:8 150:19
155:19,21 156:2,4
156:8,9 158:10
159:1,4,5 160:8
172:3,6,7,8,9,11
172:18 173:2,23
174:10,15 175:3
175:11,15 176:11
176:17 177:8,13
178:1,10 179:1,2,7
179:11 180:9,24
181:10,16,21,21
182:9,9,20 185:3
185:16 186:19
187:5,9,19,23
188:9 194:1
195:21 197:7,16
198:1,13 199:3
201:24 204:13,22
205:8,14 206:19
207:1,17 210:13
210:14,18 211:9
211:13,17 213:23
214:19,20 216:20
217:1 218:15
219:7 222:6,20
225:4,10,12,13

**[sex - specialization]**                                                              Page 37

226:9,15 227:8,8
227:11,12,18,19
229:6
**sexologists** 79:6
215:9 217:6,9
**sexual** 111:10
187:22,23 188:10
188:10 209:15
210:3 227:12,13
227:13
**sexuality** 55:21
76:20 227:15
**sexually** 98:1
103:11 104:23
106:6 109:21,22
**shaking** 67:24
**shape** 163:24
**shaping** 72:2
163:14,15
**shared** 16:8
**sheet** 233:13 235:7
235:10,18 236:1
**shifted** 132:19
**short** 44:19 82:20
149:19 168:14
206:13 209:3
223:22
**shorthand** 1:21
77:7 231:4
**shot** 228:13
**show** 10:21 91:13
113:6 118:18
119:3 142:2 149:5
153:4 187:18
**showed** 108:23
109:17 112:20
173:20
**shown** 191:20
233:16
**shows** 174:8

**sibling** 61:3
**siblings** 62:3,9
**side** 10:18 42:11
125:23
**sign** 78:19 230:7
**signature** 232:8
233:14
**signed** 234:13
235:18
**significance**
108:18
**significant** 107:8
107:21 110:4
124:9 220:24
**significantly** 60:23
**signing** 233:19
**silently** 209:7
**similar** 29:17,18
63:3 110:5,9
177:8
**simple** 96:15
98:13 110:15
**simply** 37:11
**simultaneously**
208:16
**sincerely** 233:21
**single** 165:14
**singled** 90:5
**sir** 233:10
**sit** 21:7 183:5
**sitting** 31:14
**situation** 90:24
**situations** 125:6
**six** 30:20,23
**size** 193:3
**skip** 188:15
**slice** 103:24
**slides** 72:15 91:12
106:2
**slight** 51:6

**slightly** 98:10
**smeared** 229:2
**smell** 104:16
**social** 3:12 57:11
74:4 96:11 125:5
138:15 142:24
143:3 199:9
226:14 227:2
**socially** 177:1
199:22 202:6,13
**societies** 138:23
187:19
**society** 177:3
210:15 211:1,4
212:8,14,22,23
227:7
**society's** 141:24
**sociological** 215:5
**sociologists** 79:18
**soldier** 25:1
**soldiers** 23:5
**solely** 121:10
146:12 215:6
**solutions** 233:1
236:1
**somatic** 107:9
**somebody** 7:8
132:24
**somebody's** 143:5
**someone's** 28:14
57:6 102:18 143:4
143:8,10 144:17
150:21 155:18,24
173:6,9
**somewhat** 144:23
213:24
**song** 184:2
**sophisticated**
164:7
**sorrell** 1:9

**sorry** 9:14 10:10
16:17 18:14 23:20
25:20 38:13 39:7
45:5 58:11 69:11
78:4 88:8 106:10
132:11 133:13
136:3,22 148:22
150:16 154:19
175:7 176:12,16
186:15 203:22
215:21 224:15
**sort** 5:13,21 8:24
9:13 12:19 14:19
15:19 23:16 25:2
25:3 55:19 76:2
108:21 133:4
139:15 184:2,3
192:18 198:15,17
198:23 199:11
200:4 216:7
223:11
**sorts** 105:10,11
106:7
**sought** 35:3
**sound** 79:7 183:4
183:11
**sounds** 29:17
**source** 149:20
212:10
**sources** 52:22
209:22
**south** 2:13 51:12
**southern** 1:1
**spain** 94:22 102:9
**speak** 16:13 81:19
123:16 141:2
**speaking** 41:14
**special** 45:15 70:2
**specialists** 72:19
**specialization**
100:12,20 101:9

Veritext Legal Solutions
www.veritext.com                                                                  888-391-3376
Case 3:19-cv-00528   Document 88-3   Filed 05/15/20   Page 279 of 288 PageID #: 1321

215:16
specialize 100:12
  215:13
specializes 93:3
specialty 70:1
specific 8:1 68:7
  73:3 102:19
  215:21
specifically 9:5
  53:23 54:6 57:22
  58:8 60:21 64:11
  74:22 176:8
specified 231:16
speculation 84:24
  95:16 127:9
  128:10 150:13
  154:23 157:16
  161:20 164:21
  165:18 194:18
  204:6,17
speculative 151:9
  178:11
spell 4:12
spend 126:8 189:6
spending 67:10
  189:1
spleen 26:15
split 30:7
spoke 123:17
  203:22
spoken 67:3
  183:12
spread 38:18
stacie 1:3 4:17
  31:10 233:6 234:3
  235:3
stack 49:9 126:14
stage 118:21 119:6
  119:18
stages 197:3
  198:10

standard 26:21
  27:3 73:19 87:3
  148:19,24 150:6
  192:9 201:5
standards 3:8
  73:10,12,15 74:8
  74:10,11,17,20
  76:7 82:6 84:10
  84:14,18,19,22
  85:3,4,11 87:2
  90:9,12 149:21
  152:6,13 175:19
standing 157:17
start 10:22 14:12
  95:21 97:7,11
  198:22 199:8
started 50:9 114:1
  216:9
starting 88:19
  89:15 105:21
starts 88:18
  132:13
state 1:12,22 4:12
  4:23 34:5 40:17
  41:5 43:15,24
  46:7,17 51:16
  113:17 114:5,11
  114:15,22 115:1
  116:20 118:8
  127:6 150:9
  180:20 195:15,17
  211:7 223:7 231:5
  234:10 235:15
stated 158:20
  187:4
statement 11:6
  12:10 76:3,6,9
  78:20 124:21
  141:22 150:4
  153:7 154:6 175:2
  175:10 177:17,19

178:5,10,21,23
  180:17,18 188:3,4
  188:5 210:17
  211:1,5 212:1,3,5
  212:7,11,16 213:1
  213:14 214:13,17
  220:18,20 221:13
  222:4 223:1,14
  225:9 234:13,14
  235:19,19
states 1:1,19 32:8
  34:6,17 80:12
  155:16 193:21
  195:15,21 196:19
  201:3,4 202:23
  205:7 216:20,22
stating 132:18
statistical 7:18
  185:1,10 191:11
statistically 11:16
  191:5
statistics 1:10,13
  92:11 127:16
status 176:18
  177:13 179:3
stayed 41:19
stem 13:5
stenographically
  231:11
step 198:21 199:7
  199:13,17,24
  200:4,5,12
steps 199:8 200:16
  201:14,20,22
steroid 60:2
  104:15
steroids 102:10
  103:1,3 108:11
stick 8:9 14:21
sticks 90:2

stigma 93:3,5,6,14
stigmatized 93:22
stone 140:23
stones 90:2
stop 5:16,17,19
strategy 91:23
street 1:23 2:3,13
  5:3
stress 6:9 8:18
  18:2 22:23 23:8
  23:24 24:7,10
  70:9 89:21 91:14
strict 10:7
strictly 80:12
strike 35:20
  101:15
striper 14:20
structure 109:9
  110:23 161:6,14
  161:15 163:3
  164:19 165:8,9
  167:3,7 170:20
stuck 12:21
student 14:15
  78:21,21
students 79:10,11
  79:11,12 89:19
  92:6,9,11
studied 53:9,12
studies 55:7,8
  59:12 60:6,11,16
  60:21,24 61:9,22
  62:18 63:3,4
  97:24,24 98:1
  100:1 102:7,9,10
  102:13 103:7
  104:15 105:3
  107:1 109:17
  161:8 163:24
  165:3 166:5,10
  217:16

**study**  16:16,19,24
  17:2,5,18 53:2
  58:15 59:19,21
  60:18,20 61:15
  62:21,23 76:19
  105:5,8 108:9,21
  108:23 110:10,18
  111:5 123:13
  165:14 170:22
  171:12,15 188:22
  189:2,4,17 191:19
  192:5,6 193:14,17
  194:10,13 195:3,7
  195:8 196:23
  197:2
**studying**  52:20
  105:10,11
**stuff**  5:15 26:5
  30:15
**stupid**  108:22
**sub**  9:1,2 48:23
**subgroups**  214:6
**subject**  7:22 8:11
  8:13 10:7
**subjects**  180:3
  189:14
**submitted**  207:7
  207:11
**subscribe**  85:10
**subscribed**  234:10
  235:14 236:21
**substantial**  186:2
**successful**  46:23
  190:16
**suffer**  23:5,9
**suffered**  25:15
**suffering**  12:6
**suggest**  60:6
**suicidality**  143:16
  196:15

**suicide**  17:1,7
  122:18 188:22
  189:19 190:8,11
  190:11,12,13,15
  190:22 191:17
  192:3 195:16,21
  228:12
**suicides**  122:24
  192:11 196:20
**suit**  114:22
**suite**  2:3 233:2
**sum**  26:22
**summer**  68:1
**superior**  233:1
**superseded**  185:19
**supervision**  71:11
**support**  46:11
  85:11 122:5
  226:14
**supported**  46:16
**supporting**  92:6
**suppose**  13:14
  24:9 29:11 39:18
  52:20 89:9,10
  117:13 139:14
  200:4
**sure**  8:19 9:8,10
  10:11 19:13 22:1
  32:20 40:10 41:17
  44:18 58:6 67:2
  78:18 103:19
  105:2,19 129:22
  138:7 156:22
  160:19 173:14
  174:7 191:13
  204:22
**surgeon**  26:12,20
  27:3
**surgeons**  67:22
  68:8 71:6 74:2
  79:21

**surgeries**  132:17
**surgery**  14:18,24
  18:6 26:13,14
  27:2,6,11,14 29:14
  58:10 63:20 64:1
  64:18 68:9 94:18
  97:20 98:18 99:5
  99:11,16 116:17
  116:17 124:11
  216:21
**surgical**  55:10
  99:18 125:10
  152:11 200:15,16
  201:8,10,17
  203:17 225:7
**suspect**  4:20
**sustained**  149:19
**sworn**  4:1,5 231:8
  234:10,13 235:14
  235:18 236:21
**symposium**  86:3
**symptomatology**
  143:14
**symptoms**  8:17
  25:3,9
**syndromes**  207:20
**synonymous**
  130:14 131:17
**synonyms**  56:4,6
**system**  122:9
  125:22 152:23
  154:1
**systems**  17:24

**t**

**t**  4:6,6,14,14 224:6
**tackling**  5:22
**take**  5:16 45:22
  65:14,19 68:6
  71:10 108:10
  111:13 154:9
  168:1 189:12

193:16 199:18
  200:1,18,18
  206:10 212:13
  223:18
**taken**  1:20 37:15
  44:20 82:21
  111:16 168:15
  206:14 223:23
  231:15
**takes**  173:17
**talk**  10:15 16:12
  17:10,17 27:20
  39:1 40:10 73:2
  76:7 77:18 89:20
  90:4 91:21,22
  103:17 105:1
  108:1 123:18
  131:4 201:18
**talked**  27:10 36:20
  53:15 69:24 90:19
  92:24 93:6,9
  130:22 154:11,16
  159:11 161:9
  163:24 188:20
  211:21 216:23
**talking**  8:11 29:21
  40:6 50:18 74:11
  74:16 78:8 91:1
  92:7 132:24 134:6
  159:17,20,23
  160:17 170:7
  177:22 200:14
  216:4
**talks**  59:6 94:1
  152:8
**tangential**  90:11
**tanner**  119:18
**tanner's**  118:21
**tanya**  101:4
  186:24

Veritext Legal Solutions

**tasks** 86:15
**taunted** 229:4
**teach** 71:6 73:15
    79:17
**teacher** 79:8
**teachers** 79:4,5,15
**techniques** 99:16
**technology** 164:7
**television** 77:4,10
    142:2
**tell** 8:5 12:17
    22:11 23:16 24:11
    47:17 62:21 77:17
    107:11 137:17
    192:22
**telling** 10:22
**tells** 192:9
**temporal** 227:11
**ten** 15:20 33:10,11
    35:9 44:6 62:9
    72:10,13
**tendency** 187:19
**tends** 119:21
**term** 21:15 55:15
    55:20 96:11 97:4
    97:5 102:3 116:10
    130:11,24 131:20
    132:22,23 133:1,3
    183:3 185:21
    188:8 215:5,10
    216:13 219:24
    220:5,8,12,13
    227:18,23,24
**termed** 218:8,10
**terminology** 55:12
    117:5 131:12
**terms** 24:20 59:23
    96:7,7,9 110:15
    131:7 133:16
    134:2 136:18
    154:13 157:18

159:22,22 167:10
    179:8 181:4,23
    182:17 186:21
    204:16 227:5,6,7
**terrible** 12:18
**test** 6:16,24 7:10
    7:12,22,24 8:13
    9:5,12,16 10:7
    11:8 12:5 71:11
    137:20 174:18,20
    174:21 184:4
    221:11
**tested** 155:14
**testicle** 208:3,11
    208:16
**testified** 4:5 20:2
    37:14 38:20 112:3
    224:12,19
**testify** 4:15 18:23
    37:12 38:1 231:8
**testifying** 36:15,21
    37:1,2 40:16 44:5
**testimony** 6:4
    16:10 23:17 26:7
    37:6,23 43:8
    109:2 114:4,10
    118:2 123:24
    139:18 140:18
    154:14 163:18,19
    165:23 178:3,12
    187:12 226:1
    231:13 234:6,7
    235:6,9,12
**testosterone**
    208:12
**tests** 6:6,12,14,16
    6:16,18,22 7:13
    8:12 9:3 11:23
    12:24 13:10
    174:23,23

**text** 149:20 153:14
**textbook** 54:23
    55:9 58:18
**thank** 5:5 17:15,16
    22:15 36:6 45:17
    76:11 83:20 96:9
    183:17 223:17
    224:1 225:14,22
    226:12 227:4
    230:2
**theories** 64:5
    92:22 94:16 97:21
**therapists** 71:7
**therapy** 203:6,13
    225:6
**thereof** 6:19
**thickness** 97:17,18
    103:15 107:4
    166:17
**thing** 77:14,22
    125:19 155:24
    168:17 182:16
**things** 7:14 9:1
    19:22 39:19 56:2
    59:1 65:24 102:21
    102:24 118:13
    167:4 189:2
    217:15
**think** 5:20 10:24
    12:10 16:3 17:20
    18:3,22,23 22:3
    27:20 28:22 29:23
    30:6 31:7 33:18
    33:21 41:12,16,18
    41:22,24 42:17,17
    42:24 43:11 49:8
    59:5 61:18 63:14
    68:15 85:9 90:11
    91:10 94:4 95:7
    105:5 106:7 108:8
    110:12,13,14

111:12,13 113:22
    116:15,18 118:1
    128:5 131:19
    134:1,10 149:11
    149:13 151:9
    152:1,2,17 158:20
    164:24 167:3,8
    168:2,5,7 177:21
    181:9 182:12
    189:3 190:17
    191:2 200:17
    202:23 204:9
    209:23 210:13,14
    210:15 212:8,9,14
    216:18 217:12
    219:17
**thinking** 86:4
    126:9,10
**thinks** 82:24
    149:11 190:10
**third** 54:23 132:9
    132:11 143:19
    144:24 184:23
    185:9 208:20
    214:19
**thirty** 233:18
**thought** 83:18
    106:5 126:4
**thousand** 90:15
    189:10 190:1
    191:14
**threatened** 24:16
    34:24
**threats** 228:24
**three** 22:13 28:3
    29:10,20 39:21
    47:15 122:16
    142:22 190:9
    224:13,20
**threshold** 191:7

Veritext Legal Solutions
www.veritext.com                                                              888-391-3376
Case 3:19-cv-00028   Document 88-3   Filed 05/15/20   Page 282 of 288 PageID #: 1324

**tie** 44:9,10
**time** 4:21 5:16
14:3,9 15:23,24
21:14 27:9 42:17
42:24 43:2 44:7
50:5 62:18 67:11
102:18 103:5
104:2,8 105:8
119:14,24 126:8
126:10 127:3
128:20 129:4,16
134:3 137:9,13
139:4 159:12
186:14 189:1
204:14,23 205:10
221:12 226:2,11
229:22 231:16
**times** 15:19 17:21
32:6,10 33:4,8
34:2 35:10 41:4
47:14,15 61:3
72:21 85:6 99:22
109:10 131:16
198:19
**tissue** 208:3,7,12
208:18
**title** 68:3
**titled** 130:5 179:18
**today** 12:13 66:1
92:19 131:1
187:24 216:4
217:2 227:5
**told** 10:23 34:24
112:23 120:9
**tomorrow** 144:3
**top** 53:18 68:12
187:17
**topic** 89:24 95:8
101:8
**topography** 103:6

**tormented** 24:17
**tornado** 229:19
**total** 30:5
**totally** 90:23
153:23,24 187:10
**touched** 90:10
**tower** 112:6
**toys** 229:6
**track** 14:1 19:12
**tracks** 126:23
**trained** 6:13 72:11
**training** 72:12
**trajectories**
122:16
**trans** 90:18 112:15
166:22 196:6,13
228:18
**transcribed** 234:7
**transcript** 231:10
233:11,12 234:5
234:12 235:5,11
235:17
**transgender** 17:1
17:6 18:9,9,17
19:19 24:6,14,23
25:15,18,24 26:11
31:2 34:16,18,22
36:2,8 40:22
43:18,20 47:11
48:5 52:21 54:3
55:21 58:9 60:9
61:2,3 63:20 64:1
64:17 68:5 70:12
71:5,9 74:12,13
75:19 78:6 79:10
80:19,22 81:9
83:7 84:12 87:5
89:16 91:7,19
92:2,5,6,14 93:7
93:23 94:2,18,24
97:20 98:18 99:5

99:10 105:3,9
108:2,2,3,4,14
109:24 112:11
115:6,8,11,22
116:2,4,8 117:1,22
118:14 119:5,10
122:1 123:2,6
124:2,22,23
125:11 134:7,10
136:8,16 137:13
137:24 138:24
146:16 148:20
149:2 150:8
164:18 165:7,10
165:12,14 166:4,4
186:16 188:23
189:10,15,23
190:2,21 191:1,14
191:15 192:2
195:14 213:9,12
213:17,21 214:13
214:14,20 215:16
216:4 217:3,16
226:14,24 227:17
**transgendered**
122:19
**transgenderism**
64:12 95:10
**transition** 3:19
26:14 122:15
134:18,19 140:4,5
140:8 141:10
143:6 145:14
151:2 152:3,10
166:11 172:12
175:16 180:8,19
180:21 181:2,7,15
181:19 184:16
189:19 197:3,24
198:8,11,23 199:8
199:10,18 200:4

200:12,17 201:6
201:14,19,20,23
202:6,14 204:3,10
204:12 205:4
226:15
**transitioned** 118:6
141:8,14 228:18
**transitioning** 91:1
149:14 199:22
**transitions** 93:15
146:1 181:20
182:8,20 203:2
214:15 227:2
**translated** 73:16
**transsexual** 3:9,12
3:16 55:16 56:5,7
93:17 106:17
109:8 130:6 134:9
138:16 142:24
179:19 216:14
217:20 227:9,24
**transsexualism**
55:3,13 56:3 95:5
95:6 98:9 99:4
130:11,17 137:21
174:19 188:8
215:11 216:13
217:8 227:12
**transsexuality**
61:16
**transsexuals**
109:10
**trauma** 6:6 18:2
23:10 25:7,8
38:22 70:8,15
**traumatic** 6:9 8:17
18:2 22:23 23:7,7
23:24 24:7,10
25:2 70:9
**traveled** 112:24

**treat** 145:18 192:23 193:1
**treated** 92:9
**treating** 92:8
**treatment** 122:22 122:22 138:8
**trial** 37:13 112:4
**tricky** 39:17 117:15
**trip** 10:11
**true** 29:23 51:2 67:13 109:11 120:21,24 121:6,9 121:12,15,19 122:2,5 125:11,19 223:3 231:13
**truly** 187:20
**truth** 153:17 231:8
**try** 173:22,24 203:2
**trying** 9:10 10:11 10:17,19 22:10,13 23:3,15 39:16 97:2 115:15 117:15,15 142:12 149:19 167:2 191:12
**ts** 180:7
**tubes** 208:19
**turko** 42:15
**turn** 41:14 51:21 53:17 59:13 76:14 86:8 138:21 180:2 184:21 207:14
**turning** 90:2
**turns** 146:14
**twin** 60:11,21 62:3 97:24
**twins** 60:12,16 61:16,20

**two** 8:15 29:10 30:2,3 33:23 47:15 116:15 152:19 153:19 158:7 168:22 186:1
**type** 7:9 18:11 19:17 195:4
**types** 17:23 156:17 160:18 195:10
**typewriting** 231:12
**typical** 106:15 155:3 171:4,5,9,16
**typically** 7:17 80:19 146:12 147:3

**u**

**u** 109:7
**u.s.** 73:1 92:2
**uh** 47:2 62:11 87:1 96:23 132:15 143:2 145:7 196:1 221:22
**ultimate** 113:19 113:21
**ultimately** 71:10 191:23
**ultrasound** 128:21
**unable** 229:8
**unclear** 40:8 118:22
**uncommon** 119:11
**undergo** 197:24 199:9,16,19 200:5 201:15,22 203:2,6 203:13,17
**undergoes** 151:1
**undergoing** 3:19 27:7 184:16 198:23

**undergone** 180:8 180:19 181:18
**undergrad** 15:12
**underlie** 8:21
**underline** 9:20
**undermine** 11:19
**underneath** 6:22 180:3
**underserved** 82:7
**understand** 9:8 10:12,19 23:8 25:20 31:7 39:7 50:17 57:15 66:14 76:11 85:9 97:2 110:12 111:12 115:16 130:14 131:8 136:21 148:21 150:15 164:24 181:11 182:12 185:18 189:3 190:17 191:13 201:2 204:20
**understanding** 7:3 7:5,6 11:5 32:15 37:19,20 54:14 57:3 60:1 61:14 85:18 92:14 100:13,23 101:18 102:12 110:16 127:2,23 128:2 140:3 141:4 147:21 196:18 215:13
**understood** 6:1 12:4 32:19 33:1 83:16 99:3 109:19 155:7 156:5 157:2 201:12
**undertake** 199:14

**undertaken** 70:7
**underwent** 180:21
**undifferentiated** 151:13
**unfortunate** 228:16
**unfortunately** 44:11 55:22
**unhappy** 27:2
**unheard** 155:15
**union** 2:7 77:14,24
**unique** 25:11
**united** 1:1,19 34:17 80:12 155:16 193:12 195:15 216:19,22
**university** 219:14
**unlimited** 104:3
**untenable** 90:23
**untreated** 123:1
**unusual** 138:23
**update** 72:14 113:17
**upper** 208:19
**urine** 174:23
**usage** 144:16
**use** 7:24 56:8,10 73:20 90:22 96:11 104:10,11,13 117:19 130:12 131:5,7,21 132:22 132:24,24 134:2 145:19 153:10 154:12 157:18 174:22 185:22,24 217:2 219:23 220:5 229:2
**uspath** 80:10,11 81:2,5,7
**usually** 57:10

uterus  208:19

**v**

v  16:12 32:23
   112:6 114:9 233:6
   234:3 235:3
vagina  208:20
   226:10
vague  46:2 48:13
   57:24 82:11 84:23
   87:7 95:15 101:19
   115:19 118:1
   138:2 162:10
   163:17 164:20
   173:11 174:2
   200:9 215:18
   226:18
valid  11:17 174:22
value  127:6
values  144:13
van  3:21 65:3,13
   66:19 207:7
   211:24 222:12
   224:9
varied  169:23
varies  103:15
variety  116:21
   120:7
various  6:18 28:13
   106:4
varying  94:1
   197:3
vast  9:24
verified  169:20
veritext  233:1,7
   236:1
veritext.com.
   233:17
version  84:13,16
   85:12,13,14,16,17
   98:19 99:8,12
   108:22

versus  4:17 42:15
   42:18 144:11
victimization
   89:22
victimized  24:17
   228:23
view  148:20 149:2
   150:1,7 151:23
   152:1,7
violation  93:11
virtue  81:6
visible  121:21,22
   164:5
visual  129:11
vital  1:10,12
   127:16
voice  79:22 178:20
volume  85:22,23
   97:16 98:23
   103:14 110:22
volunteer  14:19
volunteered  14:15
vs  1:6 114:17

**w**

wait  97:10
waived  233:19
walter  93:2
want  19:10 28:20
   30:7,9 49:7,10
   76:22,23 77:12
   104:20 135:21
   137:17 149:16
   153:3,22 154:9
   155:12 169:10
   171:22 192:23
   199:7 200:22
   214:5
wanted  14:17
   50:15 168:17
wants  82:23

war  23:5
warns  148:19
   150:7
water  44:17
way  4:23 8:2 9:9
   10:12 25:2,21,23
   29:9 33:2 46:22
   75:16 88:14,15,20
   90:11 101:15
   127:13,18 135:1,1
   137:12 142:11
   165:11,11,16
   166:16,19 178:18
   182:11 183:16
   187:4,5 211:23
   212:18,20 214:10
   217:14 219:3,12
   219:13 221:11
   222:14
ways  24:18 167:6
   177:6 186:2
we've  8:10 36:17
   67:9 90:10 92:23
   110:10 113:1
   117:13 157:17
   216:4
wealth  106:18,24
web  176:8
week  112:16
weigh  72:22
weight  127:19
went  41:19,20
   44:12 100:14
   110:9 113:20
   184:1 228:15
west  1:23 2:3
western  138:23
   187:19
whereof  232:1
white  93:13 101:5
   107:2 167:20

186:24
williams  191:17
wish  166:6 175:16
wishful  86:4
witness  3:2 4:1,4
   10:2 15:17,19
   17:22 19:11 21:1
   31:10,14,19 33:9
   35:20 37:16 39:10
   39:24 41:1 42:3,7
   43:10 46:5 58:2
   82:12,23 83:3
   85:2 87:9 95:17
   96:10 101:21
   115:21 116:14
   118:4 127:10
   128:11 136:20
   138:4 139:24
   149:10 150:14,24
   151:11 155:2
   161:21 162:12
   166:2 167:11
   168:3,9 169:4,8,15
   170:3 172:1
   173:13 174:3
   175:6 178:4,14
   179:10 181:6
   182:1,19 183:21
   186:23 187:13
   197:11,20 198:6
   202:3,21 203:11
   203:22 204:8,19
   205:13 215:20
   220:21 222:24
   224:2 226:19
   228:2 230:8 231:7
   231:7 232:1 233:8
   233:11 234:1,4,11
   235:1,4,15
witness'  233:14

**wohl** 2:8
**woman** 152:9
228:17,18,20
**woman's** 109:24
166:21
**womb** 221:12
**women** 177:4
**wondering** 129:6
**word** 45:6 56:6
73:20,20 117:13
117:14 126:19
129:5 145:19
**words** 144:12
162:15 211:6
**work** 14:3,6 19:11
19:15 28:17 29:12
31:18 32:9 41:7
43:3 48:14 55:9
62:6,6 71:8,8
78:24 79:9 81:14
98:11 99:22 100:5
100:5 102:23
105:13,14,16
112:16 125:5
**worked** 68:18,21
100:1 115:6
117:21
**workers** 74:4
228:23 229:1
**working** 29:20
78:17 84:15
105:12
**workplaces** 86:22
**world** 57:17 61:10
70:11 71:4 73:17
73:22 78:5 80:4,8
80:21 81:8 84:11
111:8 142:10
145:16 220:3,6
**worried** 183:10

**worry** 119:8
**wpath** 3:8 70:4,5
70:11,16,24 71:13
71:23 72:18 73:6
73:7,9,18 74:9,19
75:12 76:3,7 78:8
81:6,13,15 82:15
88:3,9 148:19,23
149:11,13 150:6
**wpath's** 82:8
**write** 180:23
181:11,15,18
186:15 189:7
**writing** 48:23
94:13 131:3,8
183:2 187:2,21
**written** 3:10,13
52:6,9 54:2,23
56:2,2 66:3 69:16
93:4 99:18 101:7
130:7 133:21,23
138:16 153:13
174:17 181:10
183:5,7 187:5
188:4,5 212:17,20
**wrong** 45:5 46:1
162:9 219:11
**wrongfully** 29:7
**wrote** 124:15
136:24 177:12
180:11,14,16,23
186:14,24 216:13

**x**

**x** 3:1 4:6 224:6
**xs** 158:7
**xx** 133:11 207:17
**xxx** 160:21
**xxy** 160:21
**xy** 133:11 154:17
154:21 155:9
156:19 160:16,16

169:24 170:9
207:16

**y**

**y** 158:7 208:1,6
**yeah** 9:23 11:8
23:3 29:4 54:1
58:6 75:17 104:6
104:19 109:1
133:22 135:12
142:21 148:23
157:24 175:9
197:14 201:2
**year** 13:24 62:23
67:21 85:24 109:6
**yearn** 216:24
**years** 15:20 33:10
33:11 35:9 44:6
78:18 112:3 139:8
140:24 193:16
218:1 221:20
**yep** 11:13 89:18
**york** 109:10
**young** 14:15
112:14 118:18
**younger** 221:20,21

**z**

**z** 109:7
**zhou** 98:2 109:6
**zip** 5:4

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.