```
 1                UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                      NASHVILLE DIVISION
   _____
 3
     KAYLA GORE; JAIME COMBS;
 4   L.G.; and K.N.,

 5             Plaintiffs,

 6   vs.                                Case No. 3:19-0328

 7   WILLIAM BYRON LEE, in his
     official capacity as
 8   Governor of the State of
     Tennessee; and LISA
 9   PIERCEY, in her official
     capacity as Commissioner
10   of the Tennessee
     Department of Health,
11
               Defendants.
12
   _____
13

14

15

16            Videoconference Deposition of:

17            SHAYNE SEBOLD TAYLOR, M.D.

18            Taken on behalf of Defendants
              April 15, 2020
19

20

21
   _____
22
                    Elite Reporting Services
23              www.elitereportingservices.com
              Lindsey R. Perry, LCR, RPR, CRR, CSR
24                   Post Office Box 292382
                  Nashville, Tennessee  37229
25                      (615)595-0073
```

Case 3:19-cv-00328 Document 88 Filed 05/15/20 Page 1 of 9 PageID #: 1358
Elite Reporting Services (615)595-0073
www.EliteReportingServices.com

1    THE WITNESS:  At this point, I believe
2    that we should continue to use an infant's genitals
3    as a proxy for their sex, as we are unable to have
4    the capacity to do a further diagnostic workup on
5    every individual that's born.  With that said, if an
6    infant or a child or an individual disagrees with
7    that proxy that we use and said that it was the
8    wrong sex, they should not be penalized for that.
9    BY MS. SHEW:
10   Q.    And what do you mean by "They should not be
11   penalized for that"?
12   A.    Well, what I'm trying to say is that if --
13   somebody's gender identity and how they identify is
14   the determining factor for their sex, not the proxy
15   that we used when they were in the delivery room
16   when they were born.
17   Q.    Let's flip ahead, Dr. Taylor, to
18   Paragraph 41 of your report.
19   A.    Okay.
20   Q.    You describe gender transition for persons
21   who suffer from gender dysphoria as having three
22   components:  Social transition, medical transition,
23   and surgical transition; correct?  Three possible
24   components, not three necessary components.  Is that
25   correct?

Case 3:19-cv-00328 Document 338 Filed 05/15/06 Page 2 of 9 PageID #: 13592
Elite Reporting Services
www.EliteReportingServices.com

BY MS. SHEW:

Q.      Okay.  Let's look at Paragraph 53 of your report.  And you're talking about -- following from 52, it looks like you're talking about a worsening of -- I don't know if you're talking about a worsening of gender dysphoria or just the impact of the identification documents, but you said you've had -- well, I want to find out if these are actually -- you give an example of "A student applying to college may not get assigned appropriate and safe housing if their legal documentation is incorrect or incongruent."

Are you familiar with -- are you personally familiar with examples of that happening?

A.      I have many students who are -- college students who live in communal housing who were given housing with individuals based on their sex assigned at birth and not their gender identity.

Q.      Do you know how -- do you know if -- if there are any that have not been able to get that rectified?

A.      I don't know.

Q.      Later on in -- then -- oh.  Let's -- next sentence, I suppose, you say it can "lead to significant anxiety."  "... so much so that

```
 1    transgender youth may opt out of applying to college
 2    altogether."
 3              Are you personally aware of a situation
 4    where that occurred?
 5    A.   I am aware of transgender students who have
 6    ended up dropping out of college because of the
 7    challenges being so great.  I specifically don't
 8    know of somebody who didn't apply to college because
 9    of these challenges.
10    Q.   Okay.  And then you say "A transgender woman
11    with incorrect documentation may be unable to stay
12    in a women's homeless shelter..."
13              Are you personally aware of any situation in
14    which that has occurred?
15    A.   No.
16    Q.   Going down to Paragraph 54, you mention in
17    this paragraph that your patients frequently report
18    certain challenges, and I want to go through some of
19    those.
20              First, they report the challenges they face
21    at the pharmacy filling prescriptions.
22              What is the challenge they're facing at the
23    pharmacy?
24                   MR. GONZALEZ-PAGAN:  Objection.  Form.
25                   THE WITNESS:  Pharmacists questioning
```

Case 3:19-cv-00328 Document 338 Filed 05/15/20 Page 4 of 9 PageID #: 13613
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com
30

```
 1    why they're on the medications that they're being
 2    prescribed; insurance companies refusing to pay for
 3    those medications because they don't see a medical
 4    indication for it are some examples.
 5    BY MS. SHEW:
 6    Q.      All right.  And then what are the challenges
 7    at the DMV?
 8    A.      Challenges at the DMV could include having a
 9    gender presentation that is different than their
10    gender marker that is listed on their ID; challenges
11    that come with trying to change their gender marker
12    that is listed on their driver's license.  Those are
13    some examples.
14    Q.      Going back to the pharmacy issue for a
15    moment, has -- have you had a patient or have
16    personal knowledge of anybody who's been asked to
17    present a birth certificate at a pharmacy?
18              MR. GONZALEZ-PAGAN:  Objection.  Form.
19              THE WITNESS:  No.
20    BY MS. SHEW:
21    Q.      And then you said challenges talking to
22    their health insurance companies.
23              What personal examples can you give with
24    that -- with respect to that?
25              MR. GONZALEZ-PAGAN:  Objection.  Form.
```

Case 3:19-cv-00328 Document 398 Filed 05/15/20 Page 5 of 9 PageID #: 13623
Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

1        THE WITNESS:  Coverage for certain
2   preventative health-related procedures; coverage for
3   their medications; disclosing -- or changing their
4   gender marker with the insurance company and then
5   how that leads to -- how that could potentially lead
6   to downstream lack of coverage for other procedures;
7   trying to get medications and services covered.
8   BY MS. SHEW:
9   Q.      I'm curious.  What is the -- what is the
10  obstacle or obstacles they're facing with respect to
11  preventative health procedures?
12  A.      Every transgender person has their gender
13  marker changed on their insurance card, their
14  insurance documentation, so let's say somebody who
15  was assigned female at birth identifies as male and
16  has their documentation changed to reflect their
17  gender identity for their gender -- their insurance
18  card says that they're male, that insurance company
19  may, therefore, not pay for a mammogram or a Pap
20  smear even though the patient still has that anatomy
21  that still needs to be screened for malignancies.
22  Q.      Okay.  Thank you.
23          In Paragraph 55, you say "Transgender people
24  may feel that they're unable to participate in their
25  communities, neighborhoods, schools, or jobs with

Case 3:19-cv-00328-DCLC-JEM Document 338 Filed 05/15/206 Page 6 of 9 PageID #: 13632
Elite Reporting Services
www.EliteReportingServices.com

1  without having documentation that reflects their
2  gender identity."
3        What -- what examples are you aware of?
4  A.    I think it's the fact -- I think it's partly
5  the fact that we have data to suggest that a
6  transgender person's dysphoria can worsen when they
7  don't feel that their community or their legal
8  system or their state recognizes them for who they
9  really are, and, therefore, they may feel limited in
10 their ability to participate in their communities
11 because they do not feel recognized by their
12 communities.
13 Q.    Do you have any more specific examples or is
14 that what you meant by the statement in
15 Paragraph 55?
16          MR. GONZALEZ-PAGAN:  Objection.  Form.
17          THE WITNESS:  I would need some more
18 time to think about a specific example.
19 BY MS. SHEW:
20 Q.    Well, we'll come back to that one.
21       Paragraph 56, you refer to a 2015 Canadian
22 study which "demonstrated that having one or more
23 identity documents concordant with gender identity
24 was statistically significantly associated with
25 reduced suicidal ideations and attempts.  Based on

Case 3:19-cv-00328 Document 338 Filed 05/15/20 Page 7 of 9 PageID #: 13643
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

1                MS. SHEW:  I was just about to suggest
2    that, so let's break for about five minutes, and I
3    suggest, as I did the other day, that people not
4    sign out of the Webex for the break because we --
5    sooner or later, somebody won't make it back in.
6                So if everybody will just do whatever
7    you want to -- whatever you want to do to mute, et
8    cetera, we'll reconvene in about five minutes.
9    Thank you.
10               MR. GONZALEZ-PAGAN:  Thank you.
11               (Short break.)
12   BY MS. SHEW:
13   Q.     Dr. Taylor, I asked you a little while ago
14   in the deposition about Paragraph 55 of your report.
15   If you'll look at that.  That said "Transgender
16   people may feel that they are unable to participate
17   in their communities, neighborhoods, schools, or
18   jobs without having documentation that reflects
19   their gender identity.  This can further lead to
20   social isolation and worsening gender dysphoria."
21   And I asked you earlier in your deposition if you
22   knew of specific examples, and you said you would
23   need to -- some time to think about that.
24               Have you thought of any specific examples?
25   A.     I have not thought of any specific examples.

```
 1   Q.      Did you have any specific examples in
 2   mind -- do you recall if you had any specific
 3   examples in mind when you authored that particular
 4   paragraph?
 5   A.      I don't know if I had any specific examples
 6   in mind.
 7           MS. SHEW:  Okay.  That's all the
 8   questions I have.
 9           MR. GONZALEZ-PAGAN:  Thank you, Dianna.
10           We only have -- Dr. Taylor, we only have
11   one quick follow-up question.
12
13                    EXAMINATION
14   QUESTIONS BY MR. GONZALEZ:
15   Q.      Do you recall -- in looking at your report,
16   Paragraph 54, do you recall being -- testifying as
17   to problems that people may encounter with regards
18   to preventative care, such as mammograms or Pap
19   smears, once they correct the sex marker on their
20   insurance?  Do you recall that line of questioning?
21   A.      I do.
22   Q.      The fact that people may encounter those
23   issues with insurance coverage for preventative
24   care, does that mean that a person should not be
25   allowed to correct the marker for the sex on their
```