# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JAIME COMBS; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | No. 3:19-CV-00328 <br><br> DISTRICT JUDGE RICHARDSON <br> MAGISTRATE JUDGE HOLMES |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO INCREASE PAGE LIMITATION FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Plaintiffs, by and through their undersigned counsel and pursuant to Local Rule 7.01(a)(4), hereby respectfully move for leave to file a brief in Reply to Defendants' Response to Plaintiffs' Motion for Summary Judgment that exceeds the standard 5-page limit. In support of this Motion, Plaintiffs state the following.

1. Plaintiffs' Amended Complaint and Motion for Summary Judgment presents multiple separate and distinct claims under the United States Constitution, including claims under the Fourteenth Amendment's Equal Protection clause; the Fourteenth Amendment's Due Process clause; and First Amendment's Freedom of Speech clause.

2. Plaintiffs' claims challenging the State of Tennessee's Birth Certificate Policy implicate important issues of constitutional law involving liberty, privacy, equal protection, and freedom of expression that deserve full and thoughtful briefing. The parties also dispute the applicable level of scrutiny and whether the Birth Certificate Policy survives such scrutiny.

1

3. Furthermore, after Plaintiffs filed their motion for summary judgment in this case, the parties have deposed four fact witnesses and five expert witnesses.

4. Under the standard 5-page limit provided by Local Rule 7.01(a)(4) and the Initial Case Management Order (Doc. 36, at 6), Plaintiffs are unable to adequately reply to Defendants' 20-page Response and proposed Additional Facts.

5. In order to adequately reply to Defendants' Response, Plaintiffs respectfully request that the Court grant Plaintiffs leave to exceed the 5-page limit for their reply.

6. Specifically, Plaintiffs request that the Court grant Plaintiffs leave to file a Reply to Defendants' Response to Plaintiffs' Motion for Summary Judgment that totals no more than ten (10) pages, exclusive of case caption, signature line(s), and certificate of service, pursuant to Local Rule 7.03(a).

7. Plaintiffs have consulted with Defendants' counsel, who do not oppose this Motion.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file a Reply to Defendants' Response to Plaintiffs' Motion for Summary Judgment that totals no more than ten (10) pages, exclusive of case caption, signature line(s), and certificate of service, pursuant to Local Rule 7.03(a).

*[Remainder of Page Intentionally Blank]*

Dated: May 26, 2020

Respectfully submitted,

*s/ John T. Winemiller*
John T. Winemiller
MERCHANT & GOULD
9717 Cogdill Road, Suite 101
Knoxville, TN 37932
Phone: (865) 380-5960
Facsimile: (612) 332-9081
JWinemiller@merchantgould.com

Gavin R. Villareal*
Maddy Dwertman*
Puneet Kohli*
Samoneh Kadivar*
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
Phone: (512) 322-2500
Facsimile: (512) 322-2501
gavin.villareal@bakerbotts.com
maddy.dwertman@bakerbotts.com
puneet.kohli@bakerbotts.com
samoneh.kadivar@bakerbotts.com

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005-3919
Telephone: (212) 809-8585
Facsimile: (212) 809-0055
ogonzalez-pagan@lambdalegal.org

Brandt Thomas Roessler*
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Phone (212) 408-2500
Facsimile: (212) 408-2501
brandt.roessler@bakerbotts.com

Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

Kathryn S. Christopherson*
BAKER BOTTS L.L.P.
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304-1007
Phone: (650) 739-7500
Facsimile: (650) 739-7699
kathryn.christopherson@bakerbotts.com

Sasha Buchert*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245
sbuchert@lambdalegal.org

* *Admitted pro hac vice*

*Counsel for Plaintiffs*

3

Case 3:19-cv-00328    Document 89    Filed 05/26/20    Page 3 of 4 PageID #: 1369

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which provides electronic notice of the filing to all counsel of record, including:

Herbert H. Slatery III
Attorney General and Reporter

Dianna Baker Shew
Senior Assistant Attorney General
dianna.shew@ag.tn.gov
Sara E. Sedgwick
Senior Assistant Attorney General
sara.sedgwick@ag.tn.gov
PO Box 20207
Nashville, TN 37202

This 26th day of May, 2020.

*s/John T. Winemiller*
John T. Winemiller
