> The Motion is GRANTED.
> *Eli Richardson*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

KAYLA GORE; JAIME COMBS; L.G.; and K.N.,

*Plaintiffs*,

v.

WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health,

*Defendants*.

No. 3:19-CV-00328

DISTRICT JUDGE RICHARDSON
MAGISTRATE JUDGE HOLMES

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO INCREASE
PAGE LIMITATION FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, by and through their undersigned counsel and pursuant to Local Rule 7.01(a)(4), hereby respectfully move for leave to file a brief in Reply to Defendants' Response to Plaintiffs' Motion for Summary Judgment that exceeds the standard 5-page limit. In support of this Motion, Plaintiffs state the following.

1. Plaintiffs' Amended Complaint and Motion for Summary Judgment presents multiple separate and distinct claims under the United States Constitution, including claims under the Fourteenth Amendment's Equal Protection clause; the Fourteenth Amendment's Due Process clause; and First Amendment's Freedom of Speech clause.

2. Plaintiffs' claims challenging the State of Tennessee's Birth Certificate Policy implicate important issues of constitutional law involving liberty, privacy, equal protection, and freedom of expression that deserve full and thoughtful briefing. The parties also dispute the applicable level of scrutiny and whether the Birth Certificate Policy survives such scrutiny.

1