# Exhibit A

Deposition Transcript of Dr. Randi C. Ettner, Ph.D.

# GORE, et al.

## vs.

## LEE, et al.

---

# RANDI C. ETTNER, PH.D.

# April 14, 2020

---



**Celebrating 28 Years of Reporting Excellence!**

**Ashley Vernon Meeks, LCR**
**Associate Reporter**

Chattanooga (423)266-2332   Jackson (731)425-1222
Knoxville (865)329-9919   Nashville (615)595-0073   Memphis (901)522-4477
www.elitereportingservices.com

3  _____

KAYLA GORE; JAIME COMBS;
4  L.G.; and K.N.,
5              Plaintiffs,
   vs.                          Case No. 3:19-cv-00328
6
   WILLIAM BYRON LEE, in his
7  official capacity as
   Governor of the State of
8  Tennessee; and LISA
   PIERCEY, in her official
9  capacity as Commissioner
   of the Tennessee
10 Department of Health,

11            Defendants.
   _____

12 _____

13

14

15
                 Videoconference Deposition of:
16
                 RANDI C. ETTNER, PH.D.
17
                 Taken on behalf of Defendants
18               April 14, 2020

19

20

21
   _____
22
                 Elite Reporting Services
23               www.elitereportingservices.com
           Ashley V. Meeks, LCR, Associate Reporter
24             ashley@elitereportingservices.com
                    P.O. Box 292382
25                 Nashville, TN 37229
                    (615)595-0073

Case 3:19-cv-00328  Document 102  Filed 05/29/20  Page 3 of 81 PageID #: 1409
Elite Reporting Services * (615)595-0073
www.EliteReportingServices.com

```
1              A P P E A R A N C E S

2

3    For the Plaintiffs (via videoconference):

4            MR. PUNEET KOHLI
             Attorney at Law
5            Baker Botts LLP
             98 San Jacinto Boulevard
6            Suite 1500
             Austin, TX 78701
7            (512)322-2500
             puneet.kohli@bakerbotts.com
8

9            MR. BRANDT THOMAS ROESSLER
             Attorney at Law
10           Baker Botts LLP
             30 Rockefeller Plaza
11           New York, NY 10112
             (212)408-2500
12           brandt.roessler@bakerbotts.com

13
             MR. OMAR GONZALEZ-PAGAN
14           Attorney at Law
             Lambda Legal Defense & Education Fund, Inc.
15           120 Wall Street
             19th Floor
16           New York, NY 10005
             (212)809-8585
17           ogonzalez-pagan@lambdalegal.org

18
             MS. SASHA BUCHERT
19           Attorney at Law
             Lambda Legal Defense & Education Fund, Inc.
20           1776 K Street NW, Suite 722
             Washington, DC 20006
21           (202)804-6245
             sbuchert@lambdalegal.org
22

23

24

25
```

Case 3:19-cv-00328 Document 98-2 Filed 09/29/20 Page 4 of 81 PageID #: 1410    2
Elite Reporting Services   (615)595-0073
www.EliteReportingServices.com

```
1    For the Defendants (via videoconference):

2              MR. MATTHEW F. JONES
                MS. DIANNA BAKER SHEW
3              MS. SARA E. SEDGWICK
                MR. JAE LIM
4              Assistant Attorneys General
                P.O. Box 20207
5              Nashville, TN 37202
                (615)532-1969
6              matt.jones@ag.tn.gov
                dianna.shew@ag.tn.gov
7              sara.sedgwick@ag.tn.gov
                jae.lim@ag.tn.gov
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                    I  N  D  E  X

                                           Page


    Direct Examination
    By Mr. Jones                             10

    Cross-Examination
    By Mr. Kohli                             60




                 E  X  H  I  B  I  T  S

                                           Page

    Exhibit No. 1                            13
              Amended Complaint for Declaratory
              and Injunctive Relief

    Exhibit No. 2                            18
              Expert Report of Randi C. Ettner,
              Ph.D.

    Exhibit No. 3                            19
              Expert Declaration of Randi C.
              Ettner, Ph.D.

    Exhibit No. 4                            19
              Expert Report of Randi C. Ettner,
              Ph.D. in the Ray case

    Exhibit No. 5                            20
              Deposition transcript of Randi C.
              Ettner, Ph.D. in the Ray case
```

Case 3:19-cv-00328 Document 92 Filed 06/29/20 Page 6 of 81 PageID #: 1412  4
Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

```
 1

 2                S T I P U L A T I O N S

 3

 4

 5             The videoconference deposition of

 6    RANDI C. ETTNER, PH.D. was taken by counsel for

 7    the Defendants, by Notice, with all participants

 8    appearing at their respective locations, on

 9    April 14, 2020, for all purposes under the Federal

10    Rules of Civil Procedure.

11             All objections, except as to the form of

12    the questions, are reserved to the hearing, and that

13    said deposition may be read and used in evidence in

14    said cause of action in any trial thereon or any

15    proceeding herein.

16             It is agreed that ASHLEY V. MEEKS, LCR,

17    Notary Public and Court Reporter for the State of

18    Tennessee, may swear the witness remotely, and that

19    the reading and signing of the completed deposition

20    by the witness were not waived.

21

22

23

24

25
```

```
 1                    *    *    *
 2                                                    13:04:41
 3          MR. JONES:  Well, before we mute everyone  13:04:41
 4    then I think it would be helpful for the court   13:04:41
 5    reporter if everyone would announce their name and 13:04:41
 6    who they represent.  I'll start, and we can go    13:04:41
 7    through the defendants first.  My name is Matt Jones. 13:04:42
 8    I'm here representing the defendants.             13:04:44
 9          MS. SHEW:  Dianna Shew on behalf of the    13:04:50
10    defendants.                                      13:04:53
11          MS. SEDGWICK:  Sara Sedgwick on behalf of  13:04:56
12    the defendants.                                  13:04:59
13          MR. LIM:  Jae Lim on behalf of the         13:04:59
14    defendants.                                      13:04:59
15          MR. JONES:  Okay.  Plaintiffs.             13:04:59
16          MR. GONZALEZ-PAGAN:  Omar Gonzalez-Pagan   13:05:08
17    on behalf of the plaintiffs.                     13:05:14
18          MR. KOHLI:  Puneet Kohli on behalf of the  13:05:14
19    plaintiffs.                                      13:05:25
20          MR. ROESSLER:  Brandt Roessler on behalf   13:05:25
21    of the plaintiffs.                               13:05:25
22          MS. BUCHERT:  Sasha Buchert on behalf of   13:05:25
23    the plaintiffs.                                  13:05:53
24          MR. JONES:  And I think --                 13:05:53
25          MR. KOHLI:  For the record, I'll be the    13:05:53
```

| | | |
|---|---|---|
| 1 | one making objections. | 13:05:53 |
| 2 | MR. JONES:  Okay.  Great. | 13:05:53 |
| 3 | So I think for everyone's purpose, if | 13:05:54 |
| 4 | everyone who would not be speaking to go ahead and | 13:05:56 |
| 5 | mute their audio except of course the court reporter | 13:06:01 |
| 6 | at this time. | 13:06:09 |
| 7 | And if you have no objection, Puneet, | |
| 8 | we'll go ahead with the court reporter and swear in | |
| 9 | the witness. | |
| 10 | MR. KOHLI:  Sure. | |
| 11 | MR. JONES:  Great.  Ms. Meeks, if you | |
| 12 | would proceed. | |
| 13 | THE REPORTER:  Yes, sir. | |
| 14 | (The witness was sworn.) | 13:06:50 |
| 15 | MR. JONES:  So I understand that the | 13:06:50 |
| 16 | defendants and the plaintiffs had some stipulations. | 13:06:52 |
| 17 | Were those read into the record yesterday?  Do we | 13:06:54 |
| 18 | need to put any more stipulations on before we | 13:07:07 |
| 19 | proceed? | 13:07:11 |
| 20 | MS. SHEW:  This is Dianna. | 13:07:11 |
| 21 | Yesterday our stipulations were -- that I | 13:07:14 |
| 22 | recall were that the witness was going to be sworn | 13:07:17 |
| 23 | remotely.  That would be bound by the oath as if | 13:07:18 |
| 24 | sworn in person.  All objections are reserved except | 13:07:21 |
| 25 | as to the form of the question.  And we made a | 13:07:26 |

Case 3:19-cv-00828 Document 99-2 Filed 09/29/20 Page 9 of 20 PageID #: 1415   7
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

| | |
|---|---|
| 1 | general announcement that of course we were all on a | 13:07:29 |
| 2 | WebEx Meeting. | 13:07:32 |
| 3 | The other thing we discussed was that | 13:07:32 |
| 4 | although we can all see each other and this is a | 13:07:34 |
| 5 | video platform, the deposition is simply being | 13:07:39 |
| 6 | recorded by stenographic means and there's not a | 13:07:40 |
| 7 | video recording being made.  I don't believe any | 13:07:45 |
| 8 | party has requested that. | 13:07:48 |
| 9 | And then the court reporter actually had | 13:07:50 |
| 10 | some comments that she wanted to make just for | 13:07:53 |
| 11 | purposes of keeping everybody on task with the WebEx | 13:07:57 |
| 12 | and making sure that her transcript was clean.  So | 13:07:58 |
| 13 | Ms. Meeks may want to do that as well.  But those | |
| 14 | were the only stipulations that I recall from | |
| 15 | yesterday. | |

MR. JONES:  Thank you.  Ms. Meeks.

THE REPORTER:  Yes, sir.

For the sake of the record, I ask any
objecting attorney to also identify themselves when
making their objection.

It is very important that one person
speak at a time.  So with each question
asked or answer given, please give a short pause
before responding in order to ensure the previous
speaker has finished, as well as giving enough time

```
1    for potential objections.

2              Please keep in mind that because this is

3    a video call that's dependent on audio there may be

4    cases where I may ask for further clarification more

5    often than normal.  I may also ask to go off the

6    record if I can't hear you.

7              And if everyone again would please place

8    their audio on mute until they would like to speak.

9    That's all I have for now.

10             MR. JONES:  And if I may, one more thing.      13:09:08

11   You reminded me, Ms. Meeks, in talking about            13:09:08

12   attorneys identifying themselves.  We had one           13:09:11

13   attorney for Plaintiffs yesterday who made all the      13:09:14

14   objections.  And I believe that Puneet Kohli has said   13:09:17

15   that he will make all the objections today, which if    13:09:21

16   that's the case I think if we stipulate that or if we   13:09:24

17   say that, then that will make this a little less        13:09:27

18   cumbersome since he won't need to identify himself on   13:09:27

19   each occasion.                                          13:09:27

20             THE REPORTER:  I agree.  Thank you.           13:09:27

21             MR. JONES:  Great.                            13:09:44

22             Well, the witness has been sworn.             13:09:44

23   Stipulations have been read into the record.  And for   13:09:46

24   the record, I am southern so I speak very slowly        13:09:49

25   anyway.  So I will do my best to complete my sentence   13:09:54
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1   and, Dr. Ettner, I will do my best to let you finish      13:09:59
 2   your answer before speaking again.                          13:10:04
 3              But please, if you do not understand my          13:10:06
 4   question, ask me to repeat it and we'll try to get          13:10:13
 5   through this as best we can.  I appreciate everyone's
 6   willingness to engage in this manner.
 7              With that being said, we can start the
 8   deposition.
 9
10                      *   *   *
11              RANDI C. ETTNER, PH.D.,
12   was called as a witness, and after having been first
13   duly sworn, testified as follows:
14
15                  DIRECT EXAMINATION
16   QUESTIONS BY MR. JONES:
17   Q.     Dr. Ettner, if you would give us your full
18   name?
19   A.     Dr. Randi Ettner.
20   Q.     And, Dr. Ettner, what is your occupation?        13:10:39
21   A.     I'm a clinical and forensic psychologist.       13:10:50
22   Q.     And your qualifications have actually been       13:10:54
23   well documented.  We'll get to that in a minute.        13:10:54
24   Just for a matter of housekeeping, I had forwarded a    13:10:57
25   list of five exhibits this morning to plaintiffs'       13:11:03
```

**Elite Reporting Services** (615) 595-0073
**www.EliteReportingServices.com**

|    |                                                           |          |
|----|-----------------------------------------------------------|----------|
| 1  | counsel.  Did you receive those exhibits and do you       | 13:11:07 |
| 2  | have them accessible to you?                              | 13:11:12 |
| 3  | A.      I have them.  I believe I have everything          | 13:11:21 |
| 4  | accessible.                                               | 13:11:25 |
| 5  | Q.      Great.  And we'll get those five on the           | 13:11:26 |
| 6  | record here in a minute, but I just wanted to start      | 13:11:30 |
| 7  | with sort of a general question about your expertise     | 13:11:43 |
| 8  | since your qualifications have been well documented.     | 13:11:43 |
| 9  | What part of your education, training, and experience    | 13:11:47 |
| 10 | are you relying upon to render an opinion in this        | 13:11:50 |
| 11 | case?                                                     | 13:11:56 |
| 12 | A.      I'm relying on my education in psychology, my     | 13:11:56 |
| 13 | training in gender and gender conditions after           | 13:12:13 |
| 14 | university, in my doctoral clinical work and in          | 13:12:20 |
| 15 | supervision work and in my clinical experience which     | 13:12:26 |
| 16 | began in the late 1970's.  Also, I've relied on the      | 13:12:33 |
| 17 | extensive literature in this area and the World          | 13:12:41 |
| 18 | Professional Association for Transgender Healthcare       | 13:12:41 |
| 19 | Organization and the Standards of Care that they        | 13:12:56 |
| 20 | promulgate.                                               | 13:13:02 |
| 21 | Q.      Great.  Thank you.                                | 13:13:03 |
| 22 |         And what is the subject matter of your           | 13:13:04 |
| 23 | opinion rendered in this case?                           | 13:13:10 |
| 24 | A.      I've rendered several opinions in this case.      | 13:13:22 |
| 25 | Q.      Okay.  Is that subject matter limited to the     | 13:13:25 |

| | |
|---|---|
| 1 | diagnosis and treatment of individuals with gender |
| 2 | dysphoria? |
| 3 | A.     No, it's not limited to that. |
| 4 | Q.     Okay.  And how is it not limited to that?  If |
| 5 | you could, define the breadth of your opinions. |
| 6 | A.     My opinions are also based on my |
| 7 | understanding of the etiology of gender incongruity |
| 8 | and my expertise in trauma and emotional distress |
| 9 | and, in general, my experience of having worked with |
| 10 | over 3,000 individuals with gender incongruity. |
| 11 | Q.     And what documents have you reviewed |
| 12 | concerning the plaintiffs and the allegations in the |
| 13 | present case? |
| 14 | A.     I've reviewed the complaints and the amended |
| 15 | complaint.  I've not spoken or interviewed the |
| 16 | plaintiffs in this case. |
| 17 | Q.     And this may be redundant for that answer. |
| 18 | But just to be sure, you're not expressing any |
| 19 | opinions about the impact of any actions or inactions |
| 20 | of the defendants on these particular plaintiffs? |
| 21 | A.     Not on these -- |
| 22 |      MR. KHOLI:  Objection.  Form. |
| 23 |      THE WITNESS:  -- particular plaintiffs -- |
| 24 | BY MR. JONES: |
| 25 | Q.     Okay. |

13:13:35
13:13:41
13:13:43
13:13:45
13:13:53
13:13:58
13:14:02
13:14:11
13:14:20
13:14:25
13:14:34
13:14:41
13:14:45
13:14:53
13:14:56
13:15:01
13:15:02
13:15:06
13:15:12
13:15:16
13:15:23
13:15:25
13:15:25
13:15:25
13:15:30

| | | |
|---|---|---|
| 1 | A.      -- other than the conclusions I've drawn from | 13:15:30 |
| 2 | what I've read in the complaint. | 13:15:32 |
| 3 | Q.      And with that, if we could go ahead and look | 13:15:38 |
| 4 | at the Amended Complaint which was sent over as | 13:15:41 |
| 5 | Exhibit 1.  Let me know when you have that in front | 13:15:47 |
| 6 | of you. | 13:15:47 |
| 7 | MR. JONES:  And, Puneet, I had forwarded | 13:16:03 |
| 8 | these exhibits premarked in the order that I sent | 13:16:06 |
| 9 | them.  If you have no objection, I'll just refer to | 13:16:10 |
| 10 | them as Exhibits 1 through 5 as we go through. | 13:16:14 |
| 11 | MR. KOHLI:  Sure.  And make sure that Dr. | 13:16:20 |
| 12 | Ettner follows them.  So I think the first thing you | 13:16:23 |
| 13 | were saying, Exhibit 1 just mentioned what it is and | 13:16:25 |
| 14 | then hopefully you won't have to repeat -- | 13:16:29 |
| 15 | MR. JONES:  Absolutely.  Absolutely. | 13:16:34 |
| 16 | BY MR. JONES: | 13:16:38 |
| 17 | Q.      Dr. Ettner, do you have Exhibit 1 in front of | 13:16:39 |
| 18 | you? | 13:16:42 |
| 19 | A.      Amended Complaint for Declaratory and | 13:16:43 |
| 20 | Injunctive Relief? | 13:16:46 |
| 21 | Q.      Yes. | 13:16:49 |
| 22 | A.      Yes, I have it in front -- | 13:16:50 |
| 23 | (WHEREUPON, the above-mentioned document | 13:16:50 |
| 24 | was premarked as Exhibit Number 1.) | 13:16:50 |
| 25 | BY MR. JONES: | 13:16:50 |

**Elite Reporting Services** (615) 595-0073
**www.EliteReportingServices.com**

13

```
 1    Q.     Great.                                          13:16:51

 2           And I just wanted to clarify that you           13:16:52

 3    understand this Amended Complaint.  These plaintiffs    13:16:59

 4    are not seeking any sort of damages that (inaudible)    13:17:05

 5    are declaratory --                                      13:17:05

 6           (Audio outage.)                                  13:17:21

 7    A.     Well, not being a lawyer I'm not certain that    13:17:21

 8    I entirely do understand that distinction.

 9    Q.     And based on --

10           THE REPORTER:  I'm sorry.  I'm --

11    BY MR. JONES:

12    Q.     -- prior testimony --

13           THE REPORTER:  Excuse me.

14    BY MR. JONES:

15    Q.     -- and your experience, you have given           13:17:44

16    testimony in several cases in the past that have        13:17:46

17    involved injuries and -- personal injuries, and you     13:17:50

18    understand what that entails as far as damages,         13:17:51

19    correct?                                                13:17:55

20    A.     Yes.                                             13:17:55

21    Q.     And --

22           THE REPORTER:  I'm sorry.  I have to

23    interrupt.

24    BY MR. JONES:

25    Q.     -- you understand that in --
```

**Elite Reporting Services** (615) 595-0073
www.EliteReportingServices.com

```
 1              THE REPORTER:  Mr. Jones.
 2    BY MR. JONES:
 3    Q.      -- this particular case these plaintiffs are      13:18:04
 4    not seeking those kind of personal injury damages?        13:18:05
 5              MR. KOHLI:  Objection.  Form.                    13:18:10
 6              THE WITNESS:  I now know that because            13:18:12
 7    you've said that.  But I didn't previously really         13:18:14
 8    take that into consideration since that wasn't the        13:18:19
 9    scope of my opinions.                                     13:18:24
10    BY MR. JONES:                                             13:18:27
11    Q.      And that's really what I was trying to get        13:18:27
12    at.  You were not asked to evaluate these plaintiffs      13:18:29
13    from a perspective of damages that they may have          13:18:33
14    suffered individually?                                    13:18:41
15    A.      Correct.                                          13:18:42
16    Q.      Great.                                            13:18:43
17              MR. KOHLI:  Objection.                          13:18:46
18              Dr. Ettner, just give me a chance to            13:18:49
19    raise objection --                                        13:18:49
20              MR. JONES:  Yes.                                13:18:49
21              MR. KOHLI:  -- to put the objections on         13:18:50
22    the record.                                               13:18:52
23              So give me a few minutes -- few seconds         13:18:53
24    before you answer.                                        13:18:55
25              MR. JONES:  Yes.                                13:18:57
```

```
 1   BY MR. JONES:                                          13:19:03
 2   Q.      And so since you -- Dr. Ettner, since you      13:19:03
 3   have not evaluated or interviewed the plaintiffs,      13:19:06
 4   your opinions are general in nature about the          13:19:12
 5   experiences of transgender people.  Is that correct?   13:19:16
 6              MR. KOHLI:  Objection.  Form.               13:19:23
 7              THE WITNESS:  I've also read the            13:19:29
 8   narratives that are written in this Amended            13:19:30
 9   Complaint.  And on that basis I agree that these       13:19:37
10   individuals did suffer some harm; although, I have     13:19:44
11   not spoken to them individually.                       13:19:49
12   BY MR. JONES:                                          13:19:55
13   Q.      And also you are not offering any opinions     13:19:55
14   about what actions or inaction the defendants -- what  13:19:59
15   actions the defendants should or should not do with    13:20:06
16   regard to birth certificates, recording or             13:20:13
17   maintaining those certificates in the state of         13:20:16
18   Tennessee?                                             13:20:20
19              MR. KOHLI:  Objection.  Form.               13:20:20
20              THE WITNESS:  I'm sorry.  I didn't          13:20:25
21   understand that question.  Could you repeat it?        13:20:26
22   BY MR. JONES:                                          13:20:28
23   Q.      Yes.                                           13:20:29
24              You are not offering any opinions about what 13:20:29
25   actions the defendants should or should not do with    13:20:33
```

| | | |
|---|---|---|
| 1 | regard to recording or maintaining birth certificates | 13:20:38 |
| 2 | in the state of Tennessee? | 13:20:43 |
| 3 | MR. KOHLI:  Objection.  Form. | 13:20:46 |
| 4 | THE WITNESS:  I'm offering an opinion as | 13:20:49 |
| 5 | to the harms that transgender people incur when they | 13:20:51 |
| 6 | have inaccurate birth certificates.  And I believe | 13:20:57 |
| 7 | that these plaintiffs do have inaccurate birth | 13:21:01 |
| 8 | certificates. | 13:21:08 |
| 9 | BY MR. JONES: | 13:21:08 |
| 10 | Q.     Yes.  And I understand that. | 13:21:09 |
| 11 | My question is:  Are you offering any | 13:21:12 |
| 12 | opinions about what actions defendant -- the | 13:21:17 |
| 13 | defendants should take with regard to these | 13:21:23 |
| 14 | plaintiffs or any other birth certificates in the | 13:21:27 |
| 15 | future, specifically? | 13:21:31 |
| 16 | MR. KOHLI:  Objection.  Form. | 13:21:35 |
| 17 | THE WITNESS:  My opinion is that | 13:21:41 |
| 18 | individuals who have transitioned as these | 13:21:43 |
| 19 | individuals have, require accurate documentation on | 13:21:49 |
| 20 | their birth certificates. | 13:21:53 |
| 21 | BY MR. JONES: | 13:21:55 |
| 22 | Q.     Now, Dr. Ettner, we are going to go through a | 13:21:58 |
| 23 | little bit of housekeeping with some of the various | 13:22:03 |
| 24 | opinions that are out there because they're in | 13:22:08 |
| 25 | different documents.  So we're just going to go | 13:22:12 |

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | through the exhibits that I forwarded or your counsel | 13:22:15 |
| 2 | has forwarded to you earlier.  Okay? | 13:22:21 |
| 3 | The second exhibit that was sent to you -- | 13:22:26 |
| 4 | and I will identify it -- is the Expert Report of Dr. | 13:22:33 |
| 5 | Randi C. Ettner, which is on a document that has the | 13:22:47 |
| 6 | style of this case.  And let me go to the end of it | 13:22:56 |
| 7 | to get the date of it.  Looks like it's dated the 9th | 13:23:02 |
| 8 | of January, 2020.  Do you recognize that document as | 13:23:06 |
| 9 | your expert report? | 13:23:10 |
| 10 | A.      Yes. | 13:23:14 |
| 11 | Q.      All right. | 13:23:15 |
| 12 | (WHEREUPON, the above-mentioned document | 13:23:15 |
| 13 | was premarked as Exhibit Number 2.) | 13:23:26 |
| 14 | BY MR. JONES: | 13:23:26 |
| 15 | Q.      And moving on to Exhibit 3, which is titled | 13:23:26 |
| 16 | the Expert Declaration of Dr. Randi C. Ettner, also | 13:23:29 |
| 17 | on a document with the style of this case, which, | 13:23:38 |
| 18 | going to the end, is dated the 29th of February, | 13:23:42 |
| 19 | 2020.  Do you recognize that document? | 13:23:51 |
| 20 | A.      (Respite.) | 13:24:12 |
| 21 | Yes. | 13:24:14 |
| 22 | Q.      And Dr. Ettner, this may be just a matter of | 13:24:15 |
| 23 | semantics because of the way legal proceedings are | 13:24:20 |
| 24 | done.  Those are essentially the same reports | 13:24:23 |
| 25 | containing the same opinions.  Is that correct? | 13:24:26 |

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | MR. KOHLI:  Objection.  Form. | 13:24:30 |
| 2 | THE WITNESS:  Sorry.  Excuse me.  There | 13:24:33 |
| 3 | was an objection. | 13:24:36 |
| 4 | BY MR. JONES: | 13:24:38 |
| 5 | Q.     You can answer. | 13:24:40 |
| 6 | A.     My opinions are the same. | 13:24:40 |
| 7 | (WHEREUPON, the above-mentioned document | 13:24:40 |
| 8 | was premarked as Exhibit Number 3.) | 13:24:51 |
| 9 | BY MR. JONES: | 13:24:51 |
| 10 | Q.     And then moving on to Exhibit 4 that was sent | 13:24:51 |
| 11 | to you has a title of Expert Report of Dr. Randi C. | 13:24:56 |
| 12 | Ettner, PhD.  It's on a document with the style of | 13:25:01 |
| 13 | the case in the Southern District of Ohio, with the | 13:25:10 |
| 14 | Plaintiff Stacie Ray, and this document, going to the | 13:25:12 |
| 15 | end, is dated July 1st, 2019. | 13:25:20 |
| 16 | Do you recognize that document as an expert | 13:25:31 |
| 17 | report that you prepared in that case? | 13:25:35 |
| 18 | A.     Yes. | 13:25:39 |
| 19 | (WHEREUPON, the above-mentioned document | 13:25:40 |
| 20 | was premarked as Exhibit Number 4.) | 13:25:42 |
| 21 | BY MR. JONES: | 13:25:42 |
| 22 | Q.     And with the exception of some updating -- | 13:25:43 |
| 23 | I believe you had updated a couple of things | 13:25:46 |
| 24 | about where you've lectured, some other minor things. | 13:25:50 |
| 25 | -- does that document filed in the Ray case, | 13:25:56 |

| | | |
|---|---|---|
| 1 | I will call it, contain essentially the same opinions | 13:26:00 |
| 2 | that are being rendered in the current case? | 13:26:05 |
| 3 | MR. KOHLI:  Objection.  Form. | 13:26:11 |
| 4 | THE WITNESS:  I would like a moment to | 13:26:16 |
| 5 | review this document. | 13:26:17 |
| 6 | BY MR. JONES: | 13:26:20 |
| 7 | Q.     Please. | 13:26:20 |
| 8 | A.     (Reviews document.) | 13:26:21 |
| 9 | My opinions are the same in this document. | 13:26:53 |
| 10 | Q.     Thank you. | 13:26:59 |
| 11 | And going to the last exhibit, which is | 13:27:02 |
| 12 | Exhibit 5, is a transcript of a deposition that I | 13:27:08 |
| 13 | believe where you testified -- and let me find the | 13:27:20 |
| 14 | date of it.  Just a moment.  Was a deposition -- | 13:27:25 |
| 15 | looks like the deposition took place on September 18, | 13:27:54 |
| 16 | 2019, in Chicago, Illinois. | 13:28:10 |
| 17 | Do you recognize that transcript as the | 13:28:14 |
| 18 | transcript of your deposition taken that day? | 13:28:17 |
| 19 | A.     Yes. | 13:28:24 |
| 20 | (WHEREUPON, the above-mentioned document | 13:28:24 |
| 21 | was premarked as Exhibit Number 5.) | 13:28:24 |
| 22 | BY MR. JONES: | 13:28:25 |
| 23 | Q.     And, again, I know it's quite a long | 13:28:25 |
| 24 | deposition.  But at the end of the deposition is | 13:28:28 |
| 25 | actually Page -- I'm trying to find it.  Down to Page | 13:28:34 |

Elite Reporting Services  •  (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | 236. And you can scroll to that if you need to. But | 13:28:58 |
| 2 | do you recall having an opportunity to read and sign | 13:29:06 |
| 3 | that deposition? | 13:29:09 |
| 4 | A. (Reviews document.) | 13:29:54 |
| 5 | Yes. | 13:30:06 |
| 6 | Q. And just a general question about that | 13:30:08 |
| 7 | deposition. I know you may not have had an | 13:30:14 |
| 8 | opportunity to completely review it again before | 13:30:20 |
| 9 | today. But as far as you recall, was your testimony | 13:30:23 |
| 10 | in that deposition truthful and consistent with your | 13:30:29 |
| 11 | opinions rendered in the expert report that was | 13:30:35 |
| 12 | prepared in that case? | 13:30:38 |
| 13 | A. I haven't reviewed the deposition but my | 13:30:41 |
| 14 | answers were truthful. | 13:30:47 |
| 15 | Q. Thank you. | 13:30:48 |
| 16 | And so, Dr. Ettner, having reviewed -- not | 13:31:01 |
| 17 | having reviewed these various documents and this | 13:31:08 |
| 18 | deposition, this prior deposition -- and again, I | 13:31:12 |
| 19 | think your qualifications were very well documented | 13:31:16 |
| 20 | in that deposition so I'm not going to go back | 13:31:20 |
| 21 | through them, and instead will focus today on your | 13:31:23 |
| 22 | opinions and your education and experience with | 13:31:29 |
| 23 | regard to those opinions. So I would like, if we | 13:31:37 |
| 24 | could, just start with some basic definitions of | 13:31:41 |
| 25 | terms that are being used throughout these documents | 13:31:45 |

| | | |
|---|---|---|
| 1 | in your opinions.  Okay? | 13:31:52 |
| 2 | A.      Okay. | 13:31:54 |
| 3 | MR. KOHLI:  I just want to add an | 13:31:57 |
| 4 | objection here.  Insofar as any definitions that were | 13:31:58 |
| 5 | used in the Ohio transcript or expert report, those | 13:32:03 |
| 6 | are all subject to a standing objection in that | 13:32:10 |
| 7 | transcript.  So to the extent any questions that go | 13:32:12 |
| 8 | back to terms used in those -- in that deposition and | 13:32:15 |
| 9 | the expert report, the same objection apply (sic) | 13:32:19 |
| 10 | over here as well. | 13:32:26 |
| 11 | MR. JONES:  I understand.  And I also | 13:32:26 |
| 12 | understand that there was a discussion yesterday | 13:32:29 |
| 13 | about the party not being bound by certain | 13:32:34 |
| 14 | definitions.  And my focus today is just to get | 13:32:39 |
| 15 | Dr. Ettner's understanding of these terms.  So with | 13:32:45 |
| 16 | that caveat, I'm just going to ask her for these -- | 13:32:48 |
| 17 | her understanding of these terms.  But I understand | 13:32:55 |
| 18 | your objection, Puneet. | 13:32:58 |
| 19 | MR. KOHLI:  Thank you. | 13:33:03 |
| 20 | BY MR. JONES: | 13:33:03 |
| 21 | Q.      So, Dr. Ettner, if you could define for me | 13:33:04 |
| 22 | what is transgenderism? | 13:33:08 |
| 23 | A.      Transgenderism refers to an individual who | 13:33:15 |
| 24 | experiences some incongruity between the sex they're | 13:33:20 |
| 25 | assigned at birth and their gender identity. | 13:33:28 |

Case 3:19-cv-00328  Elite Reporting Services 05/19/20  Page 5 of 73  PageID #: 1432
Elite Reporting Services
www.EliteReportingServices.com

```
 1   Q.      And if you could, define the term "sex."  And      13:33:41
 2   by "sex," I am not looking for the active intercourse      13:33:47
 3   itself but sex as a human characteristic.  If you          13:33:55
 4   could, define "sex" as a human characteristic.             13:33:59
 5   A.      Yes, I can.                                         13:34:04
 6           Sex is a composite of chromosomal pairs,           13:34:06
 7   gonads and internal reproductive organs, external          13:34:15
 8   genitalia, sexually dimorphic brain structures, and        13:34:22
 9   the result of gender identity.                             13:34:31
10   Q.      And if you could, define the term that I           13:34:36
11   believe you have used in these opinions, the term of       13:34:41
12   "true sex."                                                13:34:47
13   A.      True sex --                                        13:34:48
14           MR. KOHLI:  Object to the standing                 13:34:51
15   objections regarding those.                                13:34:56
16           MR. JONES:  I agree to your standing               13:34:59
17   objection, Puneet.  It carries forward for all             13:35:02
18   definitions.  I can see that.                              13:35:07
19   BY MR. JONES:                                              13:35:14
20   Q.      Please, Dr. Ettner.                                13:35:15
21   A.      "True sex," I have used to refer to a              13:35:17
22   person's affirmed gender identity.                         13:35:27
23   Q.      And that leads to the next definition of --        13:35:38
24   well, let's back up for just one second.                   13:35:42
25           With regard to sex and your definition of          13:35:47
```

Case 3:19-cv-00328 Elite Reporting Services 05/29/20 Page 25 of 81 PageID #: 14323
**Elite Reporting Services** * (615) 595-0073
**www.EliteReportingServices.com**

| | | |
|---|---|---|
| 1 | sex, how many sexes are there? | 13:35:50 |
| 2 | MR. KOHLI:  Objection.  Form. | 13:36:03 |
| 3 | THE WITNESS:  Well, typically, sex is | 13:36:06 |
| 4 | considered to be binary.  Along the binary continuum | 13:36:08 |
| 5 | there are individuals who do not fall into those | 13:36:25 |
| 6 | categories. | 13:36:28 |
| 7 | BY MR. JONES: | 13:36:29 |
| 8 | Q.     Is there an accepted number of sexes? | 13:36:29 |
| 9 | MR. KOHLI:  Objection.  Form. | 13:36:39 |
| 10 | THE WITNESS:  I'm not understanding the | 13:36:42 |
| 11 | question the way it's phrased. | 13:36:44 |
| 12 | People typically talk about two | 13:36:46 |
| 13 | categories:  Male and female. | 13:36:54 |
| 14 | BY MR. JONES: | 13:36:56 |
| 15 | Q.     Okay.  Then moving on.  You've defined true | 13:36:56 |
| 16 | sex.  And in that definition of true sex you've used | 13:37:00 |
| 17 | the word "gender identity."  Can you define gender | 13:37:05 |
| 18 | identity? | 13:37:11 |
| 19 | A.     Yes. | 13:37:12 |
| 20 | Gender identity is a well established concept | 13:37:13 |
| 21 | in medicine.  It refers to an individual deep sense | 13:37:17 |
| 22 | of themself as belonging to a category, typically | 13:37:24 |
| 23 | male or female.  All humans develop an elemental | 13:37:32 |
| 24 | sense which is established early in life and is | 13:37:40 |
| 25 | immutable. | 13:37:48 |

| | | |
|---|---|---|
| 1 | Q.      And how many -- you say it's belonging to a | 13:37:51 |
| 2 | category.  How many categories of gender identity are | 13:37:59 |
| 3 | there? | 13:38:07 |
| 4 | A.      There are many ways that people can express | 13:38:07 |
| 5 | their gender identity. | 13:38:09 |
| 6 | Q.      Is there -- has there been any effort by your | 13:38:16 |
| 7 | profession or the medical community or psychiatric | 13:38:23 |
| 8 | community to come up with a list of categories | 13:38:38 |
| 9 | regarding the gender identity? | 13:38:41 |
| 10 | MR. KOHLI:  Objection.  Form. | 13:38:45 |
| 11 | THE WITNESS:  I can't speak to what other | 13:38:49 |
| 12 | organizations have included.  The World of | 13:38:50 |
| 13 | Professional Association of Transgender Health, | 13:38:57 |
| 14 | WPATH, speaks of gender nonconforming, transgender, | 13:39:05 |
| 15 | and gender dysphoric individuals. | 13:39:10 |
| 16 | BY MR. JONES: | 13:39:17 |
| 17 | Q.      And can you define for me what gender | 13:39:17 |
| 18 | nonconforming is? | 13:39:23 |
| 19 | A.      Yes. | 13:39:25 |
| 20 | Gender nonconforming is a gender presentation | 13:39:26 |
| 21 | that falls outside of the stereotypically accepted | 13:39:32 |
| 22 | cultural expectation.  So for instance, if a young | 13:39:41 |
| 23 | girl were to appear boyish, so to speak, what we | 13:39:52 |
| 24 | typically referred to as a tomboy in the past, that | 13:39:59 |
| 25 | would be an example of gender nonconformity. | 13:40:03 |

**Elite Reporting Services** (615) 595-0073
www.EliteReportingServices.com
Case 3:19-cv-00328 Document 31 Filed 05/29/20 Page 595 of 873 PageID #: 14325

| | | |
|---|---|---|
| 1 | Q.     And you also -- so gender nonconforming, | 13:40:11 |
| 2 | transgender, and what was the third? | 13:40:18 |
| 3 | A.     Gender dysphoric or what we used to call | 13:40:20 |
| 4 | transsexuals, a term that's no longer in use. | 13:40:27 |
| 5 | Q.     And I did want to discuss that history of the | 13:40:34 |
| 6 | terminology a little later.  But if we can, go ahead | 13:40:37 |
| 7 | and define what is gender dysphoria. | 13:40:41 |
| 8 | A.     Gender dysphoria is a serious medical | 13:40:51 |
| 9 | condition that's diagnosed when an individual | 13:40:56 |
| 10 | experiences extreme distress due to the incongruity | 13:41:02 |
| 11 | between their birth-assigned sex and their gender | 13:41:12 |
| 12 | identity.  And that distress is extreme and severe | 13:41:18 |
| 13 | enough to reach clinical significance and cause | 13:41:23 |
| 14 | impairment in some important area of functioning. | 13:41:26 |
| 15 | Fortunately, it's a treatable condition. | 13:41:31 |
| 16 | Q.     And your expertise has focused mainly, has it | 13:41:36 |
| 17 | not, on gender dysphoria and the treatment of people | 13:41:47 |
| 18 | with gender dysphoria.  Is that true? | 13:41:53 |
| 19 |         MR. KOHLI:  Objection.  Form. | 13:41:59 |
| 20 |         THE WITNESS:  No. | 13:42:02 |
| 21 | BY MR. JONES: | 13:42:02 |
| 22 | Q.     Why is that not true? | 13:42:02 |
| 23 | A.     Because my expertise has focused on any and | 13:42:03 |
| 24 | every aspect of gender variance. | 13:42:08 |
| 25 | Q.     And so, Dr. Ettner, in your experience, your | 13:42:18 |

Case 3:19-cv-00328 Document 185 Filed 05/20/21 Page 28 of 81 PageID #: 14326
Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

|     |                                                              |          |
|-----|--------------------------------------------------------------|----------|
| 1   | particular experience of having treated -- I believe         | 13:42:25 |
| 2   | you testified to over 3,000 individuals.  Is that            | 13:42:28 |
| 3   | correct, over 3,000 individuals?                             | 13:42:35 |
| 4   | A.      At this point, yes.                                   | 13:42:37 |
| 5   | Q.      In your experience of having treated over            | 13:42:39 |
| 6   | 3,000 individuals, have you experienced individuals          | 13:42:43 |
| 7   | who call themselves, for example, agender?                   | 13:42:54 |
| 8   |         MR. KOHLI:  Objection.  Form.                        | 13:43:07 |
| 9   | BY MR. JONES:                                                 | 13:43:08 |
| 10  | Q.      Are you familiar with that term?                     | 13:43:09 |
| 11  | A.      It's not a term that is commonly used,               | 13:43:13 |
| 12  | although there are terms that are similar that are           | 13:43:18 |
| 13  | used and that I have, indeed, seen in my clinical            | 13:43:24 |
| 14  | practice.                                                     | 13:43:31 |
| 15  | Q.      What similar terms?                                   | 13:43:31 |
| 16  | A.      Non-binary, genderqueer would be examples of         | 13:43:33 |
| 17  | the -- what I believe is the example you're offering.        | 13:43:45 |
| 18  | Q.      And what -- those terms, what do they denote?        | 13:43:55 |
| 19  |         MR. KOHLI:  Objection.  Form.                        | 13:44:03 |
| 20  |         THE WITNESS:  Individuals who                        | 13:44:09 |
| 21  | characterize themselves in that manner don't                 | 13:44:10 |
| 22  | necessarily have a gender identity that they believe         | 13:44:17 |
| 23  | is entirely male or entirely female.  And they see           | 13:44:26 |
| 24  | themselves as having a more nuanced or unique                | 13:44:38 |
| 25  | identity which they oftentimes attempt to express.           | 13:44:45 |

```
 1   BY MR. JONES:                                        13:44:51
 2   Q.      And that leads me to questions about the     13:44:52
 3   history and evolution of this terminology.  For      13:45:02
 4   example, you just stated the term "transsexual" is no 13:45:10
 5   longer used, correct?                                13:45:15
 6   A.      I stated that, yes.                           13:45:17
 7   Q.      And you've been working in this field for     13:45:18
 8   over 40 years, correct?                              13:45:22
 9   A.      I would have to count but it's been many      13:45:27
10   years.                                               13:45:31
11   Q.      Many years.  Many years.                      13:45:31
12           And in those many years, not only the         13:45:33
13   terminology but the understanding, social            13:45:39
14   understanding and scientific understanding of        13:45:43
15   transgenderism has evolved; has it not?              13:45:53
16   A.      Yes, indeed, it has evolved.                  13:45:55
17   Q.      And is it continuing to evolve?               13:46:00
18              MR. KOHLI:  Objection.  Form.              13:46:03
19              THE WITNESS:  The scientific research is   13:46:07
20   multiplying, and I believe that the understanding by  13:46:17
21   lay people has amplified in recent years.            13:46:21
22   BY MR. JONES:                                        13:46:32
23   Q.      And let's stick to the scientific for just    13:46:33
24   one moment.  And I read the descriptions in your     13:46:36
25   prior deposition about the research being done with   13:46:45
```

Case 3:19-cv-00328 Document 91-3 Filed 05/29/20 (Page 30 of 81) PageID #: 1438
Elite Reporting Services   (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | magnetic resonance imaging, with other types of | 13:46:50 |
| 2 | empirical studies.  But I believe you answered the | 13:46:56 |
| 3 | question in that deposition that there is no -- | 13:47:04 |
| 4 | currently there is no test, bureau test to determine | 13:47:12 |
| 5 | transgenderism. | 13:47:22 |
| 6 | MR. KOHLI:  Objection.  Form. | 13:47:23 |
| 7 | THE WITNESS:  Is that a question? | 13:47:24 |
| 8 | BY MR. JONES: | 13:47:26 |
| 9 | Q.     That's the question.  Is there a test to | 13:47:26 |
| 10 | determine transgenderism? | 13:47:29 |
| 11 | A.     There is no medical test such as a blood test | 13:47:31 |
| 12 | or a urinalysis or any other type of laboratory test | 13:47:36 |
| 13 | that can diagnose gender incongruity. | 13:47:48 |
| 14 | Q.     And you may have answered this but I'll just | 13:48:09 |
| 15 | make sure that I have a complete understanding of | 13:48:19 |
| 16 | your perspective. | 13:48:21 |
| 17 | What is the state of the science now with | 13:48:24 |
| 18 | regard to identifying anatomical or physical | 13:48:29 |
| 19 | differences, brain scans, et cetera of identifying | 13:48:41 |
| 20 | transgenderism? | 13:48:46 |
| 21 | A.     Would you repeat that question, please? | 13:48:52 |
| 22 | Q.     Yes.  It was kind of long. | 13:48:54 |
| 23 | But the specific question is:  What is the | 13:48:56 |
| 24 | state of the science now with regard to those issues? | 13:49:01 |
| 25 | MR. KOHLI:  Objection.  Form. | 13:49:06 |

Elite Reporting Services
www.EliteReportingServices.com

```
 1              THE WITNESS:  The information that has        13:49:13
 2   been confirmed by functional magnetic resonance         13:49:17
 3   imagery is that there are basically four brain          13:49:23
 4   phenotypes that can be seen with technology that we     13:49:32
 5   now have that we didn't have previously.  And this      13:49:37
 6   technology has allowed us to view the brains of         13:49:45
 7   living individuals.                                     13:49:51

 8              So in 2000 in Amsterdam, autopsy brains      13:49:57
 9   revealed differences in the brains of transgender      13:50:05
10   individuals and non-transgender individuals.           13:50:10
11   However, because of the limited amount of brains of    13:50:13
12   dead people and the inability to understand whether    13:50:20
13   the change was caused by the hormones or whether they  13:50:31
14   existed prior to hormones, that data was               13:50:35
15   inconclusive.                                          13:50:41

16              Conclusive data came with the advent of      13:50:41
17   functional magnetic resonance imaging is one element   13:50:47
18   of the state of science you're talking about.  And     13:50:49
19   that is able to look at brains prior to the            13:50:54
20   administration of sex steroids and after the           13:51:00
21   administration of sex steroids and demonstrates that   13:51:06
22   there are four distinct brain phenotypes and that the  13:51:10
23   brains of transgender women prior to any hormonal      13:51:16
24   interventions resembled the brains of non-transgender  13:51:24
25   women in various areas, predominantly the northern     13:51:32
```

Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | hemisphere of the brain in cortical segment and in | 13:51:44 |
| 2 | white matter microstructures to name just a few of | 13:51:46 |
| 3 | these dimorphic areas. | 13:51:55 |
| 4 | Additionally, there have been genetic | 13:52:03 |
| 5 | studies where individuals in Japan and in Australia | 13:52:03 |
| 6 | have found genetic links.  And I am not a geneticist | 13:52:09 |
| 7 | so I cannot explain this other than to say that they | 13:52:20 |
| 8 | have been able to actually identify some genetic | 13:52:25 |
| 9 | underpinnings that force the neurodevelopmental | 13:52:30 |
| 10 | cortical basis of the etiology. | 13:52:42 |
| 11 | Now, there are other facts that I could | 13:52:45 |
| 12 | go into that have been looked at in infants that have | 13:52:47 |
| 13 | died prenatally, demonstrating some differences that | 13:52:53 |
| 14 | occur that can actually be seen in these unfortunate | 13:53:00 |
| 15 | fetuses. | 13:53:00 |
| 16 | BY MR. JONES: | 13:53:10 |
| 17 | Q.     And so, Dr. Ettner, regardless of objective | 13:53:10 |
| 18 | findings that can be viewed through objective tests, | 13:53:17 |
| 19 | based on your definition of gender identity which | 13:53:27 |
| 20 | depends on a person's own affirmed identity, the | 13:53:35 |
| 21 | objective tests would still not determine what a | 13:53:46 |
| 22 | person's gender identity may or may not be.  Would | 13:53:52 |
| 23 | you agree? | 13:53:59 |
| 24 | MR. KOHLI:  Objection.  Form. | 13:54:01 |
| 25 | THE WITNESS:  I don't think I can agree | 13:54:05 |

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com
Case 3:19-cv-00328  Document 132  Filed 05/20/22  Page 33 of 81 PageID #: 1439

| | | |
|---|---|---|
| 1 | to the first part of that question so I would ask you | 13:54:07 |
| 2 | to please rephrase it or ask me that again, if you | 13:54:11 |
| 3 | will. | 13:54:14 |
| 4 | BY MR. JONES: | 13:54:16 |
| 5 | Q.    Regardless of objective findings, a person's | 13:54:18 |
| 6 | gender identity is still subjective, is it not? | 13:54:25 |
| 7 | MR. KOHLI:  Objection.  Form. | 13:54:31 |
| 8 | THE WITNESS:  An individual's gender | 13:54:40 |
| 9 | identity is something that that individual discloses. | 13:54:43 |
| 10 | BY MR. JONES: | 13:54:53 |
| 11 | Q.    And if that individual is the only one who | 13:54:54 |
| 12 | can disclose it, it is by nature subjective, is it | 13:54:58 |
| 13 | not? | 13:55:03 |
| 14 | MR. KOHLI:  Objection.  Form. | 13:55:06 |
| 15 | THE WITNESS:  As I said previously, it is | 13:55:09 |
| 16 | a deeply felt, internal ubiquitous to all human | 13:55:12 |
| 17 | beings and an immutable aspect of identity. | 13:55:25 |
| 18 | BY MR. JONES: | 13:55:29 |
| 19 | Q.    And the definition of gender incongruity is | 13:55:30 |
| 20 | that that affirmed or self-affirmed identity does not | 13:55:41 |
| 21 | match a gender that is assigned at birth.  Is that | 13:55:46 |
| 22 | correct? | 13:55:54 |
| 23 | A.    Would you repeat the question?  I didn't hear | 13:55:54 |
| 24 | the first.  There was an audio leak there. | 13:55:57 |
| 25 | BY MR. JONES: | 13:56:03 |

| | | |
|---|---|---|
| 1 | Q. Yes. | 13:56:04 |
| 2 | That a person's gender incongruity simply | 13:56:05 |
| 3 | means that a person's self-affirmed gender identity | 13:56:11 |
| 4 | does not match the gender of the sex assigned at | 13:56:17 |
| 5 | birth? | 13:56:23 |
| 6 | A. I agree that that would be a definition of | 13:56:24 |
| 7 | gender incongruity, some diversion in gender identity | 13:56:29 |
| 8 | and anatomy. | 13:56:45 |
| 9 | Q. And I just want to, if I can, distinguish | 13:56:48 |
| 10 | between identifying that something is incongruous, | 13:56:55 |
| 11 | meaning it doesn't match; so gender incongruity, two | 13:57:06 |
| 12 | things don't match, versus defining what the gender | 13:57:11 |
| 13 | identity actually is. Those are two different | 13:57:19 |
| 14 | things, are they not? | 13:57:23 |
| 15 | MR. KOHLI: Objection. Form. | 13:57:24 |
| 16 | THE WITNESS: I don't understand the | 13:57:28 |
| 17 | question. | 13:57:29 |
| 18 | BY MR. JONES: | 13:57:29 |
| 19 | Q. My question is: That by recognizing that | 13:57:31 |
| 20 | there is an incongruity, a gender incongruity, that | 13:57:39 |
| 21 | doesn't necessarily help a person define what their | 13:57:48 |
| 22 | gender identity is; is that correct? | 13:57:53 |
| 23 | A. I don't know because I don't really | 13:58:01 |
| 24 | understand the question. What I would say is that | 13:58:04 |
| 25 | for the majority of people, the vast majority of | 13:58:11 |

Case 3:19-cv-00328 Document 91 Filed 05/29/20 Page 35 of 81 PageID #: 1443
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | people, the sex they're assigned at birth is their           | 13:58:16 |
| 2  | lived experience and it is in sync with their gender         | 13:58:25 |
| 3  | identity, and they don't experience gender                   | 13:58:34 |
| 4  | incongruity or gender dysphoria.                             | 13:58:39 |
| 5  |         There is, however, a group of people whose           | 13:58:43 |
| 6  | sex assigned at birth is at odds with their sense of         | 13:58:47 |
| 7  | their self and their gender identity and it causes          | 13:58:56 |
| 8  | distress.  And for some people the distress is severe        | 13:59:02 |
| 9  | and those people require interventions.                      | 13:59:11 |
| 10 | Q.     Okay.  And so I'm just trying to establish            | 13:59:18 |
| 11 | sort of the timeline of how that would happen in a          | 13:59:22 |
| 12 | person's life.  The very first step, would you agree,        | 13:59:28 |
| 13 | is coming to the understanding that there is an             | 13:59:34 |
| 14 | incongruity?                                                 | 13:59:38 |
| 15 | A.     People become aware of gender at an early            | 13:59:44 |
| 16 | age.  However, when they understand the concept of          | 13:59:56 |
| 17 | gender incongruity or the concept of the possibility        | 14:00:04 |
| 18 | of gender transition varies from individual to              | 14:00:12 |
| 19 | individual, often depends on their socioeconomic            | 14:00:18 |
| 20 | situation.  People from resource-poor environments          | 14:00:27 |
| 21 | may not understand why they feel different, and they        | 14:00:34 |
| 22 | may fight to avoid or deny those feelings.  And at          | 14:00:38 |
| 23 | some point they learn that there's a name for the           | 14:00:44 |
| 24 | pain that they've experienced.  But they may not be         | 14:00:49 |
| 25 | able to name that or to understand that, and that           | 14:00:53 |

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

|     |                                                              |          |
|-----|--------------------------------------------------------------|----------|
| 1   | occurs at various points for different people.               | 14:01:00 |
| 2   | Q.      And at the point when that occurs, that's            | 14:01:07 |
| 3   | when, hopefully, as you discussed, an intervention           | 14:01:11 |
| 4   | can happen, a medical intervention?                          | 14:01:17 |
| 5   | A.      Not necessarily.  For some people that              | 14:01:21 |
| 6   | happens at a very young age.  So we have seen, for           | 14:01:25 |
| 7   | example, 3-year-old girls who will stand to pee and          | 14:01:34 |
| 8   | they've never seen anyone do that.  And yet, they may        | 14:01:39 |
| 9   | be aware that someone may see that and say, Girls            | 14:01:46 |
| 10  | don't do that.  Girls use the toilet by sitting.            | 14:01:51 |
| 11  | Yet, even though the child is aware of that and that         | 14:01:56 |
| 12  | somehow they're different, we don't offer medical            | 14:02:02 |
| 13  | interventions to that child.                                 | 14:02:08 |
| 14  | So people make decisions about how to live                   | 14:02:10 |
| 15  | with gender incongruity when they become aware of it,        | 14:02:20 |
| 16  | and those conditions can change from decade to decade        | 14:02:27 |
| 17  | with some of those conditions, surgery being                 | 14:02:36 |
| 18  | irrevocable.                                                 | 14:02:38 |
| 19  | Q.      Okay.  Dr. Ettner, we're going to move on to         | 14:02:43 |
| 20  | your opinion expressed in the current case.  So I'm         | 14:02:49 |
| 21  | going to go through your expert report.  We have been        | 14:02:57 |
| 22  | going for about an hour now.  Does anyone need a             | 14:03:04 |
| 23  | break?                                                       | 14:03:09 |
| 24  | A.      I do.                                                | 14:03:12 |
| 25  | Q.      Okay.  5 minutes, 10 minutes, anyone?               | 14:03:14 |

Elite Reporting Services
www.EliteReportingServices.com

```
 1    A.      5 minutes would be good for me.                14:03:20

 2    Q.      Okay.  Great.  5 minutes everyone.             14:03:22

 3            MR. KOHLI:  5 minutes.                          14:03:49

 4            (Short break.)                                  14:03:49

 5            MR. JONES:  So we're going to go back on        14:15:26

 6    the record then.                                        14:15:29

 7    BY MR. JONES:                                           14:15:31

 8    Q.      Dr. Ettner, can you hear me?                    14:15:32

 9    A.      Yes.                                            14:15:35

10            MR. JONES:  Just for the record the court       14:15:36

11    reporter has advised that there may have been an        14:15:38

12    issue with her connectivity, but she believes it was   14:15:40

13    during the point of the deposition that I was going    14:15:47

14    through and basically identifying the exhibits of Dr.  14:15:51

15    Ettner's prior testimony.                               14:15:59

16    BY MR. JONES:                                           14:15:59

17    Q.      And so, Dr. Ettner, I apologize for the        14:16:01

18    repetition but just in case, we can clean this up.  I  14:16:06

19    had presented you with Exhibit 4 which was your        14:16:10

20    expert report from the Ray case in Ohio.  And I       14:16:16

21    believe you testified you recognized that report and  14:16:20

22    it contains your opinions in that case.  Is that       14:16:24

23    correct?                                                14:16:24

24    A.      Yes.                                            14:16:32

25    Q.      And I also presented you with the transcript   14:16:32
```

Case 3:19-cv-00328   Elite Reporting Services   Page 38 of 81   PageID #: 14416
Elite Reporting Services   Filed 05/29/20   (615) 595-0073   PageID #: 14416
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | of your deposition from the Ray case.  And I believe | 14:16:37 |
| 2 | you testified that your testimony in that deposition | 14:16:42 |
| 3 | was truthful and did contain your opinions.  Is that | 14:16:48 |
| 4 | correct? | 14:16:54 |
| 5 | A.      Yes. | 14:16:54 |
| 6 | MR. JONES:  Well, hopefully that's all | 14:16:57 |
| 7 | that was, was a matter of housekeeping and that gets | 14:16:59 |
| 8 | cleared up.  The court reporter will let us know if | 14:17:04 |
| 9 | there were any other gaps.  We'll just address that | 14:17:09 |
| 10 | as best we can. | 14:17:14 |
| 11 | MR. KOHLI:  Counsel, could you also | 14:17:17 |
| 12 | identify the exhibit numbers for the record for the | 14:17:19 |
| 13 | two documents you just identified? | 14:17:25 |
| 14 | MR. JONES:  Yes. | 14:17:26 |
| 15 | The expert report from the Ray case was | 14:17:28 |
| 16 | Exhibit 4 and the deposition transcript was Exhibit | 14:17:32 |
| 17 | 5. | 14:17:35 |
| 18 | Okay.  Are we ready to move forward? | 14:17:35 |
| 19 | Puneet, are you ready? | 14:18:00 |
| 20 | MR. KOHLI:  Just one second. | 14:18:00 |
| 21 | So with regard to objection to, I think, | 14:18:02 |
| 22 | the way you characterized the exhibits to me, I think | 14:18:05 |
| 23 | she pointed out -- Dr. Ettner pointed out that she | 14:18:11 |
| 24 | did not review the transcript but she recalled that | 14:18:13 |
| 25 | she answered those questions truthfully. | 14:18:16 |

|   |   |   |
|---|---|---|
| 1 | MR. JONES: Yes. | 14:18:23 |
| 2 | Okay. Are we ready? | 14:18:24 |
| 3 | MR. KOHLI: Yeah. | 14:18:33 |
| 4 | MR. JONES: Great. | 14:18:34 |
| 5 | BY MR. JONES: | 14:18:36 |
| 6 | Q. Dr. Ettner, I'm going to be referring now to | 14:18:38 |
| 7 | your expert report that was prepared in this case | 14:18:41 |
| 8 | which we have marked as Exhibit 2. If you can get | 14:18:44 |
| 9 | that in front of you. | 14:18:49 |
| 10 | Okay? | 14:19:32 |
| 11 | A. Yes. | 14:19:35 |
| 12 | Q. Okay. I'm actually at paragraph -- at the | 14:19:36 |
| 13 | summary of opinions at Paragraph 16 and 17. And I | 14:19:47 |
| 14 | just wanted to ask you about -- because you had | 14:20:00 |
| 15 | testified earlier that you had several opinions that | 14:20:05 |
| 16 | you were rendering in this case, and I wanted to be | 14:20:08 |
| 17 | sure that we capture all of them. | 14:20:11 |
| 18 | But Paragraph 17, it says, For a transgender | 14:20:16 |
| 19 | person, a birth certificate bearing an incorrect | 14:20:25 |
| 20 | gender marker invades privacy, releases confidential | 14:20:30 |
| 21 | medical information, and places the individual at | 14:20:37 |
| 22 | risk for grave psychological and physical harm. | 14:20:41 |
| 23 | Did I read that correctly? | 14:20:46 |
| 24 | A. Yes. | 14:20:48 |
| 25 | Q. And so previously when we were going through | 14:20:48 |

| | | |
|---|---|---|
| 1 | definitions, I attempted to ask you for a definition | 14:20:52 |
| 2 | that I'm going to ask you for now. What is your | 14:20:58 |
| 3 | definition of an identity document? | 14:21:04 |
| 4 | A. An identity document to my mind would be the | 14:21:09 |
| 5 | government-issued document that identifies a person | 14:21:23 |
| 6 | and allows them to use that document in transactions | 14:21:29 |
| 7 | where such identification is required. | 14:21:40 |
| 8 | Q. And again, you have treated over 3,000 | 14:21:49 |
| 9 | individuals. And of those 3,000 perhaps if you could | 14:21:57 |
| 10 | give me a ballpark percentage of how many of those | 14:22:09 |
| 11 | individuals actually started the process of social | 14:22:13 |
| 12 | transitioning? | 14:22:20 |
| 13 | MR. KOHLI: Objection. Form. | 14:22:21 |
| 14 | BY MR. JONES: | 14:22:21 |
| 15 | Q. You can answer, if you can. | 14:22:32 |
| 16 | A. Okay. Of course I can't give you a discrete | 14:22:37 |
| 17 | number. I can tell you that individuals may make | 14:22:42 |
| 18 | certain steps in social transition and that it may | 14:22:57 |
| 19 | occur over a period of time. I may see them at some | 14:23:04 |
| 20 | point during that process, but perhaps not through | 14:23:12 |
| 21 | their entire transition. But I would say if I had to | 14:23:17 |
| 22 | estimate, I would say about 50 percent have made some | 14:23:25 |
| 23 | attempts to modify their gender expression and bring | 14:23:44 |
| 24 | it more into alignment with their affirmed gender. | 14:23:47 |
| 25 | For instance, in a prison system where I have | 14:23:56 |

| | | |
|---|---|---|
| 1 | seen many transgender people there are of course | 14:24:01 |
| 2 | contextual limitations that prevent people from | 14:24:08 |
| 3 | making a complete social transition.  And so people | 14:24:16 |
| 4 | will do what's possible given the limitations of | 14:24:20 |
| 5 | obviously their situation. | 14:24:27 |
| 6 | Q.      And in the process of social transitioning -- | 14:24:32 |
| 7 | and let's set aside the examples of transitioning | 14:24:38 |
| 8 | within a confined system like a prison system.  Let's | 14:24:45 |
| 9 | talk about in society, other than prison. | 14:24:48 |
| 10 | In the process of social transitioning where | 14:24:53 |
| 11 | does the effort to change identity documents come | 14:25:01 |
| 12 | within that process? | 14:25:08 |
| 13 | MR. KOHLI:  Objection.  Form. | 14:25:10 |
| 14 | THE WITNESS:  From my experience people | 14:25:14 |
| 15 | want to initiate document change when they want to | 14:25:18 |
| 16 | live in their affirmed gender and be recognized as | 14:25:27 |
| 17 | belonging to their affirmed gender so that their | 14:25:34 |
| 18 | documents reflect their appearance and their lived | 14:25:39 |
| 19 | experience. | 14:25:47 |
| 20 | BY MR. JONES: | 14:25:48 |
| 21 | Q.      Is there -- in your experience with patients | 14:25:49 |
| 22 | who have started that process of changing identity | 14:25:56 |
| 23 | documents, is there or is there not a place to start? | 14:26:00 |
| 24 | For instance, a driver's license, a passport.  What | 14:26:08 |
| 25 | is -- this is multiple questions.  I'll put this in a | 14:26:15 |

| | | |
|---|---|---|
| 1 | simple form.  Where is the easiest place to start? | 14:26:22 |
| 2 | MR. KOHLI:  Objection.  Form. | 14:26:25 |
| 3 | THE WITNESS:  Well, I think it depends on | 14:26:27 |
| 4 | the state where the person lives and the person's | 14:26:30 |
| 5 | intentions and the individual.  So I don't have a | 14:26:36 |
| 6 | universal answer for that.  I see people and have | 14:26:46 |
| 7 | seen people from all over the country. | 14:26:50 |
| 8 | BY MR. JONES: | 14:26:57 |
| 9 | Q.     Have you had experience with patients who | 14:26:59 |
| 10 | because of their particular gender identity, changing | 14:27:10 |
| 11 | identity documents is just not an option?  And the | 14:27:17 |
| 12 | example that I'm thinking of is one we discussed | 14:27:24 |
| 13 | earlier about someone who is non-binary. | 14:27:27 |
| 14 | MR. KOHLI:  Objection.  Form. | 14:27:36 |
| 15 | THE WITNESS:  I have seen few non-binary | 14:27:39 |
| 16 | individuals.  I have not had requests from those | 14:27:47 |
| 17 | individuals to change identity documents.  And | 14:27:52 |
| 18 | there's very little research that I can point to or | 14:27:57 |
| 19 | scholarly articles that I can refer to.  But that has | 14:28:04 |
| 20 | not been a very large segment.  It's been a very | 14:28:11 |
| 21 | small segment of my -- in my experience. | 14:28:20 |
| 22 | BY MR. JONES: | 14:28:27 |
| 23 | Q.     So your experience has been primarily with | 14:28:28 |
| 24 | the binary choice between male and female? | 14:28:33 |
| 25 | A.     Yes. | 14:28:38 |

Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

```
1    Q.      Okay.  I'm moving on down to Paragraph 30 in        14:28:48
2    your report where you are discussing the diagnostic        14:28:57
3    criteria for gender dysphoria in adolescents and           14:29:06
4    adults.  And this is where -- and I'm looking at           14:29:16
5    A(iv) within those criteria; and where Paragraph A         14:29:41
6    says, Diagnostic criteria are a marked incongruence        14:29:51
7    between one's experienced/expressed gender and             14:29:59
8    assigned gender, of at least six months' duration, as      14:30:03
9    manifested by at least two of the following.  And          14:30:08
10   within that list is Subparagraph 4 where you wrote, A      14:30:16
11   strong desire to be of the other gender.  And then in     14:30:23
12   a parenthetical wrote, Or some alternative gender          14:30:32
13   different from one's assigned gender.                      14:30:35
14           And that was my question.  What experience         14:30:41
15   you have (sic) had with that other category of some       14:30:46
16   alternative gender?                                        14:30:52
17   A.      So although I agree with this, I'm not the        14:30:57
18   author of this.  This is taken verbatim from the          14:31:01
19   Diagnostic and Statistical Manual.  And it indicates      14:31:06
20   as we previously discussed that there are some            14:31:14
21   individuals who may identify as non-binary and those     14:31:18
22   individuals can experience gender dysphoria.  And         14:31:26
23   those individuals may have a strong desire to present    14:31:31
24   in a unique fashion that they feel expresses their       14:31:43
25   gender identity.  And that's why the DSM-5 has           14:31:51
```

**Elite Reporting Services**
**www.EliteReportingServices.com**

| | | |
|---|---|---|
| 1 | included that language. | 14:31:56 |
| 2 | Q.      And just to -- since you bring up the DSM-5, | 14:32:08 |
| 3 | I just wanted to go back for a second to the history | 14:32:12 |
| 4 | of the evolution of these carnes (ph).  And the | 14:32:18 |
| 5 | previous DSM-4, I believe, still uses the term | 14:32:27 |
| 6 | "disorder"? | 14:32:34 |
| 7 | A.      Gender identity disorder. | 14:32:34 |
| 8 | Q.      Correct. | 14:32:39 |
| 9 | MR. KOHLI:  Objection.  Form. | 14:32:39 |
| 10 | BY MR. JONES: | 14:32:39 |
| 11 | Q.      This is not a trick question.  But if you | 14:32:43 |
| 12 | remember, when was that changed in the DSM-5 to | 14:32:46 |
| 13 | remove the word "disorder"? | 14:32:53 |
| 14 | A.      The DSM-5 was published in 2013.  The experts | 14:32:55 |
| 15 | who met would have made a determination prior to | 14:33:06 |
| 16 | publication.  So as early as 2011.  When the seventh | 14:33:09 |
| 17 | generation of the Standards of Care was being | 14:33:20 |
| 18 | produced, it was clear that the word "disorder" was | 14:33:26 |
| 19 | no longer acceptable and would be eliminated not only | 14:33:32 |
| 20 | from the DSM-5 but from the ICD as well, the | 14:33:39 |
| 21 | International Classification of Disorders. | 14:33:46 |
| 22 | Q.      And, Dr. Ettner, in your experience dealing | 14:33:51 |
| 23 | with individuals who get to the stage of first | 14:33:59 |
| 24 | identifying that there is incongruity, seeking | 14:34:04 |
| 25 | treatment, seeking help, starting social transition | 14:34:11 |

Case 3:19-cv-00328  Document 90-3  Filed 05/29/20  Page 45 of 81 PageID #: 14543
Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | and then getting to the point of seeking an amendment | 14:34:19 |
| 2 | of identity documents, that social transition and | 14:34:24 |
| 3 | seeking amendment of identity documents is part of a | 14:34:31 |
| 4 | medical intervention, is it not? | 14:34:37 |
| 5 | A.     Social transition is considered a medical | 14:34:50 |
| 6 | intervention.  But the components of social | 14:34:58 |
| 7 | transition themselves, I don't know that we would | 14:35:03 |
| 8 | regard -- as medical per se, we would regard those as | 14:35:09 |
| 9 | legal gender-affirming treatments. | 14:35:15 |
| 10 | Q.     And I just want to refer back for a moment to | 14:35:28 |
| 11 | the amended complaint which is Exhibit 1.  And give | 14:35:35 |
| 12 | me a second and I'll find precisely what I'm looking | 14:35:43 |
| 13 | for. | 14:35:47 |
| 14 | And while I'm looking for it maybe I'll just | 14:36:37 |
| 15 | ask the question.  I believe somewhere in the amended | 14:36:41 |
| 16 | complaint it says that a -- something to the effect | 14:36:45 |
| 17 | of that a person's ability to amend their birth | 14:36:52 |
| 18 | certificate should not be predicated on a diagnosis | 14:37:03 |
| 19 | of gender dysphoria.  Is that something that you | 14:37:09 |
| 20 | would agree with? | 14:37:17 |
| 21 | A.     Yes. | 14:37:19 |
| 22 | MR. KOHLI:  Objection.  Form.  Vague. | 14:37:19 |
| 23 | Speculative. | 14:37:24 |
| 24 | BY MR. JONES: | 14:37:25 |
| 25 | Q.     And my question to you, Dr. Ettner, is since | 14:37:26 |

Elite Reporting Services   (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | your expert report discusses changing identity | 14:37:35 |
| 2 | documents in the context of medical treatment after a | 14:37:41 |
| 3 | diagnosis of gender dysphoria, in your opinion would | 14:37:49 |
| 4 | it be appropriate for a transgender individual to | 14:38:00 |
| 5 | seek an amendment of their identity documents without | 14:38:05 |
| 6 | the assistance of a medical professional? | 14:38:10 |
| 7 | MR. KOHLI:  Objection.  Form. | 14:38:17 |
| 8 | THE WITNESS:  I think that is exactly a | 14:38:20 |
| 9 | compound question.  I'm not sure that I can answer | 14:38:32 |
| 10 | the question the way you phrased it. | 14:38:34 |
| 11 | BY MR. JONES: | 14:38:35 |
| 12 | Q.     Then, let me try to make it simpler. | 14:38:35 |
| 13 | A.     Thank you. | 14:38:40 |
| 14 | Q.     Would it be appropriate in your opinion for | 14:38:41 |
| 15 | an individual to seek an amendment of their birth | 14:38:44 |
| 16 | certificate to change the gender marker without the | 14:38:50 |
| 17 | input or guidance of a medical professional? | 14:38:58 |
| 18 | A.     Yes.  In many cases I have seen people who | 14:39:03 |
| 19 | have -- who were raised in their affirmed gender, | 14:39:16 |
| 20 | oftentimes in other countries, who come to this | 14:39:20 |
| 21 | country and no one is aware that they were actually | 14:39:23 |
| 22 | assigned to, for instance, a male gender.  And these | 14:39:29 |
| 23 | people have lived their entire life in their affirmed | 14:39:38 |
| 24 | gender, something we used to call a primary | 14:39:42 |
| 25 | transsexual, back in the day when that language was | 14:39:47 |

| | | |
|---|---|---|
| 1 | that.  And those people never even attempted to live | 14:39:55 |
| 2 | in their assigned sex.  And often they've got medical | 14:39:58 |
| 3 | treatments for who didn't get medical treatments, but | 14:40:05 |
| 4 | did require appropriate identification to carry out a | 14:40:10 |
| 5 | normal life in society or may want surgical | 14:40:20 |
| 6 | interventions but have never been diagnosed by a | 14:40:26 |
| 7 | medical provider or a mental health provider. | 14:40:38 |
| 8 | Q.     Now, Dr. Ettner, you have discussed in your | 14:41:26 |
| 9 | report and in your prior testimony much of the | 14:41:31 |
| 10 | difficulty that transgender individuals suffer | 14:41:35 |
| 11 | throughout their lives, including bullying in school, | 14:41:42 |
| 12 | other issues that are related to their | 14:41:57 |
| 13 | transgenderism.  My question to you is, getting to | 14:42:02 |
| 14 | the point of social transition and changing identity | 14:42:16 |
| 15 | documents, is that a way to alleviate suffering that | 14:42:25 |
| 16 | has already occurred or is that something in and of | 14:42:35 |
| 17 | itself which causes suffering? | 14:42:41 |
| 18 | MR. KOHLI:  Objection.  Form. | 14:42:46 |
| 19 | BY MR. JONES: | 14:42:54 |
| 20 | Q.     Do you understand?  Maybe I should rephrase. | 14:42:55 |
| 21 | A.     Please. | 14:42:58 |
| 22 | Q.     Would you agree with me that in your opinion | 14:42:58 |
| 23 | transgender individuals -- and I'm looking | 14:43:02 |
| 24 | specifically at Paragraph 32.  Actually Paragraph 31. | 14:43:09 |
| 25 | Without treatment, individuals with gender dysphoria | 14:43:27 |

Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | experience anxiety, depression, suicidality, and | 14:43:33 |
| 2 | other attendant mental health issues and are often | 14:43:38 |
| 3 | unable to adequately function in occupational, | 14:43:43 |
| 4 | social, or other areas of life. | 14:43:48 |
| 5 | Did I read that correctly? | 14:43:50 |
| 6 | A.      Yes. | 14:43:53 |
| 7 | Q.      And why is that, in your experience? | 14:43:53 |
| 8 | A.      Why did they experience distress? | 14:44:00 |
| 9 | Q.      Yes. | 14:44:06 |
| 10 | A.      Experience distress because they violate | 14:44:07 |
| 11 | social norms and are subject to humiliation, | 14:44:16 |
| 12 | stigmatization, discrimination, harassment, violence. | 14:44:25 |
| 13 | These individuals have a 43 percent suicide attempt, | 14:44:30 |
| 14 | ten times higher than the national average.  And in | 14:44:37 |
| 15 | the case of severely gender dysphoric individuals we | 14:44:42 |
| 16 | can see a natural progression of the medical | 14:44:48 |
| 17 | condition.  When we look at what happens to | 14:44:53 |
| 18 | individuals who are incarcerated and do not receive | 14:44:56 |
| 19 | treatment, one of three trajectory evolves.  Either | 14:45:03 |
| 20 | the individual has complete psychological | 14:45:08 |
| 21 | decompensation or they attempt surgical self | 14:45:15 |
| 22 | treatment, the removal of their own testicles, or | 14:45:23 |
| 23 | they attempt suicide. | 14:45:26 |
| 24 | Q.      And so that is the condition or the | 14:45:34 |
| 25 | experience of transgender individuals independent of | 14:45:42 |

Case 3:19-cv-00328  Document 81-2  Filed 05/29/20  Page 49 of 81 PageID #: 1457
Elite Reporting Services
www.EliteReportingServices.com

```
 1   what their identity documents say?                   14:45:49

 2   A.      Studies from 2015 and 2020 indicate that      14:45:55

 3   having congruent gender identity documents reduces   14:46:06

 4   psychopathy and suicidal ideation, planning,         14:46:16

 5   significantly.  And the 2020 study was, I understand, 14:46:19

 6   22,000 individuals, leading the logics to conclude   14:46:31

 7   that legal gender affirmation is a determinant of     14:46:34

 8   mental health.                                        14:46:39

 9   Q.      And the point is that, yes, these individuals 14:46:43

10   have this condition which causes them these issues   14:46:53

11   and that having affirming documents may alleviate    14:47:01

12   those issues but it didn't cause those issues.  Is   14:47:09

13   that correct?                                         14:47:16

14   A.      Revealing incongruent documents does cause    14:47:16

15   those issues.  For example, in my own practice I had 14:47:26

16   a patient who had to reveal to a civil servant a     14:47:30

17   document that was not corrected and she was          14:47:38

18   humiliated publicly, harassed, and went home and shot 14:47:44

19   herself in the head; committed suicide.  So exposure, 14:47:51

20   violation of privacy, the revelation of information  14:48:04

21   that an individual wants to keep secret if it is     14:48:08

22   noncongruent leads to fear, anxiety, or worse.  And  14:48:16

23   that anxiety over time is corrosive to physical and  14:48:22

24   mental health.                                        14:48:29

25   Q.      Do you recall what that identity document     14:48:40
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1    was?                                                       14:48:46
 2    A.     I don't recall but I believe it was a birth         14:48:48
 3    certificate.  She had left the state and was moving        14:48:53
 4    to a new state and had to produce identity documents.      14:48:56
 5    And that's when her, what should have been a mundane        14:49:06
 6    transaction actually became a traumatic one with a         14:49:21
 7    lethal outcome.                                            14:49:44
 8    Q.     And, Dr. Ettner, I want to step back for a          14:49:44
 9    moment to the actual preparation of the birth             14:49:49
10    certificate.  And I may refer back to your testimony       14:50:07
11    from prior deposition.  But is it fair to say that it      14:50:13
12    is not your opinion that there is per se anything          14:50:28
13    wrong with assigning a sex at birth on a birth            14:50:34
14    certificate?                                               14:50:52
15    A.     I'm sorry.  Can you repeat?  I didn't               14:50:52
16    understand --                                              14:50:56
17    Q.     Yes.                                                14:50:56
18    A.     -- the reference to prior deposition.              14:50:57
19           Did you want me to refer to a prior                 14:51:00
20    deposition?                                                14:51:03
21    Q.     No.  I may refer back to it.  I apologize.         14:51:03
22    That was a little confusing.                               14:51:07
23           Let's ask it this way.  Assigning birth --          14:51:10
24    assigning sex at birth is a medical diagnosis or a         14:51:18
25    medical decision, is it not?                               14:51:29
```

```
1    A.      Not necessarily.                              14:51:32

2    Q.      Then what is it?                              14:51:34

3    A.      It's a recording that an individual makes.    14:51:37

4    It could be a doula if someone has delivered at home  14:51:45

5    for instance.  It's not always made by a physician.   14:51:50

6    Q.      And by -- whoever records it, if it be a      14:52:08

7    doula or a physician, I believe you have testified    14:52:16

8    that the normal process for assigning sex at birth is 14:52:23

9    an examination of external genitalia.  Is that        14:52:29

10   correct?                                              14:52:36

11           MR. KOHLI:  Sorry.  Objection.  Form.         14:52:36

12           THE WITNESS:  Would you repeat the            14:52:41

13   question?  I'm sorry.                                 14:52:42

14   BY MR. JONES:                                         14:52:45

15   Q.      Yes.  The --                                  14:52:45

16   A.      I'm having a little auditory -- I'm sorry.    14:52:45

17   I'm having a little auditory -- it's hard for me to   14:52:47

18   hear the objections.  So I beg your pardon.  But      14:52:50

19   could you repeat the question, please?                14:52:57

20   Q.      Yes.                                          14:53:00

21           Whoever makes the -- well, let me ask it this 14:53:04

22   way.  The normal process for assigning sex at birth   14:53:10

23   is an examination of external genitalia, correct?     14:53:23

24   A.      Yes.                                          14:53:30

25   Q.      And it is not your opinion that there is      14:53:31
```

| | | |
|---|---|---|
| 1 | anything necessarily wrong with that process? | 14:53:38 |
| 2 | MR. KOHLI:  Objection.  Form. | 14:53:41 |
| 3 | THE WITNESS:  I'm having some trouble | 14:53:48 |
| 4 | with the word "wrong."  I think that that is the | 14:53:53 |
| 5 | process that takes place.  I agree that that is | 14:53:57 |
| 6 | standard procedure to record the sex at the time of | 14:54:03 |
| 7 | birth based on the appearance of the genitals. | 14:54:09 |
| 8 | BY MR. JONES: | 14:54:26 |
| 9 | Q.     Bear with me for a moment. | 14:54:26 |
| 10 | A.     Sure. | 14:54:33 |
| 11 | Q.     (Reviews documents.)  Okay. | 14:55:50 |
| 12 | I apologize.  I'm usually much more | 14:56:06 |
| 13 | comfortable dealing with paper. | 14:56:09 |
| 14 | The question -- and I'm looking at Page 128 | 14:56:23 |
| 15 | of your prior deposition.  And feel free to follow | 14:56:29 |
| 16 | along there? | 14:56:42 |
| 17 | MR. KOHLI:  That's Exhibit 5, yeah? | 14:56:46 |
| 18 | MR. JONES:  Exhibit 5, yes.  I apologize. | 14:56:49 |
| 19 | MR. KOHLI:  And could you give the page | 14:56:54 |
| 20 | number again, please? | 14:56:56 |
| 21 | MR. JONES:  Yes.  I'm actually at Page | 14:56:58 |
| 22 | 127 and the question is when a person is born -- | 14:57:00 |
| 23 | THE WITNESS:  Would you give me a moment? | 14:57:15 |
| 24 | I'm not quite there. | 14:57:16 |
| 25 | BY MR. JONES: | 14:57:19 |

| | | |
|---|---|---|
| 1 | Q.     Absolutely. | 14:57:19 |
| 2 | A.     And I'm on Page 127. | 14:57:42 |
| 3 | Q.     At the very bottom, Question:  When a person | 14:57:44 |
| 4 | is born do you have a general understanding of how | 14:57:48 |
| 5 | the sex of that individual is determined? | 14:57:50 |
| 6 |        And your answer is:  Yes. | 14:57:54 |
| 7 |        Question:  What is that understanding? | 14:57:57 |
| 8 |        And your answer is:  A cursory examination of | 14:58:01 |
| 9 | the external genitalia. | 14:58:07 |
| 10 |        And the question:  When you say "cursory," do | 14:58:13 |
| 11 | you think there should be a more extensive review of | 14:58:16 |
| 12 | a person's genitalia before a medical provider | 14:58:20 |
| 13 | determines male or female? | 14:58:23 |
| 14 |        There was an objection and you answered. | 14:58:25 |
| 15 |        And the question that I had I believe was | 14:58:31 |
| 16 | posed here at the bottom of Page 128.  Do you have an | 14:58:41 |
| 17 | expert opinion on whether or not it would be | 14:58:45 |
| 18 | appropriate for a medical provider to do a more | 14:58:48 |
| 19 | extensive examination of the anatomy of the newborn | 14:58:52 |
| 20 | to determine male or female? | 14:58:58 |
| 21 |        And your answer is:  Not at the time of | 14:59:00 |
| 22 | birth. | 14:59:07 |
| 23 |        Is that still your answer today? | 14:59:07 |
| 24 | A.     Yes. | 14:59:10 |
| 25 |        MR. KOHLI:  Objection.  For the record, | 14:59:10 |

Case 3:19-cv-00328 Document 81 Filed 05/29/20 Page 595 of 973 PageID #: 14652
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

|   |   |   |
|---|---|---|
| 1 | this is all subject to the standing objection and the | 14:59:13 |
| 2 | specific objections noted in the prior transcript, | 14:59:17 |
| 3 | which is now an exhibit here. | 14:59:20 |
| 4 | MR. JONES: Yes. | 14:59:23 |
| 5 | BY MR. JONES: | 14:59:29 |
| 6 | Q. And the next question: Because you used the | 14:59:30 |
| 7 | word "cursory" I was wondering if you had any idea as | 14:59:34 |
| 8 | to whether or not they need to do more? | 14:59:38 |
| 9 | Your answer: No. There's nothing more that | 14:59:40 |
| 10 | can be done other than to glance at it unless there's | 14:59:45 |
| 11 | some ambiguity about it at birth, and then there | 14:59:49 |
| 12 | would be a more extensive visual examination done | 14:59:51 |
| 13 | with later followup attention. | 14:59:54 |
| 14 | Is that still your answer today? | 14:59:58 |
| 15 | MR. KOHLI: Same objection. | 14:59:58 |
| 16 | BY MR. JONES: | 15:00:06 |
| 17 | Q. You can answer. | 15:00:07 |
| 18 | Is that still your answer today? | 15:00:10 |
| 19 | A. Yes, in the (inaudible) preceding questions | 15:00:11 |
| 20 | and the ones that follow. | 15:00:40 |
| 21 | THE REPORTER: Can you repeat that | |
| 22 | answer? There was a word or two that cut out. | |
| 23 | MR. JONES: Yes. The answer from the | |
| 24 | deposition was: No -- | |
| 25 | THE REPORTER: No. The answer from the | |

1   doctor.

    2               MR. JONES:  Oh.  Her answer?

    3               THE REPORTER:  Yes, sir.

    4               THE WITNESS:  My answer is yes, in the          15:00:40

    5   context of the preceding questions and those that          15:00:42

    6   follow.                                                     15:00:47

    7   BY MR. JONES:                                               15:00:50

    8   Q.      And so the next question in the deposition          15:00:51

    9   was:  So even though you describe what generally            15:00:56

   10   happens at birth as cursory, you nevertheless admit,        15:01:00

   11   I mean, that's appropriate as well, at the time of          15:01:08

   12   birth, right?                                               15:01:13

   13               And your answer was:  Correct.                  15:01:15

   14               Is that the same answer today?                  15:01:18

   15               MR. KOHLI:  Same objection as before.           15:01:23

   16               THE WITNESS:  My answer today is that           15:01:29

   17   examination of the genitals at birth is a proxy for         15:01:34

   18   sex for the majority of people.  For some people,           15:01:45

   19   however, evidence that emerges later on makes that          15:01:49

   20   designation inaccurate.                                     15:02:00

   21   BY MR. JONES:                                               15:02:07

   22   Q.      And that is in your opinion based on                15:02:07

   23   information which becomes available later?                  15:02:10

   24   A.      Correct.                                            15:02:16

   25   Q.      And what information might that be?                 15:02:17

Elite Reporting Services
www.EliteReportingServices.com

```
 1    A.      That an individual's gender identity does not      15:02:22
 2    match that designation that was recorded at the time       15:02:28
 3    of birth.  And when there is that departure, gender        15:02:33
 4    identity is the determinant of that individual's sex.      15:02:41
 5    Q.      And so you would agree that the concept of         15:02:46
 6    sex at birth is different from a person's gender           15:02:51
 7    identity?                                                  15:02:59
 8              MR. KOHLI:  Objection.  Form.                    15:03:00
 9              THE WITNESS:  Not for everybody.                 15:03:03
10    BY MR. JONES:                                              15:03:05
11    Q.      Well, it may form differently for everyone.       15:03:06
12    But the concept is -- whether it's congruous or           15:03:08
13    incongruous, the sex at birth, which is determined by     15:03:18
14    examination of external genitalia, is a concept           15:03:22
15    different than gender identity which may form later?      15:03:29
16              MR. KOHLI:  Objection.  Form.                    15:03:40
17              THE WITNESS:  I don't agree that gender          15:03:41
18    identity is formed later.  Gender identity exists.        15:03:43
19    Our awareness of it becomes apparent later.  A baby       15:03:51
20    cannot talk, and so we use external genitalia as a        15:03:57
21    proxy for sex.  For the vast majority of individuals      15:04:06
22    that is not problematic.  For individuals who have        15:04:10
23    this rare condition, it is an inaccurate designation.     15:04:17
24    BY MR. JONES:                                              15:04:32
25    Q.      Well, the sex at birth is not an inaccurate       15:04:32
```

|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | designation but it's an inaccurate designation of            | 15:04:37 |
| 2  | gender identity.  Is that your opinion?                       | 15:04:45 |
| 3  |                THE WITNESS:  No.                              | 15:04:50 |
| 4  |                MR. KOHLI:  Objection.  Form.                 | 15:04:51 |
| 5  | BY MR. JONES:                                                 | 15:04:52 |
| 6  | Q.     Okay.  Please explain.                                | 15:04:53 |
| 7  | A.     External genitalia are one composite of sex.          | 15:04:55 |
| 8  | Basing sex on that one element is accurate and               | 15:05:05 |
| 9  | serviceable for the majority of human beings.  For           | 15:05:14 |
| 10 | some individuals, however, it is inaccurate because          | 15:05:19 |
| 11 | when there is a discrepancy, gender identity is the          | 15:05:27 |
| 12 | determinant of sex.  So that designation requires            | 15:05:36 |
| 13 | alteration based on evidence that emerges after              | 15:05:43 |
| 14 | birth.  And that timeframe differs, as we've                 | 15:05:52 |
| 15 | discussed, from individual to individual.                    | 15:05:55 |
| 16 | Q.     Now, we have talked about different                   | 15:05:59 |
| 17 | definitions of sex, true sex, and gender identity.           | 15:06:04 |
| 18 | So my question to you is, in your opinion should sex         | 15:06:15 |
| 19 | be recorded on a birth certificate?                          | 15:06:28 |
| 20 | A.     My opinions here that observation of external         | 15:06:32 |
| 21 | genitalia and the recording of that on the birth             | 15:06:41 |
| 22 | certificate is acceptable if there is an                     | 15:06:51 |
| 23 | understanding that at a future date that may have to         | 15:06:58 |
| 24 | be altered if new evidence comes to light in the case        | 15:07:04 |
| 25 | of transgender individuals or individuals who have           | 15:07:08 |

| | | |
|---|---|---|
| 1 | disorders of sexual differentiation. | 15:07:13 |
| 2 | Q.     And so should a person's true sex be listed | 15:07:20 |
| 3 | on a birth certificate, in your opinion? | 15:07:30 |
| 4 | A.     If they request that, yes. | 15:07:34 |
| 5 | Q.     And in your opinion should a person's gender | 15:07:44 |
| 6 | identity be listed on a birth certificate? | 15:07:52 |
| 7 | A.     I'm not certain if you're asking me at the | 15:07:56 |
| 8 | time of birth or when a birth certificate is altered | 15:08:00 |
| 9 | because a person has transitioned or has affirmed | 15:08:07 |
| 10 | identity that is other than the sex they were | 15:08:14 |
| 11 | assigned at birth and that is recorded.  So I'm not | 15:08:19 |
| 12 | clear which you're asking about. | 15:08:24 |
| 13 | Q.     I'm actually asking if in your opinion gender | 15:08:27 |
| 14 | identity should ever be listed on a birth | 15:08:34 |
| 15 | certificate? | 15:08:44 |
| 16 | A.     If the gender identity differs from the sex | 15:08:44 |
| 17 | designation on the birth certificate, for instance, | 15:08:51 |
| 18 | if the birth certificate has recorded an infant as | 15:08:54 |
| 19 | male and that individual has a female gender | 15:09:03 |
| 20 | identity, my opinion is that the gender certificate | 15:09:09 |
| 21 | should be altered to have a female gender marker | 15:09:14 |
| 22 | designation as is done in many states, if not most, | 15:09:18 |
| 23 | throughout the country. | 15:09:26 |
| 24 | Q.     And I'm not trying to be elusive here.  And | 15:09:28 |
| 25 | my question is not whether -- my question is very | 15:09:37 |

Case 3:19-cv-00328 Document 91-2 Filed 05/29/20 Page 59 of 81 PageID #: 1465
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com
57

| | | |
|---|---|---|
| 1 | simply should there be a box on a birth certificate | 15:09:50 |
| 2 | that records gender identity at all, in your opinion? | 15:09:55 |
| 3 | MR. KOHLI:  Objection.  Form. | 15:10:00 |
| 4 | Counsel, you're asking questions outside | 15:10:02 |
| 5 | the scope of the testimony in the declaration. | 15:10:04 |
| 6 | MR. JONES:  And that's just what I'm | 15:10:10 |
| 7 | trying to understand, what the scope of her opinions | 15:10:11 |
| 8 | will be.  And if she has no opinion on that, that is | 15:10:15 |
| 9 | fine. | 15:10:18 |
| 10 | MR. KOHLI:  All right. | 15:10:18 |
| 11 | MR. JONES:  I mean, I'm asking if she has | 15:10:20 |
| 12 | an opinion based on her education, experience, and | 15:10:22 |
| 13 | training of whether or not gender identity should be | 15:10:28 |
| 14 | listed at all on a birth certificate. | 15:10:34 |
| 15 | THE WITNESS:  When a birth certificate is | 15:10:41 |
| 16 | altered to conform to gender identity, gender | 15:10:43 |
| 17 | identity is sex.  And so there would be no reason to | 15:10:48 |
| 18 | list gender identity as a separate marker.  The | 15:10:53 |
| 19 | person is living in the sex that you refer to as true | 15:11:00 |
| 20 | sex, their lived experience, and their corrected | 15:11:12 |
| 21 | birth certificate now reflects that, legitimizing | 15:11:18 |
| 22 | legally and socially their identity. | 15:11:22 |
| 23 | BY MR. JONES: | 15:11:29 |
| 24 | Q.     And again, I'm -- I think I'm asking a | 15:11:30 |
| 25 | different question, Dr. Ettner. | 15:11:35 |

| | | |
|---|---|---|
| 1 | And maybe we can unpack it this way. Is sex, | 15:11:39 |
| 2 | true sex, and gender identity a part of who a human | 15:11:49 |
| 3 | being is? | 15:11:59 |
| 4 | MR. KOHLI: Objection. Form. | 15:12:00 |
| 5 | THE WITNESS: Every human being has a | 15:12:03 |
| 6 | gender identity. | 15:12:05 |
| 7 | BY MR. JONES: | 15:12:08 |
| 8 | Q.    Is it something that in your opinion should | 15:12:08 |
| 9 | be recorded on identity documents? | 15:12:13 |
| 10 | A.    It would be redundant to list that on an | 15:12:24 |
| 11 | identity document that has been accurately altered to | 15:12:30 |
| 12 | reflect the sex of the individual. | 15:12:35 |
| 13 | Q.    It is now 3:12 by my count. If we can take a | 15:12:50 |
| 14 | 10-minute break, I'll give you the worst lie that | 15:12:59 |
| 15 | attorneys ever say, which is I only have a few more | 15:13:05 |
| 16 | questions. But if you can return in 10 minutes I | 15:13:10 |
| 17 | think we'll be close to wrapping this up. Okay? | 15:13:15 |
| 18 | A.    Thank you. | 15:13:22 |
| 19 | MR. JONES: Okay. Off the record for | 15:13:22 |
| 20 | 10 minutes. Thank you. | 15:13:24 |
| 21 | MR. KOHLI: Thank you. | 15:13:25 |
| 22 | (Short break.) | 15:13:26 |
| 23 | MR. JONES: Well, I told you that I was | 15:25:51 |
| 24 | going to lie to you by saying I only had a few more | 15:25:53 |
| 25 | questions, and I did lie because actually I have no | 15:25:59 |

Case 3:19-cv-00328 Document 123 Filed 05/29/20 Page 59 of 79 PageID #: 1465
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com
59

|    |                                                                  |          |
|----|------------------------------------------------------------------|----------|
| 1  | more questions.  So thank you very much for                      | 15:26:04 |
| 2  | participating today, and everyone for participating              | 15:26:09 |
| 3  | under these unusual circumstances.  And I will pass              | 15:26:13 |
| 4  | the witness if, Puneet, you have any questions.                  | 15:26:18 |
| 5  | MR. KOHLI:  I do.  Thank you.  Just one                          | 15:26:23 |
| 6  | minute.                                                          | 15:26:27 |
| 7  | THE WITNESS:  Could you speak up, Puneet?                        | 15:26:27 |
| 8  | I'm sorry.  I'm having a hard time hearing you.                  | 15:26:28 |
| 9  | MR. KOHLI:  Can you hear me now?                                 | 15:26:34 |
| 10 | THE WITNESS:  Now I can, yes.                                    | 15:26:37 |
| 11 |                                                                  | 15:26:46 |
| 12 | CROSS-EXAMINATION                                                | 15:26:46 |
| 13 | QUESTIONS BY MR. KOHLI:                                          | 15:26:46 |
| 14 | Q.     Dr. Ettner, do you remember being asked that             | 15:26:48 |
| 15 | having incongruent gender identity documents can               | 15:26:52 |
| 16 | cause harm?                                                      | 15:27:00 |
| 17 | A.     Do I remember being asked that today?                    | 15:27:06 |
| 18 | Q.     Yeah.                                                     | 15:27:10 |
| 19 | A.     I don't know if I was asked it in exactly               | 15:27:11 |
| 20 | that phrasing.                                                   | 15:27:15 |
| 21 | Q.     Okay.  But let me ask you this.  Does having            | 15:27:19 |
| 22 | incongruent gender ID documents, without ever having           | 15:27:26 |
| 23 | to reveal them, by itself cause any harm for                   | 15:27:34 |
| 24 | transgender individuals?                                         | 15:27:45 |
| 25 | A.     Yes.  Yes, indeed.  And there have been                 | 15:27:47 |

Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | studies that document that.  And we know that the | 15:27:52 |
| 2 | fear of exposing that can actually increase an | 15:27:55 |
| 3 | individual's acquiring hypertension due to the | 15:28:01 |
| 4 | intersectionality of cardiac reactivity and stress. | 15:28:16 |
| 5 | Q.     Do you also recall Counsel indicated that you | 15:28:25 |
| 6 | have experience with individuals who choose to be | 15:28:29 |
| 7 | either male or female? | 15:28:41 |
| 8 | A.     Did you say "neither" or "either"? | 15:28:42 |
| 9 | Q.     Either male or female. | 15:28:44 |
| 10 | So do you recall that there was some | 15:28:45 |
| 11 | discussion about your experience and in particular | 15:28:48 |
| 12 | that Counsel mentioned or characterized that you have | 15:28:50 |
| 13 | experience with individuals who choose to be either | 15:28:53 |
| 14 | male or female? | 15:28:56 |
| 15 | A.     Yes.  But I believe that is a choice. | 15:29:00 |
| 16 | Q.     You already answered my question. | 15:29:05 |
| 17 | But just for the record, do you think gender | 15:29:06 |
| 18 | identity is a choice? | 15:29:10 |
| 19 | A.     No.  Gender identity, as I thought I answered | 15:29:12 |
| 20 | earlier, is an innate brain-based, deeply felt, and | 15:29:20 |
| 21 | universal aspect of identity. | 15:29:31 |
| 22 | Q.     Thank you. | 15:29:38 |
| 23 | MR. JONES:  And I'm sorry.  I actually | 15:29:39 |
| 24 | had an objection to that question but it was on mute. | 15:29:42 |
| 25 | So I apologize for the delay but she answered anyway. | 15:29:46 |

Case 3:19-cv-00328 Document 93-3 Filed 05/29/20 Page 595 of 879 PageID #: 14691
Elite Reporting Services
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | Just to record the objection. | 15:29:51 |
| 2 | MR. KOHLI: Dr. Ettner, give me just one | 15:29:58 |
| 3 | minute. Just one minute, please. | 15:30:01 |
| 4 | Okay. I think that I don't have anymore | 15:30:16 |
| 5 | questions. Thank you so much. | 15:30:19 |
| 6 | MR. JONES: No redirect. So we are done. | 15:30:21 |
| 7 | Thank you very much everyone. | 15:30:24 |
| 8 | MR. KOHLI: Just for the record. | 15:30:26 |
| 9 | MR. JONES: Yes. | 15:30:28 |
| 10 | MR. KOHLI: Do we -- just one last | 15:30:29 |
| 11 | question. Can we -- or I think I want Omar to kind | 15:30:31 |
| 12 | of answer this. Do we want anything to be marked | 15:30:38 |
| 13 | confidential? | 15:30:45 |
| 14 | MR. GONZALEZ-PAGAN: I don't think there | 15:30:46 |
| 15 | was anything to be marked for confidential from this | 15:30:46 |
| 16 | deposition. | 15:30:49 |
| 17 | MR. KOHLI: Okay. I think that's it. We | 15:30:53 |
| 18 | would like to review and sign the transcript. | 15:30:54 |
| 19 | MR. JONES: Yes. | 15:31:01 |
| 20 | MR. KOHLI: Okay. | 15:31:01 |
| 21 | MR. JONES: And we will be in discussion. | 15:31:03 |
| 22 | I guess the court reporter can e-mail us tonight or | 15:31:09 |
| 23 | as soon as possible when she determines if there was | 15:31:13 |
| 24 | a gap in the testimony. And if somehow we need to | 15:31:16 |
| 25 | address that -- I'm not sure that we do, but if we | 15:31:24 |

**Elite Reporting Services** (615) 595-0073
**www.EliteReportingServices.com**

```
 1    do, we'll just have that discussion when she responds        15:31:26
 2    to us.                                                        15:31:30
 3              MR. KOHLI:  Okay.  That sounds good.  And          15:31:31
 4    this would be standard.  Would you be able to send us        15:31:35
 5    a rough draft today or tomorrow?                             15:31:48
 6              THE REPORTER:  Yes.                                 15:31:48
 7              MR. KOHLI:  Thank you.                              15:31:48
 8              MR. JONES:  Okay.  Thank you everyone.             15:31:55
 9              THE REPORTER:  Mr. Jones, would you like           15:31:55
10    to order the original?                                       15:31:56
11              MR. JONES:  I'll e-mail you about that.            15:32:00
12              THE REPORTER:  Okay.  Thank you.
13              (WHEREUPON, this concludes the
14    deposition.)
15
16
17
18
19
20
21
22
23
24
25
```

*Elite Reporting Services* (615) 595-0073
www.EliteReportingServices.com

```
 1                 E R R A T A   P A G E

 2         I, RANDI C. ETTNER, PhD, having read the
        foregoing videoconference deposition, Pages 1 through
 3      63, do hereby certify said testimony is a true and
        accurate transcript, with the following changes (if
 4      any):

 5      PAGE   LINE    SHOULD HAVE BEEN

 6      _____ _____    _____

 7      _____ _____    _____

 8      _____ _____    _____

 9      _____ _____    _____

10      _____ _____    _____

11      _____ _____    _____

12      _____ _____    _____

13      _____ _____    _____

14      _____ _____    _____

15      _____ _____    _____

16      _____ _____    _____

17      _____ _____    _____

18

19

20

21                     _____

22                     RANDI C. ETTNER, PhD

23      _____
        Notary Public
24
        My Commission Expires: _____
25
        Reported By: Ashley V. Meeks
         Ashley V. Meeks * Elite Reporting Services * (615)564-0073
```

Elite Reporting Services * (615)595-0073
www.EliteReportingServices.com

REPORTER'S CERTIFICATE

STATE OF TENNESSEE

COUNTY OF DAVIDSON

I, ASHLEY V. MEEKS, Licensed Court Reporter,

with offices in Nashville, Tennessee, hereby certify

that I reported the foregoing videoconference

deposition of RANDI C. ETTNER, PhD by machine

shorthand to the best of my skills and abilities, and

thereafter the same was reduced to typewritten form

by me.

I further certify that I am not related to

any of the parties named herein, nor their counsel,

and have no interest, financial or otherwise, in the

outcome of the proceedings.

I further certify that in order for this
document to be considered a true and correct copy, it
must bear my original signature and that any
unauthorized reproduction in whole or in part and/or
transfer of this document is not authorized, will not
be considered authentic, and will be in violation of
Tennessee Code Annotated 39-14-104, Theft of
Services.

ASHLEY V. MEEKS, LCR
Elite Reporting Services
Associate Court Reporter and
Notary Public
State of Tennessee

My Commission Expires:  5/3/2021
LCR #527 - Expires:  6/30/2020

65

Case 3:19-cv-00328  Document 146-9  Filed 05/09/20  Page 67 of 79  PageID #: 14766
Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com



noneORIGINAL

E R R A T A   P A G E

I, RANDI C. ETTNER, PhD, having read the foregoing videoconference deposition, Pages 1 through 63, do hereby certify said testimony is a true and accurate transcript, with the following changes (if any):

| PAGE | LINE | SHOULD HAVE BEEN |
|------|------|------------------|
| 23 | 9 | "result of" should be "resultant" |
| 30 | 25 | "northern" should be "right" |
| 31 | 1 | "segment" should be "thickness" |
| 31 | 9 | "force" should be "reinforce" |
| 32 | 16 | insert "sense" before "ubiquitous" |
| 33 | 7 | "diversion" should be "divergence" |
| 46 | 3 | "for" should be "or" |
| 48 | 6 | "logics" should be "authors" |
| 57 | 9 | insert "an" before "affirmed" |
| 57 | 20 | "gender" should be "birth" |
| 61 | 15 | insert "don't" before "believe" |

_____
RANDI C. ETTNER, PhD

_____
Notary Public

My Commission Expires: _____

Reported By: Ashley V. Meeks
 Ashley V. Meeks * Elite Reporting Services * (615)564-0073

noneCase 3:19-cv-00328 Document 93-3 Filed 05/29/20 Page 68 of 81 PageID #: 1476
Elite Reporting Services * (615)595-0073
www.EliteReportingServices.com

KAYLA GORE, JAIME COMBS, L.G., and
K.N.,

        Plaintiffs,

v.

WILIAM BYRON LEE, in his official
capacity as Governor of the State of
Tennessee and LISA PIERCEY, in her
official capacity as Commissioner of the
Tennessee Department of Health,

        Defendants.

Case No. 3:19-cv-00328

Judge Eli J. Richardson
Magistrate Judge Barbara Holmes

## ERRATA DECLARATION

I, Dr. Randi C. Ettner, Ph.D., having read the foregoing transcript of my deposition taken on April 14, 2020, pages 1 through 63, do hereby certify under penalty of perjury under the laws of the United States of America that said deposition testimony is a true and accurate transcript, with the changes detailed on the attached errata page.

Executed on this 12 day of May 2020.

Dr. Randi C. Ettner PhD.

Dr. Randi C. Ettner, Ph.D.

### Exhibits

**Ex 01 - Randi C. Ettner, PhD** 4:13 13:5,13,17,24 44:11

**Ex 02 - Randi C. Ettner, PhD** 4:15 18:13 38:8

**Ex 03 - Randi C. Ettner, PhD** 4:17 18:15 19:8

**Ex 04 - Randi C. Ettner, PhD** 4:19 19:10,20 36:19 37:16

**Ex 05 - Randi C. Ettner, PhD** 4:21 20:12,21 37:16,17 51:17,18

---

### 1

**1** 13:5,10,13,17,24 44:11

**10** 35:25 59:16,20

**10-minute** 59:14

**127** 51:22 52:2

**128** 51:14 52:16

**16** 38:13

**17** 38:13,18

**18** 20:15

**1970's** 11:16

**1st** 19:15

---

### 2

**2** 18:13 38:8

**2000** 30:8

**2011** 43:16

**2013** 43:14

**2015** 48:2

**2019** 19:15 20:16

**2020** 18:8,19 48:2, 5

**22,000** 48:6

**236** 21:1

**29th** 18:18

---

### 3

**3** 18:15 19:8

**3,000** 12:10 27:2, 3,6 39:8,9

**3-year-old** 35:7

**30** 42:1

**31** 46:24

**32** 46:24

**3:12** 59:13

---

### 4

**4** 19:10,20 36:19 37:16 42:10

**40** 28:8

**43** 47:13

---

### 5

**5** 13:10 20:12,21 35:25 36:1,2,3 37:17 51:17,18

**50** 39:22

---

### 9

**9th** 18:7

---

### A

**A(iv)** 42:5

**ability** 44:17

**above-mentioned** 13:23 18:12 19:7,19 20:20

**Absolutely** 13:15 52:1

**acceptable** 43:19 56:22

**accepted** 24:8 25:21

**accessible** 11:2,4

**accurate** 17:19 56:8

**accurately** 59:11

**acquiring** 61:3

**actions** 12:19 16:14,15,25 17:12

**active** 23:2

**actual** 49:9

**add** 22:3

**Additionally** 31:4

**address** 37:9 62:25

**adequately** 47:3

**administration** 30:20,21

**admit** 54:10

**adolescents** 42:3

**adults** 42:4

**advent** 30:16

**advised** 36:11

**affirmation** 48:7

**affirmed** 23:22 31:20 32:20 39:24 40:16,17 45:19,23 57:9

**affirming** 48:11

**age** 34:16 35:6

**agender** 27:7

**agree** 9:20 16:9 23:16 31:23,25 33:6 34:12 42:17 44:20 46:22 51:5 55:5,17

**ahead** 7:4,8 13:3 26:6

**alignment** 39:24

**allegations** 12:12

**alleviate** 46:15 48:11

**allowed** 30:6

**alteration** 56:13

**altered** 56:24 57:8,21 58:16 59:11

**alternative** 42:12, 16

**ambiguity** 53:11

**amend** 44:17

**amended** 12:14 13:4,19 14:3 16:8 44:11,15

**amendment** 44:1,3 45:5,15

**amount** 30:11

**amplified** 28:21

**Amsterdam** 30:8

**anatomical** 29:18

**anatomy** 33:8 52:19

**announce** 6:5

**announcement** 8:1

**answers** 21:14

**anxiety** 47:1 48:22,23

**anymore** 62:4

**apologize** 36:17 49:21 51:12,18 61:25

**apparent** 55:19

**appearance** 40:18 51:7

**apply** 22:9

**area** 11:17 26:14

**areas** 30:25 31:3 47:4

**articles** 41:19

**aspect** 26:24 32:17 61:21

**assigned** 22:25 32:21 33:4 34:1,6 42:8,13 45:22 46:2 57:11

**assigning** 49:13, 23,24 50:8,22

**assistance** 45:6

**Association** 11:18 25:13

**attempt** 27:25 47:13,21,23

**attempted** 39:1 46:1

**attempts** 39:23

**attendant** 47:2

**attention** 53:13

**attorney** 8:19 9:13

**attorneys** 9:12 59:15

**audio** 7:5 9:3,8 14:6 32:24

**auditory** 50:16,17

**Australia** 31:5

**author** 42:18

**autopsy** 30:8

**average** 47:14

**avoid** 34:22

**aware** 34:15 35:9, 11,15 45:21

**awareness** 55:19

――――――――――
**B**

**baby** 55:19

**back** 21:20 22:8 23:24 36:5 43:3 44:10 45:25 49:8, 10,21

**ballpark** 39:10

**based** 12:6 14:9 31:19 51:7 54:22 56:13 58:12

**basic** 21:24

**basically** 30:3 36:14

**Basing** 56:8

**basis** 16:9 31:10

**Bear** 51:9

**bearing** 38:19

**beg** 50:18

**began** 11:16

**behalf** 6:9,11,13, 17,18,20,22

**beings** 32:17 56:9

**believes** 36:12

**belonging** 24:22 25:1 40:17

**binary** 24:4 41:24

**birth** 16:16 17:1,6, 7,14,20 22:25 32:21 33:5 34:1,6 38:19 44:17 45:15 49:2,9,13,23,24 50:8,22 51:7 52:22 53:11 54:10,12,17 55:3, 6,13,25 56:14,19, 21 57:3,6,8,11,14, 17,18 58:1,14,15, 21

**birth-assigned** 26:11

**bit** 17:23

**blood** 29:11

**born** 51:22 52:4

**bottom** 52:3,16

**bound** 7:23 22:13

**box** 58:1

**boyish** 25:23

**brain** 23:8 29:19 30:3,22 31:1

**brain-based** 61:20

**brains** 30:6,8,9, 11,19,23,24

**Brandt** 6:20

**breadth** 12:5

**break** 35:23 36:4 59:14,22

**bring** 39:23 43:2

**Buchert** 6:22

**bullying** 46:11

**bureau** 29:4

――――――――――
**C**

**call** 9:3 20:1 26:3 27:7 45:24

**called** 10:12

**capture** 38:17

**cardiac** 61:4

**Care** 11:19 43:17

**carnes** 43:4

**carries** 23:17

**carry** 46:4

**case** 9:16 11:11, 23,24 12:13,16 15:3 18:6,17 19:13,17,25 20:2 21:12 35:20 36:18,20,22 37:1, 15 38:7,16 47:15 56:24

**cases** 9:4 14:16 45:18

**categories** 24:6, 13 25:2,8

**category** 24:22 25:2 42:15

**caused** 30:13

**caveat** 22:16

**certificate** 38:19 44:18 45:16 49:3, 10,14 56:19,22 57:3,6,8,15,17,18, 20 58:1,14,15,21

**certificates** 16:16,17 17:1,6,8, 14,20

**cetera** 29:19

**chance** 15:18

**change** 30:13 35:16 40:11,15 41:17 45:16

**changed** 43:12

**changing** 40:22 41:10 45:1 46:14

**characteristic** 23:3,4

**characterize** 27:21

**characterized** 37:22 61:12

**Chicago** 20:16

**child** 35:11,13

**choice** 41:24 61:15,18

**choose** 61:6,13

**chromosomal** 23:6

**circumstances** 60:3

**civil** 48:16

**clarification** 9:4

**clarify** 14:2

**Classification** 43:21

**clean** 8:12 36:18

**clear** 43:18 57:12

**cleared** 37:8

**clinical** 10:21 11:14,15 26:13 27:13

**close** 59:17

**comfortable** 51:13

**comments** 8:10

**committed** 48:19

**commonly** 27:11

**community** 25:7, 8

**complaint** 12:15 13:2,4,19 14:3 16:9 44:11,16

**complaints** 12:14

**complete** 9:25 29:15 40:3 47:20

**completely** 21:8

**components** 44:6

**composite** 23:6 56:7

**compound** 45:9

**concept** 24:20 34:16,17 55:5,12,14

**conclude** 48:6

**concludes** 63:13

**conclusions** 13:1

**Conclusive** 30:16

**condition** 26:9,15 47:17,24 48:10 55:23

**conditions** 11:13 35:16,17

**confidential** 38:20 62:13,15

**confined** 40:8

**confirmed** 30:2

**conform** 58:16

**confusing** 49:22

**congruent** 48:3

**congruous** 55:12

**connectivity** 36:12

**consideration** 15:8

**considered** 24:4 44:5

**consistent** 21:10

**context** 45:2 54:5

**contextual** 40:2

**continuing** 28:17

**continuum** 24:4

**correct** 14:19 15:15 16:5 18:25 27:3 28:5,8 32:22 33:22 36:23 37:4 43:8 48:13 50:10, 23 54:13,24

**corrected** 48:17 58:20

**correctly** 38:23 47:5

**corrosive** 48:23

**cortical** 31:1,10

**counsel** 11:1 18:1 37:11 58:4 61:5, 12

**count** 28:9 59:13

**countries** 45:20

**country** 41:7 45:21 57:23

**couple** 19:23

**court** 6:4 7:5,8 8:9 36:10 37:8 62:22

**criteria** 42:3,5,6

**CROSS-EXAMINATION** 60:12

**cultural** 25:22

**cumbersome** 9:18

**current** 20:2 35:20

**cursory** 52:8,10 53:7 54:10

**cut** 53:22

---

**D**

**damages** 14:4,18 15:4,13

**data** 30:14,16

**date** 18:7 20:14 56:23

**dated** 18:7,18 19:15

**day** 20:18 45:25

**dead** 30:12

**dealing** 43:22 51:13

**decade** 35:16

**decision** 49:25

**decisions** 35:14

**declaration** 18:16 58:5

**declaratory** 13:19 14:5

**decompensation** 47:21

**deep** 24:21

**deeply** 32:16 61:20

**defendant** 17:12

**defendants** 6:7, 8,10,12,14 7:16 12:20 16:14,15,25 17:13

**define** 12:5 22:21 23:1,4,10 24:17 25:17 26:7 33:21

**defined** 24:15

**defining** 33:12

**definition** 23:23, 25 24:16 31:19 32:19 33:6 39:1,3

**definitions** 21:24 22:4,14 23:18 39:1 56:17

**delay** 61:25

**delivered** 50:4

**demonstrates** 30:21

**demonstrating** 31:13

**denote** 27:18

**deny** 34:22

**departure** 55:3

**dependent** 9:3

**depends** 31:20 34:19 41:3

**deposition** 8:5 10:8 20:12,14,15, 18,24 21:3,7,10, 13,18,20 22:8 28:25 29:3 36:13 37:1,2,16 49:11, 18,20 51:15 53:24 54:8 62:16 63:14

**depression** 47:1

**describe** 54:9

**descriptions** 28:24

**designation** 54:20 55:2,23 56:1,12 57:17,22

**desire** 42:11,23

**determinant** 48:7 55:4 56:12

**determination** 43:15

**determine** 29:4, 10 31:21 52:20

**determined** 52:5 55:13

**determines** 52:13 62:23

**develop** 24:23

**diagnose** 29:13

**diagnosed** 26:9 46:6

**diagnosis** 12:1 44:18 45:3 49:24

**diagnostic** 42:2, 6,19

**Dianna** 6:9 7:20

**died** 31:13

**differences** 29:19 30:9 31:13

**differentiation**

57:1

**differently** 55:11

**differs** 56:14
57:16

**difficulty** 46:10

**dimorphic** 23:8
31:3

**DIRECT** 10:15

**disclose** 32:12

**discloses** 32:9

**discrepancy**
56:11

**discrete** 39:16

**discrimination**
47:12

**discuss** 26:5

**discussed** 8:3
35:3 41:12 42:20
46:8 56:15

**discusses** 45:1

**discussing** 42:2

**discussion** 22:12
61:11 62:21 63:1

**disorder** 43:6,7,
13,18

**disorders** 43:21
57:1

**distinct** 30:22

**distinction** 14:8

**distinguish** 33:9

**distress** 12:8
26:10,12 34:8
47:8,10

**District** 19:13

**diversion** 33:7

**doctor** 54:1

**doctoral** 11:14

**document** 13:23
18:5,8,12,17,19
19:7,12,14,16,19,
25 20:5,8,9,20
21:4 39:3,4,5,6
40:15 48:17,25

59:11 61:1

**documentation**
17:19

**documented**
10:23 11:8 21:19

**documents**
12:11 17:25
21:17,25 37:13
40:11,18,23
41:11,17 44:2,3
45:2,5 46:15 48:1,
3,11,14 49:4
51:11 59:9 60:15,
22

**doula** 50:4,7

**draft** 63:5

**drawn** 13:1

**driver's** 40:24

**DSM-4** 43:5

**DSM-5** 42:25
43:2,12,14,20

**due** 26:10 61:3

**duly** 10:13

**duration** 42:8

**dysphoria** 12:2
26:7,8,17,18 34:4
42:3,22 44:19
45:3 46:25

**dysphoric** 25:15
26:3 47:15

———————

**E**

———————

**e-mail** 62:22
63:11

**earlier** 18:2 38:15
41:13 61:20

**early** 24:24 34:15
43:16

**easiest** 41:1

**education** 11:9,
12 21:22 58:12

**effect** 44:16

**effort** 25:6 40:11

**element** 30:17
56:8

**elemental** 24:23

**eliminated** 43:19

**elusive** 57:24

**emerges** 54:19
56:13

**emotional** 12:8

**empirical** 29:2

**end** 18:6,18 19:15
20:24

**engage** 10:6

**ensure** 8:24

**entails** 14:18

**entire** 39:21 45:23

**environments**
34:20

**essentially** 18:24
20:1

**establish** 34:10

**established**
24:20,24

**estimate** 39:22

**etiology** 12:7
31:10

**Ettner** 10:1,11,17,
19,20 13:12,17
15:18 16:2 17:22
18:5,16,22 19:12
21:16 22:21 23:20
26:25 31:17 35:19
36:8,17 37:23
38:6 43:22 44:25
46:8 49:8 58:25
60:14 62:2

**Ettner's** 22:15
36:15

**evaluate** 15:12

**evaluated** 16:3

**everyone's** 7:3
10:5

**evidence** 54:19
56:13,24

**evolution** 28:3
43:4

**evolve** 28:17

**evolved** 28:15,16

**evolves** 47:19

**examination**
10:15 50:9,23
52:8,19 53:12
54:17 55:14

**examples** 27:16
40:7

**exception** 19:22

**Excuse** 14:13
19:2

**exhibit** 13:5,13,
17,24 18:3,13,15
19:8,10,20 20:11,
12,21 36:19
37:12,16 38:8
44:11 51:17,18
53:3

**exhibits** 10:25
11:1 13:8,10 18:1
36:14 37:22

**existed** 30:14

**exists** 55:18

**expectation**
25:22

**experience** 11:9,
15 12:9 14:15
21:22 26:25 27:1,
5 34:2,3 40:14,19,
21 41:9,21,23
42:14,22 43:22
47:1,7,8,10,25
58:12,20 61:6,11,
13

**experienced**
27:6 34:24

**experienced/
expressed** 42:7

**experiences** 16:5
22:24 26:10

**expert** 18:4,9,16
19:11,16 21:11
22:5,9 35:21
36:20 37:15 38:7

Case 3:19-cv-00328 Document 93 Filed 05/20/21 Page 73 of 74
*Elite Reporting Services (615) 595-0073*
*www.EliteReportingServices.com*

45:1 52:17

**expertise** 11:7
12:8 26:16,23

**experts** 43:14

**explain** 31:7 56:6

**exposing** 61:2

**exposure** 48:19

**express** 25:4
27:25

**expressed** 35:20

**expresses** 42:24

**expressing** 12:18

**expression** 39:23

**extensive** 11:17
52:11,19 53:12

**extent** 22:7

**external** 23:7
50:9,23 52:9
55:14,20 56:7,20

**extreme** 26:10,12

---

**F**

**facts** 31:11

**fair** 49:11

**fall** 24:5

**falls** 25:21

**familiar** 27:10

**fashion** 42:24

**fear** 48:22 61:2

**February** 18:18

**feel** 34:21 42:24
51:15

**feelings** 34:22

**felt** 32:16 61:20

**female** 24:13,23
27:23 41:24
52:13,20 57:19,21
61:7,9,14

**fetuses** 31:15

**field** 28:7

**fight** 34:22

**filed** 19:25

**find** 20:13,25
44:12

**findings** 31:18
32:5

**fine** 58:9

**finish** 10:1

**finished** 8:25

**focus** 21:21 22:14

**focused** 26:16,23

**follow** 51:15
53:20 54:6

**followup** 53:13

**force** 31:9

**forensic** 10:21

**form** 7:25 12:22
15:5 16:6,19 17:3,
16 19:1 20:3 24:2,
9 25:10 26:19
27:8,19 28:18
29:6,25 31:24
32:7,14 33:15
39:13 40:13 41:1,
2,14 43:9 44:22
45:7 46:18 50:11
51:2 55:8,11,15,
16 56:4 58:3 59:4

**formed** 55:18

**Fortunately**
26:15

**forward** 23:17
37:18

**forwarded** 10:24
13:7 18:1,2

**found** 31:6

**free** 51:15

**front** 13:5,17,22
38:9

**full** 10:17

**function** 47:3

**functional** 30:2,
17

**functioning**
26:14

**future** 17:15
56:23

---

**G**

**gap** 62:24

**gaps** 37:9

**gender** 11:13
12:1,7,10 22:25
23:9,22 24:17,20
25:2,5,9,14,15,17,
20,25 26:1,3,7,8,
11,17,18,24 27:22
29:13 31:19,22
32:6,8,19,21 33:2,
3,4,7,11,12,20,22
34:2,3,4,7,15,17,
18 35:15 38:20
39:23,24 40:16,17
41:10 42:3,7,8,11,
12,13,16,22,25
43:7 44:19 45:3,
16,19,22,24 46:25
47:15 48:3,7 55:1,
3,6,15,17,18 56:2,
11,17 57:5,13,16,
19,20,21 58:2,13,
16,18 59:2,6
60:15,22 61:17,19

**gender-affirming**
44:9

**genderqueer**
27:16

**general** 8:1 11:7
12:9 16:4 21:6
52:4

**generally** 54:9

**generation** 43:17

**genetic** 31:4,6,8

**geneticist** 31:6

**genitalia** 23:8
50:9,23 52:9,12
55:14,20 56:7,21

**genitals** 51:7
54:17

**girl** 25:23

**girls** 35:7,9,10

**give** 8:23 10:17
15:18,23 39:10,16
44:11 51:19,23
59:14 62:2

**giving** 8:25

**glance** 53:10

**gonads** 23:7

**Gonzalez-pagan**
6:16 62:14

**good** 36:1 63:3

**government-
issued** 39:5

**grave** 38:22

**Great** 7:2,11 9:21
11:5,21 14:1
15:16 36:2 38:4

**group** 34:5

**guess** 62:22

**guidance** 45:17

---

**H**

**happen** 34:11
35:4

**harassed** 48:18

**harassment**
47:12

**hard** 50:17 60:8

**harm** 16:10 38:22
60:16,23

**harms** 17:5

**head** 48:19

**health** 25:13 46:7
47:2 48:8,24

**Healthcare** 11:18

**hear** 9:6 32:23
36:8 50:18 60:9

**hearing** 60:8

**helpful** 6:4

**hemisphere** 31:1

**higher** 47:14

**history** 26:5 28:3
43:3

**home** 48:18 50:4

**hormonal** 30:23

**hormones** 30:13,
14

**hour** 35:22

**housekeeping**
10:24 17:23 37:7

**human** 23:3,4
32:16 56:9 59:2,5

**humans** 24:23

**humiliated** 48:18

**humiliation**
47:11

**hypertension**
61:3

---

**I**

**ICD** 43:20

**ID** 60:22

**idea** 53:7

**ideation** 48:4

**identification**
39:7 46:4

**identified** 37:13

**identifies** 39:5

**identify** 8:19 9:18
18:4 31:8 37:12
42:21

**identifying** 9:12
29:18,19 33:10
36:14 43:24

**identity** 22:25
23:9,22 24:17,18,
20 25:2,5,9 26:12
27:22,25 31:19,
20,22 32:6,9,17,
20 33:3,7,13,22
34:3,7 39:3,4
40:11,22 41:10,
11,17 42:25 43:7
44:2,3 45:1,5
46:14 48:1,3,25
49:4 55:1,4,7,15,

18 56:2,11,17
57:6,10,14,16,20
58:2,13,16,17,18,
22 59:2,6,9,11
60:15 61:18,19,21

**Illinois** 20:16

**imagery** 30:3

**imaging** 29:1
30:17

**immutable** 24:25
32:17

**impact** 12:19

**impairment**
26:14

**important** 8:21
26:14

**inability** 30:12

**inaccurate** 17:6,7
54:20 55:23,25
56:1,10

**inaction** 16:14

**inactions** 12:19

**inaudible** 14:4
53:19

**incarcerated**
47:18

**included** 25:12
43:1

**including** 46:11

**inconclusive**
30:15

**incongruence**
42:6

**incongruent**
48:14 60:15,22

**incongruity** 12:7,
10 22:24 26:10
29:13 32:19 33:2,
7,11,20 34:4,14,
17 35:15 43:24

**incongruous**
33:10 55:13

**incorrect** 38:19

**increase** 61:2

**incur** 17:5

**independent**
47:25

**individual** 22:23
24:21 26:9 32:9,
11 34:18,19 38:21
41:5 45:4,15
47:20 48:21 50:3
52:5 56:15 57:19
59:12

**individual's** 32:8
55:1,4 61:3

**individually**
15:14 16:11

**individuals** 12:1,
10 16:10 17:18,19
24:5 25:15 27:2,3,
6,20 30:7,10 31:5
39:9,11,17 41:16,
17 42:21,22,23
43:23 46:10,23,25
47:13,15,18,25
48:6,9 55:21,22
56:10,25 60:24
61:6,13

**infant** 57:18

**infants** 31:12

**information** 30:1
38:21 48:20
54:23,25

**initiate** 40:15

**Injunctive** 13:20

**injuries** 14:17

**injury** 15:4

**innate** 61:20

**input** 45:17

**instance** 25:22
39:25 40:24 45:22
50:5 57:17

**intentions** 41:5

**intercourse** 23:2

**internal** 23:7
32:16

**International**
43:21

**interrupt** 14:23

**intersectionality**
61:4

**intervention**
35:3,4 44:4,6

**interventions**
30:24 34:9 35:13
46:6

**interviewed**
12:15 16:3

**invades** 38:20

**involved** 14:17

**irrevocable**
35:18

**issue** 36:12

**issues** 29:24
46:12 47:2 48:10,
12,15

---

**J**

**Jae** 6:13

**January** 18:8

**Japan** 31:5

**Jones** 6:3,7,15,24
7:2,11,15 8:16
9:10,21 10:16
12:24 13:7,15,16,
25 14:11,14,24
15:1,2,10,20,25
16:1,12,22 17:9,
21 18:14 19:4,9,
21 20:6,22 22:11,
20 23:16,19 24:7,
14 25:16 26:21
27:9 28:1,22 29:8
31:16 32:4,10,18,
25 33:18 36:5,7,
10,16 37:6,14
38:1,4,5 39:14
40:20 41:8,22
43:10 44:24 45:11
46:19 50:14 51:8,
18,21,25 53:4,5,
16,23 54:2,7,21
55:10,24 56:5
58:6,11,23 59:7,
19,23 61:23 62:6,
9,19,21 63:8,9,11

**July** 19:15

---

### K

**keeping** 8:11

**KHOLI** 12:22

**kind** 15:4 29:22 62:11

**Kohli** 6:18,25 7:10 9:14 13:11 15:5, 17,21 16:6,19 17:3,16 19:1 20:3 22:3,19 23:14 24:2,9 25:10 26:19 27:8,19 28:18 29:6,25 31:24 32:7,14 33:15 36:3 37:11, 20 38:3 39:13 40:13 41:2,14 43:9 44:22 45:7 46:18 50:11 51:2, 17,19 52:25 53:15 54:15 55:8,16 56:4 58:3,10 59:4, 21 60:5,9,13 62:2, 8,10,17,20 63:3,7

---

### L

**laboratory** 29:12

**language** 43:1 45:25

**large** 41:20

**late** 11:16

**lawyer** 14:7

**lay** 28:21

**leading** 48:6

**leads** 23:23 28:2 48:22

**leak** 32:24

**learn** 34:23

**lectured** 19:24

**left** 49:3

**legal** 18:23 44:9 48:7

**legally** 58:22

**legitimizing** 58:21

**lethal** 49:7

**license** 40:24

**lie** 59:14,24,25

**life** 24:24 34:12 45:23 46:5 47:4

**light** 56:24

**Lim** 6:13

**limitations** 40:2,4

**limited** 11:25 12:3,4 30:11

**links** 31:6

**list** 10:25 25:8 42:10 58:18 59:10

**listed** 57:2,6,14 58:14

**literature** 11:17

**live** 35:14 40:16 46:1

**lived** 34:2 40:18 45:23 58:20

**lives** 41:4 46:11

**living** 30:7 58:19

**logics** 48:6

**long** 20:23 29:22

**longer** 26:4 28:5 43:19

**looked** 31:12

---

### M

**made** 7:25 8:7 9:13 39:22 43:15 50:5

**magnetic** 29:1 30:2,17

**maintaining** 16:17 17:1

**majority** 33:25 54:18 55:21 56:9

**make** 8:10 9:15,17 13:11 29:15 35:14 39:17 45:12

**makes** 50:3,21 54:19

**making** 7:1 8:12, 20 40:3

**male** 24:13,23 27:23 41:24 45:22 52:13,20 57:19 61:7,9,14

**manifested** 42:9

**manner** 10:6 27:21

**Manual** 42:19

**marked** 38:8 42:6 62:12,15

**marker** 38:20 45:16 57:21 58:18

**match** 32:21 33:4, 11,12 55:2

**Matt** 6:7

**matter** 10:24 11:22,25 18:22 31:2 37:7

**meaning** 33:11

**means** 8:6 33:3

**medical** 25:7 26:8 29:11 35:4,12 38:21 44:4,5,8 45:2,6,17 46:2,3,7 47:16 49:24,25 52:12,18

**medicine** 24:21

**Meeks** 7:11 8:13, 16 9:11

**Meeting** 8:2

**mental** 46:7 47:2 48:8,24

**mentioned** 13:13 61:12

**met** 43:15

**microstructures** 31:2

**mind** 9:2 39:4

**minor** 19:24

**minute** 10:23 11:6 60:6 62:3

**minutes** 15:23 35:25 36:1,2,3 59:16,20

**modify** 39:23

**moment** 20:4,14 28:24 44:10 49:9 51:9,23

**months'** 42:8

**morning** 10:25

**move** 35:19 37:18

**moving** 18:15 19:10 24:15 42:1 49:3

**multiple** 40:25

**multiplying** 28:20

**mundane** 49:5

**mute** 6:3 7:5 9:8 61:24

---

### N

**narratives** 16:8

**national** 47:14

**natural** 47:16

**nature** 16:4 32:12

**necessarily** 27:22 33:21 35:5 50:1 51:1

**neurodevelopme ntal** 31:9

**newborn** 52:19

**non-binary** 27:16 41:13,15 42:21

**non-transgender** 30:10,24

**nonconforming** 25:14,18,20 26:1

**nonconformity**

Case 3:19-cv-00328 Document 93-3 Filed 04/15/22 Page 76 of 81 PageID #: 1627

25:25

**noncongruent**
48:22

**normal** 9:5 46:5
50:8,22

**norms** 47:11

**northern** 30:25

**noted** 53:2

**nuanced** 27:24

**number** 13:24
18:13 19:8,20
20:21 24:8 39:17
51:20

**numbers** 37:12

---

**O**

**oath** 7:23

**Object** 23:14

**objecting** 8:19

**objection** 7:7
8:20 12:22 13:9
15:5,17,19 16:6,
19 17:3,16 19:1,3
20:3 22:4,6,9,18
23:17 24:2,9
25:10 26:19 27:8,
19 28:18 29:6,25
31:24 32:7,14
33:15 37:21 39:13
40:13 41:2,14
43:9 44:22 45:7
46:18 50:11 51:2
52:14,25 53:1,15
54:15 55:8,16
56:4 58:3 59:4
61:24 62:1

**objections** 7:1,24
9:1,14,15 15:21
23:15 50:18 53:2

**objective** 31:17,
18,21 32:5

**observation**
56:20

**occasion** 9:19

**occupation**
10:20

**occupational**
47:3

**occur** 31:14 39:19

**occurred** 46:16

**occurs** 35:1,2

**odds** 34:6

**offer** 35:12

**offering** 16:13,24
17:4,11 27:17

**oftentimes** 27:25
45:20

**Ohio** 19:13 22:5
36:20

**Omar** 6:16 62:11

**one's** 42:7,13

**opinion** 11:10,23
17:4,17 35:20
45:3,14 46:22
49:12 50:25 52:17
54:22 56:2,18
57:3,5,13,20 58:2,
8,12 59:8

**opinions** 11:24
12:5,6,19 15:9
16:4,13,24 17:12,
24 18:25 19:6
20:1,9 21:11,22,
23 22:1 23:11
36:22 37:3 38:13,
15 56:20 58:7

**opportunity** 21:2,
8

**option** 41:11

**order** 8:24 13:8
63:10

**Organization**
11:19

**organizations**
25:12

**organs** 23:7

**original** 63:10

**outage** 14:6

**outcome** 49:7

---

**P**

**pain** 34:24

**pairs** 23:6

**paper** 51:13

**paragraph** 38:12,
13,18 42:1,5
46:24

**pardon** 50:18

**parenthetical**
42:12

**part** 11:9 32:1
44:3 59:2

**participating**
60:2

**party** 8:8 22:13

**pass** 60:3

**passport** 40:24

**past** 14:16 25:24

**patient** 48:16

**patients** 40:21
41:9

**pause** 8:23

**pee** 35:7

**people** 16:5 17:5
24:12 25:4 26:17
28:21 30:12 33:25
34:1,5,8,9,15,20
35:1,5,14 40:1,2,
3,14 41:6,7 45:18,
23 46:1 54:18

**percent** 39:22
47:13

**percentage**
39:10

**period** 39:19

**person** 7:24 8:21
33:21 38:19 39:5
41:4 51:22 52:3
57:9 58:19

**person's** 23:22
31:20,22 32:5
33:2,3 34:12 41:4
44:17 52:12 55:6

---

57:2,5

**personal** 14:17
15:4

**perspective**
15:13 29:16

**ph** 43:4

**PH.D.** 10:11

**Phd** 19:12

**phenotypes**
30:4,22

**phrased** 24:11
45:10

**phrasing** 60:20

**physical** 29:18
38:22 48:23

**physician** 50:5,7

**place** 9:7 20:15
40:23 41:1 51:5

**places** 38:21

**Plaintiff** 19:14

**plaintiffs** 6:15,17,
19,21,23 7:16
9:13 12:12,16,20,
23 14:3 15:3,12
16:3 17:7,14

**plaintiffs'** 10:25

**planning** 48:4

**platform** 8:5

**point** 27:4 34:23
35:2 36:13 39:20
41:18 44:1 46:14
48:9

**pointed** 37:23

**points** 35:1

**posed** 52:16

**possibility** 34:17

**potential** 9:1

**practice** 27:14
48:15

**preceding** 53:19
54:5

**precisely** 44:12

predicated 44:18

predominantly 30:25

premarked 13:8, 24 18:13 19:8,20 20:21

prenatally 31:13

preparation 49:9

prepared 19:17 21:12 38:7

present 12:13 42:23

presentation 25:20

presented 36:19, 25

prevent 40:2

previous 8:24 43:5

previously 15:7 30:5 32:15 38:25 42:20

primarily 41:23

primary 45:24

prior 14:12 21:18 28:25 30:14,19,23 36:15 43:15 46:9 49:11,18,19 51:15 53:2

prison 39:25 40:8, 9

privacy 38:20 48:20

problematic 55:22

procedure 51:6

proceed 7:12,19

proceedings 18:23

process 39:11,20 40:6,10,12,22 50:8,22 51:1,5

produce 49:4

produced 43:18

profession 25:7

professional 11:18 25:13 45:6, 17

progression 47:16

promulgate 11:20

provider 46:7 52:12,18

proxy 54:17 55:21

psychiatric 25:7

psychological 38:22 47:20

psychologist 10:21

psychology 11:12

psychopathy 48:4

publication 43:16

publicly 48:18

published 43:14

Puneet 6:18 7:7 9:14 13:7 22:18 23:17 37:19 60:4, 7

purpose 7:3

purposes 8:11

put 7:18 15:21 40:25

---

**Q**

qualifications 10:22 11:8 21:19

question 7:25 8:22 10:4 11:7 16:21 17:11 21:6 24:11 29:3,7,9,21, 23 32:1,23 33:17, 19,24 42:14 43:11 44:15,25 45:9,10 46:13 50:13,19 51:14,22 52:3,7,

10,15 53:6 54:8 56:18 57:25 58:25 61:16,24 62:11

questions 10:16 22:7 28:2 37:25 40:25 53:19 54:5 58:4 59:16,25 60:1,4,13 62:5

---

**R**

raise 15:19

raised 45:19

Randi 10:11,19 18:5,16 19:11

rare 55:23

Ray 19:14,25 36:20 37:1,15

reach 26:13

reactivity 61:4

read 7:17 9:23 13:2 16:7 21:2 28:24 38:23 47:5

ready 37:18,19 38:2

reason 58:17

recall 7:22 8:14 21:2,9 48:25 49:2 61:5,10

recalled 37:24

receive 11:1 47:18

recent 28:21

recognize 18:8, 19 19:16 20:17

recognized 36:21 40:16

recognizing 33:19

record 6:25 7:17 8:18 9:6,23,24 11:6 15:22 36:6, 10 37:12 51:6 52:25 59:19 61:17 62:1,8

recorded 8:6 55:2 56:19 57:11,18 59:9

recording 8:7 16:16 17:1 50:3 56:21

records 50:6 58:2

redirect 62:6

reduces 48:3

redundant 12:17 59:10

refer 13:9 23:21 41:19 44:10 49:10,19,21 58:19

reference 49:18

referred 25:24

referring 38:6

refers 22:23 24:21

reflect 40:18 59:12

reflects 58:21

regard 16:16 17:1,13 21:23 23:25 29:18,24 37:21 44:8

related 46:12

releases 38:20

relied 11:16

Relief 13:20

relying 11:10,12

remember 43:12 60:14,17

reminded 9:11

remotely 7:23

removal 47:22

remove 43:13

render 11:10

rendered 11:23, 24 20:2 21:11

rendering 38:16

repeat 10:4 13:14 16:21 29:21 32:23

Case 3:19-cv-00383-TWP-DLP Document 65-5 Filed 08/06/21 Page 78 of 81

49:15 50:12,19 53:21

**repetition** 36:18

**rephrase** 32:2 46:20

**report** 18:4,9 19:11,17 21:11 22:5,9 35:21 36:20,21 37:15 38:7 42:2 45:1 46:9

**reporter** 6:5 7:5, 8,13 8:9,17 9:20 14:10,13,22 15:1 36:11 37:8 53:21, 25 54:3 62:22 63:6,9,12

**reports** 18:24

**represent** 6:6

**representing** 6:8

**reproductive** 23:7

**request** 57:4

**requested** 8:8

**requests** 41:16

**require** 17:19 34:9 46:4

**required** 39:7

**requires** 56:12

**research** 28:19, 25 41:18

**resembled** 30:24

**reserved** 7:24

**resonance** 29:1 30:2,17

**resource-poor** 34:20

**Respite** 18:20

**responding** 8:24

**responds** 63:1

**result** 23:9

**return** 59:16

**reveal** 48:16

60:23

**revealed** 30:9

**Revealing** 48:14

**revelation** 48:20

**review** 20:5 21:8 37:24 52:11 62:18

**reviewed** 12:11, 14 21:13,16,17

**reviews** 20:8 21:4 51:11

**risk** 38:22

**Roessler** 6:20

**rough** 63:5

---

**S**

---

**sake** 8:18

**Sara** 6:11

**Sasha** 6:22

**scans** 29:19

**scholarly** 41:19

**school** 46:11

**science** 29:17,24 30:18

**scientific** 28:14, 19,23

**scope** 15:9 58:5,7

**scroll** 21:1

**seconds** 15:23

**secret** 48:21

**Sedgwick** 6:11

**seek** 45:5,15

**seeking** 14:4 15:4 43:24,25 44:1,3

**segment** 31:1 41:20,21

**self-affirmed** 32:20 33:3

**semantics** 18:23

**send** 63:4

**sense** 24:21,24 34:6

**sentence** 9:25

**separate** 58:18

**September** 20:15

**servant** 48:16

**serviceable** 56:9

**set** 40:7

**seventh** 43:16

**severe** 26:12 34:8

**severely** 47:15

**sex** 22:24 23:1,2, 3,4,6,12,13,21,25 24:1,3,16 26:11 30:20,21 33:4 34:1,6 46:2 49:13, 24 50:8,22 51:6 52:5 54:18 55:4,6, 13,21,25 56:7,8, 12,17,18 57:2,10, 16 58:17,19,20 59:1,2,12

**sexes** 24:1,8

**sexual** 57:1

**sexually** 23:8

**Shew** 6:9 7:20

**short** 8:23 36:4 59:22

**shot** 48:18

**sic** 22:9 42:15

**sign** 21:2 62:18

**significance** 26:13

**significantly** 48:5

**similar** 27:12,15

**simple** 41:1

**simpler** 45:12

**simply** 8:5 33:2 58:1

**sir** 7:13 8:17 54:3

**sitting** 35:10

**situation** 34:20 40:5

**slowly** 9:24

**small** 41:21

**social** 28:13 39:11,18 40:3,6, 10 43:25 44:2,5,6 46:14 47:4,11

**socially** 58:22

**society** 40:9 46:5

**socioeconomic** 34:19

**sort** 11:7 14:4 34:11

**sounds** 63:3

**southern** 9:24 19:13

**speak** 8:22 9:8,24 25:11,23 60:7

**speaker** 8:25

**speaking** 7:4 10:2

**speaks** 25:14

**specific** 29:23 53:2

**specifically** 17:15 46:24

**Speculative** 44:23

**spoken** 12:15 16:11

**Stacie** 19:14

**stage** 43:23

**stand** 35:7

**standard** 51:6 63:4

**Standards** 11:19 43:17

**standing** 22:6 23:14,16 53:1

**start** 6:6 10:7 11:6 21:24 40:23 41:1

**started** 39:11

Case 3:19-cv-00328 Document 93-3 Filed 05/13/21 Page 80 of 81 PageID #: 1850

40:22

**starting** 43:25

**state** 16:17 17:2 29:17,24 30:18 41:4 49:3,4

**stated** 28:4,6

**states** 57:22

**Statistical** 42:19

**stenographic** 8:6

**step** 34:12 49:8

**steps** 39:18

**stereotypically** 25:21

**steroids** 30:20,21

**stick** 28:23

**stigmatization** 47:12

**stipulate** 9:16

**stipulations** 7:16,18,21 8:14 9:23

**stress** 61:4

**strong** 42:11,23

**structures** 23:8

**studies** 29:2 31:5 48:2 61:1

**study** 48:5

**style** 18:6,17 19:12

**subject** 11:22,25 22:6 47:11 53:1

**subjective** 32:6, 12

**Subparagraph** 42:10

**suffer** 16:10 46:10

**suffered** 15:14

**suffering** 46:15, 17

**suicidal** 48:4

**suicidality** 47:1

**suicide** 47:13,23 48:19

**summary** 38:13

**supervision** 11:15

**surgery** 35:17

**surgical** 46:5 47:21

**swear** 7:8

**sworn** 7:14,22,24 9:22 10:13

**sync** 34:2

**system** 39:25 40:8

---

**T**

**takes** 51:5

**talk** 24:12 40:9 55:20

**talked** 56:16

**talking** 9:11 30:18

**task** 8:11

**technology** 30:4, 6

**ten** 47:14

**Tennessee** 16:18 17:2

**term** 23:1,10,11 26:4 27:10,11 28:4 43:5

**terminology** 26:6 28:3,13

**terms** 21:25 22:8, 15,17 27:12,15,18

**test** 29:4,9,11,12

**testicles** 47:22

**testified** 10:13 20:13 27:2 36:21 37:2 38:15 50:7

**testimony** 14:12, 16 21:9 36:15 37:2 46:9 49:10 58:5 62:24

**tests** 31:18,21

**themself** 24:22

**thing** 8:3 9:10 13:12

**things** 19:23,24 33:12,14

**thinking** 41:12

**thought** 61:19

**time** 7:6 8:22,25 39:19 48:23 51:6 52:21 54:11 55:2 57:8 60:8

**timeframe** 56:14

**timeline** 34:11

**times** 47:14

**title** 19:11

**titled** 18:15

**today** 9:15 21:9, 21 22:14 52:23 53:14,18 54:14,16 60:2,17 63:5

**toilet** 35:10

**told** 59:23

**tomboy** 25:24

**tomorrow** 63:5

**tonight** 62:22

**training** 11:9,13 58:13

**trajectory** 47:19

**transaction** 49:6

**transactions** 39:6

**transcript** 8:12 20:12,17,18 22:5, 7 36:25 37:16,24 53:2 62:18

**transgender** 11:18 16:5 17:5 25:13,14 26:2 30:9,23 38:18 40:1 45:4 46:10, 23 47:25 56:25 60:24

**transgenderism** 22:22,23 28:15 29:5,10,20 46:13

**transition** 34:18 39:18,21 40:3 43:25 44:2,5,7 46:14

**transitioned** 17:18 57:9

**transitioning** 39:12 40:6,7,10

**transsexual** 28:4 45:25

**transsexuals** 26:4

**trauma** 12:8

**traumatic** 49:6

**treatable** 26:15

**treated** 27:1,5 39:8

**treatment** 12:1 26:17 43:25 45:2 46:25 47:19,22

**treatments** 44:9 46:3

**trick** 43:11

**trouble** 51:3

**true** 23:12,13,21 24:15,16 26:18,22 56:17 57:2 58:19 59:2

**truthful** 21:10,14 37:3

**truthfully** 37:25

**type** 29:12

**types** 29:1

**typically** 24:3,12, 22 25:24

---

**U**

**ubiquitous** 32:16

**unable** 47:3

**underpinnings** 31:9

Elite Reporting Services * etservices@aol.com * (615) 595-0073 * www.EliteReportingServices.com

**understand** 7:15
10:3 14:3,8,18,25
16:21 17:10
22:11,12,17 30:12
33:16,24 34:16,
21,25 46:20 48:5
49:16 58:7

**understanding**
12:7 22:15,17
24:10 28:13,14,20
29:15 34:13 52:4,
7 56:23

**unfortunate**
31:14

**unique** 27:24
42:24

**universal** 41:6
61:21

**university** 11:14

**unpack** 59:1

**unusual** 60:3

**updated** 19:23

**updating** 19:22

**urinalysis** 29:12

---
**V**

**Vague** 44:22

**variance** 26:24

**varies** 34:18

**vast** 33:25 55:21

**verbatim** 42:18

**versus** 33:12

**video** 8:5,7 9:3

**view** 30:6

**viewed** 31:18

**violate** 47:10

**violation** 48:20

**violence** 47:12

**visual** 53:12

---
**W**

**wanted** 8:10 11:6
14:2 38:14,16
43:3

**ways** 25:4

**Webex** 8:2,11

**white** 31:2

**willingness** 10:6

**women** 30:23,25

**wondering** 53:7

**word** 24:17 43:13,
18 51:4 53:7,22

**work** 11:14,15

**worked** 12:9

**working** 28:7

**World** 11:17
25:12

**worse** 48:22

**worst** 59:14

**WPATH** 25:14

**wrapping** 59:17

**written** 16:8

**wrong** 49:13 51:1,
4

**wrote** 42:10,12

---
**Y**

**years** 28:8,10,11,
12,21

**yesterday** 7:17,
21 8:15 9:13
22:12

**young** 25:22 35:6