# Exhibit B

Deposition Transcript of Dr. Shayne Sebold Taylor, M.D.

# GORE, et al.

## vs.

## LEE, et al.

---

# SHAYNE SEBOLD TAYLOR, M.D.

# April 15, 2020



**Celebrating 28 Years of Reporting Excellence!**

**Lindsey R. Perry, LCR, RPR, CRR, CSR**
**Associate Reporter**

Chattanooga (423)266-2332    Jackson (731)425-1222
Knoxville (865)329-9919    Nashville (615)595-0073    Memphis (901)522-4477
www.elitereportingservices.com

3    _____

     KAYLA GORE; JAIME COMBS;
4    L.G.; and K.N.,

5              Plaintiffs,

6    vs.                        Case No. 3:19-0328

7    WILLIAM BYRON LEE, in his
     official capacity as
8    Governor of the State of
     Tennessee; and LISA
9    PIERCEY, in her official
     capacity as Commissioner
10   of the Tennessee
     Department of Health,

11
              Defendants.
12
     _____
13

14

15

16           Videoconference Deposition of:

17           SHAYNE SEBOLD TAYLOR, M.D.

18           Taken on behalf of Defendants
             April 15, 2020
19

20

21
     _____
22
                Elite Reporting Services
23           www.elitereportingservices.com
          Lindsey R. Perry, LCR, RPR, CRR, CSR
24              Post Office Box 292382
             Nashville, Tennessee  37229
25                  (615)595-0073

```
1                    A P P E A R A N C E S

2

3     For the Plaintiffs (via videoconference):

4              MR. OMAR GONZALEZ-PAGAN
               Attorney at Law
5              Lambda Legal Defense & Education Fund, Inc.
               120 Wall Street, 19th Floor
6              New York, New York  10005
               (212)809-8585
7              ogonzalez-pagan@lambdalegal.org

8

               MS. SASHA BUCHERT
9              Attorney at Law
               Lambda Legal Defense & Education Fund, Inc.
10             1776 K Street NW, Suite 722
               Washington, D.C.  20006
11             (202)804-6245
               sbuchert@lambdalegal.org

12

13             MS. SAMONEH (SAMMY) KADIVAR
               Attorney at Law
14             Baker Botts, LLP
               98 San Jacinto Boulevard, Suite 1500
15             Austin, Texas  78701
               (512)322-2581
16             samoneh.kadivar@bakerbotts.com

17

               MS. KATHRYN S. CHRISTOPHERSON
18             Attorney at Law
               Baker Botts, LLP
19             1001 Page Mill Road, Building 1, Suite 200
               Palo Alto, California  94304
20             (650)739-7500
               kathryn.christopherson@bakerbotts.com

21

22

23

24

25     //
```

Case 3:19-cv-00328  Document 98  Filed 06/29/20  Page 4 of 65  PageID #: 1491  2
Elite Reporting Services  (615)595-0073
www.EliteReportingServices.com

1    For the Defendants (via videoconference):

2            MS. DIANNA BAKER SHEW
             MS. SARA E. SEDGWICK
3            MR. MATTHEW F. JONES
             MR. S. JAE LIM
4            Assistant Attorneys General
             P.O. Box 20207
5            Nashville, Tennessee  37202
             (615)532-1969
6            dianna.shew@ag.tn.gov
             sara.sedgwick@ag.tn.gov
7            matt.jones@ag.tn.gov
             jae.lim@ag.tn.gov
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 3:19-cv-00328 Document 98-3 Filed 06/29/20 Page 5 of 65 PageID #: 1492   3
*Elite Reporting Services* (615) 595-0073
www.EliteReportingServices.com

```
1                         I   N   D   E   X

2                                                    Page

3      Examination                                     7
       By Ms. Shew
4
       Examination                                    48
5      By Mr. Gonzalez-Pagan

6

7

8                  E   X   H   I   B   I   T   S

9                                                    Page

10     Exhibit No. 1                                  10
11           Expert Report of Dr. Shayne Sebold
             Taylor, M.D. with exhibits
12
       Exhibit No. 2                                  11
13           Updated Bibliography, April 2020

14

15

16

17

18

19

20

21

22

23

24

25
```

Examination                                     7
By Ms. Shew

Examination                                    48
By Mr. Gonzalez-Pagan

Exhibit No. 1                                  10
     Expert Report of Dr. Shayne Sebold
     Taylor, M.D. with exhibits

Exhibit No. 2                                  11
     Updated Bibliography, April 2020

*Elite Reporting Services*
*www.EliteReportingServices.com*

```
1              S T I P U L A T I O N S

 2

 3

 4

 5

 6              The videoconference deposition of

 7   SHAYNE SEBOLD TAYLOR, M.D. was taken by counsel for

 8   the Defendants, by Notice, with all participants

 9   appearing at their respective locations, on

10   April 15, 2020, for all purposes under the Federal

11   Rules of Civil Procedure.

12              All objections, except as to the form of

13   the question, are reserved for the hearing, and that

14   said deposition may be read and used in evidence in

15   said cause of action in any trial thereon or any

16   proceeding herein.

17              It is agreed that LINDSEY R. PERRY, LCR,

18   RPR, CRR, CSR, Court Reporter for the State of

19   Tennessee, may swear the witness, and that the

20   reading and signing of the completed deposition by

21   the witness are not waived.

22

23

24

25
```

```
                              *    *    *

              MS. SHEW:  I'm Dianna Shew.  I'm with
    the Tennessee Attorney General's Office representing
    the defendants in this case.  Just a couple of
    announcements, and then I think the court reporter
    might have some announcements.

              We are conducting this deposition via
    Webex.  The witness, the court reporter, and all
    counsel are appearing through Webex.  We have
    stipulated that the witness may be sworn remotely
    and will be bound by that oath as if sworn in
    person.

              All objections except as to the form of
    the question are reserved.  Although this is -- this
    deposition is being conducted via Webex, which is a
    video -- has a video aspect to it, this deposition
    is being recorded by normal stenographic means only,
    and we are not making a video recording.

              I think that is it.  We have one
    objecting attorney who has been identified, so I
    believe that it will not be necessary, then, for him
    to identify himself each time he makes an objection.
    That will make things go more smoothly, and I think
    it -- I'm looking -- it looks like we have pretty
```

Case 3:19-cv-00328 Document 98 Filed 06/29/20 Page 8 of 65 PageID #: 1495 6
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    much everybody else muted.

2              So with that, are there any other

3    announcements by Plaintiffs' counsel or the court

4    reporter?

5              MR. GONZALEZ-PAGAN:  Not from

6    Plaintiffs' counsel.  Thank you, Dianna.

7              THE REPORTER:  I don't think I have any

8    announcements other than we need to be very aware of

9    speaking loudly and clearly and one at a time, and

10   just let me know if anyone has any questions during

11   the proceedings, but with that, I think we can go

12   ahead and swear our witness in.

13             MS. SHEW:  All right.

14

15                    *   *   *

16             SHAYNE SEBOLD TAYLOR, M.D.

17   was called as a witness, and after having been first

18   duly sworn, testified as follows:

19

20                      EXAMINATION

21   QUESTIONS BY MS. SHEW:

22   Q.      Dr. Taylor, would you state your full name

23   for the record, please.

24   A.      My name is Shayne, S-H-A-Y-N-E.  My middle

25   name is Sebold, S as in Sam, E-B-O-L-D, as in dog.

Case 3:19-cv-00328 Document 98 Filed 06/29/20 Page 9 of 273 PageID #: 1496   7
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    Last name is Taylor, T-A-Y-L-O-R.

2    Q.      Thank you.

3            Dr. Taylor, have you ever given a deposition

4    before?

5    A.      I have not.

6    Q.      Well, just a couple of ground rules, and

7    your attorneys have probably covered this, but as

8    the court reporter said, we're -- it's important

9    that we not speak over each other.  She's creating a

10   written transcript, and it makes it hard for her to

11   transcribe.  In addition, with the Webex connection,

12   it makes it hard for us to hear.  Everybody gets

13   garbled, and I will try and follow that same rule

14   myself.

15           I'm going to ask you a series of questions.

16   If at any point you don't hear my question or don't

17   understand my question, please say that, and I will

18   be glad to restate or rephrase my question for you.

19           This is not an endurance competition, so if

20   at any point you need a break, please just say so

21   and we'll take a break.  I only ask that you not

22   request a break if I have an open question on the

23   table that you have not answered.

24           Any -- any questions about those ground

25   rules?

Case 3:19-cv-00328 Document 319 Filed 05/19/20 Page 5 of 9 PageID #: 14978
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
1    A.      No.
2    Q.      Okay.  Dr. Taylor, have you ever provided an
3    expert report or an expert opinion in a lawsuit
4    prior to this one?
5    A.      No, I have not.
6    Q.      All right.  Today, I'm going to ask you
7    about a few exhibits.  The exhibits I'm -- that I
8    may ask you about consist of your expert report, an
9    updated bibliography, and the amended complaint in
10   this lawsuit.
11           Do you have those documents available to
12   you?
13   A.      I do.
14   Q.      Okay.  Thank you.
15           Dr. Taylor, what is your primary area of
16   expertise?
17   A.      I am a physician.  I'm double board
18   certified in both internal medicine and pediatrics
19   by the board -- American Board of Internal Medicine
20   and the American Board of Pediatrics.  I'm a primary
21   care physician at Vanderbilt University Medical
22   Center, and my clinical area of interest is taking
23   care of LGBTQ patients, and I'm the lead clinician
24   in Vanderbilt Clinic For Transgender Health where I
25   manage most of the hormone therapy and primary care
```

Case 3:19-cv-00328 Document 93 Filed 05/29/20 Page 11 of 65 PageID #: 14989
Elite Reporting Services
www.EliteReportingServices.com

```
 1   for transgender patients.

 2   Q.      All right.  Thank you.

 3           Let's -- let's start by going through your

 4   report, and I would like the court reporter to go

 5   ahead and mark that as Exhibit 1, please.

 6           (WHEREUPON, a document was marked as

 7   Exhibit Number 1.)

 8               THE REPORTER:  It has been so marked.

 9               MS. SHEW:  All right.  Thank you.

10   BY MS. SHEW:

11   Q.      Dr. Taylor, just flipping to the --

12   Exhibit A of your report is your CV; correct?

13   A.      That is correct.

14   Q.      Have there been any additions or changes to

15   this CV since you prepared your report and attached

16   the CV to the report?

17   A.      I have given an additional presentation.

18   Q.      Okay.  And what was that presentation?

19   A.      That presentation was for the American

20   College of Osteopathic Obstetricians and

21   Gynecologists.  It was regarding clinical care for

22   the transgender patient.

23   Q.      And when was that?

24   A.      That was just last week.  Very recently,

25   which is why it was not on this most updated CV.
```

Case 3:19-cv-00328 Document 213 Filed 05/29/20 Page 12 of 65 PageID #: 1490
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
1    Q.      Okay.  And did you -- was that presented
2    live or was it presented in some way virtually?
3    A.      The conference ended up being a virtual
4    conference due to the COVID pandemic.
5    Q.      Okay.  It was a conference of the American
6    College of Obstetricians and Gynecologists?
7    A.      It was the American College of
8    Osteopathic --
9    Q.      Okay.
10   A.      -- Obstetricians and Gynecologists, so
11   A-C-O-O-G.
12   Q.      Thank you.
13           Any other changes, additions, or corrections
14   to your CV?
15   A.      No.  I think that otherwise it's pretty up
16   to date.
17   Q.      All right.  And then Exhibit B to your
18   report is a bibliography?
19   A.      That's correct.
20   Q.      And I understand there has been an addition
21   to that bibliography since it was filed?
22   A.      Yes.  It was amended.
23   Q.      Okay.  Let's -- let's go ahead and mark the
24   updated bibliography as Exhibit 2.
25           (WHEREUPON, a document was marked as
```

Exhibit Number 2.)

1

2          THE REPORTER:  It has been so marked.

3    BY MS. SHEW:

4    Q.     Dr. Taylor, can you tell me what was

5    otherwise added or changed to the amended

6    bibliography?

7    A.     An additional research paper that was just

8    written was added to the bibliography.  Was recently

9    published.

10   Q.     Was that -- I'm looking at the amended

11   bibliography.

12          Was that Item 48?

13   A.     No.

14   Q.     Okay.  I was just looking for a 2020 study.

15   Or was it Item -- Item 51?  No.  Item 51 appears --

16   you don't know which is the addition?

17   A.     I have the -- the -- I have the name of the

18   citation.  I'm wondering if the copy that we have --

19   that I printed off this morning, it doesn't include

20   it.

21   Q.     What's the name?

22   A.     The title of the paper is called

23   Gender-Concordant Identity Documents and Mental

24   Health Among Transgender Adults in the United

25   States.  It was published in Lancet.  I'm looking

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

14

1   through the bibliography, and I'm wondering if it

2   hasn't been included in this most recent one.

3   Q.      Well, the one I have is 59 entries, and the

4   previous one had 58.  So, somewhere, we've added,

5   but they're listed -- seem to be listed by author's

6   last name.

7   A.      Let me look.

8           MR. LIM:  If I may, Dr. Taylor, it's

9   Paragraph 48.

10          MR. GONZALEZ-PAGAN:  Yeah.  It's 48 on

11  the updated, Dianna.

12          Dr. Taylor, this one, actually, that

13  you're looking at is the updated bibliography, which

14  is a standalone document and not the one that's

15  attached to the report.

16  BY MS. SHEW:

17  Q.      Right.  That's what -- I thought it was 48.

18  Yeah.  48.

19  A.      Oh, I apologize.  I have a different copy of

20  it printed out for me.

21  Q.      Okay.  Okay.

22  A.      I apologize.

23  Q.      So Item 48 on the updated bibliography is

24  the recent addition; correct?

25  A.      Let me clarify.  Yes, that is correct.  I

1    apologize about that.

2    Q.      Okay.  Dr. Taylor, what documents have you

3    reviewed regarding this lawsuit or regarding the

4    plaintiffs in this case?

5    A.      Regarding the plaintiffs, the only document

6    that I have reviewed is the amended complaint and

7    the documents that are listed in my bibliography

8    that were helpful in preparing my testimony.

9    Q.      Have you reviewed any other documents

10   regarding this lawsuit or regarding the plaintiffs?

11   A.      Yes, actually.  I have reviewed the expert

12   witness [sic] written by Dr. Ettner and by the --

13   written by the defendant witnesses as well.

14   Q.      Anything else that you reviewed?

15   A.      Not that I can recall.

16   Q.      And you said you'd reviewed items in the

17   bibliography that you believed were helpful to you

18   in this case?

19   A.      That's correct.

20   Q.      So you did not rely on all of the items in

21   the bibliography in forming your opinions in this

22   case; is that correct?

23   A.      The items in the --

24           MR. GONZALEZ-PAGAN:  Objection.  Form.

25   //

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
1   BY MS. SHEW:

2   Q.      You can answer.

3   A.      The items in the -- okay.  Thank you.

4           The items in the bibliography are some of

5   the most well-established papers in this field.  Not

6   all of them -- the content of all of them did not

7   make it into the testimony, but they were all

8   reviewed while preparing my testimony.

9   Q.      And you said some of them were what?  Some

10  of the most -- I forget the term you used now.  Some

11  of these are what?  Among the most -- I don't think

12  you said "important," but --

13  A.      Often cited.

14  Q.      Often cited?  And which are those?

15  A.      I don't have a specific one that is used

16  more often than others when -- I don't have a

17  specific one that's used more often than others.

18  Q.      All right.  So if I understand your

19  testimony, you're saying that you reviewed

20  everything in the bibliography but relied more

21  heavily on some items than on others; is that

22  correct?

23              MR. GONZALEZ-PAGAN:  Objection.  Form.

24  BY MS. SHEW:

25  Q.      Is that correct?
```

Elite Reporting Services
www.EliteReportingServices.com

```
1   A.      Yes, that is correct.
2   Q.      Are there any other documents regarding the
3   plaintiffs or this lawsuit that you have reviewed?
4   A.      None that I can recall.
5   Q.      Have you met with any of the plaintiffs in
6   this case?
7   A.      Not regarding this case, no.
8   Q.      Okay.  But you -- apparently you have met
9   with one or more of the plaintiffs in this case; is
10  that correct?
11  A.      One of the plaintiffs in this case is a
12  volunteer at my clinic.
13  Q.      And which plaintiff is that?
14  A.      That would be Ms. Jaime Combs.
15  Q.      Okay.  Have you discussed this lawsuit with
16  Ms. Combs?
17  A.      I have not.
18  Q.      Have you discussed Ms. Combs' facts as they
19  are recited in the amended complaint in this lawsuit
20  with Ms. Combs?
21  A.      I have not.
22  Q.      Are there any -- have you met or spoken with
23  any of the other plaintiffs in this case in any
24  context?
25  A.      I have not.
```

```
 1   Q.      Have you in any way provided any counseling
 2   or medical treatment for any of the plaintiffs in
 3   this case?
 4   A.      I have not.  I have not treated any of them
 5   clinically.
 6   Q.      Dr. Taylor, as I understand the opinions set
 7   forth in your report, you are not offering opinions
 8   regarding any specific harms that these particular
 9   plaintiffs have or have not suffered; is that
10   correct?
11                MR. GONZALEZ-PAGAN:  Objection.  Form.
12                THE WITNESS:  I have never treated these
13   patients, so my testimony is not based on the
14   current Plaintiffs' experiences or the harms that
15   they have faced.
16   BY MS. SHEW:
17   Q.      And, again, as I understand your report and
18   the opinions set forth in that report, you are not
19   claiming to have expertise regarding the creation,
20   amendment, or maintenance of vital records; is that
21   correct?
22                MR. GONZALEZ-PAGAN:  Objection.  Form.
23                THE WITNESS:  I am a medical physician.
24   My expertise lies in the treatment of patients and
25   not in the formation or preservation of vital
```

**Elite Reporting Services**
**www.EliteReportingServices.com**

1    records.

2    BY MS. SHEW:

3    Q.      Did Plaintiffs' counsel provide you any

4    information regarding this case other than what

5    you've just described to us?

6    A.      No.  I believe the documents I described are

7    the only ones that the plaintiffs' counsel provided

8    me with.

9    Q.      Okay.  Did Plaintiffs' counsel ask you to

10   make any assumptions about the plaintiffs in this

11   case or about any other things in this case?

12              MR. GONZALEZ-PAGAN:  Objection.  Form.

13   Privilege.

14              Dr. Taylor, you may answer to the extent

15   that it doesn't reveal any privileged information.

16              THE WITNESS:  Can you repeat the

17   question, please?

18   BY MS. SHEW:

19   Q.      I asked if Plaintiffs' counsel asked you to

20   make any assumptions about the plaintiffs or about

21   any other things in this case.

22   A.      No.

23   Q.      Dr. Taylor, I would like to ask you to give

24   us, at least in your expertise, your definition of

25   some terms that have been used in this lawsuit.

```
 1            First, what is transgender or a transgender

 2   person?

 3                 MR. GONZALEZ-PAGAN:  Objection.  Form.

 4                 THE WITNESS:  A transgender person -- a

 5   transgender individual is a person who has a gender

 6   identity that does not match their sex assigned at

 7   birth.

 8   BY MS. SHEW:

 9   Q.      All right.  And what is gender identity?

10   A.      Gender identity is one's lived experience

11   and one's identity as either male or female or

12   neither of the above.  It is -- every person has a

13   gender identity, and it is biologically based and

14   innate to that individual.

15   Q.      So one's gender identity, as you said, might

16   be male or female or neither of the above; correct?

17   A.      That's correct.

18   Q.      Okay.  If it is neither male nor female,

19   what options are there?

20   A.      Most of my patients identify as either male

21   or female, but there is a small subset of patients

22   who do not identify as either male or female or

23   have -- feel that they possess gender identities

24   that encompass both genders.

25   Q.      Are there particular terms or terminologies
```

Case 3:19-cv-00328 Document 213 Filed 05/29/20 Page 21 of 65 PageID #: 1508
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

1   that are used by those persons?

2   A.      Some terms that are used to describe those

3   people are gender nonbinary or gender fluid.

4   Genderqueer is another term that's used.

5   Q.      Is -- is it accurate to say that those

6   persons would feel incorrectly identified if

7   referred to as either male or female?

8   A.      I cannot make a generalization as to how

9   those patients would feel based on how you address

10  them.

11  Q.      Do you -- without making a generalization,

12  then, do you know of specific examples -- and I'm

13  not asking you to identify people at all.  I'm just

14  asking if you know of specific examples of persons

15  who identify neither as male nor female, and with

16  those examples in mind, would they maintain that

17  they are incorrectly identified if referred to as

18  male or female?

19              MR. GONZALEZ-PAGAN:  Objection.  Form.

20              THE WITNESS:  I would say, based on the

21  limited amount of patients that I have experienced

22  with -- who do not identify as male or female, they

23  would object to being identified as either male or

24  female.

25  BY MS. SHEW:

Case 3:19-cv-00328 Document 90 Filed 05/29/20 (Page 22 of 65) PageID #: 15080
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
1   Q.      All right.  Getting back to -- I was asking
2   you to give us some definitions.
3           What is sex?
4   A.      Sex is a complex multifactorial term, and
5   many things go into sex.  It's generally determined
6   based on a cursory exam of an infant's external
7   genitals in the delivery room, but after significant
8   amount of research and study, we have realized and
9   understood that it is far more complex than that.
10  It also incorporates an individual's chromosomal
11  makeup, their hormonal makeup, the hormones they
12  were exposed to during fetal development, the
13  hormones they're exposed to during puberty, their
14  internal anatomy, their external anatomy and -- in
15  addition to their gender identity.
16  Q.      What is true sex?
17  A.      I'm sorry.  Can you repeat the question?
18  Q.      The phrase "true sex," T-R-U-E, true sex,
19  what does that mean?
20  A.      I am not familiar with that phrase.
21  Q.      Okay.  What about gender dysphoria?
22  A.      Gender dysphoria is a diagnosis where
23  somebody experiences psychological trauma,
24  depression, anxiety, and distress over the fact that
25  their gender identity does not match their sex that
```

1    was assigned to them at birth.

2    Q.     What does the phrase "gender nonconforming"

3    mean?

4    A.     That isn't a term I use regularly, and I

5    have not defined it in my testimony.  I think that

6    many people have different definitions of that term,

7    and I don't really feel that I can comment on it.

8    Q.     Do you have a working definition?

9    A.     It's not really -- that term isn't really in

10   my vernacular that I use clinically, so, no, I don't

11   have a working definition of gender nonconformity.

12   Q.     Okay.  Let's -- I'd like to ask you a few

13   questions about your report if you want to just get

14   that handy.  Let's start at Paragraph 18.

15   A.     Okay.

16   Q.     And you testified about this a little bit

17   just a moment ago.  You say the sex of a child is

18   often determined after delivery based on the visual

19   appearance of an infant's external genitals, and you

20   go on to say that that's successful in assigning sex

21   in an overwhelming majority of individuals.

22          Do you have any opinion that sex at the time

23   of birth should be -- should be determined in some

24   different way?

25                MR. GONZALEZ-PAGAN:  Objection.  Form.

24

```
 1              THE WITNESS:  At this point, I believe
 2   that we should continue to use an infant's genitals
 3   as a proxy for their sex, as we are unable to have
 4   the capacity to do a further diagnostic workup on
 5   every individual that's born.  With that said, if an
 6   infant or a child or an individual disagrees with
 7   that proxy that we use and said that it was the
 8   wrong sex, they should not be penalized for that.
 9   BY MS. SHEW:
10   Q.      And what do you mean by "They should not be
11   penalized for that"?
12   A.      Well, what I'm trying to say is that if --
13   somebody's gender identity and how they identify is
14   the determining factor for their sex, not the proxy
15   that we used when they were in the delivery room
16   when they were born.
17   Q.      Let's flip ahead, Dr. Taylor, to
18   Paragraph 41 of your report.
19   A.      Okay.
20   Q.      You describe gender transition for persons
21   who suffer from gender dysphoria as having three
22   components:  Social transition, medical transition,
23   and surgical transition; correct?  Three possible
24   components, not three necessary components.  Is that
25   correct?
```

Elite Reporting Services
www.EliteReportingServices.com

1    A.      Yes.  That's what's outlined in my

2    testimony.

3    Q.      Okay.  Then at Paragraph 44, you state the

4    "central aspect of social transition includes having

5    one's personal documentation match their gender

6    identity."  And "To accomplish this, many

7    transgender people legally change their names..."

8            Do you have a feel for what percentage of

9    transgender people legally change their names as

10   part of transition?

11              MR. GONZALEZ-PAGAN:  Objection.  Form.

12              THE WITNESS:  I couldn't possibly

13   predict that or pull that number without looking at

14   all of my patients and trying to make a

15   generalization.

16   BY MS. SHEW:

17   Q.      If you looked at all of your patients, is it

18   enough to be a reasonable sample size or -- or not?

19              MR. GONZALEZ-PAGAN:  Objection.  Form.

20              THE WITNESS:  Many of my patients

21   legally changed their name.  I cannot speak to

22   whether or not it would be a reasonable sample size.

23   BY MS. SHEW:

24   Q.      Okay.  Then you go on to say that "Social

25   transition includes having one's driver's license,

1  passport, birth certificate, school or employee ID

2  have the gender marker of the sex with which they

3  identify."

4          And really my question is the same:  Do you

5  have an opinion as to what percentage of patients

6  undergoing transition seek to have their identity

7  documents changed?

8          MR. GONZALEZ-PAGAN:  Objection.  Form.

9          THE WITNESS:  I do not know a

10 percentage, no.  I cannot answer that question.

11 BY MS. SHEW:

12 Q.      Okay.  Is it fair to say, Dr. Taylor, that

13 the process of transition is highly individualized

14 for each person?

15 A.      Yes, I would agree with that statement.

16 Q.      At -- let's look at Paragraph 52 of your

17 report.  You -- you state that "A person's gender

18 dysphoria can worsen if the person legally cannot

19 complete their social transition.  Gender dysphoria

20 can worsen if a transgender person has discordant

21 documentation, where some documents accurately

22 reflect their gender identity and others do not."

23         Dr. Taylor, do you have personal experience

24 with any patients who have had that issue?

25         MR. GONZALEZ-PAGAN:  Objection.  Form.

```
 1              THE WITNESS:  I have.
 2    BY MS. SHEW:
 3    Q.      I'm sorry.  You said you do?
 4    A.      I do.
 5    Q.      Approximately how many patients have you
 6    seen that have that issue?
 7    A.      I don't feel like I can provide a number.
 8    Q.      I mean, you don't know the number or can't
 9    approximate the number?
10    A.      I cannot approximate the number.
11              MR. GONZALEZ-PAGAN:  Objection.  Form.
12    BY MS. SHEW:
13    Q.      I'm sorry.  Could you repeat that,
14    Dr. Taylor?
15    A.      I don't feel like I can approximate a
16    number.
17    Q.      Okay.  Is it -- I'm -- all right.  Given
18    that you don't want to approximate a number, I'm
19    trying to just get in the ballpark.
20              Is it a lot of people?  Some people?  A few
21    people?
22              MR. GONZALEZ-PAGAN:  Objection.  Form.
23              THE WITNESS:  I would say that I have
24    many patients who gender dysphoria has worsened
25    because of discordant documentation.
```

BY MS. SHEW:

Q.     And by "discordant documentation," just to
be clear, we're talking about a situation where the
person has some documents which accurately reflect
their gender identity and other documents which do
not; correct?

          MR. GONZALEZ-PAGAN:  Objection.  Form.

          THE WITNESS:  That is one example.  The
other example would be a patient who has no
gender -- has no documentation that reflects their
gender identity.

BY MS. SHEW:

Q.     All right.  Let's break those down.  Let's
talk about those as two categories.

          Persons with gender dysphoria who have some
identification documents that accurately reflect
their gender identity and other identification
documents that do not accurately reflect their
gender identity, let's start with that category.

A.     Okay.

Q.     Have you seen a few people who have their
gender dysphoria worsen because of that?  A few?
Significant number?  Many?  What --

          MR. GONZALEZ-PAGAN:  Objection to form.

BY MS. SHEW:

Case 3:19-cv-00328 Document 93-1 Filed 05/29/20 Page 29 of 65 PageID #: 1513
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    Q.      -- what sort of numbers are we talking
 2    about?
 3                MR. GONZALEZ-PAGAN:  Sorry for
 4    interrupting, Dianna.  Same objection.
 5                MS. SHEW:  That's all right.
 6                THE WITNESS:  I would say that I have --
 7    I would say that I have many patients who fit that
 8    description.
 9    BY MS. SHEW:
10    Q.      And then of those persons whose gender
11    dysphoria worsens because they have no documents
12    that accurately reflect their gender identity, is
13    that, you know, a few?  Some?  Many?
14                MR. GONZALEZ-PAGAN:  Objection.  Form.
15                THE WITNESS:  Again, I would say there
16    are many patients that I have that fall into that
17    category.
18    BY MS. SHEW:
19    Q.      Do you -- do you know in -- in which of
20    those categories you have more patients that suffer
21    worsening of their gender dysphoria?
22                MR. GONZALEZ-PAGAN:  Objection.  Form.
23                THE WITNESS:  No, I don't feel like I
24    can accurately assess that and make an accurate
25    answer to that question.
```

**Elite Reporting Services** (615) 595-0073
**www.EliteReportingServices.com**

```
 1    BY MS. SHEW:

 2    Q.      Okay.  Let's look at Paragraph 53 of your

 3    report.  And you're talking about -- following from

 4    52, it looks like you're talking about a worsening

 5    of -- I don't know if you're talking about a

 6    worsening of gender dysphoria or just the impact of

 7    the identification documents, but you said you've

 8    had -- well, I want to find out if these are

 9    actually -- you give an example of "A student

10    applying to college may not get assigned appropriate

11    and safe housing if their legal documentation is

12    incorrect or incongruent."

13            Are you familiar with -- are you personally

14    familiar with examples of that happening?

15    A.      I have many students who are -- college

16    students who live in communal housing who were given

17    housing with individuals based on their sex assigned

18    at birth and not their gender identity.

19    Q.      Do you know how -- do you know if -- if

20    there are any that have not been able to get that

21    rectified?

22    A.      I don't know.

23    Q.      Later on in -- then -- oh.  Let's -- next

24    sentence, I suppose, you say it can "lead to

25    significant anxiety."  "... so much so that
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

1   transgender youth may opt out of applying to college
2   altogether."
3            Are you personally aware of a situation
4   where that occurred?
5   A.      I am aware of transgender students who have
6   ended up dropping out of college because of the
7   challenges being so great.  I specifically don't
8   know of somebody who didn't apply to college because
9   of these challenges.
10  Q.      Okay.  And then you say "A transgender woman
11  with incorrect documentation may be unable to stay
12  in a women's homeless shelter..."
13           Are you personally aware of any situation in
14  which that has occurred?
15  A.      No.
16  Q.      Going down to Paragraph 54, you mention in
17  this paragraph that your patients frequently report
18  certain challenges, and I want to go through some of
19  those.
20           First, they report the challenges they face
21  at the pharmacy filling prescriptions.
22           What is the challenge they're facing at the
23  pharmacy?
24               MR. GONZALEZ-PAGAN:  Objection.  Form.
25               THE WITNESS:  Pharmacists questioning

1  why they're on the medications that they're being

2  prescribed; insurance companies refusing to pay for

3  those medications because they don't see a medical

4  indication for it are some examples.

5  BY MS. SHEW:

6  Q.     All right.  And then what are the challenges

7  at the DMV?

8  A.     Challenges at the DMV could include having a

9  gender presentation that is different than their

10  gender marker that is listed on their ID; challenges

11  that come with trying to change their gender marker

12  that is listed on their driver's license.  Those are

13  some examples.

14  Q.     Going back to the pharmacy issue for a

15  moment, has -- have you had a patient or have

16  personal knowledge of anybody who's been asked to

17  present a birth certificate at a pharmacy?

18              MR. GONZALEZ-PAGAN:  Objection.  Form.

19              THE WITNESS:  No.

20  BY MS. SHEW:

21  Q.     And then you said challenges talking to

22  their health insurance companies.

23         What personal examples can you give with

24  that -- with respect to that?

25              MR. GONZALEZ-PAGAN:  Objection.  Form.

Case 3:19-cv-00328 Document 91-8 Filed 05/29/20 Page 33 of 65 PageID #: 1529
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com
33

```
 1              THE WITNESS:  Coverage for certain
 2   preventative health-related procedures; coverage for
 3   their medications; disclosing -- or changing their
 4   gender marker with the insurance company and then
 5   how that leads to -- how that could potentially lead
 6   to downstream lack of coverage for other procedures;
 7   trying to get medications and services covered.
 8   BY MS. SHEW:
 9   Q.      I'm curious.  What is the -- what is the
10   obstacle or obstacles they're facing with respect to
11   preventative health procedures?
12   A.      Every transgender person has their gender
13   marker changed on their insurance card, their
14   insurance documentation, so let's say somebody who
15   was assigned female at birth identifies as male and
16   has their documentation changed to reflect their
17   gender identity for their gender -- their insurance
18   card says that they're male, that insurance company
19   may, therefore, not pay for a mammogram or a Pap
20   smear even though the patient still has that anatomy
21   that still needs to be screened for malignancies.
22   Q.      Okay.  Thank you.
23           In Paragraph 55, you say "Transgender people
24   may feel that they're unable to participate in their
25   communities, neighborhoods, schools, or jobs with
```

Case 3:19-cv-00328 Document 93-3 Filed 05/29/20 Page 35 of 65 PageID #: 1523
*Elite Reporting Services* (615) 595-0073
*www.EliteReportingServices.com*
34

1    without having documentation that reflects their
2    gender identity."
3          What -- what examples are you aware of?
4    A.      I think it's the fact -- I think it's partly
5    the fact that we have data to suggest that a
6    transgender person's dysphoria can worsen when they
7    don't feel that their community or their legal
8    system or their state recognizes them for who they
9    really are, and, therefore, they may feel limited in
10   their ability to participate in their communities
11   because they do not feel recognized by their
12   communities.
13   Q.      Do you have any more specific examples or is
14   that what you meant by the statement in
15   Paragraph 55?
16              MR. GONZALEZ-PAGAN:  Objection.  Form.
17              THE WITNESS:  I would need some more
18   time to think about a specific example.
19   BY MS. SHEW:
20   Q.      Well, we'll come back to that one.
21          Paragraph 56, you refer to a 2015 Canadian
22   study which "demonstrated that having one or more
23   identity documents concordant with gender identity
24   was statistically significantly associated with
25   reduced suicidal ideations and attempts.  Based on

Case 3:19-cv-00328  Document 138  Filed 05/29/20  Page 35 of 65  PageID #: 1523
Elite Reporting Services
www.EliteReportingServices.com

1    this study's results, for every 1,000 people whose
2    identity documents are correct, 90 episodes of
3    suicidal ideation and 20 suicide attempts would be
4    prevented over the course of one year."
5            And you're cited the Bauer study in the
6    bibliography; correct?
7    A.      That's correct.
8    Q.      Do you know if that outcome of less suicidal
9    ideation and less suicidal attempts is enhanced if
10   there are more identity documents concordant with
11   gender identity?  In other words, the more documents
12   you have concordant with gender identity, is there
13   data to show that suicidal ideation or suicidal
14   attempts are reduced even further?
15   A.      Yes, we do have that.  The paper that was
16   added to the bibliography in the amended
17   bibliography was a study of just that.  The authors
18   reviewed -- and I don't have the paper out in front
19   of me, so I'll try to summarize it to the best of my
20   ability, but the authors have shown that based on
21   the 2015 transgender -- transgender survey -- I
22   don't have the formal name in front of me.  They had
23   about 22,000 people submit a survey, and less than
24   11 percent of them had all of their gender identity
25   documents matching, and of those patients who had

Case 3:19-cv-00328  Document 91  Filed 05/20/21  Page 36 of 65 PageID #: 1523
Elite Reporting Services
www.EliteReportingServices.com
34

```
1    all of their gender identity documents concordant
2    and reflective of their true name and true gender
3    identity, those patients had a significantly lower
4    risk of suicide attempts and suicidal ideation.
5         For the patients who had some documents
6    reflective of their gender identity and the patients
7    who had no documentations -- or documents reflective
8    of their gender identity had much higher risks of
9    suicide and depression and suicide attempts.
10        Again, I don't have the paper in front of
11   me, so I can't give you the actual raw data that I'd
12   like to present for you right now, but that was what
13   that study was showing; that the more documents you
14   have, the better the outcomes are for the -- for the
15   individual.
16   Q.      And this was the Lancet study that we
17   discussed earlier in your deposition --
18   A.      That's correct.
19   Q.      -- correct?  Okay.
20        Let's look at Paragraph 60 of your report.
21   You state -- and I want to read it very exactly from
22   your report.  You state "A patient's right to
23   privacy includes what they choose to do with their
24   own documentation."
25        What do you mean by that?
```

Elite Reporting Services
www.EliteReportingServices.com

```
1    A.      I mean that it is a deeply personal decision
2    to change one's documentation, and it is unique for
3    each person, and that choice that they make is -- is
4    a private one, and their privacy can be in their --
5    situations in which they disclose their transgender
6    status, all of that is a very private and personal
7    decision, and what they choose to do with their own
8    documentation is part of their -- is part of their
9    privacy.
10   Q.      Let's go to Paragraph 62 of your report.
11   The first sentence of Paragraph 62 you state "Aside
12   from intentionally trying to discriminate against
13   transgender people and infringing on their rights to
14   privacy, I can think of no other plausible reason
15   why the State of Tennessee would refuse to change a
16   person's gender marker on their birth certificate."
17           Did I read that correctly?
18   A.      Yes.
19   Q.      Okay.  Dr. Taylor, you don't know why the
20   State of Tennessee won't change the "sex" field on
21   certain birth certificates, do you?
22               MR. GONZALEZ-PAGAN:  Objection.  Form.
23               THE WITNESS:  Based on the documentation
24   that I read from the defendant's expert witness,
25   from what I can understand, they're trying to
```

Case 3:19-cv-00328 Document 91-8 Filed 05/29/20 Page 38 of 63 PageID #: 1523
Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com
38

preserve vital statistics, and that is the main
reason why they have chosen not to grant this for
transgender individuals.
BY MS. SHEW:
Q.     All right.  Your statement is that you can
think of no other plausible reason why the state
won't change it except that it's trying to
intentionally discriminate?
        MR. GONZALEZ-PAGAN:  Objection.
BY MS. SHEW:
Q.     That is your statement; correct?
A.     Yes, that is my statement.
Q.     Okay.  But, in fact, as I understand your
linkage here -- tell me if I'm -- if I misunderstand
your answer -- you've read one or more of
Defendants' expert reports which state that the
State of Tennessee is trying to preserve the
integrity of vital records, and you believe that
that report or that opinion is -- is simply masking
an intent -- an intention to -- an intent to
intentionally discriminate against transgender
persons.
        Is that what you're saying?
        THE REPORTER:  I'm sorry.  This is the
reporter.  I didn't catch that objection.

```
 1              MR. GONZALEZ-PAGAN:  Sure.  Objection.
 2    Form.  Mischaracterizes testimony.
 3              THE REPORTER:  Thank you.
 4              MR. GONZALEZ-PAGAN:  You may answer,
 5    Dr. Taylor.
 6              THE WITNESS:  I would say that I -- I
 7    agree with the statement in my -- in my testimony;
 8    that I believe all provisions to prevent a
 9    transgender patient from changing their birth
10    certificate marker is an act of discrimination.
11    BY MS. SHEW:
12    Q.     Regardless of why it is done; is that
13    correct?
14              MR. GONZALEZ-PAGAN:  Objection.  Form.
15              THE WITNESS:  I -- knowing the fact that
16    48 other states in the country allow this and also
17    have a responsibility to uphold vital statistics, I
18    feel that Tennessee's response is, as mentioned in
19    my testimony, an act of discrimination infringing on
20    their rights to privacy.
21    BY MS. SHEW:
22    Q.     But -- but to be plain, and, again, I'm
23    going back to your words, you believe that
24    Tennessee's stated purpose of preserving its vital
25    records is a pretense for intentional discrimination
```

```
 1    against transgender persons; correct?
 2              MR. GONZALEZ-PAGAN:  Objection.  Form.
 3              You may answer, Dr. Taylor.
 4              THE WITNESS:  I -- I -- I -- I might
 5    need you to clarify the statement one more time.
 6    BY MS. SHEW:
 7    Q.    Okay.  You -- based on Paragraph 62 of your
 8    report, you believe that Tennessee's stated purpose
 9    of preserving the integrity of vital records is just
10    a -- it's a pretext or a pretense for intentional
11    discrimination against transgender persons?
12              MR. GONZALEZ-PAGAN:  Objection.  Form.
13              THE WITNESS:  I'm not sure if I feel
14    comfortable answering that question.  I believe that
15    the argument of preserving vital statistics is
16    not -- is not strong in this case, and, you know, I
17    agree with the -- the statement I'm saying in my
18    testimony; that I think the -- the policy in
19    Tennessee is intentionally discriminating against
20    transgender patients or individuals.
21    BY MS. SHEW:
22    Q.    Okay.  Let's go to the next part of
23    Paragraph 62.  You reference the Williams Institute
24    study stating there are approximately 31,000
25    transgender persons living in the State of
```

Case 3:19-cv-00328  Document 93  Filed 05/29/20  Page 41 of 65  PageID #: 1523
Elite Reporting Services
www.EliteReportingServices.com

1    Tennessee, which is composed of 6.77 million people,
2    and then you go on to state "Even if every
3    transgender Tennessean took advantage of changing
4    their birth certificates, the likelihood that it
5    would have any statistically relevant impact on the
6    state's vital statistics is slim to nonexistent."
7            Is that a correct read of your statement?
8    A.      Yes.  That's what I wrote.
9    Q.      Okay.  What's the basis for that opinion?
10   A.      The basis for the opinion is that this is
11   still a relatively small group of people, and of
12   this relatively small group of people, a relatively
13   smaller group of people will probably be the ones to
14   take advantage of changing their names on their
15   birth certificates, so the likelihood that it would
16   have impact on any data that the State of Tennessee
17   is trying to collect is probably not going to be
18   statistically significant.  And then if you review
19   down to Paragraph 64, it seems as though keeping an
20   original copy of the patient's birth certificate or
21   an individual's birth certificate under seal is
22   still a valid option for maintaining vital
23   statistics.
24   Q.      Okay.  Of -- let's look at the numbers you
25   have in Paragraph 62.

Case 3:19-cv-00328 Document 91 Filed 05/19/20 Page 42 of 65 PageID #: 1524
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1          Of those roughly 31,000 transgender persons,
 2    you don't know how many might or might not elect to
 3    change the -- the "sex" field on their birth
 4    certificate, do you?
 5    A.      No, I don't.
 6              MR. GONZALEZ-PAGAN:  Objection.  Form.
 7    BY MS. SHEW:
 8    Q.      You would -- you would agree, would you not,
 9    Dr. Taylor, that even very small variations in
10    statistical data can become statistically
11    significant, just as a general proposition?
12    A.      I am not a statistician.  I'm a medical
13    physician who has read quite a bit of literature,
14    and when you have such large sample sizes, there is
15    some degree of variability, and small numbers will
16    have -- have less of an effect when there's -- as a
17    large population.
18    Q.      Right, but they can still have an effect;
19    correct?
20              MR. GONZALEZ-PAGAN:  Objection.  Form.
21              THE WITNESS:  They could still have an
22    effect.
23    BY MS. SHEW:
24    Q.      Going to Paragraph 63, you note -- you --
25    you discuss the fact that other states allow
```

1   transgender individuals to correct their birth

2   certificates in a manner consistent with their

3   gender identity and go on to say that these states

4   have determined that the overall impact of allowing

5   transgender people to correct sex designation "was

6   insignificant for the state and did not negatively

7   affect the states' interests in ensuring accurate

8   and useful vital statistics records."

9        Do you have any basis for stating that other

10  states have undertaken that analysis?  That they've

11  undertaken a statistical analysis and concluded that

12  it's not statistically significant or, as you say,

13  was insignificant?

14            MR. GONZALEZ-PAGAN:  Objection.  Form.

15            THE WITNESS:  I don't, but I imagine

16  that those 48 other states in our country have a

17  similar goal and interest in collecting data to be

18  used for research in public health and, you know,

19  city-wide or state-wide research, and those 48 other

20  states felt that they could still provide this

21  service to transgender individuals despite having

22  the same goals that Tennessee has in maintaining

23  vital statistics.

24  BY MS. SHEW:

25  Q.     But, in fact, Dr. Taylor, you don't know the

Case 3:19-cv-00328  Document 98-8  Filed 05/20/21  Page 45 of 67  PageID #: 1534
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com
44

1    underlying reasons why these 48 other states and the
2    District of Columbia and Puerto Rico have passed the
3    particular laws that they have; is that correct?
4              MR. GONZALEZ-PAGAN:  Objection.  Form.
5              THE WITNESS:  That's correct.  I was not
6    involved in their decisions as to what made them to
7    decide to allow people to change their birth
8    certificate.
9    BY MS. SHEW:
10   Q.      Let's look at Paragraph 64.  And you
11   mentioned this just a moment ago.
12           You were saying that one solution is that
13   the State of Tennessee could permit the -- the "sex"
14   field on the birth certificate to be changed and
15   then maintain the original document under seal;
16   correct?
17   A.      That's correct.
18   Q.      And you conclude by saying that would then
19   allow transgender people born in Tennessee to have
20   birth certificates or were -- would not -- it would
21   allow them to not have to have, I guess, would --
22   they would not be required to have birth
23   certificates that are inconsistent with their gender
24   identity; correct?  In other words, the solution you
25   propose -- the solution you propose in Paragraph 64

Case 3:19-cv-00328  Document 91-8  Filed 05/29/20  Page 45 of 65 PageID #: 15323
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

1  allows transgender persons to have a birth
2  certificate which is not inconsistent with their
3  gender identity; correct?
4  A.      Correct.  The State of Tennessee allows a
5  transgender individual to change their gender marker
6  on their birth certificate, and the State of
7  Tennessee keeps an original copy under seal to
8  maintain vital statistics.  The individual would be
9  able to obtain a copy that has the correct gender
10 marker for their own private purposes while the
11 state would be able to maintain a copy of the
12 original birth certificate for their own purposes.
13 Q.      I'm curious about your use of the phrase
14 "not inconsistent" -- or "inconsistent with their
15 gender identity."
16        So if I identify as female and I have a
17 birth certificate, whether it's original or changed,
18 that says female, then my birth certificate is not
19 inconsistent with my gender identity; correct?
20            MR. GONZALEZ-PAGAN:  Object to form.
21            THE WITNESS:  Yes.  I mean, it's a
22 double negative, but --
23 BY MS. SHEW:
24 Q.      Well, I know.  I'm trying to stick with your
25 phrase.

Case 3:19-cv-00328  Document 106  Filed 05/29/20  Page 46 of 79  PageID #: 1534
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1              What -- what if -- what if no birth
 2      certificate -- nobody's -- no birth certificate in
 3      the State of Tennessee had a field that showed the
 4      sex of the person?  Would that -- so like everyone
 5      else in the State of Tennessee, my birth certificate
 6      does not show male or female.  Is that -- and I
 7      identify as female.
 8              Is that inconsistent with my gender
 9      identity?
10                   MR. GONZALEZ-PAGAN:  Objection.  Form.
11                   You may answer, Dr. Taylor.
12                   THE WITNESS:  If -- if the document
13      doesn't classify -- if nobody's documentation has
14      any specific mention of gender, then I would say
15      that it is not -- not inconsistent; that it could be
16      consistent.
17      BY MS. SHEW:
18      Q.      Okay.
19      A.      I don't see a situation in -- where that
20      would exist, though.  Like a plausible hypothetical.
21      Q.      And why is that?
22      A.      Because the birth certificate, at this
23      point, has a gender marker on it.
24      Q.      Oh, I understand that.  And I was stating a
25      hypothetical.
```

Case 3:19-cv-00328  Document 119  Filed 05/29/20  Page 47 of 65  PageID #: 15345
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1          You've said it's not a plausible

 2   hypothetical, and I'm asking why is it not a

 3   plausible hypothetical?

 4   A.     Because nobody's proposing to remove the

 5   gender distinction on a birth certificate at this

 6   point.  That's not -- at least not in this case.

 7   Q.     Right.  That's right.  That's why my

 8   question was hypothetical.

 9          Dr. Taylor, do you have an -- do you have

10   any basis or any understanding of what the practical

11   implications would be for the State of Tennessee to

12   allow changes to the "sex" field on -- on birth

13   certificates?  I mean, do you understand how that

14   operates or what the logistics or the burden might

15   be?

16          MR. GONZALEZ-PAGAN:  Objection.  Form.

17   It also falls outside the scope of the expert's

18   testimony.

19          THE WITNESS:  I cannot posit on the

20   burden of the state if they were to allow

21   transgender patients to change the sex marker on

22   their birth certificate.

23          MR. GONZALEZ-PAGAN:  Dianna, if I may,

24   can we take a quick five-minute break?  At least I

25   need one.
```

Elite Reporting Services
www.EliteReportingServices.com

1          MS. SHEW:  I was just about to suggest

2     that, so let's break for about five minutes, and I

3     suggest, as I did the other day, that people not

4     sign out of the Webex for the break because we --

5     sooner or later, somebody won't make it back in.

6          So if everybody will just do whatever

7     you want to -- whatever you want to do to mute, et

8     cetera, we'll reconvene in about five minutes.

9     Thank you.

10          MR. GONZALEZ-PAGAN:  Thank you.

11          (Short break.)

12    BY MS. SHEW:

13    Q.     Dr. Taylor, I asked you a little while ago

14    in the deposition about Paragraph 55 of your report.

15    If you'll look at that.  That said "Transgender

16    people may feel that they are unable to participate

17    in their communities, neighborhoods, schools, or

18    jobs without having documentation that reflects

19    their gender identity.  This can further lead to

20    social isolation and worsening gender dysphoria."

21    And I asked you earlier in your deposition if you

22    knew of specific examples, and you said you would

23    need to -- some time to think about that.

24          Have you thought of any specific examples?

25    A.     I have not thought of any specific examples.

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    Q.      Did you have any specific examples in
2    mind -- do you recall if you had any specific
3    examples in mind when you authored that particular
4    paragraph?
5    A.      I don't know if I had any specific examples
6    in mind.
7            MS. SHEW:  Okay.  That's all the
8    questions I have.
9            MR. GONZALEZ-PAGAN:  Thank you, Dianna.
10           We only have -- Dr. Taylor, we only have
11   one quick follow-up question.
12
13                    EXAMINATION
14   QUESTIONS BY MR. GONZALEZ:
15   Q.      Do you recall -- in looking at your report,
16   Paragraph 54, do you recall being -- testifying as
17   to problems that people may encounter with regards
18   to preventative care, such as mammograms or Pap
19   smears, once they correct the sex marker on their
20   insurance?  Do you recall that line of questioning?
21   A.      I do.
22   Q.      The fact that people may encounter those
23   issues with insurance coverage for preventative
24   care, does that mean that a person should not be
25   allowed to correct the marker for the sex on their

Case 3:19-cv-00328 Document 93-8  Filed 05/29/20  Page 50 of 65  PageID #: 1534
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   insurance or any other identity document?

 2   A.     No.  I would say patients still should be

 3   able to change their gender marker on their

 4   insurance and their -- any other documentation that

 5   they choose to.

 6              MR. GONZALEZ-PAGAN:  Thank you.  That's

 7   all from us.

 8              MS. SHEW:  I have no -- I have no

 9   further questions.

10              All right.  So we are concluded today.

11   You will want the witness to read and sign, I'm

12   guessing?

13              MR. GONZALEZ-PAGAN:  That's correct.  We

14   would ask for -- to read and sign.

15              MS. SHEW:  All right.

16              THE REPORTER:  And, Counsel, may I have

17   orders on the record, please?

18              MS. SHEW:  Transcript orders?

19              THE REPORTER:  Yes, please.

20              MS. SHEW:  Yes, we -- yes, we've ordered

21   the transcript.

22              MR. GONZALEZ-PAGAN:  And we would order

23   a standard delivery transcript for the plaintiffs

24   and I -- Omar Gonzalez-Pagan -- I would receive

25   that.
```

Case 3:19-cv-00328 Document 218 Filed 05/29/20 Page 51 of 65 PageID #: 15349
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1                    (An off-the-record discussion was held.)

 2               MS. SHEW:  Electronic is fine for me.

 3               MR. GONZALEZ-PAGAN:  Electronic is fine

 4    with us, as well.

 5               THE REPORTER:  Okay.  Great.  Thank you.

 6                FURTHER DEPONENT SAITH NOT

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 3:19-cv-00328 Document 318 Filed 05/29/20 Page 52 of 73 PageID #: 1535
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
1                    E R R A T A   P A G E

2
                    I, SHAYNE SEBOLD TAYLOR, M.D., having
3        read the foregoing deposition, pages 1 through 50, do
         hereby certify said testimony is a true and accurate
4        transcript, with the following changes (if any):

5
         PAGE  LINE           SHOULD HAVE BEEN
6
7        _____ _____    _____

8        _____ _____    _____

9        _____ _____    _____

10       _____ _____    _____

11       _____ _____    _____

12       _____ _____    _____

13       _____ _____    _____

14       _____ _____    _____

15       _____ _____    _____

16       _____ _____    _____

17       _____ _____    _____

18       _____ _____    _____

19       _____ _____    _____
20                      _____
                        SHAYNE SEBOLD TAYLOR, M.D.
21
22       _____
         Notary Public
23
24       My Commission Expires: _____
25       Reported by: LINDSEY R. PERRY, LCR, RPR, CRR, CSR
```

1                    REPORTER'S CERTIFICATE

2    STATE OF TENNESSEE

3    COUNTY OF WILLIAMSON

4            I, LINDSEY R. PERRY, licensed court

5    reporter, with offices in Franklin, Tennessee,

6    hereby certify that I reported the foregoing

7    videoconference deposition of SHAYNE SEBOLD TAYLOR,

8    M.D. by machine shorthand to the best of my skills

9    and abilities, and thereafter the same was reduced

10   to typewritten form by me.

11           I further certify I am not related to any of

12   the parties named herein nor related to their

13   counsel and have no interest, financial or

14   otherwise, in the outcome of the proceedings.

15   I further certify that in order for this document to
     be considered a true and correct copy, it must bear
16   my original signature and that any unauthorized
     reproduction in whole or in part and/or transfer of
17   this document is not authorized, will not be
     considered authentic, and will be in violation of
18   Tennessee Code Annotated 3-914-104, Theft of
     Services.

19

20

21   _____
     LINDSEY R. PERRY, LCR, RPR, CRR, CSR
22   Licensed Court Reporter
     Registered Professional Reporter
23   Certified Realtime Reporter
     Certified Shorthand Reporter
24   State of Tennessee at Large

25   LCR #790 - Expires:     6/30/2020

# E R R A T A   P A G E

       I, SHAYNE SEBOLD TAYLOR, M.D., having
read the foregoing deposition, pages 1 through 50, do
hereby certify said testimony is a true and accurate
transcript, with the following changes (if any):

| PAGE | LINE | SHOULD HAVE BEEN |
|------|------|------------------|
| 32 | 12 | "Every" should be "If a" |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____
SHAYNE SEBOLD TAYLOR, M.D.


_____
Notary Public

My Commission Expires: _____
Reported by: LINDSEY R. PERRY, LCR, RPR, CRR, CSR

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE, JAIME COMBS, L.G., and K.N., | ) ) ) |
| *Plaintiffs*, | ) ) Case No. 3:19-cv-00328 |
| v. | ) ) |
| WILIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, | ) Judge Eli J. Richardson ) Magistrate Judge Barbara Holmes ) ) ) ) ) |
| *Defendants*. | ) ) |

## ERRATA DECLARATION

I, Shayne Sebold Taylor, MD, having read the foregoing transcript of my deposition taken on April 15, 2020, pages 1 through 50, do hereby certify under penalty of perjury under the laws of the United States of America that said deposition testimony is a true and accurate transcript, with the changes detailed on the attached errata page.

Executed on this _13_ day of May 2020.

Shayne Sebold Taylor, MD

**Exhibits**

**Ex 01 -**
 **Shayne Sebold**
 **Taylor, M.D.** 4:10
 10:5,7

**Ex 02 -**
 **Shayne Sebold**
 **Taylor, M.D.** 4:12
 11:24 12:1

---

**1**

**1** 10:5,7

**1,000** 34:1

**11** 34:24

**18** 22:14

---

**2**

**2** 11:24 12:1

**20** 34:3

**2015** 33:21 34:21

**2020** 12:14

**22,000** 34:23

---

**3**

**31,000** 39:24 41:1

---

**4**

**41** 23:18

**44** 24:3

**48** 12:12 13:9,10,
 17,18,23 38:16
 42:16,19 43:1

---

**5**

**51** 12:15

**52** 25:16 29:4

**53** 29:2

**54** 30:16 48:16

**55** 32:23 33:15
 47:14

**56** 33:21

**58** 13:4

**59** 13:3

---

**6**

**6.77** 40:1

**60** 35:20

**62** 36:10,11 39:7,
 23 40:25

**63** 41:24

**64** 40:19 43:10,25

---

**9**

**90** 34:2

---

**A**

**A-C-O-O-G** 11:11

**ability** 33:10
 34:20

**accomplish** 24:6

**accurate** 20:5
 28:24 42:7

**accurately** 25:21
 27:4,16,18 28:12,
 24

**act** 38:10,19

**actual** 35:11

**added** 12:5,8 13:4
 34:16

**addition** 8:11
 11:20 12:16 13:24
 21:15

**additional** 10:17
 12:7

**additions** 10:14
 11:13

**address** 20:9

**Adults** 12:24

**advantage** 40:3,
 14

**affect** 42:7

**agree** 25:15 38:7
 39:17 41:8

**ahead** 7:12 10:5
 11:23 23:17

**allowed** 48:25

**allowing** 42:4

**altogether** 30:2

**amended** 9:9
 11:22 12:5,10
 14:6 16:19 34:16

**amendment**
 17:20

**American** 9:19,20
 10:19 11:5,7

**amount** 20:21
 21:8

**analysis** 42:10,11

**anatomy** 21:14
 32:20

**announcements**
 6:6,7 7:3,8

**answering** 39:14

**anxiety** 21:24
 29:25

**apologize** 13:19,
 22 14:1

**apparently** 16:8

**appearance**
 22:19

**appearing** 6:10

**appears** 12:15

**apply** 30:8

**applying** 29:10
 30:1

**approximate**
 26:9,10,15,18

**approximately**
 26:5 39:24

**area** 9:15,22

**argument** 39:15

**aspect** 6:17 24:4

**assess** 28:24

**assigned** 19:6
 22:1 29:10,17
 32:15

**assigning** 22:20

**assumptions**
 18:10,20

**attached** 10:15
 13:15

**attempts** 33:25
 34:3,9,14 35:4,9

**attorney** 6:4,21

**attorneys** 8:7

**author's** 13:5

**authored** 48:3

**authors** 34:17,20

**aware** 7:8 30:3,5,
 13 33:3

---

**B**

**back** 21:1 31:14
 33:20 38:23 47:5

**ballpark** 26:19

**based** 17:13
 19:13 20:9,20
 21:6 22:18 29:17
 33:25 34:20 36:23
 39:7

**basis** 40:9,10 42:9
 46:10

**Bauer** 34:5

**believed** 14:17

**bibliography** 9:9
 11:18,21,24 12:6,
 8,11 13:1,13,23
 14:7,17,21 15:4,
 20 34:6,16,17

**biologically**
 19:13

**birth** 19:7 22:1,23
 25:1 29:18 31:17
 32:15 36:16,21

38:9 40:4,15,20,
21 41:3 42:1 43:7,
14,20,22 44:1,6,
12,17,18 45:1,2,5,
22 46:5,12,22

**bit** 22:16 41:13

**board** 9:17,19,20

**born** 23:5,16
43:19

**bound** 6:12

**break** 8:20,21,22
27:13 46:24 47:2,
4,11

**burden** 46:14,20

———————

**C**

**called** 7:17 12:22

**Canadian** 33:21

**capacity** 23:4

**card** 32:13,18

**care** 9:21,23,25
10:21 48:18,24

**case** 6:5 14:4,18,
22 16:6,7,9,11,23
17:3 18:4,11,21
39:16 46:6

**catch** 37:25

**categories** 27:14
28:20

**category** 27:19
28:17

**Center** 9:22

**central** 24:4

**certificate** 25:1
31:17 36:16 38:10
40:20,21 41:4
43:8,14 44:2,6,12,
17,18 45:2,5,22
46:5,22

**certificates** 36:21
40:4,15 42:2
43:20,23 46:13

**certified** 9:18

**cetera** 47:8

**challenge** 30:22

**challenges** 30:7,
9,18,20 31:6,8,10,
21

**change** 24:7,9
31:11 36:2,15,20
37:7 41:3 43:7
44:5 46:21 49:3

**changed** 12:5
24:21 25:7 32:13,
16 43:14 44:17

**changing** 32:3
38:9 40:3,14

**child** 22:17 23:6

**choice** 36:3

**choose** 35:23
36:7 49:5

**chosen** 37:2

**chromosomal**
21:10

**citation** 12:18

**cited** 15:13,14
34:5

**city-wide** 42:19

**claiming** 17:19

**clarify** 13:25 39:5

**classify** 45:13

**clear** 27:3

**clinic** 9:24 16:12

**clinical** 9:22
10:21

**clinically** 17:5
22:10

**clinician** 9:23

**collect** 40:17

**collecting** 42:17

**college** 10:20
11:6,7 29:10,15
30:1,6,8

**Columbia** 43:2

**Combs** 16:14,16,
20

**Combs'** 16:18

**comfortable**
39:14

**comment** 22:7

**communal** 29:16

**communities**
32:25 33:10,12
47:17

**community** 33:7

**companies** 31:2,
22

**company** 32:4,18

**competition** 8:19

**complaint** 9:9
14:6 16:19

**complete** 25:19

**complex** 21:4,9

**components**
23:22,24

**composed** 40:1

**conclude** 43:18

**concluded** 42:11
49:10

**concordant**
33:23 34:10,12
35:1

**conducted** 6:16

**conducting** 6:8

**conference** 11:3,
4,5

**connection** 8:11

**consist** 9:8

**consistent** 42:2
45:16

**content** 15:6

**context** 16:24

**continue** 23:2

**copy** 12:18 13:19
40:20 44:7,9,11

**correct** 10:12,13
11:19 13:24,25
14:19,22 15:22,25

16:1,10 17:10,21
19:16,17 23:23,25
27:6 34:2,6,7
35:18,19 37:11
38:13 39:1 40:7
41:19 42:1,5 43:3,
5,16,17,24 44:3,4,
9,19 48:19,25
49:13

**corrections**
11:13

**correctly** 36:17

**counsel** 6:10 7:3,
6 18:3,7,9,19
49:16

**counseling** 17:1

**country** 38:16
42:16

**couple** 6:5 8:6

**court** 6:6,9 7:3 8:8
10:4

**coverage** 32:1,2,
6 48:23

**covered** 8:7 32:7

**COVID** 11:4

**creating** 8:9

**creation** 17:19

**curious** 32:9
44:13

**current** 17:14

**cursory** 21:6

**CV** 10:12,15,16,25
11:14

———————

**D**

**data** 33:5 34:13
35:11 40:16 41:10
42:17

**date** 11:16

**day** 47:3

**decide** 43:7

**decision** 36:1,7

**decisions** 43:6

deeply 36:1

defendant 14:13

defendant's 36:24

defendants 6:5

Defendants' 37:16

defined 22:5

definition 18:24 22:8,11

definitions 21:2 22:6

degree 41:15

delivery 21:7 22:18 23:15 49:23

demonstrated 33:22

DEPONENT 50:6

deposition 6:8, 16,17 8:3 35:17 47:14,21

depression 21:24 35:9

describe 20:2 23:20

description 28:8

designation 42:5

determined 21:5 22:18,23 42:4

determining 23:14

development 21:12

diagnosis 21:22

diagnostic 23:4

Dianna 6:3 7:6 13:11 28:4 46:23 48:9

disagrees 23:6

disclose 36:5

disclosing 32:3

discordant 25:20 26:25 27:2

discriminate 36:12 37:8,21

discriminating 39:19

discrimination 38:10,19,25 39:11

discuss 41:25

discussed 16:15, 18 35:17

discussion 50:1

distinction 46:5

distress 21:24

District 43:2

DMV 31:7,8

document 10:6 11:25 13:14 14:5 43:15 45:12 49:1

documentation 24:5 25:21 26:25 27:2,10 29:11 30:11 32:14,16 33:1 35:24 36:2,8, 23 45:13 47:18 49:4

documentations 35:7

documents 9:11 12:23 14:2,7,9 16:2 18:6 25:7,21 27:4,5,16,18 28:11 29:7 33:23 34:2,10,11,25 35:1,5,7,13

dog 7:25

double 9:17 44:22

downstream 32:6

driver's 24:25 31:12

dropping 30:6

due 11:4

duly 7:18

dysphoria 21:21, 22 23:21 25:18,19 26:24 27:15,22

28:11,21 29:6 33:6 47:20

———————

E

E-B-O-L-D 7:25

earlier 35:17 47:21

effect 41:16,18,22

elect 41:2

Electronic 50:2,3

employee 25:1

encompass 19:24

encounter 48:17, 22

ended 11:3 30:6

endurance 8:19

enhanced 34:9

ensuring 42:7

entries 13:3

episodes 34:2

Ettner 14:12

exam 21:6

EXAMINATION 7:20 48:13

examples 20:12, 14,16 29:14 31:4, 13,23 33:3,13 47:22,24,25 48:1, 3,5

Exhibit 10:5,7,12 11:17,24 12:1

exhibits 9:7

exist 45:20

experience 19:10 25:23

experienced 20:21

experiences 17:14 21:23

expert 9:3,8 14:11 36:24 37:16

expert's 46:17

expertise 9:16 17:19,24 18:24

exposed 21:12,13

extent 18:14

external 21:6,14 22:19

———————

F

face 30:20

faced 17:15

facing 30:22 32:10

fact 21:24 33:4,5 37:13 38:15 41:25 42:25 48:22

factor 23:14

facts 16:18

fair 25:12

fall 28:16

falls 46:17

familiar 21:20 29:13,14

feel 19:23 20:6,9 22:7 24:8 26:7,15 28:23 32:24 33:7, 9,11 38:18 39:13 47:16

felt 42:20

female 19:11,16, 18,21,22 20:7,15, 18,22,24 32:15 44:16,18 45:6,7

fetal 21:12

field 15:5 36:20 41:3 43:14 45:3 46:12

filed 11:21

filling 30:21

find 29:8

fine 50:2,3

fit 28:7

**five-minute** 46:24

**flip** 23:17

**flipping** 10:11

**fluid** 20:3

**follow** 8:13

**follow-up** 48:11

**forget** 15:10

**form** 6:14 14:24
15:23 17:11,22
18:12 19:3 20:19
22:25 24:11,19
25:8,25 26:11,22
27:7,24 28:14,22
30:24 31:18,25
33:16 36:22 38:2,
14 39:2,12 41:6,
20 42:14 43:4
44:20 45:10 46:16

**formal** 34:22

**formation** 17:25

**forming** 14:21

**frequently** 30:17

**front** 34:18,22
35:10

**full** 7:22

_____

**G**

**garbled** 8:13

**gender** 19:5,9,10,
13,15,23 20:3
21:15,21,22,25
22:2,11 23:13,20,
21 24:5 25:2,17,
19,22 26:24 27:5,
10,11,15,17,19,22
28:10,12,21 29:6,
18 31:9,10,11
32:4,12,17 33:2,
23 34:11,12,24
35:1,2,6,8 36:16
42:3 43:23 44:3,5,
9,15,19 45:8,14,
23 46:5 47:19,20
49:3

**Gender-concordant**
12:23

**Genderqueer**
20:4

**genders** 19:24

**general** 41:11

**General's** 6:4

**generalization**
20:8,11 24:15

**generally** 21:5

**genitals** 21:7
22:19 23:2

**give** 18:23 21:2
29:9 31:23 35:11

**glad** 8:18

**goal** 42:17

**goals** 42:22

**GONZALEZ**
48:14

**Gonzalez-pagan**
7:5 13:10 14:24
15:23 17:11,22
18:12 19:3 20:19
22:25 24:11,19
25:8,25 26:11,22
27:7,24 28:3,14,
22 30:24 31:18,25
33:16 36:22 37:9
38:1,4,14 39:2,12
41:6,20 42:14
43:4 44:20 45:10
46:16,23 47:10
48:9 49:6,13,22,
24 50:3

**grant** 37:2

**great** 30:7 50:5

**ground** 8:6,24

**group** 40:11,12,
13

**guess** 43:21

**guessing** 49:12

**Gynecologists**
10:21 11:6,10

_____

**H**

**handy** 22:14

**happening** 29:14

**hard** 8:10,12

**harms** 17:8,14

**health** 9:24 12:24
31:22 32:11 42:18

**health-related**
32:2

**hear** 8:12,16

**heavily** 15:21

**held** 50:1

**helpful** 14:8,17

**higher** 35:8

**highly** 25:13

**homeless** 30:12

**hormonal** 21:11

**hormone** 9:25

**hormones** 21:11,
13

**housing** 29:11,
16,17

**hypothetical**
45:20,25 46:2,3,8

_____

**I**

**ID** 25:1 31:10

**ideation** 34:3,9,
13 35:4

**ideations** 33:25

**identification**
27:16,17 29:7

**identified** 6:21
20:6,17,23

**identifies** 32:15

**identify** 6:23
19:20,22 20:13,
15,22 23:13 25:3
44:16 45:7

**identities** 19:23

**identity** 12:23
19:6,9,10,11,13,
15 21:15,25 23:13
24:6 25:6,22 27:5,
11,17,19 28:12
29:18 32:17 33:2,
23 34:2,10,11,12,
24 35:1,3,6,8 42:3
43:24 44:3,15,19
45:9 47:19 49:1

**imagine** 42:15

**impact** 29:6 40:5,
16 42:4

**implications**
46:11

**important** 8:8
15:12

**include** 12:19
31:8

**included** 13:2

**includes** 24:4,25
35:23

**incongruent**
29:12

**inconsistent**
43:23 44:2,14,19
45:8,15

**incorporates**
21:10

**incorrect** 29:12
30:11

**incorrectly** 20:6,
17

**indication** 31:4

**individual** 19:5,
14 23:5,6 35:15
44:5,8

**individual's**
21:10 40:21

**individualized**
25:13

**individuals** 22:21
29:17 37:3 39:20
42:1,21

**infant** 23:6

Case 3:19-cv-00328 Document 93 Filed 05/20/21 Page 60 of 65
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

infant's 21:6 22:19 23:2

information 18:4, 15

infringing 36:13 38:19

innate 19:14

insignificant 42:6,13

Institute 39:23

insurance 31:2, 22 32:4,13,14,17, 18 48:20,23 49:1, 4

integrity 37:18 39:9

intent 37:20

intention 37:20

intentional 38:25 39:10

intentionally 36:12 37:8,21 39:19

interest 9:22 42:17

interests 42:7

internal 9:18,19 21:14

interrupting 28:4

involved 43:6

isolation 47:20

issue 25:24 26:6 31:14

issues 48:23

Item 12:12,15 13:23

items 14:16,20,23 15:3,4,21

---
**J**

Jaime 16:14

jobs 32:25 47:18

---
**K**

keeping 40:19

knew 47:22

knowing 38:15

knowledge 31:16

---
**L**

lack 32:6

Lancet 12:25 35:16

large 41:14,17

laws 43:3

lawsuit 9:3,10 14:3,10 16:3,15, 19 18:25

lead 9:23 29:24 32:5 47:19

leads 32:5

legal 29:11 33:7

legally 24:7,9,21 25:18

LGBTQ 9:23

license 24:25 31:12

lies 17:24

likelihood 40:4, 15

LIM 13:8

limited 20:21 33:9

linkage 37:14

listed 13:5 14:7 31:10,12

literature 41:13

live 11:2 29:16

lived 19:10

living 39:25

logistics 46:14

looked 24:17

lot 26:20

loudly 7:9

lower 35:3

---
**M**

M.D. 7:16

made 43:6

main 37:1

maintain 20:16 43:15 44:8,11

maintaining 40:22 42:22

maintenance 17:20

majority 22:21

make 6:24 15:7 18:10,20 20:8 24:14 28:24 36:3 47:5

makes 6:23 8:10, 12

makeup 21:11

making 6:19 20:11

male 19:11,16,18, 20,22 20:7,15,18, 22,23 32:15,18 45:6

malignancies 32:21

mammogram 32:19

mammograms 48:18

manage 9:25

manner 42:2

mark 10:5 11:23

marked 10:6,8 11:25 12:2

marker 25:2 31:10,11 32:4,13 36:16 38:10 44:5, 10 45:23 46:21 48:19,25 49:3

masking 37:19

match 19:6 21:25 24:5

matching 34:25

means 6:18

meant 33:14

medical 9:21 17:2,23 23:22 31:3 41:12

medications 31:1,3 32:3,7

medicine 9:18,19

Mental 12:23

mention 30:16 45:14

mentioned 38:18 43:11

met 16:5,8,22

middle 7:24

million 40:1

mind 20:16 48:2, 3,6

minutes 47:2,8

Mischaracterizes 38:2

misunderstand 37:14

moment 22:17 31:15 43:11

morning 12:19

multifactorial 21:4

mute 47:7

muted 7:1

---
**N**

names 24:7,9 40:14

negative 44:22

negatively 42:6

neighborhoods

Case 3:19-cv-00328 Elite Reporting Services * (615) 595-0073 1045
Elite Reporting Services * www.EliteReportingServices.com
www.EliteReportingServices.com

32:25 47:17

**nobody's** 45:2,13 46:4

**nonbinary** 20:3

**nonconforming** 22:2

**nonconformity** 22:11

**nonexistent** 40:6

**normal** 6:18

**note** 41:24

**number** 10:7 12:1 24:13 26:7,8,9,10, 16,18 27:23

**numbers** 28:1 40:24 41:15

—————————

**O**

—————————

**oath** 6:12

**object** 20:23 44:20

**objecting** 6:21

**objection** 6:23 14:24 15:23 17:11,22 18:12 19:3 20:19 22:25 24:11,19 25:8,25 26:11,22 27:7,24 28:4,14,22 30:24 31:18,25 33:16 36:22 37:9,25 38:1,14 39:2,12 41:6,20 42:14 43:4 45:10 46:16

**objections** 6:14

**obstacle** 32:10

**obstacles** 32:10

**Obstetricians** 10:20 11:6,10

**obtain** 44:9

**occurred** 30:4,14

**off-the-record** 50:1

**offering** 17:7

**Office** 6:4

**Omar** 49:24

**one's** 19:10,11,15 24:5,25 36:2

**open** 8:22

**operates** 46:14

**opinion** 9:3 22:22 25:5 37:19 40:9, 10

**opinions** 14:21 17:6,7,18

**opt** 30:1

**option** 40:22

**options** 19:19

**order** 49:22

**ordered** 49:20

**orders** 49:17,18

**original** 40:20 43:15 44:7,12,17

**Osteopathic** 10:20 11:8

**outcome** 34:8

**outcomes** 35:14

**outlined** 24:1

**overwhelming** 22:21

—————————

**P**

—————————

**pandemic** 11:4

**Pap** 32:19 48:18

**paper** 12:7,22 34:15,18 35:10

**papers** 15:5

**paragraph** 13:9 22:14 23:18 24:3 25:16 29:2 30:16, 17 32:23 33:15,21 35:20 36:10,11 39:7,23 40:19,25 41:24 43:10,25 47:14 48:4,16

**part** 24:10 36:8 39:22

**participate** 32:24 33:10 47:16

**partly** 33:4

**passed** 43:2

**passport** 25:1

**patient** 10:22 27:9 31:15 32:20 38:9

**patient's** 35:22 40:20

**patients** 9:23 10:1 17:13,24 19:20,21 20:9,21 24:14,17,20 25:5, 24 26:5,24 28:7, 16,20 30:17 34:25 35:3,5,6 39:20 46:21 49:2

**pay** 31:2 32:19

**pediatrics** 9:18, 20

**penalized** 23:8,11

**people** 20:3,13 22:6 24:7,9 26:20, 21 27:21 32:23 34:1,23 36:13 40:1,11,12,13 42:5 43:7,19 47:3, 16 48:17,22

**percent** 34:24

**percentage** 24:8 25:5,10

**permit** 43:13

**person** 6:13 19:2, 4,5,12 25:14,18, 20 27:4 32:12 36:3 45:4 48:24

**person's** 25:17 33:6 36:16

**personal** 24:5 25:23 31:16,23 36:1,6

**personally** 29:13 30:3,13

**persons** 20:1,6, 14 23:20 27:15 28:10 37:22 39:1, 11,25 41:1 44:1

**Pharmacists** 30:25

**pharmacy** 30:21, 23 31:14,17

**phrase** 21:18,20 22:2 44:13,25

**physician** 9:17, 21 17:23 41:13

**plain** 38:22

**plaintiff** 16:13

**plaintiffs** 14:4,5, 10 16:3,5,9,11,23 17:2,9 18:10,20 49:23

**plaintiffs'** 7:3,6 17:14 18:3,7,9,19

**plausible** 36:14 37:6 45:20 46:1,3

**point** 8:16,20 23:1 45:23 46:6

**policy** 39:18

**population** 41:17

**posit** 46:19

**possess** 19:23

**possibly** 24:12

**potentially** 32:5

**practical** 46:10

**predict** 24:13

**prepared** 10:15

**preparing** 14:8 15:8

**prescribed** 31:2

**prescriptions** 30:21

**present** 31:17 35:12

**presentation** 10:17,18,19 31:9

**presented** 11:1,2

**preservation** 17:25

**preserve** 37:1,17

preserving 38:24 39:9,15

pretense 38:25 39:10

pretext 39:10

pretty 6:25 11:15

prevent 38:8

preventative 32:2,11 48:18,23

prevented 34:4

previous 13:4

primary 9:15,20, 25

printed 12:19 13:20

prior 9:4

privacy 35:23 36:4,9,14 38:20

private 36:4,6 44:10

Privilege 18:13

privileged 18:15

problems 48:17

procedures 32:2, 6,11

proceedings 7:11

process 25:13

propose 43:25

proposing 46:4

proposition 41:11

provide 18:3 26:7 42:20

provided 9:2 17:1 18:7

provisions 38:8

proxy 23:3,7,14

psychological 21:23

puberty 21:13

public 42:18

published 12:9, 25

Puerto 43:2

pull 24:13

purpose 38:24 39:8

purposes 44:10, 12

---

**Q**

question 6:15 8:16,17,18,22 18:17 21:17 25:4, 10 28:25 39:14 46:8 48:11

questioning 30:25 48:20

questions 7:10, 21 8:15,24 22:13 48:8,14 49:9

quick 46:24 48:11

---

**R**

raw 35:11

read 35:21 36:17, 24 37:15 40:7 41:13 49:11,14

realized 21:8

reason 36:14 37:2,6

reasonable 24:18,22

reasons 43:1

recall 14:15 16:4 48:2,15,16,20

receive 49:24

recent 13:2,24

recently 10:24 12:8

recited 16:19

recognized 33:11

recognizes 33:8

reconvene 47:8

record 7:23 49:17

recorded 6:18

recording 6:19

records 17:20 18:1 37:18 38:25 39:9 42:8

rectified 29:21

reduced 33:25 34:14

refer 33:21

reference 39:23

referred 20:7,17

reflect 25:22 27:4, 16,18 28:12 32:16

reflective 35:2,6, 7

reflects 27:10 33:1 47:18

refuse 36:15

refusing 31:2

regularly 22:4

relevant 40:5

relied 15:20

rely 14:20

remotely 6:11

remove 46:4

repeat 18:16 21:17 26:13

rephrase 8:18

report 9:3,8 10:4, 12,15,16 11:18 13:15 17:7,17,18 22:13 23:18 25:17 29:3 30:17,20 35:20,22 36:10 37:19 39:8 47:14 48:15

reporter 6:6,9 7:4,7 8:8 10:4,8 12:2 37:24,25 38:3 49:16,19

50:5

reports 37:16

representing 6:4

request 8:22

required 43:22

research 12:7 21:8 42:18,19

reserved 6:15

respect 31:24 32:10

response 38:18

responsibility 38:17

restate 8:18

results 34:1

reveal 18:15

review 40:18

reviewed 14:3,6, 9,11,14,16 15:8, 19 16:3 34:18

Rico 43:2

rights 36:13 38:20

risk 35:4

risks 35:8

room 21:7 23:15

roughly 41:1

rule 8:13

rules 8:6,25

---

**S**

S-H-A-Y-N-E 7:24

safe 29:11

SAITH 50:6

Sam 7:25

sample 24:18,22 41:14

school 25:1

schools 32:25 47:17

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

scope 46:17

screened 32:21

seal 40:21 43:15
44:7

Sebold 7:16,25

seek 25:6

sentence 29:24
36:11

series 8:15

service 42:21

services 32:7

set 17:6,18

sex 19:6 21:3,4,5,
16,18,25 22:17,
20,22 23:3,8,14
25:2 29:17 36:20
41:3 42:5 43:13
45:4 46:12,21
48:19,25

Shayne 7:16,24

shelter 30:12

Shew 6:3 7:13,21
10:9,10 12:3
13:16 15:1,24
17:16 18:2,18
19:8 20:25 23:9
24:16,23 25:11
26:2,12 27:1,12,
25 28:5,9,18 29:1
31:5,20 32:8
33:19 37:4,10
38:11,21 39:6,21
41:7,23 42:24
43:9 44:23 45:17
47:1,12 48:7 49:8,
15,18,20 50:2

short 47:11

show 34:13 45:6

showed 45:3

showing 35:13

shown 34:20

sic 14:12

sign 47:4 49:11,14

significant 21:7
27:23 29:25 40:18

41:11 42:12

significantly
33:24 35:3

similar 42:17

simply 37:19

situation 27:3
30:3,13 45:19

situations 36:5

size 24:18,22

sizes 41:14

slim 40:6

small 19:21 40:11,
12 41:9,15

smaller 40:13

smear 32:20

smears 48:19

smoothly 6:24

social 23:22 24:4,
24 25:19 47:20

solution 43:12,
24,25

somebody's
23:13

sooner 47:5

sort 28:1

speak 8:9 24:21

speaking 7:9

specific 15:15,17
17:8 20:12,14
33:13,18 45:14
47:22,24,25 48:1,
2,5

specifically 30:7

spoken 16:22

standalone 13:14

standard 49:23

start 10:3 22:14
27:19

state 7:22 24:3
25:17 33:8 35:21,
22 36:11,15,20
37:6,16,17 39:25

40:2,16 42:6
43:13 44:4,6,11
45:3,5 46:11,20

state's 40:6

state-wide 42:19

stated 38:24 39:8

statement 25:15
33:14 37:5,11,12
38:7 39:5,17 40:7

states 12:25
38:16 41:25 42:3,
10,16,20 43:1

states' 42:7

stating 39:24 42:9
45:24

statistical 41:10
42:11

statistically
33:24 40:5,18
41:10 42:12

statistician 41:12

statistics 37:1
38:17 39:15 40:6,
23 42:8,23 44:8

status 36:6

stay 30:11

stenographic
6:18

stick 44:24

stipulated 6:11

strong 39:16

student 29:9

students 29:15,
16 30:5

study 12:14 21:8
33:22 34:5,17
35:13,16 39:24

study's 34:1

submit 34:23

subset 19:21

successful 22:20

suffer 23:21 28:20

suffered 17:9

suggest 33:5
47:1,3

suicidal 33:25
34:3,8,9,13 35:4

suicide 34:3 35:4,
9

summarize 34:19

suppose 29:24

surgical 23:23

survey 34:21,23

swear 7:12

sworn 6:11,12
7:18

system 33:8

---

T

T-A-Y-L-O-R 8:1

T-R-U-E 21:18

table 8:23

taking 9:22

talk 27:14

talking 27:3 28:1
29:3,4,5 31:21

Taylor 7:16,22
8:1,3 9:2,15 10:11
12:4 13:8,12 14:2
17:6 18:14,23
23:17 25:12,23
26:14 36:19 38:5
39:3 41:9 42:25
45:11 46:9 47:13
48:10

Tennessee 6:4
36:15,20 37:17
39:19 40:1,16
42:22 43:13,19
44:4,7 45:3,5
46:11

Tennessee's
38:18,24 39:8

Tennesseean
40:3

term 15:10 20:4

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

21:4 22:4,6,9

**terminologies**
19:25

**terms** 18:25 19:25
20:2

**testified** 7:18
22:16

**testifying** 48:16

**testimony** 14:8
15:7,8,19 17:13
22:5 24:2 38:2,7,
19 39:18 46:18

**therapy** 9:25

**things** 6:24 18:11,
21 21:5

**thought** 13:17
47:24,25

**time** 6:23 7:9
22:22 33:18 39:5
47:23

**title** 12:22

**today** 9:6 49:10

**transcribe** 8:11

**transcript** 8:10
49:18,21,23

**transgender** 9:24
10:1,22 12:24
19:1,4,5 24:7,9
25:20 30:1,5,10
32:12,23 33:6
34:21 36:5,13
37:3,21 38:9 39:1,
11,20,25 40:3
41:1 42:1,5,21
43:19 44:1,5
46:21 47:15

**transition** 23:20,
22,23 24:4,10,25
25:6,13,19

**trauma** 21:23

**treated** 17:4,12

**treatment** 17:2,24

**true** 21:16,18 35:2

### U

**unable** 23:3 30:11
32:24 47:16

**undergoing** 25:6

**underlying** 43:1

**understand** 8:17
11:20 15:18 17:6,
17 36:25 37:13
45:24 46:13

**understanding**
46:10

**understood** 21:9

**undertaken**
42:10,11

**unique** 36:2

**United** 12:24

**University** 9:21

**updated** 9:9
10:25 11:24
13:11,13,23

**uphold** 38:17

### V

**valid** 40:22

**Vanderbilt** 9:21,
24

**variability** 41:15

**variations** 41:9

**vernacular** 22:10

**video** 6:17,19

**virtual** 11:3

**virtually** 11:2

**visual** 22:18

**vital** 17:20,25
37:1,18 38:17,24
39:9,15 40:6,22
42:8,23 44:8

**volunteer** 16:12

### W

**Webex** 6:9,10,16
8:11 47:4

**week** 10:24

**well-established**
15:5

**Williams** 39:23

**witnesses** 14:13

**woman** 30:10

**women's** 30:12

**wondering** 12:18
13:1

**words** 34:11
38:23 43:24

**working** 22:8,11

**workup** 23:4

**worsen** 25:18,20
27:22 33:6

**worsened** 26:24

**worsening** 28:21
29:4,6 47:20

**worsens** 28:11

**written** 8:10 12:8
14:12,13

**wrong** 23:8

**wrote** 40:8

### Y

**year** 34:4

**youth** 30:1

Case 3:19-cv-00328 Document 91 Filed 05/18/20 Page 65 of 65 PageID #: 1519
*Elite Reporting Services* (615) 595-0073
*www.EliteReportingServices.com*