# Exhibit C

Deposition Transcript of Kayla Gore

# GORE, et al.

## vs.

## LEE, et al.

---

# KAYLA GORE

## April 13, 2020



Celebrating 28 Years of Reporting Excellence!

**Michelle Smith, RMR, LCR, CCR, FPR, CLR**
**Associate Reporter**

Chattanooga (423)266-2332   Jackson (731)425-1222
Knoxville (865)329-9919   Nashville (615)595-0073   Memphis (901)522-4477
www.elitereportingservices.com

Case 3:19-cv-00328   Document 93-4   Filed 05/29/20   Page 2 of 106 PageID #: 1554

1    IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
          DISTRICT OF TENNESSEE AT NASHVILLE
2  _____

3  KAYLA GORE; L.G.; and K.N.,

4                 Plaintiffs,

5  vs.                        Case No. 3:19-CV-00328

6
   WILLIAM BYRON LEE, in his
7  official capacity as Governor
   of the State of Tennessee; and
8  LISA PIERCEY, in her official
   capacity as Commissioner of the
9  Tennessee Department of Health,

10                Defendants.
   _____
11

12

13

14

15            Videoconference Deposition of:

16            KAYLA GORE

17            Taken on behalf of the Defendant
              April 13, 2020
18

19

20

21

22  _____

23            Elite Reporting Services
              www.elitereportingservices.com
24     R. MICHELLE SMITH, RMR, LCR, CCR, FPR, CLR
                 Nashville, Tennessee
25                (615)595-0073

Case 3:19-cv-00328   Document 91-1   Filed 05/29/20   Page 2 of 107   PageID #: 1555
Elite Reporting Services * (901)522-1447
www.EliteReportingServices.com

```
1              A P P E A R A N C E S

2

3    For the Plaintiffs, via videoconference:

4              MS. SAMONEH (SAMMY) KADIVAR
               MR. BRANDT THOMAS ROESSLER
5              MS. KATHRYN S. CHRISTOPHERSON
               Attorneys at Law
6              98 San Jacinto Boulevard, Suite 1500
               Austin, TX 78701-4078
7              (512)322-2581
               samoneh.kadivar@bakerbotts.com
8              brandt.roessler@bakerbotts.com
               kathryn.christopherson@bakerbotts.com
9
               MS. SASHA BUCHERT
10             Attorney at Law
               Lambda Legal Defense & Education Fund, Inc.
11             1776 K Street NW, Suite 722
               Washington, DC 20006
12             (202)804-6245
               sbuchert@lambdalegal.org
13

14
     For the Defendants, via videoconference:
15
               MS. DIANNA BAKER SHEW
16             MS. SARA E. SEDGWICK
               Attorneys at Law
17             Senior Assistant Attorney General
               P.O. Box 20207
18             Nashville, TN  37202
               (615)532-1969
19             dianna.shew@ag.tn.gov
               sara.sedgwick@ag.tn.gov
20

21

22

23

24

25
```

```
                              I  N  D  E  X

                                                          Page

Direct Examination                                          05
By Ms. Shew

Cross-Examination                                           82
By Ms. Kadivar

Redirect Examination                                        84
By Ms. Shew




              E   X   H   I   B   I   T   S

                                                          Page
Exhibit 1
       Amended Complaint                                    83
```

*Elite Reporting Services* (901) 522-1477
*www.EliteReportingServices.com*

```
 1                    S T I P U L A T I O N S

 2

 3
            The videoconference deposition of KAYLA GORE
 4
     was taken by counsel for the Defendant, by Agreement,
 5
     with all participants appearing at their respective
 6
     locations on April 13, 2020, for all purposes
 7
     under the Federal Rules of Civil Procedure.
 8
             All objections, except as to the form of the
 9
     question, are reserved to the hearing, and that said
10
     deposition may be read and used in evidence in said
11
     cause of action in any trial thereon or any
12
     proceedings herein.
13
             It is agreed that R. MICHELLE SMITH, RMR, and
14
     Licensed Court Reporter for the State of Tennessee,
15
     may swear the witness, and that the reading and
16
     signing of the completed deposition by the witness
17
     are not waived.
18

19

20

21

22

23

24

25
```

*Elite Reporting Services* (901) 522-1447
*www.EliteReportingServices.com*

```
 1                        *    *    *

 2

 3              THE REPORTER:  Good afternoon.  My name

 4    is Michelle Smith.  I am a Tennessee licensed

 5    reporter with Elite Reporting Services.  My LCR

 6    number is LCR Number 544.

 7              Today's date is April 13, 2020, and the

 8    time is approximately 1:11 p.m. central.

 9              This is the deposition of Kayla Gore in

10    the matter of Gore v. Lee, et al., filed in the

11    United States District Court for the Middle District

12    of Tennessee, Nashville division.  The case number is

13    3:19-CV-00328.

14

15                        *    *    *

16                    KAYLA GORE,

17    was called as a witness, and after having been duly

18    sworn, testified as follows:

19

20                    DIRECT EXAMINATION

21    QUESTIONS BY MS. SHEW:

22    Q.      All right.  Thank you.                    01:13:23

23              Ms. Gore, you can put your hand down now  01:13:24

24    if you'd like.  Now, I believe that the best way that 01:13:27

25    this will work is for you and I to remain unmuted    01:13:30
```

Elite Reporting Services  (901) 522-1447
www.EliteReportingServices.com

| | |
|---|---|
| 1 | with our microphones active.  And to the extent that |
| 2 | other people can mute, that would be great, because I |
| 3 | do think it's helping the sound quality. |
| 4 | Just a couple more announcements before |
| 5 | we begin.  Obviously we are here today for the |
| 6 | deposition of the Plaintiff, Kayla Gore.  And so that |
| 7 | the record is clear, the witness, counsel and the |
| 8 | court reporter are all participating via WebEx.  We |
| 9 | have stipulated that Ms. Gore may be sworn remotely, |
| 10 | and the oath will be binding as if she were sworn in |
| 11 | person. |
| 12 | While there is video availability using |
| 13 | WebEx, and as the court reporter pointed out, it's |
| 14 | possible that everybody can see you while this call |
| 15 | is ongoing, we are not making a video recording of |
| 16 | this deposition.  It will be recorded by normal |
| 17 | stenographic means only.  So there will be a paper |
| 18 | transcript of everything that's said, but we are not |
| 19 | making a video recording.  All attorney objections |
| 20 | except to the form of the question are reserved and |
| 21 | don't have to be made at this time, just form of the |
| 22 | question. |
| 23 | What I think, I think because we have |
| 24 | this interesting format, I think it would be best, we |
| 25 | don't necessarily need to have a roll call, because I |

Timestamps (right margin):
01:13:40, 01:13:41, 01:13:41, 01:13:43, 01:13:46, 01:13:49, 01:13:52, 01:13:57, 01:14:01, 01:14:04, 01:14:08, 01:14:08, 01:14:12, 01:14:13, 01:14:16, 01:14:19, 01:14:24, 01:14:28, 01:14:31, 01:14:36, 01:14:38, 01:14:38, 01:14:42, 01:14:45, 01:14:49

Case 3:19-cv-00328 Document 91-1 Filed 05/19/20 Page 8 of 107 PageID #: 15606
Elite Reporting Services * (901) 522-1447
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | think that's going to just create more sound | 01:14:51 |
| 2 | confusion, but if we could just, I will announce that | 01:14:55 |
| 3 | on the call right now, on behalf of the Defendants | 01:14:57 |
| 4 | are myself, Diana Shew and senior assistant attorney | 01:15:00 |
| 5 | general, Sara Sedgewick. | 01:15:05 |
| 6 | So if somebody from the Plaintiff's | 01:15:06 |
| 7 | counsel could just give a listing of who all is | 01:15:09 |
| 8 | participating either by phone or on this video, that | 01:15:13 |
| 9 | would be great so the court reporter will have a good | 01:15:17 |
| 10 | record of who is participating. Does somebody want | 01:15:21 |
| 11 | to do that? | 01:15:36 |
| 12 | MS. KADIVAR: Hello, can you guys hear | 01:15:37 |
| 13 | me? | 01:15:39 |
| 14 | MS. SHEW: Yes. | 01:15:41 |
| 15 | MS. KADIVAR: This is Sammy Kadivar from | 01:15:41 |
| 16 | Baker Botts, and with me is Kathryn Christopherson, | 01:15:43 |
| 17 | also from Baker Botts, and Brant Roessler also from | 01:15:46 |
| 18 | Baker Botts. And then we have Sasha Buchert, from | 01:15:49 |
| 19 | Lambda Legal. | 01:15:49 |
| 20 | MS. SHEW: All right. Thank you. Thank | 01:15:56 |
| 21 | you. And with that, I believe we are ready to | 01:15:57 |
| 22 | proceed unless anybody has any more questions or | 01:16:01 |
| 23 | announcements before we start. All right. Again, I | 01:16:04 |
| 24 | think it is important to not step on each other's | 01:16:10 |
| 25 | toes verbally, just because it does mess up the WebEx | 01:16:14 |

Case 3:19-cv-00328 Document 81-2 Filed 05/29/20 Page 9 of 107 PageID #: 15617
**Elite Reporting Services** (901) 521-1467
**www.EliteReportingServices.com**

| | | |
|---|---|---|
| 1 | sound.  And certainly if people can remain mute | 01:16:18 |
| 2 | that's good.  If somebody wants to make an objection | 01:16:23 |
| 3 | and comes in -- comes in a little late because they | 01:16:26 |
| 4 | had to unmute, that's going to work fine, we're not | 01:16:31 |
| 5 | going to call you out because you didn't get in fast | 01:16:34 |
| 6 | enough on an objection, we're not going to do | 01:16:35 |
| 7 | anything like that so. | 01:16:39 |
| 8 | BY MS. SHEW: | 01:16:39 |
| 9 | Q.     All right.  Ms. Gore, again, my name is | 01:16:41 |
| 10 | Dianna Shew.  Would you just please state your full | 01:16:43 |
| 11 | name for the record, please. | 01:16:46 |
| 12 | A.     Kayla Renee Gore. | 01:16:47 |
| 13 | Q.     Ms. Gore, I am a senior assistant attorney | 01:16:53 |
| 14 | general, I represent the Defendants in this lawsuit | 01:16:57 |
| 15 | that you and other Plaintiffs have filed.  Have you | 01:16:58 |
| 16 | ever given a deposition before? | 01:17:01 |
| 17 | A.     No, ma'am. | 01:17:02 |
| 18 | Q.     Okay.  Well, I'm sure your attorneys have | 01:17:05 |
| 19 | explained this, but just so we can have some ground | 01:17:10 |
| 20 | rules on the record, as we've talked about, there is | 01:17:13 |
| 21 | a court reporter who is going to be taking down | 01:17:14 |
| 22 | everything that everybody says, and creating a paper | 01:17:16 |
| 23 | transcript, or electronic transcript, but no video. | 01:17:18 |
| 24 | So it's important that we both give audible | 01:17:23 |
| 25 | responses, things like yes or no, or you know, | 01:17:28 |

Case 3:19-cv-00328 Document 83-6 Filed 09/22/20 Page 10 of 106 PageID #: 1562
Elite Reporting Services (901) 522-4445
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | sentences, whatever you need to tell the truth and | 01:17:31 |
| 2 | answer the question.  But no head nods or uh-huhs or | 01:17:36 |
| 3 | huh-huhs because those never -- those just never seem | 01:17:40 |
| 4 | to come out right. | 01:17:41 |
| 5 |         If at any point I ask you a question and | 01:17:42 |
| 6 | you can't hear the question or you don't understand | 01:17:45 |
| 7 | my question, please tell me that, and I'll be glad to | 01:17:47 |
| 8 | restate or rephrase the question for you.  The other | 01:17:52 |
| 9 | thing I would say, is if at any point you need a | 01:17:59 |
| 10 | break, just say so.  This is not an endurance | 01:17:59 |
| 11 | competition.  I just ask that you not ask for a break | 01:18:01 |
| 12 | when I've got an open question out there that you | 01:18:03 |
| 13 | haven't answered yet.  I don't expect this deposition | 01:18:06 |
| 14 | is going to take an incredibly long time at all.  I | 01:18:10 |
| 15 | try to be pretty efficient, but again, if at any | 01:18:14 |
| 16 | point you want or need a break, just say so and we | 01:18:16 |
| 17 | will take a break. | 01:18:21 |
| 18 |         All right.  Ms. Gore, what is your | 01:18:22 |
| 19 | current address? | 01:18:25 |
| 20 | A.      ███████████████████████████████ | 01:18:26 |
| 21 | ████████. | 01:18:34 |
| 22 | Q.      And you have resided in Memphis your entire | 01:18:34 |
| 23 | life except for one year; correct? | 01:18:37 |
| 24 | A.      Yeah. | 01:18:41 |
| 25 | Q.      And what is -- sorry, when was the one year | 01:18:42 |

| | | |
|---|---|---|
| 1 | that you did not reside in Memphis? | 01:18:48 |
| 2 | A.    I can't recall the exact year. | 01:18:49 |
| 3 | Q.    Do you know the approximate year? | 01:18:54 |
| 4 | A.    I think 2008. | 01:18:56 |
| 5 | Q.    Okay.  And where did you live during that | 01:19:05 |
| 6 | time period? | 01:19:08 |
| 7 | A.    Phoenix, Arizona. | 01:19:11 |
| 8 | Q.    What was your reason or motivation for moving | 01:19:17 |
| 9 | to Phoenix at that time? | 01:19:22 |
| 10 | A.    I was offered a job at the University of | 01:19:25 |
| 11 | Phoenix, in their call center. | 01:19:27 |
| 12 | Q.    Okay.  Did you work in that call center for | 01:19:30 |
| 13 | that year? | 01:19:34 |
| 14 | A.    I did not. | 01:19:34 |
| 15 | Q.    Did you -- but you lived in Phoenix during | 01:19:38 |
| 16 | that time? | 01:19:45 |
| 17 | A.    Yes. | 01:19:45 |
| 18 | Q.    Okay.  Did you attend high school in Memphis? | 01:19:46 |
| 19 | A.    Yes. | 01:19:55 |
| 20 | Q.    What high school is that? | 01:19:58 |
| 21 | A.    Melrose high school. | 01:20:00 |
| 22 | Q.    Did you attend college after high school? | 01:20:07 |
| 23 | A.    Yes. | 01:20:10 |
| 24 | Q.    Where was that? | 01:20:10 |
| 25 | A.    Southwest Community College. | 01:20:12 |

**Elite Reporting Services** (901) 522-4667
www.EliteReportingServices.com

```
1    Q.      Did you obtain a degree there?                01:20:22

2    A.      No.                                           01:20:24

3    Q.      Okay.  What kind of courses were you studying 01:20:25

4    when you were at Southwest Community College?         01:20:29

5    A.      Business administration and sociology.        01:20:32

6    Q.      Did you take any other college courses after  01:20:36

7    leaving Southwest Community College?                  01:20:42

8    A.      Yes.                                          01:20:47

9    Q.      Okay.  Can you describe that for me, please?  01:20:49

10   A.      They were online classes with the University  01:20:51

11   of Phoenix.                                           01:20:57

12   Q.      Okay.  What kind of topics were you studying? 01:20:58

13   A.      Business administration.                      01:21:02

14   Q.      And did you get any type of degree from the   01:21:06

15   University of Phoenix?                                01:21:12

16   A.      No.                                           01:21:13

17   Q.      Any other college coursework?                 01:21:15

18   A.      No.                                           01:21:18

19   Q.      Okay.  Do you have any specialty training     01:21:21

20   outside of college course work, any training that     01:21:28

21   you've taken for specialty types of jobs?             01:21:32

22   A.      Yes.                                          01:21:37

23   Q.      Okay.  Describe that for me, please.          01:21:38

24   A.      I'm a certified HIV tester with the State of  01:21:43

25   Tennessee, through the Department of Health.          01:21:55
```

**Elite Reporting Services** (901) 522-4667
**www.EliteReportingServices.com**

|   |   |   |
|---|---|---|
| 1 | Q.      Did you say a certified -- say that again, | 01:21:57 |
| 2 | I'm sorry, I didn't hear it. | 01:21:59 |
| 3 | A.      A certified HIV tester. | 01:22:00 |
| 4 | Q.      Tester.  Okay.  Okay.  Anything else? | 01:22:03 |
| 5 | A.      That's all. | 01:22:09 |
| 6 | Q.      Okay.  Do you hold any other certificates or | 01:22:11 |
| 7 | licenses besides that? | 01:22:14 |
| 8 | A.      Certificates, yes.  I can't recall them all, | 01:22:17 |
| 9 | though. | 01:22:26 |
| 10 | Q.      Can you recall any of them? | 01:22:26 |
| 11 | A.      Yes, Building Leaders of Color training | 01:22:31 |
| 12 | certificate, a completion from NMAC, formerly the | 01:22:36 |
| 13 | National Minority AIDS Coalition, located in DC.  I | 01:22:41 |
| 14 | think that's about it that I can think of. | 01:22:49 |
| 15 | Q.      Okay.  Do you, Ms. Gore, consider yourself an | 01:22:51 |
| 16 | expert on the distinctions, if any, between sex and | 01:23:02 |
| 17 | gender? | 01:23:08 |
| 18 | MS. KADIVAR:  Objection to form. | 01:23:08 |
| 19 | MS. SHEW:  What's the form problem?  I'm | 01:23:16 |
| 20 | just asking her if she considers herself an expert. | 01:23:16 |
| 21 | I'm not challenging her on that. | 01:23:19 |
| 22 | You may answer,  Ms. Gore. | 01:23:19 |
| 23 | BY MS. SHEW: | 01:23:57 |
| 24 | Q.      Okay.  So Ms. Gore, you do not plan to offer | 01:23:57 |
| 25 | expert testimony on that topic in this lawsuit; is | 01:24:03 |

**Elite Reporting Services** (901) 522-4667
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | that correct? | 01:24:06 |
| 2 | A.    Yes, that is correct. | 01:24:06 |
| 3 | Q.    Do you -- do you consider yourself to be an | 01:24:10 |
| 4 | expert or plan to offer expert testimony on any of | 01:24:15 |
| 5 | the other issues that you understand are part of this | 01:24:19 |
| 6 | lawsuit? | 01:24:23 |
| 7 | A.    I don't understand what the question is.  Ask | 01:24:23 |
| 8 | me again. | 01:24:30 |
| 9 | Q.    Okay.  Well, I'm -- I'm here primarily today | 01:24:30 |
| 10 | to ask you about facts that you know that are within | 01:24:34 |
| 11 | your personal knowledge, things that you know about | 01:24:37 |
| 12 | the facts of this case.  But my question before we | 01:24:41 |
| 13 | sort of dive into the facts is, in addition to being | 01:24:44 |
| 14 | able to tell me about the facts of the case as you | 01:24:48 |
| 15 | know them, do you intend by virtue of training, | 01:24:51 |
| 16 | expertise, et cetera, to offer opinions as an expert | 01:24:54 |
| 17 | on any of these -- on any of these topics, things | 01:24:57 |
| 18 | that -- as an expert things that would be not | 01:25:02 |
| 19 | necessarily within your personal knowledge, but | 01:25:04 |
| 20 | things that you would know by virtue of training or | 01:25:09 |
| 21 | experience? | 01:25:15 |
| 22 | A.    I'm not sure how to answer that question, | 01:25:17 |
| 23 | because I don't know what the questions you're going | 01:25:20 |
| 24 | to ask me, and I don't know what my expertise would | 01:25:22 |
| 25 | be for those questions until you ask me those | 01:25:24 |

Case 3:19-cv-00328 Document 84-6 Filed 05/06/20 Page 52 of 167 PageID #: 1503
Elite Reporting Services (901) 522-4667
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | questions.  Does that make sense? | 01:25:27 |
| 2 | Q.    I think your answer makes sense.  And maybe | 01:25:29 |
| 3 | my question wasn't very clear, because really all I | 01:25:31 |
| 4 | intend to ask you about are things that are about you | 01:25:32 |
| 5 | and your knowledge.  That's all I can -- I'm asking | 01:25:36 |
| 6 | if you know things, because your counsel has | 01:25:40 |
| 7 | experts -- expert witnesses as well, who are going to | 01:25:43 |
| 8 | talk about things that don't pertain to them as | 01:25:47 |
| 9 | persons, but things that they know because of their | 01:25:50 |
| 10 | education, experience and training that they're going | 01:25:55 |
| 11 | to talk about that don't pertain to them as a person. | 01:25:58 |
| 12 | And I'm just asking whether you intend to offer any | 01:26:00 |
| 13 | testimony like that, or if your intended testimony in | 01:26:04 |
| 14 | this case has to do with you as a person, things that | 01:26:07 |
| 15 | you know about you as a person that you know you've | 01:26:09 |
| 16 | experienced or seen or know from your own personal | 01:26:13 |
| 17 | experience. | 01:26:17 |
| 18 | A.    Yes, I will be giving expert testimony on | 01:26:18 |
| 19 | myself and my personal experiences related to the | 01:26:20 |
| 20 | case. | 01:26:24 |
| 21 | Q.    All right.  I think we're on the same page. | 01:26:25 |
| 22 | Thank you.  Ms. Gore, are you married? | 01:26:28 |
| 23 | A.    No.  Single. | 01:26:31 |
| 24 | Q.    Have you ever been married? | 01:26:34 |
| 25 | A.    No. | 01:26:36 |

Case 3:19-cv-0031&liteCReporting Services/20 (90age822f4407PageID #: 1504
Elite Reporting Services * (901) 522-4667
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | Q.     Okay.  Ms. Gore, you've stated in the | 01:26:37 |
| 2 | pleadings that you've filed in this case, and in the | 01:26:51 |
| 3 | declarations that you filed in this case, that you | 01:26:54 |
| 4 | are a transgender person; correct? | 01:26:56 |
| 5 | A.     Yes, that is correct. | 01:27:00 |
| 6 | Q.     Okay.  Do your immediate and/or extended | 01:27:01 |
| 7 | family know that you are a transgender person? | 01:27:07 |
| 8 | A.     Yes, that is correct. | 01:27:15 |
| 9 | Q.     Okay.  So -- yeah, she's got it on mute, | 01:27:16 |
| 10 | okay.  Sorry.  So I'm sorry, they do know that you | 01:27:22 |
| 11 | are a transgender person; correct? | 01:27:26 |
| 12 | A.     Yes. | 01:27:30 |
| 13 | Q.     Okay.  How long have they known that? | 01:27:30 |
| 14 | A.     Eight or more years. | 01:27:34 |
| 15 | Q.     Okay.  What about your social friends, do | 01:27:45 |
| 16 | your social friends know that you're a transgender | 01:27:49 |
| 17 | person? | 01:27:53 |
| 18 | A.     Yes. | 01:27:54 |
| 19 | Q.     And how long have they known that? | 01:27:54 |
| 20 | A.     Various times. | 01:27:57 |
| 21 | Q.     What would you say is the -- if you go back | 01:28:06 |
| 22 | to the longest point in time that one of your social | 01:28:10 |
| 23 | friends became aware that you were a transgender | 01:28:14 |
| 24 | person, when would that have been? | 01:28:19 |
| 25 | A.     Maybe 2008. | 01:28:22 |

```
 1    Q.     Okay.  Do your professional colleagues and    01:28:42
 2    contacts know that you are a transgender person?      01:28:50
 3    A.     Yes.                                           01:28:53
 4    Q.     Okay.  And how long have they known that?      01:28:56
 5    A.     Different times.  A lot of times I'm not as     01:29:16
 6    open initially with people, to retain some of my own  01:29:19
 7    privacy.                                              01:29:23
 8    Q.     Do you currently have professional colleagues  01:29:24
 9    that do not know that you are a transgender           01:29:29
10    person?                                               01:29:32
11    A.     I would be speculating, but I am sure there    01:29:33
12    are some people who do not know.  I've had some       01:29:45
13    colleagues that I've known for years and they've      01:29:48
14    divulged that when they initially met me they did not 01:29:52
15    know that I was trans until I told them.  So I        01:29:57
16    couldn't really give you a definitive answer.         01:30:00
17    Q.     Okay.  Are there any persons that you, who     01:30:03
18    you do not want to know or to find out that you are a 01:30:11
19    transgender person?                                   01:30:14
20    A.     Yes, there are.                                01:30:15
21    Q.     Okay.  And who are those persons?              01:30:19
22    A.     People who I do not personally know.           01:30:22
23    Q.     So strangers?                                  01:30:31
24    A.     Yes, strangers.  That could be future          01:30:34
25    employers, that could be anybody that I don't         01:30:40
```

Elite Reporting Services * (901) 522-4667
www.EliteReportingServices.com

| | |
|---|---|
| 1 | currently know. | 01:30:45 |
| 2 | Q.     Okay.  Have you ever attended public events | 01:30:45 |
| 3 | which acknowledge or celebrate the LBGQ community, | 01:31:11 |
| 4 | Pride Parades, any other kinds of celebrations? | 01:31:17 |
| 5 | A.     Yes, ma'am. | 01:31:19 |
| 6 | Q.     Okay.  What types of -- which one, tell me | 01:31:19 |
| 7 | the ones you can recall. | 01:31:23 |
| 8 | A.     I have attended several Memphis Pride, I have | 01:31:25 |
| 9 | attended several equality rallies that were specific | 01:31:30 |
| 10 | to a transgender community here in Memphis.  I have | 01:31:35 |
| 11 | attended some regional events and some national | 01:31:39 |
| 12 | events as well. | 01:31:44 |
| 13 | Q.     All right.  I would like to turn now, to some | 01:31:45 |
| 14 | of the documents that we told your counsel we would | 01:31:57 |
| 15 | be using and asking you about in this case.  And the | 01:32:02 |
| 16 | first one I would like to look at is the -- | 01:32:04 |
| 17 | A.     Your audio was breaking up. | 01:32:04 |
| 18 | Q.     I'm sorry.  I'll have to pay more attention | 01:32:13 |
| 19 | to where my microphone is. | 01:32:18 |
| 20 | I would like you to look at some of the | 01:32:22 |
| 21 | documents that I think your counsel told us we were | 01:32:22 |
| 22 | going to look at today.  The first one I would like | 01:32:23 |
| 23 | to look at is the amended complaint if you've got | 01:32:24 |
| 24 | that where you can refer. | 01:32:28 |
| 25 | A.     Yes, I do. | 01:32:29 |

| | | |
|---|---|---|
| 1 | Q.     First question I would like to ask you is, | 01:32:30 |
| 2 | did you review this amended complaint before it was | 01:32:47 |
| 3 | filed with the Court? | 01:32:49 |
| 4 | A.     Yes, I did. | 01:32:53 |
| 5 | Q.     Okay.  All right.  I would like to turn to | 01:32:54 |
| 6 | the portion of the amended complaint that actually | 01:33:08 |
| 7 | deals with your allegations specifically, and that | 01:33:10 |
| 8 | starts at Paragraph 78, numbered paragraph 78 of that | 01:33:13 |
| 9 | amended complaint.  If you can find that? | 01:33:20 |
| 10 | A.     Uh-huh. | 01:33:28 |
| 11 | Q.     All right.  And just looking below that | 01:33:30 |
| 12 | numbered paragraph 79 it says Ms. Gore wishes to | 01:33:36 |
| 13 | correct her Tennessee birth certificate which | 01:33:44 |
| 14 | currently indicates that her sex is a male, to | 01:33:46 |
| 15 | accurately reflect her sex is female as determined | 01:33:49 |
| 16 | by her gender identity.  Do you see that | 01:34:00 |
| 17 | Paragraph 79? | 01:34:04 |
| 18 | A.     Yes, I do. | 01:34:04 |
| 19 | Q.     Is it accurate that you wish to correct your | 01:34:04 |
| 20 | Tennessee birth certificate to refer to your sex as | 01:34:06 |
| 21 | female? | 01:34:10 |
| 22 | A.     That is correct. | 01:34:10 |
| 23 | Q.     Okay.  Have you made any attempts to do that? | 01:34:12 |
| 24 | A.     Yes, I have. | 01:34:15 |
| 25 | Q.     All right. | 01:34:19 |

Elite Reporting Services  (901) 522-4667
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | A.       Not any attempts specifically for my gender | 01:34:21 |
| 2 | marker, because it's currently not allowed by law, | 01:34:26 |
| 3 | but I have made attempts to change my name on my | 01:34:30 |
| 4 | birth certificate. | 01:34:34 |
| 5 | Q.       And have you been successful? | 01:34:35 |
| 6 | A.       No, I have not. | 01:34:41 |
| 7 | Q.       Okay.  Tell me -- tell me how you've | 01:34:43 |
| 8 | attempted to change the name on your birth | 01:34:47 |
| 9 | certificate, what steps have you taken? | 01:34:50 |
| 10 | A.       The process -- the process here is there is a | 01:34:52 |
| 11 | form that you can get from the local health | 01:34:56 |
| 12 | department, you fill that form out, you accompany | 01:34:59 |
| 13 | that form with a money order for the actual baby | 01:35:02 |
| 14 | birth certificate, you mail that to the Tennessee | 01:35:07 |
| 15 | Department of Records in Nashville, and then they | 01:35:09 |
| 16 | return you your updated birth certificate within 45 | 01:35:14 |
| 17 | days.  Or you can physically take it to the | 01:35:20 |
| 18 | department of records if you're in the area of | 01:35:24 |
| 19 | Nashville. | 01:35:26 |
| 20 | Q.       So have you -- have you completed the form | 01:35:26 |
| 21 | and mailed that to the Office of Vital Records? | 01:35:30 |
| 22 | A.       Yes, ma'am, I have. | 01:35:35 |
| 23 | Q.       And when did you do that? | 01:35:36 |
| 24 | A.       October of last year. | 01:35:37 |
| 25 | Q.       Have you -- have you had any communication | 01:35:48 |

| | | |
|---|---|---|
| 1 | with that office since you sent that form? | 01:35:53 |
| 2 | A.     No, I have not. | 01:35:56 |
| 3 | Q.     Have you tried to inquire why you haven't had | 01:36:07 |
| 4 | a response since October? | 01:36:10 |
| 5 | A.     No, I haven't. | 01:36:12 |
| 6 | Q.     Have you made any other attempts to change | 01:36:26 |
| 7 | any other information on your birth certificate? | 01:36:29 |
| 8 | A.     No. | 01:36:32 |
| 9 | Q.     All right.  Looking at Paragraph 81 of the | 01:36:33 |
| 10 | amended complaint, it has a list of your different | 01:36:48 |
| 11 | community advocacy efforts, and I wanted to go | 01:37:00 |
| 12 | through those with you.  It says presently you are | 01:37:04 |
| 13 | the southern regional organizer with TLC@SONG. | 01:37:06 |
| 14 | What -- how long have you been in that position where | 01:37:11 |
| 15 | you're the southern regional -- a southern regional | 01:37:14 |
| 16 | organizer? | 01:37:19 |
| 17 | A.     A little over a year. | 01:37:21 |
| 18 | Q.     Okay.  And what does that actually involve, | 01:37:22 |
| 19 | what do you do as a southern regional organizer for | 01:37:31 |
| 20 | that organization? | 01:37:36 |
| 21 | A.     I work regionally in the south with LGBTQ | 01:37:36 |
| 22 | people around the missions and values of the | 01:37:43 |
| 23 | transgender law center and Southerners on | 01:37:43 |
| 24 | New Ground. | 01:37:49 |
| 25 | Q.     Okay.  What might that -- what does that look | 01:37:49 |

Elite Reporting Services (901) 522-4667
www.EliteReportingServices.com

```
 1    like on an everyday basis?  I mean do you meet with      01:37:53
 2    them, do you point them toward help and services,        01:37:57
 3    what -- what -- I mean, what does that actually           01:38:02
 4    entail?                                                   01:38:05
 5    A.      In my role as southern regional organizer, we    01:38:06
 6    convene -- southerners convening with queer              01:38:13
 7    southerners throughout the south periodically            01:38:15
 8    throughout the year, organizing around issues that       01:38:18
 9    are specific to their communities.                       01:38:22
10    Q.      Is it educational, is it support, is it all      01:38:24
11    of the above?                                            01:38:29
12    A.      I would say it's a little bit of all of that.    01:38:29
13    Q.      And then it says prior to your work with         01:38:33
14    TLC@SONG you worked as a transgender services            01:38:42
15    specialist at OUTMemphis, a Memphis based community      01:38:46
16    center that provides education, programming and          01:38:50
17    services for LGBTQ people in the Mid South.  So what     01:38:50
18    did you do as the transgender services specialist at    01:38:55
19    OUTMemphis?                                              01:39:00
20    A.      Oh, a lot of things.                             01:39:00
21    Q.      Okay.                                            01:39:05
22    A.      So we are -- well, we still are OUTMemphis is    01:39:05
23    the only LGBTQ center within a 200-mile radius in the    01:39:12
24    Mid South area, so we would serve all of the LGBTQ       01:39:17
25    folks on a gamut of needs, whether that was direct       01:39:20
```

**Elite Reporting Services** (901) 522-4667
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | services, if there was community support in different | 01:39:24 |
| 2 | ways, helping different events, depending on the | 01:39:28 |
| 3 | political climate here in Memphis and nationally. | 01:39:34 |
| 4 | Q.     So how long were you in that role? | 01:39:40 |
| 5 | A.     Three years. | 01:39:42 |
| 6 | Q.     Okay.  So if I understood you, you said that | 01:39:43 |
| 7 | that was the only -- that was the only such outreach | 01:39:48 |
| 8 | within a 200-mile radius of Memphis? | 01:39:53 |
| 9 | A.     That provided the services that we provided | 01:39:57 |
| 10 | specifically for the LGBTQ community. | 01:40:00 |
| 11 | Q.     Did you reach outside of the state of | 01:40:02 |
| 12 | Tennessee?  I mean because that would encompass east | 01:40:07 |
| 13 | Arkansas, Mississippi, so were you reaching into | 01:40:11 |
| 14 | those neighboring states? | 01:40:15 |
| 15 | A.     Yes, Jackson, Tennessee, Jackson -- Jackson, | 01:40:17 |
| 16 | Tennessee.  Southaven, Mississippi, Olive Branch. | 01:40:22 |
| 17 | West Tennessee in Arkansas, yeah. | 01:40:27 |
| 18 | Q.     Okay.  And then finally this paragraph | 01:40:31 |
| 19 | recites that you are one of the founders and the | 01:40:37 |
| 20 | director of My Sistah's House, a nonprofit that | 01:40:39 |
| 21 | provides resources and emergency shelter to | 01:40:43 |
| 22 | transgender and gender nonconforming people in the | 01:40:46 |
| 23 | Memphis area.  When did you help found My Sistah's | 01:40:47 |
| 24 | House? | 01:40:53 |
| 25 | A.     In 2017. | 01:40:53 |

```
1    Q.     And are you currently its director?        01:40:58

2    A.     Yes.                                        01:41:03

3    Q.     Do you get a salary in that role?          01:41:06

4    A.     No.  We're completely volunteer.           01:41:19

5    Q.     Okay.  Do you -- one of the activities it  01:41:27

6    lists of course is providing emergency shelter.  Do  01:41:41

7    you have any sort of work or cooperative arrangement  01:41:46

8    with the Memphis police, the Shelby County Sheriff's  01:41:50

9    Department or anybody like that, do you get referrals  01:41:54

10   from law enforcement?                              01:41:57

11   A.     No, we don't.  Possibly through like -- yeah,  01:41:58

12   through different channels, yes, but not directly  01:42:07

13   from the Memphis Police Department or the Sheriff's  01:42:12

14   Department, you know.                              01:42:14

15   Q.     Where would you -- how would a transgender  01:42:15

16   person or gender nonconforming person who needs some  01:42:20

17   sort of emergency help from you, how would they find  01:42:24

18   you, or how would they know about you, how would they  01:42:28

19   know about My Sistah's House?                      01:42:32

20   A.     We have a team of volunteers, maybe upward to  01:42:35

21   25 volunteers who basically disseminate the         01:42:37

22   information throughout the community through other  01:42:42

23   partner organizations that I've like formerly worked  01:42:44

24   for or with, whether as an employee or a volunteer.  01:42:46

25   People just know that this is something that I've    01:42:50
```

Elite Reporting Services (901) 522-4667
www.EliteReportingServices.com

|   |   |   |
|---|---|---|
| 1 | been providing.  And they can also go to our | 01:42:53 |
| 2 | website. | 01:42:59 |
| 3 | Q.     What's that -- what's the website? | 01:43:00 |
| 4 | A.     Or social media. | 01:43:03 |
| 5 | Q.     Okay. | 01:43:04 |
| 6 | A.     Www.mshmemphis.org. | 01:43:09 |
| 7 | Q.     Okay.  Okay.  Looking further on the amended | 01:43:09 |
| 8 | complaint at Paragraph 83, it says -- I'm | 01:43:20 |
| 9 | paraphrasing, but since you were a young child, | 01:43:28 |
| 10 | Ms. Gore knew she was a girl, she began showing | 01:43:32 |
| 11 | interest in expressing female gender identity, | |
| 12 | including by wearing feminine clothes, makeup and | |
| 13 | high heels.  However, at that time, she was | |
| 14 | discouraged from expressing her female gender | |
| 15 | identity and ceased expressing herself in that way. | |
| 16 | By who were you discouraged? | |
| 17 | A.     I was discouraged by family members, | 01:43:55 |
| 18 | by -- yeah, mostly was at that time it was just | 01:44:01 |
| 19 | family. | 01:44:06 |
| 20 | Q.     Okay.  And then Paragraph 84, "By her early | 01:44:07 |
| 21 | twenties, Ms. Gore began expressing her female gender | 01:44:15 |
| 22 | identity again and soon after, began identifying as | 01:44:17 |
| 23 | female.  By 2012, Ms. Gore was living openly as the | 01:44:20 |
| 24 | woman that she is."  When you were in your early 20's | 01:44:24 |
| 25 | and began expressing your female gender identity, how | 01:44:30 |

```
1    did you do that, was that -- well, I will just let        01:44:36
2    you, I won't speculate.  How did you begin expressing     01:44:39
3    your female gender identity again?                        01:44:43
4    A.      Well, I was grown and I had my own                01:44:46
5    employment, so I would -- I started experimenting         01:44:55
6    with the more feminine expressions in the clothes         01:44:58
7    that I wore, the shoes that I wore, the jewelry that       01:45:01
8    I wore, just my outward appearance became to be more      01:45:05
9    feminine presenting time.                                 01:45:15
10   Q.      Okay.  Okay.  Paragraph 85, "Since beginning      01:45:17
11   to live openly as a woman, Ms. Gore has taken steps       01:45:17
12   to bring all aspects of her life into conformity with     01:45:36
13   her female gender identity, including steps to            01:45:40
14   socially and medically transition."  And I want to       01:45:42
15   preface my next question by saying that in the            01:45:50
16   context of your deposition I don't -- I'm not going       01:45:56
17   to pry deeply into personal information, because          01:46:01
18   frankly I don't think it's pertinent, but I do want       01:46:09
19   to ask this one question.                                 01:46:12
20          And I may ask a couple of more, but again          01:46:15
21   I just want to before we -- before we have to start a     01:46:18
22   line of objections that may not be necessary, I just      01:46:21
23   want to say I'm not going to pry deeply into              01:46:25
24   anybody's personal information here.  But                 01:46:27
25   paragraph -- I'll just tell you and you can look for      01:46:29
```

| | | |
|---|---|---|
| 1 | yourself, but at Paragraph 37 in the amended | 01:46:31 |
| 2 | complaint it states that the steps a transgender | 01:46:33 |
| 3 | person could take to transition, as well as to treat | 01:46:33 |
| 4 | their gender dysphoria vary, but the steps generally | 01:46:39 |
| 5 | include one or more of the following:  And these | 01:46:42 |
| 6 | three steps are described the same in many of the | 01:46:46 |
| 7 | documents in this case.  One is social transition; | 01:46:47 |
| 8 | two is hormone therapy; three is gender-confirming | 01:46:50 |
| 9 | surgery as the -- as the possible steps that one | 01:46:55 |
| 10 | might elect to take.  And my question to you is which | 01:46:59 |
| 11 | of those three steps, any or all, have you taken in | 01:47:02 |
| 12 | order to bring the aspects of your life into | 01:47:07 |
| 13 | conformity with your gender identify. | 01:47:12 |
| 14 | A.      Okay.  Can you give me a moment to review | 01:47:16 |
| 15 | 37? | 01:47:20 |
| 16 | Q.      You bet, as much time as you need. | 01:47:21 |
| 17 | A.      I have all three of these.  As I stated in my | 01:47:39 |
| 18 | previous answer to the previous questions, the | 01:47:41 |
| 19 | beginning stages was the social transition, which was | 01:47:43 |
| 20 | my gender expression outwardly.  And then from there | 01:47:46 |
| 21 | on, I went through the hormone replacement therapy | 01:47:52 |
| 22 | and then I've had gender conforming, confirming | 01:47:54 |
| 23 | surgery. | 01:47:58 |
| 24 | Q.      Okay.  Looking down at Paragraph 89 it says | 01:48:03 |
| 25 | that you have corrected your name and gender marker | 01:48:21 |

Case 3:19-cv-00328 Document 84-6 06/10/20 Page 22 of 40 PageID #: 1526
**Elite Reporting Services** (901) 522-4667
**www.EliteReportingServices.com**
28

| | | |
|---|---|---|
| 1 | to be consistent with your female gender identity in | 01:48:26 |
| 2 | all identity documents except your birth certificate, | 01:48:29 |
| 3 | and that includes your Tennessee state | 01:48:33 |
| 4 | identification, your Tennessee voter registration | 01:48:33 |
| 5 | card, and your Social Security records, do you see | 01:48:41 |
| 6 | that? | 01:48:44 |
| 7 | A.     Yes. | 01:48:44 |
| 8 | Q.     Are there any other documents where you have | 01:48:46 |
| 9 | changed the gender marker?  And I will just -- I | 01:48:49 |
| 10 | should have said this earlier, but I'm going to use | 01:48:54 |
| 11 | the term "gender marker" because it's used in your | 01:48:56 |
| 12 | complaint and I think it's a term that I perceive | 01:48:58 |
| 13 | that you are comfortable using.  I'm not conceding | 01:49:02 |
| 14 | that it has a particular term of art, but I'm using | 01:49:06 |
| 15 | it as it's used in your amended complaint.  So do you | 01:49:09 |
| 16 | have a Tennessee driver's license? | 01:49:12 |
| 17 | A.     I have a state ID. | 01:49:14 |
| 18 | Q.     Okay.  But no driver's license? | 01:49:20 |
| 19 | A.     Correct. | 01:49:22 |
| 20 | Q.     Correct.  Okay.  Do you have a passport? | 01:49:23 |
| 21 | A.     No. | 01:49:27 |
| 22 | Q.     Okay.  Are there any other documents you can | 01:49:29 |
| 23 | recall where you have changed the gender marker | 01:49:38 |
| 24 | besides your Tennessee state identification card, | 01:49:42 |
| 25 | your Tennessee voter registration card and your | 01:49:46 |

**Elite Reporting Services** (901) 522-4667
**www.EliteReportingServices.com**

01:49:50
01:49:53
01:49:57
01:50:01
01:50:05
01:50:08
01:50:08
01:50:19
01:50:22
01:50:27
01:50:31
01:50:31
01:50:33
01:50:35
01:50:37
01:50:44
01:50:44
01:51:20
01:51:24
01:51:27
01:51:29
01:51:32
01:51:38
01:51:41
01:51:53

1  Social Security records?  Like if you have licenses,

2  certificates, and they may not even have a field for

3  sex or gender, I realize that, but can you think of

4  any, are there any other documents where there is a

5  field that says either sex or gender on it and you

6  have changed that?

7  A.     My health insurance card has a gender marker

8  on it and I changed that to female.

9  Q.     Okay.

10  A.     Yes, I think that's --

11  Q.     Any others that you can recall?

12  A.     Oh, I have -- I have a ████████ card, it

13  identifies me as female.

14  Q.     You have -- I'm sorry, what kind of card?

15  A.     ████████, it's like a supplementary health

16  insurance card.

17  Q.     Okay.  At Paragraph 91 it says, "As a result

18  of the birth certificate policy, the sex designation

19  on Ms. Gore's birth certificate still incorrectly

20  identifies her as male."

21        I'm going to ask you two questions about

22  that Paragraph 91.  First what -- what does it mean

23  to you to refer to Tennessee's birth certificate

24  policy?

25        MS. KADIVAR:  Object to the form.

```
 1    BY MS. SHEW:                                          01:51:53
 2    Q.    You're permitted to answer if you can          01:51:56
 3    answer.                                               01:51:58
 4    A.    I don't necessarily understand what -- yeah,   01:52:00
 5    I don't understand the question.                      01:52:06
 6    Q.    Okay.  Well, in Paragraph 91 if you see it     01:52:08
 7    says as a result of the birth certificate policy,    01:52:15
 8    you're incorrectly identified as a male, and there   01:52:16
 9    are places, other places and we can get to those a   01:52:20
10    little bit later that refers to Tennessee's, and the 01:52:25
11    words used are "birth certificate policy", and I'm   01:52:27
12    just asking you, what does that term mean to you,    01:52:31
13    what is Tennessee's birth certificate policy as you  01:52:34
14    understand it that is resulting in your sex          01:52:36
15    designation being incorrect?                         01:52:42
16    A.    It doesn't allow for me to change --           01:52:49
17          MS. KADIVAR:  Objection.                        01:52:50
18          THE WITNESS:  Sorry.                            01:52:53
19          MS. KADIVAR:  No, go ahead, Kayla.              01:52:54
20          THE WITNESS:  It doesn't allow for me to       01:52:54
21    change my gender marker or anyone for that matter if 01:52:57
22    there was a mistake when it was -- when the document 01:53:00
23    was created at the time of my birth.                 01:53:06
24    BY MS. SHEW:                                          01:53:10
25    Q.    Okay.  And then again in Paragraph 91 it says  01:53:11
```

| | |
|---|---|
| 1 | the sex designation on your birth certificate still |
| 2 | incorrectly identifies you as a male, and we've |
| 3 | discussed that's actually pled earlier in this |
| 4 | amended complaint that your birth certificate states |
| 5 | that you are male.  Do you know -- do you know why |
| 6 | you -- your birth certificate designated that you |
| 7 | were male at the time that it was completed? |
| 8 | MS. KADIVAR:  Objection to form. |
| 9 | THE WITNESS:  No, I'm not sure. |
| 10 | BY MS. SHEW: |
| 11 | Q.     Okay.  Do you -- do you have any reason to |
| 12 | believe it was anything other than the appearance of |
| 13 | external -- of your external genitalia at the time |
| 14 | you were born? |
| 15 | A.     No, ma'am. |
| 16 | Q.     Do you believe that -- is it any reason other |
| 17 | than that? |
| 18 | MS. KADIVAR:  Same objection. |
| 19 | THE WITNESS:  Could you read back the |
| 20 | question? |
| 21 | BY MS. SHEW: |
| 22 | Q.     Sure.  Do you have any reason to believe that |
| 23 | your sex designation on your birth certificate at the |
| 24 | time you were born was listed as male for any reason |
| 25 | other than you had male appearing external genitalia |

Timestamps:
01:53:25
01:53:28
01:53:32
01:53:34
01:53:38
01:53:41
01:53:46
01:53:50
01:53:54
01:53:57
01:53:57
01:53:59
01:54:05
01:54:05
01:54:09
01:54:14
01:54:15
01:54:16
01:54:24
01:54:26
01:54:28
01:54:30
01:54:33
01:54:38
01:54:42

| | |
|---|---|
| 1 | at the time of birth? | 01:54:48 |
| 2 | MS. KADIVAR: Objection to form. You can | 01:54:51 |
| 3 | answer, Kayla. | 01:54:57 |
| 4 | THE WITNESS: I think that could be a | 01:54:57 |
| 5 | reason. They didn't look at my gender identity, they | 01:55:00 |
| 6 | only looked at the physical appearance of my body at | 01:55:05 |
| 7 | the time of my birth. | 01:55:09 |
| 8 | BY MS. SHEW: | 01:55:11 |
| 9 | Q. All right. Paragraph 92, it says that | 01:55:13 |
| 10 | Ms. Gore reasonably fears that possessing a birth | 01:55:17 |
| 11 | certificate that fails to reflect her female gender | 01:55:21 |
| 12 | identity increases the likelihood that she will be | 01:55:25 |
| 13 | subjected to invasions of privacy, prejudice, | 01:55:28 |
| 14 | discrimination, distress, harassment, or violence. | 01:55:28 |
| 15 | Tell me -- tell me why you fear that those things | 01:55:33 |
| 16 | will happen. | 01:55:36 |
| 17 | A. I feel that things will happen because of the | 01:55:36 |
| 18 | work that I do in my advocacy, that the stats prove | 01:55:43 |
| 19 | that people who look and identify as I do as a black | 01:55:50 |
| 20 | transgender woman have a likelihood of only surviving | 01:55:53 |
| 21 | to 35, or not surpassing the age of 35. And I | 01:55:59 |
| 22 | believe that not having a birth certificate prevents | 01:56:04 |
| 23 | me from obtaining a job or going to school without | 01:56:07 |
| 24 | the fear of discrimination because someone who | 01:56:11 |
| 25 | otherwise wouldn't know that I'm transgender knows | 01:56:16 |

| | | |
|---|---|---|
| 1 | that I'm transgender because my birth certificate | 01:56:19 |
| 2 | says so. | 01:56:25 |
| 3 | Q.     What are the -- you just gave us an | 01:56:31 |
| 4 | interesting statistic, that from your work and your | 01:56:35 |
| 5 | experience as an advocate, the statistics show the | 01:56:39 |
| 6 | black transgender woman has some risk of not living | 01:56:42 |
| 7 | beyond age 35, did I understand that correctly? | 01:56:49 |
| 8 | A.     That is correct. | 01:57:00 |
| 9 | Q.     Is it different for white transgender women? | 01:57:01 |
| 10 | A.     Yes, it's very different. | 01:57:01 |
| 11 | Q.     What is the statistic for white transgender | 01:57:01 |
| 12 | women? | 01:57:01 |
| 13 | A.     I don't believe that there's any data related | 01:57:09 |
| 14 | specifically to violence to trans women who are not | 01:57:14 |
| 15 | of color.  And I'm not an expert to give that | 01:57:14 |
| 16 | specific data, but I do know about data that | 01:57:19 |
| 17 | specifically refers to me and my likelihood of making | 01:57:23 |
| 18 | it two more years. | 01:57:27 |
| 19 | Q.     And that is due to, you're saying that that | 01:57:29 |
| 20 | very shortened life expectancy is due to violence | 01:57:36 |
| 21 | perpetrated against black transgender women? | 01:57:41 |
| 22 |         MS. KADIVAR:  Objection form. | 01:57:47 |
| 23 |         THE WITNESS:  Can you -- | 01:57:49 |
| 24 | BY MS. SHEW: | 01:57:50 |
| 25 | Q.     Well, I'm asking -- but as I understand it, | 01:57:51 |

*Elite Reporting Services* (901) 522-1467
www.EliteReportingServices.com
32

| | |
|---|---|
| 1 | what the abbreviated life expectancy, age 35 is a | 01:57:53 |
| 2 | very abbreviated life expectancy for black | 01:57:58 |
| 3 | transgender women is a result of violence perpetrated | 01:58:01 |
| 4 | against black transgender women? I mean it's not, | 01:58:05 |
| 5 | there's not -- it's not a disease study, it's | 01:58:08 |
| 6 | not -- I mean, is it violence, is that the reason? | 01:58:09 |
| 7 | A. Yes. It's -- it's violence, but it is also | 01:58:12 |
| 8 | rooted in a lot of other things that lead up to the | 01:58:17 |
| 9 | violence. As I stated before, like not having proper | 01:58:20 |
| 10 | documentation so that I can navigate through life | 01:58:24 |
| 11 | safely and have like equitable access to everything | 01:58:37 |
| 12 | else that everyone else has without the fear of | 01:58:37 |
| 13 | discrimination puts black transgender women in | 01:58:38 |
| 14 | situations where they are subject to violence. | 01:58:44 |
| 15 | Q. Do you -- have you ever personally been | 01:58:46 |
| 16 | threatened with death or subject to violence because | 01:58:51 |
| 17 | you didn't have a birth certificate with where the | 01:58:56 |
| 18 | sex matched your current, your other current | 01:59:02 |
| 19 | documents or matched your current appearance to the | 01:59:03 |
| 20 | world, has that ever happened to you, have you ever | 01:59:07 |
| 21 | been threatened with violence or been a victim of | 01:59:11 |
| 22 | violence because of that? | 01:59:14 |
| 23 | MS. KADIVAR: Sorry -- object to any | 01:59:16 |
| 24 | disputed terms like "sex" is calling for expert | 01:59:18 |
| 25 | testimony. If we could just stipulate to having that | 01:59:21 |

```
1    objection, then I don't have to -- because I object      01:59:24
2    to those words and any other disputed term, I            01:59:25
3    don't want to have to keep interrupting the              01:59:28
4    record.                                                  01:59:30
5              MS. SHEW:  No, I think that's fine.  And       01:59:31
6    again, I'm trying to use terminology as I read it in     01:59:34
7    the amended complaint.  And I have the same -- none      01:59:35
8    of us are stipulating to anybody else's terms of art,    01:59:38
9    shall we say that?  And so --                            01:59:43
10             MS. KADIVAR:  Okay.  That would be great.      01:59:47
11             MS. SHEW:  And if I -- if I do want to         01:59:48
12   ask a technical question I'll be sure, but she's         01:59:51
13   already said she's not an expert, so I think we're       01:59:52
14   just moving on, okay?  So --                             01:59:54
15             THE WITNESS:  Okay.                            01:59:57
16   BY MS. SHEW:                                             01:59:57
17   Q.        So Ms. Gore, my question was have you ever     02:00:00
18   been threatened with violence or been a victim of        02:00:05
19   violence because the sex field on your birth             02:00:08
20   certificate which says male either doesn't match         02:00:13
21   another document that you have, or it doesn't match      02:00:16
22   your current appearance and identity as a transgender    02:00:22
23   woman?                                                   02:00:27
24   A.        Yes.                                           02:00:28
25   Q.        Okay.  Tell me -- tell me when that has        02:00:31
```

**Elite Reporting Services** (901) 522-4477
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | happened. | 02:00:34 |
| 2 | A.    When I started living my life daily as a | 02:00:35 |
| 3 | woman openly throughout, trying to apply for jobs, I | 02:00:43 |
| 4 | was denied because I was transgender.  A lot of | 02:00:49 |
| 5 | people did not want to hire me, so it left me in | 02:00:53 |
| 6 | situations where I was doing things that would put me | 02:00:57 |
| 7 | in danger of violence, and I experienced a lot of | 02:00:59 |
| 8 | violence through those times where I couldn't find | 02:01:04 |
| 9 | employment because I was transgender because I didn't | 02:01:06 |
| 10 | have all of the documents I needed to -- to basically | 02:01:10 |
| 11 | assimilate. | 02:01:14 |
| 12 | Q.    And what jobs were you denied because of | 02:01:14 |
| 13 | that? | 02:01:18 |
| 14 | A.    Mostly like fast food restaurant jobs.  I was | 02:01:22 |
| 15 | trying to find jobs mainly that were like family | 02:01:26 |
| 16 | owned companies or private companies, because I had | 02:01:32 |
| 17 | seen that when you're working for people who own | 02:01:36 |
| 18 | their own businesses, they tend to pay you more and | 02:01:40 |
| 19 | the benefits are a little better versus bigger | 02:01:44 |
| 20 | corporations.  So a lot of those private, privately | 02:01:48 |
| 21 | owned companies or businesses would not hire me. | 02:01:51 |
| 22 | Q.    Okay.  Do you remember the name of any | 02:01:54 |
| 23 | business or company that did not hire you because you | 02:01:58 |
| 24 | were transgender? | 02:02:01 |
| 25 | A.    I can't recall. | 02:02:04 |

Elite Reporting Services (901) 522-4667
www.EliteReportingServices.com

37

| | | |
|---|---|---|
| 1 | Q. Do you know that that's -- how do you know or | 02:02:24 |
| 2 | why do you believe that they did not hire you because | 02:02:26 |
| 3 | you were transgender? | 02:02:28 |
| 4 | A. Some of those jobs offered telephone | 02:02:29 |
| 5 | interview as the first interview. And during those | 02:02:31 |
| 6 | conversations, at the end of those conversations I | 02:02:35 |
| 7 | felt really good about the interviews. And I had | 02:02:38 |
| 8 | been told before that I'm a great interviewer, that | 02:02:41 |
| 9 | was one of my jobs for five years was interviewing. | 02:02:45 |
| 10 | So once I got to the in-person meetings with these | 02:02:47 |
| 11 | potential employers, I felt temperature changes, and | 02:02:55 |
| 12 | I would not get called back. Whether it was you have | 02:02:58 |
| 13 | the job or you don't have the job, I would not get | 02:03:01 |
| 14 | called back. | 02:03:06 |
| 15 | Some of those jobs I applied with | 02:03:07 |
| 16 | friends, and some of my female friends would get | 02:03:10 |
| 17 | called back because some of these places were | 02:03:13 |
| 18 | restaurants. Some of my friends would get called | 02:03:15 |
| 19 | back, even if they didn't get the job, they would get | 02:03:18 |
| 20 | called back for -- particularly for the restaurant | 02:03:22 |
| 21 | jobs to verify their ABC licensure, license is up to | 02:03:25 |
| 22 | date, I wouldn't get those courtesy calls back, when | 02:03:32 |
| 23 | we both applied for the same companies, but these | 02:03:32 |
| 24 | people identify as cisgender, whereas I was | 02:03:40 |
| 25 | transgender. | 02:03:42 |

```
 1    Q.      Did your -- did your friends in that context,        02:03:43
 2    you said they were getting ABC licenses verified?          02:03:54
 3    A.      They would get -- and this is normally             02:04:00
 4    routine in the process of getting a job at a place         02:04:03
 5    that sells alcohol.  You'll do an application, you         02:04:09
 6    may do an interview, after that interview they'll          02:04:13
 7    check your references.  And then once they've checked      02:04:16
 8    your references, that the references check out, they       02:04:20
 9    do the extra work of calling you to say, hey, do you       02:04:23
10    have your ABC license, if you don't, these are the         02:04:26
11    steps you need to take to get them, you can't start        02:04:28
12    until you have it.  And then soon after that you get       02:04:31
13    an offer whether you obtain your ABC license or you        02:04:33
14    already have it.  And I wouldn't get those follow-up       02:04:39
15    calls.                                                     02:04:40
16    Q.      Have you ever had an ABC license?                  02:04:40
17    A.      Yes.                                               02:04:43
18    Q.      When was that?                                     02:04:44
19    A.      I can't remember.  It was a long time ago.         02:04:50
20    Q.      Okay.  But you can't recall the name -- can        02:04:54
21    you recall the name of any employer or potential           02:04:58
22    employer who either declined to hire you, or               02:05:02
23    terminated you because you were -- are transgender         02:05:06
24    other than what you've described for me so far?            02:05:11
25    A.      I can't off of the top of my head.                 02:05:14
```

```
 1   Q.      Well, I mean today is my only chance I have        02:05:31
 2   to ask you, so if at some point you remember, I would      02:05:34
 3   ask you to pass that information along to your             02:05:38
 4   counsel, please.                                           02:05:40
 5           Then you said because you were denied              02:05:42
 6   jobs, you were doing things that put you in danger of      02:05:44
 7   violence, what were those things?                          02:05:49
 8   A.      ████████████████████████.                         02:05:51
 9   Q.      ████████████████████████████████                  02:06:06
10   █████████████████████.                                    02:06:10
11   A.      ████████████████████████████████                  02:06:12
12   ███████████████████████████.                              02:06:21
13   Q.      Okay.                                              02:06:23
14           MS. KADIVAR:  I'm sorry, can we designate          02:06:28
15   this line of questioning as attorneys' eyes only and      02:06:29
16   confidential?                                             02:06:34
17           MS. SHEW:  Definitely needs to be                  02:06:34
18   confidential, I'm kind of thinking through the            02:06:36
19   attorneys' eyes only.  Because there's -- I don't         02:06:50
20   know if there's any -- our clients are the                02:06:52
21   Department of Health -- well, the Commissioner of the     02:06:55
22   Department of Health and the Governor.  I know I          02:06:59
23   guess what I'm saying is we don't have any                02:07:03
24   ████████████████████████ in this, nor would we in this    02:07:05
25   context at all.  But I don't have any -- I don't have     02:07:09
```

```
 1    any question about designating it as confidential.          02:07:15

 2              Let's talk about the attorneys' eyes              02:07:20

 3    only.  I mean, I'll consider that, and I understand         02:07:21

 4    what your concerns are.  But let's -- and I'm not           02:07:24

 5    going a whole lot further with it for what that's           02:07:30

 6    worth.  We already have -- we already have some             02:07:35

 7    information about this in the discovery                     02:07:38

 8    responses.                                                  02:07:40

 9    BY MS. SHEW:                                                02:07:40

10    Q.     ███████████████████████████████████████             02:07:51

11    ████████████████████████████████████                       02:07:54

12    A.     ████████████████████████████████.                   02:08:00

13    Q.     ███████████████████████████████████████             02:08:11

14    ████████████████████████                                   02:08:15

15    A.     █████████████████████████████████                   02:08:17

16    ████████████████████████████████████████████               02:08:32

17    ███████████████████████████████                            02:08:38

18    Q.     Okay.  Do you recall what employment it was          02:08:40

19    that you obtained that made you able to get stable          02:08:48

20    housing and --                                              02:08:52

21    A.     Yes, it was a restaurant on Union Avenue.  At        02:08:54

22    that time it was called E's Cafe.                           02:09:03

23    Q.     I'm sorry, how do you spell that, do you             02:09:08

24    know?                                                       02:09:08

25    A.     E, apostrophe S, Cafe.                               02:09:20
```

```
 1   Q.   ████████████████████████████████        02:09:20
 2   █████████████████████                          02:09:26
 3   A.   ██████████████████████                     02:09:29
 4   Q.      Was it --                               02:09:31
 5           MS. KADIVAR:  Sorry to interrupt.  We   02:09:31
 6   designated this as attorneys' eyes only in the raw   02:09:34
 7   responses, and so I just want to make sure that we're   02:09:37
 8   doing the same thing here.  If you want to discuss it   02:09:38
 9   off line, I'm happy to, but --                  02:09:39
10           MS. SHEW:  No, that's fine.  That's fine.   02:09:41
11   BY MS. SHEW:                                    02:09:41
12   Q.   ██████████████████████████████████        02:09:45
13   A.   █████████████████                          02:09:57
14   Q.   █████████████████                          02:09:57
15   A.   ████████████████████████████               02:09:59
16   Q.      Okay.  Looking at Paragraph 93 of the amended   02:10:07
17   complaint, and we may have -- we may have covered   02:10:35
18   this, but I want to ask anyway.  It says, "Ms. Gore   02:10:48
19   has experienced firsthand the discrimination and   02:10:51
20   hostility that many transgender people experience   02:10:55
21   when presenting identification that conflicts with   02:10:56
22   their gender identity."                         02:11:00
23           Besides what you've already described,   02:11:02
24   what other instances have you experienced        02:11:04
25   discrimination and/or hostility because you were   02:11:07
```

| | | |
|---|---|---|
| 1 | presenting identification that conflicted with your | 02:11:11 |
| 2 | gender identity? | 02:11:15 |
| 3 | A.      Can you be more specific?  Are you referring | 02:11:16 |
| 4 | to like work or personal life or? | 02:11:27 |
| 5 | Q.      Well, really anything.  I mean 93 goes on to | 02:11:32 |
| 6 | say for example you've had -- let's just pick this | 02:11:35 |
| 7 | apart.  "Ms. Gore has had to present her birth | 02:11:38 |
| 8 | certificate in the context of securing employment. | 02:11:41 |
| 9 | Because the birth certificate inaccurately states | 02:11:47 |
| 10 | that she is male, providing this document has led | 02:11:51 |
| 11 | directly to Ms. Gore being "outed" as a transgender, | 02:11:54 |
| 12 | and being subjected to awkward, deeply personal, and | 02:11:56 |
| 13 | invasive questions by prospective employers." | 02:12:01 |
| 14 | So let's just start with employers.  What | 02:12:04 |
| 15 | employers have required you to present a birth | 02:12:08 |
| 16 | certificate, or potential employers? | 02:12:12 |
| 17 | A.      One particular -- one particular employer was | 02:12:17 |
| 18 | Silky O'Sullivan's, which is a bar and grill located | 02:12:25 |
| 19 | in Memphis, Tennessee.  I was asked to present my | 02:12:30 |
| 20 | birth certificate.  This was after the -- after the | 02:12:33 |
| 21 | interview where I was offered the job.  And there | 02:12:36 |
| 22 | were people present who worked there that I had | 02:12:43 |
| 23 | previously worked with who knew of my transgender | 02:12:47 |
| 24 | status which I felt -- which I felt caused the hiring | 02:12:52 |
| 25 | manager to ask me for my birth certificate to verify | 02:13:05 |

Elite Reporting Services (901) 522-4667
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | what people had told him. | 02:13:06 |
| 2 | They didn't deny me the job, but I felt -- I | 02:13:10 |
| 3 | felt like all of my information had been told to the | 02:13:13 |
| 4 | entire staff without my knowledge because most of | 02:13:17 |
| 5 | them -- | 02:13:22 |
| 6 | THE REPORTER: One moment, this is the | |
| 7 | court reporter. Can you hear me? | |
| 8 | (Off record.) | |
| 9 | BY MS. SHEW: | |
| 10 | Q. All right. So Ms. Gore, we're going replow a | |
| 11 | little ground here. So I think you heard the court | |
| 12 | reporter say where her transcript leaves off. | |
| 13 | You, as I understand it, there were, you | 02:20:27 |
| 14 | believe -- you had worked at Silky O'Sullivan's | 02:20:27 |
| 15 | before, there were people who knew of your | 02:20:41 |
| 16 | transgender status, and you believe they told the | 02:20:43 |
| 17 | manager to ask for your birth certificate; is that | 02:20:45 |
| 18 | correct? | 02:20:49 |
| 19 | A. No, I had worked with people at a different | 02:20:49 |
| 20 | job prior to that, who are currently working there, | 02:20:53 |
| 21 | and I felt like I was outed by that employee. At the | 02:20:58 |
| 22 | previous job I was their supervisor, they didn't | 02:21:05 |
| 23 | really like me, and I wasn't speculating because I | 02:21:07 |
| 24 | got to know some of the people who were in that group | 02:21:11 |
| 25 | the day I got hired, and they divulged that a | 02:21:14 |

**Elite Reporting Services** (901) 522-4667
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | conversation that was had that I was transgender. | 02:21:21 |
| 2 | Q. Okay. | 02:21:23 |
| 3 | A. And that that employee told people, they | 02:21:24 |
| 4 | talked, but they didn't necessarily say that the | 02:21:30 |
| 5 | manager was told to ask for my birth certificate. | 02:21:33 |
| 6 | But I think that was the result of them outing me. | 02:21:36 |
| 7 | And that was the way for him to confirm. | 02:21:43 |
| 8 | Q. Okay. Where did you -- where did you work | 02:21:49 |
| 9 | with that person prior? | 02:22:03 |
| 10 | A. FedExForum. | 02:22:05 |
| 11 | Q. We'll go through that. | 02:22:14 |
| 12 | A. Okay. | 02:22:15 |
| 13 | Q. Go ahead. | 02:22:16 |
| 14 | A. I was just going to say that it was at the | 02:22:19 |
| 15 | FedExForum, but I worked for a private restaurant, | 02:22:25 |
| 16 | privately owned restaurant, a family-owned restaurant | 02:22:28 |
| 17 | inside of the FedExForum. | 02:22:33 |
| 18 | Q. Okay. What was that restaurant? | 02:22:35 |
| 19 | A. Rendezvous. | 02:22:44 |
| 20 | Q. All right. Any other -- any other employers | 02:22:47 |
| 21 | that have required you, or even asked you to give a | 02:22:54 |
| 22 | birth certificate? | 02:23:01 |
| 23 | A. Yes. The FedExForum required it for security | 02:23:02 |
| 24 | reasons. I wasn't employed by them, but for security | 02:23:18 |
| 25 | reasons I have to, required that and my Social to be | 02:23:26 |

| | | |
|---|---|---|
| 1 | able to access the event arena. | 02:23:31 |
| 2 | Q.    Okay.  Did that, did that cause any problems | 02:23:35 |
| 3 | for you, the presenting it to the FedExForum? | 02:23:38 |
| 4 | A.    I can't necessarily say that it was related | 02:23:42 |
| 5 | to my birth certificate, so I can't say that the | 02:23:59 |
| 6 | problems that I did have were directly related to me | 02:24:02 |
| 7 | having to submit that document.  But most of my | 02:24:07 |
| 8 | problems were around my gender identity. | 02:24:11 |
| 9 | Q.    What problems were those? | 02:24:14 |
| 10 | A.    I was a supervisor for Rendezvous for one of | 02:24:17 |
| 11 | their fans, which meant I would have to handle their | 02:24:27 |
| 12 | money.  And the people in the money room would give | 02:24:30 |
| 13 | me problems and they would communicate over a | 02:24:33 |
| 14 | speaker, very loud speaker through thick glass.  And | 02:24:40 |
| 15 | on several occasions as I would walk out of the cash | 02:24:46 |
| 16 | room where they didn't think I could audibly hear | 02:24:49 |
| 17 | them, I could hear them misgendering me if maybe one | 02:24:52 |
| 18 | time I left something in the money room and they | 02:24:56 |
| 19 | would say can you get "him, he" left something.  And | 02:25:00 |
| 20 | these people -- I think these folks would have access | 02:25:10 |
| 21 | to that information because that was like a part of | 02:25:16 |
| 22 | the security, part of how that was needed for me to | 02:25:18 |
| 23 | have to submit those two documents, security to get | 02:25:23 |
| 24 | into the building, as well as I was handling the | 02:25:27 |
| 25 | money for one of the fans. | 02:25:30 |

```
1    Q.      So you believe the FedExForum would have          02:25:32
2    given those employees your birth certificate or          02:25:35
3    Social Security information?                              02:25:39
4    A.      Those employees were -- were supervisors,         02:25:40
5    they were basically supervisors of that operation.       02:25:47
6    Q.      But you believe the FedExForum would have          02:25:56
7    given them your birth certificate and/or Social          02:25:58
8    Security information?                                     02:26:02
9    A.      I can't necessarily say yes or no, because I       02:26:02
10   don't know.  But I do know that questions I asked         02:26:10
11   about why these things were requirement -- required      02:26:14
12   for a company that I didn't necessarily work for,        02:26:18
13   these are questions I asked my supervisors at            02:26:23
14   Rendezvous, and they explained to me why these           02:26:25
15   documents were required.  And one of those was for       02:26:30
16   the security of the arena because they hold -- they      02:26:33
17   hold sporting events at the FedExForum here with very    02:26:37
18   high profile people that they want to protect.  And      02:26:41
19   it's just like a security thing ever since -- I guess    02:26:45
20   they would relate it back to 9/11.                       02:26:47
21           And then also because I was a supervisor          02:26:49
22   and I would be responsible for anywhere from five to     02:26:52
23   fifteen thousand dollars an event, I had to have         02:26:58
24   those documents.  And that the people in the money       02:27:00
25   room would have copies of my identification with my      02:27:03
```

**Elite Reporting Services** (901) 522-4667
**www.EliteReportingServices.com**

47

02:27:09
02:27:12
02:27:18
02:27:19
02:27:25
02:27:30
02:27:31
02:27:33
02:27:40
02:27:52
02:27:56
02:27:58
02:28:12
02:29:04
02:29:08
02:29:08
02:29:24
02:29:24
02:29:25
02:29:37
02:29:42
02:29:46
02:29:49
02:29:53
02:30:01

1  photo on it, my birth certificate and my Social on

2  bio to verify I was the person who was supposed to

3  pick up and drop off money.

4  Q.      And you believe those people actually had

5  copies of your birth certificate and your Social

6  Security documents?

7  A.      That's how it was explained to me, that there

8  will be copies for the security people and for the

9  money-handling people.  And it was explained to a

10 group of employees, and these were the questions that

11 I had aside from the group.

12 Q.      Okay.  Let me -- we may have to go mute here

13 in a minute.  So any other employers who either

14 requested or required you to give a copy of your

15 birth certificate?

16 A.      I can't recall.

17 Q.      Okay.  No --

18 A.      I can't recall.

19 Q.      Okay.  Let's see.  At Paragraph 93 it also

20 said that you were subjected to awkward, deeply

21 personal and invasive questions by prospective

22 employers.  What types of awkward, deeply personal

23 and/or invasive questions do you recall?

24 A.      Questions about surgery, about the process of

25 transitioning, about my sexuality, and that's it.

Case 3:19-cv-00328 Document 81-8  Filed 05/20/20  Page 48 of 106 PageID #: 1606
Elite Reporting Services (901) 522-4667
www.EliteReportingServices.com

```
 1    Q.      You had employers actually ask you these          02:30:16
 2    questions?                                                 02:30:19
 3    A.      Not necessarily like the higher-up managers,       02:30:20
 4    but my immediate supervisors.  And these would be          02:30:25
 5    things that would like come up in conversations that       02:30:28
 6    people felt for some reason were appropriate to            02:30:32
 7    ask.                                                       02:30:38
 8    Q.      Who -- who would ask you these questions?          02:30:38
 9    I'm not clear on who was asking the questions.             02:30:43
10    A.      Like immediate supervisors, in a                   02:30:46
11    conversational way.                                        02:30:55
12    Q.      Did you ever feel like you didn't -- you           02:31:18
13    didn't get a job because you wouldn't participate in       02:31:23
14    those kinds of conversations?                              02:31:28
15    A.      It was never during like a hiring process.        02:31:35
16    It would be after I had obtained the job, and these        02:31:40
17    would be general conversations.  I have felt               02:31:43
18    uncomfortable in those work environments after,            02:31:46
19    feeling like I was obligated to answer those               02:31:50
20    questions, and that it -- that it was tied to my           02:31:53
21    employment at those places.                                02:31:57
22    Q.      Did you ever complain to a supervisor or           02:31:59
23    somebody in human resources department about that?        02:32:03
24    A.      Yes.                                               02:32:05
25    Q.      When -- when was that, describe that for           02:32:06
```

Case 3:19-cv-00385  Document 54-6  Filed 05/06/20  Page 49 of 106  PageID #: 1607
Elite Reporting Services  (901) 522-4667
www.EliteReportingServices.com

```
1    me.                                                              02:32:10

2    A.      That was when I was working at Silky                      02:32:10

3    O'Sullivan's, I had been there a little over a year              02:32:23

4    and I was having some issues with some of my male               02:32:25

5    coworkers basically jonesing me.  And I spoke to my             02:32:27

6    supervisor about it, the same supervisor who asked             02:32:35

7    for my birth certificate when I got the job, and he            02:32:43

8    basically sided with the guys and was like, "I don't           02:32:45

9    see what the problem is, this is what happens, you             02:32:51

10   know, when you work at a bar and grill.  You know,            02:32:56

11   this is just the atmosphere."  Kind of a if you               02:33:00

12   can't stand the heat, get out of the kitchen type of          02:33:06

13   thing.                                                          02:33:11

14   Q.      Are there any other occasions when you                 02:33:11

15   complained to a supervisor or a human resources               02:33:15

16   person, whether at that job or at any other job?              02:33:18

17   A.      No.                                                     02:33:29

18   Q.      Okay.  Okay.  Any other employers that                 02:33:30

19   either -- have we covered every employer that's              02:33:33

20   requested or required that you present a birth               02:33:36

21   certificate?                                                    02:33:40

22   A.      That's it.                                              02:33:48

23   Q.      Is there any place that you simply decided            02:33:48

24   not to apply because you didn't want to present a            02:33:52

25   birth certificate?                                             02:33:56
```

Case 3:19-cv-0035... Document... Filed 05/20...  Page 50 of 106  PageID #: 1643
Elite Reporting Services (901) 502-4407
www.EliteReportingServices.com

|   |   |
|---|---|
| 1 | A.      Yes.  That was really tied to my strategy in | 02:33:59 |
| 2 | obtaining a job was trying to find people who owned | 02:34:10 |
| 3 | their own businesses.  Because in addition to them | 02:34:14 |
| 4 | paying more, and more benefits, they were more | 02:34:18 |
| 5 | relaxed on documentation, and they would really only | 02:34:23 |
| 6 | require maybe a Social and identification, or just | 02:34:31 |
| 7 | identification. | 02:34:38 |
| 8 | Q.      Okay.  So you -- you had a strategy of | 02:34:39 |
| 9 | applying at smaller companies or family owned | 02:34:43 |
| 10 | companies I think you told us that; right? | 02:34:46 |
| 11 | A.      Yes, ma'am. | 02:34:49 |
| 12 | Q.      Okay.  Was there any -- any place that you | 02:34:50 |
| 13 | can recall that you just thought that would be a good | 02:34:58 |
| 14 | place to work, I would like to work there but I'm | 02:35:07 |
| 15 | just not even going to apply because they're going to | 02:35:11 |
| 16 | ask for my birth certificate or they'll make me give | 02:35:15 |
| 17 | them my birth certificate? | 02:35:17 |
| 18 | A.      Yes, there were places like that. | 02:35:19 |
| 19 | Q.      Okay.  What places? | 02:35:21 |
| 20 | A.      Walgreens, Kroger, there were some different | 02:35:22 |
| 21 | warehouses that I didn't apply to, like UPS. | 02:36:07 |
| 22 | LeBonheur was a job that I didn't apply to. | 02:36:17 |
| 23 | Q.      What job were you applying for at -- or you | 02:36:21 |
| 24 | didn't apply for but you wanted to apply for but | 02:36:26 |
| 25 | didn't at LeBonheur? | 02:36:29 |

Elite Reporting Services (901) 522-4667
www.EliteReportingServices.com

```
1    A.      There was a -- they named it like an          02:36:36
2    internship, it was a type of internship with one of   02:36:39
3    their community advocacy programs.                     02:36:42
4    Q.      Okay.  Any other employers?  We have          02:36:45
5    Walgreens, Kroger, UPS, LeBonheur, any others?         02:36:56
6    A.      The FedExForum, there were some jobs that     02:36:56
7    just in conversation of working there and talking      02:36:56
8    with some of the actual FedExForum employees, that I   02:36:56
9    just didn't want to apply for because I felt like the  02:37:07
10   whole building would have my information at that       02:37:21
11   point.                                                 02:37:25
12   Q.      Okay.  Any others that you just didn't apply?  02:37:25
13   A.      No.                                            02:37:38
14   Q.      Okay.  At Paragraph 94 of the amended         02:37:43
15   complaint it says "Ms. Gore is personally aware of     02:37:49
16   the high incidence of violence and harassment          02:37:54
17   directed at transgender persons as well as the high    02:37:56
18   rates of employment and housing discrimination faced   02:37:56
19   by transgender people, particularly transgender women  02:37:56
20   of color like herself, in Tennessee."                  02:37:56
21           You've described several -- several or        02:38:08
22   maybe all of these items.  My question is, is any      02:38:13
23   other, it says you are personally aware, violence,     02:38:16
24   harassment, employment and housing discrimination.     02:38:20
25   Anything else that is within your personal knowledge,  02:38:25
```

Case 3:19-cv-00328 Document 81-1 06/16/20 Page 52 of 106 PageID #: 1650
*Elite Reporting Services* (901) 522-4477
www.EliteReportingServices.com
52

| | | |
|---|---|---|
| 1 | it doesn't have to be about you, but which is within | 02:38:29 |
| 2 | your personal knowledge that you haven't described | 02:38:31 |
| 3 | for us yet? | 02:38:34 |
| 4 | A.    Are you -- are you asking like a third person | 02:38:36 |
| 5 | account that has been told to me like in my role as | 02:38:44 |
| 6 | an advocate here in Memphis, or people's personal | 02:38:48 |
| 7 | discrimination or incidents of violence related to | 02:38:52 |
| 8 | not having proper identification? | 02:38:55 |
| 9 | Q.    Yeah, I'm just reading Number 94.  It says | 02:38:58 |
| 10 | you're "personally aware of the high incidence of | 02:39:01 |
| 11 | violence and harassment directed at transgender | 02:39:05 |
| 12 | persons as well as the high rates of employment and | 02:39:09 |
| 13 | housing discrimination faced by transgender people, | 02:39:12 |
| 14 | particularly transgender women of color like herself, | 02:39:16 |
| 15 | in Tennessee." | 02:39:20 |
| 16 |         And I'm just asking you to describe | 02:39:20 |
| 17 | what is within your personal awareness, what are | 02:39:22 |
| 18 | the -- what is this paragraph talking about, what is | 02:39:25 |
| 19 | the high incidence of violence, harassment, | 02:39:29 |
| 20 | employment and housing discrimination? | 02:39:32 |
| 21 | A.    Well, I'm not an expert, but from the work I | 02:39:34 |
| 22 | do and how it's connected to a lot of different | 02:39:42 |
| 23 | organizations, there are -- there have been studies | 02:39:45 |
| 24 | that have been done around the racial violence among | 02:39:51 |
| 25 | LGBTQ people because some of them are specific as to | 02:39:55 |

Elite Reporting Services * (901) 522-4667
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | breaking down to gender and race, which identifies | 02:39:58 |
| 2 | me, a transgender woman who is black.  And as I said | 02:40:04 |
| 3 | before, our life expectancy is 35 for black | 02:40:10 |
| 4 | transgender women. | 02:40:15 |
| 5 | Q.     Okay.  But besides -- | 02:40:18 |
| 6 | A.     And the incidents of violence, they have | 02:40:20 |
| 7 | increased yearly. | 02:40:25 |
| 8 | Q.     All right.  Have you ever been the victim of | 02:40:26 |
| 9 | violence or threatened violence because of your | 02:40:42 |
| 10 | status as a transgender woman and/or a transgender | 02:40:43 |
| 11 | woman of color? | 02:40:48 |
| 12 | A.     Yes. | 02:40:48 |
| 13 | Q.     Okay.  Tell me about that. | 02:40:49 |
| 14 | A.     There are several.  Like do you want to know | 02:40:51 |
| 15 | all of them or is there a specific number of them | 02:41:04 |
| 16 | that you're looking for?  There are a lot. | 02:41:08 |
| 17 | Q.     No.  It's as I say, I'm trying to -- all I'm | 02:41:10 |
| 18 | trying to do is look behind the facts that are | 02:41:16 |
| 19 | written in this complaint, it says high incidence of | 02:41:18 |
| 20 | violence, and I'm asking, my question is whether you | 02:41:21 |
| 21 | yourself have been the victim of violence or | 02:41:26 |
| 22 | threatened violence.  So I guess every -- I need to | 02:41:28 |
| 23 | know everything you know. | 02:41:31 |
| 24 | A.     Okay.  So I would -- the first one that comes | 02:41:32 |
| 25 | to my mind is being robbed on several different | 02:41:38 |

```
 1   occasions ███████████████████████████████████       02:41:50

 2   ██████████.  I lived in Midtown for about five or six  02:41:54

 3   years during the early stages of my transition and    02:42:01

 4   that's supposed to be like this place where LGBTQ     02:42:05

 5   folks can call home here in Memphis, but for black    02:42:08

 6   trans women, we get discriminated against and we get  02:42:12

 7   harassed not only by other citizens, but also by      02:42:13

 8   police officers who patrol that particular area who    02:42:17

 9   do not want us in the area due to gentrification       02:42:20

10   reasons, high rates of violence and drug use in that  02:42:25

11   particular area, and them associating it with all     02:42:31

12   black trans women who are in the area, which is not    02:42:34

13   true.                                                 02:42:38

14              I had to move out of that area because of  02:42:39

15   the increased police harassment just because I'm      02:42:41

16   walking down the street.  Or when I worked at the     02:42:46

17   FedExForum, catching a trolley home at 10:00 at night 02:42:51

18   in a uniform, a work uniform, and still being         02:42:54

19   harassed by police, being accused of ████████████     02:42:56

20   ████ doing something illegal when I'm simply walking  02:42:59

21   home.  As I said before, I don't have a driver's      02:43:04

22   license, so I didn't have any other means of          02:43:07

23   transportation, and I would say this to the           02:43:09

24   officers.                                             02:43:14

25              I -- the most recent act of violence       02:43:16
```

```
1    towards me was maybe four years, five years ago I was          02:43:26
2    stabbed five times in my left shoulder.  Both of my            02:43:32
3    hands were split open by a butcher knife.  I was               02:43:39
4    threatened to be killed.  And this was all in one              02:43:45
5    incident.  The guy who committed the crime against             02:43:55
6    me, he thought he had killed me, so he called the              02:44:00
7    police and basically said I think I killed                     02:44:04
8    someone.                                                       02:44:09
9           The State prosecutor would not prosecute                02:44:11
10   the crime against me because this was during a time            02:44:16
11   when ████████████████████████████████ so the                   02:44:21
12   district attorney would not prosecute the guy who had          02:44:28
13   admitted to stabbing me and taking my phone and my             02:44:32
14   purse.  So that was an incidence of violence and              02:44:36
15   discrimination because I was black and tran, that             02:44:42
16   they did not want to prosecute a veteran who was              02:44:44
17   suffering from mental health illnesses and was not on        02:44:50
18   his medication is what was told to me by the                 02:44:55
19   investigating detective with Memphis Police                   02:44:58
20   Department.                                                   02:45:04
21          I have been sexually assaulted, and the                02:45:07
22   response from the police was not -- something that I         02:45:10
23   have grown to know what the processes is for a person        02:45:16
24   who is claiming they've been sexually assaulted.            02:45:20
25   There was never a rape kit done on me, I never got          02:45:24
```

**Elite Reporting Services   (901) 522-4667**
**www.EliteReportingServices.com**

| | | |
|---|---|---|
| 1 | connected to any type of advocacy resources related | 02:45:29 |
| 2 | to that incidence where I was sexually assaulted.  It | 02:45:32 |
| 3 | wasn't taken seriously.  I was asked questions like | 02:45:37 |
| 4 | did I want it, ███████████████████████████.  It | 02:45:41 |
| 5 | was very -- it lacked a lot of just the sympathy that | 02:45:45 |
| 6 | I think that situation warranted. | 02:45:52 |
| 7 | And I also feel like that was an act of | 02:45:54 |
| 8 | violence and discrimination, which is really very | 02:45:58 |
| 9 | common for trans people of color, very much so for | 02:46:01 |
| 10 | black trans women, but for trans people of color in | 02:46:04 |
| 11 | general, especially in the south for us to go through | 02:46:07 |
| 12 | incidences of violence and then be faced with | 02:46:12 |
| 13 | discrimination on the side where we're supposed to be | 02:46:15 |
| 14 | getting help and resources. | 02:46:19 |
| 15 | Q.    This incident you described four or five | 02:46:25 |
| 16 | years ago you were stabbed, your hands were cut, the | 02:46:26 |
| 17 | perpetrator thought that he had killed you and called | 02:46:29 |
| 18 | the police, you're describing all one investigator | 02:46:31 |
| 19 | said this was a veteran who didn't take his meds, | 02:46:36 |
| 20 | and we're not going to prosecute, this is one | 02:46:39 |
| 21 | incident? | 02:46:42 |
| 22 | A.    Uh-huh. | 02:46:42 |
| 23 | Q.    Okay.  I just wanted to make sure. | 02:46:43 |
| 24 | A.    Yes, is it. | 02:46:46 |
| 25 | // | 02:46:46 |

*Elite Reporting Services* (901) 522-4667
www.EliteReportingServices.com

```
 1         MS. KADIVAR:  Is it okay if we just -- I
 2   mean, I'm happy to take it off the record, but can
 3   we just stipulate that this stuff is attorneys'
 4   eyes only and confidential as it relates to ██████
 5   ███?
 6         MS. SHEW:  Sure.  I really don't have any
 7   problem with that.
 8   BY MS. SHEW:
 9   Q.     Let me go back through a couple of things.
10   Do you know the name of the person who perpetrated
11   this crime against you, Ms. Gore?
12   A.     I can't remember.
13   Q.     Do you know what year it was?
14   A.     Maybe 2015, '16, maybe a little longer than
15   that.  I can't remember exactly.
16   Q.     Okay.
17   A.     I do remember it was New Year's Day.
18   Q.     Okay.  What other occasions have you been the
19   victim of violence or threatened violence because you
20   are a transgender woman or -- and/or transgender
21   woman of color?
22   A.     Can you repeat the question?
23   Q.     Yes.  Just I want to go through each
24   incidence where you have been a victim of violence or
25   threatened with violence because you are a
```

02:46:46
02:46:49
02:46:51
02:46:52
02:46:58
02:47:00
02:47:03
02:47:03
02:47:09
02:47:12
02:47:16
02:47:19
02:47:20
02:47:21
02:47:41
02:47:43
02:47:44
02:47:46
02:48:01
02:48:03
02:48:07
02:48:07
02:48:14
02:48:16
02:48:20

Case 3:19-cv-00328 Document 84-5 Filed 05/06/20 Page 58 of 106 PageID #: 1656
*Elite Reporting Services* (901) 522-1467
**www.EliteReportingServices.com**

| | | |
|---|---|---|
| 1 | transgender woman and/or a black transgender | 02:48:23 |
| 2 | woman. | 02:48:23 |
| 3 | A.     Yeah, hanging out with friends and then | 02:48:33 |
| 4 | having the sense -- and being approached by guys who | 02:48:37 |
| 5 | did not know that we were transgender women and then | 02:48:44 |
| 6 | later being assaulted because we were transgender. | 02:48:46 |
| 7 | Once there was an incident where a guy pulled a | 02:48:48 |
| 8 | hammer and hit me up the side of my head with a | 02:48:52 |
| 9 | sledgehammer.  And I still have that hammer somewhere | 02:48:56 |
| 10 | because I took it from him so he wouldn't hit me | 02:48:59 |
| 11 | again, but I still have that sledgehammer. | 02:49:03 |
| 12 | A guy hitting me in my face with a rock | 02:49:10 |
| 13 | because he was trying to I guess like talk to me and | 02:49:13 |
| 14 | get my like number, and I wasn't interested, he was | 02:49:23 |
| 15 | drunk and he didn't appreciate me turning him down. | 02:49:26 |
| 16 | He called me derogatory names related to how I was | 02:49:31 |
| 17 | presented as a female, and then he hit me in the | 02:49:40 |
| 18 | face with a rock.  He chased me, and then once he | 02:49:44 |
| 19 | caught up with me, he hit me in the face with a | 02:49:48 |
| 20 | rock. | 02:49:52 |
| 21 | Q.     He called you derogatory names? | 02:49:52 |
| 22 | A.     Yes.  He called me a faggot, tranny, things | 02:49:57 |
| 23 | that I don't -- words that I don't normally use that | 02:50:02 |
| 24 | are seen as foul language. | 02:50:08 |
| 25 | Q.     Okay.  Them you described just before that | 02:50:14 |

| | |
|---|---|
| 1 | you talked about that you were hanging out with your |
| 2 | friends in Midtown and some guys I guess didn't know |
| 3 | that you and/or your friends were transgender and |
| 4 | were unhappy when they discovered that? |
| 5 | A.      Yes.  We were at a -- not a restaurant, a |
| 6 | bar, an LGBTQ place where a lot of people go, and |
| 7 | there's a couple of other bars that are right next to |
| 8 | it and kind of share the same parking lot.  And |
| 9 | there's a lot of like mixing of the patrons from the |
| 10 | different restaurant -- well, the restaurant and the |
| 11 | bar.  And we were hanging out in the parking lot and |
| 12 | the guys pulled up.  We don't know which bar they |
| 13 | were going in, but they pulled up, they saw us, they |
| 14 | talked to us, one of the guys was like you know, just |
| 15 | pointing and like you're a whatchamacallit, you're a |
| 16 | whatchamacallit. |
| 17 |          And it kind of made me uncomfortable |
| 18 | because I was like -- I didn't understand what he was |
| 19 | saying when he was saying you're a whatchamacallit. |
| 20 | And then another guy was like, "Those are men", and |
| 21 | which start a confrontation between both groups.  One |
| 22 | of the guys got a sledgehammer out of his car and hit |
| 23 | me in the face with it. |
| 24 | Q.      Did you file any charges or call the police? |
| 25 | A.      The police literally would always be in the |

02:50:17
02:50:19
02:50:27
02:50:27
02:50:27
02:50:42
02:50:43
02:50:48
02:50:51
02:50:55
02:50:56
02:51:06
02:51:07
02:51:08
02:51:18
02:51:18
02:51:22
02:51:27
02:51:30
02:51:33
02:51:38
02:51:41
02:51:45
02:51:50
02:51:53

Case 3:19-cv-00328 Document 135-6 Filed 05/06/20 Page 60 of 106 PageID #: 1653
Elite Reporting Services · (901) 522-4667
www.EliteReportingServices.com

| | |
|---|---|
| 1 | area and kind of like as like they were leaving, the |
| 2 | police pulled in and gave me and my friends a |
| 3 | citation. |
| 4 | Q.     For what? |
| 5 | A.     For loitering. |
| 6 | Q.     What about when the guy chased you down and |
| 7 | hit you with a rock, did you call the police? |
| 8 | A.     No. |
| 9 | Q.     Okay.  When did the incident with the hammer |
| 10 | happen? |
| 11 | A.     I can't recall the exact date. |
| 12 | Q.     Approximate date? |
| 13 | A.     I'm sure it was the summertime, maybe 2014, |
| 14 | '13, something like that.  Okay. |
| 15 | Q.     What about the incident with the rock, do you |
| 16 | know when that happened? |
| 17 | A.     Approximately not long after that.  After |
| 18 | like having all of the things to happen, the |
| 19 | robberies, the assaults, the sexual violence and the |
| 20 | response from the police department and then talking |
| 21 | with other people who identified like me in the area |
| 22 | and their interactions with the police department, |
| 23 | and how it's just like what's the point.  I just |
| 24 | stopped calling the police until the incident where I |
| 25 | was stabbed and cut up.  And it was really more for |

Timestamps:
02:52:01
02:52:04
02:52:09
02:52:11
02:52:13
02:52:16
02:52:29
02:52:31
02:52:32
02:52:40
02:52:41
02:52:45
02:52:47
02:53:07
02:53:10
02:53:12
02:53:14
02:53:26
02:53:29
02:53:33
02:53:36
02:53:40
02:53:44
02:53:51
02:53:54

Elite Reporting Services (901) 522-4477
www.EliteReportingServices.com

```
 1   me calling for an ambulance, not the police.       02:54:00

 2            Because when the police got there they     02:54:04

 3   made jokes as though I wasn't standing there like   02:54:07

 4   drenched in blood with towels wrapped around my arms 02:54:12

 5   drenched in blood, it was more so a joking thing.    02:54:16

 6   Because they knew me, like I said, I lived in Midtown 02:54:17

 7   for five years.  These particular cops, they didn't  02:54:21

 8   rotate like other areas or other communities.  These 02:54:25

 9   cops stayed in the area throughout the rotation of   02:54:29

10   cops, so they knew me, I knew them.  Yes, I have     02:54:33

11   video.                                              02:54:38

12   Q.      The incident where you were stabbed, did you 02:54:39

13   call the police or did the perpetrator call the     02:54:42

14   police, or both of you?                             02:54:48

15   A.      No, I -- both of us.  So I called the police 02:54:49

16   initially because like I said, I was -- I had five   02:54:51

17   holes in my shoulder, my hands were literally cut    02:54:54

18   open.  My partner called the police for me, called   02:54:58

19   the ambulance for me.  I was taken to the emergency  02:55:02

20   room, I was admitted.  Throughout that time I met    02:55:05

21   with detectives a few times.  And on one of those    02:55:10

22   occasions they came into my hospital room and said   02:55:14

23   that they had found the person who stabbed me, and   02:55:17

24   they explained how they found him, and that was by   02:55:20

25   him calling the police a day later saying I think I  02:55:24
```

Elite Reporting Services
www.EliteReportingServices.com

62

```
 1    killed someone.                                          02:55:28

 2    Q.      Any other --                                     02:55:30

 3    A.      It surprised me that they even -- that they      02:55:31

 4    found someone.  And I knew it was not by any work of     02:55:36

 5    their own, but clearly it was because the guy had        02:55:39

 6    some type of guilty conscience and didn't know that      02:55:43

 7    we were literally in front of my house when he           02:55:48

 8    stabbed me.  He just thought maybe it looked             02:55:51

 9    like -- yeah, that maybe no one else had found me, or    02:55:54

10    I don't know.                                            02:55:57

11    Q.      Any other times that you have been the victim    02:55:58

12    of violence or threatened violence besides those        02:56:05

13    you've described for us?                                 02:56:09

14    A.      Just robbery at gunpoint, at knife point.        02:56:10

15    Q.      And this is when -- the robbery, I think         02:56:22

16    you say you were robbed on several occasions while       02:56:28

17    ████████████████████████████████████████████            02:56:32

18    ████  --                                                 02:56:34

19    A.      ████████████████████                             02:56:34

20    Q.      Okay.  Well, how many times do you believe       02:56:35

21    you were robbed?                                         02:56:38

22    A.      Maybe more than five times.                      02:56:39

23    Q.      And of those, how many times were ████████       02:56:49

24    ████████  and how many times not?                       02:56:54

25    A.      Definitely like two of those times were          02:56:56
```

Case 3:19-cv-0038... December 03, 2020 (Page 522 of 4407) PageID #: 1651   63
**Elite Reporting Services** (901) 522-1467
www.EliteReportingServices.com

```
1     ████████████████, and the other times were just like        02:57:08
2     wrong place wrong time kind of a deal.                        02:57:19
3     Q.     Okay.  In all of those, the times when ██             02:57:19
4     ████████████████████████████████████, do you                02:57:25
5     believe the robbery had to do -- do any of those             02:57:29
6     robberies have to do with the fact that you are a            02:57:32
7     transgender woman?                                           02:57:35
8     A.     Yes.                                                  02:57:36
9     Q.     And how -- tell me which ones and how you             02:57:37
10    know that.                                                   02:57:40
11    A.     I would say all of them.  All of them either         02:57:40
12    because of the location we were in, because there are       02:57:47
13    areas in Memphis that are known for LGBTQ folks to          02:57:55
14    hang out, like I said, Ms. Hanna's is one of those          02:57:59
15    areas.  So when it happened there, I knew it was            02:58:05
16    directly related to my gender identity.  And meeting        02:58:06
17    people, I have social apps where my gender identity         02:58:14
18    is clearly stated in my profile, those people will         02:58:20
19    come to my home with the intentions to rob me and          02:58:23
20    cause me harm versus my idea of, oh, I'm just a            02:58:29
21    person, they're attractive in eyesight, I would like       02:58:34
22    to get to know this person but their intentions were       02:58:37
23    totally opposite and malice.                               02:58:42
24    Q.     Okay.  So on -- your gender identity is             02:58:45
25    displayed on social apps?                                  02:58:55
```

| | | |
|---|---|---|
| 1 | A.      On some social apps where the purpose is to | 02:58:57 |
| 2 | date people, whether it is you're looking for | 02:59:10 |
| 3 | friendship or something more long-term I put it on | 02:59:13 |
| 4 | there just to notify people of the opposite sex -- or | 02:59:17 |
| 5 | not opposite sex, but opposite gender, that this is | 02:59:23 |
| 6 | how I identify to prevent the possibility of | 02:59:29 |
| 7 | violence.  But in most cases I think it makes me | 02:59:33 |
| 8 | stand out.  If a person is looking to do violence | 02:59:37 |
| 9 | specifically to someone who is transgender, my | 02:59:40 |
| 10 | profile will stand out. | 02:59:45 |
| 11 | Q.     So your profile says transgender woman; | 02:59:47 |
| 12 | right? | 02:59:52 |
| 13 | A.      Yes. | 02:59:52 |
| 14 | Q.     Okay.  All right.  Any other times that you | 02:59:53 |
| 15 | have been the victim of violence or threatened | 03:00:04 |
| 16 | violence besides what you've described?  Not that | 03:00:07 |
| 17 | it's not more than enough, trust me.  I mean that's | 03:00:12 |
| 18 | a terrible -- that's a terrible, terrible history, | 03:00:15 |
| 19 | but… | 03:00:19 |
| 20 | A.      Yes.  I don't look like one of those girls. | 03:00:20 |
| 21 | But yeah, if you were to pull all of the incident | 03:00:25 |
| 22 | reports with my name on it, there would be like a | 03:00:28 |
| 23 | stack this high. | 03:00:28 |
| 24 | Q.     Okay.  Any others that you recall?  You've | 03:00:28 |
| 25 | described the robberies, you've described being | 03:00:28 |

```
1    stabbed, the person that hit you with the hammer, the        03:00:42
2    person that chased you down and hit you with a rock,         03:00:44
3    any others?                                                  03:00:45
4    A.       That's all of them.                                 03:00:45
5    Q.       Okay.  Have you -- have you ever been the           03:00:47
6    victim or threatened victim of housing discrimination        03:00:58
7    because of your status as a transgender woman?               03:01:03
8    A.       Yes.                                                03:01:11
9    Q.       Okay.  Tell me each time that has happened.         03:01:12
10   A.       That was during a time where I didn't               03:01:16
11   necessarily have a verifiable income.  So I didn't           03:01:42
12   have access to like apartment complexes that had like        03:01:45
13   a hundred complexes like major, I was dealing with           03:01:50
14   once again, like private owners who didn't have to           03:01:54
15   follow any type of guidelines around how they took in        03:02:00
16   applications or denied applications.  A lot of the           03:02:07
17   places that I could afford, they would have written          03:02:10
18   policies on renting to transgender women, but a lot          03:02:19
19   of them just would not.  And that was common                 03:02:24
20   knowledge in the community, was like oh, they're not         03:02:25
21   going to rent to you because you're tran.                    03:02:29
22   Q.       Did you ever actually try to rent somewhere         03:02:34
23   and you were declined?                                       03:02:38
24   A.       Yeah, a few places, rent places where a few         03:02:45
25   people, their ads would be on like craigslist or             03:02:47
```

Elite Reporting Services (900) 582-4407
www.EliteReportingServices.com

roommates.com.    03:02:52

2  Q.     Did they -- here is what I'm -- what I'm    03:03:01

3  asking, if you actually attempted to rent and the    03:03:06

4  person just said I'm not going to let you rent here    03:03:13

5  and it's because you're transgender.    03:03:17

6  A.     No one specifically said those are the    03:03:22

7  reasons.  But like I said, the community here is    03:03:25

8  pretty small and we share a lot of resources, whether    03:03:29

9  that's like something that's tangible or this is a    03:03:37

10  bit of information that you should know about this    03:03:42

11  organization, or this is where you can find housing,    03:03:44

12  or if this is the person that's over it, he's not    03:03:47

13  going to allow you to rent there, because of things    03:03:51

14  that have happened in the past.    03:03:54

15  Q.     Okay.  Have you ever attempted to rent a    03:03:55

16  place to live and had them ask for or require your    03:04:13

17  birth certificate?    03:04:15

18  A.     No.  Now, when I purchased my home, I did    03:04:16

19  have to provide both documents during my credit    03:04:32

20  check.  Because when I initially did my credit check    03:04:37

21  with my lender, I didn't have any credit history    03:04:44

22  under my new name, so I had to give them a copy of my    03:04:48

23  birth certificate.  And at that time -- well, still    03:04:53

24  now, but the name hadn't changed, nor the gender    03:04:55

25  marker.  But I had to show them documentation like my    03:05:01

Case 3:19-cv-0035... Document 81 Filed 06/05/20 (Page 522 of 4467 PageID #: 16... 67
Elite Reporting Services (901) 522-4467
www.EliteReportingServices.com

| | |
|---|---|
| 1 | birth certificate and my name change order from the |
| 2 | probate court here in Shelby County ordering my name |
| 3 | change to obtain credit history for my then name. |
| 4 | Q.     Okay. |
| 5 | A.     And that caused problems. |
| 6 | Q.     Okay.  Tell me about the problems. |
| 7 | A.     It just went cold.  The -- not the |
| 8 | conversation, but the relationship went cold between |
| 9 | my lender and myself.  They would not call me back. |
| 10 | I couldn't get in contact with them.  Yeah.  And this |
| 11 | was after they called me to say you don't have any |
| 12 | credit history, I explained to them what the |
| 13 | situation was, submitted the documents I needed to |
| 14 | submit, and did not hear anything back from them. |
| 15 | Q.     Okay.  Did you -- did you ultimately obtain |
| 16 | the loan from that lender? |
| 17 | A.     I did.  I had to use some like -- some of the |
| 18 | activism, if you will, to just -- yeah, it was. |
| 19 | Yeah, it wasn't like something like strategic.  It |
| 20 | was a friend posted something about predatory |
| 21 | lenders, and how they want to create a model that |
| 22 | wasn't predatory for poor and working class folks to |
| 23 | be able to borrow ^for land/or lend without it being |
| 24 | predatory.  And I just commented and was like, "There |
| 25 | are some people within our community who are |

Timestamps:
03:05:09
03:05:18
03:05:21
03:05:27
03:05:28
03:05:29
03:05:31
03:05:38
03:05:42
03:05:49
03:05:56
03:05:59
03:06:03
03:06:08
03:06:12
03:06:16
03:06:18
03:06:29
03:06:34
03:06:37
03:06:41
03:06:44
03:06:49
03:06:53
03:06:57

Case 3:19-cv-00328 Document 34-5 Filed 06/05/20  Page 522 of 1407 PageID #: 1676
*Elite Reporting Services* (901) 522-4667
www.EliteReportingServices.com
68

```
 1    predatory."  And my lender was friends with that         03:07:01
 2    person, saw that comment and didn't realize that her     03:07:05
 3    employees had basically -- they weren't doing their      03:07:10
 4    jobs.  She didn't know what was happening on that        03:07:15
 5    level of her -- of her company.  She rectified that      03:07:18
 6    situation for me and she offered me a product to         03:07:23
 7    purchase my home.                                        03:07:28
 8    Q.      Okay.                                            03:07:29
 9    A.      Which is My Sistah's House.                      03:07:30
10    Q.      Which is your home now?                          03:07:35
11    A.      Yes.                                             03:07:37
12    Q.      You bought the home?                             03:07:37
13    A.      Yeah.                                            03:07:38
14    Q.      And live in that home now?  Okay.                03:07:39
15    A.      Yes.                                             03:07:41
16    Q.      Paragraph 95 of the amended complaint says       03:07:41
17    "Ms. Gore is stigmatized and harmed by Tennessee's       03:07:49
18    birth certificate policy."  Other than things that       03:07:55
19    we've already talked about today, how are you            03:07:57
20    stigmatized and harmed by the birth certificate          03:08:01
21    policy?                                                  03:08:04
22    A.      Well, one, they won't release my birth           03:08:07
23    certificate whether it has my old or new name, and       03:08:10
24    that's ^without the gender marker.  And I think I        03:08:19
25    feel personally that it is directly related to this      03:08:19
```

| | | |
|---|---|---|
| 1 | case why they are not releasing my birth certificate | 03:08:23 |
| 2 | at this time, or refunding me the $31 that I sent | 03:08:24 |
| 3 | them a money order for the new birth certificate. | 03:08:27 |
| 4 | And then also just cause me harm when I'm | 03:08:32 |
| 5 | having to present a birth certificate for whatever it | 03:08:37 |
| 6 | is, whether it is for resources or services, higher | 03:08:41 |
| 7 | education, employment, buying a house, renting an | 03:08:46 |
| 8 | apartment, wherever I would need to submit my birth | 03:08:50 |
| 9 | certificate, I don't have one that reflects | 03:08:54 |
| 10 | everything on all of the other identifying documents. | 03:08:56 |
| 11 | Q.    Anything else? | 03:09:01 |
| 12 | A.    So a lot of those times I just do not, if | 03:09:02 |
| 13 | that's a requirement, I kind of, you know, do a | 03:09:07 |
| 14 | case-by-case situation, is it worth me divulging that | 03:09:11 |
| 15 | I'm transgender and possibly facing discrimination or | 03:09:17 |
| 16 | harassment because I need this service, I don't feel | 03:09:20 |
| 17 | that that should be the case. | 03:09:29 |
| 18 | Q.    Just going back, you said that they won't | 03:09:30 |
| 19 | release your birth certificate, what do you mean by | 03:09:35 |
| 20 | that? | 03:09:38 |
| 21 | A.    So one of the things that I did at OUTMemphis | 03:09:38 |
| 22 | for three years that I kind of continue to do when | 03:09:45 |
| 23 | time allows, is I assist transgender and gender | 03:09:49 |
| 24 | nonconforming folks with the legal name change | 03:09:51 |
| 25 | process here in Shelby County.  And also some people | 03:09:53 |

Case 3:19-cv-00328 Document 85-16 Filed 06/09/20 Page 70 of 106 PageID #: 1673
Elite Reporting Services (901) 522-4667
www.EliteReportingServices.com
70

| | | |
|---|---|---|
| 1 | in the surrounding areas, we're connecting them to | 03:09:57 |
| 2 | resources and lawyers.  And the process has been | 03:10:03 |
| 3 | pretty much the same for a lot of individuals I have | 03:10:06 |
| 4 | assisted with the legal process, and especially with | 03:10:09 |
| 5 | the birth certificate, it's normally no longer than | 03:10:12 |
| 6 | 45 days you'll have a new birth certificate with your | 03:10:16 |
| 7 | updated name from the Office of Vital Records in | 03:10:20 |
| 8 | Nashville, and that hasn't been the case with me. | 03:10:26 |
| 9 | Q.     Okay.  So you think that somehow they're | 03:10:30 |
| 10 | holding back your name change? | 03:10:34 |
| 11 | A.     Yeah.  And it could be just me thinking that | 03:10:35 |
| 12 | way and that it's not actually factual, I'm just | 03:10:41 |
| 13 | speculating.  But I just don't understand why mine is | 03:10:43 |
| 14 | not as routine as it has been in the past. | 03:10:48 |
| 15 | Q.     Okay.  And then you said another part of | 03:10:51 |
| 16 | this, your response is that you really consider on a | 03:10:59 |
| 17 | case-by-case basis if you are going to have to turn | 03:11:02 |
| 18 | over a birth certificate is it worth it, is it worth | 03:11:08 |
| 19 | it to have to turnover my birth certificate.  And | 03:11:13 |
| 20 | you've described some situations -- | 03:11:16 |
| 21 | A.     I'm sorry. | 03:11:18 |
| 22 | Q.     No, that's all right.  You've described some | 03:11:20 |
| 23 | situations where you have or -- you have had to do | 03:11:23 |
| 24 | that, some where you didn't want to do that.  Are | 03:11:27 |
| 25 | there others that you haven't told me about yet today | 03:11:29 |

Elite Reporting Services (901) 522-1467
www.EliteReportingServices.com

```
 1    where you just decided you know what, whatever it is,      03:11:31
 2    that job, that apartment, that whatever, it's just         03:11:34
 3    not even worth me having to show that person my birth      03:11:38
 4    certificate, I'm not even going to try that.               03:11:41
 5    Anything that you haven't already described for us         03:11:44
 6    today?                                                     03:11:46
 7    A.      Yes, incidences where I was in a financial         03:11:48
 8    bind.  And there are County services or State             03:11:54
 9    services or Federal services that -- that I qualify       03:12:00
10    for, especially like anything government related,         03:12:07
11    whether that's access to food stamps or rental           03:12:10
12    assistance.  Amid this COVID crisis that we're in,       03:12:15
13    there are a lot of resources that might be beneficial    03:12:19
14    to me being able to survive.  All of our stay at home    03:12:22
15    orders from our current governor, we, as well as our     03:12:28
16    county and city mayor, that I may not want to apply      03:12:32
17    for that could possibly save my life simply because I    03:12:36
18    don't have a birth certificate with my correct gender   03:12:40
19    on it.  Because mostly it's just like social services   03:12:43
20    things that you would need to submit a birth            03:12:49
21    certificate for.                                        03:12:51
22    Q.      Okay.  But what I'm asking is, and I            03:12:51
23    understand those things are out there.  I'm asking     03:12:57
24    about you in particular, what are things that you      03:13:00
25    have declined to apply for, or jobs you -- jobs you    03:13:02
```

| | | |
|---|---|---|
| 1 | didn't want to apply for, services you didn't want to | 03:13:08 |
| 2 | apply for, money that you didn't want to apply for, | 03:13:12 |
| 3 | specific ones that you have not applied for because | 03:13:15 |
| 4 | you did not want to show a birth certificate. | 03:13:18 |
| 5 | A.     School, I did want to go back to school | 03:13:21 |
| 6 | because Tennessee had a, I believe it's called the | 03:13:32 |
| 7 | Tennessee reconnect program, where they pay for two | 03:13:34 |
| 8 | years of college for individuals who dropped out of | 03:13:37 |
| 9 | school or did not complete their program.  I wanted | 03:13:42 |
| 10 | to enter back into school through that program and I | 03:13:47 |
| 11 | had to submit my birth certificate and I just didn't | 03:13:50 |
| 12 | feel -- I didn't feel whole submitting that, so I | 03:13:54 |
| 13 | didn't enter into that program. | 03:13:58 |
| 14 | And I'm not 100 percent that's the name of | 03:14:00 |
| 15 | it, but it's a program that's funded by the State to | 03:14:04 |
| 16 | help people who were in college, didn't complete it, | 03:14:10 |
| 17 | get back in college and be able to have it fully paid | 03:14:14 |
| 18 | for. | 03:14:17 |
| 19 | Q.     Okay.  Did you have any reason to believe you | 03:14:17 |
| 20 | would be denied because of your transgender status? | 03:14:21 |
| 21 | A.     I don't -- the college that -- the college I | 03:14:30 |
| 22 | was interested in, I don't think they would have | 03:14:34 |
| 23 | denied me.  They were very interested in me being a | 03:14:36 |
| 24 | student at that college.  However, I felt as though I | 03:14:42 |
| 25 | wasn't -- I wasn't prepared mentally to go through | 03:14:48 |

Elite Reporting Services * (901) 522-4447
www.EliteReportingServices.com

```
1   that process because I didn't know what the outcome     03:14:53
2   would be, or what their process would look like as      03:14:57
3   far as how much discrimination am I going to have to    03:15:01
4   face throughout this, or how many hurdles are going     03:15:05
5   to be put in front of me because I am transgender.      03:15:09
6        Q.    Okay.  But -- but going back to my original   03:15:13
7   question, I understand the answer you've given, but     03:15:22
8   you didn't have a reason to believe that the State of   03:15:24
9   Tennessee was just going to say we're just not          03:15:27
10  giving, we're just not going to give Kayla Gore that    03:15:30
11  money because Kayla Gore is a transgender woman?        03:15:32
12       A.    I don't know the answer to that, because I    03:15:35
13  don't want to speculate what other people would do.     03:15:41
14  But just by being a resident of the Tennessee -- of     03:15:45
15  the State of Tennessee for 31 -- 33 years of my life,   03:15:49
16  yeah, I didn't think that I had a great chance.         03:15:58
17       Q.    Because you are a transgender woman, or for   03:16:01
18  another reason?                                         03:16:05
19       A.    Because I'm transgender.                     03:16:06
20       Q.    Okay.  So and I know the program you're      03:16:08
21  talking about, and I think it may be called -- I        03:16:14
22  think you may be right, it's called something like      03:16:17
23  Tennessee reconnect, or but you, you believe that the   03:16:18
24  persons considering the Tennessee reconnect program    03:16:21
25  would have discriminated against you and denied you     03:16:23
```

Elite Reporting Services (901) 522-1467
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | that funding because you are a transgender woman? | 03:16:26 |
| 2 | A.    I don't want to say never, because -- okay. | 03:16:29 |
| 3 | Thank you.  I don't want to say that they would have | 03:16:34 |
| 4 | denied me.  What I will say that I felt like it was | 03:16:37 |
| 5 | going to be a harder process for me than it would | 03:16:44 |
| 6 | have been for someone who didn't identify the way I | 03:16:48 |
| 7 | do. | 03:16:51 |
| 8 | Q.    All right.  Let's look, let's see, I think | 03:16:51 |
| 9 | we're done with the amended complaint. | 03:17:26 |
| 10 | MS. KADIVAR:  Kayla, do you want to take | 03:17:37 |
| 11 | a break? | 03:17:37 |
| 12 | THE WITNESS:  Yeah, we can take a | 03:17:39 |
| 13 | five-minute break. | 03:17:41 |
| 14 | MS. SHEW:  Okay.  Let's do this.  Because | 03:17:43 |
| 15 | I'm afraid if we all sign off, I think we -- just | 03:17:47 |
| 16 | anyone that wants to close their screen can, and mute | 03:17:51 |
| 17 | your mic.  And it's 3:17, so let's come back about | 03:17:54 |
| 18 | 3:25 or so, just take a quick break. | 03:17:54 |
| 19 | (Short break.) | 03:17:54 |
| 20 | BY MS. SHEW: | 03:17:54 |
| 21 | Q.    All right.  We're back on the record. | 03:38:01 |
| 22 | Ms. Gore, when we left for the break, we were talking | 03:38:03 |
| 23 | about college.  And I had asked you just as a general | 03:38:15 |
| 24 | proposition, about things that you didn't want to | 03:38:19 |
| 25 | even try to apply to do, because you were concerned | 03:38:23 |

```
 1    that you would not -- you would not be successful      03:38:28
 2    because of your status as a transgender woman.  And    03:38:33
 3    you talked about school and the Tennessee program      03:38:33
 4    that allows people to enter and complete their         03:38:37
 5    degrees.  You had also mentioned, started talking      03:38:40
 6    about school in a detailed manner, you talked about    03:38:47
 7    things like State, Federal, County, local services    03:38:52
 8    like food stamps, rental resources, things available  03:38:54
 9    during the COVID crisis, various kinds of Government   03:38:59
10    programs.  Have you ever not applied for a particular  03:39:06
11    Government program because you thought you would not   03:39:09
12    be accepted?                                           03:39:12
13    A.     Yes, for SNAP benefits.                         03:39:14
14    Q.     Okay.  When was that?                           03:39:20
15    A.     I can't remember the exact year when.  I        03:39:22
16    would say anywhere from 2010 to maybe 2013, '14,       03:39:42
17    different instances where I found myself unemployed    03:39:51
18    and those -- needing access to SNAP or food stamp     03:39:54
19    benefits.  And I would always have a hard time         03:39:59
20    getting those resources, one, because my birth         03:40:06
21    certificate said male, and just from experience, men  03:40:10
22    have a harder time getting approved for SNAP           03:40:16
23    benefits.  I've had a hard time before my transition,  03:40:20
24    getting approved for SNAP benefits.  I've had the      03:40:28
25    people, once they started the process where you        03:40:31
```

Case 3:19-cv-00328 Document 84-4 Filed 10/20/20 Page 76 of 106 PageID #: 1674
Elite Reporting Services (901) 522-4667
www.EliteReportingServices.com

```
1    didn't have to actually come in and you can do        03:40:33
2    telephone interviews, I had the counselor who was     03:40:36
3    supposed to call me after I submitted my birth        03:40:43
4    certificate to lie and say that she called me when    03:40:44
5    she didn't call me.  I followed up with her           03:40:47
6    supervisor, and her supervisor did a query.  At that  03:40:50
7    time I didn't know what that meant, but she said she  03:40:55
8    would do a query on my number, and that was to see if 03:40:59
9    anyone from that agency had called me.  And she said  03:41:02
10   that no one had called me from that agency.  So there 03:41:06
11   was no way I could possibly miss a telephone          03:41:09
12   interview where they would call me.  She reached back 03:41:13
13   out to that counselor, asked her to follow up with me 03:41:16
14   to complete the interview.  She informed me she would 03:41:18
15   complete the interview by that day, she never called  03:41:21
16   me to complete the interview.  I had to call the      03:41:24
17   supervisor back again.  Ultimately the supervisor     03:41:26
18   ended up giving my case to someone else because this  03:41:30
19   person just refused to do her job when it -- when it  03:41:34
20   related to me.                                        03:41:38
21   Q.      And do you believe that had anything to do    03:41:40
22   with the fact that you are a transgender woman?       03:41:46
23   A.      Yes.                                          03:41:50
24   Q.      And why is that?                              03:41:51
25   A.      Because as I stated, she lied about calling   03:41:53
```

*Elite Reporting Services* (901) 522-4667
*www.EliteReportingServices.com*

```
 1    me.  All of these things happened after I submitted     03:42:02
 2    the documentation that she required, which was a         03:42:07
 3    termination letter, my birth certificate, photo ID, I    03:42:10
 4    think that is about it.                                  03:42:17
 5    Q.     Okay.  Did you ultimately get the benefits?       03:42:18
 6    A.     Yes.                                              03:42:21
 7    Q.     Okay.  Have you ever -- is there -- are there     03:42:24
 8    any other situations where you had difficulty like       03:42:29
 9    that, or were denied benefits in any sort of             03:42:34
10    government assistance program?                           03:42:38
11    A.     No.                                               03:42:39
12    Q.     Okay.  Okay.  Do you carry your birth             03:42:42
13    certificate with you, you know, on your person, in       03:42:56
14    your purse, in your jacket?                              03:43:01
15    A.     No.                                               03:43:04
16    Q.     Do you carry your State ID with you?              03:43:04
17    A.     Yes.                                              03:43:10
18    Q.     Okay.  And you do not have a driver's             03:43:14
19    license; correct?                                        03:43:21
20    A.     That is correct.                                 03:43:23
21    Q.     What -- why do you not have a driver's            03:43:24
22    license?                                                 03:43:27
23    A.     My licenses are suspended.                        03:43:28
24    Q.     Okay.  Do you know when your license is due       03:43:32
25    to be reinstated?                                        03:43:39
```

Case 3:19-cv-00328 Document 81 Filed 03/05/20 Page 52 of 106 PageID #: 1636
**Elite Reporting Services (901) 522-4667**
**www.EliteReportingServices.com**
78

```
 1    A.      I know there is a process for people whose
 2    licenses have been suspended -- suspended or revoked
 3    or canceled due to financial reasons.  I know there
 4    is a process to regain your license if it's been
 5    suspended due to financial reasons, which is the case
 6    for me.  But I don't know of a specific date that I'm
 7    eligible to be reinstated.
 8    Q.      Okay.  Have you ever had any communications
 9    with anybody at the Tennessee Department of Health
10    about your birth certificate?  And by that I mean, it
11    could be written, e-mail, letter, telephone call,
12    have you ever communicated with the Tennessee
13    Department of Health about your birth certificate?
14    A.      No one specific to vital records, but I do
15    have colleagues that work at the Tennessee Department
16    of Health.  I used to be the chair of the transgender
17    task force that was housed at the Tennessee
18    Department of Health, but no one specific to vital
19    records, and nothing more than just I'm preparing for
20    this, or nothing that was like let's have a
21    conversation about birth certificates.  Just general
22    updates of my life, but nothing that was specific to
23    a conversation around it.
24    Q.      Okay.  So you have -- you have friends or
25    acquaintances at the Tennessee Department of Health,
```

03:43:49
03:43:52
03:43:57
03:43:59
03:44:05
03:44:08
03:44:14
03:44:17
03:44:24
03:44:29
03:44:33
03:44:37
03:44:39
03:44:43
03:44:51
03:44:54
03:45:03
03:45:04
03:45:09
03:45:14
03:45:17
03:45:21
03:45:26
03:45:27
03:45:31

Case 3:19-cv-00328  Document 83-6  Filed 05/07/20  Page 79 of 106 PageID #: 1637
Elite Reporting Services (901) 522-4667
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | and specifically within the Office of Vital Records; | 03:45:34 |
| 2 | is that correct? | 03:45:37 |
| 3 | A.    No. | 03:45:37 |
| 4 | Q.    Just the Department of Health? | 03:45:38 |
| 5 | A.    Yes. | 03:45:39 |
| 6 | Q.    Okay.  Not in vital records? | 03:45:40 |
| 7 | A.    Correct. | 03:45:42 |
| 8 | Q.    Okay.  So if I understand your answer, you | 03:45:44 |
| 9 | may have had social conversations or general | 03:45:44 |
| 10 | conversations with persons at the Tennessee | 03:45:55 |
| 11 | Department of Health who are friends of yours; | 03:45:56 |
| 12 | correct? | 03:45:58 |
| 13 | A.    Correct. | 03:45:58 |
| 14 | Q.    But as to my question, which is whether | 03:45:58 |
| 15 | you've ever discussed your birth certificate or your | 03:46:10 |
| 16 | desire to change your birth certificate or anything | 03:46:10 |
| 17 | about your birth certificate, you haven't had those | 03:46:11 |
| 18 | conversations with persons at the Department of | 03:46:12 |
| 19 | Health; is that correct or not correct? | 03:46:14 |
| 20 | A.    I have had conversations with a person who | 03:46:14 |
| 21 | works at the Tennessee Department of Health, not in | 03:46:36 |
| 22 | vital records.  She works more so on the infections | 03:46:39 |
| 23 | and disease side of the Department of Health.  And | 03:46:40 |
| 24 | during a check-in on one of our task force calls, I | 03:46:42 |
| 25 | stated that I am working on declarations for the case | 03:46:47 |

|   |   |
|---|---|
| 1 | against the Governor. And her response was, "I'm | 03:46:52 |
| 2 | sorry that that is a thing that you have to go | 03:46:58 |
| 3 | through in order to have a right to change mistakes | 03:47:02 |
| 4 | on your birth certificate." And then we moved on to | 03:47:06 |
| 5 | the actual topic for that call. | 03:47:09 |
| 6 | Q.      Okay.  Who was that person? | 03:47:11 |
| 7 | A.      Her name is Katherine ^Bushmann. | 03:47:21 |
| 8 | Q.      Do you know how that last name is spelled? | 03:47:27 |
| 9 | A.      No. | 03:47:32 |
| 10 | Q.      Could you say it again? | 03:47:32 |
| 11 | A.      Katherine -- oh, her last name Bushmann, | 03:47:34 |
| 12 | it's -- yeah, I can't think of it off of the top of | 03:47:46 |
| 13 | my head, no, how to spell it. | 03:47:51 |
| 14 | Q.      Just say it one more time, I'm sorry, because | 03:47:53 |
| 15 | it's cutting out a little bit. | 03:47:55 |
| 16 | A.      Bushmann. | 03:47:57 |
| 17 | Q.      Bushmann.  Okay.  Close enough.  And so no | 03:48:01 |
| 18 | other conversations with anybody at vital records or | 03:48:07 |
| 19 | at the Department of Health about your birth | 03:48:10 |
| 20 | certificate?  I mean, you told us you sent in a form | 03:48:12 |
| 21 | requested a name change, but -- and you used to be | 03:48:16 |
| 22 | the chair of transgender task force that is housed at | 03:48:20 |
| 23 | the Department of Health, when was that? | 03:48:25 |
| 24 | A.      2018 to probably the end of 2019.  I'm still | 03:48:28 |
| 25 | a part of the task force, but just not the chair. | 03:48:44 |

```
 1    Q.      You guessed my next question, which is        03:48:47
 2    whether you are still part of the task force.          03:48:47
 3    A.      Yes.                                            03:48:47
 4    Q.      Where are you currently employed?              03:49:21
 5    A.      The Transgender Law Center, and on             03:49:21
 6    Southerners on New Ground.                              03:49:21
 7    Q.      Transgender Law Center, and what did you say?  03:49:25
 8    A.      Southerners on New Ground, or SONG, S-O-N-G.   03:49:25
 9    Q.      Okay.  Where is the Transgender Law Center     03:49:46
10    located?                                                03:49:52
11    A.      In Oakland, California.                         03:49:53
12    Q.      Do you ever work in Oakland or do you work in  03:49:55
13    Memphis?                                                03:50:05
14    A.      I'm based in Memphis, but I go to Oakland      03:50:05
15    maybe twice a year at minimal.                          03:50:13
16    Q.      How long have you worked there?                03:50:26
17    A.      A little over a year.                           03:50:28
18    Q.      And do you get a salary there?                 03:50:30
19    A.      Yes.                                            03:50:35
20    Q.      Okay.  Okay.  Is Southerners on the Ground a   03:50:37
21    different organization?                                 03:51:05
22    A.      Yes.                                            03:51:07
23    Q.      Okay.  And what's your -- well, let's start    03:51:08
24    with -- well, let's let me go back to Transgender Law  03:51:12
25    Center first.  What is your title there?               03:51:17
```

**Elite Reporting Services** (901) 522-4667
www.EliteReportingServices.com

```
 1    A.      Southern regional organizer.                    03:51:19

 2    Q.      Okay.  All right.                                03:51:22

 3    A.      This is a partnership between both              03:51:24

 4    organizations, so it's the same title for both, and     03:51:28

 5    the same duties and responsibilities for both.          03:51:30

 6    Q.      Okay.  So -- so it's two different              03:51:32

 7    organizations but you have the same title and the       03:51:37

 8    same responsibilities.  So are they sort of jointly     03:51:44

 9    employing you; is that accurate?                        03:51:45

10    A.      Yes.  Collaboration.                            03:51:48

11    Q.      Okay.  Do they each pay part of your salary?    03:51:49

12    A.      Yes.                                            03:51:53

13    Q.      All right.  I think we're, I'm about done,      03:51:55

14    but before I wrap up, I want you to just think          03:52:17

15    through one more time.  I know I've probably asked      03:52:22

16    you this five different times, but just one more        03:52:24

17    time, any incidents that you haven't described today    03:52:28

18    where you were looking for a job, a house, a bank       03:52:32

19    loan, anything, and were requested or required to       03:52:39

20    present your birth certificate other than those that    03:52:44

21    you have already told me about today?                   03:52:49

22    A.      No.                                             03:52:49

23    Q.      All right.  Ms. Gore, I believe that's all of   03:54:19

24    the questions I have for you today.  Thanks to          03:54:20

25    everybody for your patience with the somewhat           03:54:25
```

Case 3:19-cv-00328 Document 81 Filed 05/16/20 Page 522 of 4467 PageID #: 1639    83
Elite Reporting Services  (901) 522-4407
www.EliteReportingServices.com

| | |
|---|---|
| 1 | cumbersome -- during this via WebEx, and sorry again |
| 2 | for my barking dog.  Oh, what are you going to do. |
| 3 | So anyway, we'll, except for Ms. Gore, we'll see some |
| 4 | or all of you tomorrow. |
| 5 | THE REPORTER:  One moment.  This is the |
| 6 | court reporter.  I just need to go over a few things. |
| 7 | There were no exhibits marked. |
| 8 | MS. SHEW:  Oh, I'm sorry.  I would like |
| 9 | to mark the amended complaint as Exhibit 1.  Thank |
| 10 | you.  And that's the only exhibit we need today. |
| 11 | (WHEREUPON, a document was marked as |
| 12 | Exhibit Number 1.) |
| 13 | THE REPORTER:  Okay.  And then did you |
| 14 | want to order a copy of the transcript, Ms. Shew? |
| 15 | MS. SHEW:  Yes. |
| 16 | THE REPORTER:  Okay.  And how about Sasha |
| 17 | and Samoneh, do both of you want copies? |
| 18 | MS. KADIVAR:  Yes, if we could get copies |
| 19 | and if we could get a rough draft as soon as |
| 20 | possible, that would be great.  And then the other |
| 21 | thing I just wanted to state for the record, if we |
| 22 | can agree that all of the personal information that |
| 23 | was talked about in this deposition today, including |
| 24 | Government benefits, you know, the license that's |
| 25 | been held, that kind of stuff, if we can designate |

03:54:30
03:54:31

03:54:55
03:54:57

```
 1    all of that as confidential, that would be great.  I      03:55:38
 2    don't know, Diana, if you dispute that at all.
 3              MS. SHEW:  I have no objection to
 4    designating personal information as confidential.
 5              THE REPORTER:  Okay.  Sasha, did you want
 6    to order a copy of the transcript?
 7              MS. BUCHERT:  Yes, please.  That would be    04:02:51
 8    great.  Thank you.
 9              THE REPORTER:  Okay.  And let me see
10    here.  Ms. Shew, we're still on for tomorrow, then;
11    correct?
12              MS. SHEW:  Yes.
13              THE REPORTER:  Okay.
14              MS. KADIVAR:  If you could just give me
15    one minute, let me just double-check, make sure that
16    I don't have any questions.  If you guys would just
17    give me two minutes.
18              THE REPORTER:  Sure.
19                   CROSS-EXAMINATION
20    QUESTIONS BY MS. KADIVAR:
21    Q.     I just have one question for you, Ms. Gore.    04:02:55
22    I know you're not here to testify as an expert, but   04:02:58
23    in your opinion, is sex the same as gender?          04:03:04
24    A.     Can you repeat the question for me?  I'm       04:03:09
25    sorry.                                                04:03:09
```

|   |   |   |
|---|---|---|
| 1 | Q.    I know you're not here testifying as an | 04:03:12 |
| 2 | expert, but sex is the same as gender in your | 04:03:14 |
| 3 | opinion; correct? | 04:03:16 |
| 4 | MS. SHEW:  Object to the form. | 04:03:21 |
| 5 | THE WITNESS:  Is sex the same as gender, | 04:03:22 |
| 6 | is that the question? | 04:03:29 |
| 7 | BY MS. KADIVAR: | 04:03:29 |
| 8 | Q.    Yes, that's the question.  In your opinion. | 04:03:32 |
| 9 | A.    Yes, I believe -- complaint so, yes. | 04:03:36 |
| 10 | MS. SHEW:  I didn't hear the answer, it | 04:03:36 |
| 11 | broke up.  I'm sorry. | 04:03:36 |
| 12 | THE WITNESS:  I said yes, I agree. | 04:03:48 |
| 13 | MS. KADIVAR:  No further questions for | 04:03:51 |
| 14 | me. | 04:06:03 |
| 15 | THE REPORTER:  Okay.  If there are no | |
| 16 | other questions, we are going off the record. | |
| 17 | MS. SHEW:  Give me about two minutes, I | |
| 18 | may have a follow-up question based on that question. | |
| 19 | THE REPORTER:  Yes, ma'am. | |
| 20 | REDIRECT EXAMINATION | |
| 21 | QUESTIONS BY MS. SHEW: | |
| 22 | Q.    Ms. Gore, at the beginning of your deposition | 04:06:12 |
| 23 | you acknowledged that you do not consider yourself to | 04:06:15 |
| 24 | be an expert on the distinction if any, between sex | 04:06:18 |
| 25 | and gender; correct? | 04:06:21 |

```
 1    A.     Correct, I'm not an expert.              04:06:28

 2    Q.     All right.  So anything that you're offering    04:06:31

 3    in that regard is simply your opinion as a person;     04:06:33

 4    correct?                                        04:06:33

 5    A.     It will be my opinion based off of my      04:06:46

 6    experience and the work that I do.              04:06:51

 7    Q.     Okay.  Tell me -- tell me why that experience   04:06:52

 8    makes you different from any other American     04:06:55

 9    that -- well, let me ask it a different way.  Do you    04:06:57

10    have any medical training?                      04:07:05

11    A.     No, no formal medical training.           04:07:07

12    Q.     Well, any informal medical training?      04:07:15

13    A.     Can you be more specific when you say      04:07:17

14    "medical"?                                      04:07:28

15    Q.     Well, not really.  I mean, you said you have    04:07:29

16    no formal medical training, I'm asking do you have     04:07:38

17    informal medical training.                      04:07:41

18    A.     No.                                       04:07:42

19    Q.     Okay.  That's all I have.                 04:07:43

20           MS. KADIVAR:  That's all from us, we'll

21    read and sign.

22           FURTHER DEPONENT SAITH NOT

23

24

25
```

Case 3:19-cv-00328 Document 81-6 03/16/20 Page 22 of 46 PageID #: 1635
**Elite Reporting Services** (901) 522-4667
**www.EliteReportingServices.com**

```
1                    E R R A T A   P A G E

2          I, KAYLA GORE, having read the foregoing
        videoconference deposition under oath, pages 1
3       through 85, do hereby certify said testimony is a
        true and accurate transcript, with the following
4       changes (if any):

5       PAGE  LINE              SHOULD HAVE BEEN
        ____  ____    _____
6
        ____  ____    _____
7
        ____  ____    _____
8
        ____  ____    _____
9
        ____  ____    _____
10
        ____  ____    _____
11
        ____  ____    _____
12
        ____  ____    _____
13
        ____  ____    _____
14
        ____  ____    _____
15
        ____  ____    _____
16
        ____  ____    _____
17
        ____  ____    _____
18
        ____  ____    _____
19
        ____  ____    _____
20
                      _____
21                                KAYLA GORE

22

23      _____
        Notary Public
24
        My Commission Expires:  _____
25
        Reported by:  Michelle Smith, RMR, LCR, CCR, FPR, CLR
```

```
 1                   REPORTER'S CERTIFICATE

 2    STATE OF TENNESSEE

 3    COUNTY OF SHELBY

 4

 5             I, MICHELLE SMITH, Licensed Court Reporter,

 6    with offices in Nashville, Tennessee, hereby certify

 7    that I reported the foregoing videoconference

 8    deposition of KAYLA GORE by machine shorthand to the

 9    best of my skills and abilities, and thereafter the

10    same was reduced to typewritten form by me.

11             I am not related to any of the parties named

12    herein, nor their counsel, and have no interest,

13    financial or otherwise, in the outcome of the

14    proceedings.

15             I further certify that in order for this
      document to be considered a true and correct copy it
16    must bear my original signature, and that any
      unauthorized reproduction in whole or in part and/or
17    transfer of this document is not authorized, will not
      be considered authentic, and will be in violation of
18    Tennessee Code Annotated 39-14-04, Theft of Services.

19

20

21

22

23                                                    _____

24    MICHELLE SMITH, RMR, LCR, CCR, FPR, CLR
      Elite Reporting Services
25    LCR# 544 - Expires:  6/30/2020
```

```
 1              E R R A T A   P A G E

 2         I, KAYLA GORE, having read the foregoing
        videoconference deposition under oath, pages 1
 3      through 85, do hereby certify said testimony is a
        true and accurate transcript, with the following
 4      changes (if any):

 5      PAGE   LINE              SHOULD HAVE BEEN

 6
         40     6              "raw" should be "ROG"
 7
         54     15             "tran" should be "trans"
 8
         64     21             "tran" should be "trans"
 9
         66     23             "^for land/or" should be "for land or"
10       67     24             "^without" should be "without"

11       ____  ____            _____

12       ____  ____            _____

13       ____  ____            _____

14       ____  ____            _____

15       ____  ____            _____

16       ____  ____            _____

17       ____  ____            _____

18       ____  ____            _____

19       ____  ____            _____

20                             _____

21                                  KAYLA GORE

22

23      _____

24      Notary Public

        My Commission Expires:  _____
25
        Reported by:  Michelle Smith, RMR, LCR, CCR, FPR, CLR
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE, JAIME COMBS, L.G., and K.N., | ) ) ) |
| *Plaintiffs*, | ) ) Case No. 3:19-cv-00328 |
| v. | ) ) |
| WILIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, | ) Judge Eli J. Richardson ) Magistrate Judge Barbara Holmes ) ) ) ) |
| *Defendants*. | ) ) |

## ERRATA DECLARATION

I, Kayla Gore, having read the foregoing transcript of my deposition taken on April 13, 2020, pages 1 through 85, do hereby certify under penalty of perjury under the laws of the United States of America that said deposition testimony is a true and accurate transcript, with the changes detailed on the attached errata page.

Executed on this ___15___ day of May 2020.

*Kayla Gore*
_____
Kayla Gore

**Exhibits**

**Ex 01 -**
**Kayla Gore** 3:13
82:9,12

**$**

**$31** 68:2

**1**

**1** 82:9,12
**100** 71:14
**10:00** 53:17
**13** 5:7 59:14
**14** 74:16
**16** 56:14
**1:11** 5:8

**2**

**20's** 24:24
**200-mile** 21:23
22:8
**2008** 10:4 15:25
**2010** 74:16
**2012** 24:23
**2013** 74:16
**2014** 59:13
**2015** 56:14
**2017** 22:25
**2018** 79:24
**2019** 79:24
**2020** 5:7
**25** 23:21

**3**

**31** 72:15

**33** 72:15
**35** 31:21 32:7 33:1
52:3
**37** 26:1,15

**3:17** 73:17
**3:19-CV-00328**
5:13
**3:25** 73:18

**4**

**45** 19:16 69:6

**5**

**544** 5:6

**7**

**78** 18:8
**79** 18:12,17

**8**

**81** 20:9
**83** 24:8
**84** 24:20
**85** 25:10
**89** 26:24

**9**

**9/11** 45:20
**91** 28:17,22 29:6,
25
**92** 31:9
**93** 40:16 41:5
46:19
**94** 50:14 51:9
**95** 67:16

**A**

**abbreviated**
33:1,2
**ABC** 36:21 37:2,
10,13,16
**accepted** 74:12
**access** 33:11
44:1,20 64:12
70:11 74:18
**accompany**
19:12
**account** 51:5
**accurate** 18:19
81:9
**accurately** 18:15
**accused** 53:19
**acknowledge**
17:3
**acknowledged**
84:23
**acquaintances**
77:25
**act** 53:25 55:7
**active** 6:1
**activism** 66:18
**activities** 23:5
**actual** 19:13 50:8
79:5
**addition** 13:13
49:3
**address** 9:19
**administration**
11:5,13
**admitted** 54:13
60:20
**ads** 64:25
**advocacy** 20:11
31:18 50:3 55:1
**advocate** 32:5
51:6
**afford** 64:17

**afraid** 73:15
**afternoon** 5:3
**age** 31:21 32:7
33:1
**agency** 75:9,10
**agree** 82:22 84:12
**ahead** 29:19
43:13
**AIDS** 12:13
**alcohol** 37:5
**allegations** 18:7
**allowed** 19:2
**ambulance** 60:1,
19
**amended** 17:23
18:2,6,9 20:10
24:7 26:1 27:15
30:4 34:7 40:16
50:14 67:16 73:9
82:9
**American** 85:8
**Amid** 70:12
**amount** 39:12
**and/or** 15:6 40:25
45:7 46:23 52:10
56:20 57:1 58:3
**announce** 7:2
**announcements**
6:4 7:23
**anybody's** 25:24
**apartment** 64:12
68:8 70:2
**apostrophe**
39:25
**appearance** 25:8
30:12 31:6 33:19
34:22
**appearing** 30:25
**application** 37:5
**applications**
64:16
**applied** 36:15,23
71:3 74:10

apply 35:3 48:24 49:15,21,22,24 50:9,12 70:16,25 71:1,2 73:25

applying 49:9,23

approached 57:4

approved 74:22, 24

approximate 10:3 59:12

approximately 5:8 59:17

apps 62:17,25 63:1

April 5:7

area 19:18 21:24 22:23 53:8,9,11, 12,14 59:1,21 60:9

areas 60:8 62:13, 15 69:1

arena 44:1 45:16

Arizona 10:7

Arkansas 22:13, 17

arms 60:4

arrangement 23:7

███████  ████████

art 27:14 34:8

aspects 25:12 26:12

assaulted 54:21, 24 55:2 57:6

assaults 59:19

assimilate 35:11

assist 68:23

assistance 70:12 76:10

assistant 7:4 8:13

assisted 69:4

associating

53:11

atmosphere 48:11

attempted 19:8 65:3,15

attempts 18:23 19:1,3 20:6

attend 10:18,22

attended 17:2,8, 9,11

attention 17:18

attorney 6:19 7:4 8:13 54:12

attorneys 8:18

attorneys' 38:15, 19 39:2 40:6 56:3

attractive 62:21

audible 8:24

audibly 44:16

audio 17:17

availability 6:12

Avenue ████ 39:21

aware 15:23 50:15,23 51:10

awareness 51:17

awkward 41:12 46:20,22

---

**B**

baby 19:13

back 15:21 30:19 36:12,14,17,19, 20,22 45:20 56:9 66:9,14 68:18 69:10 71:5,10,17 72:6 73:17,21 75:12,17 80:24

Baker 7:16,17,18

bank 81:18

bar 41:18 48:10 58:6,11,12

barking 82:2

bars 58:7

based 21:15 80:14 84:18 85:5

basically 23:21 35:10 45:5 48:5,8 54:7 67:3

basis 21:1 69:17

began 24:10,21, 22,25

begin 6:5 25:2

beginning 25:10 26:19 84:22

behalf 7:3

beneficial 70:13

benefits 35:19 49:4 74:13,19,23, 24 76:5,9 82:24

bet 26:16

bigger 35:19

bind 70:8

binding 6:10

bio 46:2

birth 18:13,20 19:4,8,14,16 20:7 27:2 28:18,19,23 29:7,11,13,23 30:1,4,6,23 31:1, 7,10,22 32:1 33:17 34:19 41:7, 9,15,20,25 42:17 43:5,22 44:5 45:2, 7 46:1,5,15 48:7, 20,25 49:16,17 65:17,23 66:1 67:18,20,22 68:1, 3,5,8,19 69:5,6, 18,19 70:3,18,20 71:4,11 74:20 75:3 76:3,12 77:10,13,21 78:15,16,17 79:4, 19 81:20

bit 21:12 29:10 65:10 79:15

black 31:19 32:6, 21 33:2,4,13 52:2,

3 53:5,12 54:15 55:10 57:1

blood 60:4,5

body 31:6

born 30:14,24

borrow 66:23

Botts 7:16,17,18

bought 67:12

Branch 22:16

Brant 7:17

break 9:10,11,16, 17 73:11,13,18, 19,22

breaking 17:17 52:1

bring 25:12 26:12

broke 84:11

Buchert 7:18 83:7

building 12:11 44:24 50:10

Bushmann 79:7, 11,16,17

business 11:5,13 35:23

businesses 35:18,21 49:3

butcher 54:3

but... 63:19

buying 68:7

---

**C**

Cafe 39:22,25

California 80:11

call 6:14,25 7:3 8:5 10:11,12 53:5 58:24 59:7 60:13 66:9 75:3,5,12,16 77:11 79:5

called 5:17 36:12, 14,17,18,20 39:22 54:6 55:17 57:16, 21,22 60:15,18 66:11 71:6 72:21,

22 75:4,9,10,15

**calling** 33:24 37:9
59:24 60:1,25
75:25

**calls** 36:22 37:15
78:24

**canceled** 77:3

**car** 58:22

**card** 27:5,24,25
28:7,12,14,16

**carry** 76:12,16

**case** 5:12 13:12,
14 14:14,20 15:2,
3 17:15 26:7 68:1,
17 69:8 75:18
77:5 78:25

**case-by-case**
68:14 69:17

**cases** 63:7

**cash** 44:15

**catching** 53:17

**caught** 57:19

**caused** 41:24
66:5

**ceased** 24:15

**celebrate** 17:3

**celebrations**
17:4

**center** 10:11,12
20:23 21:16,23
80:5,7,9,25

**central** 5:8

**certificate** 12:12
18:13,20 19:4,9,
14,16 20:7 27:2
28:18,19,23 29:7,
11,13 30:1,4,6,23
31:11,22 32:1
33:17 34:20 41:8,
9,16,20,25 42:17
43:5,22 44:5 45:2,
7 46:1,5,15 48:7,
21,25 49:16,17
65:17,23 66:1
67:18,20,23 68:1,
3,5,9,19 69:5,6,

18,19 70:4,18,21
71:4,11 74:21
75:4 76:3,13
77:10,13 78:15,
16,17 79:4,20
81:20

**certificates** 12:6,
8 28:2 77:21

**certified** 11:24
12:1,3

**cetera** 13:16

**chair** 77:16 79:22,
25

**challenging**
12:21

**chance** 38:1
72:16

**change** 19:3,8
20:6 29:16,21
66:1,3 68:24
69:10 78:16 79:3,
21

**changed** 27:9,23
28:6,8 65:24

**channels** 23:12

**charges** 58:24

**chased** 57:18
59:6 64:2

**check** 37:7,8
65:20

**check-in** 78:24

**checked** 37:7

**child** 24:9

**Christopherson**
7:16

**cisgender** 36:24

**citation** 59:3

**citizens** 53:7

**city** 70:16

**claiming** 54:24

**class** 66:22

**classes** 11:10

**clear** 6:7 14:3
47:9

**clients** 38:20

**climate** 22:3

**close** 73:16 79:17

**clothes** 24:12
25:6

**Coalition** 12:13

**cold** 66:7,8

**Collaboration**
81:10

**colleagues** 16:1,
8,13 77:15

**college** 10:22,25
11:4,6,7,17,20
71:8,16,17,21,24
73:23

**color** 12:11 32:15
50:20 51:14 52:11
55:9,10 56:21

**comfortable**
27:13

**comment** 67:2

**commented**
66:24

**Commissioner**
38:21

**committed** 54:5

**common** 55:9
64:19

**communicate**
44:13

**communicated**
77:12

**communication**
19:25

**communications**
77:8

**communities**
21:9 60:8

**community**
10:25 11:4,7 17:3,
10 20:11 21:15
22:1,10 23:22
50:3 64:20 65:7
66:25

**companies**
35:16,21 36:23
49:9,10

**company** 35:23
45:12 67:5

**competition** 9:11

**complain** 47:22

**complained**
48:15

**complaint** 17:23
18:2,6,9 20:10
24:8 26:2 27:12,
15 30:4 34:7
40:17 50:15 52:19
67:16 73:9 82:9
84:9

**complete** 71:9,16
74:4 75:14,15,16

**completed** 19:20
30:7

**completely** 23:4

**completion**
12:12

**complexes**
64:12,13

**conceding** 27:13

**concerned** 73:25

**concerns** 39:4

**confidential**
38:16,18 39:1
56:4 83:1,4

**confirm** 43:7

**confirming** 26:22

**conflicted** 41:1

**conflicts** 40:21

**conforming**
26:22

**conformity** 25:12
26:13

**confrontation**
58:21

**confusion** 7:2

**connected** 51:22
55:1

connecting 69:1

conscience 61:6

considers 12:20

consistent 27:1

contact 66:10

contacts 16:2

context 25:16
37:1 38:25 41:8

continue 68:22

convene 21:6

convening 21:6

conversation
43:1 50:7 66:8
77:21,23

conversational
47:11

conversations
36:6 47:5,14,17
78:9,10,18,20
79:18

cooperative 23:7

copies 45:25
46:5,8 82:17,18

cops 60:7,9,10

copy 46:14 65:22
82:14 83:6

corporations
35:20

correct 9:23 13:1,
2 15:4,5,8,11
18:13,19,22
27:19,20 32:8
40:2,3 42:18
70:18 76:19,20
78:2,7,12,13,19
83:11 84:3,25
85:1,4

corrected 26:25

correctly 32:7

counsel 6:7 7:7
14:6 17:14,21
38:4

counselor 75:2,
13

county 23:8 66:2
68:25 70:8,16
74:7

couple 6:4 25:20
56:9 58:7

courses 11:3,6

coursework
11:17

court 5:11 6:8,13
7:9 8:21 18:3
42:7,11 66:2 82:6

courtesy 36:22

covered 40:17
48:19

COVID 70:12 74:9

coworkers 48:5

craigslist 64:25

create 7:1 66:21

created 29:23

creating 8:22

credit 65:19,20,21
66:3,12

crime 54:5,10
56:11

crisis 70:12 74:9

CROSS-
EXAMINATION
83:19

cumbersome
82:1

current 9:19
33:18,19 34:22
70:15

cut 55:16 59:25
60:17

cutting 79:15

_____

D

daily 35:2

danger 35:7 38:6

data 32:13,16

date 5:7 36:22

59:11,12 63:2
77:6

day 42:25 56:17
60:25 75:15

days 19:17 69:6

DC 12:13

deal 62:2

dealing 64:13

deals 18:7

death 33:16

decided 48:23
70:1

declarations
15:3 78:25

declined 37:22
64:23 70:25

deeply 25:17,23
41:12 46:20,22

Defendants 7:3
8:14

definitive 16:16

degree 11:1,14

degrees 74:5

denied 35:4,12
38:5 64:16 71:20,
23 72:25 73:4
76:9

deny 42:2

department
11:25 19:12,15,18
23:9,13,14 38:21,
22 47:23 54:20
59:20,22 77:9,13,
15,18,25 78:4,11,
18,21,23 79:19,23

depending 22:2

DEPONENT
85:22

deposition 5:9
6:6,16 8:16 9:13
25:16 82:23 84:22

derogatory
57:16,21

describe 11:9,23

47:25 51:16

describing 55:18

designate 38:14
82:25

designated 30:6
40:6

designating 39:1
83:4

designation
28:18 29:15 30:1,
23

desire 78:16

detailed 74:6

detective 54:19

detectives 60:21

determined
18:15

Diana 7:4 83:2

Dianna 8:10

difficulty 76:8

direct 5:20 21:25

directed 50:17
51:11

directly 23:12
41:11 44:6 62:16
67:25

director 22:20
23:1

discouraged
24:14,16,17

discovered 58:4

discovery 39:7

discriminated
53:6 72:25

discrimination
31:14,24 33:13
40:19,25 50:18,24
51:7,13,20 54:15
55:8,13 64:6
68:15 72:3

discuss 40:8

discussed 30:3
78:15

disease 33:5
78:23

displayed 62:25

dispute 83:2

disputed 33:24
34:2

disseminate
23:21

distinction 84:24

distinctions
12:16

distress 31:14

district 5:11
54:12

dive 13:13

division 5:12

divulged 16:14
42:25

divulging 68:14

document 29:22
34:21 41:10 44:7
82:11

documentation
33:10 49:5 65:25
76:2

documents
17:14,21 26:7
27:2,8,22 28:4
33:19 35:10 44:23
45:15,24 46:6
65:19 66:13 68:10

dog 82:2

dollars 45:23

double-check
83:15

draft 82:19

drenched 60:4,5

driver's 27:16,18
53:21 76:18,21

drop 46:3

dropped 71:8

drug 53:10

drunk 57:15

due 32:19,20 53:9
76:24 77:3,5

duly 5:17

duties 81:5

dysphoria 26:4

___

**E**

E's 39:22

e-mail 77:11

earlier 27:10 30:3

early 24:20,24
53:3

east 22:12

education 14:10
21:16 68:7

educational
21:10

efficient 9:15

efforts 20:11

elect 26:10

electronic 8:23

eligible 77:7

Elite 5:5

else's 34:8

emergency 22:21
23:6,17 60:19

employed 43:24
80:4

employee 23:24
42:21 43:3

employees 45:2,
4 46:10 50:8 67:3

employer 37:21,
22 41:17 48:19

employers 16:25
36:11 41:13,14,
15,16 43:20
46:13,22 47:1
48:18 50:4

employing 81:9

employment
25:5 35:9 39:17,

18 41:8 47:21
50:18,24 51:12,20
68:7

encompass
22:12

end 36:6 79:24

ended 75:18

endurance 9:10

enforcement
23:10

engaged 39:10

entail 21:4

enter 71:10,13
74:4

entire 9:22 42:4

environments
47:18

equality 17:9

equitable 33:11

estimate 39:13

et al 5:10

event 44:1 45:23

events 17:2,11,12
22:2 45:17

everyday 21:1

exact 10:2 59:11
74:15

EXAMINATION
5:20 84:20

exhibit 82:9,10,12

exhibits 82:7

expect 9:13

expectancy
32:20 33:1,2 52:3

experience 13:21
14:10,17 32:5
40:20 74:21 85:6,
7

experienced
14:16 35:7 40:19,
24

experiences
14:19

experimenting
25:5

expert 12:16,20,
25 13:4,16,18
14:7,18 32:15
33:24 34:13 51:21
83:22 84:2,24
85:1

expertise 13:16,
24

experts 14:7

explained 8:19
45:14 46:7,9
60:24 66:12

expressing
24:11,14,15,21,25
25:2

expression 26:20

expressions
25:6

extended 15:6

extent 6:1

external 30:13,25

extra 37:9

eyes 38:15,19
39:2 40:6 56:4

eyesight 62:21

___

**F**

face 57:12,18,19
58:23 72:4

faced 50:18 51:13
55:12

facing 68:15

fact 62:6 75:22

facts 13:10,12,13,
14 52:18

factual 69:12

faggot 57:22

fails 31:11

family 15:7 24:17,
19 35:15 49:9

family-owned

43:16

**fans** 44:11,25

**fast** 8:5 35:14

██████ ████

**fear** 31:15,24
33:12

**fears** 31:10

**Federal** 70:9 74:7

**Fedexforum**
43:10,15,17,23
44:3 45:1,6,17
50:6,8 53:17

**feel** 31:17 47:12
55:7 67:25 68:16
71:12

**feeling** 47:19

**felt** 36:7,11 41:24
42:2,3,21 47:6,17
50:9 71:24 73:4

**female** 18:15,21
24:11,14,21,23,25
25:3,13 27:1 28:8,
13 31:11 36:16
57:17

**feminine** 24:12
25:6,9

**field** 28:2,5 34:19

**fifteen** 45:23

**file** 58:24

**filed** 5:10 8:15
15:2,3 18:3

**fill** 19:12

**finally** 22:18

**financial** 70:7
77:3,5

**find** 16:18 18:9
23:17 35:8,15
49:2 65:11

**fine** 8:4 34:5 40:10

**firsthand** 40:19

**five-minute**
73:13

**folks** 21:25 44:20
53:5 62:13 66:22

68:24

**follow** 64:15
75:13

**follow-up** 37:14
84:18

**food** 35:14 70:11
74:8,18

**force** 77:17 78:24
79:22,25 80:2

**form** 6:20,21
12:18,19 19:11,
12,13,20 20:1
28:25 30:8 31:2
32:22 79:20 84:4

**formal** 85:11,16

**format** 6:24

**foul** 57:24

**found** 22:23
60:23,24 61:4,9
74:17

**founders** 22:19

**frankly** 25:18

**friend** 66:20

**friends** 15:15,16,
23 36:16,18 37:1
57:3 58:2,3 59:2
67:1 77:24 78:11

**friendship** 63:3

**front** 61:7 72:5

**full** 8:10

**fully** 71:17

**funded** 71:15

**funding** 73:1

**future** 16:24

---

### G

**gamut** 21:25

**gave** 32:3 59:2

**gender** 12:17
18:16 19:1 22:22
23:16 24:11,14,
21,25 25:3,13
26:4,13,20,22,25

27:1,9,11,23 28:3,
5,7 29:21 31:5,11
40:22 41:2 44:8
52:1 62:16,17,24
63:5 65:24 67:24
68:23 70:18 83:23
84:2,5,25

**gender-
confirming** 26:8

**general** 7:5 8:14
47:17 55:11 73:23
77:21 78:9

**generally** 26:4

**genitalia** 30:13,25

**gentrification**
53:9

**girl** 24:10

**girls** 63:20

**give** 7:7 8:24
16:16 26:14 32:15
43:21 44:12 46:14
49:16 65:22 72:10
83:14,17 84:17

**giving** 14:18
72:10 75:18

**glad** 9:7

**glass** 44:14

**good** 5:3 7:9 8:2
36:7 49:13

**Gore** 5:9,10,16,23
6:6,9 8:9,12,13
9:18 12:15,22,24
14:22 15:1 18:12
24:10,21,23 25:11
31:10 34:17 39:10
40:18 41:7,11
42:10 50:15 56:11
67:17 72:10,11
73:22 81:23 82:3
83:21 84:22

**Gore's** 28:19

**government**
70:10 74:9,11
76:10 82:24

**governor** 38:22
70:15 79:1

**great** 6:2 7:9

34:10 36:8 72:16
82:20 83:1,8

**grill** 41:18 48:10

**ground** 8:19
20:24 42:11 80:6,
8,20

**group** 42:24
46:10,11

**groups** 58:21

**grown** 25:4 54:23

**guess** 38:23
45:19 52:22 57:13
58:2

**guessed** 80:1

**guidelines** 64:15

**guilty** 61:6

**gunpoint** 61:14

**guy** 54:5,12 57:7,
12 58:20 59:6
61:5

**guys** 7:12 48:8
57:4 58:2,12,14,
22 83:16

---

### H

**hammer** 57:8,9
59:9 64:1

**hand** 5:23

**handle** 44:11

**handling** 44:24

**hands** 54:3 55:16
60:17

**hang** 62:14

**hanging** 57:3
58:1,11

**Hanna's** 62:14

**happen** 31:16,17
59:10,18

**happened** 33:20
35:1 59:16 62:15
64:9 65:14 76:1

**happening** 67:4

happy 40:9 56:2

harassed 53:7,19

harassment
31:14 50:16,24
51:11,19 53:15
68:16

hard 74:19,23

harder 73:5 74:22

harm 62:20 68:4

harmed 67:17,20

head 9:2 37:25
57:8 79:13

health 11:25
19:11 28:7,15
38:21,22 54:17
77:9,13,16,18,25
78:4,11,19,21,23
79:19,23

hear 7:12 9:6 12:2
42:7 44:16,17
66:14 84:10

heard 42:11

heat 48:12

heels 24:13

held 82:25

helping 6:3 22:2

hey 37:9

high 10:18,20,21,
22 24:13 45:18
50:16,17 51:10,
12,19 52:19 53:10
63:23

higher 68:6

higher-up 47:3

hire 35:5,21,23
36:2 37:22

hired 42:25

hiring 41:24 47:15

history 63:18
65:21 66:3,12

hit 57:8,10,17,19
58:22 59:7 64:1,2

hitting 57:12

HIV 11:24 12:3

hold 12:6 45:16,
17

holding 69:10

holes 60:17

home 53:5,17,21
62:19 65:18 67:7,
10,12,14 70:14

hormone 26:8,21

hospital 60:22

hostility 40:20,25

house 22:20,24
23:19 61:7 67:9
68:7 81:18

housed 77:17
79:22

housing 39:17,20
50:18,24 51:13,20
64:6 65:11

huh-huhs 9:3

human 47:23
48:15

hundred 64:13

hurdles 72:4

**I**

ID 27:17 76:3,16

idea 62:20

identification
27:4,24 40:21
41:1 45:25 49:6,7
51:8

identified 29:8
59:21

identifies 28:13,
20 30:2 52:1

identify 26:13
31:19 36:24 63:6
73:6

identifying 24:22
68:10

identity 18:16
24:11,15,22,25
25:3,13 27:1,2

31:5,12 34:22
40:22 41:2 44:8
62:16,17,24

illegal 53:20

illnesses 54:17

important 7:24
8:24

in-person 36:10

inaccurately
41:9

incidence 50:16
51:10,19 52:19
54:14 55:2 56:24

incidences 55:12
70:7

incident 54:5
55:15,21 57:7
59:9,15,24 60:12
63:21

incidents 51:7
52:6 81:17

include 26:5

includes 27:3

including 24:12
25:13 82:23

income 64:11

incorrect 29:15

incorrectly 28:19
29:8 30:2

increased 52:7
53:15

increases 31:12

incredibly 9:14

individuals 69:3
71:8

infections 78:22

informal 85:12,17

information 20:7
23:22 25:17,24
38:3 39:7 42:3
44:21 45:3,8
50:10 65:10 82:22
83:4

informed 75:14

initially 16:6,14
60:16 65:20

inquire 20:3

inside 43:17

instances 40:24
74:17

insurance 28:7,
16

intend 13:15 14:4,
12

intended 14:13

intentions 62:19,
22

interactions
59:22

interest 24:11
███████

interested 57:14
71:22,23

interesting 6:24
32:4

internship 50:2

interrupt 40:5

interrupting 34:3

interview 36:5
37:6 41:21 75:12,
14,15,16

interviewer 36:8

interviewing
36:9

interviews 36:7
75:2

invasions 31:13

invasive 41:13
46:21,23

investigating
54:19

investigator
55:18

involve 20:18

issues 13:5 21:8
48:4

items 50:22

**Elite Reporting Services** (901) 522-4667
**www.EliteReportingServices.com**

**J**

jacket 76:14

Jackson 22:15

jewelry 25:7

job 10:10 31:23
36:13,19 37:4
41:21 42:2,20,22
47:13,16 48:7,16
49:2,22,23 70:2
75:19 81:18

jobs 11:21 35:3,
12,14,15 36:4,9,
15,21 38:6 50:6
67:4 70:25

jointly 81:8

jokes 60:3

joking 60:5

jonesing 48:5

**K**

Kadivar 7:12,15
12:18 28:25
29:17,19 30:8,18
31:2 32:22 33:23
34:10 38:14 40:5
56:1 73:10 82:18
83:14,20 84:7,13
85:20

Katherine 79:7,
11

Kathryn 7:16

Kayla 5:9,16 6:6
8:12 29:19 31:3
72:10,11 73:10

killed 54:4,6,7
55:17 61:1

kind 11:3,12 28:14
38:18 48:11 58:8,
17 59:1 62:2
68:13,22 82:25

kinds 17:4 47:14
74:9

kit 54:25

kitchen 48:12

knew 24:10 41:23
42:15 60:6,10
61:4 62:15

knife 54:3 61:14

knowledge
13:11,19 14:5
42:4 50:25 51:2
64:20

Kroger 49:20 50:5

**L**

lacked 55:5

Lambda 7:19

land/or 66:23

language 57:24

late 8:3

law 19:2 20:23
23:10 80:5,7,9,24

lawsuit 8:14
12:25 13:6

lawyers 69:2

LBGQ 17:3

LCR 5:5,6

lead 33:8

Leaders 12:11

leaves 42:12

leaving 11:7 59:1

Lebonheur
49:22,25 50:5

led 41:10

Lee 5:10

left 35:5 44:18,19
54:2 73:22

legal 7:19 68:24
69:4

lend 66:23

lender 65:21 66:9,
16 67:1

lenders 66:21

letter 76:3 77:11

level 67:5

LGBTQ 20:21
21:17,23,24 22:10
51:25 53:4 58:6
62:13

license 27:16,18
36:21 37:10,13,16
53:22 76:19,22,24
77:4 82:24

licensed 5:4

licenses 12:7
28:1 37:2 76:23
77:2

licensure 36:21

lie 75:4

lied 75:25

life 9:23 25:12
26:12 32:20 33:1,
2,10 35:2 41:4
52:3 70:17 72:15
77:22

likelihood 31:12,
20 32:17

list 20:10

listed 30:24

listing 7:7

lists 23:6

literally 58:25
60:17 61:7

live 10:5 25:11
65:16 67:14

lived 10:15 53:2
60:6

living 24:23 32:6
35:2

loan 66:16 81:19

local 19:11 74:7

located 12:13
41:18 80:10

location 62:12

loitering 59:5

long 9:14 15:13,
19 16:4 20:14

22:4 37:19 39:10
59:17 80:16

long-term 63:3

longer 56:14 69:5

longest 15:22

looked 31:6 61:8

lot 16:5 21:20 33:8
35:4,7,20 39:5
51:22 52:16 55:5
58:6,8,9,11 64:16,
18 65:8 68:12
69:3 70:13

loud 44:14

**M**

made 6:21 18:23
19:3 20:6 39:19
58:17 60:3

mail 19:14

mailed 19:21

major 64:13

make 8:2 14:1
40:7 49:16 55:23
83:15

makes 14:2 63:7
85:8

makeup 24:12

making 6:15,19
32:17

male 18:14 28:20
29:8 30:2,5,7,24,
25 34:20 41:10
48:4 74:21

malice 62:23

manager 41:25
42:17 43:5

managers 47:3

manner 74:6

mark 82:9

marked 82:7,11

marker 19:2
26:25 27:9,11,23
28:7 29:21 65:25
67:24

married 14:22,24

match 34:20,21

matched 33:18, 19

matter 5:10 29:21

mayor 70:16

means 6:17 53:22

meant 44:11 75:7

media 24:4

medical 85:10,11, 12,14,16,17

medically 25:14

medication 54:18

meds 55:19

meet 21:1

meeting 62:16

meetings 36:10

Melrose 10:21

members 24:17

Memphis 9:20,22 10:1,18 17:8,10 21:15 22:3,8,23 23:8,13 41:19 51:6 53:5 54:19 62:13 80:13,14

men 58:20 74:21

mental 54:17

mentally 71:25

mentioned 74:5

mess 7:25

met 16:14 60:20

mic 73:17

Michelle 5:4

microphone 17:19

microphones 6:1

Mid 21:17,24

Middle 5:11

Midtown 53:2

58:2 60:6

mind 52:25

mine 69:13

minimal 80:15

Minority 12:13

minute 46:13 83:15

minutes 83:17 84:17

misgendering 44:17

missions 20:22

Mississippi 22:13,16

mistake 29:22

mistakes 79:3

mixing 58:9

model 66:21

moment 26:14 42:6 82:5

money 19:13 44:12,18,25 45:24 46:3 68:3 71:2 72:11

money-handling 46:9

months 39:14

motivation 10:8

move 53:14

moved 79:4

moving 10:8 34:14

mute 6:2 8:1 15:9 46:12 73:16

---

**N**

named 50:1

names 57:16,21

Nashville 5:12 19:15,19 69:8

national 12:13

17:11

nationally 22:3

navigate 33:10

necessarily 6:25 13:19 29:4 43:4 44:4 45:9,12 47:3 64:11

needed 35:10 44:22 66:13

needing 74:18

neighboring 22:14

night 53:17

NMAC 12:12

nods 9:2

nonconforming 22:22 23:16 68:24

nonprofit 22:20

normal 6:16

notify 63:4

number 5:6,12 51:9 52:15 57:14 75:8 82:12

numbered 18:8, 12

---

**O**

O'Sullivan's 41:18 42:14 48:3

Oakland 80:11, 12,14

oath 6:10

object 28:25 33:23 34:1 84:4

objection 8:2,6 12:18 29:17 30:8, 18 31:2 32:22 34:1 83:3

objections 6:19 25:22

obligated 47:19

obtain 11:1 37:13 66:3,15

obtained 39:19 47:16

obtaining 31:23 49:2

occasion 40:1

occasions 44:15 48:14 53:1 56:18 60:22 61:16

October 19:24 20:4

offer 12:24 13:4, 16 14:12 37:13

offered 10:10 36:4 41:21 67:6

offering 85:2

office 19:21 20:1 69:7 78:1

officers 53:8,24

Olive 22:16

ongoing 6:15

online 11:10

open 9:12 16:6 54:3 60:18

openly 24:23 25:11 35:3

operation 45:5

opinion 83:23 84:3,8 85:3,5

opinions 13:16

opposite 62:23 63:4,5

order 19:13 26:12 38:12 66:1 68:3 79:3 82:14 83:6

ordering 66:2

orders 70:15

organization 20:20 65:11 80:21

organizations 23:23 51:23 81:4, 7

organizer 20:13, 16,19 21:5 81:1

Elite Reporting Services * (901) 522-4477
www.EliteReportingServices.com

organizing 21:8

original 72:6

other's 7:24

outcome 72:1

outed 41:11 42:21

outing 43:6

OUTMEMPHIS 21:15,19,22 68:21

outreach 22:7

outward 25:8

outwardly 26:20

owned 35:16,21 43:16 49:2,9

owners 64:14

___

**P**

p.m. 5:8

paid ▪▪▪▪ 71:17

paper 6:17 8:22

Parades 17:4

paragraph 18:8, 12,17 20:9 22:18 24:8,20 25:10,25 26:1,24 28:17,22 29:6,25 31:9 40:16 46:19 50:14 51:18 67:16

paraphrasing 24:9

parking 58:8,11

part 13:5 44:21,22 69:15 79:25 80:2 81:11

participate 47:13

participating 6:8 7:8,10

partner 23:23 60:18

partnership 81:3

pass 38:3

passport 27:20

past 65:14 69:14

patience 81:25

patrol 53:8

patrons 58:9

pay 17:18 35:18 71:7 81:11

paying 49:4

people 6:2 8:1 16:6,12,22 20:22 21:17 22:22 23:25 31:19 35:5,17 36:24 40:20 41:22 42:1,15,19,24 43:3 44:12,20 45:18,24 46:4,8,9 47:6 49:2 50:19 51:13,25 55:9,10 58:6 59:21 62:17, 18 63:2,4 64:25 66:25 68:25 71:16 72:13 74:4,25 77:1

people's 51:6

perceive 27:12

percent 71:14

period 10:6

periodically 21:7

permitted 29:2

perpetrated 32:21 33:3 56:10

perpetrator 55:17 60:13

person 6:11 14:11,14,15 15:4, 7,11,17,24 16:2, 10,19 23:16 26:3 43:9 46:2 48:16 51:4 54:23 56:10 60:23 62:21,22 63:8 64:1,2 65:4, 12 67:2 70:3 75:19 76:13 78:20 79:6 85:3

personal 13:11, 19 14:16,19 25:17,24 41:4,12 46:21,22 50:25 51:2,6,17 82:22

83:4

personally 16:22 33:15 50:15,23 51:10 67:25

persons 14:9 16:17,21 50:17 51:12 72:24 78:10,18

pertain 14:8,11

pertinent 25:18

Phoenix 10:7,9, 11,15 11:11,15

phone 7:8 54:13

photo 46:1 76:3

physical 31:6

physically 19:17

pick 41:6 46:3

place 37:4 48:23 49:12,14 53:4 58:6 62:2 65:16

places 29:9 36:17 47:21 49:18,19 64:17,24

Plaintiff 6:6

Plaintiff's 7:6

Plaintiffs 8:15

plan 12:24 13:4

pleadings 15:2

pled 30:3

point 9:5,9,16 15:22 21:2 38:2 50:11 59:23 61:14

pointed 6:13

pointing 58:15

police 23:8,13 53:8,15,19 54:7, 19,22 55:18 58:24,25 59:2,7, 20,22,24 60:1,2, 13,14,15,18,25

policies 64:18

policy 28:18,24 29:7,11,13 67:18, 21

political 22:3

poor 66:22

portion 18:6

position 20:14

possessing 31:10

possibility 63:6

possibly 23:11 68:15 70:17 75:11

posted 66:20

potential 36:11 37:21 41:16

predatory 66:20, 22,24 67:1

preface 25:15

prejudice 31:13

prepared 71:25

preparing 77:19

present 41:7,15, 19,22 48:20,24 68:5 81:20

presented 57:17

presenting 25:9 40:21 41:1 44:3

presently 20:12

pretty 9:15 65:8 69:3

prevent 63:6

prevents 31:22

previous 26:18 42:22

previously 41:23

Pride 17:4,8

primarily 13:9

prior 21:13 42:20 43:9

privacy 16:7 31:13

private 35:16,20 43:15 64:14

privately 35:20 43:16

Case 3:19-cv-00328 Document 111 Filed 05/29/20 Page 101 of 106 PageID #: 1650

probate 66:2

problem 12:19 48:9 56:7

problems 44:2,6, 8,9,13 66:5,6

proceed 7:22

process 19:10 37:4 46:24 47:15 68:25 69:2,4 72:1, 2 73:5 74:25 77:1, 4

processes 54:23

product 67:6

professional 16:1,8

profile 45:18 62:18 63:10,11

program 71:7,9, 10,13,15 72:20,24 74:3,11 76:10

programming 21:16

programs 50:3 74:10

proper 33:9 51:8

proposition 73:24

prosecute 54:9, 12,16 55:20

prosecutor 54:9

█████████████
███

prospective 41:13 46:21

█████████ ███

protect 45:18

prove 31:18

provide 65:19

provided 22:9

providing 23:6 24:1 41:10

pry 25:17,23

public 17:2

pull 63:21

pulled 57:7 58:12, 13 59:2

purchase 67:7

purchased 65:18

purpose 63:1

purse 54:14 76:14

put 5:23 35:6 38:6 63:3 72:5

puts 33:13

---

**Q**

qualify 70:9

quality 6:3

queer 21:6

query 75:6,8

question 6:20,22 9:2,5,6,7,8,12 13:7,12,22 14:3 18:1 25:15,19 26:10 29:5 30:20 34:12,17 39:1 50:22 52:20 56:22 72:7 78:14 80:1 83:21,24 84:6,8, 18

questioning 38:15

questions 5:21 7:22 13:23,25 14:1 26:18 28:21 41:13 45:10,13 46:10,21,23,24 47:2,8,9,20 55:3 81:24 83:16,20 84:13,16,21

quick 73:18

---

**R**

race 52:1

racial 51:24

radius 21:23 22:8

rallies 17:9

rape 54:25

rates 50:18 51:12 53:10

raw 40:6

reach 22:11

reached 75:12

reaching 22:13

read 30:19 34:6 85:21

reading 51:9

ready 7:21

realize 28:3 67:2

reason 10:8 30:11,16,22,24 31:5 33:6 47:6 71:19 72:8,18

reasons 43:24,25 53:10 65:7 77:3,5

recall 10:2 12:8, 10 17:7 27:23 28:11 35:25 37:20,21 39:18 46:16,18,23 49:13 59:11 63:24

recent 53:25

recites 22:19

reconnect 71:7 72:23,24

record 6:7 7:10 8:11,20 34:4 42:8 56:2 73:21 82:21 84:16

recorded 6:16

recording 6:15, 19

records 19:15,18, 21 27:5 28:1 69:7 77:14,19 78:1,6, 22 79:18

rectified 67:5

REDIRECT 84:20

refer 17:24 18:20 28:23

references 37:7,8

referrals 23:9

referring 41:3

refers 29:10 32:17

reflect 18:15 31:11

reflects 68:9

refunding 68:2

refused 75:19

regain 77:4

regard 85:3

regional 17:11 20:13,15,19 21:5 81:1

regionally 20:21

registration 27:4, 25

reinstated 76:25 77:7

relate 45:20

related 14:19 32:13 44:4,6 51:7 55:1 57:16 62:16 67:25 70:10 75:20

relates 56:4

relationship 66:8

relaxed 49:5

release 67:22 68:19

releasing 68:1

remain 5:25 8:1

remember 35:22 37:19 38:2 39:12 40:15 56:12,15,17 74:15

remotely 6:9

Rendezvous 43:19 44:10 45:14

Renee 8:12

rent 64:21,22,24 65:3,4,13,15

rental 70:11 74:8

renting 64:18

68:7

**repeat** 56:22
83:24

**rephrase** 9:8

**replacement**
26:21

**replow** 42:10

**reporter** 5:3,5
6:8,13 7:9 8:21
42:6,7,12 82:5,6,
13,16 83:5,9,13,
18 84:15,19

**Reporting** 5:5

**reports** 63:22

**represent** 8:14

**requested** 46:14
48:20 79:21 81:19

**require** 49:6
65:16

**required** 41:15
43:21,23,25
45:11,15 46:14
48:20 76:2 81:19

**requirement**
45:11 68:13

**reserved** 6:20

**reside** 10:1

**resided** 9:22

**resident** 72:14

**resources** 22:21
47:23 48:15 55:1,
14 65:8 68:6 69:2
70:13 74:8,20

**response** 20:4
54:22 59:20 69:16
79:1

**responses** 8:25
39:8 40:7

**responsibilities**
81:5,8

**responsible**
45:22

**restate** 9:8

**restaurant** 35:14

36:20 39:21
43:15,16,18 58:5,
10

**restaurants**
36:18

**result** 28:17 29:7
33:3 43:6

**resulting** 29:14

**retain** 16:6

**return** 19:16

**review** 18:2 26:14

**revoked** 77:2

**risk** 32:6

**rob** 62:19

**robbed** 52:25
61:16,17,21

**robberies** 59:19
62:6 63:25

**robbery** 61:14,15
62:5

**rock** 57:12,18,20
59:7,15 64:2

**Roessler** 7:17

**role** 21:5 22:4
23:3 51:5

**roll** 6:25

**room** 44:12,16,18
45:25 60:20,22

**roommates.com.**
65:1

**rooted** 33:8

**rotate** 60:8

**rotation** 60:9

**rough** 82:19

**routine** 37:4
69:14

**rules** 8:20

▆▆▆▆ ▆▆▆▆

---

**S**

**S-O-N-G** 80:8

**safely** 33:11

**SAITH** 85:22

**salary** 23:3 80:18
81:11

**Sammy** 7:15

**Samoneh** 82:17

**Sara** 7:5

**Sasha** 7:18 82:16
83:5

**save** 70:17

**school** 10:18,20,
21,22 31:23 71:5,
9,10 74:3,6

**screen** 73:16

**securing** 41:8

**security** 27:5
28:1 43:23,24
44:22,23 45:3,8,
16,19 46:6,8

**Sedgewick** 7:5

**sells** 37:5

**senior** 7:4 8:13

**sense** 14:1,2 57:4

**sentences** 9:1

**serve** 21:24

**service** 68:16

**services** 5:5 21:2,
14,17,18 22:1,9
68:6 70:8,9,19
71:1 74:7

**sex** 12:16 18:14,
15,20 28:3,5,18
29:14 30:1,23
33:18,24 34:19
▆▆▆▆▆▆▆
▆▆▆▆▆▆▆
▆▆▆▆▆ 63:4,5
83:23 84:2,5,24

**sexual** ▆▆▆
59:19

**sexuality** 46:25

**sexually** 54:21,24
55:2

**share** 58:8 65:8

**Shelby** 23:8 66:2
68:25

**shelter** 22:21 23:6

**Sheriff's** 23:8,13

**Shew** 5:21 7:4,14,
20 8:8,10 12:19,
23 29:1,24 30:10,
21 31:8 32:24
34:5,11,16 38:17
39:9 40:10,11
42:9 56:6,8 73:14,
20 82:8,14,15
83:3,10,12 84:4,
10,17,21

**shoes** 25:7

**short** 73:19

**shortened** 32:20

**shoulder** 54:2
60:17

**show** 32:5 65:25
70:3 71:4

**showing** 24:10

**side** 55:13 57:8
78:23

**sided** 48:8

**sign** 73:15 85:21

**Silky** 41:18 42:14
48:2

**simply** 48:23
53:20 70:17 85:3

**Single** 14:23

**Sistah's** 22:20,23
23:19 67:9

**situation** 55:6
66:13 67:6 68:14

**situations** 33:14
35:6 69:20,23
76:8

**sledgehammer**
57:9,11 58:22

**small** 65:8

**smaller** 49:9

**Smith** 5:4

Case 3:19-cv-00328 Document 313 Filed 05/29/20 Page 103 of 106 PageID #: 1658

SNAP 74:13,18, 22,24

social 15:15,16, 22 24:4 26:7,19 27:5 28:1 43:25 45:3,7 46:1,5 49:6 62:17,25 63:1 70:19 78:9

socially 25:14

sociology 11:5

SONG 80:8

sort 13:13 23:7,17 76:9 81:8

sound 6:3 7:1 8:1

south 20:21 21:7, 17,24 55:11

Southaven 22:16

southern 20:13, 15,19 21:5 81:1

southerners 20:23 21:6,7 80:6, 8,20

Southwest 10:25 11:4,7

speaker 44:14

specialist 21:15, 18

specialty 11:19, 21

specific 17:9 21:9 32:16 41:3 51:25 52:15 71:3 77:6, 14,18,22 85:13

specifically 18:7 19:1 22:10 32:14, 17 63:9 65:6 78:1

speculate 25:2 72:13

speculating 16:11 42:23 69:13

spell 39:23 79:13

spelled 79:8

split 54:3

spoke 48:5

sporadic 39:15

sporting 45:17

stabbed 54:2 55:16 59:25 60:12,23 61:8 64:1

stabbing 54:13

stable 39:17,19

stack 63:23

staff 42:4

stages 26:19 53:3

stamp 74:18

stamps 70:11 74:8

stand 48:12 63:8, 10

standing 60:3

start 7:23 25:21 37:11 41:14 58:21 80:23

started 25:5 35:2 74:5,25

starts 18:8

state 8:10 11:24 22:11 27:3,17,24 54:9 70:8 71:15 72:8,15 74:7 76:16 82:21

stated 15:1 26:17 33:9 62:18 75:25 78:25

states 5:11 22:14 26:2 30:4 41:9

statistic 32:4,11

statistics 32:5

stats 31:18

status 41:24 42:16 52:10 64:7 71:20 74:2

stay 70:14

stayed 60:9

stenographic 6:17

step 7:24

steps 19:9 25:11, 13 26:2,4,6,9,11 37:11

stigmatized 67:17,20

stipulate 33:25 56:3

stipulated 6:9

stipulating 34:8

stopped 59:24

strangers 16:23, 24

strategic 66:19

strategy 49:1,8

street 53:16

student 71:24

studies 51:23

study 33:5

studying 11:3,12

stuff 56:3 82:25

subject 33:14,16

subjected 31:13 41:12 46:20

submit 44:7,23 66:14 68:8 70:20 71:11

submitted 66:13 75:3 76:1

submitting 71:12

successful 19:5 74:1

suffering 54:17

summertime 59:13

supervisor 42:22 44:10 45:21 47:22 48:6,15 75:6,17

supervisors 45:4,5,13 47:4,10

supplementary 28:15

support 21:10 22:1

supposed 46:2 53:4 55:4,13 75:3

surgery 26:9,23 46:24

surpassing 31:21

surprised 61:3

surrounding 69:1

█████ █████
████ █████

survive 70:14 ████

surviving 31:20

suspended 76:23 77:2,5

sworn 5:18 6:9,10

sympathy 55:5

_____

T

taking 8:21 54:13

talk 14:8,11 39:2 57:13

talked 8:20 43:4 58:1,14 67:19 74:3,6 82:23

talking 50:7 51:18 59:20 72:21 73:22 74:5

tangible 65:9

task 77:17 78:24 79:22,25 80:2

team 23:20

technical 34:12

telephone 36:4 75:2,11 77:11

temperature 36:11

tend 35:18

Tennessee 5:4, 12 9:20 11:25

Elite Reporting Services (901) 522-4477
www.EliteReportingServices.com

18:13,20 19:14
22:12,15,16,17
27:3,4,16,24,25
41:19 50:20 51:15
71:6,7 72:9,14,15,
23,24 74:3 77:9,
12,15,17,25
78:10,21

**Tennessee's**
28:23 29:10,13
67:17

**term** 27:11,12,14
29:12 34:2 39:11

**terminated** 37:23

**termination** 76:3

**terminology** 34:6

**terms** 33:24 34:8

**terrible** 63:18

**tester** 11:24 12:3,
4

**testified** 5:18

**testify** 83:22

**testifying** 84:1

**testimony** 12:25
13:4 14:13,18
33:25

**therapy** 26:8,21

**thick** 44:14

**thing** 9:9 40:8
45:19 48:13 60:5
79:2 82:21

**things** 8:25 13:11,
17,18,20 14:4,6,8,
9,14 21:20 31:15,
17 33:8 35:6 38:6,
7 45:11 47:5 56:9
57:22 59:18 65:13
67:18 68:21
70:20,23,24 73:24
74:7,8 76:1 82:6

**thinking** 38:18
69:11

**thought** 49:13
54:6 55:17 61:8
74:11

**thousand** 45:23

**threatened**
33:16,21 34:18
52:9,22 54:4
56:19,25 61:12
63:15 64:6

**tied** 47:20 49:1

**time** 5:8 6:21 9:14
10:6,9,16 15:22
24:13,18 25:9
26:16 29:23 30:7,
13,24 31:1,7
37:19 38:11 39:22
44:18 54:10 60:20
62:2 64:9,10
65:23 68:2,23
74:19,22,23 75:7
79:14 81:15,17

**times** 15:20 16:5
35:8 39:12 40:14,
15 54:2 60:21
61:11,20,22,23,
24,25 62:1,3
63:14 68:12 81:16

**title** 80:25 81:4,7

**TLC@SONG**
20:13 21:14

**today** 6:5 13:9
17:22 38:1 67:19
69:25 70:6 81:17,
21,24 82:10,23

**Today's** 5:7

**toes** 7:25

**told** 16:15 17:14,
21 36:8 42:1,3,16
43:3,5 49:10 51:5
54:18 69:25 79:20
81:21

**tomorrow** 82:4
83:10

**top** 37:25 79:12

**topic** 12:25 79:5

**topics** 11:12
13:17

**totally** 62:23

**towels** 60:4

■■■■ ■■■■

**training** 11:19,20

12:11 13:15,20
14:10 85:10,11,
12,16,17

**tran** 54:15 64:21

**tranny** 57:22

**trans** 16:15 32:14
53:6,12 55:9,10

**transcript** 6:18
8:23 42:12 82:14
83:6

**transgender**
15:4,7,11,16,23
16:2,9,19 17:10
20:23 21:14,18
22:22 23:15 26:2
31:20,25 32:1,6,9,
11,21 33:3,4,13
34:22 35:4,9,24
36:3,25 37:23
40:20 41:11,23
42:16 43:1 50:17,
19 51:11,13,14
52:2,4,10 56:20
57:1,5,6 58:3 62:7
63:9,11 64:7,18
65:5 68:15,23
71:20 72:5,11,17,
19 73:1 74:2
75:22 77:16 79:22
80:5,7,9,24

**transition** 25:14
26:3,7,19 53:3
74:23

**transitioning**
46:25

**transportation**
53:23

**treat** 26:3

**trolley** 53:17

**true** 53:13

**trust** 63:17

**truth** 9:1

**turn** 17:13 18:5
69:17

**turning** 57:15

**turnover** 69:19

**twenties** 24:21

**type** 11:14 48:12
50:2 55:1 61:6
64:15

**types** 11:21 17:6
46:22

---

**U**

**Uh-huh** 18:10
55:22

**uh-huhs** 9:2

**ultimately** 66:15
75:17 76:5

**uncomfortable**
47:18 58:17

**understand** 9:6
13:5,7 29:4,5,14
32:7,25 39:3
42:13 58:18 69:13
70:23 72:7 78:8

**understood** 22:6

**unemployed**
74:17

**unhappy** 58:4

**uniform** 53:18

**Union** 39:21

**United** 5:11

**University** 10:10
11:10,15

**unmute** 8:4

**unmuted** 5:25

**updated** 19:16
69:7

**updates** 77:22

**UPS** 49:21 50:5

**upward** 23:20

---

**V**

**values** 20:22

**vary** 26:4

**verbally** 7:25

**verifiable** 64:11

Case 3:19-cv-00328 Document 93 Filed 05/29/20 (901) 522-4477 Page 154 of 106 PageID #: 1554

Elite Reporting Services
www.EliteReportingServices.com

**verified** 37:2

**verify** 36:21 41:25
46:2

**versus** 35:19
62:20

**veteran** 54:16
55:19

**victim** 33:21
34:18 52:8,21
56:19,24 61:11
63:15 64:6

**video** 6:12,15,19
7:8 8:23 60:11

**violence** 31:14
32:14,20 33:3,6,7,
9,14,16,21,22
34:18,19 35:7,8
38:7 50:16,23
51:7,11,19,24
52:6,9,20,21,22
53:10,25 54:14
55:8,12 56:19,24,
25 59:19 61:12
63:7,8,15,16

**virtue** 13:15,20

**vital** 19:21 69:7
77:14,18 78:1,6,
22 79:18

**volunteer** 23:4,24

**volunteers** 23:20,
21

**voter** 27:4,25

---

**W**

**Walgreens** 49:20
50:5

**walk** 44:15

**walking** 53:16,20

**wanted** 20:11
49:24 55:23 71:9
82:21

**warehouses**
49:21

**warranted** 55:6

**ways** 22:2

**wearing** 24:12

**Webex** 6:8,13
7:25 82:1

**website** 24:2,3

**weeks** 39:13

**West** 22:17

**whatchamacallit**
58:15,16,19

**white** ██████
32:9,11

**wishes** 18:12

**witnesses** 14:7

**woman** 24:24
25:11 31:20 32:6
34:23 35:3 52:2,
10,11 56:20,21
57:1,2 62:7 63:11
64:7 72:11,17
73:1 74:2 75:22

**women** 32:9,12,
14,21 33:3,4,13
50:19 51:14 52:4
53:6,12 55:10
57:5 64:18

**words** 29:11 34:2
57:23

**wore** 25:7,8

**work** 5:25 8:4
10:12 11:20 20:21
21:13 23:7 31:18
32:4 37:9 41:4
43:8 45:12 47:18
48:10 49:14 51:21
53 █,2,18,██
████ ██ 61:4,
██████████
77:15 80:12 85:6

**worked** 21:14
23:23 41:22,23
42:14,19 43:15
53:16 80:16

**working** 35:17
42:20 48:2 50:7
66:22 78:25

**works** 78:21,22

**world** 33:20

**worth** 39:6 68:14
69:18 70:3

**wrap** 81:14

**wrapped** 60:4

**written** 52:19
64:17 77:11

**wrong** 62:2

**Www.
mshmemphis.
org.** 24:6

---

**Y**

**year** 9:23,25 10:2,
3,13 19:24 20:17
21:8 39:16 48:3
56:13 74:15
80:15,17

**Year's** 56:17

**yearly** 52:7

**years** 15:14 16:13
22:5 32:18 36:9
39:14 53:3 54:1
55:16 60:7 68:22
71:8 72:15

**young** 24:9

**Elite Reporting Services** (901) 522-4477
**www.EliteReportingServices.com**