# Exhibit D

Deposition Transcript of Jaime Combs

# GORE, et al.

## vs.

## LEE, et al.

---

## JAIME COMBS

## April 24, 2020



Celebrating 29 Years of Reporting Excellence!

Lindsey R. Perry, LCR, RPR, CRR, CSR
Associate Reporter

Chattanooga (423)266-2332   Jackson (731)425-1222
Knoxville (865)329-9919   Nashville (615)595-0073   Memphis (901)522-4477
www.elitereportingservices.com

1        UNITED STATES DISTRICT COURT
      FOR THE MIDDLE DISTRICT OF TENNESSEE
2              NASHVILLE DIVISION
   _____
3
   KAYLA GORE; JAIME COMBS;
4  L.G.; and K.N.,

5            Plaintiffs,

6  vs.                        Case No. 3:19-0328

7  WILLIAM BYRON LEE, in his
   official capacity as
8  Governor of the State of
   Tennessee; and LISA
9  PIERCEY, in her official
   capacity as Commissioner
10 of the Tennessee
   Department of Health,
11
            Defendants.
12
   _____
13

14

15

16        Videoconference Deposition of:

17        JAIME COMBS

18        Taken on behalf of Defendants
          April 24, 2020
19

20

21
   _____
22
            Elite Reporting Services
23        www.elitereportingservices.com
        Lindsey R. Perry, LCR, RPR, CRR, CSR
24            Post Office Box 292382
           Nashville, Tennessee  37229
25              (615)595-0073

Case 3:19-cv-00328  Document 185  Filed 09/20  Page 3 of 61  PageID #: 1661
Elite Reporting Services * (615)595-0073
www.EliteReportingServices.com

```
1              A P P E A R A N C E S

2

3    For the Plaintiffs (via videoconference):

4            MS. SASHA BUCHERT
             Attorney at Law
5            Lambda Legal Defense & Education Fund, Inc.
             1776 K Street NW, Suite 722
6            Washington, D.C.   20006
             (202)804-6245
7            sbuchert@lambdalegal.org

8

             MR. OMAR GONZALEZ-PAGAN
9            Attorney at Law
             Lambda Legal Defense & Education Fund, Inc.
10           120 Wall Street, 19th Floor
             New York, New York   10005
11           (212)809-8585
             ogonzalez-pagan@lambdalegal.org

12

13           MR. BRANDT THOMAS ROESSLER
             Attorney at Law
14           Baker Botts, LLP
             30 Rockefeller Plaza
15           New York, New York   10112
             (212)408-2583
16           brandt.roessler@bakerbotts.com

17

             MR. JOHN T. WINEMILLER, PhD
18           Attorney at Law
             Merchant & Gould
19           800 S. Gay Street, Suite 2150
             Knoxville, Tennessee   37929
20           (865)380-5877
             jwinemiller@merchantgould.com

21

22

23

24

25    //
```

Case 3:19-cv-00328   Document 95   Filed 06/09/20   Page 4 of 61   PageID #: 1662   2
*Elite Reporting Services* (615)595-0073
*www.EliteReportingServices.com*

```
1    For the Defendants (via videoconference):

2           MR. S. JAE LIM
             MS. DIANNA BAKER SHEW
3           MS. SARA E. SEDGWICK
             Assistant Attorneys General
4           P.O. Box 20207
             Nashville, Tennessee  37202
5           (615)532-1969
             jae.lim@ag.tn.gov
6           dianna.shew@ag.tn.gov
             sara.sedgwick@ag.tn.gov
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                          I   N   D   E   X

                                                            Page

    Examination                                                6
    By Mr. Lim

    Examination                                               48
    By Ms. Buchert




                    E   X   H   I   B   I   T   S

                                                            Page

    Exhibit No. 1                                             15
            Amended Complaint for Declaratory
            and Injunctive Relief

    Exhibit No. 2                                             16
            Declaration of Jaime Combs in
            Support of Plaintiffs' Motion for
            Summary Judgment
```

Examination — By Mr. Lim — 6
Examination — By Ms. Buchert — 48

Exhibit No. 1 — 15 — Amended Complaint for Declaratory and Injunctive Relief
Exhibit No. 2 — 16 — Declaration of Jaime Combs in Support of Plaintiffs' Motion for Summary Judgment

Case 3:19-cv-00328 Document 96 Filed 09/20/61 Page 6 of 73 PageID #: 1664   4
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
               S T I P U L A T I O N S
```

                The videoconference deposition of

JAIME COMBS was taken by counsel for the Defendants,

by Notice, with all participants appearing at their

respective locations, on April 24, 2020, for all

purposes under the Federal Rules of Civil Procedure.

                All objections, except as to the form of

the question, are reserved for the hearing, and that

said deposition may be read and used in evidence in

said cause of action in any trial thereon or any

proceeding herein.

                It is agreed that LINDSEY R. PERRY, LCR,

RPR, CRR, CSR, Court Reporter for the State of

Tennessee, may swear the witness, and that the

reading and signing of the completed deposition by

the witness are not waived.

Case 3:19-cv-00328 Document 95 Filed 09/20/21 Page 5 of 6073 PageID #: 1665  5
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
                        *    *    *

                      JAIME COMBS

was called as a witness, and after having been first

duly sworn, testified as follows:


                      EXAMINATION

QUESTIONS BY MR. LIM:

Q.      Good afternoon, Ms. Combs.

        How are you today?

A.      I'm doing well.  And you?

Q.      Good.  Good.  Thank you.

        Let's see.  Let me introduce everybody.  I

don't know if you can see everyone, but my name is

Jae Lim, and I'm an assistant attorney general for

the Tennessee Attorney General's Office.  I, along

with my colleagues, Matt Jones, who's not here,

Sara Sedgwick, and Dianna Shew, who -- both of them

are here on this deposition, are representing the

defendants in this lawsuit filed by you and three

other plaintiffs, Ms. Combs.

        And at this point, Sasha, could you go ahead

and identify everyone on your side, please?

            MS. BUCHERT:  Yeah, absolutely.  I'm

Sasha Buchert from Lambda Legal representing the

plaintiffs, and also on the line is
```

Elite Reporting Services (615) 585-9073
www.EliteReportingServices.com

```
1    Omar Gonzalez-Pagan, also from Lambda Legal
2    representing the plaintiffs, and also on the line is
3    Brandt Thomas Roessler from Baker Botts representing
4    the plaintiffs, and lastly, we also have
5    John Winemiller from Merchant & Gould also
6    representing the plaintiffs.
7    BY MR. LIM:
8    Q.      Okay.  I just have a couple of housekeeping
9    matters before we begin the real fun part of the
10   deposition.
11           Ms. Combs, although this deposition is on
12   video, we're not recording it.  What we're doing is
13   we're asking Ms. Perry, the court reporter, to take
14   a transcript of our -- your testimony here today,
15   so for anyone reading the transcript to be able to
16   tell what responses were given, you need to verbally
17   say "yes" or "no" to any questions that I ask.  If
18   you were to, say, nod in lieu of saying yes or shake
19   your head in lieu of saying no, that won't be
20   recorded.
21           Is that clear?
22   A.      Yes.
23   Q.      Okay.  And at any point if you can't hear me
24   or if you have a difficult time understanding my
25   question, just say so, and I'll do my best to
```

Case 3:19-cv-00328 Document 96 Filed 09/20 Page 9 of 73 PageID #: 1667   7
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

1    rephrase the question or repeat the question so you

2    can answer it, okay?

3    A.      Okay.

4    Q.      And lastly, let me know if you need a break.

5    I'll be happy to take one anytime you need one.

6    Just if you could do me a favor and just don't --

7    let's not take a break if there's a response

8    pending.  So if I ask a question, let's answer the

9    question then take a break, okay?

10   A.      Understood.

11   Q.      Okay.  All right.  Let's move on.

12           Let's see.  Ms. Combs, could you state your

13   full name for the record, please.

14   A.      Jaime Novella Combs.

15   Q.      And have you ever used any other names in

16   the past?

17   A.      Yes.

18   Q.      What was that name?

19   A.      My birth name of ███████████████.

20   Q.      What is your current address?

21   A.      ███████████████████████████████████

22   ████████.

23   Q.      And how long have you lived there?

24   A.      Approximately three and a half years.

25   Q.      Where did you live before that?

```
 1    A.      I resided in Maryville, Tennessee.

 2    Q.      And for how long at that location?

 3    A.      I lived in Maryville, Tennessee,

 4    approximately 20 years.

 5    Q.      Were you born in Maryville, Tennessee?

 6    A.      No.

 7    Q.      What -- where is your place of birth?

 8    A.      I was born in Elizabethton, Tennessee.

 9    Q.      And what is your date of birth?

10    A.      ████████.

11    Q.      What do you do for a living, Ms. Combs?

12            MS. BUCHERT:  Objection.

13    BY MR. LIM:

14    Q.      What is your current occupation, if any?

15    A.      I currently do volunteer work and I'm

16    retired.

17    Q.      Okay.  What type of volunteer work do you

18    do?

19            MS. BUCHERT:  Objection.

20            THE WITNESS:  I volunteer for Vanderbilt

21    Health, and I volunteer for Connectus Health, which

22    is a community health care center and other

23    organizations.

24    BY MR. LIM:

25    Q.      Any other organizations?
```

**Elite Reporting Services** (615) 595-0073
**www.EliteReportingServices.com**

```
 1              MS. BUCHERT:  Objection.

 2              THE WITNESS:  I do volunteer for

 3  Nashville Pride.

 4  BY MR. LIM:

 5  Q.      Let's start with the Vanderbilt volunteer

 6  position.

 7              What exactly do you do there?

 8              MS. BUCHERT:  Objection.

 9              THE WITNESS:  I volunteer for a program

10  called Trans Buddy, which assists patients in the

11  health care system with Vanderbilt Health.

12  BY MR. LIM:

13  Q.      And what do you do for Connectus?

14              MS. BUCHERT:  Objection.

15              THE WITNESS:  With Connectus Health, I

16  am a volunteer for their personnel committee and a

17  board member.

18              MR. LIM:  Ms. Perry, could you go off

19  the record for one second?

20              THE REPORTER:  Yes.

21              (An off-the-record discussion was held.)

22  BY MR. LIM:

23  Q.      How long have you had that volunteer

24  position with Vanderbilt?

25  A.      Approximately three to four months.
```

```
 1    Q.      And what about Connectus?

 2    A.      I have been a board member for approximately

 3    two years.

 4    Q.      You're on the board, you said?

 5    A.      Correct.

 6              MS. BUCHERT:  Objection.

 7    BY MR. LIM:

 8    Q.      How did you get on the board of directors

 9    for Connectus?  What -- was there a process?  Did

10    you apply for it?  Were you nominated by the board

11    to be on the board?

12              MS. BUCHERT:  Objection.

13    BY MR. LIM:

14    Q.      Just tell us how you were -- how you became

15    involved in that organization.

16    A.      The group was seeking out members to --

17    or -- members of the community to be board members

18    for them.

19    Q.      Okay.  You mentioned that you're retired

20    now.

21              How long have you been retired?

22    A.      Approximately three and a half years.

23    Q.      Before you became -- before you retired,

24    what did you retire from?  What -- what occupation?

25    What line of work were you in?
```

Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

| | |
|---|---|
| 1 | A. I was a stylist and owned a hair salon in |
| 2 | Maryville and Alcoa, Tennessee. |
| 3 | Q. What was that called? |
| 4 | A. Combs Salon. |
| 5 | Q. How long did you have that business? |
| 6 | A. Approximately seven years. |
| 7 | Q. And before that, you were also a stylist? |
| 8 | A. That is correct. |
| 9 | Q. How long were you a stylist for? |
| 10 | A. Approximately 20 years. |
| 11 | Q. And to become a stylist, did you obtain any |
| 12 | training or special certificates of any kind? |
| 13 | A. Yes. |
| 14 | Q. And what are they? |
| 15 | A. My cosmetology license through the State of |
| 16 | Tennessee. |
| 17 | Q. When did you get that license? |
| 18 | A. I received the license approximately 1996. |
| 19 | Q. Did you have to go to school for that too? |
| 20 | MS. BUCHERT: Objection. |
| 21 | THE WITNESS: Yes. |
| 22 | BY MR. LIM: |
| 23 | Q. And where did you go to school for that? |
| 24 | A. I attended Tennessee School of Beauty. |
| 25 | Q. When was that? |

**Elite Reporting Services** (615) 595-0073
www.EliteReportingServices.com

```
 1    A.        Approximately 1995.
 2    Q.        Where -- what prompted you to move to
 3    Nashville?
 4              MS. BUCHERT:  Objection.
 5              THE WITNESS:  I moved to Nashville
 6    because my spouse found employment that seemed
 7    desirable.
 8    BY MR. LIM:
 9    Q.        You said "spouse."
10              How long have you been married?
11    A.        Currently for six years.
12    Q.        What is the name of your spouse?
13              MS. BUCHERT:  Objection.
14              THE WITNESS:  The name of my spouse is
15    ███████████.
16    BY MR. LIM:
17    Q.        Have you been married before?
18              MS. BUCHERT:  Objection.
19              THE WITNESS:  Yes.
20    BY MR. LIM:
21    Q.        How long were you married in the previous
22    marriage?
23    A.        Approximately seven to eight years.
24    Q.        When did you get married?  Exactly what
25    year?
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1    A.      I believe it was 2000.   That paperwork has

 2    been submitted.

 3    Q.      When you say "paperwork," what type of

 4    documents are you talking about?

 5              MS. BUCHERT:   Objection.

 6              THE WITNESS:   My marriage --

 7    BY MR. LIM:

 8    Q.      I didn't get that.

 9    A.      My marriage license.

10    Q.      What was the name of your former spouse?

11              (WHEREUPON, page 14/line 11 to page 15/line

12    11 were designated as confidential and bound under

13    separate cover.)

14    //

15    //

16    //

17    //

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25    //
```

Case 3:19-cv-00382 Document 35 Filed 05/29/20 Page 595 of 673 PageID #: 16714
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    //

 2    //

 3    //

 4    //

 5    //

 6    //

 7    //

 8    //

 9    //

10    //

11    //

12    BY MR. LIM:

13    Q.      At this point, I want to show you what's

14    been marked previously as Exhibit 1.  That would be

15    the amended complaint.

16            Ms. Perry, do you have a copy of that?

17              THE REPORTER:  Yes, I do.

18              (WHEREUPON, a document was marked as

19    Exhibit Number 1.)

20    BY MR. LIM:

21    Q.      Ms. Combs, do you have a copy of that

22    amended complaint?

23    A.      I do.

24    Q.      Okay.  I also want to show you what's been

25    previously marked as Exhibit 2, Declaration of
```

```
1   Jaime Combs in Support of Plaintiffs' Motion for
2   Summary Judgment.
3           Do you have that too, Ms. Perry?
4               THE REPORTER:  I do.
5               (WHEREUPON, a document was marked as
6   Exhibit Number 2.)
7   BY MR. LIM:
8   Q.      And, Ms. Combs, do you have that?
9   A.      Yes.
10  Q.      Okay.  In addition to these two documents --
11  let me rephrase that.
12          Do you know what these documents are,
13  Ms. Combs?
14              MS. BUCHERT:  Objection.
15              THE WITNESS:  I realize -- yes.
16  BY MR. LIM:
17  Q.      Have you -- have you read them before?
18  A.      Yes.
19  Q.      And did you have an opportunity to discuss
20  it with your attorneys and ask any questions that
21  you may have about those documents?
22              MS. BUCHERT:  Objection.  This calls
23  for -- to the extent that this calls for privileged
24  information, Jaime, I counsel you not to respond to
25  any conversations that you've had with your
```

```
 1   attorneys.

 2   BY MR. LIM:

 3   Q.      I'm simply asking you whether you had an

 4   opportunity to talk to your attorneys about those

 5   two documents.

 6            MS. BUCHERT:  You can answer, Jaime.

 7            THE WITNESS:  Yes.

 8   BY MR. LIM:

 9   Q.      And you told the truth -- everything

10   contained in those two documents are true and

11   accurate to the best of your abilities, right?

12   A.      Yes.

13   Q.      Okay.  I want to direct your attention to

14   Exhibit 1, the amended complaint, page 23 near the

15   bottom, Paragraph 114.  Let me know when you get

16   there, Ms. Combs.

17            MS. BUCHERT:  And, Jaime, I want to

18   recommend that you take all the time that you need

19   to read this and take -- take as much time as you

20   need.

21   BY MR. LIM:

22   Q.      Paragraph 114 says "Ms. Combs' inability to

23   correct the gender marker on her birth certificate

24   has negatively affected Ms. Combs in other ways.  By

25   way of example, Ms. Combs was married to a man for
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

1    seven years.  When divorcing, Ms. Combs was told

2    that Tennessee would not consider her marriage to be

3    legal because Tennessee did not, at that time,

4    recognize marriage between same-sex couples and was

5    threatened with disclosure of her transgender

6    status.  Ms. Combs was, therefore, concerned that if

7    she contested the divorce, her transgender status

8    would become publicly known.  At that time,

9    Ms. Combs was not open about her transgender status

10   and was worried that this would affect her salon

11   business.  As a result, due to these concerns,

12   Ms. Combs signed uncontested divorce papers allowing

13   her husband to retain control over all of their

14   joint assets."

15          Ms. Combs, I have some questions about that

16   paragraph.  Let's see.  Where it says "When

17   divorcing, Ms. Combs was told that," told -- who

18   told you that?

19   A.      My husband told me that.

20   Q.      What did he exactly say to you?

21          MS. BUCHERT:  Objection.

22          THE WITNESS:  My husband told me that my

23   birth certificate says that I am a male and that no

24   court in the State of Tennessee would uphold this

25   marriage and that if I tried to contest this

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
1    divorce, that he would do everything in his power to
2    basically smear my name and get this information
3    released.
4    BY MR. LIM:
5    Q.      But you just told me about five minutes ago
6    that you submitted the paperwork, so you got a
7    marriage license, no?
8                MS. BUCHERT:  Objection.
9                THE WITNESS:  I did have a marriage
10   license.
11   BY MR. LIM:
12   Q.      How could you get a marriage license if
13   Tennessee didn't allow same-sex marriage couples?
14               MS. BUCHERT:  Objection.
15               THE WITNESS:  I got a marriage license
16   through the justice of the peace with my husband by
17   presenting a driver's license and Social Security
18   card.
19   BY MR. LIM:
20   Q.      Was your former husband aware of your
21   transgender status?
22               MS. BUCHERT:  Objection.
23               THE WITNESS:  Yes.
24   BY MR. LIM:
25   Q.      When -- and -- and you told him this before
```

```
 1   you got married?

 2              MS. BUCHERT:  Objection.

 3              THE WITNESS:  Yes.

 4   BY MR. LIM:

 5   Q.      Okay.  So I want to refer your attention

 6   back to the paragraph.

 7              At that time, you were not open about your

 8   status and were concerned that his threat would

 9   jeopardize your business; correct?

10   A.      That is correct.  And he was also concerned

11   it could jeopardize his business.

12   Q.      What was -- what was his business?

13   A.      His business was a computer group.

14   Q.      So because you had a marriage license and

15   you were living as a married couple -- let me

16   rephrase that.

17              You say in the paragraph on top of page 24

18   that you signed uncontested divorce papers allowing

19   your husband to retain control over all of your

20   joint assets.

21              What assets are you talking about in that

22   paragraph?

23              MS. BUCHERT:  Objection.

24              THE WITNESS:  While my husband and I

25   were married, we paid off a house.  We purchased a
```

```
 1    home.  We had a fleet of vehicles for his work that
 2    we started together.  We had two Corvettes.  We
 3    acquired two classic cars.  During the length of our
 4    marriage, a third property was bought in addition to
 5    the condo that was owned.
 6    BY MR. LIM:
 7    Q.      Did you file taxes as a married couple?
 8              MS. BUCHERT:  Objection.
 9    BY MR. LIM:
10    Q.      Did you file any federal tax returns during
11    the time that you were married?
12              MS. BUCHERT:  Same objection.
13              THE WITNESS:  My husband took care of
14    all finances.
15    BY MR. LIM:
16    Q.      Do you have any idea whether you filed as a
17    married couple?
18              MS. BUCHERT:  Objection.
19              THE WITNESS:  I am uncertain.
20    BY MR. LIM:
21    Q.      How were the properties titled?
22              MS. BUCHERT:  Objection.
23              THE WITNESS:  The properties were titled
24    in his name alone.
25    //
```

```
1    BY MR. LIM:

2    Q.      So when you filed for divorce through the

3    court in Blount County, if there was no recognizable

4    marriage between you and your former spouse, how

5    could there have been a divorce proceeding?

6              MS. BUCHERT:  Objection.

7    BY MR. LIM:

8    Q.      I'm confused by that, Ms. Combs.

9              Can you tell us a little bit more about

10   that?

11             MS. BUCHERT:  Objection.

12             THE WITNESS:  I'm not an attorney, so I

13   don't know those things, but I know that we had a

14   marriage license, and I felt that we had a marriage.

15   BY MR. LIM:

16   Q.      You felt that you had a marriage or was it a

17   marriage?

18             MS. BUCHERT:  Objection.

19             THE WITNESS:  I was asked to be his

20   wife.  I was asked to marry him.

21   BY MR. LIM:

22   Q.      Did you have a wedding?

23             MS. BUCHERT:  Objection.

24             THE WITNESS:  We went to the justice of

25   peace and married.
```

Case 3:19-cv-00336-CEA-DCP Document 91-5 Filed 05/29/20 Page 525 of 673 PageID #: 16822
Elite Reporting Services
www.EliteReportingServices.com

```
 1    BY MR. LIM:

 2    Q.      Where was the justice of peace?

 3    A.      The justice of peace was in Sevierville,

 4    Tennessee.

 5    Q.      Did that person work for the government of

 6    any type?

 7              MS. BUCHERT:  Objection.

 8              THE WITNESS:  I am uncertain.

 9    BY MR. LIM:

10    Q.      Okay.  Did you fill out any paperwork during

11    the time that you were married to ███████ --

12              MS. BUCHERT:  Objection.

13    BY MR. LIM:

14    Q.      -- that asked for your marital status?

15              MS. BUCHERT:  Objection.

16              THE WITNESS:  I am unsure.  I would

17    assume so.

18    BY MR. LIM:

19    Q.      Let's assume that you did.

20              Would you have -- would you have checked off

21    "married" --

22              MS. BUCHERT:  Objection.

23    BY MR. LIM:

24    Q.      -- to those questions?  Because like you

25    said, in your mind, you thought -- you believed that
```

```
 1   you were married, right?

 2            MS. BUCHERT:  Objection.

 3            THE WITNESS:  I would have signed

 4   "married."

 5   BY MR. LIM:

 6   Q.    Ms. Combs, I sympathize with what happened

 7   and what your former husband did in taking all of

 8   your joint property.  He threatened you with

 9   something very -- very personal; something that he

10   knew to be a very delicate personal, private matter,

11   and I understand that you were legitimately

12   concerned.  Concerned enough to give him everything

13   that he wanted, essentially; is that correct?

14            MS. BUCHERT:  Objection.

15            THE WITNESS:  I felt I had no choice.

16   BY MR. LIM:

17   Q.    But you felt you had no choice because you

18   didn't want people to know that you were transgender

19   at that time, right?

20            MS. BUCHERT:  Objection.

21            THE WITNESS:  There were different

22   factors in me not wanting people to know.

23   BY MR. LIM:

24   Q.    What are some of those factors?

25            MS. BUCHERT:  Objection.
```

**Elite Reporting Services**
**www.EliteReportingServices.com**
24

```
 1              THE WITNESS:  My livelihood at the time

 2    as someone with no assets to their name because of a

 3    divorce.

 4    BY MR. LIM:

 5    Q.      So -- but it had nothing to do with your

 6    birth certificate, though, right?

 7              MS. BUCHERT:  Objection.

 8              THE WITNESS:  I disagree.

 9    BY MR. LIM:

10    Q.      Okay.  How so?

11              MS. BUCHERT:  Objection.  Jae, we're --

12    this line of questioning is becoming argumentative.

13              MR. LIM:  Okay.

14    BY MR. LIM:

15    Q.      Let me ask you, Ms. Combs, do you believe

16    that if you had a birth certificate that reflected

17    your gender identity with which you have always

18    identified that your husband would not have

19    threatened you?

20              MS. BUCHERT:  Objection.

21              THE WITNESS:  Yes.

22    BY MR. LIM:

23    Q.      Okay.  I'll move on.  Let's talk about

24    something a little happier.  Let's talk about your

25    current spouse.
```

```
 1              You said you've been married for about six
 2   years?
 3   A.       Yes.
 4   Q.       How did you guys meet?
 5              MS. BUCHERT:  Objection.
 6              THE WITNESS:  We met at a support group.
 7   BY MR. LIM:
 8   Q.       Support group for -- for what?
 9              MS. BUCHERT:  Objection.
10              THE WITNESS:  For women that -- who are
11   transgender.
12   BY MR. LIM:
13   Q.       Do you have any children?
14   A.       Yes.
15   Q.       How old are they and what are their names?
16              MS. BUCHERT:  Objection.
17              (WHEREUPON, page 26/line 17 to page
18   27/line 4 were designated as confidential and bound
19   under separate cover.)
20   //
21   //
22   //
23   //
24   //
25   //
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    //

 2    //

 3    //

 4    //

 5    BY MR. LIM:

 6    Q.     Ms. Combs, in prepping for this deposition,

 7    did you speak with anyone about this lawsuit or this

 8    deposition?

 9    A.     Can you rephrase that question?

10    Q.     Did you speak with anyone other than your

11    attorneys about this deposition today?

12    A.     Yes.

13    Q.     Who did you speak to?

14    A.     My spouse.

15    Q.     Anyone else?

16           MS. BUCHERT:  Objection.

17           THE WITNESS:  I'm uncertain.

18    BY MR. LIM:

19    Q.     You're uncertain as to whether you spoke to

20    anyone else other than your spouse about this

21    deposition today?

22    A.     That is correct.

23    Q.     It's a simple yes or no, Ms. Combs.

24           MS. BUCHERT:  Objection.

25    //
```

```
1    BY MR. LIM:
2    Q.     Did you speak with anyone else besides your
3    spouse about today's deposition?
4    A.     I have spoken about the law.  I do not
5    believe I've spoken about this particular case
6    today -- this deposition today.
7    Q.     And when you say "law," what are you talking
8    about?
9               MS. BUCHERT:  Objection.
10              THE WITNESS:  The birth certificate law.
11   BY MR. LIM:
12   Q.     And who did you speak to about the lawsuit?
13              MS. BUCHERT:  Objection.
14              THE WITNESS:  I'm uncertain.
15   BY MR. LIM:
16   Q.     Have you met or spoken to any of the other
17   plaintiffs in this lawsuit?
18   A.     I met or saw a fellow plaintiff, I believe,
19   a year ago.  I do not believe there was a
20   conversation we had, but she was at a press release,
21   to the best of my knowledge, and that's where I saw
22   her.
23   Q.     Did you speak to her at that time?
24              MS. BUCHERT:  Objection.
25              THE WITNESS:  Possibly niceties.  Not
```

Case 3:19-cv-00328 Document 35-5 Filed 05/29/20 (Page 595 of 673) PageID #: 1688  30
Elite Reporting Services
www.EliteReportingServices.com

1     about a case.

2     BY MR. LIM:

3     Q.      Have you met or spoken to any of the

4     other people involved in this lawsuit, including

5     experts?

6               MS. BUCHERT:  Objection.

7               (An off-the-record discussion was held.)

8               (WHEREUPON, the reporter read back the

9     pending question.)

10              THE WITNESS:  I have met one of the

11    plaintiffs in passing approximately a year ago after

12    a press release was made.

13    BY MR. LIM:

14    Q.      Is that the same person that you just told

15    us about --

16              MS. BUCHERT:  Objection.

17    BY MR. LIM:

18    Q.      -- Ms. Combs?

19    A.      That is correct.

20    Q.      Okay.  Anyone else?

21    A.      To the best of my knowledge, I do not

22    believe so.

23    Q.      Have you ever met Dr. Shayne Taylor?

24    A.      Yes.

25    Q.      Did you know that she's an expert in this

Case 3:19-cv-00328 Document 335 Filed 05/29/20 Page 95 of 107 PageID #: 16829
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    lawsuit --

 2              MS. BUCHERT:  Objection.

 3    BY MR. LIM:

 4    Q.      -- for Plaintiffs?

 5    A.      I was made aware of that approximately five

 6    days ago.

 7    Q.      Okay.  So when I asked you whether you've

 8    met or spoken to anyone involved in this lawsuit

 9    including experts, why didn't you say so?

10              MS. BUCHERT:  Objection.

11              THE WITNESS:  Because when we met, we

12    did not discuss law or medicine.  We met in passing,

13    as I would work with some -- volunteer work.

14    BY MR. LIM:

15    Q.      Okay.  Okay, Ms. Combs, are you -- is it

16    public knowledge that you are a trans woman today?

17              MS. BUCHERT:  Objection.

18              THE WITNESS:  There are people who know

19    I am a woman who is transgender.

20    BY MR. LIM:

21    Q.      I want to refer your attention back to

22    page 22 of the amended complaint, Exhibit 1.

23              So at the bottom, Paragraph 109 stated that

24    you underwent surgical procedures in 1999; is that

25    correct?
```

Case 3:19-cv-00328  Document 315  Filed 05/29/20  Page 32 of 61 PageID #: 1698
Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

```
 1                    MS. BUCHERT:  Objection.

 2                    THE WITNESS:  Yes.

 3    BY MR. LIM:

 4    Q.      Where was the surgery performed?

 5                    MS. BUCHERT:  Objection.

 6                    THE WITNESS:  Neenah, Wisconsin.

 7    BY MR. LIM:

 8    Q.      Do you know the name of the surgeon?

 9                    MS. BUCHERT:  Objection.

10                    THE WITNESS:  ███████████.

11    BY MR. LIM:

12    Q.      Can you spell that?

13    A.      ███████████.  His first name was █████, I

14    believe.

15    Q.      And when you say "gender-affirming surgery,"

16    specifically what procedures are you talking about?

17                    MS. BUCHERT:  Objection.

18                    THE WITNESS:  He performed a

19    vaginoplasty.

20    BY MR. LIM:

21    Q.      And Paragraph 110, after completing the

22    surgery, you were able to correct the gender marker

23    on your driver's license, Social Security card, and

24    U.S. passport; correct?

25    A.      With the exception of challenges to my
```

1    passport changes.

2    Q.      Okay.  So let's talk about them one at a

3    time, okay?  Let's talk about your driver's license.

4            When -- what year did you get that changed?

5    A.      My driver's license was changed after

6    surgery.

7    Q.      Do you remember where you -- which DMV

8    location you went to?

9                MS. BUCHERT:  Objection.

10               THE WITNESS:  To the best of my

11   knowledge, it was in Knoxville, Tennessee, at the

12   courthouse.

13   BY MR. LIM:

14   Q.      Do you remember what documents you needed to

15   bring with you to get that done?

16               MS. BUCHERT:  Objection.

17               THE WITNESS:  To the best of my

18   knowledge, it was the surgical report from the

19   doctor.  Possibly other documents.

20   BY MR. LIM:

21   Q.      And did you have to go more than once to get

22   that done or were you able to get it the first time?

23               MS. BUCHERT:  Objection.

24               THE WITNESS:  I believe I was able to

25   get that done the first time.

Case 3:19-cv-00328  Document 55-5  Filed 05/29/20  Page 595 of 673  PageID #: 16932
Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

BY MR. LIM:

Q.     Okay.  Let's talk about Social Security
records.

Do you remember what documents you needed to
bring to get that done?

MS. BUCHERT:  Objection.

THE WITNESS:  I believe I took my
documentation from the surgeon, which I believe
included birth certificate and different records.

BY MR. LIM:

Q.     And did you have to make multiple trips or
was it the first time you were able to get that
done?

MS. BUCHERT:  Objection.

THE WITNESS:  I am uncertain, but I
believe it was one trip.

BY MR. LIM:

Q.     And finally the U.S. passport.  So I want to
go to page 23 at the top.  Pardon me.  I misguided
you there.

So can you tell us what happened with the
passport, which I think is described in
Paragraph 113 that's in the middle?  You mentioned
that you had to submit documentation from your
primary care physician, as well as a letter

1    documenting the results of a physical exam by a
2    gynecologist.
3            MS. BUCHERT:  Objection.
4    BY MR. LIM:
5    Q.      And after -- after you submitted that, you
6    got the right passport?
7            MS. BUCHERT:  Objection.
8            THE WITNESS:  The process was not that
9    simple for me, as there were complications.
10   BY MR. LIM:
11   Q.      Uh-huh.
12   A.      Being a woman that was -- that is
13   transgender and having a business, it was very
14   important for me personally to protect some identity
15   information.  I assumed to get a passport I could
16   simply have my doctor send in paperwork after my
17   first passport application was declined, which my
18   doctor submitted paperwork afterwards.  That
19   paperwork was being also declined.  We did a
20   revision to the paperwork from my physician at the
21   time, a nurse practitioner, and the paperwork was
22   also declined and returned.
23           From that point, I was uncertain what to do,
24   and because I needed a passport for travels and
25   time -- so much time had passed, I felt like -- or I

Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

1  was told I would have to have a letter from a PhD.

2  I consulted with a client who had a PhD, and I was

3  hopeful that he would be discreet and be able to

4  lead me to a physician that would be able to

5  complete the paperwork for me.  He told me with his

6  permission he would try to find a colleague of his

7  that had a PhD in medicine or psychiatry, because

8  unbeknownst to me, my client had a PhD in psychology

9  instead of psychiatry.

10      He then returned -- or contacted me within a

11  week to two weeks, and he said that he was unable to

12  find any of his colleagues with credentials that

13  would approve paperwork for me to receive my

14  passport with correct gender markers even though he

15  had known me for several years and could testify or

16  could vouch that I was who I said I was.

17      He then later contacted me with the name of

18  a gynecologist in the neighboring town, and he said

19  with my permission that he would contact her because

20  he felt like she was someone that would be discreet

21  and hopefully her office and staff workers would be

22  discreet and allow me to get the documentation

23  necessary in order to change my passport.  So in

24  order to receive the passport, I was required to

25  have my genitals examined by a physician for no

```
 1   other purpose.
 2   Q.      But you were ultimately able to get the
 3   passport corrected?
 4   A.      The passport is now congruent with my
 5   gender.
 6   Q.      And you -- when was it -- when did you
 7   obtain the congruent passport, Ms. Combs?
 8   A.      Approximately seven years ago.
 9   Q.      And the driver's license was in twenty- --
10   when did you obtain the correct driver's license
11   again?  1999?
12   A.      I believe that's correct.
13   Q.      And the Social Security was shortly
14   thereafter also?
15   A.      That is correct.
16   Q.      Okay.  From -- okay.  Let's talk about the
17   passport, then.  Let's see.
18           So after obtaining the passport, about how
19   many times have you presented that as an
20   identification --
21               MS. BUCHERT:  Objection.
22   BY MR. LIM:
23   Q.      -- since 2013?
24               MS. BUCHERT:  Same objection.
25               THE WITNESS:  I'm uncertain, although I
```

Case 3:19-cv-00328 Document 315 Filed 05/29/20 Page 595 of 607 PageID #: 16956
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1   have used it when traveling.

 2   BY MR. LIM:

 3   Q.      Where have you traveled to in the past seven

 4   years?  Anywhere fun?

 5               MS. BUCHERT:  Objection.

 6               THE WITNESS:  Yes.

 7   BY MR. LIM:

 8   Q.      Can you tell us a couple examples?  When was

 9   the last time you took a vacation abroad?

10   A.      February of this year.

11   Q.      Okay.  Where did you go?

12   A.      I went to, I believe, the Western Caribbean.

13   St. Thomas, St. Martin.

14   Q.      And as a form of identification, do you

15   carry your passport with you or your driver's

16   license or your Social Security card?

17               MS. BUCHERT:  Objection.

18               THE WITNESS:  Yes.

19   BY MR. LIM:

20   Q.      You carry all three of them on you every

21   day?

22               MS. BUCHERT:  Objection.

23               THE WITNESS:  Typically my driver's

24   license.

25   //
```

```
 1    BY MR. LIM:

 2    Q.      Do you ever carry your birth certificate

 3    with you?

 4    A.      I do not believe so.

 5    Q.      You do not believe so or you don't?

 6              MS. BUCHERT:  Objection.

 7              THE WITNESS:  I traveled with my birth

 8    certificate when I received a copy of it.  On a

 9    normal basis, I probably do not carry it.

10    BY MR. LIM:

11    Q.      When was the last time you traveled with

12    your birth certificate?

13              MS. BUCHERT:  Objection.

14              THE WITNESS:  Probably two months ago.

15    BY MR. LIM:

16    Q.      Where do you normally keep your birth

17    certificate?

18              MS. BUCHERT:  Objection.

19              THE WITNESS:  At my house.

20    BY MR. LIM:

21    Q.      And two months ago when you traveled with

22    the birth certificate, did you take it so that you

23    would use it as a form of identification?

24              MS. BUCHERT:  Objection.

25              THE WITNESS:  I was, to the best of my
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

1   knowledge, picking up documents, and I picked a copy
2   of that up.
3   BY MR. LIM:
4   Q.      A copy of that?  So where's the original?
5               MS. BUCHERT:  Objection.  Argumentative.
6               THE WITNESS:  I am uncertain.
7   BY MR. LIM:
8   Q.      You're uncertain -- do you know where your
9   original copy of the birth certificate is,
10  Ms. Combs?
11  A.      I am uncertain.
12  Q.      Where were you picking up this copy of your
13  birth certificate from?
14              MS. BUCHERT:  Objection.
15              THE WITNESS:  Knox County, Tennessee.
16  BY MR. LIM:
17  Q.      Was it a family member's house?
18              MS. BUCHERT:  Objection.
19              THE WITNESS:  No.
20  BY MR. LIM:
21  Q.      Other than that time that you picked it up,
22  when was the last time you used your birth
23  certificate as a form of identification?
24              MS. BUCHERT:  Objection.
25              THE WITNESS:  Probably when I entered

```
 1    cosmetology school.

 2    BY MR. LIM:

 3    Q.      When was that?

 4    A.      Approximately 1995.

 5    Q.      You just told us that in 2013 you submitted

 6    your birth certificate to obtain your passport,

 7    right?

 8              MS. BUCHERT:  Objection.

 9              THE WITNESS:  That is correct.

10    BY MR. LIM:

11    Q.      Okay.  So let me rephrase so we're on the

12    same page.  I'm trying to determine just how often

13    you use your birth certificate as a form of

14    identification.

15              After getting your passport for which you

16    had to submit a copy of that, has there been any

17    other instance in which you needed to produce a copy

18    of your birth certificate?

19              MS. BUCHERT:  Objection.

20              THE WITNESS:  I know of instances before

21    I received my passport.  I am unaware of instances

22    after I received my passport.

23    BY MR. LIM:

24    Q.      So in the past seven years, you haven't used

25    your birth certificate as a form of identification?
```

```
 1              MS. BUCHERT:  Objection.

 2              THE WITNESS:  I do not believe so.

 3              MR. LIM:  Could I take a quick break

 4    here?  Could we come back -- it's 1:59 right now.

 5    Could we come back at 2:10, please?

 6              MS. BUCHERT:  Sounds good.

 7              MR. LIM:  Thank you.

 8              (Short break.)

 9    BY MR. LIM:

10    Q.     Hi, Ms. Combs.

11           Can you hear me okay?

12    A.     Yes.

13    Q.     I have to ask you a couple of quick

14    housekeeping questions.

15           During the break, did you talk to anyone

16    about this deposition?

17    A.     I did not, no.

18    Q.     Did you review any documents outside of

19    those two exhibits I showed you today?

20    A.     No, sir.

21    Q.     Okay.  Fine.

22           I want to refer your attention to Exhibit 2,

23    the declaration, page 4, Paragraph 19.  Let me know

24    when you're ready, Ms. Combs.

25              MS. BUCHERT:  And, Jaime, I would advise
```

**Elite Reporting Services**
**www.EliteReportingServices.com**

41

```
1    you to take as much time as you need.
2              THE WITNESS:  Declaration and what --
3    what page again?
4    BY MR. LIM:
5    Q.      Page 4, middle of the page, Paragraph 19.
6              Do you have that?
7    A.      Yes.
8    Q.      Okay.  So in Paragraph 19 of your
9    declaration, you say, quote, I reasonably fear that
10   possessing a birth certificate that fails to
11   accurately reflect my sex consistent with my gender
12   identity increases the chances that I will be
13   subjected to invasions of privacy, prejudice,
14   discrimination, distress, harassment, or violence.
15             I want to ask you to explain to us why you
16   feel that way.
17             MS. BUCHERT:  Objection.
18             THE WITNESS:  I do feel that way because
19   it is painful and difficult for me to have
20   documentation that is not reflective of me.  Because
21   of my past history and experiences with birth
22   certificate -- and the birth certificate being
23   inaccurate to who I am, it has been a source that
24   could be used against me.  I have seen -- I feel
25   like because of this paper, in the past, I've had to
```

Elite Reporting Services
www.EliteReportingServices.com

1  tell my story in situations I did not want to.  An
2  example would be when I was in a bank and they
3  required this documentation that was no longer
4  congruent with who I was or other information that I
5  had, and I felt it necessary to explain why it
6  didn't match.
7           So at that particular time that -- the
8  banker was a client of mine that was not aware of
9  this information, so it was very difficult to -- to
10 tell and explain because I didn't know what her
11 response would be.  Also being in a small town, I
12 had to take a chance on do I see a total stranger
13 and risk this information going out to everyone or,
14 you know, that time, do I tell someone that I know
15 that may be more likely to -- to be respectful and,
16 you know, protect that information.  So it -- it
17 was -- information that was not accurate of me.
18 BY MR. LIM:
19 Q.     I think you cut off toward the end there.
20 Could you repeat the last couple of sentences?
21           THE REPORTER:  Thank you.
22           THE WITNESS:  It was a little
23 dehumanizing to me to present this information to
24 someone that was inaccurate about me.
25 //

```
 1   BY MR. LIM:

 2   Q.      And you mentioned your experience at the

 3   bank.

 4           Do you remember exactly when that was?

 5               MS. BUCHERT:  Objection.

 6               THE WITNESS:  I remember that the birth

 7   certificate was a requirement for some type of

 8   business transaction.

 9   BY MR. LIM:

10   Q.      Do you know when that was?

11   A.      That was --

12               MS. BUCHERT:  Objection.

13               THE WITNESS:  -- approximately 2010.

14   BY MR. LIM:

15   Q.      So that was before you got your passport

16   corrected, right?

17   A.      This was before the passport was corrected.

18   Q.      Okay.  Has there been any other time besides

19   the examples that you mentioned so far that you've

20   had to present your birth certificate and you,

21   quote, reasonably fear that presenting that document

22   subjected you to harassment and discrimination and

23   so forth?

24               MS. BUCHERT:  Objection.

25               THE WITNESS:  When I started my
```

Case 3:19-cv-00328 Document 35 Filed 05/29/20 (Page 545 of 61) PageID #: 17044
**Elite Reporting Services** (615) 595-0073
www.EliteReportingServices.com

1  education with Tennessee School of Beauty, knowing

2  that my name and some information would be changed,

3  I believe that was another time that my passport was

4  submitted with other identifying information of me

5  at the time, so that naturally left me feeling very

6  vulnerable to reveal this information.

7  BY MR. LIM:

8  Q.     Okay.  And I want to go to the next

9  paragraph, Paragraph 20, where you say that "As a

10  result of Tennessee's birth certificate policy, my

11  current Tennessee birth certificate reflects the sex

12  I was," quote, "incorrectly assigned at birth,

13  erroneously stating that I am male."

14      You state that your sex was incorrectly

15  assigned at birth.

16          MS. BUCHERT:  Objection.

17  BY MR. LIM:

18  Q.     Can you think of any reasons why you were

19  assigned at birth as male?

20          MS. BUCHERT:  Objection.

21          THE WITNESS:  I'm not a physician, and

22  I'm unsure of the requirements that they use.  You

23  know, this was 51 years ago, so I wasn't able to be

24  asked or contribute information.  I will say, when I

25  did have gender-affirming surgery, one of the first

Case 3:19-cv-00328 Document 95 Filed 05/29/20 Page 47 of 61 PageID #: 1704
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com
47

```
 1   words that my physician surgeon told me was that

 2   "you did not form correctly."

 3   BY MR. LIM:

 4   Q.      You just stated that you're not a physician.

 5           Do you have any other training that would

 6   qualify you as an expert on how sex is determined at

 7   birth?

 8               MS. BUCHERT:  Objection.

 9               THE WITNESS:  I do not have training.

10   BY MR. LIM:

11   Q.      So you're not an expert on that issue?

12   A.      I would not be an -- an expert.

13   Q.      Ms. Combs, I want to direct your attention

14   to Exhibit 1, page -- that would be the amended

15   complaint, page 23.  And take your time.  Let me

16   know when you have it.  Paragraph 113.

17               MS. BUCHERT:  And once again, Jaime, I

18   want to urge you to take as much time as you need.

19   BY MR. LIM:

20   Q.      And this is very similar to the other

21   paragraph that we just read.

22           Have you ever sub- -- have you ever been

23   subject to discrimination because of your

24   incongruent birth certificate at a place of work?

25               MS. BUCHERT:  Objection.
```

```
 1                    THE WITNESS:  I'm only aware of the
 2    reality of discrimination to people that have
 3    inconsistent documentation on who they are.  I've
 4    always known that that is a very real possibility
 5    for me.
 6    BY MR. LIM:
 7    Q.      But you personally have not been subjected
 8    to that?
 9                    MS. BUCHERT:  Objection.
10                    THE WITNESS:  It is difficult to say.
11    BY MR. LIM:
12    Q.      Have you ever been -- pardon me.  Have you
13    ever applied for a job and were denied because of
14    your transgender status?
15                    MS. BUCHERT:  Objection.
16                    THE WITNESS:  It isn't certain, because
17    Tennessee is a right-to-work state.  It is not
18    uncommon for people who are women that are
19    transgender to not receive certain positions because
20    of that status.
21                    MR. LIM:  I don't have any more
22    questions today, so that would conclude my portion
23    of the deposition.
24                    Sasha, do you have any questions for
25    Ms. Combs?
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1              MS. BUCHERT:  I -- I would like to take

 2   a five-minute break if that's okay for folks.

 3              MR. LIM:  Okay.

 4              MS. BUCHERT:  Maybe we can round it off

 5   and take an eight-minute break and come back at 3:30

 6   if that's okay.

 7              MR. LIM:  Yeah.  2:30 for us.

 8              MS. BUCHERT:  2:30.  Sorry.  Great.

 9              (Short break.)

10                        EXAMINATION

11   QUESTIONS BY MS. BUCHERT:

12   Q.      Jaime, I just have one question for you on

13   redirect.

14              In your testimony, you testified that when

15   going -- entering school, beauty school, that you

16   presented your passport.

17              That was around 1995; is that correct?

18   A.      I apologize because I did not have a

19   passport at that time.

20   Q.      So was the document you presented in 1995

21   your birth certificate?

22   A.      It was.

23              MS. BUCHERT:  Okay.  Thank you.  No

24   further questions.

25              THE REPORTER:  Anything else, Mr. Lim?
```

```
 1                    MR. LIM:  No.
 2                    MS. BUCHERT:  We do just want to reserve
 3          the right to read and sign the transcript before
 4          it's final.
 5                    (An off-the-record discussion was held.)
 6                    THE REPORTER:  And, Mr. Lim, would you
 7          like this transcript typed up?
 8                    MR. LIM:  Yes.
 9                    THE REPORTER:  And, Ms. Buchert, would
10          you like a copy?
11                    MS. BUCHERT:  Yes, please.
12                     FURTHER DEPONENT SAITH NOT
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Elite Reporting Services** (615) 595-0073
www.EliteReportingServices.com

```
1                    E R R A T A   P A G E

2
                     I, Jaime Combs, having read
3       the foregoing deposition, pages 1 through 49, do
        hereby certify said testimony is a true and accurate
4       transcript, with the following changes (if any):

5
        PAGE  LINE           SHOULD HAVE BEEN
6
7       _____ _____          _____

8       _____ _____          _____

9       _____ _____          _____

10      _____ _____          _____

11      _____ _____          _____

12      _____ _____          _____

13      _____ _____          _____

14      _____ _____          _____

15      _____ _____          _____

16      _____ _____          _____

17      _____ _____          _____

18      _____ _____          _____

19      _____ _____          _____
20
                             _____
21                                  JAIME COMBS
22      _____
        Notary Public
23
24      My Commission Expires: _____
25      Reported by: Lindsey R. Perry, LCR, RPR, CRR, CSR
```

*Elite Reporting Services* * (615) 595-0073
www.EliteReportingServices.com

1                    REPORTER'S CERTIFICATE

2    STATE OF TENNESSEE

3    COUNTY OF WILLIAMSON

4          I, LINDSEY R. PERRY, licensed court

5    reporter, with offices in Franklin, Tennessee,

6    hereby certify that I reported the foregoing

7    videoconference deposition of JAIME COMBS by machine

8    shorthand to the best of my skills and abilities,

9    and thereafter the same was reduced to typewritten

10   form by me.

11   I further certify I am not related to any of the

12   parties named herein nor related to their counsel

13   and have no interest, financial or otherwise, in the

14   outcome of the proceedings.

15   I further certify that in order for this document to
     be considered a true and correct copy, it must bear
16   my original signature and that any unauthorized
     reproduction in whole or in part and/or transfer of
17   this document is not authorized, will not be
     considered authentic, and will be in violation of
18   Tennessee Code Annotated 3-914-104, Theft of
     Services.

19

20

21          _____
            LINDSEY R. PERRY, LCR, RPR, CRR, CSR
22          Licensed Court Reporter
            Registered Professional Reporter
23          Certified Realtime Reporter
            Certified Shorthand Reporter
24          State of Tennessee at Large

25          LCR #790 - Expires:     6/30/2020

**Exhibits**

**Ex 01 -**
 **Jaime Combs**
 4:10 15:14,19
 17:14 30:22 46:14

**Ex 02 -**
 **Jaime Combs**
 4:12 15:25 16:6
 41:22

---

**1**

**1** 15:14,19 17:14
 30:22 46:14

**109** 30:23

**11** 14:11,12

**110** 31:21

**113** 33:23 46:16

**114** 17:15,22

**14/line** 14:11

**15/line** 14:11

**17** 26:17

**19** 41:23 42:5,8

**1995** 13:1 40:4
 48:17,20

**1996** 12:18

**1999** 30:24 36:11

**1:59** 41:4

---

**2**

**2** 15:25 16:6 41:22

**20** 9:4 12:10 45:9

**2000** 14:1

**2010** 44:13

**2013** 36:23 40:5

**22** 30:22

**23** 17:14 33:19
 46:15

**24** 20:17

**26/line** 26:17

**27/line** 26:18

**2:10** 41:5

**2:30** 48:7,8

---

**3**

**3:30** 48:5

---

**4**

**4** 26:18 41:23 42:5

---

**5**

**51** 45:23

---

**7**

---

**A**

**abilities** 17:11

**abroad** 37:9

**absolutely** 6:23

**accurate** 17:11
 43:17

**accurately** 42:11

**acquired** 21:3

**addition** 16:10
 21:4

**address** 8:20

**advise** 41:25

**affect** 18:10

**affected** 17:24

**afternoon** 6:8

**ahead** 6:21

**Alcoa** 12:2

**allowing** 18:12
 20:18

**amended** 15:15,
 22 17:14 30:22
 46:14

**anytime** 8:5

**apologize** 48:18

**application** 34:17

**applied** 47:13

**apply** 11:10

**approve** 35:13

**approximately**
 8:24 9:4 10:25
 11:2,22 12:6,10,
 18 13:1,23 29:11
 30:5 36:8 40:4
 44:13

**argumentative**
 25:12 39:5

**assets** 18:14
 20:20,21 25:2

**assigned** 45:12,
 15,19

**assistant** 6:14

**assists** 10:10

**assume** 23:17,19

**assumed** 34:15

**attended** 12:24

**attention** 17:13
 20:5 30:21 41:22
 46:13

**attorney** 6:14,15
 22:12

**attorneys** 16:20
 17:1,4 27:11

**aware** 19:20 30:5
 43:8 47:1

---

**B**

**back** 20:6 29:8
 30:21 41:4,5 48:5

**Baker** 7:3

**bank** 43:2 44:3

**banker** 43:8

**basically** 19:2

**basis** 38:9

**beauty** 12:24 45:1
 48:15

**begin** 7:9

**believed** 23:25

**birth** 8:19 9:7,9
 17:23 18:23 25:6,
 16 28:10 33:9
 38:2,7,12,16,22
 39:9,13,22 40:6,
 13,18,25 42:10,
 21,22 44:6,20
 45:10,11,12,15,19
 46:7,24 48:21

**bit** 22:9

**Blount** 22:3

**board** 10:17 11:2,
 4,8,10,11,17

**born** 9:5,8

**bottom** 17:15
 30:23

**Botts** 7:3

**bought** 21:4

**bound** 14:12
 26:18

**Brandt** 7:3

**break** 8:4,7,9
 41:3,8,15 48:2,5,9

**bring** 32:15 33:5

**Buchert** 6:23,24
 9:12,19 10:1,8,14
 11:6,12 12:20
 13:4,13,18 14:5
 16:14,22 17:6,17
 18:21 19:8,14,22
 20:2,23 21:8,12,
 18,22 22:6,11,18,
 23 23:7,12,15,22
 24:2,14,20,25
 25:7,11,20 26:5,9,
 16 27:16,24 28:9,
 13,24 29:6,16
 30:2,10,17 31:1,5,
 9,17 32:9,16,23
 33:6,14 34:3,7

Case 3:19-cv-00381 Document 115 Filed 05/29/20 (1) Page 54 of 61 PageID #: 4711
Elite Reporting Services (615) 595-0073 Buchert
www.EliteReportingServices.com

36:21,24 37:5,17,
22 38:6,13,18,24
39:5,14,18,24
40:8,19 41:1,6,25
42:17 44:5,12,24
45:16,20 46:8,17,
25 47:9,15 48:1,4,
8,11,23 49:2,9,11

**Buddy** 10:10

**business** 12:5
18:11 20:9,11,12,
13 34:13 44:8

---

**C**

---

**called** 6:3 10:10
12:3

**calls** 16:22,23

**card** 19:18 31:23
37:16

**care** 9:22 10:11
21:13 33:25

**Caribbean** 37:12

██████ █████

**carry** 37:15,20
38:2,9

**cars** 21:3

**case** 28:5 29:1

**center** 9:22

**certificate** 17:23
18:23 25:6,16
28:10 33:9 38:2,8,
12,17,22 39:9,13,
23 40:6,13,18,25
42:10,22 44:7,20
45:10,11 46:24
48:21

**certificates** 12:12

**challenges** 31:25

**chance** 43:12

**chances** 42:12

**change** 35:23

**changed** 32:4,5
45:2

**checked** 23:20

**children** 26:13

**choice** 24:15,17

**classic** 21:3

**clear** 7:21

**client** 35:2,8 43:8

**colleague** 35:6

**colleagues** 6:16
35:12

**Combs** 6:2,8,20
7:11 8:12,14,19
9:11 12:4 15:21
16:1,8,13 17:16,
24,25 18:1,6,9,12,
15,17 22:8 24:6
25:15 27:6,23
29:18 30:15 36:7
39:10 41:10,24
46:13 47:25

**Combs'** 17:22

**committee** 10:16

**community** 9:22
11:17

**complaint** 15:15,
22 17:14 30:22
46:15

**complete** 35:5

**completing**
31:21

**complications**
34:9

**computer** 20:13

**concerned** 18:6
20:8,10 24:12

**concerns** 18:11

**conclude** 47:22

**condo** 21:5

**confidential**
14:12 26:18

**confused** 22:8

**congruent** 36:4,7
43:4

**Connectus** 9:21
10:13,15 11:1,9

**consistent** 42:11

**consulted** 35:2

**contact** 35:19

**contacted** 35:10,
17

**contained** 17:10

**contest** 18:25

**contested** 18:7

**contribute** 45:24

**control** 18:13
20:19

**conversation**
28:20

**conversations**
16:25

**copy** 15:16,21
38:8 39:1,4,9,12
40:16,17 49:10

**correct** 11:5 12:8
17:23 20:9,10
24:13 27:22 29:19
30:25 31:22,24
35:14 36:10,12,15
40:9 48:17

**corrected** 36:3
44:16,17

**correctly** 46:2

**Corvettes** 21:2

**cosmetology**
12:15 40:1

**counsel** 16:24

**County** 22:3
39:15

**couple** 7:8 20:15
21:7,17 37:8
41:13 43:20

**couples** 18:4
19:13

**court** 7:13 18:24
22:3

**courthouse**
32:12

**cover** 14:13 26:19

**credentials** 35:12

**current** 8:20 9:14
25:25 45:11

**cut** 43:19

---

**D**

---

**date** 9:9

**day** 37:21

**days** 30:6

**declaration**
15:25 41:23 42:2,
9

**declined** 34:17,
19,22

**defendants** 6:19

**dehumanizing**
43:23

**delicate** 24:10

**denied** 47:13

**DEPONENT**
49:12

**deposition** 6:18
7:10,11 27:6,8,11,
21 28:3,6 41:16
47:23

**designated** 14:12
26:18

**desirable** 13:7

**determine** 40:12

**determined** 46:6

**Dianna** 6:17

**difficult** 7:24
42:19 43:9 47:10

**direct** 17:13 46:13

**directors** 11:8

**disagree** 25:8

**disclosure** 18:5

**discreet** 35:3,20,
22

**discrimination**
42:14 44:22 46:23
47:2

Case 3:19-cv-00328 Document 206-20 Filed 07/15/22 Page 11 of 18
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

discuss 16:19 30:12

discussion 10:21 29:7 49:5

distress 42:14

divorce 18:7,12 19:1 20:18 22:2,5 25:3

divorcing 18:1,17

DMV 32:7

doctor 32:19 34:16,18

document 15:18 16:5 44:21 48:20

documentation 33:8,24 35:22 42:20 43:3 47:3

documenting 34:1

documents 14:4 16:10,12,21 17:5,10 32:14,19 33:4 39:1 41:18

driver's 19:17 31:23 32:3,5 36:9,10 37:15,23

due 18:11

duly 6:4

**E**

education 45:1

eight-minute 48:5

Elizabethton 9:8

employment 13:6

end 43:19

entered 39:25

entering 48:15

erroneously 45:13

essentially 24:13

exam 34:1

EXAMINATION 6:6 48:10

examined 35:25

examples 37:8 44:19

exception 31:25

Exhibit 15:14,19, 25 16:6 17:14 30:22 41:22 46:14

exhibits 41:19

experience 44:2

experiences 42:21

expert 29:25 46:6, 11,12

experts 29:5 30:9

explain 42:15 43:5,10

extent 16:23

**F**

factors 24:22,24

fails 42:10

family 39:17

favor 8:6

fear 42:9 44:21

February 37:10

federal 21:10

feel 42:16,18,24

feeling 45:5

fellow 28:18

felt 22:14,16 24:15,17 34:25 35:20 43:5

file 21:7,10

filed 6:19 21:16 22:2

fill 23:10

final 49:4

finally 33:18

finances 21:14

find 35:6,12

Fine 41:21

five-minute 48:2

fleet 21:1

folks 48:2

form 37:14 38:23 39:23 40:13,25 46:2

found 13:6

full 8:13

fun 7:9 37:4

**G**

gender 17:23 25:17 31:22 35:14 36:5 42:11

gender-affirming 31:15 45:25

general 6:14

General's 6:15

genitals 35:25

give 24:12

Gonzalez-pagan 7:1

good 6:8,11 41:6

Gould 7:5

government 23:5

Great 48:8

group 11:16 20:13 26:6,8

guys 26:4

gynecologist 34:2 35:18

**H**

hair 12:1

half 8:24 11:22

happened 24:6 33:21

happier 25:24

happy 8:5

harassment 42:14 44:22

head 7:19

health 9:21,22 10:11,15

hear 7:23 41:11

held 10:21 29:7 49:5

history 42:21

home 21:1

hopeful 35:3

house 20:25 38:19 39:17

housekeeping 7:8 41:14

husband 18:13, 19,22 19:16,20 20:19,24 21:13 24:7 25:18

**I**

idea 21:16

identification 36:20 37:14 38:23 39:23 40:14,25

identified 25:18

identify 6:22

identifying 45:4

identity 25:17 34:14 42:12

important 34:14

inability 17:22

inaccurate 42:23 43:24

included 33:9

including 29:4 30:9

**incongruent** 46:24

**inconsistent** 47:3

**incorrectly** 45:12,14

**increases** 42:12

**information** 16:24 19:2 34:15 43:4,9,13,16,17, 23 45:2,4,6,24

**instance** 40:17

**instances** 40:20, 21

**introduce** 6:12

**invasions** 42:13

**involved** 11:15 29:4 30:8

**issue** 46:11

---

**J**

**Jae** 6:14 25:11

**Jaime** 6:2 8:14 16:1,24 17:6,17 41:25 46:17 48:12



**jeopardize** 20:9, 11

**job** 47:13

**John** 7:5

**joint** 18:14 20:20 24:8

**Jones** 6:16

**Judgment** 16:2

**justice** 19:16 22:24 23:2,3

---

**K**

**kind** 12:12

**knew** 24:10

**knowing** 45:1

**knowledge** 28:21 29:21 30:16 32:11,18 39:1

**Knox** 39:15

**Knoxville** 32:11

---

**L**

**Lambda** 6:24 7:1



**lastly** 7:4 8:4

**law** 28:4,7,10 30:12

**lawsuit** 6:19 27:7 28:12,17 29:4 30:1,8

**lead** 35:4

**left** 45:5

**legal** 6:24 7:1 18:3

**legitimately** 24:11

**length** 21:3

**letter** 33:25 35:1

**license** 12:15,17, 18 14:9 19:7,10, 12,15,17 20:14 22:14 31:23 32:3, 5 36:9,10 37:16, 24

**lieu** 7:18,19

**Lim** 6:7,14 7:7 9:13,24 10:4,12, 18,22 11:7,13 12:22 13:8,16,20 14:7 15:12,20 16:7,16 17:2,8,21 19:4,11,19,24 20:4 21:6,9,15,20 22:1,7,15,21 23:1, 9,13,18,23 24:5, 16,23 25:4,9,13, 14,22 26:7,12 27:5,18 28:1,11, 15 29:2,13,17 30:3,14,20 31:3,7, 11,20 32:13,20

**live** 8:25

**lived** 8:23 9:3

**livelihood** 25:1

**living** 9:11 20:15

**location** 9:2 32:8

**long** 8:23 9:2 10:23 11:21 12:5, 9 13:10,21

**longer** 43:3

---

**M**

**made** 29:12 30:5

**make** 33:11

**male** 18:23 45:13, 19

**man** 17:25

**marital** 23:14

**marked** 15:14,18, 25 16:5

**marker** 17:23 31:22

**markers** 35:14

**marriage** 13:22 14:6,9 18:2,4,25 19:7,9,12,13,15 20:14 21:4 22:4, 14,16,17

**married** 13:10,17, 21,24 17:25 20:1, 15,25 21:7,11,17 22:25 23:11,21 24:1,4 26:1

**marry** 22:20

**Martin** 37:13

**Maryville** 9:1,3,5 12:2

33:1,10,17 34:4, 10 36:22 37:2,7, 19 38:1,10,15,20 39:3,7,16,20 40:2, 10,23 41:3,7,9 42:4 43:18 44:1,9, 14 45:7,17 46:3, 10,19 47:6,11,21 48:3,7,25 49:1,6,8

---

**match** 43:6

**Matt** 6:16

**matter** 24:10

**matters** 7:9

**medicine** 30:12 35:7

**meet** 26:4

**member** 10:17 11:2

**member's** 39:17

**members** 11:16, 17

**mentioned** 11:19 33:23 44:2,19

**Merchant** 7:5

**met** 26:6 28:16,18 29:3,10,23 30:8, 11,12

**middle** 33:23 42:5

**mind** 23:25

**mine** 43:8

**minutes** 19:5

**misguided** 33:19

**months** 10:25 38:14,21

**Motion** 16:1

**move** 8:11 13:2 25:23

**moved** 13:5

**multiple** 33:11

---

**N**

**names** 8:15 26:15

**Nashville** 10:3 13:3,5

**naturally** 45:5

**needed** 32:14 33:4 34:24 40:17

**Neenah** 31:6

**negatively** 17:24

**neighboring** 35:18

■■■ ■■

**niceties** 28:25

**nod** 7:18

**nominated** 11:10

**normal** 38:9

**Novella** 8:14

**Number** 15:19
16:6

**nurse** 34:21

---

**O**

**objection** 9:12,19
10:1,8,14 11:6,12
12:20 13:4,13,18
14:5 16:14,22
18:21 19:8,14,22
20:2,23 21:8,12,
18,22 22:6,11,18,
23 23:7,12,15,22
24:2,14,20,25
25:7,11,20 26:5,9,
16 27:16,24 28:9,
13,24 29:6,16
30:2,10,17 31:1,5,
9,17 32:9,16,23
33:6,14 34:3,7
36:21,24 37:5,17,
22 38:6,13,18,24
39:5,14,18,24
40:8,19 41:1
42:17 44:5,12,24
45:16,20 46:8,25
47:9,15

**obtain** 12:11 36:7,
10 40:6

**obtaining** 36:18

**occupation** 9:14
11:24

**off-the-record**
10:21 29:7 49:5

**office** 6:15 35:21

**Omar** 7:1

**open** 18:9 20:7

**opportunity**

---

16:19 17:4

**order** 35:23,24

**organization**
11:15

**organizations**
9:23,25

**original** 39:4,9

**owned** 12:1 21:5

---

**P**

**paid** 20:25

**painful** 42:19

**paper** 42:25

**papers** 18:12
20:18

**paperwork** 14:1,3
19:6 23:10 34:16,
18,19,20,21 35:5,
13

**paragraph** 17:15,
22 18:16 20:6,17,
22 30:23 31:21
33:23 41:23 42:5,
8 45:9 46:16,21

**pardon** 33:19
47:12

**part** 7:9

**passed** 34:25

**passing** 29:11
30:12

**passport** 31:24
32:1 33:18,22
34:6,15,17,24
35:14,23,24 36:3,
4,7,17,18 37:15
40:6,15,21,22
44:15,17 45:3
48:16,19

**past** 8:16 37:3
40:24 42:21,25

**patients** 10:10

**peace** 19:16
22:25 23:2,3

**pending** 8:8 29:9

---

**people** 24:18,22
29:4 30:18 47:2,
18

**performed** 31:4,
18

**permission** 35:6,
19

**Perry** 7:13 10:18
15:16 16:3

**person** 23:5
29:14

**personal** 24:9,10

**personally** 34:14
47:7

**personnel** 10:16

**Phd** 35:1,2,7,8

**physical** 34:1

**physician** 33:25
34:20 35:4,25
45:21 46:1,4

**picked** 39:1,21

**picking** 39:1,12

**place** 9:7 46:24

**plaintiff** 28:18

**plaintiffs** 6:20,25
7:2,4,6 28:17
29:11 30:4

**Plaintiffs'** 16:1

**point** 6:21 7:23
15:13 34:23

**policy** 45:10

**portion** 47:22

**position** 10:6,24

**positions** 47:19

**possessing**
42:10

**possibility** 47:4

**Possibly** 28:25
32:19

**power** 19:1

**practitioner**
34:21

---

**prejudice** 42:13

**prepping** 27:6

**present** 43:23
44:20

**presented** 36:19
48:16,20

**presenting** 19:17
44:21

**press** 28:20 29:12

**previous** 13:21

**previously** 15:14,
25

**Pride** 10:3

**primary** 33:25

**privacy** 42:13

**private** 24:10

**privileged** 16:23

**procedures**
30:24 31:16

**proceeding** 22:5

**process** 11:9
34:8

**produce** 40:17

**program** 10:9

**prompted** 13:2

**properties** 21:21,
23

**property** 21:4
24:8

**protect** 34:14
43:16

**psychiatry** 35:7,9

**psychology** 35:8

**public** 30:16

**publicly** 18:8

**purchased** 20:25

**purpose** 36:1

---

**Q**

**qualify** 46:6

**question** 7:25 8:1,8,9 27:9 29:9 48:12

**questioning** 25:12

**questions** 6:7 7:17 16:20 18:15 23:24 41:14 47:22,24 48:11,24

**quick** 41:3,13

**quote** 42:9 44:21 45:12

---

**R**

**read** 16:17 17:19 29:8 46:21 49:3

**reading** 7:15

**ready** 41:24

**real** 7:9 47:4

**reality** 47:2

**realize** 16:15

**reasons** 45:18

**receive** 35:13,24 47:19

**received** 12:18 38:8 40:21,22

**recognizable** 22:3

**recognize** 18:4

**recommend** 17:18

**record** 8:13 10:19

**recorded** 7:20

**recording** 7:12

**records** 33:3,9

**redirect** 48:13

**refer** 20:5 30:21 41:22

**reflect** 42:11

**reflected** 25:16

**reflective** 42:20

**reflects** 45:11

**release** 28:20 29:12

**released** 19:3

**remember** 32:7, 14 33:4 44:4,6

**repeat** 8:1 43:20

**rephrase** 8:1 16:11 20:16 27:9 40:11

**report** 32:18

**reporter** 7:13 10:20 15:17 16:4 29:8 43:21 48:25 49:6,9

**representing** 6:18,24 7:2,3,6

**required** 35:24 43:3

**requirement** 44:7

**requirements** 45:22

**reserve** 49:2

**resided** 9:1

**respectful** 43:15

**respond** 16:24

**response** 8:7 43:11

**responses** 7:16

**result** 18:11 45:10

**results** 34:1

**retain** 18:13 20:19

**retire** 11:24

**retired** 9:16 11:19,21,23

**returned** 34:22 35:10

**returns** 21:10

**reveal** 45:6

**review** 41:18

**revision** 34:20

---

██████ ██

**right-to-work** 47:17

**risk** 43:13

**Roessler** 7:3

**round** 48:4

---

**S**

---

████████████
█████

**SAITH** 49:12

**salon** 12:1,4 18:10

**same-sex** 18:4 19:13

**Sara** 6:17

**Sasha** 6:21,24 47:24

**school** 12:19,23, 24 40:1 45:1 48:15

---

███████ ██

**Security** 19:17 31:23 33:2 36:13 37:16

**Sedgwick** 6:17

**seeking** 11:16

**send** 34:16

**sentences** 43:20

**separate** 14:13 26:19

**Sevierville** 23:3

**sex** 42:11 45:11, 14 46:6

**shake** 7:18

**Shayne** 29:23

**Shew** 6:17

**short** 41:8 48:9

**shortly** 36:13

**show** 15:13,24

**showed** 41:19

**side** 6:22

**sign** 49:3

**signed** 18:12 20:18 24:3

**similar** 46:20

**simple** 27:23 34:9

**simply** 17:3 34:16

**sir** 41:20

**situations** 43:1

**small** 43:11

**smear** 19:2

**Social** 19:17 31:23 33:2 36:13 37:16

**Sounds** 41:6

**source** 42:23

**speak** 27:7,10,13 28:2,12,23

**special** 12:12

**specifically** 31:16

**spell** 31:12

**spoke** 27:19

**spoken** 28:4,5,16 29:3 30:8

**spouse** 13:6,9,12, 14 14:10 22:4 25:25 27:14,20 28:3

**St** 37:13

**staff** 35:21

**start** 10:5

**started** 21:2 44:25

**state** 8:12 12:15 18:24 45:14 47:17

**stated** 30:23 46:4

**stating** 45:13

**status** 18:6,7,9 19:21 20:8 23:14 47:14,20

story 43:1

stranger 43:12

stylist 12:1,7,9,11

sub- 46:22

subject 46:23

subjected 42:13
44:22 47:7

submit 33:24
40:16

submitted 14:2
19:6 34:5,18 40:5
45:4

Summary 16:2

support 16:1
26:6,8

surgeon 31:8
33:8 46:1

surgery 31:4,15,
22 32:6 45:25

surgical 30:24
32:18

sworn 6:4

sympathize 24:6

system 10:11

**T**

taking 24:7

talk 17:4 25:23,24
32:2,3 33:2 36:16
41:15

talking 14:4 20:21
28:7 31:16

tax 21:10

taxes 21:7

Taylor 29:23

Tennessee 6:15
████ 9:1,3,5,8
12:2,16,24 18:2,3,
24 19:13 23:4
32:11 39:15 45:1,
11 47:17

Tennessee's
45:10

testified 6:4
48:14

testify 35:15

testimony 7:14
48:14

things 22:13

Thomas 7:3
37:13

thought 23:25

threat 20:8

threatened 18:5
24:8 25:19

time 7:24 17:18,19
18:3,8 20:7 21:11
23:11 24:19 25:1
28:23 32:3,22,25
33:12 34:21,25
37:9 38:11 39:21,
22 42:1 43:7,14
44:18 45:3,5
46:15,18 48:19

times 36:19

titled 21:21,23

today 6:9 7:14
27:11,21 28:6
30:16 41:19 47:22

today's 28:3

told 17:9 18:1,17,
18,19,22 19:5,25
29:14 35:1,5 40:5
46:1

top 20:17 33:19

total 43:12

town 35:18 43:11

training 12:12
46:5,9

trans 10:10 30:16

transaction 44:8

transcript 7:14,
15 49:3,7

transgender
18:5,7,9 19:21
24:18 26:11 30:19
34:13 47:14,19

traveled 37:3
38:7,11,21

traveling 37:1

travels 34:24

trip 33:16

trips 33:11

true 17:10

truth 17:9

twenty- 36:9

type 9:17 14:3
23:6 44:7

typed 49:7

Typically 37:23

**U**

U.S. 31:24 33:18

Uh-huh 34:11

ultimately 36:2

unable 35:11

unaware 40:21

unbeknownst
35:8

uncertain 21:19
23:8 27:17,19
28:14 33:15 34:23
36:25 39:6,8,11

uncommon
47:18

uncontested
18:12 20:18

understand
24:11

understanding
7:24

Understood 8:10

underwent 30:24

unsure 23:16
45:22

uphold 18:24

urge 46:18

**V**

vacation 37:9

vaginoplasty
31:19

Vanderbilt 9:20
10:5,11,24

vehicles 21:1

verbally 7:16

video 7:12

violence 42:14

volunteer 9:15,
17,20,21 10:2,5,9,
16,23 30:13

vouch 35:16

vulnerable 45:6

**W**

wanted 24:13

wanting 24:22

ways 17:24

wedding 22:22

week 35:11

weeks 35:11

Western 37:12

wife 22:20

Winemiller 7:5

Wisconsin 31:6

woman 30:16,19
34:12

women 26:10
47:18

words 46:1

work 9:15,17
11:25 21:1 23:5
30:13 46:24

workers 35:21

worried 18:10

Case 3:19-cv-00328  Document 315  Filed 05/29/20  Page 60 of 61 PageID #: 6187
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

| Y |
| --- |

**year** 13:25 28:19
29:11 32:4 37:10

**years** 8:24 9:4
11:3,22 12:6,10
13:11,23 18:1
26:2 35:15 36:8
37:4 40:24 45:23

*Elite Reporting Services*
*www.EliteReportingServices.com*