# Exhibit E

Deposition Transcript of L.G.

**GORE, et al.**

**vs.**

**LEE, et al.**

---

**L.G.**

**April 17, 2020**

---



**Celebrating 28 Years of Reporting Excellence!**

**Jeannie Chaffin, CCR LCR**
**Associate Reporter**

Chattanooga (423)266-2332   Jackson (731)425-1222
Knoxville (865)329-9919   Nashville (615)595-0073   Memphis (901)522-4477
www.elitereportingservices.com

1                    UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF TENNESSEE
2                         NASHVILLE DIVISION
   _____

3
   KAYLA GORE; JAIME COMBS;
4  L.G.; and K.N.,

5              Plaintiffs,

6
   vs.                              Case No. 3:19-0328
7

8  WILLIAM BYRON LEE, in his
   official capacity as Governor
9  of the State of Tennessee;
   and LISA PIERCEY, in her official
10 capacity as Commissioner of the
   Tennessee Department of Health,

11
              Defendants.
12 _____

13

14

15

16              Videoconference Deposition of:

17              L.G.

18              Taken on behalf of the Defendants
                April 17, 2020
19

20

21
   _____
22
                    Elite Reporting Services
23              www.elitereportingservices.com
           Jeannie Chaffin, LCR, Associate Reporter
24                  Post Office Box 292382
                  Nashville, Tennessee 37229
25                      (615)595-0073

Case 3:19-cv-00328 Document 186-6 Filed 06/29/20 Page 3 of 73 PageID #: 1722
Elite Reporting Services * (615)595-0073
www.EliteReportingServices.com

```
 1                      A P P E A R A N C E S

 2

 3

 4

 5      For the Plaintiffs (via videoconference):

 6               MR. BRANDT THOMAS ROESSLER
                 Attorney at Law
 7               Baker Botts, LLP
                 30 Rockefeller Plaza
 8               New York, NY  10112
                 (212)408-2583
 9               brandt.roessler@bakerbotts.com

10

                 MR. OMAR GONZALEZ-PAGAN
11               Attorney at Law
                 Lambda Legal Defense & Education Fund, Inc.
12               120 Wall Street, 19th Floor
                 New York, NY  10005
13               (212)809-8585
                 ogonzalez-pagan@lambdalegal.org
14

15               MS. SASHA BUCHERT
                 Attorney at Law
16               Lambda Legal Defense & Education Fund, Inc.
                 1776 K Street NW, Suite 722
17               Washington, D.C.  20006
                 (202)804-6245
18               sbuchert@lambdalegal.org

19

                 MS. TARA BORELLI
20               Attorney at Law
                 Lambda Legal Defense & Education Fund, Inc.
21               730 Peachtree Street NE, Suite 640
                 Atlanta, GA  30308
22               (404)897-1880
                 tborelli@lambdalegal.org

23

24

25
```

Case 3:19-cv-00328 Document 96 Filed 06/29/20 Page 4 of 72 PageID #: 1723    2
Elite Reporting Services (615)595-0073
www.EliteReportingServices.com

```
 1    For the Plaintiffs (continued):

 2                    MR. JOHN T. WINEMILLER
                      Attorney at Law
 3                    Merchant & Gould
                      800 Gay Street, Suite 2150
 4                    Knoxville, TN  37929
                      (865)380-5977
 5                    jwinemiller@merchantgould.com

 6

 7

 8
      For the Defendants (via videoconference):
 9
                      MR. JAE LIM
10                    MS. DIANNA BAKER SHEW
                      MS. SARA E. SEDGWICK
11                    MR. MATTHEW F. JONES
                      Assistant Attorneys General
12                    Post Office Box 20207
                      Nashville, TN  37202
13                    (615)532-1969
                      jae.lim@at.tn.gov
14                    dianna.shew@ag.tn.gov
                      sara.sedgwick@ag.tn.gov
15                    matt.jones@ag.tn.gov

16

17

18

19

20

21

22

23

24

25
```

Case 3:19-cv-00023 Document 86 Filed 09/20/61 Page 5 of 72 PageID #: 1724  3
Elite Reporting Services  (615)595-0073
www.EliteReportingServices.com

                         I   N   D   E   X

                                                        Page

Examination
By Mr. Lim                                              6




                      E   X   H   I   B   I   T   S

                                                        Page

Exhibit No. 1                                           6
        Amended Complaint for Declaratory and Injunctive
        Relief

Exhibit No. 2                                           6
        Declaration of L.G. in Support of Plaintiffs'
        Motion for Summary Judgment

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1              S T I P U L A T I O N S

 2

 3              The videoconference deposition of L.G. was taken

 4    by counsel for the Defendants, with all participants appearing at

 5    their respective locations, on April 17, 2020, for all purposes

 6    under the Federal Rules of Civil Procedure.

 7              All objections, except as to the form of the

 8    questions, are reserved to the hearing, and that said deposition

 9    may be read and used in evidence in said cause of action in any

10    trial thereon or any proceeding herein.

11              It is agreed that JEANNIE CHAFFIN, LCR, Notary

12    Public and Court Reporter for the State of Tennessee, may swear

13    the witness, and that the reading and signing of the completed

14    deposition by the witness was not waived.

15

16

17

18

19

20

21

22

23

24

25
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1                    *    *    *

 2

 3              (WHEREUPON, documents were pre-marked as

 4     Exhibits 1 and 2.)

 5              MR. LIM:  Good afternoon, everyone.  A          12:25:19

 6     couple of housekeeping matters before we start.  All    12:25:21

 7     objections are reserved as to the form of the           12:25:24

 8     question.                                               12:25:27

 9              And I'll be identifying all the               12:25:28

10     participants representing the Defendants in this        12:25:31

11     case.  My name Jae Lim, and I'm an Assistant Attorney   12:25:33

12     General for the Tennessee Attorney General's office.    12:25:37

13     And joining me today are my colleagues, Dianna Shew,    12:25:40

14     Sara Sedgwick, and Matt Jones.                          12:25:46

15

16                    *    *    *

17                    L.G.,

18     was called as a witness and having first been duly

19     sworn, testified as follows:

20

21                    EXAMINATION

22     QUESTIONS BY MR. LIM:

23     Q.      Ms. L.G., how are you today?                    12:25:51

24     A.      I'm sorry, could you repeat that?  I couldn't   12:25:55

25     hear.                                                   12:25:58
```

| | | |
|---|---|---|
| 1 | Q. How are you today? | 12:25:59 |
| 2 | A. I'm doing well. Thank you. | 12:26:00 |
| 3 | MR. LIM: Brandt, could you go ahead and | 12:26:05 |
| 4 | identify all the attorneys representing the | 12:26:07 |
| 5 | Plaintiffs today? | 12:26:10 |
| 6 | MR. ROESSLER: I'd be glad to. | 12:26:10 |
| 7 | So I'm Brandt Thomas Roessler from Baker | 12:26:10 |
| 8 | Botts, representing the Plaintiffs. We also have on | 12:26:15 |
| 9 | the line John Winemiller, who is from Merchant & | 12:26:17 |
| 10 | Gould. And from Lambda Legal we have Omar | 12:26:21 |
| 11 | Gonzalez-Pagan, we have Sasha Buchert. I always | 12:26:27 |
| 12 | butcher that. Sorry, Sasha. And Tara Borelli. | 12:26:32 |
| 13 | BY MR. LIM: | 12:26:40 |
| 14 | Q. Ms. L.G., have you ever been deposed before? | 12:26:40 |
| 15 | A. No. | 12:26:44 |
| 16 | Q. So I'm going to go over a couple of | 12:26:49 |
| 17 | preliminary matters that concern how depositions go | 12:26:51 |
| 18 | so that we're on the same page, okay? | 12:26:56 |
| 19 | Although this deposition is recorded -- | 12:27:03 |
| 20 | although this deposition is on video, as Brandt | 12:27:07 |
| 21 | indicated earlier, we're not recording this | 12:27:11 |
| 22 | deposition. The only recording of this deposition | 12:27:13 |
| 23 | will be in the transcripts prepared by the court | 12:27:16 |
| 24 | reporter. So in order for Ms. Jeannie to accurately | 12:27:20 |
| 25 | record your responses and my questions, you need to | 12:27:26 |

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
1   answer my questions affirmatively by saying yes or        12:27:28
2   no.   If you motion -- you know, if you shake your        12:27:36
3   head or nod your head, that's not going to be noted       12:27:38
4   by the court reporter.   Is that clear?                   12:27:41
5   A.      It's clear that I should not shake my head or     12:27:50
6   make gestures; that I should speak my responses.         12:27:55
7   Q.      Yes, thank you.                                    12:27:59
8           And if you can't hear me or if you have a         12:28:00
9   difficult time understanding me, just simply ask me       12:28:02
10  to repeat the question or to rephrase my question.       12:28:06
11  I'll be happy to do that.                                12:28:09
12  A.      Thank you.                                        12:28:13
13  Q.      And lastly please let me know at any point if     12:28:15
14  you'd like to take a break.   I'm sure my colleagues      12:28:19
15  here would be happy to take a break at any time, too,    12:28:23
16  except for one instance.   I would appreciate it if      12:28:26
17  you wait until you -- finish answering my question.      12:28:30
18  I would hate to ask the question and then for you        12:28:35
19  to -- you know, for us to take a break and have your     12:28:38
20  response hanging out there.   Is that okay?              12:28:40
21  A.      That is understood.                               12:28:43
22  Q.      Thank you.                                        12:28:45
23          Do you have any questions for me before          12:28:45
24  we start?                                                12:28:48
25  A.      No.                                               12:28:49
```

```
 1   Q.      Okay.  Could you state your name, full name          12:28:51
 2   for the record, please?                                      12:28:56
 3   A.                           .                               12:28:56
 4   Q.      And have you used any other names in the             12:29:01
 5   past?                                                        12:29:09
 6   A.      I -- I've used my legal birth name and my            12:29:12
 7   middle name.                                                 12:29:19
 8   Q.      Which were?                                          12:29:22
 9   A.      I believe that's covered in the document.            12:29:27
10   Yes, all of those questions have been answered in the        12:29:41
11   documentation provided for the Court.                        12:29:44
12   Q.      Yeah, but I'm still asking you the question,         12:29:50
13   though.  Do you know the previous names that you have        12:29:53
14   used in the past?                                            12:29:55
15   A.      Yes.                                                 12:29:58
16   Q.      What are they?                                       12:29:59
17   A.      Those are identified within the documents            12:30:08
18   that have been provided to the Court.                        12:30:10
19   Q.      All right.  Let me move on.                          12:30:16
20           What is your current address?                        12:30:18
21   A.      ████████████████████████████                        12:30:21
22   ████████████████████████████.                                12:30:28
23   Q.      How long have you lived there?                       12:30:31
24   A.      I believe it's been about two years now.             12:30:35
25   Q.      Where did you live before that?                      12:30:40
```

```
 1    A.      I lived at an apartment in ███████       12:30:46

 2    ███████.                                         12:30:49

 3    Q.      Have you always lived in ██████?         12:30:50

 4    A.      No.                                      12:30:54

 5    Q.      Where else have you lived in the past ten 12:30:56

 6    years, if you could go back?                     12:31:00

 7    A.      I have lived in the state of ██████.  I  12:31:11

 8    have lived in Tennessee.  And I have lived in    12:31:15

 9    ██████.                                          12:31:19

10    Q.      When did you move to ██████?             12:31:21

11    A.      It's about six years ago now.            12:31:25

12    Q.      What brought you to ██████?              12:31:30

13    A.      I was offered a promotion at my place of 12:31:36

14    work, and they had a position open here in       12:31:41

15    ██████.  I applied to transfer and was granted   12:31:48

16    the promotion and the relocation.                12:31:53

17    Q.      Where was your previous location?        12:31:55

18    A.      Before that I lived and worked in ██████ 12:31:58

19    Tennessee.                                       12:32:03

20    Q.      And how long did you live in ██████      12:32:03

21    Tennessee?                                       12:32:05

22    A.      Well, I was born in ██████ Tennessee, and 12:32:12

23    I moved away for college and education.  And then I 12:32:15

24    returned after graduation in ███, and I lived there 12:32:21

25    until I relocated here to ██████.                12:32:26
```

*Elite Reporting Services* (615) 595-0073
www.EliteReportingServices.com

```
1    Q.    Does your family still live in ███████████    12:32:30
2    Tennessee?  Your immediate family?                    12:32:34
3    A.    Yes.  I do still have family in Tennessee and   12:32:38
4    family in ██████████ .                                12:32:45
5    Q.    Do you have any siblings?                        12:32:47
6    A.    Yes.                                             12:32:51
7    Q.    How many?                                        12:32:55
8    A.    ██████                                           12:33:02
9    Q.    What are their ages?  You don't have to name     12:33:05
10   them.  Can you just identify them as brother, sister,  12:33:09
11   and their age?                                         12:33:12
12         MR. ROESSLER:  Objection.                        12:33:13
13   BY MR. LIM:                                            12:33:15
14   Q.    You may answer.                                  12:33:15
15   A.    █████████████████████████████████████████        12:33:19
16   ████████████████████████████                           12:33:26
17   Q.    Are they all still in Tennessee?                 12:33:33
18   A.    To my knowledge, yes, they currently live and    12:33:41
19   reside in Tennessee.                                   12:33:43
20   Q.    Do you still keep in touch with them?            12:33:46
21         MR. ROESSLER:  Objection.                        12:33:51
22   BY MR. LIM:                                            12:33:52
23   Q.    You may answer.                                  12:33:52
24   A.    I am close with my sisters.                      12:34:03
25   Q.    And not your brother?                            12:34:10
```

Case 3:19-cv-00328 Document 93-3 Filed 05/29/20 Page 595 of 773 PageID #: 17321
*Elite Reporting Services*
www.EliteReportingServices.com

```
 1              MR. ROESSLER:  Objection.                    12:34:12

 2              THE WITNESS:  No.                            12:34:13

 3    BY MR. LIM:                                            12:34:16

 4    Q.      You mentioned earlier that your job -- your   12:34:16

 5    promotion brought you to ███████.  Who do you work    12:34:19

 6    for?                                                  12:34:23

 7    A.      I'm sorry, could you repeat that question?    12:34:25

 8    The audio cut out.                                    12:34:27

 9    Q.      You mentioned earlier that a promotion at     12:34:30

10    your job brought you to ██████.  Do you still work    12:34:32

11    there?                                                12:34:36

12    A.      Do I still work in ███████?                   12:34:39

13    Q.      Do you still work for the same employer that  12:34:41

14    brought you to ████████?                              12:34:44

15    A.      No.                                           12:34:45

16    Q.      Who do you work for now?                      12:34:47

17    A.      I work as an ████████████████████.            12:34:52

18    Q.      Doing what?                                   12:34:57

19    A.      ████████████████████.                         12:35:00

20    Q.      How long have you done that?                  12:35:04

21    A.      I began this position, I believe, in          12:35:11

22    ████████████████.                                     12:35:14

23    Q.      And before ████████████████████, who was     12:35:17

24    your employer?                                        12:35:20

25    A.      That was ████████████████████.                12:35:25
```

Elite Reporting Services · (615) 595-0073
www.EliteReportingServices.com

```
 1   Q.      And how long were you at ███████████████?          12:35:33

 2   A.      It was about ███████████.                          12:35:37

 3   Q.      What prompted you to leave that position or        12:35:42

 4   that employer?                                             12:35:47

 5   A.      I'm sorry, could you repeat that?                  12:35:49

 6   Q.      Why did you become an ██████████████████?          12:35:51

 7   A.      The ████████ location here in ███████████          12:35:57

 8   ████████ closed down in █████.                             12:36:03

 9   Q.      And before that, before ██████████████,            12:36:07

10   did you work for anyone else?                              12:36:11

11   A.      Yes.                                               12:36:17

12   Q.      Who did you work for and when?                     12:36:19

13   A.      I'm sorry, what -- that's a bit of a vague         12:36:25

14   question.  What was -- what was the timeframe you're       12:36:31

15   referring to?                                              12:36:34

16   Q.      Immediately before your employment with ██         12:36:35

17   █████████████, who did you work for and for how            12:36:40

18   long?                                                      12:36:46

19   A.      That would be ████████████.  And that was a        12:36:46

20   little -- I want to say around four years.                 12:36:57

21   Q.      Any other jobs before that?                        12:37:04

22   A.      Yes.                                               12:37:08

23   Q.      What were they?                                    12:37:12

24   A.      I worked -- I began working in high school         12:37:19

25   and continued working through college at various jobs      12:37:26
```

Elite Reporting Services · (615) 595-0073
www.EliteReportingServices.com

13

| | | |
|---|---|---|
| 1 | before taking employment with ██████████. | 12:37:40 |
| 2 | Q.      Okay.  So ██████████ was your first job out | 12:37:44 |
| 3 | of college? | 12:37:47 |
| 4 | A.      I worked as an ████████████████████ briefly | 12:37:54 |
| 5 | before working with ██████████.  And I also worked as | 12:37:58 |
| 6 | ██████████████████████████████. | 12:38:09 |
| 7 | Q.      You mentioned that you left Tennessee to go | 12:38:18 |
| 8 | to ██████ for school.  Was that for college? | 12:38:20 |
| 9 | A.      I attended college in ████████████, yes. | 12:38:24 |
| 10 | Q.      And what was the name of the institution? | 12:38:31 |
| 11 | A.      ██████████████. | 12:38:35 |
| 12 | Q.      What did you study? | 12:38:37 |
| 13 | A.      I studied ████████████████████████ | 12:38:43 |
| 14 | ██████████████████. | 12:38:51 |
| 15 | Q.      Did you get a degree from there? | 12:38:54 |
| 16 | A.      Yes. | 12:38:57 |
| 17 | Q.      When? | 12:38:57 |
| 18 | A.      I graduated in ██████. | 12:38:59 |
| 19 | Q.      What was your degree? | 12:39:08 |
| 20 | A.      The degree was a Bachelor's of Arts in | 12:39:10 |
| 21 | ████████████████████████████████████. | 12:39:15 |
| 22 | ████████████. | 12:39:19 |
| 23 | Q.      Where did you go to high school? | 12:39:19 |
| 24 | A.      I attended high school in the state of | 12:39:23 |
| 25 | ██████████. | 12:39:27 |

Case 3:19-cv-00328 Document 91-6 Filed 05/29/20 Page 16 of 72 PageID #: 1735
*Elite Reporting Services* (615) 595-0073
*www.EliteReportingServices.com*

| | | |
|---|---|---|
| 1 | Q.     What was the name of the high school? | 12:39:36 |
| 2 | A.     ███████████████ | 12:39:38 |
| 3 | Q.     What year did you graduate from there? | 12:39:40 |
| 4 | A.     I graduated in ████. | 12:39:45 |
| 5 | Q.     Were you involved in any extracurriculars in | 12:39:54 |
| 6 | high school? | 12:40:00 |
| 7 | A.     Yes. | 12:40:00 |
| 8 | Q.     Would you describe them for us? | 12:40:01 |
| 9 | A.     ████████████████████████ | 12:40:11 |
| 10 | ████████████████████████████████ | 12:40:20 |
| 11 | ██████████████████ | 12:40:25 |
| 12 | Q.     Did you -- | 12:40:34 |
| 13 | A.     Yes. | 12:40:35 |
| 14 | Q.     Did you play any sports? | 12:40:36 |
| 15 | A.     No. | 12:40:39 |
| 16 | Q.     After college did you have any further | 12:40:52 |
| 17 | training or education? | 12:40:56 |
| 18 | A.     I'm currently in graduate school. | 12:41:03 |
| 19 | Q.     What for and where? | 12:41:06 |
| 20 | A.     I attend ██████████████████████ | 12:41:12 |
| 21 | ████████, and I'm pursuing a Master of Arts in | 12:41:20 |
| 22 | ██████████. | 12:41:26 |
| 23 | Q.     Do you have any certification or specialty | 12:41:26 |
| 24 | training in anything other than your BA and your | 12:41:28 |
| 25 | current master's that you're pursuing? | 12:41:33 |

Elite Reporting Services
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | MR. ROESSLER:  Objection. | 12:41:39 |
| 2 | THE WITNESS:  I'm sorry, I don't | 12:41:40 |
| 3 | understand the question. | 12:41:42 |
| 4 | BY MR. LIM: | 12:41:45 |
| 5 | Q.     Strike that, please. | 12:41:45 |
| 6 | Ms. L.G., are you an expert on | 12:41:51 |
| 7 | distinction between, if any, sex and gender? | 12:41:55 |
| 8 | A.     I'm not an expert. | 12:42:04 |
| 9 | Q.     So you're not -- so you don't plan to offer | 12:42:08 |
| 10 | any expert testimony on that distinction in this | 12:42:13 |
| 11 | lawsuit or in this deposition today, correct? | 12:42:17 |
| 12 | A.     I'm not an expert.  I'm a Plaintiff in this | 12:42:22 |
| 13 | case. | 12:42:26 |
| 14 | Q.     Okay.  Are you married? | 12:42:26 |
| 15 | A.     No. | 12:42:33 |
| 16 | Q.     Have you ever been married? | 12:42:34 |
| 17 | A.     No. | 12:42:38 |
| 18 | Q.     Do you plan to get married at some point? | 12:42:40 |
| 19 | MR. ROESSLER:  Objection. | 12:42:45 |
| 20 | THE WITNESS:  I don't know.  I couldn't | 12:42:49 |
| 21 | speculate on that. | 12:42:51 |
| 22 | BY MR. LIM: | 12:42:55 |
| 23 | Q.     Are you seeing anybody right now? | 12:42:55 |
| 24 | MR. ROESSLER:  Objection. | 12:42:58 |
| 25 | THE WITNESS:  I'm not sure what you mean | 12:43:02 |

| | | |
|---|---|---|
| 1 | by the question. | 12:43:04 |
| 2 | BY MR. LIM: | 12:43:04 |
| 3 | Q.    Are you dating anyone right now? | 12:43:04 |
| 4 |        MR. ROESSLER:  Objection. | 12:43:07 |
| 5 | BY MR. LIM: | 12:43:11 |
| 6 | Q.    Are you -- | 12:43:11 |
| 7 | A.    No. | 12:43:12 |
| 8 | Q.    -- in a romantic relationship with anyone | 12:43:13 |
| 9 | right now? | 12:43:16 |
| 10 |        MR. ROESSLER:  Objection. | 12:43:17 |
| 11 |        THE WITNESS:  No. | 12:43:19 |
| 12 | BY MR. LIM: | 12:43:19 |
| 13 | Q.    Have you ever had a romantic relationship | 12:43:19 |
| 14 | with anyone else? | 12:43:26 |
| 15 |        MR. ROESSLER:  Objection. | 12:43:27 |
| 16 |        THE WITNESS:  Yes. | 12:43:31 |
| 17 | BY MR. LIM: | 12:43:39 |
| 18 | Q.    When was the most recent one, and how long | 12:43:39 |
| 19 | did that relationship last? | 12:43:43 |
| 20 |        MR. ROESSLER:  Objection. | 12:43:48 |
| 21 |        THE WITNESS:  I'm sorry, but I don't -- I | 12:43:52 |
| 22 | don't understand the question.  It's very vague. | 12:43:54 |
| 23 | BY MR. LIM: | 12:43:58 |
| 24 | Q.    Let me rephrase. | 12:43:58 |
| 25 |        Have you ever had a boyfriend or a | 12:44:00 |

| | | |
|---|---|---|
| 1 | girlfriend in the past? | 12:44:10 |
| 2 | MR. ROESSLER:  Objection. | 12:44:14 |
| 3 | THE WITNESS:  Yes. | 12:44:24 |
| 4 | BY MR. LIM: | 12:44:27 |
| 5 | Q.     When was the last time you had a boyfriend or | 12:44:27 |
| 6 | a girlfriend? | 12:44:30 |
| 7 | MR. ROESSLER:  Objection. | 12:44:34 |
| 8 | THE WITNESS:  I'm not sure about the | 12:44:40 |
| 9 | timeframe on that. | 12:44:42 |
| 10 | BY MR. LIM: | 12:44:48 |
| 11 | Q.     Ms. L.G., do you date men or women? | 12:44:48 |
| 12 | MR. ROESSLER:  Objection. | 12:44:54 |
| 13 | THE WITNESS:  I identify as a lesbian. | 12:45:07 |
| 14 | BY MR. LIM: | 12:45:09 |
| 15 | Q.     As a what?  Pardon me.  I didn't hear you. | 12:45:09 |
| 16 | A.     I identify as a lesbian. | 12:45:12 |
| 17 | Q.     Do you do any volunteer work? | 12:45:19 |
| 18 | A.     Yes. | 12:45:25 |
| 19 | Q.     What type of volunteer work do you do? | 12:45:27 |
| 20 | A.     I volunteer often with my church. | 12:45:34 |
| 21 | Q.     What church is that? | 12:45:41 |
| 22 | A.     I attend ███████████████████ | 12:45:46 |
| 23 | ██████████████████. | 12:45:53 |
| 24 | Q.     What kind of volunteer work do you do with | 12:45:55 |
| 25 | the church? | 12:45:57 |

Elite Reporting Services · (215) 525-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | A.     I support church activities, ███████ | 12:46:02 |
| 2 | ████████████████ | 12:46:07 |
| 3 | Q.     Do you do any volunteer work for the | 12:46:13 |
| 4 | transgender community? | 12:46:20 |
| 5 | A.     Yes. | 12:46:22 |
| 6 | Q.     Can you describe them for us? | 12:46:27 |
| 7 | A.     Who are you asking about? | 12:46:35 |
| 8 | Q.     You mentioned that you've done volunteering | 12:46:38 |
| 9 | work for transgender communities.  Can you describe | 12:46:41 |
| 10 | to us what organizations you volunteer with, what | 12:46:50 |
| 11 | types of activities that you do? | 12:46:53 |
| 12 | MR. ROESSLER:  Objection. | 12:46:56 |
| 13 | THE WITNESS:  That's a very vague | 12:47:04 |
| 14 | question. | 12:47:06 |
| 15 | BY MR. LIM: | 12:47:10 |
| 16 | Q.     Okay.  I'll rephrase. | 12:47:10 |
| 17 | Are you a member of any organization that | 12:47:11 |
| 18 | advocates for the transgender community? | 12:47:20 |
| 19 | MR. ROESSLER:  Objection. | 12:47:24 |
| 20 | THE WITNESS:  I'm not sure how membership | 12:47:31 |
| 21 | would be defined. | 12:47:33 |
| 22 | BY MR. LIM: | 12:47:38 |
| 23 | Q.     Do you volunteer or contribute money to any | 12:47:38 |
| 24 | organization that does that? | 12:47:42 |
| 25 | MR. ROESSLER:  Objection. | 12:47:46 |

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1              Sorry.                                        12:47:46

 2              THE WITNESS:  That does what?                 12:47:50

 3    BY MR. LIM:                                             12:47:52

 4    Q.     That advocates for issues related to            12:47:52

 5    transgender persons in the community.                  12:47:59

 6              MR. ROESSLER:  Same objection.                12:48:01

 7              THE WITNESS:  I'm sorry, but I still          12:48:05

 8    don't really understand the question.                  12:48:07

 9    BY MR. LIM:                                             12:48:18

10    Q.     Do you do any volunteer work -- do you spend    12:48:18

11    any time working for or advocating for issues related  12:48:21

12    to transgender persons or the community?               12:48:28

13              MR. ROESSLER:  Objection.                     12:48:35

14              THE WITNESS:  Could you repeat that?          12:48:46

15    BY MR. LIM:                                             12:48:54

16    Q.     Yes, I may.  Give me one second.                12:48:54

17              Have you attended any public events like     12:49:05

18    the gay parade or Pride Festival?  Ever been to such   12:49:08

19    events like that?                                      12:49:16

20              MR. ROESSLER:  Objection.                     12:49:17

21              THE WITNESS:  I'm not sure what you mean      12:49:34

22    by the gay parade.                                     12:49:36

23    BY MR. LIM:                                             12:49:41

24    Q.     Gay parade -- I'm sorry, a parade like at       12:49:41

25    Pride Festival.                                         12:49:48
```

Elite Reporting Services
www.EliteReportingServices.com

20

| | | |
|---|---|---|
| 1 | MR. ROESSLER:  Same objection. | 12:49:48 |
| 2 | THE WITNESS:  Have I -- have I attended | 12:49:50 |
| 3 | events like a Pride Festival? | 12:49:53 |
| 4 | BY MR. LIM: | 12:49:56 |
| 5 | Q.     Yes. | 12:49:56 |
| 6 | A.     Is that what you're asking? | 12:49:57 |
| 7 | Q.     Yes. | 12:49:59 |
| 8 | A.     Yes. | 12:50:00 |
| 9 | Q.     Are you friends with any -- let me rephrase | 12:50:00 |
| 10 | that. | 12:50:04 |
| 11 | Do you know of any other transgender | 12:50:06 |
| 12 | persons? | 12:50:09 |
| 13 | MR. ROESSLER:  Objection. | 12:50:11 |
| 14 | THE WITNESS:  That's a very vague | 12:50:16 |
| 15 | question. | 12:50:17 |
| 16 | BY MR. LIM: | 12:50:18 |
| 17 | Q.     No, it's not.  I asked you if you know of any | 12:50:18 |
| 18 | other transgender persons in your life. | 12:50:22 |
| 19 | MR. ROESSLER:  Same objection. | 12:50:28 |
| 20 | THE WITNESS:  You asked me if I know of | 12:50:30 |
| 21 | any transgender persons, and then you asked me if I | 12:50:31 |
| 22 | know of any transgender persons in my life? | 12:50:36 |
| 23 | BY MR. LIM: | 12:50:40 |
| 24 | Q.     Yes. | 12:50:40 |
| 25 | A.     Which -- which of those questions should I | 12:50:43 |

Case 3:19-cv-00328 Document 91-3 Filed 05/29/20 Page 23 of 72 PageID #: 1742
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | answer? | 12:50:48 |
| 2 | Q.     Whichever one you think is less vague. | 12:50:49 |
| 3 | MR. ROESSLER:  Objection. | 12:50:54 |
| 4 | THE WITNESS:  I'm sorry, but I'm not sure | 12:51:00 |
| 5 | how to respond. | 12:51:03 |
| 6 | BY MR. LIM: | 12:51:04 |
| 7 | Q.     Okay.  Are you friends with anyone who is | 12:51:04 |
| 8 | transgender? | 12:51:07 |
| 9 | MR. ROESSLER:  Objection. | 12:51:07 |
| 10 | BY MR. LIM: | 12:51:10 |
| 11 | Q.     Do you want me to define friendship for you? | 12:51:10 |
| 12 | A.     I do have friends who identify as | 12:51:18 |
| 13 | transgender. | 12:51:21 |
| 14 | Q.     How did you meet them? | 12:51:22 |
| 15 | A.     I have met some of my friends through support | 12:51:32 |
| 16 | groups, through educational communities, and through | 12:51:37 |
| 17 | personal contact. | 12:51:45 |
| 18 | Q.     And do you do any volunteer work with those | 12:51:49 |
| 19 | organizations? | 12:51:54 |
| 20 | MR. ROESSLER:  Objection. | 12:51:58 |
| 21 | THE WITNESS:  What organizations are you | 12:52:06 |
| 22 | referring to? | 12:52:07 |
| 23 | BY MR. LIM: | 12:52:07 |
| 24 | Q.     The support groups that you just mentioned. | 12:52:07 |
| 25 | A.     As far as I can recall, I don't think I have | 12:52:26 |

| | | |
|---|---|---|
| 1 | taken on a position of volunteer in an official | 12:52:31 |
| 2 | capacity with the support groups that I was referring | 12:52:42 |
| 3 | to, but I can't be sure. | 12:52:46 |
| 4 | Q.    I'll move on. | 12:52:52 |
| 5 | Do you have any social media? | 12:52:53 |
| 6 | MR. ROESSLER:  Objection. | 12:52:58 |
| 7 | THE WITNESS:  Not often. | 12:53:04 |
| 8 | BY MR. LIM: | 12:53:07 |
| 9 | Q.    Do you have Facebook? | 12:53:07 |
| 10 | A.    Yes. | 12:53:12 |
| 11 | Q.    Do you identify yourself as a transgender | 12:53:16 |
| 12 | person on Facebook? | 12:53:23 |
| 13 | A.    I'm sorry, but in what capacity? | 12:53:39 |
| 14 | Q.    Do you identify yourself as a woman on | 12:53:45 |
| 15 | Facebook? | 12:53:48 |
| 16 | MR. ROESSLER:  Objection. | 12:53:50 |
| 17 | THE WITNESS:  Absolutely, yes. | 12:53:51 |
| 18 | BY MR. LIM: | 12:53:53 |
| 19 | Q.    And do you identify yourself as a woman on | 12:53:53 |
| 20 | other social media, if any? | 12:53:56 |
| 21 | A.    I identify as woman in all aspects of my | 12:54:02 |
| 22 | life. | 12:54:06 |
| 23 | Q.    Okay.  Thank you. | 12:54:06 |
| 24 | Did you review any documents in | 12:54:12 |
| 25 | preparation for this deposition? | 12:54:14 |

Case 3:19-cv-00328 Document 91-3  Filed 05/29/20  Page 25 of 72  PageID #: 1742
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com
23

```
 1    A.      Yes.                                            12:54:18

 2    Q.      What were they?                                 12:54:20

 3    A.      I have reviewed the Amended Complaint for       12:54:29

 4    Declaration for Declaratory and Injunctive Relief,      12:54:34

 5    the Declaration of L.G. in Support of Plaintiffs'       12:54:40

 6    Motion for Summary Judgment, and Plaintiff L.G.'s       12:54:43

 7    Responses and Objections to Defendants' First Set of    12:54:45

 8    Interrogatories.                                        12:54:49

 9    Q.      Okay.  Did you speak with anyone about your     12:54:49

10    deposition today?                                       12:54:51

11    A.      Yes.                                            12:54:57

12    Q.      Who did you speak with?                         12:54:59

13    A.      I have been in communication with my legal      12:55:07

14    team regarding today's deposition.                      12:55:11

15    Q.      Anyone else outside of your legal team?         12:55:14

16            MR. ROESSLER:  Objection.                       12:55:18

17            THE WITNESS:  I believe that I have             12:55:29

18    identified people with knowledge concerning the case    12:55:33

19    in the documents mentioned.                             12:55:35

20    BY MR. LIM:                                             12:55:38

21    Q.      The documents you mentioned talk about the      12:55:38

22    complaint.  It doesn't talk about the deposition.  My   12:55:42

23    question to you was, have you spoken with anyone        12:55:45

24    outside of your legal team about today's deposition?    12:55:48

25    A.      The people who have been made aware of my       12:55:56
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   involvement in the case have been named in the      12:56:03
 2   documentation.                                       12:56:05
 3   Q.      Are you -- are you refusing to answer my     12:56:07
 4   question?                                            12:56:12
 5   A.      No.  I'm sorry, could you repeat your        12:56:14
 6   question?                                            12:56:16
 7   Q.      I asked you if you have spoken with anyone   12:56:19
 8   outside of your legal team about today's deposition. 12:56:22
 9   A.      I will refer to the documents. ████████████  12:56:33
10   ████████████████████████████████████████████        12:56:42
11   ████████████████████████████████████████████████    12:56:51
12   ████████████████████████████████████████            12:56:56
13   Q.      About today's deposition?                    12:57:00
14   A.      Yes.                                         12:57:05
15   Q.      Have you spoken to or made -- let me         12:57:12
16   rephrase.                                            12:57:16
17           Have you spoken to or met any of the         12:57:16
18   other Plaintiffs in this litigation?                 12:57:19
19   A.      No.                                          12:57:23
20   Q.      Who knows of your transgender status?        12:57:38
21           MR. ROESSLER:  Objection.                    12:57:43
22           THE WITNESS:  I'm not sure how to answer     12:57:57
23   that question.                                       12:57:58
24   BY MR. LIM:                                          12:57:59
25   Q.      Okay.  I'll break it down.                   12:57:59
```

1    Does your family know that -- does your

2 family know of your status as a transgender woman?

3    MR. ROESSLER:  Objection.

4    THE WITNESS:  I'm not sure how to answer

5 that.

6 BY MR. LIM:

7 Q.    Do your parents know?

8 A.    My mother knows that I'm a trans woman.  And

9 my father passed away ███████████████████████████

10 ████████████████████

11 Q.    I'm sorry to hear that.

12    Do your siblings know?

13 A.    Yes.

14 Q.    Do your colleagues know?

15    MR. ROESSLER:  Objection.

16    THE WITNESS:  What -- what colleagues are

17 you referring to?

18 BY MR. LIM:

19 Q.    The previous colleagues at █████████████

20 ████████.

21 A.    Co-workers at ███████████████████████████?

22 Q.    Yes.

23 A.    I'm not sure if I can speculate on knowledge

24 that people possess.

25 Q.    Did you tell anyone -- tell any of your

12:58:01
12:58:04
12:58:08
12:58:14
12:58:16
12:58:17
12:58:17
12:58:24
12:58:33
12:58:40
12:58:43
12:58:46
12:58:53
12:58:56
12:58:59
12:59:02
12:59:04
12:59:05
12:59:05
12:59:09
12:59:11
12:59:16
12:59:21
12:59:26
12:59:28

| | | |
|---|---|---|
| 1 | co-workers about your status as a trans woman? | 12:59:33 |
| 2 | A.     I have came out to my friend, ████ | 12:59:41 |
| 3 | ████ -- | 12:59:50 |
| 4 | Q.     When was -- | 12:59:50 |
| 5 | A.     -- while we were working at ████████. | 12:59:51 |
| 6 | Q.     When did you come out to her? | 12:59:58 |
| 7 | A.     That was around August of 2016, I believe. | 01:00:02 |
| 8 | Q.     Was that at your school, where you are | 01:00:17 |
| 9 | attending school now? | 01:00:25 |
| 10 | MR. ROESSLER:  Objection. | 01:00:26 |
| 11 | THE WITNESS:  I'm sorry, could you repeat | 01:00:27 |
| 12 | that? | 01:00:29 |
| 13 | BY MR. LIM: | 01:00:30 |
| 14 | Q.     Have you told anyone at your current school, | 01:00:30 |
| 15 | where you're obtaining your master's, of your status | 01:00:35 |
| 16 | as a transgender woman? | 01:00:38 |
| 17 | A.     Yes. | 01:00:41 |
| 18 | Q.     Who are they? | 01:00:46 |
| 19 | A.     I have informed some of my classmates and my | 01:00:54 |
| 20 | immediate cohorts, the professors that I have had, | 01:01:02 |
| 21 | and the director of admissions. | 01:01:11 |
| 22 | Q.     Okay.  Thank you. | 01:01:15 |
| 23 | When did you first identify yourself as a | 01:01:18 |
| 24 | transgender woman? | 01:01:21 |
| 25 | MR. ROESSLER:  Objection. | 01:01:37 |

Case 3:19-cv-00328 Document 91-3 Filed 05/29/20 Page 29 of 72 PageID #: 1742
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | THE WITNESS:  I'm not sure how to answer | 01:01:38 |
| 2 | that question. | 01:01:39 |
| 3 | BY MR. LIM: | 01:01:46 |
| 4 | Q.    When was -- when was the first time that you | 01:01:46 |
| 5 | can recall that you realized that you are a woman and | 01:01:49 |
| 6 | not a man? | 01:01:54 |
| 7 | MR. ROESSLER:  Objection. | 01:02:05 |
| 8 | THE WITNESS:  Most of my earliest | 01:02:12 |
| 9 | memories are of discomfort with gender roles and | 01:02:13 |
| 10 | expectations that were placed on me. | 01:02:25 |
| 11 | BY MR. LIM: | 01:02:40 |
| 12 | Q.    So you don't know? | 01:02:40 |
| 13 | MR. ROESSLER:  Objection. | 01:02:43 |
| 14 | THE WITNESS:  I'm sorry, what are you | 01:02:48 |
| 15 | asking? | 01:02:50 |
| 16 | BY MR. LIM: | 01:02:51 |
| 17 | Q.    I asked you when was the first time that you | 01:02:51 |
| 18 | can recall that you realized that you are a woman, | 01:02:53 |
| 19 | not a man. | 01:02:57 |
| 20 | MR. ROESSLER:  Same objection. | 01:03:00 |
| 21 | THE WITNESS:  I'm not sure. | 01:03:05 |
| 22 | BY MR. LIM: | 01:03:07 |
| 23 | Q.    Okay.  Who was the first person that you | 01:03:07 |
| 24 | told? | 01:03:11 |
| 25 | MR. ROESSLER:  Objection. | 01:03:14 |

| | |
|---|---|
| 1 | BY MR. LIM: |
| 2 | Q.   Let me rephrase. |
| 3 |   Who was the first person that you came |
| 4 | out to? |
| 5 |   MR. ROESSLER: Objection. |
| 6 |   THE WITNESS: The first person that I |
| 7 | came out to in what capacity? |
| 8 | BY MR. LIM: |
| 9 | Q.   Came out to as a trans woman. |
| 10 | A.   I believe that was my mother. |
| 11 | Q.   When was that? |
| 12 | A.   I think that was 2004. |
| 13 | Q.   How old were you? |
| 14 | A.   ██████████████████ |
| 15 | Q.   I want to refer you to what's been previously |
| 16 | marked as Exhibit 1. That would be the amended |
| 17 | complaint. Ms. L.G., could you go to page 25? |
| 18 | That's where the facts as it relate to you begin. |
| 19 |   So I want to direct your attention to |
| 20 | paragraph 125. |
| 21 |   "From a young age, L.G. has identified as |
| 22 | female. L.G. first attempted to come out as |
| 23 | transgender and live openly as a girl while in high |
| 24 | school, but she experienced negative reactions from |
| 25 | her community." |

Elite Reporting Services · (615) 595-0073
www.EliteReportingServices.com

```
 1              Could you please describe to us what        01:05:21
 2    those negative reactions were?                        01:05:23
 3    A.       Sorry.  Some of this is difficult to talk   01:05:37
 4    about.                                                 01:05:39
 5    Q.       I know.  I apologize.  But I have to ask     01:05:41
 6    these questions because we're trying to learn as much 01:05:44
 7    data about the facts that you have alleged in the     01:05:49
 8    amended complaint.  I know these are very personal    01:05:53
 9    and uncomfortable questions.  And you have to         01:05:55
10    remember, I'm -- I'm just trying to do my job.  And I 01:06:00
11    respect that it's very difficult.                     01:06:03
12              So if you need to take a break, I'll be     01:06:07
13    happy to do that.  But I'm going to have ask you some 01:06:10
14    of these questions, okay?                              01:06:18
15    A.       I understand.                                01:06:19
16              I had been grappling with my identity and  01:06:23
17    was coming to the realization that I was a trans      01:06:32
18    woman.  I had never identified with being a male.     01:06:40
19    And I had always thought that I was female.  And I    01:06:49
20    did not have the language or terminology to fully     01:06:54
21    understand or articulate my identity until high       01:07:00
22    school, when I understood that I was a trans woman.   01:07:08
23              I wanted to find access to medical care    01:07:17
24    in order to transition.  And I told my mother that I  01:07:24
25    was trans and that I needed help and that I wanted to 01:07:35
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

32

| | | |
|---|---|---|
| 1 | see an endocrinologist because it felt like something | 01:07:38 |
| 2 | was wrong with my hormones.  And the puberty was | 01:07:44 |
| 3 | hurting me in ways that no one else talked about or | 01:07:53 |
| 4 | described. | 01:07:57 |
| 5 | And my mother told me that you can be | 01:07:58 |
| 6 | gay, but you can't be that.  She said that she didn't | 01:08:08 |
| 7 | care who I decided to date.  If I wanted to date | 01:08:12 |
| 8 | people, that's fine.  But that it was just a phase | 01:08:17 |
| 9 | and that I was confused and I didn't understand.  And | 01:08:22 |
| 10 | she told me that she would not take me to see a | 01:08:30 |
| 11 | doctor and that I needed to stop thinking about it. | 01:08:33 |
| 12 | I told my girlfriend at the time that | 01:08:40 |
| 13 | something was wrong and that I was a woman and that I | 01:08:46 |
| 14 | was trans.  And she said -- she said she didn't want | 01:08:51 |
| 15 | to be with me anymore because I was a freak; that | 01:09:00 |
| 16 | that was wrong. | 01:09:04 |
| 17 | And as I began to do what I could to | 01:09:10 |
| 18 | alleviate my dysphoria and attempted to change my | 01:09:20 |
| 19 | presentation, I was targeted and harassed.  I had | 01:09:25 |
| 20 | always had effeminate behaviors when I was a child. | 01:09:33 |
| 21 | Hand gestures and ways of speaking and moving.  And I | 01:09:38 |
| 22 | had been targeted for that in the past and harassed | 01:09:43 |
| 23 | and told to suppress these things.  In high school I | 01:09:52 |
| 24 | attempted to stop holding my hands that way and to be | 01:09:59 |
| 25 | more open about how I moved and how I spoke.  And I | 01:10:08 |

Case 3:19-cv-00328 Document 91 Filed 05/29/20 Page 33 of 72 PageID #: 1752
**Elite Reporting Services** * (615) 595-0073
**www.EliteReportingServices.com**

| | | |
|---|---|---|
| 1 | was assaulted and harassed for it.  So I decided that | 01:10:18 |
| 2 | I had to stop.  And I needed to try to forget about | 01:10:20 |
| 3 | all of it. | 01:10:24 |
| 4 | Q.      Thank you for that.  Do you need a break? | 01:10:34 |
| 5 | A.      I can continue. | 01:10:47 |
| 6 | Q.      Okay.  So I'd like to direct your attention | 01:10:48 |
| 7 | to the next paragraph, paragraph 126 of the amended | 01:10:53 |
| 8 | complaint.  "By age 24, however, L.G. knew she needed | 01:10:57 |
| 9 | to be true to herself and began openly identifying as | 01:11:01 |
| 10 | female.  Though L.G. had to, once again, come out to | 01:11:06 |
| 11 | her family, her parents were more supportive this | 01:11:11 |
| 12 | time." | 01:11:15 |
| 13 |          Can you tell us a bit more about how | 01:11:17 |
| 14 | supportive your parents were when you came out near | 01:11:19 |
| 15 | 24? | 01:11:24 |
| 16 | A.      While I was in college, I had a suicide | 01:11:32 |
| 17 | attempt.  And after surviving, I knew that my life | 01:11:39 |
| 18 | wouldn't be worth living unless I could be who I was. | 01:11:53 |
| 19 | My dysphoria and inability to openly identify and | 01:11:59 |
| 20 | present as a woman and to be recognized as a woman, | 01:12:06 |
| 21 | the anxiety and depression, were crushing.  There | 01:12:13 |
| 22 | were often times where I could not leave the house. | 01:12:19 |
| 23 | It interfered with my life in dramatic ways. | 01:12:25 |
| 24 |          I was -- I had many difficulties with -- | 01:12:29 |
| 25 | with work and with interpersonal relationships.  It's | 01:12:38 |

| | | |
|---|---|---|
| 1 | very difficult to be close to people whenever you | 01:12:43 |
| 2 | can't be authentic and have to put on a presentation | 01:12:48 |
| 3 | that doesn't match who you are. | 01:12:57 |
| 4 | Whenever I finally decided to be who I | 01:13:05 |
| 5 | was and to be -- to live into that fully and to be | 01:13:09 |
| 6 | okay and accept that, I also began seeking and found | 01:13:16 |
| 7 | medical treatment in my area. Qualified medical | 01:13:23 |
| 8 | treatment for the first time in my life. My -- as my | 01:13:28 |
| 9 | presentation -- as I was more accepting of my | 01:13:35 |
| 10 | presentation and my identity, my anxiety and my | 01:13:40 |
| 11 | depression started to lessen. And for the first time | 01:13:47 |
| 12 | in years, I felt like I could be happy and live a | 01:13:52 |
| 13 | productive life. | 01:14:00 |
| 14 | I was in close communication with my | 01:14:05 |
| 15 | mother during that time, and she immediately noticed | 01:14:08 |
| 16 | that something was different. We would have phone | 01:14:13 |
| 17 | conversations where we would visit sometimes once a | 01:14:18 |
| 18 | week or so, and she started commenting that I was | 01:14:22 |
| 19 | taking care of my appearance and that I looked | 01:14:27 |
| 20 | happier. | 01:14:31 |
| 21 | And one day she called me and she said -- | 01:14:34 |
| 22 | she said, something's wrong and I don't know what. | 01:14:38 |
| 23 | But I'm your mother, and I know something's going on. | 01:14:42 |
| 24 | I said, what do you mean? And she said -- she said, | 01:14:45 |
| 25 | you're not talking to me about your anxiety and | 01:14:52 |

| | | |
|---|---|---|
| 1 | depression anymore.  She said, you haven't talked | 01:14:56 |
| 2 | about wanting to kill yourself.  And I said, no, | 01:14:59 |
| 3 | because I don't want to anymore.  I said, I'm happy | 01:15:04 |
| 4 | now.  And she was really surprised.  And she said, | 01:15:09 |
| 5 | well, I don't know what's going on, but I'm really | 01:15:12 |
| 6 | glad that you're feeling better now, and I want to | 01:15:17 |
| 7 | know what's making you happy.  I want to know what I | 01:15:22 |
| 8 | can continue doing to support you. | 01:15:25 |
| 9 | So it was around Christmas, and I went to | 01:15:29 |
| 10 | go visit her.  And I told her that -- that I was | 01:15:32 |
| 11 | trans and that it's not something that just goes | 01:15:43 |
| 12 | away; that I needed medical treatment.  And that I | 01:15:46 |
| 13 | had received proper medical care and that my | 01:15:50 |
| 14 | dysphoria was manageable. | 01:15:58 |
| 15 | And we had a long conversation about the | 01:16:09 |
| 16 | fears and misconceptions that she -- that she had | 01:16:12 |
| 17 | about what it meant to be trans and about what my | 01:16:16 |
| 18 | life would look like.  And she had -- she had feared | 01:16:19 |
| 19 | and obsessed for a long time since my childhood about | 01:16:28 |
| 20 | what might happen; that I might be killed or that I | 01:16:36 |
| 21 | might kill myself or that she knew -- she knew that | 01:16:41 |
| 22 | there were dangers.  And she knew about social | 01:16:48 |
| 23 | attitudes about people who are trans.  She told me | 01:16:53 |
| 24 | that she worried.  She didn't want me to be alone for | 01:16:56 |
| 25 | the rest of my life.  And she wanted -- she just | 01:16:59 |

Elite Reporting Services   (615) 595-0073
www.EliteReportingServices.com
Case 3:19-cv-00328   Document 93-1   Filed 05/29/20   Page 36 of 72 PageID #: 1753      34

```
 1    wanted me to be happy.                                01:17:05
 2              And I said, well, you know this is who I    01:17:07
 3    am.  And I am happy.  And I'm not asking for access   01:17:10
 4    to medical care now like I was when I was in high     01:17:27
 5    school and I came out to you then.  But I am asking   01:17:30
 6    for your love and support.  I want you to be a part   01:17:33
 7    of my life.  And if -- if you can't do that, then    01:17:36
 8    it's going to break my heart, but I'll have to        01:17:43
 9    continue being who I am, because I can't be anybody   01:17:47
10    other than who I am anymore.                          01:17:51
11              And she -- she told me that she loved me    01:17:53
12    and that it was going to be okay.  And she ran into   01:17:58
13    the other room and grabbed all the presents out from  01:18:03
14    underneath the Christmas tree and marked out all --   01:18:08
15    she got a knife and carved out all the names -- the   01:18:08
16    old names on the presents, and she wrote my real name 01:18:15
17    on the presents.                                      01:18:19
18              And she asked me if I had -- if I had       01:18:20
19    taken a middle name yet.  And I said, no, I wasn't    01:18:26
20    sure.  And so she went and got our family Bible, and  01:18:29
21    we sat down and picked out my middle name from the    01:18:33
22    Bible.                                                01:18:37
23    Q.     Thank you, Ms. L.G.                            01:18:47
24              Your real name -- you had your name         01:18:52
25    legally changed to reflect your new name.  And what   01:18:55
```

```
 1    is that?                                            01:18:59
 2    A.      My name is                 .                01:19:01
 3    Q.      Of course, this will be redacted going      01:19:06
 4    forward.                                            01:19:11
 5            And when did you have that legally          01:19:12
 6    changed?                                            01:19:17
 7    A.      I'm sorry, what?                            01:19:17
 8    Q.      When did you legally change your name?      01:19:19
 9    A.      That was in early 2014.                     01:19:23
10    Q.      So that was before or after you came out to 01:19:27
11    your mom?                                           01:19:31
12    A.      My legal name change was in 2014.  And I came 01:19:37
13    out to my mother for the second time as a trans woman 01:19:47
14    in 2013.                                            01:19:50
15    Q.      And after getting your name changed, you have 01:19:57
16    sought to update the name -- the given name on      01:20:04
17    several documentations, correct?                    01:20:11
18    A.      Yes.                                        01:20:15
19    Q.      And starting with -- let me rephrase.  Give 01:20:16
20    me one second, please.                              01:20:28
21            MR. ROESSLER:  Counselor, L.G., would       01:20:36
22    this be a good time to take a break or --           01:20:40
23            THE WITNESS:  I'm all right.                01:20:45
24    BY MR. LIM:                                         01:20:46
25    Q.      I'd like to direct your attention to        01:20:46
```

```
 1   paragraph 133, on page 26.  "Following her legal name     01:20:51
 2   change, L.G. changed her name on her birth              01:20:54
 3   certificate, but as a result of Tennessee's birth      01:20:57
 4   certificate policy, was declined on several occasions  01:21:01
 5   when she tried to correct the gender marker on her     01:21:05
 6   certificate."                                          01:21:08
 7           What -- what is Tennessee's birth              01:21:10
 8   certificate policy, Ms. L.G.?                          01:21:18
 9           MR. ROESSLER:  Objection.                      01:21:21
10           THE WITNESS:  I'm not sure I understand        01:21:30
11   what you mean by the question.                         01:21:33
12   BY MR. LIM:                                            01:21:34
13   Q.     Well, you alleged here in the amended           01:21:34
14   complaint that because of -- as a result of the        01:21:38
15   State's policy, you couldn't change the gender marker  01:21:41
16   on your birth certificate.  So what is the policy as   01:21:46
17   you understand it?                                     01:21:52
18           MR. ROESSLER:  Objection.                      01:21:56
19           THE WITNESS:  I'm sorry, but I'm not a         01:22:02
20   lawyer, and I'm not a legislator.  All I know is that  01:22:04
21   the gender marker on my birth certificate is           01:22:10
22   incorrect.  And I've tried to correct that several     01:22:13
23   times, and the State of Tennessee has not corrected    01:22:16
24   it.                                                    01:22:18
25   ///                                                    01:22:18
```

| | | |
|---|---|---|
| 1 | BY MR. LIM: | 01:22:20 |
| 2 | Q.     Why do you think that the gender marker is | 01:22:20 |
| 3 | incorrect? | 01:22:24 |
| 4 | MR. ROESSLER:  Objection. | 01:22:27 |
| 5 | THE WITNESS:  It says male, and I'm not | 01:22:32 |
| 6 | male.  I'm female. | 01:22:37 |
| 7 | BY MR. LIM: | 01:22:44 |
| 8 | Q.     Can you think of any reason why the gender | 01:22:44 |
| 9 | marker on your birth certificate was listed as male | 01:22:49 |
| 10 | at the time of your birth? | 01:22:53 |
| 11 | MR. ROESSLER:  Objection. | 01:22:55 |
| 12 | THE WITNESS:  I couldn't really speculate | 01:23:02 |
| 13 | on why it was marked incorrectly. | 01:23:05 |
| 14 | BY MR. LIM: | 01:23:24 |
| 15 | Q.     Do you think it had anything to do with the | 01:23:24 |
| 16 | external genitalia -- your external genitalia at the | 01:23:32 |
| 17 | time of birth? | 01:23:38 |
| 18 | MR. ROESSLER:  Objection. | 01:23:39 |
| 19 | THE WITNESS:  I'm not sure. | 01:23:40 |
| 20 | BY MR. LIM: | 01:24:08 |
| 21 | Q.     Give me one second. | 01:24:08 |
| 22 | Moving on to 137, page 27 at the top, | 01:24:14 |
| 23 | "L.G. reasonably fears that possessing a birth | 01:24:19 |
| 24 | certificate that fails to reflect her female gender | 01:24:28 |
| 25 | identity increases the likelihood that she will be | 01:24:29 |

```
 1   subjected to invasions of privacy, prejudice,                    01:24:32
 2   discrimination, distress, harassment, or violence."              01:24:37
 3            Has there ever been a time where not                    01:24:42
 4   having a corrected birth certificate that reflects               01:24:49
 5   your gender -- current gender identity has subjected             01:24:53
 6   you to invasions of privacy, prejudice,                          01:25:00
 7   discrimination, distress, harassment, or violence?               01:25:03
 8            MR. ROESSLER:  Objection.                               01:25:06
 9            THE WITNESS:  I'm sorry, that's very                    01:25:14
10   broad.  I have experienced -- I have experienced                 01:25:17
11   discrimination and hostility and violence.  And there            01:25:25
12   have been instances where the discrimination has --              01:25:39
13   has been directly related to the incongruent                     01:25:52
14   documents.                                                       01:26:06
15   BY MR. LIM:                                                      01:26:08
16   Q.    Can you describe in detail what those                      01:26:08
17   instances were?                                                  01:26:12
18   A.    There have been many different instances of                01:26:17
19   hostility and discrimination and violence when I                 01:26:24
20   presented my name change at the Social Security                  01:26:31
21   office to have my name and gender marker changed.                 01:26:39
22   They updated the name, but they said that the letters            01:26:45
23   that I had were not adequate for the change in gender            01:26:51
24   marker.                                                          01:26:55
25            I waited for hours to see a clerk, and                  01:27:01
```

Case 3:19-cv-00328 Document 93 Filed 05/29/20 Page 41 of 72 PageID #: 1769
**Elite Reporting Services** (615) 595-0073
www.EliteReportingServices.com

```
1    they would not tell me what I needed in order to       01:27:04
2    satisfy the requirement for the gender marker change.   01:27:10
3    They would not show me the documentation.  They just    01:27:14
4    told me that the letter from my doctor I had was        01:27:18
5    wrong.                                                   01:27:24
6              So I had to go back to my doctor's office     01:27:25
7    and get a new letter.  They told me that I had to       01:27:27
8    have the physician -- more of the physician's details   01:27:34
9    posted on the letter.  So I went to the doctor's        01:27:39
10   office, and they changed the letter and said they       01:27:42
11   never had to do something like that before.             01:27:45
12             And I went back to the Social Security        01:27:47
13   office, and I waited again for hours to see someone.    01:27:48
14   And when I did, I explained what was going on and       01:27:54
15   gave them the letter.  And they told me that the        01:27:59
16   letter was still incorrect and that they weren't        01:28:02
17   allowed to change it.  And I asked them what            01:28:05
18   correction needed to be made.  Because if no one        01:28:10
19   would show me how to do it or what the requirements     01:28:15
20   were, then how could I be expected to make sure that    01:28:19
21   the documentation was accurate?                         01:28:24
22             And the clerk who was there said that he      01:28:25
23   had transferred in, and he said that it's ridiculous    01:28:28
24   that this was a big issue; and that all of these --     01:28:34
25   all of these things should be easy to change.  And he   01:28:41
```

Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com
42

| | | |
|---|---|---|
| 1 | showed me the documentation of what the letter should | 01:28:45 |
| 2 | look like and pointed it out and told me what I | 01:28:48 |
| 3 | needed to have corrected. | 01:28:52 |
| 4 | So I went to my doctor's office again, | 01:28:53 |
| 5 | and they corrected the letter. And brought it back | 01:28:55 |
| 6 | for him. It took me longer to see someone. But I | 01:29:00 |
| 7 | gave him the letter, and he said that it was | 01:29:05 |
| 8 | acceptable and changed my documentation. | 01:29:08 |
| 9 | After I corrected my Social Security | 01:29:14 |
| 10 | marker, they gave me a letter that said that all of | 01:29:16 |
| 11 | that had been updated. And I took that information | 01:29:21 |
| 12 | to the DMV located out at Strawberry Plains in | 01:29:24 |
| 13 | Tennessee. And I showed the documentation to the | 01:29:32 |
| 14 | clerk who was working at the DMV. | 01:29:42 |
| 15 | I showed him my name change and my birth | 01:29:50 |
| 16 | certificate and the letter from the Social Security | 01:29:53 |
| 17 | office. And he said, well, I can change the name, | 01:29:58 |
| 18 | but I'm not going to change the gender marker. And I | 01:30:03 |
| 19 | asked him -- I asked him why, and he said, well, have | 01:30:07 |
| 20 | you -- do you have the correct documentation? And I | 01:30:14 |
| 21 | asked him what the correct documentation was. And he | 01:30:18 |
| 22 | said, I need a corrected birth certificate. I need | 01:30:23 |
| 23 | an amended birth certificate that states that you | 01:30:30 |
| 24 | are -- that you are female or a letter from the | 01:30:34 |
| 25 | surgeon. | 01:30:38 |

Case 3:19-cv-00328 Document 31 Filed 05/29/20 Page 43 of 72 PageID #: 1764
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1              And he asked me if I had had the surgery.    01:30:40
 2     And I said, I wasn't sure what qualified as "the      01:30:43
 3     surgery."  And he started describing genitals to me.  01:30:47
 4     And I said, I don't have any kind of letter from a    01:30:54
 5     surgeon, but I have my letter from my doctor's        01:31:01
 6     office.  And I'm a woman.  I shouldn't have to show   01:31:04
 7     anybody my body in order to receive a driver's        01:31:10
 8     license that's correct.                               01:31:18
 9              And then he said -- he said, well, you're    01:31:22
10     going to have to provide some kind of documentation.  01:31:33
11     And I said, can I see -- can I see where it says      01:31:36
12     that?  Can you show me the guidelines?  And he told   01:31:39
13     me that I was going to have to wait for a supervisor. 01:31:44
14              So he went and found the supervisor, and     01:31:47
15     the supervisor came out.  And I said, I want to see   01:31:50
16     where it said what I had to have to be able to change 01:31:55
17     my gender marker on my driver's license.              01:31:59
18              The supervisor went back to the office       01:32:02
19     and got a book.  And it took probably about 15 to 20  01:32:04
20     minutes before the supervisor came back with the      01:32:08
21     book.  And the supervisor read to me out of the book. 01:32:11
22     And I asked if I could have a copy so that I knew      01:32:14
23     what I needed to do.  And the supervisor said no.  So 01:32:19
24     I said, well, can I read it?  Can I see what it says? 01:32:24
25     And I've got some paper here in my purse, can I write 01:32:30
```

**Elite Reporting Services** (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | down what it says that I need, so that I know what to | 01:32:34 |
| 2 | do?  And the supervisor said, no, that I wasn't | 01:32:38 |
| 3 | allowed to see it and write things down like that. | 01:32:41 |
| 4 | So I -- I asked if I could just read it | 01:32:47 |
| 5 | for myself so I knew that it said that.  And the | 01:32:50 |
| 6 | supervisor put the book down on the counter and | 01:32:53 |
| 7 | pushed it toward me but held onto it like I -- like I | 01:32:56 |
| 8 | was going to steal it or something. | 01:33:02 |
| 9 | And so I had to read what it said.  And | 01:33:06 |
| 10 | it said that I needed an updated birth certificate or | 01:33:10 |
| 11 | a letter from a surgeon that said I had sexual | 01:33:17 |
| 12 | reassignment and that my transition was complete. | 01:33:22 |
| 13 | And it said I had to have a court order. | 01:33:27 |
| 14 | And I said, they told me at the clerk's | 01:33:34 |
| 15 | office whenever I was -- whenever I asked about my | 01:33:40 |
| 16 | birth certificate, they told me they won't change | 01:33:45 |
| 17 | anything.  They said they don't do that here.  And | 01:33:48 |
| 18 | they wouldn't tell me any ways that I could fix it. | 01:33:53 |
| 19 | So I didn't know what to do.  And they said that's | 01:33:58 |
| 20 | not our problem. | 01:34:03 |
| 21 | So I had to take a picture of my driver's | 01:34:04 |
| 22 | license.  And I had been crying.  And that wasn't the | 01:34:09 |
| 23 | first time that I had a driver's license where I had | 01:34:18 |
| 24 | to clean up my eyes after crying.  Because it kept | 01:34:22 |
| 25 | happening.  I had my driver's license and it has the | 01:34:28 |

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

|    |                                                                   |          |
|----|-------------------------------------------------------------------|----------|
| 1  | right name on it, but it still has the wrong gender               | 01:34:32 |
| 2  | marker.  And it was supposed to be a really exciting              | 01:34:37 |
| 3  | moment where I finally had documentation that                    | 01:34:42 |
| 4  | reflected who I was, but it was still wrong.                      | 01:34:44 |
| 5  | And I was so ashamed.  I didn't want to                          | 01:34:49 |
| 6  | show anybody my license.  There were times when I had            | 01:34:52 |
| 7  | to and people would stare at me or people would                  | 01:34:57 |
| 8  | comment on it, and they would say things like, you               | 01:35:03 |
| 9  | know this is wrong, right?  You know somebody made a              | 01:35:06 |
| 10 | mistake on this.  And I just had to say, yeah, I                  | 01:35:13 |
| 11 | know.  I know somebody made a mistake, because they              | 01:35:17 |
| 12 | won't fix it.                                                    | 01:35:20 |
| 13 | Q.     I apologize that you had to experience that.              | 01:35:40 |
| 14 | And I think we can all agree that people at the DMV,             | 01:35:45 |
| 15 | they really need some training on sensitivity and --             | 01:36:07 |
| 16 | THE REPORTER:  I'm sorry to interrupt,                           | 01:36:07 |
| 17 | but I'm getting some feedback on your comments.                  | 01:36:07 |
| 18 | Could you repeat that?                                           | 01:36:07 |
| 19 | BY MR. LIM:                                                      | 01:36:08 |
| 20 | Q.     I said I'm really sorry that you had to                   | 01:36:08 |
| 21 | experience that.  And I think we can all agree that              | 01:36:11 |
| 22 | people at the DMV could use some significant training            | 01:36:15 |
| 23 | on sensitivity and how to be a good, decent human               | 01:36:21 |
| 24 | being in 2020.                                                   | 01:36:27 |
| 25 | To be -- should we take a break here?                           | 01:36:31 |

```
 1   Ms. LG, do you need a break?                          01:36:37

 2   A.      I think I can continue for a little while.    01:36:43

 3   Q.      Okay.  Ms. LG, I'd like to bring your         01:36:46

 4   attention to paragraph 137, where you say that you    01:36:56

 5   reasonably fear that possessing a birth certificate   01:37:04

 6   that fails to reflect your female gender marker       01:37:08

 7   increases the likelihood that you would be subject to 01:37:18

 8   invasions of privacy, prejudice, discrimination,      01:37:23

 9   distress, harassment, and violence.  But the          01:37:27

10   instances that you just mentioned didn't involve the  01:37:36

11   birth certificate in any way, no?                     01:37:39

12           MR. ROESSLER:  Objection.                     01:37:44

13           THE WITNESS:  When I presented my birth       01:37:51

14   certificate along with all of my documentation and    01:37:54

15   tried to use the documentation to change the gender   01:38:00

16   marker on my driver's license, it was denied.  There  01:38:03

17   were other -- there were other experiences -- similar 01:38:16

18   experiences at other DMVs.  And there were            01:38:25

19   experiences dealing with law enforcement and medical  01:38:27

20   providers.                                            01:38:31

21   BY MR. LIM:                                           01:38:39

22   Q.      Do you carry your birth certificate with you? 01:38:39

23   A.      I keep my birth certificate locked in a       01:38:46

24   safety deposit box.  And it's sealed in an envelope   01:38:51

25   so that no one will ever see it.  And my mom is the   01:38:58
```

**Elite Reporting Services**
**www.EliteReportingServices.com**

```
 1   only other person with a key, and she is supposed to      01:39:05
 2   destroy it if I die.                                       01:39:09
 3   Q.      I want to direct your attention to paragraph       01:39:15
 4   138.  It mentions that you've experienced firsthand        01:39:19
 5   hostility, discrimination, and harassment that             01:39:26
 6   transgender people often experience when presenting        01:39:29
 7   identification that conflicts with their gender.  And      01:39:34
 8   you've described, I think, some of those instances         01:39:40
 9   just now.                                                  01:39:43
10           Are there any other instances that you             01:39:44
11   can think of where you've presented your                   01:39:47
12   identification and you were subjected to hostility,        01:39:49
13   discrimination, and harassment?                            01:39:58
14           MR. ROESSLER:  Objection.                          01:40:01
15           THE WITNESS:  Whenever I moved to                   01:40:09
16   ███████, I needed a new driver's license.  And I --        01:40:10
17   I went to the DMV and I presented my documentation.        01:40:17
18   And I told -- I told the person that I needed to           01:40:33
19   correct my gender marker, as well as to have a             01:40:37
20   ████████ driver's license.                                 01:40:42
21           And the clerk -- the clerk told me that I          01:40:45
22   needed a birth certificate -- a corrected birth            01:40:59
23   certificate or a letter from a surgeon.  And I said,       01:41:02
24   I have a doctor's letters.  Like, my current               01:41:13
25   physician had written a letter that -- that I'm            01:41:18
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

female; that I needed my gender markers changed.

And they said, we're going to need to get
a supervisor.  And we'll fax everything off and see
if it gets approved, but I don't think this is --
this is going to work.  It would be a lot easier if
you could just give me a birth certificate.  And I
said, I really wish that I could, but I don't have --
the State of Tennessee won't correct it.  I tried.

And so the supervisor went in the other
office and had the assistant supervisor there.  And
they told me to sit down.  And then they asked me if
I had undergone any surgery.  And I asked them what
they meant by surgeries.  And they asked me if I had
a vagina.  And they made suggestive comments.  And
I -- I said that I shouldn't have to be forced to
have a surgery to have identity documents that match
who I am.

And they said, well, we feel really bad
for you and everything, but we're not going to fix
this until you come back with a letter from a surgeon
or a birth certificate.  So they sent me back out and
closed the door.

And I had to go back to the clerk, and
the clerk said, if you have a passport, I think I
could use a passport, too.  So I -- I -- I took all

```
 1    my identity documents back, and they gave me a        01:43:43
 2    ████████ driver's license that still has the          01:43:46
 3    incorrect marker on it.  And I had to take that and   01:43:49
 4    use that on several occasions again.                  01:43:54
 5            It was so shameful to pull that out and       01:43:58
 6    have people ask me questions about my driver's        01:44:04
 7    license being wrong.  I had to present it whenever I  01:44:07
 8    was hired at ████████.  And I was really worried      01:44:18
 9    that I wouldn't get a job and that they were going to 01:44:21
10    scan that and put it on my file and then everybody    01:44:25
11    would see it.                                         01:44:28
12            I went to the doctor's office one time at     01:44:34
13    a new doctor.  And I'd asked my general practice      01:44:37
14    doctor if they were -- if they had trans patients, if 01:44:41
15    they were friendly.  And my doctor said, yeah, I      01:44:46
16    think that everybody there should know and know how   01:44:51
17    to treat people who are trans.                        01:44:56
18            So I -- I went.  And whenever I was           01:45:00
19    having to pay my co-pays, the person at the desk      01:45:06
20    looked at my -- looked at my ID and sent everything   01:45:09
21    off and called me -- called me back up to the desk    01:45:15
22    and started talking to me about how my documents      01:45:22
23    didn't match and how the insurance company wasn't     01:45:25
24    sure what was going on, because the insurance company 01:45:27
25    had down that I was female and my driver's license    01:45:30
```

| | | |
|---|---|---|
| 1 | didn't match.  And she was talking to me in front of | 01:45:34 |
| 2 | a whole bunch of people in the room.  And that's when | 01:45:40 |
| 3 | they started to turn around and watch and listen. | 01:45:45 |
| 4 | And I felt really threatened.  I felt | 01:45:48 |
| 5 | scared that people were going to follow me out to the | 01:45:52 |
| 6 | car or try to hurt me.  Because I've seen all the | 01:45:55 |
| 7 | things about what happens to -- some of the things | 01:45:58 |
| 8 | that can happen. | 01:46:03 |
| 9 | And whenever I sent everything off to get | 01:46:04 |
| 10 | a passport, I sent all my documentation off.  I sent | 01:46:19 |
| 11 | me birth certificate and a letter explaining that it | 01:46:25 |
| 12 | was incorrect and that I couldn't get it changed; | 01:46:29 |
| 13 | that I tried, and it hadn't been changed.  And I was | 01:46:33 |
| 14 | really worried that something was going to happen or | 01:46:38 |
| 15 | my passport was going to be denied or that it was | 01:46:41 |
| 16 | going to be wrong. | 01:46:45 |
| 17 | But when I finally got my passport back, | 01:46:46 |
| 18 | it had the correct gender marker on it.  And I | 01:46:50 |
| 19 | whipped up some courage to go back to the DMV.  And I | 01:47:00 |
| 20 | went up to the desk whenever I was called, and there | 01:47:05 |
| 21 | was a lady standing at the desk.  And she was in a | 01:47:08 |
| 22 | good mood.  And we -- I said hello.  And I asked her | 01:47:15 |
| 23 | how her day was.  And she smiled, and we talked for a | 01:47:19 |
| 24 | minute. | 01:47:25 |
| 25 | And she asked me what she could do to | 01:47:25 |

Case 3:19-cv-00328 Document 91-3 Filed 05/20/21 Page 51 of 72 PageID #: 1774
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1    help.  And I said that I needed to -- I showed her my      01:47:28
 2    driver's license.  And I said, I've changed -- I've        01:47:34
 3    changed addresses, and I need to update my driver's        01:47:38
 4    license.  And she looked at it, and she said -- she        01:47:42
 5    started laughing, and she said, I've never seen this       01:47:47
 6    before.  Somebody made a mistake on your driver's          01:47:49
 7    license.  It says that you're a male.  She said, wow,      01:47:53
 8    we need to fix that.  I don't know how that could          01:47:58
 9    have happened.  And I said, I know.  I've been trying      01:48:04
10    to get it fixed for years.  And I said, I have a           01:48:09
11    passport here.  And she said, well, I need a birth         01:48:18
12    certificate.  That's the easiest way to do it.  And I      01:48:23
13    said, I don't have one.  The State of Tennessee won't      01:48:27
14    change mine.  I'm a trans woman.                           01:48:31

15              And she stopped making eye contact with          01:48:34
16    me and backed away from the counter like I was going       01:48:39
17    to attack her.  And she stopped talking to me.  And        01:48:43
18    she walked away, and she went and found her                01:48:47
19    supervisor.  And her supervisor came over and asked        01:48:51
20    what was going on.  And I said -- I said I needed to       01:48:56
21    change my gender marker and update my driver's             01:49:00
22    license and that I had a passport.  And they said, we      01:49:03
23    need a birth certificate or a letter from a surgeon.       01:49:08

24              And I grabbed all my documents, and I ran        01:49:12
25    out and started crying in the parking lot because I        01:49:17
```

```
 1    was so frustrated and ashamed.                          01:49:21

 2             It took me -- it took me a while to end        01:49:33

 3    up going back to a DMV.  And I decided trying to go     01:49:39

 4    to a different DMV.  And it was after I had had         01:49:44

 5    surgery.  And I didn't want to present a letter from    01:49:50

 6    the surgeon.  I wanted them to just give me the right   01:49:58

 7    documentation.                                          01:50:09

 8             And I went in and I talked to the clerk        01:50:09

 9    and said that my driver's license needed to be         01:50:16

10    corrected.  And the clerk said -- and the clerk said   01:50:19

11    if I had a birth certificate or a letter from a        01:50:32

12    surgeon, that would be fine.  And I said, someone      01:50:37

13    told me that a passport would be fine.  I said, I      01:50:41

14    have all my documentation here, and I have a letter    01:50:45

15    from a surgeon, and I was told that a passport was     01:50:47

16    okay.  And she said, yes, a passport's fine, too.      01:50:51

17             And I said, I tried and they wouldn't         01:50:58

18    change it with a passport, but I'm really glad I can   01:51:04

19    use that now.  And she said, well, I still need your   01:51:08

20    letter from a surgeon.  And I said, well, since you    01:51:12

21    have my passport and you can use that, why do I need   01:51:21

22    to give you a letter from a surgeon?  And she said,    01:51:25

23    the State needs to have it on file that you've had a   01:51:29

24    surgery, just in case something changes in the future  01:51:34

25    and we need to know about your surgery.                01:51:38
```

**Elite Reporting Services**
**www.EliteReportingServices.com**

1          And I felt so defeated.  I just felt

2    broken.  And I just handed it to her.  I didn't say

3    anything.  And she finally gave me my driver's

4    license, and it was finally right.  It finally said

5    female.  And everything has been corrected, except

6    for my birth certificate.

7          I could have just avoided all of this.

8    And I felt sad.  I felt like that at Strawberry

9    Plains, whenever I had my ID and I was supposed to

10   just get it naturally, and I didn't.  I just -- I

11   just -- I couldn't feel -- I couldn't feel that.

12         I think I need to take a break, please.

13         MR. LIM:  Okay.  Could we come back in

14   ten minutes?

15         MR. ROESSLER:  Ten minutes sounds good.

16         MR. LIM:  It's 2:44 right now, Central

17   time.  We're going off the record.  It's 2:45 now.

18   Let's -- I don't have a whole lot left, so we should

19   be wrapping up here soon.  Thank you.

20         (Short break.)

21         MR. LIM:  Welcome back, everyone.

22   BY MR. LIM:

23   Q.    Ms. LG, I need to ask you this.  Did you

24   speak with anyone during the break about this

25   deposition or about this lawsuit?

01:51:43
01:51:47
01:51:51
01:51:56
01:52:04
01:52:11
01:52:13
01:52:19
01:52:25
01:52:29
01:52:35
01:52:54
01:52:59
01:53:01
01:53:03
01:53:07
01:53:10
01:53:14
01:53:18
01:53:18
02:06:33
02:06:33
02:06:36
02:06:39
02:06:44

```
 1    A.     No.                                              02:06:46

 2    Q.     I only have a few questions left, so bear        02:06:50

 3    with me.                                                02:06:53

 4           Thank you for sharing.  I can't even             02:06:54

 5    imagine how difficult it must have been for you to go   02:07:00

 6    through that and then relive that here today.           02:07:03

 7           But I want to accurately know for the            02:07:06

 8    record, the day of the incidents that you mentioned     02:07:11

 9    that happened in --                                     02:07:15

10    A.     I'm sorry, your audio cut out.  Could you        02:07:21

11    repeat that?                                            02:07:25

12    Q.     Yeah.                                            02:07:26

13           Your experience with the driver's                02:07:26

14    license, that happened in ███████, no?                  02:07:27

15    A.     Which experience are you referring to?           02:07:32

16    Q.     The last time you went to the DMV, before you    02:07:36

17    could obtain your driver's license.                     02:07:44

18    A.     Yes.  The last time I went to the DMV, it was    02:07:51

19    in ██████.                                              02:07:56

20    Q.     In fact, the only interaction -- the only        02:07:57

21    incidents involving the Tennessee DMV location was      02:08:00

22    the ████████ location that you mentioned?               02:08:05

23           MR. ROESSLER:  Objection.                        02:08:09

24           THE WITNESS:  I'm sorry, I'm not sure            02:08:14

25    what you're asking.                                     02:08:16
```

Elite Reporting Services
www.EliteReportingServices.com

02:08:18
02:08:18
02:08:26
02:08:29
02:08:38
02:08:43
02:08:44
02:08:47
02:08:53
02:08:57
02:09:09
02:09:16
02:09:21
02:09:24
02:09:30
02:09:37
02:09:43
02:09:48
02:09:55
02:10:04
02:10:11
02:10:13
02:10:18
02:10:21
02:10:23

BY MR. LIM:

Q.     I'll retract that question.

       Have you attempted to change your birth certificate in Tennessee?

A.     Yes, I have attempted to change my Tennessee birth certificate.

Q.     Can you describe to us what steps you have taken to do that?

A.     Whenever I received my legal name change, I asked the county clerk what the process was, and he let me take notes; that I needed to mail my information -- that I needed to provide a certified copy of my name change to various places where I wanted it changed, and I needed to mail the certified copy alone to the Nashville Department of Vital Records.  And whenever I did, I included with my name change, the letter from my medical provider stating that my gender marker needed to be updated.

       And I waited and received back in the mail the birth certificate with my correct name, but it was just the birth certificate.  There was no letter.  There was no explanation.  And it had the incorrect marker on it still.

       Whenever I had gotten the name change done, I asked the assistant clerk what I needed to do

Case 3:19-cv-00328 Document 93 Filed 05/29/20 Page 56 of 72 PageID #: 1775
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

to get my birth certificate gender marker changed, because it wasn't made clear how I would get that changed. And I couldn't find any documentation that outlined how to do that. And she said, we don't do that here. That's not going to happen.

Q. Once you received your birth certificate with your name -- after your name change, did you take any further additional steps to change the gender marker?

A. Whenever I received the denial, whenever I got my birth certificate back and it was still incorrect, and whenever I was told that it wasn't going to happen, and whenever people refused to explain to me ways that I would be able to get it changed, I felt so hopeless, like it would never be fixed. And I -- I remember seeing that -- something in the news about the State not changing it for anybody -- for trans women like me.

And I'm just so scared that I'm going to have to show it to somebody; that they are going to ask to see it. I just want it to be fixed.

Q. Okay. That concludes my questions. Thank you, Ms. L.G. I really appreciate your time today.

MR. ROESSLER: No redirect from Plaintiffs' counsel.

We do just want to reserve the right to

02:10:32 02:10:36 02:10:39 02:10:43 02:10:48 02:10:57 02:11:02 02:11:04 02:11:14 02:11:22 02:11:26 02:11:33 02:11:37 02:11:42 02:11:48 02:11:58 02:12:01 02:12:11 02:12:18 02:12:24 02:12:38 02:12:43 02:12:48 02:12:51 02:12:52

1     read and sign the transcript before it's final.          02:12:56

2                   THE REPORTER:  Mr. Lim, do you want to      02:13:09

3     order the original?                                       02:13:22

4                   MR. LIM:  Yes, please.                      02:13:22

5                   FURTHER DEPONENT SAITH NOT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Elite Reporting Services · (615) 595-0073
www.EliteReportingServices.com

E R R A T A   P A G E

        I, L.G., having read the foregoing deposition,
Pages 1 through 56, do hereby certify said testimony
is a true and accurate transcript, with the following
changes (if any):


PAGE    LINE    SHOULD HAVE BEEN

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____




                     _____
                     L.G.


_____
Notary Public

My Commission Expires: _____

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1                    C E R T I F I C A T E

 2

 3   STATE OF TENNESSEE

 4   COUNTY OF SUMNER

 5            I, JEANNIE CHAFFIN, Licensed Court

 6   Reporter, with offices in Portland, Tennessee, hereby

 7   certify that I reported the foregoing videoconference

 8   deposition of L.G. by machine shorthand to the best

 9   of my skills and abilities, and thereafter the same

10   was reduced to typewritten form by me.

11            I further certify that I am not related

12   to any of the parties named herein, nor their

13   counsel, and have no interest, financial or

14   otherwise, in the outcome of the proceedings.

15            I further certify that in order for this
     document to be considered a true and correct copy, it
16   must bear my original signature and that any
     unauthorized reproduction in whole or in part and/or
17   transfer of this document is not authorized, will not
     be considered authentic, and will be in violation of
18   Tennessee Code Annotated 39-14-104, Theft of
     Services.

19

20

21

22   JEANNIE CHAFFIN, LCR
     Elite Reporting Services
23   Associate Court Reporter and
     Notary Public State of Tennessee

24

25   My Notary Commission Expires:  6/22/2021
     LCR #169 - Expires:  6/30/2020
```

JEANNIE M CHAFFIN
STATE
OF
TENNESSEE
NOTARY
PUBLIC
SUMNER COUNTY

Case 3:19-cv-00328 Document 314-5 Filed 05/29/20 Page 60 of 72 PageID #: 17798
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com



```
 1              E R R A T A   P A G E

 2        I, L.G., having read the foregoing deposition,
      Pages 1 through 56, do hereby certify said testimony
 3    is a true and accurate transcript, with the following
      changes (if any):

 4

 5    PAGE    LINE    SHOULD HAVE BEEN

 6     26      10     Insert "--" before "it"

 7     27      20     "cohorts" should be "cohort"

 8     31      2      "the" should be "that"

 9     31     20-21   "child. Hand ..." should be "child, hand ..."

10     39      19     "violence when" should be "violence. When ..."

11     39     21-22   "changed. They ..." should be "changed, they ..."

12     43      21     "of" should be "for"

13     43      25     "has" should be "had"

14     44      1      "has" should be "had"

15     44      11     "because" should be "but"

16     48      2      "has" should be "had"

17     49      11     "me" should be "my"

18     49      19     "whipped" should be "worked"

19     51      23     "file that" should be "file, that"

20

21                    _____

22                    L.G.

23    _____
      Notary Public
24
      My Commission Expires: _____
25
```



```
1                    E R R A T A   P A G E

2          I, L.G., having read the foregoing deposition,
       Pages 1 through 56, do hereby certify said testimony
3      is a true and accurate transcript, with the following
       changes (if any):
4

5      PAGE    LINE     SHOULD HAVE BEEN

6       52     8-10      "And I felt sad. I felt like that at Strawberry Plains,

7      _____  _____      whenever I had my ID and I was supposed to just get it

8      _____  _____      naturally, and I didn't."  should be  "And I felt sad, I felt like,

9      _____  _____      at Strawberry Plains whenever I got my ID. And I was

10     _____  _____      supposed to finally feel relief. And I didn't."

11     _____  _____      _____

12     _____  _____      _____

13     _____  _____      _____

14     _____  _____      _____

15     _____  _____      _____

16     _____  _____      _____

17     _____  _____      _____

18

19

20

21                      _____

22                      L.G.

23     _____

       Notary Public
24
       My Commission Expires: _____
25
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KAYLA GORE, JAIME COMBS, L.G., and
K.N.,

        *Plaintiffs*,

v.

WILIAM BYRON LEE, in his official
capacity as Governor of the State of
Tennessee and LISA PIERCEY, in her
official capacity as Commissioner of the
Tennessee Department of Health,

        *Defendants*.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:19-cv-00328

Judge Eli J. Richardson
Magistrate Judge Barbara Holmes

## DECLARATION

I, L.G., having read the foregoing transcript of my deposition taken on April 17, 2020, pages 1 through 56, do hereby certify under penalty of perjury under the laws of the United States of America that said deposition testimony is a true and accurate transcript, with the changes detailed on the attached two pages of errata.

Executed on this ⎽1⁢3⎽ day of May 2020.



Plaintiff L.G.

**Exhibits**

**Ex 1** 4:8 29:16

**Ex 2** 4:10 6:4

---

**1**

**1** 6:4 9:21 29:16

**125** 29:20

**126** 32:7

**133** 37:1

**137** 38:22 45:4

**138** 46:4

**■■ ■■**

**15** 42:19

---

**2**

**2** 6:4

**20** 42:19

**2004** 29:12

**■■■ ■■**

**■■ ■■■**

**2013** 36:14

**2014** 36:9,12

**2016** 27:7

**2020** 44:24

**24** 32:8,15

**25** 29:17

**26** 37:1

**27** 38:22

**2:44** 52:16

**2:45** 52:17

---

**4**

**■■ ■■**

---

**A**

**Absolutely** 23:17

**accept** 33:6

**acceptable** 41:8

**accepting** 33:9

**access** 30:23
35:3

**accurate** 40:21

**accurately** 7:24
53:7

**■■ ■■**

**activities** 19:1,11

**additional** 55:8

**address** 9:20

**addresses** 50:3

**adequate** 39:23

**admissions** 27:21

**advocates** 19:18
20:4

**advocating** 20:11

**affirmatively** 8:1

**afternoon** 6:5

**age** 11:11 29:21
32:8

**ages** 11:9

**agree** 44:14,21

**ahead** 7:3

**alleged** 30:7
37:13

**alleviate** 31:18

**allowed** 40:17
43:3

**amended** 24:3
29:16 30:8 32:7
37:13 41:23

**answering** 8:17

**anxiety** 32:21
33:10,25

**anymore** 31:15
34:1,3 35:10

**apartment** 9:21
10:1

**apologize** 30:5
44:13

**appearance** 33:19

**applied** 10:15

**approved** 47:4

**area** 33:7

**articulate** 30:21

**Arts** 14:20 15:21

**ashamed** 44:5
51:1

**aspects** 23:21

**assaulted** 32:1

**assistant** 6:11
47:10 54:25

**attack** 50:17

**attempt** 32:17

**attempted** 29:22
31:18,24 54:3,5

**attend** 15:20
18:22

**attended** 14:9,24
20:17 21:2

**attending** 27:9

**attention** 29:19
32:6 36:25 45:4
46:3

**attitudes** 34:23

**Attorney** 6:11,12

**attorneys** 7:4

**audio** 12:8 53:10

**August ■■** 27:7

**authentic** 33:2

**Avenue** 9:21

**avoided** 52:7

**aware** 24:25

---

**B**

**BA** 15:24

**Bachelor's** 14:20

**back** 10:6 40:6,12
41:5 42:18,20
47:20,21,23 48:1,
21 49:17,19 51:3
52:13,21 54:19
55:10

**backed** 50:16

**bad** 47:18

**Baker** 7:7

**■■ ■■**

**bear** 53:2

**began** 12:21
13:24 31:17 32:9
33:6

**begin** 29:18

**behaviors** 31:20

**Bible ■■** 35:20,
22

**big** 40:24

**birth** 9:6 37:2,3,7,
16,21 38:9,10,17,
23 39:4 41:15,22,
23 43:10,16 45:5,
11,13,22,23 46:22
47:6,21 49:11
50:11,23 51:11
52:6 54:3,6,20,21
55:1,6,10

**bit** 13:13 32:13

**body** 42:7

**book** 42:19,21
43:6

**Borelli** 7:12

**born** 10:22

**Botts** 7:8

**box** 45:24

**boyfriend** 17:25
18:5

**Brandt** 7:3,7,20

**break** 8:14,15,19
25:25 30:12 32:4
35:8 36:22 44:25
45:1 52:12,20,24

**briefly** 14:4

bring 45:3

broad 39:10

broken 52:2

brother 11:10█,
25

brought 10:12
12:5,10,14 41:5

Buchert 7:11

bunch 49:2

butcher 7:12

―――――――――

**C**

called 6:18 33:21
48:21 49:20

capacity 23:2,13
29:7

car 49:6

care 30:23 31:7
33:19 34:13 35:4
██████ ██

carry 45:22

carved 35:15

case 6:11 16:13
24:18 25:1 51:24

Central 52:16

certificate 37:3,4,
6,8,16,21 38:9,24
39:4 41:16,22,23
43:10,16 45:5,11,
14,22,23 46:22,23
47:6,21 49:11
50:12,23 51:11
52:6 54:4,6,20,21
55:1,6,10

certification
15:23

certified 54:12,14

change 31:18
36:8,12 37:2,15
39:20,23 40:2,17,
25 41:15,17,18
42:16 43:16 45:15
50:14,21 51:18
54:3,5,9,13,17,24
55:7,8

changed 35:25
36:6,15 37:2
39:21 40:10 41:8
47:1 49:12,13
50:2,3 54:14 55:1,
3,14

changing 55:16

child 31:20

childhood 34:19

Christmas █████
34:9 35:14

church 18:20,21,
█,25 19:1

classmates
27:19

clean 43:24

clear 8:4,5 55:2

clerk 39:25 40:22
41:14 46:21
47:23,24 51:8,10
54:10,25

clerk's 43:14

close 11:24 33:1,
14

closed 13:8 47:22

██████ ██

co-pays 48:19

co-workers
26:21 27:1

████████ █████

cohorts 27:20

colleagues 6:13
8:14 26:14,16,19

college 10:23
13:25 14:3,8,9█
15:16 32:16

comment 44:8

commenting
33:18

comments 44:17
47:14

communication
24:13 33:14

communities
19:9 22:16

community 19:4,
18 20:5,12 29:25

company 48:23,
24

complaint 24:3,
22 29:17 30:8
32:8 37:14

complete 43:12

concern 7:17

concludes 55:21

conflicts 46:7

confused 31:9

contact 22:17
50:15

continue 32:5
34:8 35:9 45:2

continued 13:25
████████ ████████
██████

contribute 19:23

conversation
34:15

conversations
33:17

copy 42:22 54:13,
15

correct 16:11
36:17 37:5,22
41:20,21 42:8
46:19 47:8 49:18
54:20

corrected 37:23
39:4 41:3,5,9,22
46:22 51:10 52:5

correction 40:18

counsel 55:24

Counselor 36:21

counter 43:6
50:16

county 54:10

couple 6:6 7:16

communities
19:9 22:16

courage 49:19

court 7:23 8:4
9:11,18 43:13

covered 9:9

crushing 32:21

crying 43:22,24
50:25

current 9:20
15:25 27:14 39:5
46:24

cut 12:8 53:10

―――――――――

**D**

dangers 34:22

data 30:7

date 18:11 31:7

dating 17:3

day 33:21 49:23
53:8

dealing 45:19

decent 44:23

decided 31:7 32:1
33:4 51:3

Declaration 24:4,
5

Declaratory 24:4

declined 37:4

defeated 52:1

Defendants 6:10

Defendants' 24:7

define 22:11

defined 19:21

degree 14:15,19,
20

██████ ████

denial 55:9

denied 45:16
49:15

Department
54:15

Case 3:19-cv-00328  Document 189-7  Filed 05/20/25  Page 65 of 72  PageID #: 7812
Elite Reporting Services * (615) 595-0073 Department
www.EliteReportingServices.com

**DEPONENT** 56:5

**deposed** 7:14

**deposit** 45:24

**deposition** 7:19, 20,22 16:11 23:25 24:10,14,22,24 25:8,13 52:25

**depositions** 7:17

**depression** 32:21 33:11 34:1

**describe** 15:8 19:6,9 30:1 39:16 54:7

**describing** 42:3

**desk** 48:19,21 49:20,21

**destroy** 46:2

**detail** 39:16

**details** 40:8

**Dianna** 6:13

**die** 46:2

**difficult** 8:9 30:3, 11 33:1 53:5

**difficulties** 32:24

**direct** 29:19 32:6 36:25 46:3

**directly** 39:13

**director** 27:21

**discomfort** 28:9

**discrimination** 39:2,7,11,12,19 45:8 46:5,13

**distinction** 16:7, 10

**distress** 39:2,7 45:9



**DMV** 41:12,14 44:14,22 46:17 49:19 51:3,4 53:16,18,21

**DMVS** 45:18

**doctor** 31:11 40:4 48:13,14,15

**doctor's** 40:6,9 41:4 42:5 46:24 48:12

**document** 9:9

**documentation** 9:11 25:2 40:3,21 41:1,8,13,20,21 42:10 44:3 45:14, 15 46:17 49:10 51:7,14 55:3

**documentations** 36:17

**documents** 6:3 9:17 23:24 24:19, 21 25:9 39:14 47:16 48:1,22 50:24

**door** 47:22

**dramatic** 32:23

**driver's** 42:7,17 43:21,23,25 45:16 46:16,20 48:2,6, 25 50:2,3,6,21 51:9 52:3 53:13, 17

**duly** 6:18

**dysphoria** 31:18 32:19 34:14

---

**E**

**earlier** 7:21 12:4,9

**earliest** 28:8

**early** 36:9



**easier** 47:5

**easiest** 50:12

**easy** 40:25

**education** 10:23 15:17

**educational** 22:16

**effeminate** 31:20

**employer** 12:13, 24 13:4

**employment** 13:16 14:1

**end** 51:2

**endocrinologist** 31:1

**enforcement** 45:19

**envelope** 45:24

**events** 20:17,19 21:3

**EXAMINATION** 6:21

**exciting** 44:2

**Exhibit** 29:16

**Exhibits** 6:4

**expectations** 28:10

**expected** 40:20

**experience** 44:13,21 46:6 53:13,15

**experienced** 29:24 39:10 46:4

**experiences** 45:17,18,19

**expert** 16:6,8,10, 12

**explain** 55:13

**explained** 40:14

**explaining** 49:11

**explanation** 54:22

**external** 38:16

**extracurriculars** 15:5

**eye** 50:15

**eyes** 43:24

---

**F**

**Facebook** 23:9, 12,15

**fact** 53:20

**facts** 29:18 30:7

**fails** 38:24 45:6

**family** 11:1,2,3,4 26:1,2 32:11 35:20



**father** 26:9

**fax** 47:3

**fear** 45:5

**feared** 34:18

**fears** 34:16 38:23

**feedback** 44:17

**feel** 47:18 52:11

**feeling** 34:6

**felt** 31:1 33:12 49:4 52:1,8 55:14

**female** 29:22 30:19 32:10 38:6, 24 41:24 45:6 47:1 48:25 52:5

**Festival** 20:18,25 21:3

**file** 48:10 51:23

**final** 56:1

**finally** 33:4 44:3 49:17 52:3,4

**find** 30:23 55:3

**fine** 31:8 51:12,13, 16

**finish** 8:17

**firsthand** 46:4

Case 3:19-cv-00328 Document 92-4 Filed 06/30/22 Page 66 of 72 PageID #: 1853
*Elite Reporting Services* • (615) 595-0073
*www.EliteReportingServices.com*

**fix**  43:18 44:12 47:19 50:8

**fixed**  50:10 55:15, 20

**focusing**  14:14, 21

**follow**  49:5

**forced**  47:15

**forget**  32:2

**form**  6:7

**forward**  36:4

**found**  33:6 42:14 50:18

**freak**  31:15

**friend**  27:2

**friendly**  48:15

**friends**  21:9 22:7, 12,15

**friendship**  22:11

**front**  49:1

**frustrated**  51:1

**full**  9:1

**fully**  30:20 33:5

**future**  51:24

**G**

**gave**  40:15 41:7, 10 48:1 52:3

**gay**  20:18,22,24 31:6

**gender**  16:7 28:9 37:5,15,21 38:2,8, 24 39:5,21,23 40:2 41:18 42:17 44:1 45:6,15 46:7, 19 47:1 49:18 50:21 54:18 55:1, 8

**general**  6:12 48:13

**General's**  6:12

**genitalia**  38:16

**genitals**  42:3

**gestures**  8:6 31:21

**girl**  29:23

**girlfriend**  18:1,6 31:12

**give**  20:16 36:19 38:21 47:6 51:6, 22

**glad**  7:6 34:6 51:18

**Gonzalez-pagan**  7:11

**good**  6:5 36:22 44:23 49:22 52:15

**Gould**  7:10

**grabbed**  35:13 50:24

**graduate**  15:3,18

**graduated**  14:18 15:4

**graduation**  10:24

**granted**  10:15

**grappling**  30:16

**groups**  22:16,24 23:2

**guidelines**  42:12

**H**

**Hand**  31:21

**handed**  52:2

**hands**  31:24

**hanging**  8:20

**happen**  34:20 49:8,14 55:5,12

**happened**  50:9 53:9,14

**happening**  43:25

**happier**  33:20

**happy**  8:11,15 30:13 33:12 34:3, 7 35:1,3

**harassed**  31:19, 22 32:1

**harassment**  39:2,7 45:9 46:5, 13

**hate**  8:18

**head**  8:3,5

**health**  15:10

**hear**  6:25 8:8 18:15 26:11

**heart**  35:8

**held**  43:7

**high**  13:24 14:23, 24 15:1█ 6 23 30:21 31:23 35:4

**hired**  48:8

**Hite**  9:21

**holding**  31:24

**hopeless**  55:14

**hormones**  31:2

**hostility**  39:11,19 46:5,12

**hours**  39:25 40:13

**house**  32:22

**housekeeping**  6:6

**human**  44:23

**hurt**  49:6

**hurting**  31:3

**I**

**ID**  48:20 52:9

**identification**  46:7,12

**identified**  9:17 24:18 29:21 30:18

**identify**  7:4 11:10 18:13,16 22:12 23:11,14,19,21 27:23 32:19

**identifying**  6:9 32:9

**identity**  30:16,21 33:10 38:25 39:5 47:16 48:1

**imagine**  53:5

**immediately**  13:16 33:15

**inability**  32:19

**incidents**  53:8,21

**included**  54:16

**incongruent**  39:13

**incorrect**  37:22 38:3 40:16 48:3 49:12 54:23 55:11

**incorrectly**  38:13

**increases**  38:25 45:7

**information**  41:11 54:12

**informed**  27:19

**Injunctive**  24:4

**instance**  8:16

**instances**  39:12, 17,18 45:10 46:8, 10

**institution**  14:10

**insurance**  48:23,

*Elite Reporting Services* (423)266-2332
*www.EliteReportingServices.com*

24

interaction 53:20

interfered 32:23

interpersonal 32:25

Interrogatories 24:8

interrupt 44:16

invasions 39:1,6 45:8

involve 45:10

involved 15:5

involvement 25:1

involving 53:21

issue 40:24

issues 20:4,11

**J**

Jae 6:11

Jeannie 7:24

job 12:4,10 14:2 30:10 48:9

jobs 13:21,25

John 7:9

joining 6:13

Jones 6:14 

Judgment 24:6

**K**



key 46:1

kill 34:2,21

killed 34:20

kind 18:24 42:4,10

knew 32:8,17

34:21,22 42:22 43:5

knife 35:15

knowledge 11:18 24:18 26:23



**L**

L.G. 6:17,23 7:14 16:6 18:11 24:5 29:17,21,22 32:8, 10 35:23 36:21 37:2,8 38:23 55:22

L.g.'s 24:6

lady 49:21

Lambda 7:10

language 30:20

lastly 8:13

laughing 50:5



law 45:19

lawsuit 16:11 52:25

lawyer 37:20

learn 30:6

leave 13:3 32:22

left 14:7 52:18 53:2

legal 7:10 9:6 24:13,15,24 25:8 36:12 37:1 54:9

legally 35:25 36:5,8

legislator 37:20

lesbian 18:13,16

lessen 33:11

letter 40:4,7,9,10, 15,16 41:1,5,7,10, 16,24 42:4,5 43:11 46:23,25

47:20 49:11 50:23 51:5,11,14,20,22 54:17,22

letters 39:22 46:24

LG 45:1,3 52:23

license 42:8,17 43:22,23,25 44:6 45:16 46:16,20 48:2,7,25 50:2,4, 7,22 51:9 52:4 53:14,17

life 21:18,22 23:22 32:17,23 33:8,13 34:18,25 35:7

likelihood 38:25 45:7

Lim 6:5,11,22 7:3, 13 11:13,22 12:3 16:4,22 17:2,5,12, 17,23 18:4,10,14 19:15,22 20:3,9, 15,23 21:4,16,23 22:6,10,23 23:8, 18 24:20 25:24 26:6,18 27:13 28:3,11,16,22 29:1,8 36:24 37:12 38:1,7,14, 20 39:15 44:19 45:21 52:13,16, 21,22 54:1 56:2,4

listed 38:9

listen 49:3

litigation 25:18

live 9:25 10:20 11:1,18 29:23 33:5,12

lived 9:23 10:1,3, 5,7,8,18,24

living 32:18

located 41:12

location 10:17 13:7 14:6 53:21, 22

locked 45:23



long 9:23 10:20 12:20 13:1,18 17:18 34:15,19

longer 41:6

looked 33:19 48:20 50:4

lot 47:5 50:25 52:18



love 35:6

loved 35:11

**M**

made 24:25 25:15 40:18 44:9,11 47:14 50:6 55:2



mail 54:11,14,20

make 8:6 40:20

making 34:7 50:15

male 30:18 38:5,6, 9 50:7

man 28:6,19

manageable 34:14



marked 29:16 35:14 38:13

marker 37:5,15, 21 38:2,9 39:21, 24 40:2 41:10,18 42:17 44:2 45:6, 16 46:19 48:3 49:18 50:21 54:18,23 55:1,8

markers 47:1



married 16:14,16,

18

Master 15:21

master's 15:25
27:15

match 33:3 47:16
48:23 49:1

Matt 6:14

matters 6:6 7:17

███████

meant 34:17
47:13

media 23:5,20

medical 30:23
33:7 34:12,13
35:4 45:19 54:17

meet 22:14

member 19:17

membership
19:20

memories 28:9

men 18:11

████████

mentioned 12:4,9
14:7 19:8 22:24
24:19,21 45:10
53:8,22

mentions 46:4

Merchant 7:9

met 22:15 25:17

middle 9:7 35:19,
21

mine 50:14

minute 49:24

minutes 42:20
52:14,15

misconceptions
34:16

mistake 44:10,11
50:6

mom 36:11 45:25

moment 44:3

money 19:23

mood 49:22

mother 26:8
29:10 30:24 31:5
33:15,23 36:13

motion 8:2 24:6

move 9:19 10:10
23:4

moved 10:23
31:25 46:15

moving 31:21
38:22

---

**N**

named 25:1

names 9:4,13
35:15,16

Nashville 54:15

naturally 52:10

needed 30:25
31:11 32:2,8
34:12 40:1,18
41:3 42:23 43:10
46:16,18,22 47:1
50:1,20 51:9
54:11,12,14,18,25

negative 29:24
30:2

news 55:16

nod 8:3

North 9:21

noted 8:3

notes 54:11

noticed 33:15

---

**O**

objection 11:12,
21 12:1 16:1,19,
24 17:4,10,15,20
18:2,7,12 19:12,
19,25 20:6,13,20
21:1,13,19 22:3,9,
20 23:6,16 24:16
25:21 26:3,15

27:10,25 28:7,13,
20,25 29:5 37:9,
18 38:4,11,18
39:8 45:12 46:14
53:23

objections 6:7
24:7

obsessed 34:19

obtain 53:17

obtaining 27:15

occasions 37:4
48:4

offer 16:9

offered 10:13

office 6:12 39:21
40:6,10,13 41:4,
17 42:6,18 43:15
47:10 48:12

official 23:1

███████ ████

Omar 7:10

open 10:14 31:25

openly 29:23
32:9,19

order 7:24 30:24
40:1 42:7 43:13
56:3

organization
19:17,24

organizations
19:10 22:19,21

original 56:3

outlined 55:4

---

**P**

paper 42:25

parade 20:18,22,
24

paragraph 29:20
32:7 37:1 45:4
46:3

Pardon 18:15

parents 26:7

32:11,14

parking 50:25

part 35:6

participants 6:10

passed 26:9

passport 47:24,
25 49:10,15,17
50:11,22 51:13,
15,18,21

passport's 51:16

past 9:5,14 10:5
18:1 31:22

patients 48:14

██████

pay 48:19

people 24:18,25
26:24 31:8 33:1
34:23 44:7,14,22
46:6 48:6,17 49:2,
5 55:12

person 23:12
28:23 29:3,6 46:1,
18 48:19

personal 22:17
30:8

persons 20:5,12
21:12,18,21,22

phase 31:8





phone 33:16

physician 40:8
46:25

physician's 40:8

picked 35:21

picture 43:21

██████ █████

place 10:13

places 54:13

Plains 41:12 52:9

Plaintiff 16:12
24:6

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

Plaintiffs 7:5,8
25:18

Plaintiffs' 24:5
55:24

plan 16:9,18

play 15:14

point 8:13 16:18

pointed 41:2

policy 37:4,8,15,
16

position 10:14
12:21 13:3 23:1

possess 26:24

possessing
38:23 45:5

posted 40:9

practice 48:13

pre-marked 6:3

prejudice 39:1,6
45:8

preliminary 7:17

preparation
23:25

prepared 7:23

███████████

███

present 32:20
48:7 51:5

presentation
31:19 33:2,9,10

presented 39:20
45:13 46:11,17

presenting 46:6

presents 35:13,
16,17

previous 9:13
10:17 26:19

previously 29:15

Pride 20:18,25
21:3

privacy 39:1,6
45:8

problem 43:20

process 54:10

productive 33:13

professors 27:20

promotion 10:13,
16 12:5,9

prompted 13:3

proper 34:13

provide 42:10
54:12

provided 9:11,18

provider 54:17

providers 45:20

puberty 31:2

public 20:17

pull 48:5

purse 42:25

pursuing 15:21,
25

pushed 43:7

put 33:2 43:6
48:10

---

**Q**

qualified 33:7
42:2

question 6:8
8:10,17,18 9:12
12:7 13:14 16:3
17:1,22 19:14
20:8 21:15 24:23
25:4,6,23 28:2
37:11 54:2

questions 6:22
7:25 8:1,23 9:10
21:25 30:6,9,14
48:6 53:2 55:21

---

**R**

ran 35:12 50:24

reactions 29:24
30:2

read 42:21,24
43:4,9 56:1

real 35:16,24

realization 30:17

realized 28:5,18

reason 38:8

reassignment
43:12

recall 22:25 28:5,
18

receive 42:7

received 34:13
54:9,19 55:6,9

recent 17:18

recognized 32:20

record 7:25 9:2
52:17 53:8

recorded 7:19

recording 7:21,
22

Records 54:16

redacted 36:3

redirect 55:23

refer 25:9 29:15

referring 13:15
22:22 23:2 26:17
53:15

reflect 35:25
38:24 45:6

reflected 44:4

reflects 39:4

refused 55:12

refusing 25:3

relate 29:18

related 20:4,11
39:13

relationship
17:8,13,19

relationships
32:25

Relief 24:4

███████ ████

███

relive 53:6

relocated 10:25

relocation 10:16

remember 30:10
55:15

repeat 6:24 8:10
12:7 13:5 20:14
25:5 27:11 44:18
53:11

rephrase 8:10
17:24 19:16 21:9
25:16 29:2 36:19

reporter 7:24 8:4
44:16 56:2

representing
6:10 7:4,8

requirement 40:2

requirements
40:19

reserve 55:25

reserved 6:7

reside 11:19

respect 30:11

respond 22:5

response 8:20

responses 7:25
8:6 24:7

rest 34:25

result 37:3,14

████████ █████

retract 54:2

returned 10:24

review 23:24

reviewed 24:3

ridiculous 40:23

Roessler 7:6,7
11:12,21 12:1
16:1,19,24 17:4,
10,15,20 18:2,7,
12 19:12,19,25
20:6,13,20 21:1,

13,19 22:3,9,20
23:6,16 24:16
25:21 26:3,15
27:10,25 28:7,13,
20,25 29:5 36:21
37:9,18 38:4,11,
18 39:8 45:12
46:14 52:15 53:23
55:23

**roles**  28:9

**romantic**  17:8,13

**room**  35:13 49:2

■■ ■■

---

**S**

**sad**  52:8

**safety**  45:24

**SAITH**  56:5

■■ ■■

**Sara**  6:14

**Sasha**  7:11,12

**sat**  35:21

**satisfy**  40:2

**scan**  48:10

**scared**  49:5 55:18

**school**  13:24
14:8,23,24 15:1,6,
18 27:8,9,14
29:■,24 30:22
31:23 35:5

**sealed**  45:24

**Security**  39:20
40:12 41:9,16

**Sedgwick**  6:14

**seeking**  33:6

■■ ■■

**sensitivity**  44:15,
23

■■

■■

**Set**  24:7

**sex**  16:7

**sexual**  43:11

**shake**  8:2,5

**shameful**  48:5

**sharing**  53:4

**Shew**  6:13

**short**  52:20

**show**  40:3,19
42:6,12 44:6
55:19

**showed**  41:1,13,
15 50:1

**siblings**  11:5
26:12

**sign**  56:1

**significant**  44:22

**similar**  45:17

**simply**  8:9

**sister**  11:10

**sisters**  11,24

**sit**  47:11

**smiled**  49:23

**social**  23:5,20
34:22 39:20 40:12
41:9,16

**something's**
33:22,23

■■

■

**sought**  36:16

**sounds**  52:15

**speak**  8:6 24:9,12
52:24

**speaking**  31:21

**specialty**  15:23

**speculate**  16:21
26:23 38:12

**spend**  20:10

**spoke**  31:25

**spoken**  24:23
25:7,9,10,11,12,
15,17

**sports**  15:14

**standing**  49:21

**stare**  44:7

**start**  6:6 8:24

**started**  33:11,18
42:3 48:22 49:3
50:5,25

**starting**  36:19

**state**  9:1 10:7
14:24 37:23 47:8
50:13 51:23 55:16

**State's**  37:15

**states**  41:23

**stating**  54:17

**status**  25:20 26:2
27:1,15

**steal**  43:8

**steps**  54:7 55:8

**stop**  31:11,24
32:2

**stopped**  50:15,17

■■

**Strawberry**  41:12
52:8

**Strike**  16:5

**studied**  14:13

■■ ■■

**study**  14:12 ■

**subject**  45:7

**subjected**  39:1,5
46:12

**suggestive**  47:14

**suicide**  32:16

**Summary**  24:6

**supervisor**
42:13,14,15,18,
20,21,23 43:2,6
47:3,9,10 50:19

**support**  19:1
22:15,24 23:2
24:5 34:8 35:6

**supportive**
32:11,14

**supposed**  44:2
46:1 52:9

**suppress**  31:23

**surgeon**  41:25
42:5 43:11 46:23
47:20 50:23 51:6,
12,15,20,22

**surgeries**  47:13

**surgery**  42:1,3
47:12,16 51:5,24,
25

**surprised**  34:4

**surviving**  32:17

**sworn**  6:19

---

**T**

**taking**  14:1 33:19

**talk**  24:21,22 30:3

**talked**  31:3 34:1
49:23 51:8

**talking**  33:25
48:22 49:1 50:17

**Tara**  7:12

**targeted**  31:19,22

**team**  24:14,15,24
25:8

**ten**  10:5 52:14,15

**Tennessee**  6:12
10:8,19,21,22
11:2,3,17,19 14:7
37:23 41:13 47:8
50:13 53:21 54:4,
5

**Tennessee's**
37:3,7

**terminology**
30:20

**testified**  6:19

**testimony**  16:10

■■

*Elite Reporting Services* • (615) 595-0073
*www.EliteReportingServices.com*



**things** 31:23
40:25 43:3 44:8
49:7

**thinking** 31:11

**Thomas** 7:7

**thought** 30:19

**threatened** 49:4



**time** 8:9,15 18:5
20:11 28:4,17
31:12 32:12 33:8,
11,15 34:19
36:13,22 38:10,17
39:3 43:23 48:12
52:17 53:16,18
55:22

**timeframe** 13:14
18:9

**times** 32:22 37:23
44:6

**today** 6:13,23 7:1,
5 16:11 24:10
53:6 55:22

**today's** 24:14,24
25:8,13

**told** 27:14 28:24
30:24 31:5,10,12,
23 34:10,23 35:11
40:4,7,15 41:2
42:12 43:14,16
46:18,21 47:11
51:13,15 55:11

**top** 38:22

**touch** 11:20

**training** 15:17,24
44:15,22

**trans** 26:8 27:1
29:9 30:17,22,25
31:14 34:11,17,23
36:13 48:14,17
50:14 55:17

**transcript** 56:1

**transcripts** 7:23

**transfer** 10:15

**transferred** 40:23

**transgender**
19:4,9,18 20:5,12
21:11,18,21,22
22:8,13 23:11
25:20 26:2 27:16,
24 29:23 46:6

**transition** 30:24
43:12

**treat** 48:17

**treatment** 33:7,8
34:12

**tree** 35:14

**true** 32:9

**turn** 49:3

**type** 18:19

**types** 19:11

---

**U**

**uncomfortable**
30:9

**undergone** 47:12

**underneath**
35:14

**understand** 16:3
17:22 20:8 30:15,
21 31:9 37:10,17

**understanding**
8:9

**understood** 8:21
30:22

**update** 36:16
50:3,21

**updated** 39:22
41:11 43:10 54:18

---

**V**

**vagina** 47:14

**vague** 13:13
17:22 19:13 21:14
22:2

**video** 7:20

**violence** 39:2,7,
11,19 45:9

**visit** 33:17 34:10

**Vital** 54:15

**volunteer** 18:17,
19,20,24 19:3,10,
23 20:10 22:18
23:1

**volunteering**
19:8

---

**W**

**wait** 8:17 42:13

**waited** 39:25
40:13 54:19

**walked** 50:18

**wanted** 30:23,25
31:7 34:25 35:1
51:6 54:14

**wanting** 34:2

**watch** 49:3

**ways** 31:3,21
32:23 43:18 55:13

**week** 33:18

**Whichever** 22:2

**whipped** 49:19

**Winemiller** 7:9

**woman** 23:14,19,
21 26:2,8 27:1,16,
24 28:5,18 29:9
30:18,22 31:13
32:20 36:13 42:6
50:14

**women** 18:11
55:17

**work** 10:14 12:5,
10,12,13,16,17
13:10,12,17
18:17,19,24 19:3,
9 20:10 22:18
32:25 47:5

**worked** 10:18

13:24 14:4,5

**working** 13:24,25
14:5 20:11 27:5
41:14

**worried** 34:24
48:8 49:14

**worth** 32:18

**wow** 50:7

**wrapping** 52:19

**write** 42:25 43:3

**written** 46:25

**wrong** 31:2,13,16
33:22 40:5 44:1,4,
9 48:7 49:16

**wrote** 35:16

---

**Y**

**year** 15:3

**years** 9:24 10:6,
11 13:2,20
33:12 50:10

**young** 11:15
29:21

Case 3:19-cv-00328 Document 91-3 Filed 05/20/21 Page 72 of 72 PageID #: 1719
*Elite Reporting Services* (615)
*www.EliteReportingServices.com*