# Exhibit F

Deposition Transcript of K.N.

**GORE, et al.**

**vs.**

**LEE, et al.**

---

**K.N.**

**May 12, 2020**

---



**Jenny Checuga, RPR, LCR**
**Associate Reporter**
Chattanooga (423)266-2332   Jackson (731)425-1222
Knoxville (865)329-9919   Nashville (615)595-0073   Memphis (901)522-4477
www.elitereportingservices.com

Case 3:19-cv-00328   Document 93-7   Filed 05/29/20   Page 2 of 65 PageID #: 1793

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                          AT NASHVILLE
   _____
 3

 4 KAYLA GORE; L.G.; and K.N.,

 5            Plaintiffs,

 6 vs.                              Case No. 3:19-CV-00328

 7 WILLIAM BYRON LEE, in his official
   capacity as Governor of the State of
 8 Tennessee; and LISA PIERCEY, in her
   official capacity as commissioner of the
 9 Tennessee Department of Health,

10            Defendants.
   _____
11

12

13

14

15                   Teleconference Deposition of:

16                   K.N.

17                   Taken on behalf of the Defendants
                     May 12, 2020
18

19

20

21
   _____
22
                     Elite Reporting Services
23                   www.elitereportingservices.com
                     Jenny Checuga, LCR, RPR
24                   Post Office Box 292382
                     Nashville, Tennessee 37229
25                   (615)595-0073
                                                        1
```

Case 3:19-cv-00328 Document 98-7 Filed 09/20 Page 95 of 873 PageID #: 1794
Elite Reporting Services * (615)595-0073
www.EliteReportingServices.com

```
 1                    A P P E A R A N C E S
 2
 3      For the Plaintiffs:
 4              MR. PUNEET KOHLI
                Attorney at Law
 5              Baker Botts L.L.P.
                98 San Jacinto Boulevard, Suite 1500
 6              Austin TX 78701-4078
                (512)322-2500
 7              puneet.kohli@bakerbotts.com
 8
                MS. KATHRYN S. CHRISTOPHERSON
 9              Attorney at Law
                Baker Botts L.L.P.
10              1001 Page Mill Road., Building One, Suite 200
                Palo Alto, CA 94304-1007
11              (650)739-7500
                kathryn.christopherson@bakerbotts.com
12
13              MR. OMAR GONZALEZ-PAGAN
                Attorney at Law
14              Lambda Legal Defense and Education Fund, Inc.
                120 Wall Street, 19th Floor
15              New York, NY 10005-3919
                (212)809-8585
16              ogonzalez-pagan@lambdalegal.org
17
                MS. TARA L. BORELLI
18              Attorney at Law
                Lambda Legal Defense and Education Fund, Inc.
19              730 Peachtree Sreet NE., Suite 640
                Atlanta, GA 30318-1210
20              (404)897-1880
                tborelli@lambdalegal.org
21
22
23
24
25
```

Case 3:19-cv-00328 Document 98-7 filed 06/29/20 Page 5 of 65 PageID #: 1795    2
Elite Reporting Services (615)595-0073
www.EliteReportingServices.com

```
 1     For the Defendants:

 2             MR. MATTHEW JONES

        MS. SARA E. SEDGWICK

 3      MR. JAE LIM

        Senior Assistant Attorneys General

 4      Herbert H. Slatery III

        Attorney General and Reporter

 5      P.O. Bo 20207

        Nashville, TN 37202-0207

 6      (615)532-1969

        matt.jones@ag.tn.gov

 7      sara.sedgwick@ag.tn.gov

        jae.lim@ag.tn.gov

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*Elite Reporting Services* (615) 595-0073
*www.EliteReportingServices.com*

```
                           I   N   D   E   X

                                                            Page
     Examination
     By Mr. Jones                                             8




                    E   X   H   I   B   I   T   S

                                                            Page

     Exhibit No. 1                                           12
           Amended Complaint

     Exhibit No. 2                                           12
           Declaration of K.N.
```

```
1                    S T I P U L A T I O N S

2

3

4          The teleconference deposition of K.N. was

5    taken by counsel for the Defendants, with all

6    participants appearing at their respective locations,

7    on May 12, 2020, for all purposes under the Federal

8    Rules of Civil Procedure.

9          All formalities as to caption, notice,

10   statement of appearance, et cetera, are waived.  All

11   objections, except as to the form of the questions,

12   are reserved to the hearing, and that said deposition

13   may be read and used in evidence in said cause of

14   action in any trial thereon or any proceeding herein.

15         It is agreed that JENNIFER CHECUGA, LCR, RPR,

16   and Court Reporter for the State of Tennessee, may

17   swear the witness, and that the reading and signing

18   of the completed deposition by the witness are not

19   waived.

20

21

22

23

24

25
```

*Elite Reporting Services* (615) 595-0073
www.EliteReportingServices.com
5

*    *    *

2            MR. JONES:  I am Matt Jones, District            01:14:13

3    Attorney General of the State of Tennessee.  I am       01:14:15

4    joined today by my colleagues, Sara Sedgwick and Jae    01:14:19

5    Lim, both representing the Defendants.  And Puneet,     01:14:25

6    if you want to introduce everyone or they want to try  01:14:28

7    to introduce themselves.                                01:14:33

8            MR. KOHLI:  Sure.  So I am Puneet Kohli         01:14:35

9    on behalf of the Plaintiffs.  I'll be the one making   01:14:38

10   the objections on the record.  I think I'll let         01:14:41

11   people just introduce themselves.                       01:14:44

12           MS. BORELLI:  This is Tara Borelli with         01:14:50

13   Lambda Legal, also on behalf of the Plaintiffs.         01:15:03

14           MR. GONZALEZ-PAGAN:  This is Omar               01:15:24

15   Gonzalez-Pagan with Lambda Legal on behalf of the      01:15:26

16   Plaintiffs.                                             01:15:27

17           MR. JONES:  Great.  Thank you.  Kathryn?        01:15:28

18           MS. CHRISTOPHERSON:  This is Kathryn            01:15:29

19   Christopherson with Baker Botts on behalf of the       01:15:32

20   Plaintiffs.                                             01:15:35

21           MR. JONES:  So it looks like everyone is        01:15:45

22   logged in, so -- and it looks like everyone is muted   01:15:48

23   except myself and Puneet and the witness.  So just a   01:15:50

24   couple of housekeeping matters before we get started.  01:15:56

25           One, we have a stipulation that the            01:16:00

Case 3:19-cv-00328 Elite Reporting Services 09/20/21 Page 85 of 973 PageID #: 1799  6
Elite Reporting Services  •  (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | witness can be sworn remotely, as if she was sworn in | 01:16:04 |
| 2 | person, and all objections are reserved except as to | 01:16:09 |
| 3 | form. | 01:16:14 |
| 4 | A couple things for counsel and just for | 01:16:17 |
| 5 | the witness's benefit before we get started. | 01:16:18 |
| 6 | Obviously, we're doing this by video conference and | 01:16:22 |
| 7 | there's a little bit of a delay between when words | 01:16:26 |
| 8 | are spoken and when the sound actually comes through. | 01:16:30 |
| 9 | So I will do my best to speak slowly and clearly. | 01:16:35 |
| 10 | I'm using my headphones, so it's a little weird for | 01:16:39 |
| 11 | me to hear the voice in my head, but I'm trying, but | 01:16:43 |
| 12 | it'll cut down on feedback. | 01:16:46 |
| 13 | And also, after I ask a question, if the | 01:16:48 |
| 14 | witness would give Puneet an opportunity to make an | 01:16:55 |
| 15 | objection, if he does object, that's just for the | 01:16:59 |
| 16 | record. And unless he instructs you not to answer, | 01:17:01 |
| 17 | you can go ahead and answer the question after he | 01:17:05 |
| 18 | poses his objection. And then I will likewise try to | 01:17:08 |
| 19 | do my best to not begin speaking again until you've | 01:17:14 |
| 20 | completed your answer. But if you need additional | 01:17:17 |
| 21 | time to clarify something, just let me know. | 01:17:24 |
| 22 | Obviously, we're here under a little bit trying | 01:17:27 |
| 23 | circumstances, but we'll do our best. | 01:17:31 |
| 24 | Puneet, do you have anything to add | 01:17:34 |
| 25 | before we swear the witness? | 01:17:38 |

Case 3:19-cv-00328 Document 97 Filed 09/20/24 Page 9 of 65 PageID #: 1800   7
Elite Reporting Services
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | MR. KOHLI: Yeah. I think I just want to | 01:17:38 |
| 2 | go ahead and make a standing objection if you agree | 01:17:39 |
| 3 | to omit the disputed terms of art of biological sex, | 01:17:43 |
| 4 | gender, you know, dysphoria, things like that which | 01:17:45 |
| 5 | would cause needless trigger. Do you agree to a | 01:17:48 |
| 6 | standing objection? | 01:17:54 |
| 7 | MR. JONES: Yes. I believe that | 01:17:54 |
| 8 | objection has been made throughout the depositions, | 01:17:56 |
| 9 | so I understand the objection. | 01:17:58 |
| 10 | MR. KOHLI: Okay. Sounds good. | 01:18:00 |
| 11 | MR. JONES: So if the court reporter | 01:18:04 |
| 12 | could swear in the witness. | 01:18:07 |
| 13 | | |
| 14 | * * * | |
| 15 | K.N., | |
| 16 | was called as a witness, and having first been duly | |
| 17 | sworn, testified as follows: | |
| 18 | | |
| 19 | EXAMINATION | |
| 20 | QUESTIONS BY MR. JONES: | |
| 21 | Q. Okay. I introduced myself previously. My | 01:18:24 |
| 22 | name is Matt Jones. I'm a district attorney general. | 01:18:27 |
| 23 | I'll be asking you questions today. I understand | 01:18:31 |
| 24 | that you're proceeding as a plaintiff in this case | 01:18:34 |
| 25 | under a pseudonym by initials, and so this will be | 01:18:37 |

Case 3:19-cv-00328 Document 91-5 Filed 05/29/20 Page 10 of 65 PageID #: 18018
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    redacted, but I would ask you to go ahead and          01:18:43

 2    identify yourself by your full name.                   01:18:46

 3    A.      My full name is K.N.                           01:18:47

 4    Q.      Right.  And I'm not trying to be rude, I'll    01:18:55

 5    just try not to use your name just so the court        01:18:58

 6    reporter doesn't have to redact that.  I'm not being   01:19:01

 7    rude by not using your name, just wanted you to be     01:19:06

 8    aware of that.                                         01:19:10

 9    A.      Thank you.                                     01:19:11

10    Q.      Have you ever been in a deposition before?     01:19:11

11    A.      No, I have not.                                01:19:15

12    Q.      Okay.  Well, let me just explain.  This is     01:19:16

13    our one and only opportunity to ask you questions      01:19:20

14    about your allegations in this lawsuit and kind of     01:19:25

15    the background of your life as it were.                01:19:30

16            Again, if we can just try to cooperate with    01:19:37

17    each other.  I know it's a little unusual because I'm  01:19:41

18    not looking at the screen -- I'll be in a different    01:19:44

19    screen.  So just let me know if there's something you  01:19:47

20    don't understand, if you need me to clarify a          01:19:50

21    question, I'll be happy to do that.  Fair enough?      01:19:52

22    A.      Okay.                                          01:19:55

23    Q.      Great.                                         01:19:56

24            And you've given me your name.  And do I       01:19:59

25    understand correctly that you live in ████████?        01:20:03
```

*Elite Reporting Services* (615) 595-0073
www.EliteReportingServices.com

```
 1    A.      Yes, I do.                                      01:20:07

 2    Q.      How long have you been in ███████?              01:20:08

 3    A.      I have lived in ██████████ since late           01:20:13

 4    2012.                                                   01:20:18

 5    Q.      And you are a software engineer?                01:20:20

 6    A.      Yes, I am.                                       01:20:27

 7    Q.      Are you employed or are you an independent      01:20:29

 8    contractor?                                             01:20:33

 9    A.      I'm employed.                                    01:20:34

10    Q.      And how long have you been employed with that   01:20:39

11    same employer?                                          01:20:42

12    A.      I have been at my current employer since        01:20:43

13    October of 2019.                                        01:20:55

14    Q.      October 2019?  I'm sorry, you kind of broke     01:20:56

15    up.                                                     01:21:01

16    A.      Yes, October 2019.                              01:21:01

17    Q.      Okay.  And prior to that, were you employed     01:21:03

18    by another employer?                                    01:21:07

19    A.      Yes, I was.                                      01:21:09

20    Q.      How long were you in that previous job?         01:21:12

21    A.      I don't remember the exact amount of time,      01:21:20

22    but it was a year and a few months.                     01:21:25

23    Q.      How many employers have you had since you       01:21:28

24    moved to ████████ in 2012?                              01:21:36

25    A.      Six.                                             01:21:39
```

**Elite Reporting Services** (615) 595-0073
**www.EliteReportingServices.com**

| | | |
|---|---|---|
| 1 | Q.     And are you married? | 01:22:03 |
| 2 | A.     No. | 01:22:09 |
| 3 | Q.     Are you currently in a relationship with | 01:22:12 |
| 4 | anyone? | 01:22:16 |
| 5 | A.     Yes. | 01:22:17 |
| 6 | Q.     Your person that you're in a relationship | 01:22:20 |
| 7 | with, what is their gender identity? | 01:22:34 |
| 8 |         MR. KOHLI:  Objection, form. | 01:22:38 |
| 9 | BY MR. JONES: | 01:22:41 |
| 10 | Q.     You may answer. | 01:22:41 |
| 11 | A.     She is female. | 01:22:47 |
| 12 | Q.     Is she transgender female or is she cisgender | 01:22:49 |
| 13 | female? | 01:22:56 |
| 14 | A.     She is transgender female. | 01:22:58 |
| 15 | Q.     How long have you been in a relationship? | 01:23:09 |
| 16 | A.     Since March 2018. | 01:23:16 |
| 17 | Q.     Now, I provided your counsel with two | 01:23:28 |
| 18 | exhibits that I am going to be referring to today.  I | 01:23:40 |
| 19 | provided those to the court reporter, as well. | 01:23:45 |
| 20 |         Did you get those two documents and do you | 01:23:49 |
| 21 | have them there with you? | 01:23:51 |
| 22 | A.     Can you be more specific? | 01:23:53 |
| 23 | Q.     Yes.  The first exhibit that I identified is | 01:23:57 |
| 24 | the amended complaint. | 01:24:03 |
| 25 | A.     Yes, I have the amended complaint. | 01:24:13 |

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    Q.      Okay.  And if you would look down in the        01:24:15
 2    amended complaint to Paragraph 148, which I believe     01:24:19
 3    is on Page 29.                                          01:24:24
 4    A.      Okay.  I have it.                                01:24:41
 5    Q.      And from Paragraph 148 to -- scrolling down      01:24:44
 6    through Paragraph 170, a plaintiff identified as         01:24:52
 7    K.N.; is it your understanding that that K.N. refers     01:24:59
 8    to you?                                                  01:25:02
 9    A.      Yes.                                             01:25:03
10    Q.      Okay.  And the second document that I            01:25:07
11    identified is titled Declaration of K.N. in Support      01:25:12
12    of Plaintiff's Motion for Summary Judgement.  Do you     01:25:18
13    have that document in front of you?                      01:25:21
14    A.      Yes.  This would be Exhibit 6?                   01:25:23
15    Q.      Yes, Exhibit 6 to the motion for summary         01:25:29
16    judgement, but it will be Exhibit 2 to the deposition    01:25:31
17    today.                                                   01:25:34
18            And looking down at Page 4, does that appear     01:25:36
19    to be a document that you signed or initialled on the    01:25:40
20    27th of February, 2020?                                 01:25:45
21    A.      Yes.                                             01:25:50
22    Q.      Great.                                           01:25:52
23            (WHEREUPON, documents were marked as             01:25:52
24    Exhibit Number 1 and Exhibit Number 2.)
25
```

**Elite Reporting Services** (615) 595-0073
**www.EliteReportingServices.com**

BY MR. JONES:

Q.     And if you'll just kind of keep those in
front of you, I'm going to try to use those documents
as sort of a roadmap for what I'm going to discuss
with you today, okay?

A.     Okay.

Q.     So according to Exhibit 2, which I'll call
the affidavit of declaration, says you were born and
raised in ████████, Tennessee; is that correct?

A.     Yes.

Q.     And how long did you live in ████████,
Tennessee?

A.     I lived there full time until I was 16.
After 16, I believe that was still my residence until
I was 18 or 19.  I forget -- at some point, I went to
college and I forget what my legal residence was.

Q.     Where did you move when you were 16?

A.     I went to a boarding school.

Q.     Where was that located?

A.     That was located in ████████████.

Q.     Was it a coed boarding school for a single
sex boarding school?

A.     It was coed.

Q.     And prior to going to that boarding school in
████████████, where did you go to school in ███

```
 1    ██████?                                              01:27:53

 2    A.      I went to the █████ public school system.     01:27:53

 3    I was at ████████████████.                            01:28:01

 4    Q.      Let's kind of separate those two.  The ████   01:28:06

 5    ████████████████ let's talk about it first.           01:28:13

 6            When you were at ██████████████, did           01:28:17

 7    you participate in any extracurricular activities at  01:28:23

 8    the school?                                           01:28:27

 9    A.      Yes, I believe I did; however -- yes, I did.  01:28:36

10    Q.      Okay.  What were those?                       01:28:50

11            MR. KOHLI:  Could you repeat the              01:28:51

12    question?  I didn't hear that.                        01:28:53

13    BY MR. JONES:                                         01:28:53

14    Q.      I just said, what were those?                 01:28:56

15    A.      I was a member of the Young Democrats.  I     01:29:01

16    don't remember too well what I was involved with.  I  01:29:07

17    may have been involved in that.                       01:29:09

18    Q.      Did you date while you were at ████████████   01:29:26

19    █████?                                                01:29:31

20            MR. KOHLI:  I'm sorry, I didn't hear you.     01:29:31

21    Could you repeat the question?                        01:29:31

22            MR. JONES:  Yes, I asked if he dated --       01:29:34

23    or she dated, I'm sorry, if she dated when she was in 01:29:36

24    high school.                                          01:29:39

25            THE WITNESS:  No, I did not.                  01:29:40
```

Case 3:19-cv-00328 Document 93-1 Filed 05/29/20 Page 595 of 673 PageID #: 1807
**Elite Reporting Services** (615) 595-0073
www.EliteReportingServices.com

```
1   BY MR. JONES:                                              01:29:41

2   Q.      And onto the boarding school in                    01:29:41

3   ███████████, did you engage in extracurricular            01:29:47

4   activities there?                                          01:29:50

5   A.      No; however, the school had programming that       01:30:01

6   would have educational material that could have            01:30:12

7   been --                                                    01:30:17

8           THE REPORTER:  I'm sorry, can you please           01:30:17

9   repeat your answer?                                        01:30:18

10          THE WITNESS:  No, because I would                  01:30:24

11  consider any activities outside of academic materials     01:30:26

12  to be part of the overall school.                         01:30:32

13  BY MR. JONES:                                              01:30:34

14  Q.      I understand.                                      01:30:35

15          And was there any -- well, what was the            01:30:35

16  purpose of you going to the boarding school in             01:30:40

17  ███████████ as opposed to staying at the public           01:30:43

18  school in ██████████?                                     01:30:46

19          MR. KOHLI:  Objection, form.                       01:30:52

20  BY MR. JONES:                                              01:30:56

21  Q.      You can answer.                                    01:30:56

22  A.      Could you be more specific?                        01:30:58

23  Q.      Sure.  For example, was it purely academic         01:30:59

24  reasons or were there any other reasons that you went      01:31:03

25  to -- moved away from home to go to boarding school?       01:31:08
```

Case 3:19-cv-00328-Elite-Reporting-Services-09/20/21-Page-17-of-673-PageID #: 1803
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

MR. KOHLI:  Objection, form.                    01:31:17

THE WITNESS:  The school program was            01:31:35

therapeutic in nature.  ████████████████████        01:31:37

████████████████████████████████████████        01:31:42

████████████████████████████████████████        01:31:46

████████████████████████████████████████        01:31:53

████████████████████████████████████████        01:31:56

████████████████████████████████████████        01:32:00

████████████████████████████████████████        01:32:06

████████████████████████████████████████        01:32:09

████████████████████                              01:32:15

BY MR. JONES:                                     01:32:18

Q.      And so that leads me to Exhibit 2, the    01:32:18

affidavit or the declaration.  Paragraph 6, it    01:32:23

states, "Although I did not identify as transgender   01:32:29

until my adulthood, I was always uncomfortable with   01:32:34

my assigned gender at birth."                     01:32:37

        Did I read that correctly?               01:32:40

A.      Yes.                                       01:32:41

Q.      And my question is if you could explain what  01:32:46

you mean by uncomfortable and whether -- well, if you  01:32:50

could just explain that.                          01:32:56

A.      I would say I never really felt any       01:32:59

connection to the gender identity that I was assigned  01:33:13

at birth.  I felt it was largely pushed upon me by    01:33:17

| | | |
|---|---|---|
| 1 | others.  And when I began expressing in more | 01:33:23 |
| 2 | effeminate ways, I was harassed by both children and | 01:33:27 |
| 3 | adults.  I felt a great deal of discomfort and I felt | 01:33:35 |
| 4 | a great need to hide who I was and I felt a great | 01:33:40 |
| 5 | deal of uncertainty then of who I was. | 01:33:45 |
| 6 | Q.      And did that change at all after you moved to | 01:33:49 |
| 7 | the boarding school? | 01:33:55 |
| 8 | A.      I would say that the boarding school removed | 01:33:57 |
| 9 | me from an environment that was in some ways much | 01:34:10 |
| 10 | more hateful and negative towards me. | 01:34:14 |
| 11 | On the other hand, I was forced to do things | 01:34:22 |
| 12 | in order to conform for fear of being made homeless | 01:34:23 |
| 13 | or sent to more restrictive programs, such as cut my | 01:34:27 |
| 14 | hair.  And I felt a lot of activities at the boarding | 01:34:33 |
| 15 | school were designed to make me conform to a certain | 01:34:39 |
| 16 | gender that were less effeminate and... | 01:34:45 |
| 17 | Q.      So at that time, I believe you testified that | 01:34:56 |
| 18 | your parents decided to send you to the boarding | 01:35:06 |
| 19 | school.  Were your parents being supportive of you at | 01:35:12 |
| 20 | that time? | 01:35:18 |
| 21 | MR. KOHLI:  Objection, form. | 01:35:18 |
| 22 | THE WITNESS:  Can you explain what you | 01:35:30 |
| 23 | mean more? | 01:35:33 |
| 24 | BY MR. JONES: | 01:35:33 |
| 25 | Q.      Yes.  Did you think your parents were being | 01:35:33 |

Case 3:19-cv-00328 Document 91 Filed 05/29/20 Page 19 of 65 PageID #: 1810
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1    supportive and trying to help you with, I think you      01:35:35
 2    called it the uncomfortable or the social anxiety        01:35:39
 3    issues you were having?                                  01:35:45
 4              MR. KOHLI:  Objection, form.                   01:35:47
 5              THE WITNESS:  I'm not my parents.  I           01:35:56
 6    can't speak for them.  I do not think it was             01:35:58
 7    necessarily the form of support that I needed at that    01:36:01
 8    time.                                                    01:36:05
 9    BY MR. JONES:                                            01:36:05
10    Q.     Are your parents still alive?                     01:36:05
11    A.     Yes.                                              01:36:11
12    Q.     And do they still live in ███████?               01:36:12
13    A.     Yes, I believe so.                                01:36:15
14    Q.     Okay.  Do you still talk to them?                 01:36:20
15    A.     Infrequently.  I'm in a little bit of contact     01:36:25
16    with them.                                               01:36:32
17    Q.     Do you have any siblings?                         01:36:33
18    A.     No, I do not.                                     01:36:35
19    Q.     And I don't think I asked this question about     01:36:42
20    the boarding school.                                     01:36:53
21              After you moved to the boarding school --      01:36:54
22    first of all, did you complete high school at the        01:37:00
23    boarding school?                                         01:37:03
24              MR. KOHLI:  Objection, form.                   01:37:03
25              THE WITNESS:  Can you be more specific?        01:37:08
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   BY MR. JONES:                                          01:37:09
 2   Q.      Did you graduate from there?                   01:37:09
 3   A.      Yes.                                            01:37:11
 4   Q.      That time that you were at the boarding        01:37:12
 5   school, did you date?                                  01:37:17
 6   A.      No.                                             01:37:19
 7   Q.      After you graduated the boarding school, did   01:37:25
 8   you go back to ███████?                                01:37:57
 9   A.      Yes, I did.  For the next two summers, I had   01:37:59
10   an internship at ███████████████████.                 01:38:11
11   Q.      And so when did you start college?             01:38:11
12           THE REPORTER:  I'm sorry.  Where did he        01:38:11
13   have internship at?                                    01:38:11
14           THE WITNESS:  I had a -- I was in -- in a      01:38:28
15   program, an internship program of sorts at ████████    01:38:28
16   ████████████████.                                      01:38:32
17   BY MR. JONES:                                          01:38:35
18   Q.      And you said that was during the summers.      01:38:35
19   What did you do for the rest of the time?              01:38:38
20           MR. KOHLI:  Objection, form.                   01:38:46
21           THE WITNESS:  Can you clarify that?            01:38:48
22   BY MR. JONES:                                          01:38:51
23   Q.      Yeah, I believe you said -- and I may have     01:38:52
24   misheard, but I believe you said that you had an       01:38:54
25   internship for two summers at ██████████████.          01:38:58
```

| | | |
|---|---|---|
| 1 | What did you do during the time that was not | 01:39:00 |
| 2 | summer? | 01:39:03 |
| 3 | MR. KOHLI: Objection, form. | 01:39:05 |
| 4 | THE WITNESS: I'm not sure what time | 01:39:07 |
| 5 | period you're referring to. | 01:39:10 |
| 6 | BY MR. JONES: | 01:39:12 |
| 7 | Q. Okay. So after you moved back to ████ | 01:39:12 |
| 8 | after graduating high school, did you have an | 01:39:15 |
| 9 | internship that following summer? | 01:39:19 |
| 10 | A. Yes. | 01:39:22 |
| 11 | Q. How long was that internship? | 01:39:24 |
| 12 | A. I don't recall the full length of the | 01:39:26 |
| 13 | program, but it was most of my summer. | 01:39:33 |
| 14 | Q. Okay. And then after that ended for most of | 01:39:35 |
| 15 | the summer, what did you do then? Were you employed | 01:39:40 |
| 16 | or did you go back to school? | 01:39:44 |
| 17 | A. First summer -- after the first summer, I | 01:39:46 |
| 18 | started school. And the next summer after my first | 01:39:52 |
| 19 | year of college, I went back to school. | 01:39:55 |
| 20 | Q. Okay. So you started college after that | 01:39:57 |
| 21 | first summer internship? | 01:40:03 |
| 22 | A. Yes. | 01:40:06 |
| 23 | Q. Where? | 01:40:10 |
| 24 | A. ████████████ | 01:40:11 |
| 25 | Q. And your declaration states that you attended | 01:40:17 |

| | | |
|---|---|---|
| 1 | ████████████████████, but you studied computer | 01:40:43 |
| 2 | science. | 01:40:49 |
| 3 | Did you graduate from ████████████ | 01:40:49 |
| 4 | ██████? | 01:40:51 |
| 5 | MR. KOHLI:  Objection, form. | 01:40:55 |
| 6 | THE WITNESS:  Could you be more specific? | 01:40:57 |
| 7 | BY MR. JONES: | 01:41:07 |
| 8 | Q.    Yes.  Did you receive a degree from ██ | 01:41:08 |
| 9 | ████████████████████? | 01:41:11 |
| 10 | A.    No, I did not. | 01:41:12 |
| 11 | Q.    Do you have any college degrees? | 01:41:16 |
| 12 | A.    No, I do not. | 01:41:26 |
| 13 | Q.    How long were you at ██████████████ | 01:41:36 |
| 14 | ████████? | 01:41:38 |
| 15 | A.    I don't remember exact terms, but I was there | 01:41:39 |
| 16 | for three years. | 01:41:52 |
| 17 | Q.    Was there any reason that you did not | 01:41:53 |
| 18 | complete your degree at █████████████████████? | 01:42:01 |
| 19 | MR. KOHLI:  Objection, form. | 01:42:07 |
| 20 | THE WITNESS:  Can you be more specific? | 01:42:10 |
| 21 | BY MR. JONES: | 01:42:11 |
| 22 | Q.    Yes.  Why did you decide to leave ████ | 01:42:12 |
| 23 | █████████████ before obtaining a degree? | 01:42:16 |
| 24 | A.    I don't have a great recollection of exactly | 01:42:25 |
| 25 | what my reasonings were.  The basics were that I was | 01:42:42 |

| | | |
|---|---|---|
| 1 | really in a -- I was not doing well emotionally.  I | 01:42:45 |
| 2 | just did not feel like I was fitting well into the | 01:42:51 |
| 3 | environment.  And I felt like a lot of these issues | 01:42:53 |
| 4 | around gender were beginning to express themselves | 01:42:56 |
| 5 | more. | 01:42:59 |
| 6 | I didn't have a great sense of who I was.  I | 01:43:01 |
| 7 | was struggling to keep my life together.  It's a very | 01:43:04 |
| 8 | intense academic environment, and I was finding that | 01:43:09 |
| 9 | I had enough skills in engineering and business | 01:43:13 |
| 10 | administration that I would be able to have a career | 01:43:20 |
| 11 | without finishing the program. | 01:43:24 |
| 12 | Q.     And so, what year -- and I'm just trying to | 01:43:26 |
| 13 | get a time frame in my head without doing the math. | 01:43:30 |
| 14 | I'm terrible at that.  What year was it that you left | 01:43:34 |
| 15 | ██████████████████████? | 01:43:37 |
| 16 | A.     I believe it was in 2009. | 01:43:39 |
| 17 | Q.     Okay.  So you testified that you moved to ██ | 01:43:49 |
| 18 | ██████████ in 2012.  Where did you live from 2009 to | 01:43:57 |
| 19 | 2012? | 01:44:01 |
| 20 | A.     I continued to live in ██████. | 01:44:02 |
| 21 | Q.     Did you live in ██████ until you moved to | 01:44:07 |
| 22 | ██████████? | 01:44:14 |
| 23 | A.     Yes, I did. | 01:44:16 |
| 24 | Q.     And did you have ████████ driver's | 01:44:20 |
| 25 | license? | 01:44:22 |

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1    A.      No, I did not.                              01:44:22

 2    Q.      Okay.  Did you continue -- did you have a   01:44:28

 3    driver's license while you lived in ███████?        01:44:31

 4    A.      Yes, I did.                                 01:44:36

 5    Q.      What state issued that driver's license?    01:44:37

 6    A.      Tennessee.                                  01:44:40

 7    Q.      Okay.  I'm looking back at Paragraph 6 of    01:44:43

 8    your declaration.  The next sentence after the one I  01:45:05

 9    read previously says, "Following a lengthy internal  01:45:10

10    process of accepting my gender identity, I fully     01:45:14

11    recognized myself in 2016 and I am transgender."     01:45:18

12           If you could, please explain what that        01:45:24

13    lengthy internal process of accepting your gender    01:45:27

14    identity involved.                                   01:45:31

15    A.      I would say it was on a lot of fronts.  One,  01:45:37

16    I didn't really understand what it meant to be       01:45:45

17    transgender.  I did not know any details of          01:45:51

18    transition, and I had only negative ideas that I had  01:45:54

19    gained just from media and other sources that        01:46:04

20    generally portray trans people to be very fairly     01:46:06

21    negative.  So it's impossible to have a future with a  01:46:11

22    whole lot of negative stereotypes.                   01:46:14

23           I would say, too, I had a great deal of        01:46:16

24    personal shame and fear around expressing myself in  01:46:20

25    any way that was effeminate, particularly given my   01:46:25
```

| | | |
|---|---|---|
| 1 | childhood. I had put up a few walls in adulthood in | 01:46:29 |
| 2 | order to survive, and I felt a great deal of fear of | 01:46:33 |
| 3 | adjusting those at all. | 01:46:40 |
| 4 | I was also recognizing that I was in a great | 01:46:43 |
| 5 | deal of personal pain and I was -- as I moved into | 01:46:46 |
| 6 | adulthood further, I was seeing that more clearly. | 01:46:49 |
| 7 | And I was seeing that I was struggling in many | 01:46:55 |
| 8 | aspects of my personal life and that the only thing | 01:46:57 |
| 9 | that was meaningful to me was my career. | 01:47:00 |
| 10 | I began personally expressing myself more at | 01:47:05 |
| 11 | home in feminine ways. I would dress when I was | 01:47:13 |
| 12 | alone and I began to avoid people more, simply | 01:47:16 |
| 13 | because I was uncomfortable. It was like I was | 01:47:21 |
| 14 | wearing a mask in public. | 01:47:28 |
| 15 | I eventually was coming to a point of | 01:47:32 |
| 16 | accepting the difficulties of transition and to | 01:47:39 |
| 17 | accepting myself as transgender being what ultimately | 01:47:43 |
| 18 | happens. | 01:47:50 |
| 19 | Q. And the next paragraph is, "Around that same | 01:47:53 |
| 20 | time in 2016, my mental health provider diagnosed me | 01:48:00 |
| 21 | with gender dysphoria." | 01:48:07 |
| 22 | My question is, when did you first start to | 01:48:10 |
| 23 | see a mental health provider? | 01:48:15 |
| 24 | A. Can you be more specific? | 01:48:18 |
| 25 | Q. Sure. Well, let's start with that mental | 01:48:24 |

Case 3:19-cv-00328 Document 91-3 Filed 05/29/20 Page 25 of 73 PageID #: 1812
Elite Reporting Services
www.EliteReportingServices.com
24

| | | |
|---|---|---|
| 1 | health provider, because you seem to refer to one | 01:48:31 |
| 2 | mental health provider that you were seeing at least | 01:48:35 |
| 3 | in 2016. | 01:48:37 |
| 4 | How long -- when did you first see that | 01:48:39 |
| 5 | mental health provider? | 01:48:43 |
| 6 | A.    I first started seeing her in 2016.  I was | 01:48:45 |
| 7 | beginning -- I was avoidant of medical professionals | 01:48:56 |
| 8 | in general before that time, given my childhood | 01:49:01 |
| 9 | experiences, particularly with therapists.  And I was | 01:49:04 |
| 10 | seeing that I was likely trans at that time and | 01:49:07 |
| 11 | wanted to pursue treatment and understand the | 01:49:13 |
| 12 | dysphoria that I was feeling. | 01:49:19 |
| 13 | I saw her in early 2016 and I saw her for -- | 01:49:21 |
| 14 | I forget the full term, but a few months before I | 01:49:28 |
| 15 | fully had that diagnosis. | 01:49:31 |
| 16 | Q.    And what was your previous experience with | 01:49:32 |
| 17 | therapists? | 01:49:36 |
| 18 | MR. KOHLI:  Objection, form. | 01:49:37 |
| 19 | THE WITNESS:  Can you be more specific? | 01:49:38 |
| 20 | BY MR. JONES: | 01:49:42 |
| 21 | Q.    Yes.  You just testified that you were | 01:49:43 |
| 22 | sceptical of medical professionals because of your | 01:49:47 |
| 23 | prior history with therapists.  And I'm just | 01:49:51 |
| 24 | wondering what that history was, if you could | 01:49:54 |
| 25 | explain. | 01:49:58 |

```
 1              MR. KOHLI:  Objection, form.                    01:50:00
 2              THE WITNESS:  It was largely around my          01:50:02
 3    childhood experiences before I went to the boarding       01:50:11
 4    school and at that boarding school, which was             01:50:15
 5    intended to be therapeutic.                               01:50:18
 6    BY MR. JONES:                                             01:50:20
 7    Q.      At what age did you start seeing a therapist?     01:50:21
 8    A.      I don't recall exactly, but I believe it          01:50:25
 9    would have been when I was 12 or 13.                      01:50:36
10    Q.      And at that time, when you started seeing         01:50:40
11    this therapist around 12 or 13, did any therapist         01:50:50
12    give you any sort of diagnosis of the issues you were     01:50:58
13    having?                                                   01:51:11
14    A.      Yes, I received a number of diagnoses.  I         01:51:12
15    think the most central ones were social anxiety,          01:51:27
16    general anxiety disorder, and depression.                 01:51:31
17    Q.      And I'm not talking about a medical               01:51:44
18    diagnosis, but just of your experience.  Do you           01:51:50
19    believe that the social anxiety, general anxiety          01:51:56
20    disorder and/or depression related to your later         01:52:01
21    diagnosis of gender dysphoria?                            01:52:07
22              MR. KOHLI:  Objection, form.                    01:52:10
23              THE WITNESS:  What do you mean by               01:52:12
24    related?                                                  01:52:21
25
```

Case 3:19-cv-00328 Document 93 Filed 05/29/20 Page 28 of 65 PageID #: 1812
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

BY MR. JONES:

Q.     Well, again, I'm not asking for a medical opinion, just your personal opinion, if you think those diagnoses at 12 or 13 had any sort of relationship to what later was diagnosed as gender dysphoria.

MR. KOHLI:  Objection, form, calls for legal conclusion.

BY MR. JONES:

Q.     You may answer, if you can.

A.     I'm not a medical expert.  I'm certainly aware of the fact that it's a common co-occurrence with gender dysphoria.  I personally felt the greatest relief of symptoms in my life when I started HRT from anxiety.  I believe anxiety stems from a number of locations, and I certainly believe that gender dysphoria for myself was likely involved.

Q.     And just for the record, what is HRT?

A.     Hormone replacement therapy.

Q.     And did you start that in 2016?

A.     Yes, I did.

Q.     And so what's the name of the mental health provider who diagnosed you with gender dysphoria?

A.     ███████████.

Q.     And is ████████, I assume, in ███

01:52:23
01:52:23
01:52:26
01:52:30
01:52:37
01:52:44
01:52:47
01:52:48
01:52:49
01:52:50
01:52:52
01:52:58
01:53:04
01:53:09
01:53:13
01:53:22
01:53:26
01:53:29
01:53:32
01:53:37
01:53:40
01:53:45
01:54:03
01:54:09
01:54:19

Case 3:19-cv-00328 Document 93-3 Filed 05/29/20 Page 29 of 65 PageID #: 1822
**Elite Reporting Services** (615) 595-0073
**www.EliteReportingServices.com**

```
1    ██████████ ?                                              01:54:29

2              MR. KOHLI:  Objection, form.                    01:54:29

3              THE WITNESS:  At the time that I saw her,       01:54:34

4    she was in ████████████.                                 01:54:37

5    BY MR. JONES:                                             01:54:38

6    Q.      And when was the last time you saw               01:54:40

7    ████████████ ?  Is she a doctor, ██████████ ?            01:54:43

8    A.      Yes, she holds a PhD.                             01:54:47

9    Q.      Okay.  And when was the last time you saw         01:54:49

10   ████████████ ?                                           01:54:53

11   A.      I don't recall exactly.  I believe a year        01:54:56

12   ago, maybe longer.                                       01:55:00

13   Q.      And is there any reason that you have not         01:55:05

14   seen ████████████ in a year?                            01:55:14

15             MR. KOHLI:  Again, objection, form.             01:55:22

16             THE WITNESS:  Can you be more specific          01:55:29

17   with your question?                                      01:55:30

18   BY MR. JONES:                                             01:55:31

19   Q.      Yes.  Have you completed whatever medical        01:55:31

20   treatment that you were seeing ████████████ for?        01:55:36

21   A.      I stopped seeing her largely due to just         01:55:42

22   difficulties reaching her office.  At that time, we      01:56:07

23   had scaled off therapy as I had gotten over many of      01:56:14

24   the hurdles I had struggled with.  I'm -- I don't        01:56:22

25   know if I would agree with the term "completing          01:56:26
```

**Elite Reporting Services (615) 595-0073**
**www.EliteReportingServices.com**

| | | |
|---|---|---|
| 1 | therapy" or "completing treatment." | 01:56:29 |
| 2 | Q.    Have you seen another mental health provider | 01:56:31 |
| 3 | after ████████? | 01:56:35 |
| 4 | A.    Yes, I have. | 01:56:37 |
| 5 | Q.    Who? | 01:56:37 |
| 6 | A.    I started that relatively recently.  Her name | 01:56:37 |
| 7 | is ████.  I don't recall her last name at this time. | 01:56:47 |
| 8 | I've been seeing her for reasons unrelated to gender | 01:56:52 |
| 9 | dysphoria. | 01:56:59 |
| 10 | Q.    And what are those reasons? | 01:56:59 |
| 11 | MR. KOHLI:  Objection, form. | 01:57:02 |
| 12 | BY MR. JONES: | 01:57:12 |
| 13 | Q.    Actually, strike that.  You said they were -- | 01:57:12 |
| 14 | they're unrelated to gender dysphoria, correct? | 01:57:14 |
| 15 | A.    Yes. | 01:57:17 |
| 16 | Q.    Okay.  That's fair enough. | 01:57:18 |
| 17 | And so looking back through both the | 01:57:30 |
| 18 | complaint and your declaration, you began the process | 01:57:34 |
| 19 | of transitioning in 2016; is that correct? | 01:57:39 |
| 20 | A.    Yes. | 01:57:42 |
| 21 | MR. KOHLI:  Objection, form. | 01:57:46 |
| 22 | BY MR. JONES: | 01:57:47 |
| 23 | Q.    Okay.  And according to Paragraph 11 of your | 01:57:48 |
| 24 | declaration, it states you also updated your identity | 01:57:52 |
| 25 | documents, including your driver's license, Social | 01:57:59 |

Case 3:19-cv-00328 Document 93-3 Filed 05/29/20 Page 31 of 65 PageID #: 1822
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

01:58:01

01:58:10

01:58:18

01:58:19

01:58:22

01:58:29

01:58:44

01:58:45

01:58:48

01:58:51

01:58:54

01:58:58

01:59:01

01:59:08

01:59:10

01:59:12

01:59:20

01:59:24

01:59:28

01:59:32

01:59:36

01:59:39

01:59:41

01:59:47

01:59:51

1    Security records, and passport; is that correct?

2    A.      Yes, I began that in 2016 and completed it in

3    2017.

4    Q.      Okay.  And I just want to go into some detail

5    about that.  What did you update first?

6    A.      I pursued the court order for the name and

7    gender change.

8    Q.      Okay.  And then of the identity documents

9    that you mentioned here in your declaration, your

10   driver's license, Social Security records, and

11   passport, which of those three did you have updated

12   first?

13   A.      I believe Social Security records.

14   Q.      And what was -- if you could, just explain

15   what that process involved.

16   A.      I don't recall the exact details of what the

17   process was at the time, but I went to the Social

18   Security office with the court order and my identity

19   documents, including my birth certificate, and went

20   through a process with the Social Security office.

21   Q.      Was that there in ███████████?

22   A.      Yes.

23   Q.      And was that process easy or difficult?

24           MR. KOHLI:  Objection, form.

25           THE WITNESS:  Administratively compared

| | | |
|---|---|---|
| 1 | to passport or driver's license, it was the easiest | 02:00:07 |
| 2 | of the three.  I would say in terms of difficulty, it | 02:00:10 |
| 3 | was quite difficult. | 02:00:14 |
| 4 | I had to present my birth certificate | 02:00:15 |
| 5 | with my incorrect name and incorrect gender, and I | 02:00:18 |
| 6 | had to explain myself and I had to explain | 02:00:23 |
| 7 | Tennessee's policy around this.  I think that was | 02:00:26 |
| 8 | particularly relevant in ▮▮▮▮▮▮ where birth | 02:00:31 |
| 9 | certificates can be updated relatively easily as part | 02:00:36 |
| 10 | of the court order process. | 02:00:40 |
| 11 | BY MR. JONES: | 02:00:40 |
| 12 | Q.     Do you recall any negative interactions with | 02:00:41 |
| 13 | the staff at Social Security Administration over | 02:00:44 |
| 14 | changing those documents? | 02:00:49 |
| 15 | MR. KOHLI:  Objection, form. | 02:00:52 |
| 16 | THE WITNESS:  What do you mean by | 02:00:54 |
| 17 | negative interactions? | 02:01:01 |
| 18 | BY MR. JONES: | 02:01:03 |
| 19 | Q.     Well, do you recall any details of | 02:01:03 |
| 20 | interactions with Social Security Administration that | 02:01:05 |
| 21 | you viewed as negative? | 02:01:10 |
| 22 | A.     Yeah.  I'd say some were sceptical of my | 02:01:16 |
| 23 | birth certificate in particular.  It was a while ago, | 02:01:27 |
| 24 | so I don't remember all details of that, but I | 02:01:29 |
| 25 | remember leaving with some uncertainty if I would | 02:01:34 |

Case 3:19-cv-00328  Document 91-3  Filed 05/29/20  Page 33 of 65  PageID #: 1824
Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

| | |
|---|---|
| 1 | actually be able to see my documents updated.  I felt | 02:01:38 |
| 2 | somewhat judged at the time, and I found the whole | 02:01:42 |
| 3 | negative -- I found every aspect of explaining | 02:01:49 |
| 4 | Tennessee's policy in that instance to be negative. | 02:01:54 |
| 5 | Q.    But was anyone -- any of the staff rude to | 02:01:56 |
| 6 | you or did anyone make any comments that you remember | 02:02:04 |
| 7 | in particular, or do you just have a general memory | 02:02:08 |
| 8 | of the process? | 02:02:11 |
| 9 | A.    I don't recall any specific comments.  I | 02:02:12 |
| 10 | remember it being a little tough for me. | 02:02:20 |
| 11 | Q.    And Paragraph 20 -- well, first, next | 02:02:29 |
| 12 | question, after your Social Security records, which | 02:02:40 |
| 13 | did you pursue next, the driver's license or the | 02:02:45 |
| 14 | passport? | 02:02:48 |
| 15 | A.    I don't recall. | 02:02:55 |
| 16 | Q.    Okay.  Well, let's just see what you can | 02:02:56 |
| 17 | remember about both processes separately.  Because | 02:03:02 |
| 18 | looking at Paragraph 20 of your declaration, it says | 02:03:09 |
| 19 | you have "faced invasive questioning when updating my | 02:03:18 |
| 20 | driver's license and passport," and I'm wondering | 02:03:22 |
| 21 | if -- what details you can provide about that | 02:03:28 |
| 22 | invasive questioning, as you put it. | 02:03:32 |
| 23 | MR. KOHLI:  Objection, form. | 02:03:34 |
| 24 | THE WITNESS:  Can you be more specific in | 02:03:45 |
| 25 | what -- in what context you're describing? | 02:03:58 |

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

34

```
 1  BY MR. JONES:                                    02:04:03

 2  Q.      Yes.  Well, it's your declaration which  02:04:03

 3  states that you faced "invasive questioning."  And my  02:04:05

 4  question to you is, what details do you remember  02:04:12

 5  about that invasive questioning, as you put it?  02:04:15

 6  A.      I remember in the passport office, the agent  02:04:23

 7  questioned my birth certificate.  He pointed out that  02:04:30

 8  the man -- the gender did not match my identification  02:04:34

 9  documents, and he was asking why this document I  02:04:43

10  needed to prove my identity did not match my name.  02:04:45

11  And at that point, I had to explain Tennessee's  02:04:49

12  policy.                                           02:04:52

13          I found that quite invasive.  I found that to  02:04:56

14  be close in the sense that this was already a      02:05:04

15  delicate process for me, that I felt it was already  02:05:06

16  well in line with expectations, but also because I  02:05:10

17  felt I had to justify Tennessee's policy in this  02:05:15

18  case.                                             02:05:19

19  Q.      And this was at the DMV or whatever it's  02:05:21

20  called in ███████████?                           02:05:29

21  A.      No.  The incident I was just describing was  02:05:32

22  at the passport office.                           02:05:39

23  Q.      Oh, the passport office, I'm sorry.  But that  02:05:41

24  passport office, was that in ███████████?        02:05:44

25  A.      Yes.                                      02:05:46
```

| | | |
|---|---|---|
| 1 | Q. Any other details you remember about that | 02:05:49 |
| 2 | incident with the person at the passport office? | 02:05:54 |
| 3 | MR. KOHLI: Objection, form. | 02:06:01 |
| 4 | THE WITNESS: What sort of details? | 02:06:05 |
| 5 | BY MR. JONES: | 02:06:06 |
| 6 | Q. Anything you can provide. | 02:06:07 |
| 7 | MR. KOHLI: Objection, form. | 02:06:08 |
| 8 | THE WITNESS: I'm not sure I can answer | 02:06:18 |
| 9 | without a more specific question. | 02:06:19 |
| 10 | BY MR. JONES: | 02:06:22 |
| 11 | Q. Okay. Then let's move on to the driver's | 02:06:22 |
| 12 | license. | 02:06:31 |
| 13 | What can -- what do you mean by invasive | 02:06:31 |
| 14 | questioning, as it states here in Paragraph 20 of | 02:06:34 |
| 15 | your declaration, regarding your driver's license? | 02:06:39 |
| 16 | A. I don't recall as much the incident through | 02:06:42 |
| 17 | the process of changing my driver's license at that | 02:06:53 |
| 18 | time. I recall that I had my birth certificate with | 02:06:55 |
| 19 | me. | 02:06:59 |
| 20 | Q. And you also, at that time, had the court | 02:07:02 |
| 21 | order which allowed you to change your name and | 02:07:05 |
| 22 | gender, correct? | 02:07:08 |
| 23 | A. Yes. | 02:07:10 |
| 24 | Q. Now, you have testified that you had to | 02:07:12 |
| 25 | explain, I believe is the word that you used, | 02:07:27 |

Case 3:19-cv-00328 Document 91 Filed 05/29/20 Page 595 of 679 PageID #: 18234
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    Tennessee's birth certificate policy.  My question          02:07:31
 2    is, first of all, explain -- explain what you mean by        02:07:36
 3    Tennessee's birth certificate policy.                        02:07:50
 4              MR. KOHLI:  Objection, form.                        02:07:54
 5              THE WITNESS:  I mean, in particular, that           02:08:08
 6    it was unable to be updated.                                 02:08:11
 7    BY MR. JONES:                                                 02:08:13
 8    Q.     When did you first become aware of                    02:08:13
 9    Tennessee's birth certificate policy?                        02:08:20
10    A.     I became aware of it in the process of                02:08:23
11    updating my identity documents.  There are standard         02:08:34
12    resources on how -- describing how to update my --          02:08:40
13    all documents and to update documents such as birth         02:08:45
14    certificates.                                                02:08:45
15         I recall the times that I was searching                 02:08:49
16    frantically, trying to understand how to update             02:08:52
17    Tennessee -- my birth certificate, and that is when I       02:08:54
18    first discovered Tennessee's full exclusion of              02:08:57
19    transgender people.  And I recall being quite               02:09:04
20    shocked, given that it's so unique in terms of              02:09:08
21    states, as well as nationally -- internationally.           02:09:13
22    Q.     And how -- if you recall, how did you                 02:09:18
23    actually learn about the birth certificate policy?          02:09:28
24    A.     I believe I just answered that.  Sorry.              02:09:32
25    Q.     You have to be more specific.  I mean, did           02:09:50
```

| | | |
|---|---|---|
| 1 | you do your own research or did someone else provide | 02:09:53 |
| 2 | you with information about the policy, if you recall? | 02:09:58 |
| 3 | A.     I forget what my initial source was.  I did | 02:10:06 |
| 4 | my own research at some point.  I recall using the | 02:10:09 |
| 5 | Transgender Law Center's identity documents as a | 02:10:14 |
| 6 | general resource. | 02:10:20 |
| 7 | Q.     What is the Transgender Law Center? | 02:10:22 |
| 8 | A.     I'm not sure I can personally explain it | 02:10:31 |
| 9 | well, but it is a law center that provides resources | 02:10:37 |
| 10 | for transgender people. | 02:10:41 |
| 11 | Q.     And is that there in ██████████? | 02:10:44 |
| 12 | A.     I believe it's based in Oakland. | 02:10:49 |
| 13 | Q.     Is this an online resource or you actually | 02:10:56 |
| 14 | visited an office? | 02:11:05 |
| 15 | A.     It was an online resource intended to be of | 02:11:10 |
| 16 | national use. | 02:11:13 |
| 17 | Q.     You mentioned previously that the person you | 02:11:17 |
| 18 | were in a relationship with is transgender.  How many | 02:11:41 |
| 19 | transgender people do you know? | 02:11:47 |
| 20 | MR. KOHLI:  Objection, form. | 02:11:51 |
| 21 | THE WITNESS:  I don't think I can answer | 02:11:58 |
| 22 | that question.  Given my own status, I -- I don't | 02:12:00 |
| 23 | identify my transgender status outside of people I | 02:12:05 |
| 24 | trust, who are largely close friends and other | 02:12:10 |
| 25 | situations such as that.  I don't know everyone that | 02:12:16 |

Case 3:19-cv-00328 Document 93 Filed 05/29/20 Page 38 of 65 PageID #: 1829
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | I come in contact with is transgender because they | 02:12:20 |
| 2 | don't identify themselves to be as transgender in all | 02:12:23 |
| 3 | cases. | 02:12:27 |
| 4 | BY MR. JONES: | 02:12:27 |
| 5 | Q.      Are you, yourself, a part of a transgender | 02:12:33 |
| 6 | community? | 02:12:34 |
| 7 | A.      I'm not sure what you mean with that | 02:12:38 |
| 8 | question. | 02:12:49 |
| 9 | Q.      Do you -- now, you say that you've utilized | 02:12:49 |
| 10 | the services of the Transgender Law Center.  Are | 02:12:55 |
| 11 | there any other organizations, organizations that | 02:12:59 |
| 12 | work with transgender issues, with whom you have | 02:13:06 |
| 13 | participated? | 02:13:12 |
| 14 | MR. KOHLI:  Objection, form. | 02:13:14 |
| 15 | THE WITNESS:  What do you mean by | 02:13:19 |
| 16 | participate? | 02:13:21 |
| 17 | BY MR. JONES: | 02:13:22 |
| 18 | Q.      That you've contacted, that you've gone to | 02:13:22 |
| 19 | any meetings of, that you have socialized through, | 02:13:25 |
| 20 | any sort of contact like that? | 02:13:31 |
| 21 | MR. KOHLI:  Objection, form. | 02:13:36 |
| 22 | THE WITNESS:  I'm not sure I can answer | 02:13:47 |
| 23 | that question.  I've donated to a few organizations. | 02:13:48 |
| 24 | I have contacted a handful.  I don't have full | 02:13:53 |
| 25 | recollection of those interactions. | 02:13:56 |

```
 1    BY MR. JONES:                                    02:13:59
 2    Q.    Are you a member of any organization that's  02:14:00
 3    devoted to transgender issues?                    02:14:01
 4    A.    I don't know if I'm a formal member.  As I   02:14:18
 5    said, I donate to organizations.  It might mean that  02:14:22
 6    I'm a member in some form.                        02:14:27
 7    Q.    Okay.  Who -- what are those organizations   02:14:29
 8    that you've donated to?                           02:14:30
 9              MR. KOHLI:  Objection, form.            02:14:35
10              THE WITNESS:  Can you be more specific by  02:14:37
11    what organization you mean?  You mean organizations  02:14:39
12    that might have any relevance to transgender issues  02:14:44
13    or --                                             02:14:47
14    BY MR. JONES:                                     02:14:47
15    Q.    Yes.  Yes, any organization that you have   02:14:47
16    donated to that may in some form address transgender  02:14:50
17    issues.                                           02:14:58
18              MR. KOHLI:  Objection, form.            02:15:00
19              THE WITNESS:  I feel that's too broad for  02:15:15
20    me to answer.  I can't -- can you be specific about  02:15:16
21    what type of issues?                              02:15:22
22    BY MR. JONES:                                     02:15:24
23    Q.    Well, you testified that there were some    02:15:25
24    organizations that you donated to.  And I'm just  02:15:27
25    wondering what organizations you had in mind when you  02:15:31
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

40

| | | |
|---|---|---|
| 1 | answered that question. | 02:15:34 |
| 2 | A.      I think primarily Transgender Law Center, | 02:15:39 |
| 3 | Liability Goals, and the ACLU. | 02:15:45 |
| 4 | Q.      What is your understanding of the term -- | 02:16:07 |
| 5 | terms "gender identity"? | 02:16:14 |
| 6 | MR. KOHLI:  It's subject to the standing | 02:16:18 |
| 7 | objection -- | 02:16:23 |
| 8 | MR. JONES:  Yes. | 02:16:25 |
| 9 | THE WITNESS:  I'm not an expert on such | 02:16:26 |
| 10 | terms.  I use terms such as gender identity, gender, | 02:16:29 |
| 11 | and sex interchangeably. | 02:16:33 |
| 12 | MR. KOHLI:  We've been going for an hour. | 02:16:52 |
| 13 | Just wanted to check with the witness if she'll need | 02:16:54 |
| 14 | a break, or are you good? | 02:16:56 |
| 15 | THE WITNESS:  I'm okay at the moment.  A | 02:17:03 |
| 16 | break in a little bit would be good. | 02:17:05 |
| 17 | MR. JONES:  Okay.  I may not have that | 02:17:05 |
| 18 | much more.  I know that's a lie attorneys tell, but | 02:17:07 |
| 19 | I'll try to speed it up. | 02:17:13 |
| 20 | BY MR. JONES: | 02:17:21 |
| 21 | Q.      Looking at Paragraph 168 of the complaint, | 02:17:23 |
| 22 | the amended complaint, the paragraph states, "K.N. | 02:17:28 |
| 23 | objects to the State's message that sex is determined | 02:17:38 |
| 24 | solely by the appearance of external genitals at the | 02:17:41 |
| 25 | time of birth, a message that is inconsistent with | 02:17:46 |

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | scientific and medical understanding of sex." | 02:17:52 |
| 2 | Did I read that correctly? | 02:17:54 |
| 3 | A. Yes, I believe you did. | 02:17:57 |
| 4 | Q. Okay. And my question to you is, do you | 02:18:02 |
| 5 | intend to render any opinions about what the | 02:18:09 |
| 6 | scientific or medical understanding of sex is? | 02:18:13 |
| 7 | A. I am not an expert in that field. | 02:18:18 |
| 8 | Q. I know I had asked a question before about | 02:18:25 |
| 9 | how many, but I'll ask it more generally. Besides | 02:18:37 |
| 10 | the person that you're in a relationship with, do you | 02:18:45 |
| 11 | have any friends or acquaintances who you know are | 02:18:48 |
| 12 | transgender or have a sex that's incongruent with | 02:18:55 |
| 13 | their gender identity? | 02:19:00 |
| 14 | A. Can you be more specific by what you mean by | 02:19:03 |
| 15 | friends? | 02:19:15 |
| 16 | Q. Friends or acquaintances, people that you | 02:19:16 |
| 17 | know, whether, you know, they -- assuming that they | 02:19:20 |
| 18 | disclose their status, do you have friends or | 02:19:26 |
| 19 | acquaintances who you know are transgender or have | 02:19:29 |
| 20 | sex incongruent with the gender identity? | 02:19:33 |
| 21 | MR. KOHLI: Objection, form. | 02:19:40 |
| 22 | THE WITNESS: I'm not sure I'm | 02:19:47 |
| 23 | comfortable in answering that. I'm not certain -- | 02:19:48 |
| 24 | there are certain people I know who are trans who | 02:19:52 |
| 25 | have not necessarily come out to me, simply because I | 02:19:55 |

**Elite Reporting Services** (615) 595-0073
**www.EliteReportingServices.com**

| | | |
|---|---|---|
| 1 | can -- I can identify certain features. | 02:19:58 |
| 2 | BY MR. JONES: | 02:20:02 |
| 3 | Q.     I understand. | 02:20:02 |
| 4 |       Do you know -- do you have any friends or | 02:20:06 |
| 5 | acquaintances who self identify with a gender | 02:20:10 |
| 6 | identity that is neither male nor female? | 02:20:18 |
| 7 | A.     Yes. | 02:20:29 |
| 8 | Q.     And how does that person or do those people, | 02:20:30 |
| 9 | how do they identify themselves? | 02:20:35 |
| 10 | A.     I don't necessarily know how they identify. | 02:20:49 |
| 11 | I know they prefer "they," "them" pronouns. | 02:20:52 |
| 12 |       THE WITNESS:  I would ask that we take a | 02:20:56 |
| 13 | break at this point. | 02:20:59 |
| 14 |       MR. JONES:  Okay, great.  Five minutes | 02:20:59 |
| 15 | enough or ten minutes or -- | 02:21:01 |
| 16 |       THE WITNESS:  Five minutes should be | 02:21:03 |
| 17 | enough. | 02:21:05 |
| 18 |       MR. JONES:  Okay, great.  Back in five | 02:21:05 |
| 19 | minutes.  Off the record. | 02:21:07 |
| 20 |       (Short break.) | 02:21:09 |
| 21 | BY MR. JONES: | 02:21:09 |
| 22 | Q.     When was the last time that you had to show | 02:29:55 |
| 23 | your birth certificate to anyone for official reason, | 02:29:58 |
| 24 | not just to show it to an acquaintance, but when was | 02:30:04 |
| 25 | the last time you had to show your birth certificate | 02:30:08 |

Elite Reporting Services
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | as an identity document? | 02:30:12 |
| 2 | A.     I believe when updating identity documents in | 02:30:14 |
| 3 | 2017.  I have avoided using my birth certificate, | 02:30:22 |
| 4 | given that it does not correctly identify me. | 02:30:26 |
| 5 | Q.     And you were able to obtain employment, at | 02:30:31 |
| 6 | least this last time, without your birth certificate; | 02:30:39 |
| 7 | is that right? | 02:30:43 |
| 8 | MR. KOHLI:  Objection, form. | 02:30:45 |
| 9 | THE WITNESS:  I had other documents that | 02:30:54 |
| 10 | were sufficient for the citizenship tests at my last | 02:30:56 |
| 11 | employment; however, I feel that my birth certificate | 02:31:01 |
| 12 | ultimately is in the chain of identity documents that | 02:31:06 |
| 13 | I did use obtaining my passport. | 02:31:10 |
| 14 | BY MR. JONES: | 02:31:13 |
| 15 | Q.     Where is your birth certificate now? | 02:31:14 |
| 16 | A.     I have a copy of it in a box by our safe in | 02:31:17 |
| 17 | our bedroom, along with other identity documents. | 02:31:27 |
| 18 | Q.     I'm looking at Paragraph 164 of the amended | 02:31:30 |
| 19 | complaint, which states, and I'll read it, "K.N. is | 02:31:35 |
| 20 | personally aware of the high incidence of violence | 02:31:42 |
| 21 | and harassment directed at transgender persons." | 02:31:47 |
| 22 | And I'll just stop there.  There's another | 02:31:54 |
| 23 | phrase, but I'd like to know what you personally know | 02:31:56 |
| 24 | about a high incidence of violence and harassment | 02:32:03 |
| 25 | directed at transgender persons. | 02:32:09 |

| | | |
|---|---|---|
| 1 | MR. KOHLI: Objection, form. | 02:32:12 |
| 2 | THE WITNESS: When you say personally | 02:32:17 |
| 3 | know, can you be more specific about what information | 02:32:18 |
| 4 | you're seeking? | 02:32:21 |
| 5 | BY MR. JONES: | 02:32:22 |
| 6 | Q. Well, this is the complaint, the amended | 02:32:23 |
| 7 | complaint in this cause, and this statement is | 02:32:26 |
| 8 | attributed to you. It says, "K.N. is personally | 02:32:31 |
| 9 | aware of the high incidence of violence and | 02:32:34 |
| 10 | harassment directed at transgender persons." | 02:32:38 |
| 11 | Since that statement is attributable to you, | 02:32:43 |
| 12 | my question to you is, what personal knowledge do you | 02:32:45 |
| 13 | have about that -- those issues? | 02:32:49 |
| 14 | A. I would say it's multifold. On one hand, I | 02:32:53 |
| 15 | have personally been harassed multiple occasions. I | 02:33:02 |
| 16 | have been physically threatened. My girlfriend has | 02:33:06 |
| 17 | been assaulted, generally in occasions where it was | 02:33:10 |
| 18 | clear the reason was solely because I am trans or | 02:33:14 |
| 19 | that she is trans. | 02:33:17 |
| 20 | I also follow news media around instance of | 02:33:20 |
| 21 | violence towards trans people. I'm aware of the | 02:33:26 |
| 22 | murders that are directed at trans -- murders that | 02:33:30 |
| 23 | are hate crimes as a result of someone's trans | 02:33:34 |
| 24 | status. And I am aware of situations of violence | 02:33:37 |
| 25 | that I need to avoid because of those common | 02:33:42 |

```
1    incidents.  And I would say, too, I have used those    02:33:47
2    cautions to my own good to prevent violence.          02:33:51
3    Q.      Have you ever been subjected to violence or   02:33:55
4    harassment as a result of showing your birth          02:34:00
5    certificate?                                          02:34:05
6    A.      I described the incidence already where I     02:34:08
7    showed my birth certificate.  I was not physically    02:34:21
8    assaulted in those instances, but I did feel a        02:34:23
9    certain violence just in the violation that I did     02:34:27
10   need to justify the documents.                        02:34:31
11           I would also say I have seen harassment for   02:34:35
12   showing identity documents that do ultimately stem    02:34:39
13   from my birth certificate.                            02:34:43
14   Q.      And explain what you mean by that.            02:34:45
15   A.      I have a -- before I was able to update the   02:34:52
16   details like credit cards, my driver's license,       02:34:57
17   etcetera, I had to use documents that were using      02:35:02
18   terms that were from my birth certificate, such as my 02:35:07
19   name and the gender assigned to me at birth.  And I   02:35:10
20   was harassed in instances where I had to use these    02:35:14
21   just to go about my life.  It's not directly showing  02:35:17
22   my birth certificate, but I feel it stems from it.    02:35:21
23   Q.      And what documents were those, your driver's  02:35:27
24   license or what?                                      02:35:30
25   A.      It would have largely been my driver's        02:35:33
```

Case 3:19-cv-00328 Document 91-3 Filed 05/29/20 Page 46 of 65 PageID #: 1834
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | license or credit card. | 02:35:37 |
| 2 | Q.    And I'm looking at Paragraph 19 of your | 02:35:40 |
| 3 | declaration.  It says you reasonably fear that | 02:36:03 |
| 4 | possessing a birth certificate that fails to match | 02:36:18 |
| 5 | your gender identity increases the chances that you | 02:36:22 |
| 6 | will be subjected to invasions of privacy, prejudice, | 02:36:25 |
| 7 | discrimination, distress, harassment or violence and | 02:36:29 |
| 8 | that you have taken steps to reduce those risks. | 02:36:34 |
| 9 |      My question to you based on that statement | 02:36:40 |
| 10 | is, when do you anticipate in the future that you may | 02:36:44 |
| 11 | have to show your birth certificate to anyone? | 02:36:52 |
| 12 |      MR. KOHLI:  Objection, form, calls for | 02:36:56 |
| 13 | speculation. | 02:36:59 |
| 14 |      THE WITNESS:  I don't have a full account | 02:37:10 |
| 15 | of all instances in which I might need to show my | 02:37:11 |
| 16 | birth certificate.  I feel that is speculative. | 02:37:14 |
| 17 |      Something that comes to mind would be | 02:37:19 |
| 18 | going back to the DMV to update my driver's license | 02:37:21 |
| 19 | for real ID requirements.  That would be in the near | 02:37:25 |
| 20 | future.  I'm not sure how near, given the COVID | 02:37:29 |
| 21 | crisis. | 02:37:36 |
| 22 |      I would say to that point, I don't know | 02:37:37 |
| 23 | all instances in which my birth certificate could be | 02:37:43 |
| 24 | obtained, and I don't know in which instances it | 02:37:47 |
| 25 | might come back to me.  I've taken great efforts to | 02:37:49 |

Case 3:19-cv-00328  Document 93-3  Filed 05/29/20  Page 595 of 673  PageID #: 18345
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | change my -- any identifying information using my | 02:37:53 |
| 2 | pre -- my full name, or what I sometimes refer to as | 02:37:57 |
| 3 | dead name, everywhere I could find online or | 02:38:01 |
| 4 | elsewhere. | 02:38:06 |
| 5 | BY MR. JONES: | 02:38:14 |
| 6 | Q.      When was the last time that you were in the | 02:38:14 |
| 7 | state of Tennessee? | 02:38:20 |
| 8 | A.      I'm not sure I recall the exact time, but I | 02:38:20 |
| 9 | believe it was 2014 or 2015. | 02:38:33 |
| 10 | Q.      And so why did you -- and I don't want to | 02:38:37 |
| 11 | know anything that you discussed with your lawyers, | 02:39:11 |
| 12 | so no communications with your lawyers, but you | 02:39:13 |
| 13 | personally, why did you decide to become involved in | 02:39:16 |
| 14 | this lawsuit? | 02:39:22 |
| 15 | MR. KOHLI:  Objection, and only to the | 02:39:23 |
| 16 | extent that you can do so without revealing any | 02:39:26 |
| 17 | communications you've had with the lawyers. | 02:39:29 |
| 18 | THE WITNESS:  I would say I initially was | 02:39:39 |
| 19 | interested because I was aware of Tennessee's policy. | 02:39:45 |
| 20 | I found it unfathomable, to be honest.  I don't know | 02:39:49 |
| 21 | how a policy like this can still exist.  I find it | 02:39:55 |
| 22 | extremely discriminatory. | 02:39:58 |
| 23 | I personally was motivated to become | 02:40:03 |
| 24 | involved simply because I want to update my own birth | 02:40:09 |
| 25 | certificate, and I believe that's enough reason on | 02:40:16 |

| | | |
|---|---|---|
| 1 | one hand, but I -- I find the policy unfathomable. | 02:40:18 |
| 2 | MR. JONES:  Okay.  I will pass the | 02:40:27 |
| 3 | witness if you have any questions. | 02:40:30 |
| 4 | MR. KOHLI:  So we don't have any | 02:40:32 |
| 5 | questions.  I just wanted to put it on the record | 02:40:34 |
| 6 | that we will need confidentiality designations for | 02:40:36 |
| 7 | both personal and medical information that was sought | 02:40:40 |
| 8 | during the deposition.  And we also reserve the right | 02:40:43 |
| 9 | to review and sign the deposition. | 02:40:47 |
| 10 | MR. JONES:  Thank you. | 02:41:00 |
| 11 | THE REPORTER:  Would you like the whole | 02:41:00 |
| 12 | transcript confidential? | 02:41:08 |
| 13 | MR. KOHLI:  For now, I think we -- you | 02:41:08 |
| 14 | know, we want to identify whether it's confidential | 02:41:10 |
| 15 | or AEO.  So maybe we go with the highest | 02:41:16 |
| 16 | confidentiality for now, and then we can come back | 02:41:20 |
| 17 | and visit it. | 02:41:22 |
| 18 | Is that okay, Matt? | 02:41:23 |
| 19 | MR. JONES:  That's okay. | 02:41:23 |
| 20 | MR. KOHLI:  Okay, so go with AEO for now. | 02:41:26 |
| 21 | MR. JONES:  A caveat to that is we may | 02:41:31 |
| 22 | have to revisit that quickly in light of -- I'm not | 02:41:35 |
| 23 | sure if there's anything, but if there is anything | 02:41:40 |
| 24 | that we need to put in our response to the motion for | 02:41:43 |
| 25 | summary judgement, I have to expedite that | 02:41:44 |

|   |   |   |
|---|---|---|
| 1 | designation process.  But again, I'm not positive | 02:41:50 |
| 2 | that that's the case.  I don't know that we'll have | 02:41:53 |
| 3 | the transcript by then, so I just wanted you to -- I | 02:41:56 |
| 4 | want you to be aware of that. | 02:42:02 |
| 5 | MR. KOHLI:  Okay, sounds good. | 02:42:03 |
| 6 | MR. GONZALEZ-PAGAN:  And Matt? | 02:42:06 |
| 7 | MR. JONES:  Yes. | 02:42:06 |
| 8 | MR. GONZALEZ-PAGAN:  This is Omar from | 02:42:06 |
| 9 | Lambda.  To that end, I just wanted to make sure we | 02:42:08 |
| 10 | ask for a rough of these transcripts so we can have | 02:42:11 |
| 11 | something in case you all decide to use the | 02:42:16 |
| 12 | transcript.  So I was just wondering for the court | 02:42:21 |
| 13 | reporter if we -- when would be the estimate that we | 02:42:25 |
| 14 | could get one. | 02:42:27 |
| 15 | THE REPORTER:  My question was, did you | 02:42:40 |
| 16 | want to order this expedited, Mr. Jones? | 02:42:40 |
| 17 | MR. JONES:  I think we should -- | 02:42:45 |
| 18 | THE REPORTER:  And when would you like it | 02:42:45 |
| 19 | expedited as well? | 02:42:45 |
| 20 | MR. JONES:  -- in light of our deadline | 02:42:45 |
| 21 | that's coming up. | 02:42:46 |
| 22 | THE REPORTER:  And I have on the e-mail | 02:42:        |
| 23 | the 14th.  Is that when you would like it? |  |
| 24 | MR. JONES:  Yeah, that should be good. |  |
| 25 | THE REPORTER:  And for the Plaintiffs' |  |

1    attorneys, is Mr. Kohli, is that when you would like

2    it, on the 14th, the full copy?

3                    MR. KOHLI:  Sure.                    02:43:07

4                 FURTHER DEPONENT SAITH NOT

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Elite Reporting Services*
*www.EliteReportingServices.com*

```
 1              E R R A T A   P A G E

 2        I, K.N., having read the foregoing deposition,
      Pages 1 through 49, do hereby certify said testimony
 3    is a true and accurate transcript, with the following
      changes (if any):
 4

 5    PAGE    LINE     SHOULD HAVE BEEN

 6    _____  _____     _____

 7    _____  _____     _____

 8    _____  _____     _____

 9    _____  _____     _____

10    _____  _____     _____

11    _____  _____     _____

12    _____  _____     _____

13    _____  _____     _____

14    _____  _____     _____

15    _____  _____     _____

16    _____  _____     _____

17    _____  _____     _____

18

19

20

21                     _____
                       K.N.
22

23    _____
      Notary Public
24
      My Commission Expires: _____
25
```

*Elite Reporting Services* (615) 595-0073
*www.EliteReportingServices.com*

**REPORTER'S CERTIFICATE**

STATE OF TENNESSEE

COUNTY OF SUMNER

      I, JENNY CHECUGA, Licensed Court Reporter, with offices in Nashville, Tennessee, and Registered Professional Reporter, hereby certify that I reported the foregoing teleconference deposition of K.N. by machine shorthand to the best of my skills and abilities, and thereafter the same was reduced to typewritten form by me.

      I further certify that I am not related to any of the parties named herein, nor their counsel, and have no interest, financial or otherwise, in the outcome of the proceedings.

      I further certify that in order for this document to be considered a true and correct copy, it must bear my original signature and that any unauthorized reproduction in whole or in part and/or transfer of this document is not authorized, will not be considered authentic, and will be in violation of Tennessee Code Annotated 39-14-104, Theft of Services.

JENNY CHECUGA, LCR, RPR
Elite Reporting Services
Licensed Court Reporter (TN)
Notary Public State of Tennessee

My Notary Commission Expires:  5/22/2023
LCR #690 - Expires:  6/30/2020

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1                    E R R A T A   P A G E

 2          I, K.N., having read the foregoing deposition,
        Pages 1 through 49, do hereby certify said testimony
 3      is a true and accurate transcript, with the following
        changes (if any):
 4

 5      PAGE    LINE    SHOULD HAVE BEEN

 6      __16__  __6___  remove "popping"
                        _____
 7      __17__  __10__  "negative" should be "bigoted"
                        _____
 8      __18__  __15__  "I'm in a little bit of contact with them" should be
                        _____
 9      _____  _____  "limited contact with my parents"
                        _____
10      __22__  __9___  "business" should be "systems"
                        _____
11      __23__  _20-22  remove "fairly"
                        _____
12      __29__  __7___  ██████████████████████
                        _____
13      __33__  __8___  "man" should be "agent"
                        _____
14      __35__  __12__  "all documents" should be "id documents"
                        _____
15      __35__  __21__  "nationally - internationally" should be "nationally and
                        _____
16      _____  _____  internationally"
                        _____
17      __35__  _16-17  "how to update Tennessee - my birth certificate" should be
                        _____
18                      "how to update my birth certificate with Tennessee"

19

20
                             K N
21                      _____
                        K.N.
22

23      _____
        Notary Public
24
        My Commission Expires: _____
25
```

```
 1                E R R A T A   P A G E

 2        I, K.N., having read the foregoing deposition,
        Pages 1 through 49, do hereby certify said testimony
 3      is a true and accurate transcript, with the following
        changes (if any):
 4

 5      PAGE    LINE    SHOULD HAVE BEEN

 6       39      3      "Liability Goals" should be "Lambda Legal"

 7       41      11     "'they, them'" should be "they/them"

 8       42      16     "box by our safe" should be "fire safe"

 9       46      2      "my full name" should be "my previous name"

10      _____  _____    _____

11      _____  _____    _____

12      _____  _____    _____

13      _____  _____    _____

14      _____  _____    _____

15      _____  _____    _____

16      _____  _____    _____

17      _____  _____    _____

18

19

20

21                  K N
                    _____
22                  K.N.

23      _____
        Notary Public
24
        My Commission Expires: _____
25
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KAYLA GORE, JAIME COMBS, L.G., and K.N.,

        *Plaintiffs,*

v.

WILIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health,

        *Defendants.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:19-cv-00328

Judge Eli J. Richardson
Magistrate Judge Barbara Holmes

## **ERRATA DECLARATION**

I, K.N., having read the foregoing transcript of my deposition taken on May 12, 2020, pages 1 through 49, do hereby certify under penalty of perjury under the laws of the United States of America that said deposition testimony is a true and accurate transcript, with the changes detailed on the attached errata page.

Executed on this __14__ day of May 2020.

*K N*
_____
K.N.

**Exhibits**

**Exhibit 01 - K.N.**
4:8 12:24

**Exhibit 02 - K.N.**
4:10 12:16,24
13:7 16:13

**1**

**1** 12:24

**11** 29:23

**12** 26:9,11 27:4

**13** 26:9,11 27:4

**148** 12:2,5

**14th** 48:23 49:2

**16** 13:13,14,17

**164** 42:18

**168** 39:21

**170** 12:6

**18** 13:15

**19** 13:15 45:2

**2**

**2** 12:16,24 13:7
16:13

**20** 32:11,18 34:14

**2009** 22:16,18

**2012** 10:4,24
22:18,19

**2014** 46:9

**2015** 46:9

**2016** 23:11 24:20
25:3,6,13 27:20
29:19 30:2

**2017** 30:3 42:3

**2018** 11:16

**2019** 10:13,14,16

**2020** 12:20

**27th** 12:20

**29** 12:3

**4**

**4** 12:18

**6**

**6** 12:14,15 16:14
23:7

**A**

**academic** 15:11,
23 22:8

**accepting** 23:10,
13 24:16,17

**account** 45:14

**ACLU** 39:3

**acquaintance**
41:24

**acquaintances**
40:11,16,19 41:5

**activities** 14:7
15:4,11 17:14

**add** 7:24

**additional** 7:20

**address** 38:16

**adjusting** 24:3

**administration**
22:10 31:13,20

**Administratively**
30:25

**adulthood** 16:16
24:1,6

**adults** 17:3

**AEO** 47:15,20

**affidavit** 13:8
16:14

**age** 26:7

**agent** 33:6

**agree** 8:2,5 28:25

**ahead** 7:17 8:2
9:1

**alive** 18:10

**allegations** 9:14

**allowed** 34:21

**amended** 11:24,
25 12:2 39:22
42:18 43:6

**amount** 10:21

**and/or** 26:20

**answering** 40:23

**anticipate** 45:10

**anxiety**
18:2 26:15,16,19
27:15

**appearance**
39:24

**art** 8:3

**aspect** 32:3

**aspects** 24:8

**assaulted** 43:17
44:8

**assigned** 16:17,
24 44:19

**assume** 27:25

**assuming** 40:17

**attended** 20:25

**attorney** 6:3 8:22

**attorneys** 39:18
49:1

**attributable**
43:11

**attributed** 43:8

**avoid** 24:12 43:25

**avoidant** 25:7

**avoided** 42:3

**aware** 9:8 27:12
35:8,10 42:20
43:9,21,24 46:19
48:4

**B**

**back** 19:8 20:7,16,

19 23:7 29:17
41:18 45:18,25
47:16

**background** 9:15

**Baker** 6:19

**based** 36:12 45:9

**basics** 21:25

**bedroom** 42:17

**began** 17:1 24:10,
12 29:18 30:2

**begin** 7:19

**beginning** 22:4
25:7

**behalf** 6:9,13,15,
19

**benefit** 7:5

**biological** 8:3

**birth** 16:17,25
30:19 31:4,8,23
33:7 34:18 35:1,3,
9,13,17,23 39:25
41:23,25 42:3,6,
11,15 44:4,7,13,
18,19,22 45:4,11,
16,23 46:24

**bit** 7:7,22 18:15
39:16

**boarding** 13:18,
21,22,24 15:2,16,
25 17:7,8,14,18
18:20,21,23 19:4,
7 26:3,4

**Borelli** 6:12

**born** 13:8

**Botts** 6:19

**box** 42:16

**break** 39:14,16
41:13,20

**broad** 38:19

**broke** 10:14

**business** 22:9

## C

**call** 13:7

**called** 8:16 18:2 33:20

**calls** 27:7 45:12

**card** 45:1

**cards** 44:16

**career** 22:10 24:9

**case** 8:24 33:18 48:2,11

**cases** 37:3

**cautions** 44:2

**caveat** 47:21

**center** 36:7,9 37:10 39:2

**Center's** 36:5

**central** 26:15

**certificate** 30:19 31:4,23 33:7 34:18 35:1,3,9,17, 23 41:23,25 42:3, 6,11,15 44:5,7,13, 18,22 45:4,11,16, 23 46:25

**certificates** 31:9 35:14

**chain** 42:12

**chances** 45:5

**change** 17:6 30:7 34:21 46:1

**changing** 31:14 34:17

**check** 39:13

**childhood** 24:1 25:8 26:3

**children** 17:2

**Christopherson** 6:18,19

**circumstances** 7:23

**cisgender** 11:12

**citizenship** 42:10

**clarify** 7:21 9:20 19:21

**clear** 43:18

**close** 33:14 36:24

**co-occurrence** 27:12

**coed** 13:21,23

**colleagues** 6:4

**college** 13:16 19:11 20:19,20 21:11

**comfortable** 40:23

**comments** 32:6,9

**common** 27:12 43:25

**communications** 46:12,17

**community** 37:6

**compared** 30:25

**complaint** 11:24, 25 12:2 29:18 39:21,22 42:19 43:6,7

**complete** 18:22 21:18

**completed** 7:20 28:19 30:2

**completing** 28:25 29:1

**computer** 21:1

**conclusion** 27:8

**conference** 7:6

**confidential** 47:12,14

**confidentiality** 47:6,16

**conform** 17:12,15

**connection** 16:24

**contact** 18:15 37:1,20

**contacted** 37:18, 24

**context** 32:25

**continue** 23:2

**continued** 22:20

**contractor** 10:8

**cooperate** 9:16

**copy** 42:16 49:2

**correct** 13:9 29:14,19 30:1 34:22

**correctly** 9:25 16:18 40:2 42:4

**counsel** 7:4 11:17

**couple** 6:24 7:4

**court** 8:11 9:5 11:19 30:6,18 31:10 34:20 48:12

**COVID** 45:20

**credit** 44:16 45:1

**crimes** 43:23

**crisis** 45:21

**current** 10:12

**cut** 7:12 17:13

## D

**date** 14:18 19:5

**dated** 14:22,23

**dead** 46:3

**deadline** 48:20

**deal** 17:3,5 23:23 24:2,5

**decide** 21:22 46:13 48:11

**decided** 17:18

**declaration** 12:11 13:8 16:14 20:25 23:8 29:18, 24 30:9 32:18 33:2 34:15 45:3

**Defendants** 6:5

**degree** 21:8,18,23

**degrees** 21:11

**delay** 7:7

**delicate** 33:15

**Democrats** 14:15

**DEPONENT** 49:4

**deposition** 9:10 12:16 47:8,9

**depositions** 8:8

**depression** 26:16,20

**describing** 32:25 33:21 35:12

**designation** 48:1

**designations** 47:6

**designed** 17:15

**detail** 30:4

**details** 23:17 30:16 31:19,24 32:21 33:4 34:1,4 44:16

**determined** 39:23

**devoted** 38:3

**diagnosed** 24:20 27:5,23

**diagnoses** 26:14 27:4

**diagnosis** 25:15 26:12,18,21

**difficult** 30:23 31:3

**difficulties** 24:16 28:22

**difficulty** 31:2

**directed** 42:21,25

*Elite Reporting Services*
*www.EliteReportingServices.com*

43:10,22

**directly** 44:21

**disclose** 40:18

**discomfort** 17:3

**discovered** 35:18

**discrimination** 45:7

**discriminatory** 46:22

**discuss** 13:4

**discussed** 46:11

**disorder** 26:16,20

**disputed** 8:3

**distress** 45:7

**district** 6:2 8:22

**DMV** 33:19 45:18

**doctor** 28:7

**document** 12:10, 13,19 33:9 42:1

**documents** 11:20 12:23 13:3 29:25 30:8,19 31:14 32:1 33:9 35:11,13 36:5 42:2,9,12,17 44:10,12,17,23

**donate** 38:5

**donated** 37:23 38:8,16,24

**dress** 24:11

**driver's** 22:24 23:3,5 29:25 30:10 31:1 32:13, 20 34:11,15,17 44:16,23,25 45:18

**due** 28:21

**duly** 8:16

**dysphoria** 8:4
■■■ 24:21 25:12 26:21 27:6,13,17, 23 29:9,14

---

**E**

**e-mail** 48:22

**early** 25:13

**easiest** 31:1

**easily** 31:9

**easy** 30:23

**educational** 15:6

**effeminate** 17:2, 16 23:25

**efforts** 45:25

**emotionally** 22:1

**employed** 10:7,9, 10,17 20:15

**employer** 10:11, 12,18

**employers** 10:23

**employment** 42:5,11

**end** 48:9

**ended** 20:14

**engage** 15:3

**engineer** 10:5

**engineering** 22:9

**environment** 17:9 22:3,8

**estimate** 48:13

**etcetera** 44:17

**eventually** 24:15

**exact** 10:21 21:15 30:16 46:8

**EXAMINATION** 8:19

**exclusion** 35:18

**exhibit** 11:23 12:14,15,16,24 13:7 16:13

**exhibits** 11:18

**exist** 46:21

**expectations**

---

33:16

**expedite** 47:25

**expedited** 48:16, 19

**experience** 25:16 26:18

**experiences** 25:9 26:3

■■■■■

**expert** 27:11 39:9 40:7

**explain** 9:12 16:20,22 17:22 23:12 25:25 30:14 31:6 33:11 34:25 35:2 36:8 44:14

**explaining** 32:3

**express** 22:4

**expressing** 17:1 23:24 24:10

**extent** 46:16

**external** 39:24

**extracurricular** 14:7 15:3

**extremely** 46:22

---

**F**

**faced** 32:19 33:3

**fact** 27:12

**fails** 45:4

**fair** 9:21 29:16

**fairly** 23:20

**fear** 17:12 23:24 24:2 45:3

**features** 41:1

**February** 12:20

**feedback** 7:12

**feel** 22:2 38:19 42:11 44:8,22 45:16

**feeling** 25:12

---

**felt** 16:23,25 17:3, 4,14 22:3 24:2 27:13 32:1 33:15, 17

**female** 11:11,12, 13,14 41:6

**feminine** 24:11

**field** 40:7

**find** 46:3,21 47:1

**finding** 22:8

**finishing** 22:11

**fitting** 22:2

**follow** 43:20

**forced** 17:11

**forget** 13:15,16 25:14 36:3

**form** 7:3 11:8 15:19 16:1 17:21 18:4,7,24 19:20 20:3 21:5,19 25:18 26:1,22 27:7 28:2,15 29:11,21 30:24 31:15 32:23 34:3, 7 35:4 36:20 37:14,21 38:6,9, 16,18 40:21 42:8 43:1 45:12

**formal** 38:4

**found** 32:2,3 33:13 46:20

**frame** 22:13
■■■ ■
■■■■■
■■■■

**frantically** 35:16

**friends** 36:24 40:11,15,16,18 41:4

**front** 12:13 13:3

**fronts** 23:15

**full** 9:2,3 13:13 20:12 25:14 35:18 37:24 45:14 46:2 49:2

**fully** 23:10 25:15

**future** 23:21 45:10,20

### G

**gained** 23:19

**gender** 8:4 11:7 ███,17,24 17:16 22:4 23:10,13 24:21 26:21 27:5, 13,17,23 29:8,14 30:7 31:5 33:8 34:22 39:5,10 40:13,20 41:5 44:19 45:5

**general** 6:3 8:22 25:8 26:16,19 32:7 36:6

**generally** 23:20 40:9 43:17

**genitals** 39:24

**girlfriend** 43:16

**give** 7:14 26:12

**Goals** 39:3

**Gonzalez-pagan** 6:14,15 48:6,8

**good** 8:10 39:14, 16 44:2 48:5,24

**graduate** 19:2 21:3

**graduated** 19:7

**graduating** 20:8

**great** 6:17 9:23 12:22 17:3,4 21:24 22:6 23:23 24:2,4 41:14,18 45:25

**greatest** 27:14

### H

**hair** 17:14

**hand** 17:11 43:14 47:1

**handful** 37:24

**████** ████

**happy** 9:21

**harassed** 17:2 43:15 44:20

**harassment** 42:21,24 43:10 44:4,11 45:7

**hate** 43:23

**hateful** 17:10

**head** 7:11 22:13

**headphones** 7:10

**health** 24:20,23 25:1,2,5 27:22 29:2

**hear** 7:11 14:12, 20

**hide** 17:4

**high** ████ 24 18:22 20:8 42:20,24 43:9

**highest** 47:15

**history** 25:23,24

**holds** 28:8

**home** 15:25 24:11

**homeless** 17:12

**honest** 46:20

**Hormone** 27:19

**hour** 39:12

**housekeeping** 6:24

**HRT** 27:15,18

**hurdles** 28:24

### I

**ID** 45:19

**ideas** 23:18

**identification** 33:8

**identified** 11:23 12:6,11

**identify** 9:2 16:15 36:23 37:2 41:1,5, 9,10 42:4 47:14

**identifying** 46:1

**identity** 11:7 16:24 23:10,14 29:24 30:8,18 33:10 35:11 36:5 39:5,10 40:13,20 41:6 42:1,2,12,17 44:12 45:5

**████** ████

**impossible** 23:21

**████** ████

**incidence** 42:20, 24 43:9 44:6

**incident** 33:21 34:2,16

**incidents** 44:1

**including** 29:25 30:19

**incongruent** 40:12,20

**inconsistent** 39:25

**incorrect** 31:5

**increases** 45:5

**independent** 10:7

**information** 36:2 43:3 46:1 47:7

**Infrequently** 18:15

**initial** 36:3

**initialled** 12:19

**initially** 46:18

**initials** 8:25

**instance** 32:4 43:20

**instances** 44:8, 20 45:15,23,24

**instructs** 7:16

**intend** 40:5

**intended** 26:5 36:15

**intense** 22:8

**interactions** 31:12,17,20 37:25

**interchangeably** 39:11

**interested** 46:19

**internal** 23:9,13

**internationally** 35:21

**internship** 19:10, 13,15,25 20:9,11, 21

**introduce** 6:6,7, 11

**introduced** 8:21

**invasions** 45:6

**invasive** 32:19,22 33:3,5,13 34:13

**involved** 14:16,17 23:14 27:17 30:15 46:13,24

**issued** 23:5

**issues** ████ 18:3 22:3 26:12 37:12 38:3,12,17,21 43:13

### J

**Jae** 6:4

**████** ████

**job** 10:20

**joined** 6:4

**Jones** 6:2,17,21 8:7,11,20,22 11:9 13:1 14:13,22 15:1,13,20 16:12 17:24 18:9 19:1, 17,22 20:6 21:7, 21 25:20 26:6 27:1,9 28:5,18

29:12,22 31:11,18
33:1 34:5,10 35:7
37:4,17 38:1,14,
22 39:8,17,20
41:2,14,18,21
42:14 43:5 46:5
47:2,10,19,21
48:7,16,17,20,24



**judged** 32:2

**judgement** 12:12,
16 47:25

**justify** 33:17
44:10

---
**K**

**K.N.** 8:15 9:3 12:7,
11 39:22 42:19
43:8

**Kathryn** 6:17,18



**kind** 9:14 10:14
13:2 14:4

**knowledge** 43:12

**Kohli** 6:8 8:1,10
11:8 14:11,20
15:19 16:1 17:21
18:4,24 19:20
20:3 21:5,19
25:18 26:1,22
27:7 28:2,15
29:11,21 30:24
31:15 32:23 34:3,
7 35:4 36:20
37:14,21 38:9,18
39:6,12 40:21
42:8 43:1 45:12
46:15 47:4,13,20
48:5 49:1,3

---
**L**



**Lambda** 6:13,15
48:9

**largely** 16:25 26:2
28:21 36:24 44:25

**late** 10:3

**law** 36:5,7,9 37:10
39:2

**lawsuit** 9:14
46:14

**lawyers** 46:11,12,
17

**leads** 16:13

**learn** 35:23

**leave** 21:22

**leaving** 31:25

**left** 22:14

**legal** 6:13,15
13:16 27:8

**length** 20:12

**lengthy** 23:9,13

**Liability** 39:3

**license** 22:25
23:3,5 29:25
30:10 31:1 32:13,
20 34:12,15,17
44:16,24 45:1,18

**lie** 39:18

**life** 9:15 22:7 24:8
27:14 44:21

**light** 47:22 48:20

**likewise** 7:18

**Lim** 6:5

**live** 9:25 13:11
18:12 22:18,20,21

**lived** 10:3 13:13
23:3

**located** 13:19,20

**locations** 27:16

**logged** 6:22

**long** 10:2,10,20
11:15 13:11 20:11
21:13 25:4

**longer** 28:12

**lot** 17:14 22:3

23:15,22

---
**M**

**made** 8:8 17:12

**make** 7:14 8:2
17:15 32:6 48:9

**making** 6:9

**male** 41:6

**man** 33:8

**March** 11:16

**marked** 12:23

**married** 11:1

**mask** 24:14



**match** 33:8,10
45:4

**material** 15:6

**materials** 15:11

**math** 22:13

**Matt** 6:2 8:22
47:18 48:6

**matters** 6:24

**meaningful** 24:9

**meant** 23:16

**media** 23:19
43:20

**medical** 25:7,22
26:17 27:2,11
28:19 40:1,6 47:7

**meetings** 37:19

**member** 14:15
38:2,4,6

**memory** 32:7

**mental** 24:20,23,
25 25:2,5 27:22
29:2

**mentioned** 30:9
36:17

**message** 39:23,
25

**mind** 38:25 45:17

**minutes** 41:14,
15,16,19

**misheard** 19:24

**missing** 

**moment** 39:15

**months** 10:22
25:14

**motion** 12:12,15
47:24

**motivated** 46:23

**move** 13:17 34:11

**moved** 10:24
15:25 17:6 18:21
20:7 22:17,21
24:5

**multifold** 43:14

**multiple** 43:15

**murders** 43:22

**muted** 6:22

---
**N**

**national** 
36:16

**nationally** 35:21

**nature** 16:3

**necessarily** 18:7
40:25 41:10

**needed** 18:7
33:10

**needless** 8:5

**negative** 17:10
23:18,21,22
31:12,17,21 32:3,
4

**news** 43:20

**number** 12:24
26:14 27:16

---
**O**



Case 3:19-cv-00328 Document 344-5 Filed 05/09/20 Page 61 of 65 PageID #: 18525
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

**[redacted]**

**Oakland** 36:12

**object** 7:15

**objection** 7:15,18
8:2,6,8,9 11:8
15:19 16:1 17:21
18:4,24 19:20
20:3 21:5,19
25:18 26:1,22
27:7 28:2,15
29:11,21 30:24
31:15 32:23 34:3,
7 35:4 36:20
37:14,21 38:9,18
39:7 40:21 42:8
43:1 45:12 46:15

**objections** 6:10
7:2

**objects** 39:23

**obtain** 42:5

**obtained** 45:24

**obtaining** 21:23
42:13

**occasions** 43:15,
17

**October** 10:13,
14,16

**office** 28:22
30:18,20 33:6,22,
23,24 34:2 36:14

**official** 41:23

**Omar** 6:14 48:8

**omit** 8:3

**online** 36:13,15
46:3

**opinion** 27:3

**opinions** 40:5

**opportunity** 7:14
9:13

**opposed** 15:17

**order** 17:12 24:2
30:6,18 31:10
34:21 48:16

**organization**

38:2,11,15

**organizations**
37:11,23 38:5,7,
11,24,25

---

**P**

**pain** 24:5

**paragraph** 12:2,
5,6 16:14 23:7
24:19 29:23
32:11,18 34:14
39:21,22 42:18
45:2

**parents** **[redacted]**
17:18,19,25 18:5,
10

**part** 15:12 31:9
37:5

**participate** 14:7
37:16

**participated**
37:13

**pass** 47:2

**passport** 30:1,11
31:1 32:14,20
33:6,22,23,24
34:2 42:13

**people** 6:11 23:20
24:12 35:19
36:10,19,23
40:16,24 41:8
43:21

**[redacted]**

**period** 20:5

**person** 7:2 11:6
34:2 36:17 40:10
41:8

**personal** 23:24
24:5,8 27:3 43:12
47:7

**personally** 24:10
27:13 36:8 42:20,
23 43:2,8,15
46:13,23

**persons** 42:21,25
43:10

**Phd** 28:8

**phrase** 42:23

**physically** 43:16
44:7

**plaintiff** 8:24 12:6

**Plaintiff's** 12:12

**Plaintiffs** 6:9,13,
16,20

**Plaintiffs'** 48:25

**point** 13:15 **[redacted]**
24:15 33:11 36:4
41:13 45:22

**pointed** 33:7

**policy** 31:7 32:4
33:12,17 35:1,3,9,
23 36:2 46:19,21
47:1

**popping** 16:6

**portray** 23:20

**poses** 7:18

**positive** 48:1

**possessing** 45:4

**pre** 46:2

**prefer** 41:11

**prejudice** 45:6

**present** 31:4

**prevent** 44:2

**previous** 10:20
25:16

**previously** 8:21
23:9 36:17

**primarily** 39:2

**prior** 10:17 13:24
25:23

**privacy** 45:6

**proceeding** 8:24

**process** 23:10,13
29:18 30:15,17,
20,23 31:10 32:8
33:15 34:17 35:10
48:1

**processes** 32:17

**professionals**
25:7,22

**program** 16:2
19:15 20:13 22:11

**programming**
15:5

**programs** 17:13

**pronouns** 41:11

**prove** 33:10

**provide** 32:21
34:6 36:1

**provided** 11:17,
19

**provider** 24:20,23
25:1,2,5 27:23
29:2

**pseudonym** 8:25

**public** 14:2 15:17
**[redacted]** 24:14

**Puneet** 6:5,8,23
7:14,24

**purely** 15:23

**purpose** 15:16

**pursue** 25:11
32:13

**pursued** 30:6

**pushed** 16:25

**put** 24:1 32:22
33:5 47:5,24

---

**Q**

**question** 7:13,17
9:21 14:12,21
16:20 18:19 24:22
28:17 32:12 33:4
34:9 35:1 36:22
37:8,23 39:1 40:4,
8 43:12 45:9
48:15

**questioned** 33:7

**questioning**
32:19,22 33:3,5
34:14

**questions** 8:20,

23 9:13 47:3,5

**quickly** 47:22

---

### R

**raised** 13:9

**reaching** 28:22

**read** 16:18 23:9
40:2 42:19

**real** 45:19

**reason** 21:17
28:13 41:23 43:18
46:25

**reasonings**
21:25

**reasons** 15:24
29:8,10

**recall** 20:12 26:8
28:11 29:7 30:16
31:12,19 32:9,15
34:16,18 35:15,
19,22 36:2,4 46:8

**receive** 21:8

**received** 26:14

**recently** 29:6

**recognized** 23:11

**recognizing** 24:4

**recollection**
21:24 37:25

**record** 6:10 7:16
27:18 41:19 47:5

**records** 30:1,10,
13 32:12

**redact** 9:6

**redacted** 9:1

**reduce** 45:8

**refer** 25:1 46:2

**referring** 11:18
20:5

**refers** 12:7

**related** 26:20,24

**relationship**
11:3,6,15 27:5

36:18 40:10

**relevance** 38:12

**relevant** 31:8

**relief** 27:14

**remember** 10:21
14:16 21:15
31:24,25 32:6,10,
17 33:4,6 34:1

**remotely** 7:1

**removed** 17:8

**render** 40:5

**repeat** 14:11,21
15:9

**replacement**
27:19

**reporter** 8:11 9:6
11:19 15:8 19:12
47:11 48:13,15,
18,22,25

**representing** 6:5

**requirements**
45:19

**research** 36:1,4

**reserve** 47:8

**reserved** 7:2

**residence** 13:14,
16

**resource** 36:6,13,
15

**resources** 35:12
36:9

**response** 47:24

**rest** 19:19

**restrictive** 17:13

**result** ▆ 43:23
44:4

**revealing** 46:16

**review** 47:9

**revisit** 47:22

▆▆▆▆▆

**risks** 45:8

**roadmap** 13:4

**rough** 48:10

**rude** 9:4,7 32:5

---

### S

**safe** 42:16

**SAITH** 49:4

▆▆▆

▆▆▆

▆▆

**Sara** 6:4

**scaled** 28:23

**sceptical** 25:22
31:22

**school** 13:18,21,
22,24,25 14:2,3▆
▆8,▆,24 15:2,5,
12,16,18,25 16:2,
17:7,8,15,19
18:20,21,22,23
19:5,7 20:8,16,18,
19 26:4

**science** 21:2

**scientific** 40:1,6

**screen** 9:18,19

**scrolling** 12:5

**searching** 35:15

**Security** 30:1,10,
13,18,20 31:13,20
32:12

**Sedgwick** 6:4

**seeking** 43:4

**send** ▆ 17:18

**sense** 22:6 33:14

**sentence** 23:8

**separate** 14:4

**separately** 32:17

**services** 37:10

**sex** 8:3 13:22
39:11,23 40:1,6,

12,20

**shame** 23:24

**she'll** 39:13

**shocked** 35:20

**short** 41:20

**show** 41:22,24,25
45:11,15

**showed** 44:7

**showing** 44:4,12,
21

**siblings** 18:17

**sign** 47:9

**signed** 12:19

**simply** 24:12
40:25 46:24

**single** 13:21

**situations** 36:25
43:24

**skills** 22:9

**slowly** 7:9

**social** ▆ 18:2
26:15,19 29:25
30:10,13,17,20
31:13,20 32:12

**socialized** 37:19

**software** 10:5

**solely** 39:24
43:18

**someone's** 43:23

**sort** 13:4 26:12
27:4 34:4 37:20

**sorts** 19:15

**sought** 47:7

**sound** 7:8

**sounds** 8:10 48:5

**source** 36:3

**sources** 23:19

**speak** 7:9 18:6

**speaking** 7:19

**specific** 11:22
15:22 18:25 21:6,

Case 3:19-cv-00328 Document 59-20 Filed 05/08/20 Page 64 of 66 PageID #: 1847

20 24:24 25:19 28:16 32:9,24 34:9 35:25 38:10, 20 40:14 43:3

**speculation** 45:13

**speculative** 45:16

**speed** 39:19

**spoken** 7:8

**staff** 31:13 32:5

**standard** 35:11

**standing** 8:2,6 39:6

**start** 19:11 24:22, 25 26:7 27:20

**started** 6:24 7:5 20:18,20 25:6 26:10 27:14 29:6

**state** 6:3 23:5 46:7

**State's** 39:23

**statement** 43:7, 11 45:9

**states** 16:15 20:25 29:24 33:3 34:14 35:21 39:22 42:19

**status** 36:22,23 40:18 43:24

**staying** 15:17

**stem** 44:12

**stems** 27:15 44:22

**steps** 45:8

**stereotypes** 23:22

**stipulation** 6:25

**stop** 42:22

**stopped** 28:21

**strike** 29:13

**struggled** 28:24

**struggling** 22:7

24:7

**studied** 21:1

**subject** 39:6

**subjected** 44:3 45:6

**sufficient** 42:10

**summary** 12:12, 15 47:25

**summer** 20:2,9, 13,15,17,18,21

**summers** 19:9, 18,25

**support** 12:11 18:7

**supportive** 17:19 18:1

**survive** 24:2

**swear** 7:25 8:12

**sworn** 7:1 8:17

**symptoms** 27:14

**system** 14:2

**T**

**talk** 14:5 18:14

**talking** 26:17

**Tara** 6:12

**ten** 41:15

**Tennessee** 6:3 13:9,12 23:6 35:17 46:7

**Tennessee's** 31:7 32:4 33:11, 17 35:1,3,9,18 46:19

**term** 25:14 28:25 39:4

**terms** 8:3 16:9 21:15 31:2 35:20 39:5,10 44:18

**terrible** 22:14

**testified** 8:17 17:17 22:17 25:21 34:24 38:23

**tests** 42:10

**therapeutic** 16:3 26:5

**therapist** 26:7,11

**therapists** 25:9, 17,23

**therapy** 27:19 28:23 29:1

**thing** 24:8

**things** 7:4 8:4 17:11

**threatened** 43:16

**time** 7:21 10:21 13:13 17:17,20 18:8 19:4,19 20:1, 4 22:13 24:20 25:8,10 26:10 28:3,6,9,22 29:7 30:17 32:2 34:18, 20 39:25 41:22,25 42:6 46:6,8

**times** 35:15

**titled** 12:11

**today** 6:4 8:23 11:18 12:17 13:5

**tough** 32:10

**trans** 23:20 25:10 40:24 43:18,19, 21,22,23

**transcript** 47:12 48:3,12

**transcripts** 48:10

**transgender** 11:12,14 16:15 23:11,17 24:17 35:19 36:5,7,10, 18,19,23 37:1,2,5, 10,12 38:3,12,16 39:2 40:12,19 42:21,25 43:10

**transition** 23:18 24:16

**transitioning** 29:19

**treatment** 25:11 28:20 29:1

**trigger** 8:5

**trust** 36:24

**type** 38:21

**U**

**ultimately** 24:17 42:12 44:12

**unable** 35:6

**uncertainty** 17:5 31:25

**uncomfortable** 16:16,21 18:2 24:13

**understand** 8:9, 23 9:20,25 15:14 23:16 25:11 35:16 41:3

**understanding** 12:7 39:4 40:1,6

**unfathomable** 46:20 47:1

**unique** 35:20

███████ ███ ███

**unrelated** 29:8,14

**unusual** 9:17

**update** 30:5 35:12,13,16 44:15 45:18 46:24

**updated** 29:24 30:11 31:9 32:1 35:6

**updating** 32:19 35:11 42:2

**utilized** 37:9

**V**

**video** 7:6

**viewed** 31:21

**violation** 44:9

**violence** 42:20,24 43:9,21,24 44:2,3,

9 45:7

**visit** 47:17

**visited** 36:14

**voice** 7:11

---

### W

**walls** 24:1

**wanted** 9:7 16:8
25:11 39:13 47:5
48:3,9

**ways** 17:2,9 24:11

**wearing** 24:14

**weird** 7:10

**witness's** 7:5

**wondering** 25:24
32:20 38:25 48:12

**word** 34:25

**words** 7:7

**work** 37:12

---

### Y

**year** 10:22 20:19
22:12,14 28:11,14

**years** 21:16

**Young** 14:15

*Elite Reporting Services (615) 595-0073 Your*
*www.EliteReportingServices.com*