# Exhibit G

Deposition Transcript of Dr. Anthony Trabue, M.D.

**In The Matter Of:**

*Kayla Gore v.*
*William Byron Lee*

---

*Anthony Traube, PH.D.*
*May 21, 2020*

---



*Min-U-Script® with Word Index*

1          UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF TENNESSEE
2                NASHVILLE DIVISION

3    ------------------------X

4    KAYLA GORE; JAIME COMBS; :

5    L.G.; AND K.N., :

6                        Plaintiffs,   :   Case No.

7        v. :   3:19-CV-00328

8    WILLIAM BYRON LEE, in his official :

9    capacity as Governor of the State of   :

10   Tennessee; and LISA PIERCEY, in her    :

11   official capacity as Commissioner of the :

12   Tennessee Department of Health,    :

13                        Defendants.    :

14   ------------------------X

15

16        REMOTE VIDEOTAPED DEPOSITION OF

17              ANTHONY TRABUE PhD

18            Thursday, May 21, 2020

19                  Tennessee

20                12:00 noon

21

22   Job No.:   2020-85188

23   Pages:  1 - 110

24   STENOGRAPHICALLY REPORTED BY:

25   GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR

1      Deposition of ANTHONY TRABUE, held remotely,

2  via videoconference at:

3

4

5      Tennessee

6

7

8

9      Pursuant to agreement, before Giselle

10  Mitchell-Margerum, Registered Professional Reporter,

11  Certified Reporting Instructor, Licensed Court Reporter

12  (TN), Certified Court Reporter (GA), and Notary Public

13  (Washington, D.C.).

14

15

16

17

18

19

20

21

22

23

24

25

Case 3:19-cv-00328   Document 93-8   Filed 05/29/20   Page 4 of 136 PageID #: 1860

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFFS:
 3             MERCHANT & GOULD P.C.
 4             JOHN WINEMILLER, ESQ.
 5             800 S. Gay Street, Suite 2150
 6             Knoxville, TN 37929
 7             (865) 380-5960
 8
 9   ON BEHALF OF DEFENDANTS:
10             OFFICE OF THE ATTORNEY GENERAL OF TENNESSEE
11             DIANNA BAKER SHEW, ESQ.
12             PO Box 20207
13             Nashville, TN 37202
14             (615) 532-1969
15
16   ALSO PRESENT:
17             OMAR GONZALEZ-PAGAN
18             SASHA BUCHERT
19             PUNEET KOHLI
20             SARA SEDGWICK
21             SUNG JAE LIM
22             DANIEL BURKE
23
24
25
```

1              W I T N E S S   I N D E X

2

3    Witness Page

4

5    ANTHONY TRABUE PhD (sworn) ....................7

6

7        Examination by JOHN WINEMILLER  ..........7

8

9        Re-Direct Examination by DIANNA SHEW  ...106

10

11       Further Examination by JOHN .............106
     WINEMILLER
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    E X H I B I T   I N D E X

2

3      No. Description Page

4

5      Exhibit 2      Defendants' Additional .........18
    Expert Disclosure
6

7      Exhibit 1      Deposition Notice of Dr. .......19
    Anthony Trabue, M.D.
8

9      Exhibit 3      Declaration of Dr. Anthony .....23
    E.D. Trabue, M.D.
10

11     Exhibit 4      Curriculum Vitae -- Dr. ........40
    Anthony Trabue, M.D.
12

13     Exhibit 5      Curriculum Vitae -- Dr. ........40
    Anthony Trabue, M.D.
14

15     Exhibit 6      Committee on Adolescent ........49
    Healthcare of the ACOG -- Committee
16     Opinion

17

18

19

20

21

22

23

24

25

```
 1                P R O C E E D I N G S

 2      (Witness sworn.)

 3                    MR. WINEMILLER:  Thank you.

 4           Couple stipulations before we start.

 5           Counsel have stipulated that all

 6           objections are reserved, except as to

 7           form.

 8                Is that right, Ms. Shew?

 9                    MS. SHEW:  That's correct.

10                    MR. WINEMILLER:  Okay.  And,

11           also, this deposition will not be

12           recorded.

13                Dr. Trabue, good afternoon.  Would

14           you --

15                    THE WITNESS:  Good afternoon.

16                    MR. WINEMILLER:  I'm John

17           Winemiller.  I represent the plaintiffs

18           in this matter.  And I'm accompanied

19           today -- at least, virtually, I am, by

20           Omar Gonzalez-Pagan, Sasha Buchert, and

21           Puneet Kohli.

22                    THE WITNESS:  Okay.

23                    MR. WINEMILLER:  Counsel, would

24           you make appearances?

25                    MS. SHEW:  Yes.  Dianna Shew,
```

1          with the Attorney General's office, on

2          behalf of the defendants.  Accompanied

3          today by my colleagues, Sara Sedgwick,

4          and Jae Lim.

5                    MR. WINEMILLER:  All right.

6                    ANTHONY TRABUE PhD

7     Having been duly sworn testified as follows:

8     EXAMINATION BY MR. WINEMILLER:

9          Q.   Dr. Trabue, would you state your

10    full name for the record, please?

11         A.   Anthony Edward Dupuy -- that's

12    D-U-P-U-Y -- Trabue.  I usually don't use that

13    last one.  That was a bonus given by my

14    parents in 1948.  So I have to own it.

15         Q.   Well, it's a good southern name.  I

16    appreciate it.

17         A.   Yeah.

18         Q.   Would you provide your address for

19    the record, please?

20         A.   It is 2201 Murphy Avenue, Suite 104,

21    in Nashville.

22         Q.   And that's your business address?

23         A.   Yes.

24         Q.   Thank you.  Couple of ground rules

25    to this deposition, just to try to make it go

1     as smoothly as possible.

2                     Probably the first, and most

3     important one, is that you and I need to work

4     very hard not to speak on top of each other,

5     because the court reporter is taking every

6     word we say down, and we would like to have a

7     clean record.

8                     So, I am going to ask you to

9     wait to begin your answer until I finish my

10    question.  And I'll attempt to wait until you

11    are finished with your answer before I ask the

12    next question.

13                    And I understand that with

14    video, there is sometimes a lag, and I'll

15    apologize in advance if I step on your toes.

16    And I'll just be quiet and let you finish your

17    answer and then proceed.

18                    Does that sound good to you?

19         A.   I'll try not to step on yours

20    either.  We can get this done.

21         Q.   Okay.  This isn't a marathon.  If

22    you need to take a break at any time, just

23    please let me know.  The only stipulation I

24    would have is that we need to have you answer

25    whatever question is on the floor before we

1    take that break.

2         A.   Yes.

3         Q.   Okay?

4         A.   Yes.

5         Q.   Okay.  And your attorney, Ms. Shew,

6    may have some objections.  Unless she

7    instructs you to answer -- excuse me -- not to

8    answer a question, you need to answer my

9    questions, even if she objects.

10                   Is that clear?

11        A.   Clear.

12        Q.   Okay.  Will you tell me if you do

13   not understand any question of mine?

14        A.   I will.

15        Q.   Will you tell me if my question is,

16   in your mind, ambiguous in any way?

17        A.   I will.

18        Q.   Will you tell me if you need more

19   information to answer any question I ask

20   today?

21        A.   Yes.

22        Q.   Will you make every effort today to

23   answer all my questions, fully and completely?

24        A.   As much as I can, yes.

25        Q.   Thank you.  Will you make every

1    effort to answer all my questions accurately

2    and honestly?

3         A.   Yes.

4         Q.   Is there any reason why you can't do

5    all these things I've just asked about?

6         A.   None.

7         Q.   Have you taken any medications today

8    that would prevent you from giving true,

9    accurate, and complete testimony today?

10        A.   No.

11        Q.   Seeing that you're wearing your

12   scrubs, I think that's a good answer to hear.

13        A.   Yes.

14        Q.   Thank you.  Now, Dr. Trabue, you've

15   served as an expert witness several times,

16   haven't you?

17        A.   Yes.

18        Q.   Approximately how many times have

19   you served as an expert witness?

20        A.   I really do not know, and I don't

21   know how to answer that for you.  I've done

22   this since the 1980s, and that's a long time.

23   I would think -- now, I haven't been in a

24   courtroom in at least 10 years, as far as

25   testifying.

1          I've probably testified in a

2     courtroom eight or 10 times over 40 years.

3     But it's been a while.  And that's as best I

4     can tell you.

5          I get cases handed me all the time,

6     but most of these are opinions that I have

7     rendered back to the attorneys, and that's the

8     end of that.

9          But, yeah.  I'll probably get -- I

10    don't know -- nine or 10 cases given to me a

11    year, just to study it and render an opinion.

12    And that's -- that's -- that's a pretty

13    important job sometimes; just to tell the

14    lawyer what I think about the case.

15          But, as far as going to deposition,

16    it's probably been at least five years or more

17    since I've done a deposition.  Maybe more than

18    that.  And it's been twice that long since

19    I've been in the courtroom.

20          So, of course, they don't go to

21    court all that much.  So that's the best

22    answer I can give you.

23          My father and brother were

24    attorneys, and I met lawyers when I was young,

25    and I worked with them off and on since the

1    early '80s, really.  That's the best answer I

2    can give you.

3         Q.   Okay.  And these multiple times a

4    year in which you're handed a case to offer an

5    opinion, what types of cases are these?

6         A.   Virtually -- well, I would say, 90

7    percent medical malpractice; and 10 percent

8    injury cases, where a woman in a wreck, or an

9    accident of some sort, would be pregnant.  So,

10   I would get those two types of cases.

11        Q.   Have you ever offered -- excuse

12   me -- have you ever served as an expert

13   witness in any type of a case, other than a

14   medical malpractice case or a personal injury

15   case?

16        A.   That's right.  I was an expert in

17   an -- a case in the early '90s for the state

18   of Tennessee.  That's right.  It's about

19   abortion policies.  That was almost 30 years

20   ago.  Right.

21        Q.   Is that the case of Planned

22   Parenthood of Middle Tennessee v. Sundquist?

23        A.   Probably.

24        Q.   Okay.  And did it concern the

25   parental consent provision of Tennessee's

1    abortion statute at the time?

2        A.   It was parental consent, and the

3    doctor needs to talk to the patient before

4    they operate on them.  And -- I forget, there

5    was two or three points that were involved.

6    It's been a while.

7        Q.   Okay.  I just wanted to make sure

8    we're talking about the same case.

9        A.   Yes.

10       Q.   Now, where have you given the expert

11   testimony, or -- excuse me -- where have you

12   served as an expert witness over these -- over

13   the course of your career?

14                And by "where," I mean in which

15   counties.

16       A.   I think all the times I've been in

17   court, it's either been in Nashville or

18   Franklin.  I'm not even sure I've been in

19   court in Franklin.  I would say probably

20   Nashville.

21       Q.   Okay.  And is that state court?

22       A.   You know, you're the lawyer.  I go

23   where they take me, you know.  I don't keep a

24   record of all these things.

25       Q.   Okay.  To your recollection, have

1     you ever been an expert in a case that was

2     filed in federal court?

3           A.    I do not know.

4           Q.    Okay.  And in the cases where you've

5     served as an expert witness in a medical

6     malpractice matter, do you generally serve as

7     an expert on the plaintiff's side, or the

8     defendant's side?

9           A.    Mostly defendant.  I probably

10    haven't -- and, again, I've never been to

11    court on a plaintiff's case, because they've

12    been settled.  But I have -- I've rendered

13    opinions on plaintiff's cases over the years.

14                I'd say probably 90/10 defendant.

15    But, a few of both -- a few plaintiff's, here

16    and there.

17          Q.    Okay.  And is that of the medical

18    malpractice cases, or the --

19          A.    Medical malpractice.

20          Q.    Okay.  And how about the personal

21    injury cases?

22          A.    Oh, they're always on the -- on the

23    plaintiff's side.

24          Q.    Okay.

25          A.    They would all be --

1        Q.    Thank you.

2        A.    -- for the woman's attorney.  Right.

3        Q.    Okay.  You mentioned going to court.

4    And when you went to court, did you give sworn

5    testimony in court?

6        A.    Yes.

7        Q.    Okay.  And have you given sworn

8    testimony through the form of a declaration

9    before?

10       A.    Excuse me?  The declaration?

11       Q.    Have you signed a declaration under

12   oath in -- that states your opinion?

13       A.    You'd have to ask Ms. Shew.  I've

14   signed something and faxed it to her.  I did.

15   Is that -- is that what you're talking about?

16       Q.    I'm actually asking about these

17   other cases that you have testified to serving

18   as a witness in.

19       A.    Yes.

20       Q.    In those cases, did you submit a

21   signed, sworn declaration?

22       A.    I can't answer that.  You'd have to

23   ask the lawyers.  Dixie Cooper, or people that

24   have used me.  You know.

25               I'm sorry.  I just -- I don't --

1    nobody told me that I was doing the wrong

2    thing when I -- when I ever went to a

3    courtroom.

4        Q.   Yeah.  And I'm not suggesting that,

5    Dr. Trabue.

6        A.   Yes.

7        Q.   I'm just asking some background

8    questions.  Have you given testimony at a

9    deposition, like we're in today, before?

10       A.   I've never given one on Zoom, if you

11   ask that.  I've always done it in person.

12       Q.   Okay.  About how many times have you

13   given testimony in a deposition?

14       A.   I would say maybe 20.  Maybe --

15   maybe more than that.  It's been a long time.

16   It's been -- this is the first deposition I

17   think I've given in over five years.

18       Q.   Okay.  Thank you.  Have you ever

19   given sworn testimony on an occasion other

20   than when you were serving as an expert?

21       A.   Not that I know of.

22       Q.   Has a court ever excluded your

23   opinion testimony?

24       A.   Not that I know of.

25       Q.   Okay.  Has a court ever limited the

1    scope of your opinion testimony?

2         A.    I don't know.

3         Q.    Okay.  Have you personally been

4    involved in lawsuits as a party?

5         A.    No.

6         Q.    Okay.  We have a number of -- oh,

7    please go ahead.

8         A.    I have -- I have had malpractice

9    suits filed on me, so I would be a party in --

10   two different times -- two times that I can --

11   I've had other cases that were filed and

12   quickly withdrawn, that I never did anything

13   with.

14              But there've been two times that

15   I've given depositions when I was a defendant.

16        Q.    Okay.  Do you remember the years of

17   those cases?

18        A.    Well, the first would be in the

19   early '80s.  I'm thinking '82 or '83.  And the

20   second one would have been about 20 years ago,

21   in 2001.  Sometime like that.

22        Q.    And those were both medical

23   malpractice cases?

24        A.    Yes, Sir.

25        Q.    Okay.  Thank you.  We have pre --

Case 3:19-cv-00328   Document 93-8   Filed 05/29/20   Page 19 of 136 PageID #: 1875

1       premarked a number of exhibits.  And I

2       understand you don't have printed copies of

3       them.  So what we'll do is, we have a way of

4       putting them up on the screen --

5            A.   Actually, I have my -- I've got them

6       emailed to me.  I can pull up whichever one

7       you want me to pull up.

8            Q.   Oh.  Good.  Well, let's do that.

9       Let's start, actually, with what's been

10      labeled "Exhibit 2."  This is titled,

11      "Defendants' Additional Expert Disclosure."

12           (Exhibit 2 marked for identification)

13           A.   Just a second.  Let me just -- okay.

14      Now -- okay.  I've got -- I've actually opened

15      one and two that really -- is that where you

16      want me right now?

17                What would you like me to look at?

18           Q.   Let's start with two and then we're

19      going to go to one.

20           A.   Okay.  I've got two.

21           Q.   Okay.  So, I'll represent to you

22      that this is a document filed by the

23      defendants, called, "Defendants' Additional

24      Expert Disclosure."  And, as you can see

25      there, the defendants -- right.

1                    "Defendants hereby disclose

2       that they intend to call Dr. Anthony E.D.

3       Trabue, M.D. to testify as an expert witness

4       at the trial of this action."

5            A.   I see it.

6            Q.   Do you see that?

7            A.   Yes.

8            Q.   Okay.  And do you understand that

9       you are here because you have been identified

10      as an expert witness on behalf of the

11      defendants in this case?

12           A.   Yes.

13           Q.   Okay.  Now, if you would look at

14      Exhibit 1?

15           A.   Yes.

16           (Exhibit 1 marked for identification)

17           Q.   And you understand that this is a

18      Deposition Notice for your deposition here

19      today?  Is that right?

20           A.   That's right.

21           Q.   All right.  And you understand

22      you're giving testimony today for use in the

23      lawsuit of Gore v. Lee et al.?

24           A.   Right.

25           Q.   Okay.  In your own words,

1    Dr. Trabue, what is this lawsuit about?

2        A.   I was approached by one of the

3    state's attorneys, if I would be willing to

4    discuss the nature of a birth certificate.

5    And this attorney was given my name by, I

6    think, either a patient, or a parent of a

7    patient, or a friend of a patient, that knew

8    me and knew that I'd done some legal

9    consultations.

10            And that was -- this attorney just

11   was -- and he came and asked me if I would

12   look at it, and I said that I would.

13   That's -- that's how it started.

14       Q.   Okay.  And when was that?

15       A.   It was probably in the last several

16   months.

17       Q.   And who was the attorney that

18   approached you?

19       A.   It's Dr. Jae Lim.

20       Q.   Okay.

21       A.   I mean Mr. Jae Lim.  Yes.

22       Q.   And these next questions, I'm not

23   going to ask you about the substance of your

24   discussions with the defense counsel.  They

25   are more background fact questions.

1             So, my question is, how many

2     times have you spoken with defense counsel

3     about this case?

4          A.   Well, I'll say three times.  The

5     first with Mr. Lim.  The second with Mr. Lim

6     and one of his associates.  I'm not sure if

7     there was Ms. Shew, or one of the other ones.

8             And the third one was a -- a call

9     with Dr. -- with Mr. Lim and Ms. Shew, and

10    another associate.  I think three different

11    times.

12         Q.   Do you recall when those three

13    conversations took place?

14         A.   Well, I think the last one was

15    Monday, I think.  And then I think there was

16    one about a week ago -- maybe two weeks ago.

17    It was in the last week or two.  And then the

18    first one was several months ago.

19         Q.   Dr. Trabue --

20         A.   I think -- I guess this is -- I'm

21    just looking.  This is dated March 19th.  So

22    that would be probably a week or so after my

23    first conversation with Mr. Lim, I would

24    think.

25         Q.   Okay.  Dr. Trabue, what did you do

1    to prepare for today's deposition?

2        A.    Just about nothing.  I just looked

3    at -- I looked over what I was -- what I had

4    said in my -- in my -- what we've sent you

5    all.  What -- my declaration.  I just looked

6    at it.  Looked at it again.

7        Q.    Did you look at any other documents?

8        A.    No, Sir.

9        Q.    Okay.  Before your work on this

10   case, had you ever worked with the Office of

11   the Attorney General for the State of

12   Tennessee?

13       A.    If that case -- in the Sundquist

14   case you mentioned, that would have been the

15   only one.

16       Q.    Okay.  And before you worked on this

17   case, have you ever had -- have you ever

18   worked with any of the attorneys -- Ms. Shew,

19   Mr. Lim, or the other person you met with --

20   outside of their roles with the state?

21       A.    No, Sir.

22       Q.    And --

23       A.    I'm sorry.  I would just say I'm

24   terrible with names.  And I'm embarrassed that

25   I can't remember the other one's name.  But

1    there were two ladies and one man that I've

2    talked to.

3         Q.   Okay.

4         A.   The other woman, I can't -- I can't

5    remember.

6         Q.   Was it Ms. Sedgwick?

7         A.   That sounds right.

8         Q.   Okay.

9         A.   When you get to be my age, you'll

10   know what I'm talking about.  You remember

11   faces, but not names.  So...

12        Q.   Fair enough.  Fair enough.  Other

13   than the work on the Sundquist case that

14   you've testified about earlier, have you done

15   any other work for the state of Tennessee?

16        A.   No, I have not.

17        Q.   Okay.  Would you look, Sir, at

18   what's been marked as "Exhibit 3?"  This is

19   the "Declaration of Dr. Anthony E.D. Trabue,

20   M.D.."

21        (Exhibit 3 marked for identification)

22        A.   Okay.

23        Q.   Is this, in fact, the declaration

24   that you signed?

25        A.   Yes.

1       Q.    Okay.

2       A.    I do have a copy of it here.  Right.

3       Q.    And it is five pages long.  Is that

4   correct?

5       A.    Correct.  Yes, Sir.

6       Q.    And it has 26 numbered paragraphs?

7       A.    Yes.

8       Q.    And I'm looking at page two.  Does

9   your copy have two paragraphs that are each

10  numbered "8?"  The Paragraph --

11      A.    Yes.

12      Q.    Okay.

13      A.    There are two "eights" here.

14      Q.    Those things happen.  Can we agree

15  to refer to the first paragraph eight as "8A,"

16  and the second paragraph eight as "8B?"

17      A.    Okay.

18      Q.    Okay.  That will make things a

19  little bit easier.  And, Dr. Trabue, can you

20  confirm that the last page of the PDF -- which

21  is actually the sixth page of this exhibit --

22  bears your signature?

23      A.    That is my signature.

24      Q.    And you dated this document on the

25  14th day of May.  Is that correct?

Case 3:19-cv-00328   Document 93-8   Filed 05/29/20   Page 26 of 136 PageID #: 1882

1          A.    Yes, Sir.

2          Q.    Is that the approximate date of the

3    second time you spoke with the lawyers on the

4    state side?

5          A.    It would have been a day or so after

6    that, maybe.  I mean -- I don't know what you

7    mean by "conversations."  If it means like,

8    "I'm going to send you something;" and I say

9    yes.  And then they send me something, and

10   then I'll say, "I'm sending it back."  And

11   they'll say, "Okay."

12              I don't -- we've had more than three

13   conversations.  But, as far as substantive

14   conversations, I think there've been three.

15         Q.    Okay.  Thank you for that

16   clarification.

17         A.    Yes.

18         Q.    Do you recall whether the second of

19   those substantive conversations occurred

20   around May 14th?

21         A.    I think it was -- it was maybe

22   before then.  It was in my office.

23         Q.    Okay.

24         A.    And you -- it was in my office

25   with -- with Mr. Lim and one of the other

1    ladies.  And it was -- it was -- I can't tell

2    you the date -- you know.  I might be able to

3    tell you the date.

4              I mean, they may have the date on

5    their books, but -- okay.  I've got something

6    down on April 22nd.  And that -- I haven't

7    talked to any other lawyers but these people

8    for the last month or two.

9              So, something happened April 22nd,

10   at 2:30 in the afternoon.  And then we dated

11   this other one March 19th.  So it would have

12   been probably the week leading up -- okay.

13             I had an 8:30 office meeting on -- I

14   see an 8:30 office meeting on February 14th.

15   And then, I have a 1:00 o'clock meeting with

16   lawyers on February 27th.

17             So, the February 14th meeting was

18   probably Mr. Lim.  And the 27th was the

19   afternoon when I met with several lawyers.

20   And then, the teleconference was -- so there

21   may have been four.

22             The teleconference was Monday.  And

23   then there may have been a -- what looks like

24   a teleconference happened on April 22nd with

25   the lawyer.  And that would have been them.

1    So that's -- that's as best I can tell you,

2    Sir.

3        Q.    That's very precise, and I

4    appreciate that.

5        A.    Yes, Sir.

6        Q.    Is the document that's marked as

7    "Exhibit 3" the only expert report you have

8    prepared in this case?

9        A.    Yes.

10        Q.    And this document, Exhibit 3, is

11    titled, "Declaration."  Is that correct?

12        A.    Yes.

13        Q.    Okay.  And you -- but you also

14    signed a report on March -- in March --

15    March 21st.  Is that correct?

16        A.    Mine's dated March 19th.  Probably

17    the same report.

18        Q.    Okay.

19        A.    Actually, it says "March 23rd" on

20    the back.  I signed it -- I guess I -- maybe

21    they gave it to me on the 19th and maybe --

22    I faxed it to them -- you know, that's two

23    months ago.  But that would have been that.

24        Q.    Okay.  Dr. Trabue, you say you were

25    retained.  And I'm looking right now at the

1    second paragraph of your declaration,

2    Exhibit 3.

3              You state you were retained to

4    provide your expert medical opinion regarding

5    how a baby's sex is determined at the time of

6    birth.  Correct?

7        A.    Yes.

8        Q.    Is that still an accurate

9    description of the scope of your assignment in

10   this case?

11       A.    Yes.

12       Q.    Okay.  And is that still an accurate

13   description of the scope of the expert medical

14   opinion you intend to offer in this case?

15       A.    Yes.

16       Q.    Okay.  You stated -- your

17   declaration states the -- excuse me.  Okay.

18              You also say that you state

19   your declaration states the opinions you may

20   provide at trial, and the basis for those

21   opinions.  Is that correct?

22       A.    Yeah.  Paragraph three says, "baby's

23   sex is determined at the time of birth."  And

24   I may provide at trial, and basis for those.

25   I'm prepared to state the opinions.  Sure.

1        Q.    Okay.

2        A.    Basic information.  Yes, Sir.

3        Q.    Okay.  And I am going to ask you

4    about the various sections of your

5    declaration, just to make sure I understand

6    what your opinion is.

7              Do you state any opinions in

8    paragraphs one through 8A of your declaration?

9        A.    Would you say -- say that one more

10   time?  I'm sorry.

11       Q.    Sure.  I can just go through each of

12   the paragraphs.  That might be a little

13   simpler.

14             Do you state any opinions in

15   paragraph one of your declaration?

16       A.    Do I have an opinion of that?

17       Q.    No.  Do you state any opinions?  Are

18   any of your opinions recited in paragraph one?

19       A.    Yes.  It's personal knowledge.  That

20   would be correct.

21       Q.    Okay.  It's -- my question, Sir, is

22   whether part of the expert opinion you were

23   rendering in this case is presented in

24   paragraph one.

25       A.    No.

1           MS. SHEW:  Object to the --

2       object to the form.

3       Q.   Same question for paragraph two.

4           MS. SHEW:  I'm just going to

5       make a standing objection and not keep

6       interrupting this line of questioning.

7           MR. WINEMILLER:  That's --

8       thank you.

9           You may answer.

10          THE WITNESS:  Well, these

11      are -- these are accurate statements,

12      and -- and are you asking whether I have

13      an opinion about paragraph two?

14  BY MR. WINEMILLER:

15      Q.   No, no.  I'm asking whether

16  paragraph two conveys your expert opinion in

17  this case.

18      A.   No.

19      Q.   Does paragraph three state your

20  expert opinion in this case?

21      A.   Yes.

22      Q.   And what is the opinion that you

23  state in paragraph three?

24      A.   It regards how a baby's sex is

25  determined at time of birth.  And I have an

1      opinion about how I would do that.

2           Q.   Oh.  And I understand that.  I'm

3      just asking, in paragraph three, itself, do

4      you state what that opinion is.

5           A.   I don't -- you know, it's an odd way

6      to ask the question, but as I understand the

7      question, I think it's an accurate statement

8      in that I would provide an opinion regarding

9      how a baby's sex is determined.

10               But I have no opinion regarding that

11      statement itself.

12           Q.   Okay.  I'm sorry that my questions

13      aren't being clear.  You've got a section in

14      your declaration, starting at page 18, that's

15      titled, "Expert Opinions."  Correct?

16           A.   All right.

17           Q.   And you have a section in your

18      declaration, before paragraph 8B, titled,

19      "Qualifications."  Is that right?

20           A.   Yes.

21           Q.   And then the first eight paragraphs

22      of the declaration provide other information.

23      And so, what I'm trying to understand,

24      Dr. Trabue, is how paragraphs one through

25      eight are distinct from paragraphs 8B through

1      17, and 18 through 25.

2                          And so, my precise question,

3      Sir, was whether any of your opinions are

4      stated in paragraphs one through 8A?

5          A.    Okay.   I think I -- I think I've got

6      you now.

7          Q.    Okay.

8          A.    I don't -- I don't think so.   I did,

9      in paragraph four, say that I reserve the

10     right to revise and supplement this, just in

11     case I said something that I wish I hadn't.

12                         But, no.   I don't think I have -- I

13     don't think these are opinions.   No, Sir.

14         Q.    All right.   Thank you.   Sorry I was

15     confusing with that question, and that

16     occasionally happens.   And I'll just do my

17     best to restate the question so that it's

18     clear.

19         A.    Sure.

20         Q.    Okay.   And the section on

21     qualifications -- 8B through 17 -- do you

22     state opinions in that section of your report?

23                         MS. SHEW:   Object to --

24         Q.    Sorry.   That section of your

25     declaration.

1           MS. SHEW:  Object to the form.

2      A.   No, I do not think so.

3      Q.   But you do state opinions, in the

4   section of your report entitled, "Expert

5   Opinions."  Correct?

6      A.   Yes.

7      Q.   Okay.  And I'm just going to ask two

8   more questions on this same line of questions.

9   This regards paragraph 18.

10           Does paragraph 18 state any of

11   your expert opinions?

12           MS. SHEW:  Object to the form.

13      A.   So, paragraph 18 -- the information

14   provided, I think, if I remember correctly

15   is -- was conversational.  I don't think I

16   have any material information in my hand about

17   this, Sir.

18           But -- but it says, "information I

19   have been provided by the Defendants'

20   attorneys."  And -- and I think, as we

21   discussed it, it was all in -- as far as what

22   happens at birth, and how sex is determined.

23           And those -- there will be opinions

24   there.  Yes, Sir.

25      Q.   Okay.  Have you formed any other

1    opinions in this case, besides what is

2    contained in your declaration?

3                    MS. SHEW:  Object to the form.

4         A.    No.

5         Q.    Do you intend to offer any other

6    opinions in this case, beyond what you've

7    stated in your declaration?

8         A.    No --

9                    MS. SHEW:  Object to the form.

10        A.    No, Sir.  I do not.

11        Q.    All right.  Thank you.  Is your

12   expert declaration accurate, in all respects?

13        A.    Yes.

14        Q.    Is your declaration complete, in all

15   respects?

16        A.    Oh gosh.  I hope you can look back

17   at 42 years of law practice and say everything

18   you've done.  But it's as complete as I can

19   tell you.

20        Q.    Thank you.  Is there anything you

21   want to change in your declaration?

22        A.    No.

23        Q.    Is there anything you want to

24   correct in your declaration?

25        A.    No, Sir.

1     Q.   Is there anything you want to delete

2     from your declaration?

3     A.   No, Sir.

4     Q.   Is there anything you wish to have

5     add -- excuse me.  Is there anything you wish

6     you had added to your declaration?

7     A.   No.

8     Q.   Did you purposely leave anything out

9     of your declaration?

10    A.   I did not.

11    Q.   Do you feel you need to do any

12    additional work relating to your declaration?

13    A.   No, Sir.

14    Q.   Is your declaration a complete

15    statement of all your opinions in this case?

16              MS. SHEW:  Object to the form.

17    A.   Can you wait for one second?  I need

18    to decline an incoming call.

19    Q.   Okay.  Sure.

20    A.   I'm sorry.

21    Q.   No worries.

22    A.   Okay, I'm doing this with my iPhone.

23    Okay, I've got it out of the way.  I'm sorry.

24    Ask that question again.  I apologize.

25    Q.   Sure.  Is your declaration a

1      complete statement of all your opinions in

2      this case?

3           A.   It is.

4           Q.   Do you believe that your declaration

5      contains all the information for the courts

6      and jury to understand all the work you did in

7      this case?

8           A.   Yes.

9                     MS. SHEW:   Object to the form.

10          Q.   Do you believe that your declaration

11     contains all the information for the court or

12     jury to evaluate your opinion in this case?

13                    MS. SHEW:   Object to the form.

14          A.   Yes.

15          Q.   Do you believe that your declaration

16     contains all the information for the court and

17     jury to evaluate what you did for reliability?

18          A.   Yes.

19                    MS. SHEW:   Object to the form.

20          Q.   Dr. Trabue, you are not offering

21     opinion -- an opinion on gender identity.  Is

22     that correct?

23          A.   Correct.

24          Q.   In particular, you are not offering

25     an opinion on the etiology of gender identity.

1    Correct?

2         A.    Correct.

3         Q.    And you're not offering an opinion

4    on the nature of gender identity.  Correct?

5         A.    Correct.

6         Q.    You are not offering an opinion on

7    gender dysphoria.  Correct?

8         A.    Correct.

9         Q.    In particular, you are not offering

10   an opinion on the etiology of gender

11   dysphoria.  Correct?

12        A.    I'm not a counselor, Sir.  It's hard

13   enough to keep women and babies alive before

14   they get here, and after that.  But no, I do

15   no counseling.

16        Q.    Okay.  And you're not offering an

17   opinion on the treatment of gender dysphoria.

18   Correct?

19        A.    Correct.

20        Q.    Okay.  You are not offering an

21   opinion on the process of gender transition

22   for transgender persons.  Correct?

23        A.    Correct.

24        Q.    And you are not offering an opinion

25   on sexual orientation.  Correct?

1          A.    Correct.

2          Q.    In particular, you are not offering

3    an opinion on the etiology of sexual

4    orientation.  Correct?

5          A.    Absolutely right.

6          Q.    Okay.  And you are not offering an

7    opinion on brain development and structure.

8    Correct?

9          A.    You know, that's kind of a rabbit

10   hole to talk to an obstetrician about, because

11   often, we're blamed for problems that children

12   have as they develop in the first --

13   sometimes, after the first few years.

14          And I've been involved in civil

15   litigation, in that way.  Not lately, but in

16   other years.  But, no.  As far as I'm

17   concerned, I think if we get a good healthy

18   baby here, we've done all we can do.  So I'm

19   going to go that.

20          But, obstetricians do sometimes get

21   in the -- in the cross hairs of a child that's

22   not developing the way that the parents think

23   they ought to be developing.

24          Q.    Okay.  Let me try this.  This might

25   be a better question.  You are not offering an

1    opinion on sexual differentiation in brain

2    development and structure.  Correct?

3        A.    Correct.

4        Q.    Okay.  And you are not offering an

5    opinion on variations in brain development and

6    function as a result of exposure to sex

7    hormones.  Correct?

8        A.    Correct.

9        Q.    Okay.  And you're not offering an

10   opinion about the legal requirements for the

11   completion of birth certificates.  Correct?

12       A.    Correct.

13       Q.    And, last question in this line.

14   You are not offering an opinion about the

15   legal uses of birth certificates.  Correct?

16       A.    Correct.

17       Q.    Okay.

18       A.    Can I say one thing at this point?

19       Q.    Sure.  Please.

20       A.    I have not looked at a birth

21   certificate in probably 20 years.  Because we

22   used to look at them all and have to sign

23   them, but they changed the law in Tennessee at

24   some point.

25              It's about 20 years ago -- maybe

1    late '90s, at some point, to where I'm no

2    longer in that loop.  So, really, I don't -- I

3    don't really know what info goes -- what all

4    they include or exclude on a birth

5    certificate.

6              What I do is make a medical record.

7         Q.   Okay.  And I'll ask some questions

8    about that a little bit later this afternoon.

9         A.   Okay.

10         Q.   But thank you for that

11    clarification.

12              Right now, I'd like you to look

13    at what we've marked as "Exhibit 4."  This is

14    one of your -- the two CVs that you provided.

15         (Exhibit 4 marked for identification)

16         A.   Okay.

17         Q.   Could you confirm that this, in

18    fact, is your CV?

19         A.   It is.

20         Q.   Okay.  And then, flip over to

21    Exhibit 5.

22         (Exhibit 5 marked for identification)

23         Q.   And can you confirm that this is

24    also a CV for yourself?  This one in narrative

25    form?

1      A.   Yes.  That's kind of a bio that I
2   give attorneys to know who they are getting if
3   they want to use me.
4      Q.   Sure.  Sure.  Thank you.  Excuse me.
5   I want to go through some of your background
6   right now.  Just as a part of the -- sort of
7   completeness.
8               Sir, what is your current
9   position?
10      A.   My current position?
11      Q.   Yes.
12      A.   I'm in private -- I'm in private
13   solo practice of obstetrics and gynecology.  I
14   am a professional corporation that I own,
15   since '83.  I established it and went in solo
16   in '84.
17               I started -- I finished my residence
18   in '79 and went into practice, working for
19   another doctor, before I went off on my own.
20   And I've been solo ever since then.
21               So, I occasionally do what we call
22   "locums" work.  Are you familiar with that?
23      Q.   Yes, Sir.
24      A.   For various locums people.  I'm on
25   several directories, so I may moonlight here

1    and there.  But, most of the time, I'm just

2    trying to take care of my patients right here.

3         Q.    Okay.  A bit about your background.

4    You went to Vanderbilt for both undergraduate

5    and medical school.  Correct?

6         A.    Correct.

7         Q.    And, do I recall from your CV that

8    you actually were a -- was it a history major?

9         A.    Yes.  European history.

10        Q.    Okay.  Let's see.  And you also did

11   your general surgery internship at Vanderbilt.

12   Correct?

13        A.    Yes.  That's right.

14        Q.    Okay.  And as part of that

15   internship, did you participate in rotations

16   through various departments at the hospital?

17        A.    That's right.

18        Q.    Okay.  Do you recall what

19   departments you rotated through?

20        A.    Well, I did eight months at

21   Vanderbilt.  Four of those were in the

22   emergency rooms.  Two of those were with the

23   orthopedics department.  And another two, I

24   think -- I just can't remember -- maybe in

25   neurosurgery or something.  It's been a while.

1            And then I did four months on the
2    surgery ward at the VA hospital.
3         Q.   Okay.  Thank you.  And you did an
4    OB-GYN residency also at Vanderbilt.  Correct?
5         A.   Correct.
6         Q.   Did you do any other residencies
7    anywhere?
8         A.   No, Sir.
9         Q.   Okay.  Would you look back at
10   Exhibit 4?  This is the first of the two CVs.
11        A.   Yeah.
12        Q.   Would you tell me what "ABOG" refers
13   to?
14        A.   That's the American Board of
15   Obstetrics and Gynecology.
16        Q.   All right.  So that's when you
17   passed your boards?
18        A.   Yes, Sir.
19        Q.   Okay.  And then, what were the
20   boards that you passed in December of '83?
21        A.   That's -- oh.  That's the
22   American -- it's the American College of
23   OB-GYN.  You'd have to pass your boards, and
24   then you apply the next year to enter the
25   college.

1      Q.   Okay.

2      A.   So that was my -- so, I passed

3  boards at the end of '82, and entered the

4  college at the end of '83.

5      Q.   Okay.  You don't have to sit for two

6  sets of boards?

7      A.   No, Sir.

8      Q.   Okay.

9      A.   And, you know, everybody after me --

10  within two or three years, the board -- the

11  boards I took were a lifetime award.  You

12  didn't have to take it again.

13          And so, those fellas are -- we're

14  still board members, even though we haven't

15  had to retake boards.  But all the young

16  people have to take it every five years.

17          So, my son is an internist and he

18  has to take boards every five years.

19      Q.   Well, age has its privileges, I

20  guess.

21      A.   You get old and fat.  That's it.

22      Q.   Okay.  Dr. Trabue, do you have any

23  training in psychology?

24      A.   No, Sir.

25      Q.   Do you have any training in

1    psychiatry?

2         A.   No.

3         Q.   Do you have any training in

4    endocrinology?

5         A.   Minimal.

6         Q.   What does -- what does that minimal

7    training consist of?

8         A.   Reproductive endocrinology.

9         Q.   Okay.

10        A.   I would not be qualified to treat a

11   person with thyroid disease or other pituitary

12   tumors.  Things like that.  I would be helpful

13   in people with ovarian function.

14        Q.   Okay.

15        A.   Ovarian failure.  Menopause

16   treatment.  Like I said, my -- I would

17   interface as a very low level endocrine

18   function.  That would be what I would be.

19        Q.   Okay.  Thank you.  Do you have any

20   training in neurobiology?

21        A.   None.

22        Q.   Do you have any training in gender

23   identity?

24        A.   No.

25        Q.   Do you have any training in gender

1     dysphoria?

2          A.     No.

3          Q.     Okay.  And in your materials -- I'm

4     not seeing it right now -- you indicate that

5     you're licensed by the state of Tennessee.

6     Correct?

7          A.     That's it.

8          Q.     Okay.  Are you licensed by any state

9     other than the state of Tennessee?

10         A.     No.

11         Q.     Okay.  So it's correct to say that

12    you do not hold any other licenses other than

13    the license issued by the state of Tennessee?

14         A.     That's right.

15         Q.     Okay.  And you are board certified

16    in obstetrics and gynecology.  Correct?

17         A.     Yes.

18         Q.     And that's what you just explained

19    to me?

20         A.     Yes.

21         Q.     Okay.  Do you have any

22    certifications, other than the board

23    certification from -- all right -- in -- or

24    from the American College of -- let's see if I

25    got this right -- Obstetrics and Gynecology?

1          A.    I do not.

2          Q.    Okay.  And, let's see.  In your

3     declaration, you say that you were elected as

4     a fellow of the American College of Obstetrics

5     and Gynecology in 1983.  That being elected as

6     a fellow is what happens about a year after

7     your boards are taken?

8                    Is that right?

9          A.    Yeah.  That's right.

10          Q.    Okay.  Do you consider the American

11     College of -- let me ask you this question

12     first.

13                    Is it the American College of

14     Obstetrics and Gynecology?  Or the American

15     College of Obstetricians and Gynecologists?

16          A.    Oh Lord.  I've got them right up

17     here.  Just a second.

18                    Okay.  It's -- the board is the

19     American Board of Obstetrics and Gynecology.

20     And the College is Obstetricians and

21     Gynecologists.

22          Q.    Okay.  Just wanted to clear that up.

23          A.    Yes.

24          Q.    Make sure I wasn't saying the wrong

25     thing.

1              Do you consider the American

2    College of Obstetricians and Gynecologists to

3    be a reputable source of information for

4    people in your field?

5         A.    It depends on the day.  Because they

6    put out papers all the time and then change

7    them a day or two later.  The things that the

8    American boards and college puts out is kind

9    of a moving target.

10             But I think everything they put,

11   they try to be current.  And that's why --

12   it's kind of like this COVID plague we're in

13   now.  We hear different info all the time.

14             So, it's maybe not that bad, but

15   like I say, sometimes, I don't pay too much

16   attention to what they say, because they --

17   they may have a better position; a more clear

18   position.

19             See, they'll have committee

20   opinions, and then they'll have -- they have

21   all these different rankings of things that

22   will come out.

23             And I think the committee opinion

24   will be the most authoritative, but they have

25   a lot of other bulletins -- practice

1    bulletins, and things like that.  They'll lose

2    you with things.

3              But, no.  And, everything changes,

4    so, I think there's -- they are very helpful.

5    I'll say that.  I will say they are very

6    helpful.

7         Q.   Okay.  Are you familiar with the

8    Committee on Adolescent Healthcare of the

9    American College of Obstetricians and

10   Gynecologists?

11        A.   You know, I don't think I have read

12   much of them lately.  Every now and then --

13   particularly if I have an adolescent

14   pregnancy -- I will refer to them.  But I

15   really haven't had one in a while.  So...

16        Q.   Okay.  By chance, are you aware that

17   the Committee on Adolescent Healthcare of the

18   ACOG issued a committee opinion on care for

19   transgender adolescents?

20        A.   It's not surprising, but I sure -- I

21   haven't read it.

22        Q.   Okay.  Well, it's -- it's what we've

23   marked as Exhibit 6, if you want to take a

24   look at that.

25             (Exhibit 6 marked for identification)

1           MS. SHEW:  Are you asking him

2      to read this?

3           MR. WINEMILLER:  Well, I want

4      him to -- I'm going to ask him some

5      questions about it.  So if he needs some

6      time to look it over, that's fine.

7           THE WITNESS:  Let me look at

8      the abstract and see if that will help,

9      if possible.  And if you start getting

10     technical, it will take a while.  But --

11          MR. WINEMILLER:  I only have

12     one or two questions about it.  And if

13     after I ask those questions, you want to

14     go back and read the rest of the

15     document, that's certainly your right.

16          THE WITNESS:  Okay.  Why don't

17     you ask a question and see -- see what I

18     can do with it?  And if not, I'll refer

19     to the document.

20          MR. WINEMILLER:  Sure.

21   BY MR. WINEMILLER:

22     Q.   Specifically, I'd like you to turn

23   to page four of the document.  And you'll see,

24   at the bottom right of page four, there's

25   something called a "Glossary."

1        A.    I see it.  Yeah, I've got it.

2        Q.    And I want to ask you about the

3    definition of "gender identity" that's

4    presented there.  It defines gender identity

5    as:

6                   "A person's fundamental and

7    innate sense of being male, female, or

8    somewhere in between."

9                   Did I read that correctly?

10        A.    Correct.

11        Q.    Do you agree or disagree with this

12    definition?

13        A.    I agree with it --

14                   MS. SHEW:  Object to the --

15        object to the form.

16                   MR. WINEMILLER:  I'm sorry.

17        I'm afraid that we might have -- you

18        might have answered on top of Ms. Shew's

19        objection.  Could you repeat your answer,

20        please?

21                   THE WITNESS:  I agree.

22                   MR. WINEMILLER:  Okay.  Thank

23        you.

24    BY MR. WINEMILLER:

25        Q.    Now, moving down the glossary,

1    that's actually at the top of the next page --

2    it's in the next -- sorry.  It's on the next

3    page.  There's a definition of -- for

4    "transgender."  And it defines "transgender"

5    as:

6                    "A person whose gender identity

7    differs from the sex they were assigned at

8    birth."

9                    Do you see that?

10        A.    I see it.

11        Q.    Did I read that correctly?

12        A.    You did.

13        Q.    Do you agree or disagree with this

14    definition?

15                    MS. SHEW:  Object to the form.

16        A.    I think I agree with it.

17        Q.    Okay.  Thank you.  I want to go back

18    to your credentials.  And, in particular, on

19    Exhibit -- sorry; one, two, three, four, five.

20    This is the narrative.

21                    You mentioned -- oh.  This was

22    the Fellowship of the American College of

23    Obstetricians and Gynecologists.  My question

24    is, Sir, do you hold any other fellowships?

25        A.    No, Sir.  I don't.

1          Q.   Okay.  And -- and we've gone over a

2    couple of your different credentials.  Do you

3    have any other official designations or

4    credentials relating to your -- your practice

5    of medicine?

6                    MS. SHEW:  Object to the form.

7          A.   No.  That's all.

8          Q.   Okay.  I have some questions now

9    about your practice, Sir.  You've been in

10   private practice since 1979, I think you just

11   testified?  Is that right?

12         A.   Yes.

13         Q.   And in solo practice since 1984.

14   Correct?

15         A.   Yes.

16         Q.   And, I think I understand; but what

17   is the difference between private practice and

18   solo practice?

19         A.   Well, the private practice of

20   medicine means -- you know, it may have meant

21   something -- it may mean something different

22   today than it did 40 years ago.

23                But, in general, you either worked

24   for a university; or you worked for the

25   Government; or you worked for some entity.

1      You worked for the VA.  You worked for

2      somebody.

3               And those were people that were

4      attached to a larger institution, or you

5      worked for yourself.  And that's private

6      practice.  That's your -- private.

7               Now, most private practices, these

8      days -- and, really, from the time I went into

9      solo practice, most people in private practice

10     are in groups.

11               I don't know if you're a solo

12     lawyer, or whether you're in a group of

13     lawyers, but a group of lawyers would go, and

14     then they would -- they may have income based

15     on production.  But, also, they also share

16     expenses.

17               And the doctors would do the same

18     thing.  They would have production less

19     expenses.  And that's -- but, in my case, I

20     went in as an employee of one doctor, and

21     then...

22               So, I was in private practice under

23     another doctor's office.  And then four and a

24     half years later, I opened my own office.  And

25     I've just -- I've been a -- a lone physician

1    in solo practice of obstetrics and gynecology

2    since 1984.

3         Q.   Okay.   Thank you.   And how would you

4    describe the nature of your practice?

5         A.   Well, that changes over years.   I

6    was a very busy gynecologic surgeon.   And very

7    busy, obstetrically, probably from '85 to

8    2005.   Gradually, getting a little less busy.

9    And then, after 2005, a lot less surgery.

10   These days, do very little surgery compared to

11   what I used to do.

12             But -- so, things change as your --

13   the focus of your life changes.   And a lot of

14   my friends quit delivering babies.   I have

15   kept delivering babies.   So, I still have a

16   fairly active obstetric practice.   I delivered

17   the third baby this week today.

18             But, you know, a lot of people would

19   rather stop doing obstetrics and do something

20   different.   But I -- so, surgically, I was a

21   very busy gynecologic surgeon for 30 years, I

22   imagine.   And then a little less busy.

23             And, these days, I just do, oh,

24   probably three or four cases a month.   I only

25   do what I want to do and send the cases out

1    that I -- that need to be done.  So that's how

2    I would describe my practice.

3            But -- and I do a lot of

4    consultations, like you say.  I let people

5    come in for other opinions, that, "So and so

6    thinks I need this.  What do you think?" And I

7    can talk to them.

8            I have any -- and I'm a safe

9    consultation for a lot of doctors, because

10    they know I'm not going to steal their

11    patient.  I'm not going to operate on them.

12    I'm going to tell them whether I think it's a

13    good -- a good plan or not.

14            That's a fair amount of what I do.

15    But I give -- I give a lot of second opinions.

16        Q.    Okay.  Thank you.  Have you ever

17    practiced in any area other than OB-GYN?

18        A.    If you look at my Exhibit 5, on the

19    first page -- internship -- I divorced in '77

20    and couldn't pay the bills.  And my department

21    chief let me do emergency room work on the

22    side.  Because I'd done a year of surgery.

23            And it was -- went against -- nobody

24    was allowed to do that.  I was the first

25    person.  But he wanted to keep me as a

1    resident, and he knew that if he -- otherwise,

2    I was going to have to leave and do something

3    else.

4              And so, I have many, many weekends I

5    spent in rural medicine, doing emergency room

6    work.  So that's -- that's what I've done

7    outside of OB-GYN; is a lot of rural emergency

8    rooms.

9              But that's -- again, that's in the

10   old days.  That's 45 years ago.  So --

11        Q.   Okay.

12        A.   It's not something that I would have

13   expertise in today.

14        Q.   Okay.  And other than the emergency

15   room practice that you've had back in the day,

16   and now your OB-GYN practice, do you practice

17   in any other area?

18        A.   No, I don't.

19        Q.   Okay.  Now, you served on the staff

20   of Vanderbilt Hospital from 1979 to 2005.

21   Correct?

22        A.   I think so.

23        Q.   Okay.  And what medical services did

24   you provide at Vanderbilt?

25        A.   I did very little surgery there.

1     Not more than a handful in all those years.

2     It was delivering babies.  And it's usually

3     people that were nurses at Vanderbilt, that

4     wanted me to deliver them.  And they had good

5     insurance for Vanderbilt.

6               So, it would probably be one or two

7     a month, for most of those years.  It finally

8     got to where it was very few, and it was a lot

9     of trouble to go over there.  So I phased

10    myself out over there.

11         Q.   Okay.  Did you work with any

12    transgender patients at Vanderbilt?

13         A.   No, I didn't.

14         Q.   Why did you leave Vanderbilt?

15         A.   Well, I -- I was on staff so I could

16    deliver babies.  And I left the staff because

17    I no longer wanted to deliver babies there.

18         Q.   Fair enough.  Okay.  Have you ever

19    had any affiliation with Vanderbilt Center for

20    Transgender Health?

21         A.   No.

22         Q.   And you currently serve on the staff

23    of Centennial Medical Center.  Correct?

24         A.   Yes.

25         Q.   And you have, since 1979.  Is that

1    right?

2        A.    Yes.

3        Q.    Okay.  And what kind of institution

4    is Centennial?

5        A.    It's a large hospital.  The hospital

6    that I really worked at was called "Westside

7    Hospital" in those days.  And it was absorbed

8    into Centennial somewhere in the early '90s.

9    I couldn't -- couldn't tell you the date.

10            Because I was department chair at

11   Westside.  And then after a while, I was

12   department chair at Centennial OB-GYN

13   Department.  So, it was sometime in those

14   years.  Early '90s, I think.

15            But -- but no.  It's -- so, Westside

16   was a full service hospital, but was small.

17   And then, when they -- they turned it into a

18   women's hospital, and that's -- and all of the

19   services that were done at Westside are now

20   done in the main Centennial Hospital.

21            And it's mostly women and children

22   at the building that I'm in now.

23       Q.    Okay.  And the services that you

24   provided at Centennial, were they all as part

25   of your OB-GYN practice?

1      A.    Yes.

2      Q.    Okay.  Do you know whether

3   Centennial offers medical services

4   specifically geared towards transgender

5   persons?

6      A.    Not that I'm aware of.

7      Q.    Okay.  Now, you also serve on the

8   staff at St. Thomas, Midtown.  Is that right?

9      A.    That's right.

10      Q.    And you --

11      A.    It was a Baptist Hospital for most

12   of those days.

13      Q.    Okay.  And is it a General Hospital?

14      A.    I think it does -- yeah.  I would

15   say -- you know, St. Thomas, Midtown, I would

16   say, is very heavy in women's health services.

17   And its emphasis is -- it's -- one of their

18   big emphases is that.

19            If you look at the number of beds,

20   probably 25 percent of those beds are women's

21   health.  If you look at Centennial, it's about

22   the same size hospital, but about 7 percent of

23   the beds are women's health.

24            So -- but it's got a big cancer

25   focus at Centennial.  The Sarah Cannon Cancer

1      Center at that.

2              So, I mean, they are -- and then

3      they've got the Atrium.  You know, there could

4      be some gender surgery at the Atrium.  That's

5      not -- you know, it's part of the same

6      hospital, but it's a half mile away.

7              You know, it's a big campus that

8      we're on.  So that's --

9          Q.   Okay.

10         A.   There may be some of that done at

11     Midtown.  I honestly don't know.

12         Q.   Okay.  Is St. Thomas, Midtown part

13     of Ascension Health?

14         A.   It is.

15         Q.   Okay.  And Ascension Health is a

16     faith-based healthcare organization,

17     affiliated with the Catholic church.  Is that

18     right?

19         A.   I think so.

20         Q.   Okay.  And, let's see.  You also

21     serve as Medical Director of the Hope -- the

22     Hope Clinic for Women.  Did I get that right?

23         A.   Correct.

24         Q.   Okay.  And when did you start your

25     work with the Hope Clinic?

1          A.    In the '80s.

2          Q.    Okay.

3          A.    Late '80s.

4          Q.    And what kind of institution is the

5     Hope Center?

6          A.    The Hope clinic is a place for

7     crisis pregnancy.  They come in and get their

8     pregnancy diagnosed.  They get an early

9     ultrasound; and they get a referral to an

10    obstetrics clinic or an obstetrician.

11              That's basically its function.  It's

12    to take people -- a lot of people that, they

13    may be homeless, or -- and there are some good

14    clinics in Nashville that will take these

15    people in.  Or they may be in abusive

16    situations.  Crisis.

17              Hope Clinic is a wonderful,

18    wonderful place in Nashville.  I've been

19    trying to get them to get a new Medical

20    Director for the last 10 years, and they are

21    too lazy to get one.  So -- but one of these

22    days, I'm going to retire, and then they are

23    going to have to get one.

24              But I just -- basically, I sign the

25    ultrasound forms.  And if they have a medical

1    question, they'll call me.  But it's -- I

2    have -- it's an unpaid position, but I think

3    it's an important thing.  It really helps

4    women in crisis pregnancies.

5        Q.   Okay.  Now, other than signing the

6    ultrasound forms, what other services do you

7    provide through the hope clinic?

8        A.   I think they do some counseling.

9    They do -- actually, I don't know all the

10   counseling that they do.  I'm the Medical

11   Director.  And they've got a whole different

12   counseling area that I don't interface with at

13   all.

14       Q.   Okay.  Is the Hope Clinic for women

15   a faith-based organization?

16       A.   It's a charity-based organization.

17   It's not affiliated with any church.  Some of

18   the churches give it money.  Private donors

19   give it money.

20       Q.   Okay.  Do you know whether the Hope

21   Clinic offers medical services specifically

22   geared towards transgender persons?

23       A.   I have no idea.

24       Q.   Okay.  Have you, yourself, ever

25   provided medical services for a transgender

1    person?

2         A.   No, Sir.  I haven't.

3         Q.   Okay.  And have you, yourself, ever

4    treated a patient with gender dysphoria?

5         A.   Maybe.  Again, I've had a letter or

6    two written from people that I'd seen in the

7    past, that I couldn't even remember.  Usually

8    thanking me for being nice to them, and

9    telling me -- I get letters from patients all

10   the time, with life stories that you wouldn't

11   imagine.

12             And I've had a few of those letters.

13   But, you know, you're supposed to be nice to

14   everybody.  If you're nice to people, they'll

15   like you.  They'll think okay about you.

16        Q.   You mentioned in your declaration

17   that you've -- well, I guess like a lot of

18   professionals, served on various committees

19   over the course of your career.

20                  Is that right?

21        A.   Yeah.  Correct.

22        Q.   Okay.  Have you ever served on a

23   committee that addressed the topic of gender

24   dysphoria?

25        A.   No, Sir.

1    Q.    Have you ever served on a committee

2    that addressed the topic of gender identity?

3    A.    No.

4    Q.    Have you ever served on a committee

5    that addressed the topic of sexual

6    orientation?

7    A.    I've not served on a committee for

8    that.  No.

9    Q.    Is there a reason you hesitated in

10    answering just now?

11    A.    Well, I deliver a number of same sex

12    couples.  And I get along great with them.

13    And I rarely ask them who's what in

14    their group, because they're nice people, and

15    I'll be nice to them.

16        But -- so, I imagine I've interfaced

17    with a lot of such people.  But, certainly,

18    not in a counseling way, or in a way of

19    providing advice.  What I'm trying to do is --

20    is help a healthy mother and a healthy baby.

21    Q.    Okay.  Thank you.  Have you ever

22    served on a committee that addressed the topic

23    of the prohibition of medical services to

24    transgender persons?

25    A.    No, I have not.

1    Q.   Okay.  Now, I'm looking at paragraph

2    four of your declaration.  You have not

3    authored any publications during the past 10

4    years.  Correct?

5         A.   Correct.

6         Q.   Okay.  And I want to make sure that

7    we're on the same wavelength here.  What all

8    do you include in the term, "publications?"

9         A.   I guess anything that's been

10   published in a medical journal.

11        Q.   Okay.  How about any books?

12        A.   I have not written a book.

13        Q.   Okay.  How about blog posts?

14        A.   Good grief.  You know, I'm not on

15   any social media.  And so, if people want to

16   mob me, they'll have trouble.  Because I've

17   tried -- I am off the grid in that way.

18        Q.   Well, some of us could be envious of

19   that, Dr. Trabue.

20        A.   Yes.  I still have paper charts in

21   my office.  So that's --

22        Q.   Okay.

23        A.   I told them if they can get my paper

24   charts, they can prise them out of my cold,

25   dead fingers.  Because I'm not going to go

1    electronic for that.

2         Q.   Okay.  Prior to the last 10 years,

3    did you author any publications?

4         A.   I have never authored a publication.

5         Q.   Okay.  Have you ever conducted

6    primary research during the past 10 years?

7         A.   No.

8         Q.   Have you conducted primary research

9    at any time during your medical career?

10        A.   When I was a medical student, I

11   worked for one summer in the Department of

12   Physiology at Vanderbilt.  And I am unaware of

13   whether any publications came out of that.  I

14   worked in a lab for a physiologist there.

15             The next summer, I worked at the VA

16   Hospital in the Department of Experimental

17   Surgery, which I'm sure is so politically

18   incorrect, it doesn't exist now.  But, back in

19   those days, we operated on various animals and

20   did things that I'm got going to tell you

21   about, but -- to them.

22             And then they wrote -- and I think

23   there was a man named "Buck Buchanan."  He was

24   my -- he was the guy we did research for.  But

25   I'm unaware.  I mean, he never gave me a copy

1    of anything, or told me he published anything.

2    He may have.

3              There was a -- basically, we were

4    helping other people.  We were helping

5    urologists that were putting kidneys in

6    various animals.  They were working on

7    techniques; things like that.

8              Anyway, so I would have been

9    involved in research as a medical student, in

10   summer, to make a little money back in summer

11   of '72, maybe; and then in summer of '73.  And

12   that's it.

13        Q.    Okay.  Thank you.

14        A.    I doubt if I'm on any research

15   paper.  Nobody ever told me that I had a name

16   in anything.

17        Q.    Okay.  And, according to your

18   declaration, you are an Assistant Professor at

19   the University of Tennessee Medical School.

20   Is that correct?

21        A.    Correct.

22        Q.    Okay.  What subjects do you teach?

23        A.    Well, they have a residency program,

24   University of Tennessee, at St. Thomas,

25   Midtown.  And they have employed a number of

1      national obstetricians to work with the

2      residents, to help them increase their

3      talents.

4              And, basically, I work there two

5      Fridays every month.  And I help them do

6      deliveries; and help them -- teach them the

7      concept of a delivery.  And the concept of the

8      pelvis.  And the concept of the mechanisms.

9              And, sometimes they'll call me if

10     they think they have a difficult delivery.

11     During the week, I may come and help them do

12     something, or tell them not to do it.  But,

13     that's my function there.

14              Really, I kind of help the kids get

15     comfortable delivering babies.

16        Q.   Okay.  Is it fair to say that you do

17     not teach classes?

18        A.   Once a year, I give a lecture on the

19     acute abdomen.  It's like an appendicitis, or

20     something bad, penetrating injury or trauma in

21     a pregnant woman.

22              So, I'll give -- I'll give a lecture

23     once a year to the residents.  And I usually

24     bring a surgeon with me.  So that's all --

25     that is all my didactic teaching to the

1    residents.  That's it.

2         Q.    Okay.  Apart from your teaching at

3    UT, do you give public presentations on

4    medical topics?

5         A.    Every now and then, for the

6    St. Thomas -- they have a simulations

7    department.  And simulations are very useful

8    to help people think through emergencies that

9    don't happen very often.

10            Because, like, say, the lawyers love

11   to have somebody make a -- make a problem --

12   have a problem, because they can think of

13   every second -- spend an hour of every second

14   that goes by.

15            But when you're in the realtime,

16   you've got to think your way through things as

17   they happen.  And if you do it with a

18   simulator -- it's just like airline pilots.

19   If you do it with a simulator, time and time

20   again, that's very useful to practitioners.

21            And so, there's a simulation

22   conference -- there was going to be one this

23   year, but the virus wiped it out.  Usually,

24   I'll help with -- I haven't done it a year or

25   two, but I'll help people with simulations,

1    usually with a different -- a difficult type

2    of delivery.

3            But these are practitioners.  And

4    they'll come in and work with the simulators,

5    and I'll kind of talk to them as they do it.

6    I'm not really teaching them anything.  I'm

7    just -- I'm helping them think through it.

8            That's my teaching.

9        Q.   Okay.  Have any of those simulations

10   involved a topic related to gender identity,

11   or gender dysphoria?

12       A.   No.  No, Sir.

13       Q.   Okay.

14       A.   They don't.

15       Q.   Okay.  And you don't have any legal

16   training, do you?

17       A.   No.

18       Q.   There's nothing wrong with it.

19       A.   Oh, no.  No.  I'm just -- my father

20   worked hard to try to get me to go to law

21   school.  And I diligently refused.  So that's

22   it.

23       Q.   Well, my father diligently tried to

24   get me to go to medical school, and you see --

25       A.   And you diligently --

1          Q.    -- where I am.  Okay.  Do you

2    consider yourself an expert in the field of

3    obstetrics and gynecology?

4          A.    I do.

5          Q.    Okay.  Do you consider yourself an

6    expert in the field of psychiatry?

7          A.    No.

8          Q.    In psychology?

9          A.    No.

10         Q.    In neurobiology?

11         A.    No.

12         Q.    In endocrinology?

13         A.    Can I say a little bit?  But not --

14         Q.    Sure.

15         A.    But I'm not an expert.  I'm not an

16   expert.

17         Q.    Okay.  And, are you an expert -- do

18   you consider yourself an expert on the subject

19   of gender dysphoria?

20         A.    No.

21         Q.    Do you consider yourself an expert

22   on the subject of gender identity?

23         A.    No.

24         Q.    And do you consider yourself an

25   expert on the subject of birth certificates?

1          A.    No.

2          Q.    Okay.  Dr. Trabue, we've been going

3    about an hour and 20 minutes.  Do you need to

4    take a break?  Or would you like to take a

5    short break?

6          A.    How much time do you think we've

7    got?  How much time do you think we have to

8    go?

9          Q.    I think that we're about half-way

10   through.

11         A.    I think I'm good.  I think I'm okay.

12   If you're going to go three more hours, I

13   might want a little stretch.  But if you have

14   another hour and a half, I think I'm good.

15                    MR. WINEMILLER:  Anyone else on

16        the call need a short break?  I'm just

17        trying to be courteous to everyone here.

18        If you do, just let me know.

19   BY MR. WINEMILLER:

20         Q.    Okay.  Let's see.  I'm looking at

21   your declaration now.  Paragraph 18.  I'm just

22   going to read it into the record, and you can

23   tell me if I've read it correctly.

24                    "My opinions are based on the

25   information I have been provided by

1    Defendants' attorneys -- including Plaintiffs'

2    Amended Complaint and Defendants' Motion to

3    Dismiss Amended Complaint -- and my education

4    and extensive professional experience of

5    having delivered approximately 12,000 babies

6    over the course of my 42 years as a practicing

7    OB-GYN."

8              Did I read that correctly?

9         A.    You did.

10        Q.    Dr. Trabue, what documents were you

11   provided by defense counsel?

12        A.    The only documents they provided me

13   were documents that I was to sign.  Such as

14   the one you just read.

15        Q.    The declaration?

16        A.    Yes.

17        Q.    And did defense counsel prepare that

18   document for you to sign?

19        A.    Yes.

20              MS. SHEW:  Objection.

21        Q.    Did you make any changes to the

22   document they gave you to sign, before you

23   signed it?

24              MS. SHEW:  I object to the

25        form.  And I also object to the extent

1          you're -- you're really getting close to

2          invading attorney/client privilege with

3          this witness -- with this expert.

4                    MR. WINEMILLER:  I think I'm

5          allowed to ask him if he prepared his

6          declaration.

7                    THE WITNESS:  So, the question

8          is?

9     BY MR. WINEMILLER:

10         Q.   Did you add any language to the

11    declaration that was given to you to sign?

12         A.   No.

13         Q.   And you were given a copy of

14    Plaintiffs' Amended Complaint.  Is that

15    correct?

16         A.   I don't think so.

17         Q.   Okay.  In forming your opinion --

18    excuse me.  One other question first.

19                    Did defense counsel provide you

20    with any information, other than the drafts of

21    the report and declaration?

22         A.   No.

23                    MS. SHEW:  Objection.

24         Q.   In forming your opinion, Dr. Trabue,

25    did you consider any documents other than --

1       well, did you consider any documents, period?

2           A.    No.

3           Q.    Just to be clear, you have not

4       reviewed any of the other expert opinions

5       disclosed in this case.  Is that correct?

6           A.    No, I have not.

7           Q.    Okay.  Thank you.  And you are not

8       offering an opinion about the opinions

9       expressed by any of the other experts in this

10      case; are you?

11          A.    No.

12          Q.    Okay.  Were you instructed to

13      assume -- assume any facts in preparing your

14      opinion?

15          A.    Was I instructed to assume any

16      facts?

17          Q.    Yes.

18          A.    No.

19          Q.    In preparing your opinion, did you

20      speak with the named defendants in this case?

21          A.    No.

22          Q.    Okay.  And, in preparing your

23      opinion, did you speak with any other employee

24      of the state of -- the state of Tennessee,

25      other than defense counsel, who you've already

1    identified?

2         A.    No.

3         Q.    Okay.  What aspects -- strike that.

4               If you turn, Dr. Trabue, to

5    paragraph 26 of your declaration?  That's the

6    end of the declaration.

7         A.    Okay.

8         Q.    It's your opinion that a baby's sex

9    is simply a reflection of what the physician

10   observed at the time of birth.  Correct?

11        A.    Correct.

12              MS. SHEW:  Object to the form.

13        Q.    Would it be accurate to say that

14   determining a baby's sex is based on nothing

15   more than observing whether or not a baby has

16   a visible penis at the time of birth?

17        A.    Yes.

18        Q.    And the fact of the physician's

19   observation is contemporaneously recorded in

20   the baby's medical record.  Is that right?

21        A.    That's correct.

22        Q.    Okay.  What other information is

23   recorded in the baby's medical record?

24              MS. SHEW:  Object to the form.

25        A.    In the first place, I have nothing

1       to do with the baby's medical record, other
2       than what's in the mother's medical record.
3       You see, as soon as the baby is delivered,
4       it's no longer my patient.
5               So -- but, the medical record will
6       discuss the date; and the time; and the type
7       of delivery; and the health of the infant; the
8       weight of the infant; the sex of the infant.
9       And then, we'll also describe, very carefully,
10      the condition of the mother, and what we had
11      to do to help the mother, if we needed to.
12              It's -- it will be a delivery note.
13      And each -- every hospital will have their
14      own -- their own delivery note.  And that's --
15      basically, I know that Ascension's delivery
16      note is different from Centennial's delivery
17      note, but they'll have that basic data on it.
18              That's all I can -- there may be
19      something I -- if you can bring up a sample
20      birth certificate, I'll see if what all they
21      have on it.
22              But a delivery note will basically
23      have the type of delivery; the condition of
24      the mother; the condition of the baby; and
25      whether the baby is male or female; and

1    whether the baby is healthy; whether the

2    mother is healthy.  That's -- time and date.

3              That's, basically, what will be on

4    that record.  Although there'll be -- may be

5    other embellishments that -- they'll talk

6    about sponge counts; and blood loss; urine;

7    other things.

8              There'll be plenty of other things

9    on the report.

10        Q.   When you say "type of birth," what

11   do you mean?

12        A.   Caesarean; versus easy vaginal;

13   versus a difficult delivery; versus a breech

14   delivery; or a vertex; or cephalic delivery.

15   Whether there's a complication in delivery, or

16   a complication with Caesarean.

17             Whether there's a history -- whether

18   the woman has any complication that's not

19   associated with the birth process, the uterus,

20   or the birth canal.

21             Whether the uterus bleeds too much;

22   or whether it's been damaged a lot; or whether

23   there's a bladder injury; or a rectal injury.

24             I mean, there are whole textbooks

25   written about things like this.  I mean,

1    you just -- and each -- each -- each facility

2    will have their own take on how you record all

3    that.

4         Q.   Okay.

5         A.   At least the two that I work at.

6         Q.   Okay.  And that information that

7    you've just described, is that in the mother's

8    medical record?  Or is that in the baby's

9    medical record?

10        A.   The mother's.

11        Q.   Okay.  And are you -- let's see.

12   Who prepares the mother's medical record?

13        A.   Well, it's a cooperative between the

14   delivery room nurses and me --

15        Q.   Okay.

16        A.   -- as the doctor.

17        Q.   And who prepares the baby's medical

18   record?

19        A.   Well, the delivery room nurse will

20   prepare most of it.  If we need nursery

21   personnel to come for some reason, then

22   they'll prepare some of it.

23        Q.   Okay.  Would you, as the attending

24   physician, have a role in preparing the baby's

25   medical record?

```
 1        A.    Not in preparing it.  No, Sir.

 2        Q.    Okay.  Do you know, Sir, what the

 3   purpose of the baby's medical record is?

 4        A.    I don't know how it would be

 5   different from any person's medical record.

 6        Q.    Okay.

 7        A.    I cannot think how it might be

 8   different.

 9        Q.    Okay.  Dr. Trabue, a baby's medical

10   record is not the same thing as a birth

11   certificate.  Is that right?

12        A.    I bet --

13              MS. SHEW:  Object to the form.

14              THE WITNESS:  I'm sorry?  Did

15        she say something?  I couldn't hear.

16              MS. SHEW:  Okay.  I just made

17        -- Dr. Trabue, I just made an objection

18        to the form.  You may answer his

19        question.

20              THE WITNESS:  Okay.

21        Ask the question again.  I'm sorry.

22   BY MR. WINEMILLER:

23        Q.    Yes.  A baby's medical record is not

24   the same thing as a birth certificate.

25   Correct?
```

1          A.   As far as I know.

2          Q.   Okay.  It is not?

3          A.   As far as I know, it's not.

4          Q.   Okay.  All right.  Thank you.

5                    MR. WINEMILLER:  And, one

6          thing.  Ms. Shew, we learned this

7          yesterday.  If you hold down your space

8          bar, it temporarily takes off your mute.

9          So that might be an easy way to pop in

10         your objection.

11                   MS. SHEW:  That's actually what

12         I've been doing.  I think I've just been

13         hanging up a little bit too quickly.  So

14         I'll be more vigilant about keeping the

15         space bar down.

16             Thank you.

17                   MR. WINEMILLER:  Sure.  Sure.

18     BY MR. WINEMILLER:

19         Q.   And, Dr. Trabue, to the best of your

20     knowledge, the information recorded on a

21     baby's medical record is a different set of

22     information than information recorded on a

23     birth certificate.

24                   Is that right?

25         A.   I don't -- I honestly don't know the

1    differences and similarity.  You'd have to --

2    have to talk to the people that prepare birth

3    certificates.  I honestly am -- I'm out of

4    that loop at this point.

5             I don't know.  I would imagine that

6    it would have some of the information that I

7    used to see when I would sign them.  But it's

8    been over 20 years since I've signed them.

9    And I don't know what's been added or

10   subtracted in 20 years.

11            I honestly don't know what the

12   likeness and what the dislike -- what the

13   dissimilarities would be.  I don't know.

14        Q.   Okay.

15                 MR. WINEMILLER:  I think I need

16        to take just a short break here,

17        everyone.  So, let's come -- it's -- I've

18        got 32 minutes after the hour.  Let's try

19        to come back in five minutes.

20        Does that work for everyone?

21                 THE WITNESS:  Yes.

22                 MR. WINEMILLER:  All right.

23        Thank you.

24            (Short break.)

25   BY MR. WINEMILLER:

1      Q.   Dr. Trabue, were you born in

2    Tennessee?

3      A.   Yes.

4      Q.   And do you have a copy of your birth

5    certificate, by chance?

6      A.   You know, I think I took it to get

7    my passport.  It might be in a lock box

8    somewhere.  You'd have to -- Mrs. Trabue has

9    all that.

10           But I know I've got a passport, and

11   I bet I probably used it for that.  It's

12   been -- I don't know how many years passports

13   are good for, but it's probably been eight or

14   10 years ago.

15           I know I've got a passport, because

16   I made a trip to Europe about six, seven years

17   ago.  And I already had it by then.  So, I bet

18   it's around somewhere.

19      Q.   Okay.  And do you recall what

20   information was contained on your birth

21   certificate?

22      A.   No.  I do not.

23      Q.   Okay.  Do you consider your birth

24   certificate to be one of your medical records?

25      A.   No.

1        Q.   Okay.  And, as a general

2    proposition, birth certificates are not

3    medical records, are they?

4        A.   No.

5                 MS. SHEW:  Object to the form.

6        Q.   Okay.  Dr. Trabue, do you know

7    whether any law or regulation in the state of

8    Tennessee dictates that a child's sex is

9    determined by their external genitalia?

10                 MS. SHEW:  Object to the form.

11        A.   So, the question is, does a law --

12    I'm unaware of any law that says that.

13        Q.   Okay.  If you turn with me, Sir, to

14    paragraph 19 of your declaration?  And I'll

15    read that and ask you to tell me if I read it

16    correctly.

17                 "In the overwhelming majority

18    of cases, a baby's sex is determined at birth

19    by visual observation of his or her external

20    genitals.  In fact, in my 42 years of

21    practice, I have delivered only a handful of

22    babies whose sex could not be instantly

23    determined by looking at their external

24    genitals."

25                 Did I read that correctly?

1      A.    You did.

2      Q.    And what did you mean by

3   "overwhelming," as you used that term in

4   paragraph 19?

5      A.    What's the question?

6      Q.    Oh.  I want to know what you mean by

7   "overwhelming majority," as you use that term

8   in the paragraph?

9      A.    Well, like I said, when it's a

10   handful of babies, probably no more than --

11   than a couple -- two or three -- in all these

12   years, that we couldn't tell immediately.

13      Q.    Okay.  So, it's true, then, that a

14   baby's sex cannot be determined by observing

15   the external genitals in one hundred percent

16   of the cases.  Is that right?

17      A.    Correct.

18      Q.    Okay.  But do you agree that

19   external genitalia are sex-related

20   characteristics?

21             MS. SHEW:  Object to the form.

22      A.    The external genitalia are

23   sex-related characteristic -- physical

24   sex-related characteristics; yes.

25      Q.    Okay.  Thank you.  And you testified

1    just a minute ago, that you -- you can recall,

2    what did you say -- two or three cases in

3    which you could not observe external genitals

4    on a baby at birth?

5                    MS. SHEW:  Object to the form.

6        A.    Very few.  And it's been a long time

7    since anything like this has come up in my

8    practice.  It's --

9        Q.    Okay.

10       A.    -- vanishingly few.

11       Q.    And in those very few cases, what

12   did you contemporaneously note in the medical

13   record?

14       A.    In the medical record, we put

15   "undetermined," and sent the baby to the

16   nursery.  And the pediatricians would decide

17   what -- what the gender would be.  Or not be.

18   I mean, that's -- that becomes a job for the

19   expert.  And the pediatrician would be the

20   expert.

21       Q.    Okay.  And you are not a

22   pediatrician.  Correct?

23       A.    Absolutely.  Right.

24       Q.    Okay.

25       A.    Correct.

1        Q.    And do you know what the birth
2    certificates for those children indicate?
3        A.    I do not.
4        Q.    Okay.  Do you know whether the
5    medical records were changed after the
6    pediatrician determined the sex of the child?
7        A.    You're asking me if the medical
8    record was changed after the pediatrician
9    looked at the child?  Is that --
10        Q.    Correct.
11        A.    -- the question?
12        Q.    Yes.  Do you know?
13        A.    It would not be changed.
14        Q.    Okay.  In those cases -- and I'm
15    looking at the next paragraph of your
16    declaration -- paragraph 20 -- do you know how
17    the baby's -- or the pediatrician determined
18    the sex of the baby?
19              MS. SHEW:  Object to the form.
20        A.    No.  I do not.
21        Q.    And in those cases, do you know when
22    the pediatrician determined the sex of the
23    baby?
24        A.    No.
25        Q.    But it's true, isn't it, that at

1   least with respect to those cases, the

2   determination of the child's sex occurred

3   after the delivery.  Correct?

4        A.   Correct.

5        Q.   Okay.  I'm going to question now

6   about paragraph 21 of your declaration.  And

7   I'll just ask you to read that to yourself.

8                  [Witness perused document]

9        A.   I've read it.

10        Q.   Okay.  I'm going to ask you the same

11   question I asked with respect to one of the

12   previous paragraphs.  When you use the phrase,

13   "overwhelmingly determined," in the first

14   sentence, what did you mean by

15   "overwhelmingly?"

16        A.   Actually, the word "overwhelming"

17   might not be necessary.  It might just say

18   that, "the baby's sex at birth can be

19   determined by examining his or her chromosomal

20   make up."

21             You could do -- you could do without

22   that word.

23        Q.   Okay.  Are there any cases in which

24   you could not determine the sex of a baby by

25   examining the chromosomal make up?

1      A.    Not that I'm aware of.

2      Q.    Okay.  But do you agree that sex

3   chromosomes are a sex-related characteristic?

4      A.    Sex chromosomes are --

5            MS. SHEW:  Object to the form.

6      A.    Sex -- sex chromosomes are a what?

7      Q.    Sex-related characteristic.

8      A.    Yes.

9      Q.    Okay.  And after a chromosomal test

10   is performed, would the results be added to

11   the baby's medical record?

12            MS. SHEW:  Object to the form.

13      A.    I guess any medical test would be

14   added to the medical record.  Whether it's a

15   chromosome or -- any medical test done on the

16   baby would be part of the baby's medical

17   record.

18      Q.    Okay.  Dr. Trabue, the term,

19   "disorder of sexual development" refers to

20   various congenital conditions associated with

21   atypical sexual development.  Is that right?

22      A.    Which -- are you reading this from a

23   paragraph?

24      Q.    No.

25      A.    Oh.

1          Q.    Well --

2          A.    So, ask the question.  I'm sorry.  I

3     was looking for it.

4          Q.    Oh.  Sure; sure.  The term I'm

5     asking about is "disorder of sexual

6     development."  And I'm asking whether that

7     term refers to various congenital conditions

8     associated with atypical sexual development.

9          A.    I really can't answer that question.

10         Q.    Okay.  And you may not be able to

11    answer this one either, but I'm going to ask

12    it and you just tell me.  Would you agree that

13    a chromosomal disorder is an example of a

14    disorder of sexual development?

15         A.    A chromosomal disorder is what?

16         Q.    An example of a disorder of sexual

17    development.

18         A.    I don't know.

19         Q.    Okay.  And let me ask this question,

20    not using that term.  In the case of a person

21    born with a chromosomal disorder, is it

22    possible for their sex to be recorded at

23    birth, different from their chromosomal make

24    up?

25         A.    I don't know.

1        Q.   Okay.  And would you agree that some

2   people who are born with ambiguous genitalia

3   sometimes undergo genital surgery to better

4   reflect their gender?

5                   MS. SHEW:  Object to the form.

6        A.   You know, that's best asked to a

7   pediatrician.

8        Q.   Okay.  If you would look at

9   paragraph 22 of your declaration, Sir, you

10  say:

11                  "Surely, I am aware of certain

12  genetic conditions that cause a chromosomal

13  make up that is something other than XX or XY.

14  But, even in those rare instances or --"

15                  Excuse me.

16                  "-- but even in those rare

17  cases, the presence or absence of the Y

18  chromosome overwhelmingly determines the

19  baby's sex at birth."

20                  Did I read that correctly?

21       A.   That's correct.  And that is my

22  understanding.

23       Q.   Okay.  And it's the same question I

24  asked before.  What did you mean by

25  "overwhelmingly," as used in that sentence?

1          A.    It's probably superfluous.

2          Q.    Okay.  Is it true, Dr. Trabue, that

3    a baby's sex cannot be determined by the

4    presence or absence of the Y chromosome in one

5    hundred percent of the cases?

6          A.    I don't know.

7          Q.    Would you agree, or disagree, that

8    there is a lack of consensus in the medical

9    community about the assignment of sex for some

10   people with ambiguous genitalia,

11   notwithstanding the presence of Y chromosomes?

12         A.    I would agree with lack of consensus

13   in medicine about everything, including this.

14   This is no different from any other medical

15   topic.

16         Q.    Okay.  Dr. Trabue, what is the

17   condition called, "perineoscrotal

18   hypospadias?"

19         A.    Again, you're -- this is something

20   that I -- that is often diagnosed in the

21   nursery.  Certainly, not by us.

22               But it would be -- I think that

23   other thing, what is called -- it might be an

24   undescended testicle; where the testicle

25   resides at some point along the spermatic

1    cord.  You'd have to ask the urologist.  And

2    it depends on how high up it is, as to

3    whether -- how functional it is.

4              Anyway, I know very little about it,

5    other than it exists.

6                   MR. WINEMILLER:  Can we take a

7         short break, please?  Five minutes?  I

8         think we may be kind of ironing some

9         things out.  So, off the record and back

10        on in five minutes.

11                   THE WITNESS:  Very good.

12             (Short break.)

13   BY MR. WINEMILLER:

14        Q.   Okay.  Earlier, you testified that

15   external genitalia and sex chromosomes are

16   sex-related characteristics.  Right?

17                   MS. SHEW:  Same objection.

18        A.   Right.

19        Q.   Would you agree that there are

20   multiple sex characteristics?

21                   MS. SHEW:  Object to the form.

22        A.   In a baby, I'm certain there would

23   be.  But I would not be qualified to discuss

24   them.

25        Q.   Okay.  Would you be qualified to say

1     whether you agree that pubertal hormones are

2     sex-related characteristics?

3                    MS. SHEW:  Object to the form.

4          A.    At puberty?

5          Q.    Yes, Sir.

6          A.    Yes.

7          Q.    Okay.  And would you agree that the

8     development of breasts is a sex-related

9     characteristic?

10                    MS. SHEW:  Object to the form.

11         A.    Yes.

12         Q.    And would you agree that sex

13    characteristics are sometimes referred to as

14    "primary" and "secondary" characteristics?

15         A.    That's not how I learned them, but I

16    don't have an argument with that.

17         Q.    Okay.  And are examples of primary

18    sex characteristics, sex chromosomes, gonads,

19    sex hormones, internal genitalia, and external

20    genitalia?

21                    MS. SHEW:  Object to the form.

22         A.    I would say yes.

23         Q.    And are examples of secondary sex

24    characteristics pubic hair, enlarged breasts,

25    and widened hips in females.  And pubic hair,

1    facial hair, and Adams apples in males?

2                    MS. SHEW:  Object to the form.

3        A.   You know, I wouldn't say that either

4    list you gave me would be encyclopedic.  But

5    they would -- those things would be on those

6    lists.  But, again, I'm not qualified to give

7    you a complete list of either.

8        Q.   Okay.  Fair enough.  Dr. Trabue, not

9    all primary sex characteristics are visible in

10   babies at the time of birth.  Correct?

11                   MS. SHEW:  Object to the form.

12       A.   You know, I would say the sex

13   characteristic in the delivery room would be

14   the presence of a penis, or what appears to be

15   a vagina.  Those would be the sex

16   characteristics that would be used in the

17   delivery room to assign a sex to the infant.

18       Q.   And those would be the sex

19   characteristics that were visible, or not, in

20   babies at the time of birth.  Correct?

21       A.   At the time of birth.

22       Q.   Okay.  And no secondary sex

23   characteristics are visible in babies at the

24   time of birth, of course.  Right?

25                   MS. SHEW:  Object to the form

Case 3:19-cv-00328  Document 93-8  Filed 05/29/20  Page 98 of 136 PageID #: 1954

1      of the question.

2          A.    Correct.

3          Q.    Okay.  Turn with me, if you would,

4      to paragraph 23 of your declaration, Sir.

5      I'll read that, and you can tell me if I've

6      read it correctly:

7                    "Birth of a baby can be a

8      complex medical procedure, and the mother's

9      medical record reflects the serious nature of

10     the procedure.  A medical record cannot be

11     changed."

12                    Did I read that correctly?

13         A.    You did.

14         Q.    And here, you're talking about

15     medical records.  Not birth certificates.

16     Correct?

17         A.    Correct.

18         Q.    Okay.  And paragraph 24:

19                    "Of course, the baby's sex at

20     birth is an important part of his or her

21     medical record.  But the baby's sex at birth

22     is not any more difficult to determine than

23     the other data that make up the rest of the

24     medical record.  Indeed, determining the

25     baby's sex at birth is akin to noting the

1    baby's birth weight, height, date and time of

2    birth, and physical condition."

3              Did I read that correctly?

4        A.   Yes.  I would amend that and say,

5    instead of "height," you would say "length."

6    Weight, length, date, time, and physical

7    condition.

8        Q.   Okay.  They are largely horizontal

9    at that age, aren't they?

10       A.   They are.

11       Q.   Okay.  Now, in the first sentence of

12   that paragraph, are you referring to the

13   baby's medical record when you write, "his or

14   her medical record?"

15       A.   Yes.

16       Q.   Now, you do not have a role in

17   preparing the baby's medical record.  Correct?

18            MS. SHEW:  Object to the form.

19       A.   At the time of delivery, I am the

20   physician present.  There will be a nurse

21   assisting me, and another nurse to take the

22   baby.  And the nurse will comment, and we will

23   all, you know, be viewing the baby and the

24   mother.

25            And so, I will be the physician of

1    record in the room.  And there has to be a

2    physician of record in the room.  Until, or

3    unless, one of the officials from the nursery

4    is summoned to the room.

5         So, I will be the physician of

6    record at birth for that baby, for the

7    temporary time that the baby is in the

8    delivery room with the mother.

9         Q.   And I'm not meaning to be obtuse

10   here, but do you prepare any part of the

11   baby's medical record?

12             MS. SHEW:  Object to the form.

13        A.   I do not prepare it, but I agree

14   with it.

15        Q.   What do you mean, you agree with it?

16        A.   Medicine is a personal -- very

17   personal occupation.  And we're talking among

18   ourselves.  They'll say, "Dr. Trabue, it's

19   this."  And I will say, "Look at that."

20             We will -- it's a communal thing.

21   So that, it's me and several nurses are doing

22   or preparing both a description of the mother

23   and the baby, unless we need other people to

24   come in and assist.

25             And, sometimes a nursery personnel,

1    a group, or a physician, or a physician
2    assistant, or nurse practitioner, from the
3    nursery, will come, and that person will
4    certainly take over for the baby.
5           But I will -- but I am the physician
6    of record in the room, until I'm not.  Until
7    someone else comes in and assumes that.
8    That's -- I guess that's the best answer I can
9    give you.
10          I am not really preparing the
11   record, but I am assisting and supervising the
12   person who is preparing the record.
13      Q.   Okay.  Thank you.  Now, medical
14   records are not public documents.  Correct?
15      A.   Yes.
16      Q.   Okay.  And they are governed by
17   HIPAA these days.  Correct?
18      A.   Yes.
19      Q.   Okay.  And medical records are not
20   legal documents, are they?
21          MS. SHEW:  Object to the form.
22      A.   So, your question is, medical
23   records are not legal documents?
24      Q.   Correct.
25      A.   And my answer is, they can be.

1      Q.   Okay.   Are they government

2   documents?

3                  MS. SHEW:   Object to the form.

4      A.   They are documents that can be used

5   in -- in lawsuits, and presented to the court.

6   And that would be a legal document.

7      Q.   Once it's presented to the court,

8   you mean?

9      A.   That's what malpractice law is, Sir.

10  That's -- we argue about the medical record.

11     Q.   And --

12     A.   Whether it was -- whether it was --

13  whether that was faulty, or whether the care

14  we've given was documented.

15              I mean -- so, it is -- it is a

16  personal record.  And it is private unless it

17  is released as -- to the Court to decide

18  whether a malpractice happened.  And then it

19  goes -- so, I mean, I guess -- I mean, you're

20  the lawyer.  You would know whether that's

21  legal or not.

22              It would seem to me it would be, but

23  I'm told -- I'll tell you this.  When the

24  people give me medical records to review,

25  there are all kinds of warnings all over it,

1    that, "This can't be viewed by anybody else;"

2    and to destroy it; and -- you know, it's a big

3    deal.

4         Q.   Okay.  Now, medical records do not

5    belong to the Government, do they?

6         A.   You know, if a judge says it does,

7    it does, I guess.  But, I mean, in general, it

8    belongs to the hospital.

9         Q.   Okay.  And are medical -- excuse me.

10             Do medical records serve as

11   identification documents?

12        A.   I would --

13             MS. SHEW:  Object to the form.

14        A.   I don't know if I can answer that

15   question, entirely.  Because we'll get unnamed

16   patients at the hospital that don't speak

17   English.  And maybe sometimes they are used.

18             I've had people come in -- after

19   we've delivered babies, we've had social

20   workers, and other people from Metro, come and

21   view -- I don't know.

22             Particularly if there's drugs

23   involved.  You know?  It's a -- I mean,

24   it's -- you're talking about an area that, in

25   a perfect world, you're exactly right.  But,

1      you know, when I'm supervising the residents

2      at St. Thomas, Midtown, it's not a perfect

3      world.

4            Q.    Okay.  Let's look at paragraph 25 of

5      your declaration.  I'll read it.

6                       "Nevertheless, because it is a

7      medical determination made at the time of

8      birth, the baby's sex designation at birth, as

9      recorded in the medical record or on the birth

10     certificate, cannot and should not be later

11     changed."

12                      And I inverted "later" and "be"

13     right there.

14                      "The baby's sex is a part of

15     the medical record.  It must not change so

16     that it will always accurately reflect what

17     happened during the birth procedure."

18                      Sir, did I read that correctly,

19     with the exception of those interchanged

20     words?

21           A.    You read it correctly.  Yes, Sir.

22           Q.    Okay.  Thank you.  Now, Dr. Trabue,

23     it's not true, is it, that a baby's sex

24     designation is always a medical determination

25     made at the time of birth.  Correct?

1        A.   I am just talking about what we do

2   in the delivery room.  That's all I'm talking

3   about.

4        Q.   And I'm asking -- and I'm asking, in

5   the delivery room -- even in the delivery

6   room, it's not true that the baby's sex

7   designation can be made at the time of birth?

8              MS. SHEW:  Object to the form.

9        A.   Maybe I'll answer it -- I'll say, it

10   can be unless it can't.

11        Q.   Okay.

12              MR. WINEMILLER:  I think that

13          might be all I have.  Let me do a

14          breakout, Ms. Shew, and then we'll decide

15          whether we need to turn it over to you,

16          or ask any follow ups.

17              MS. SHEW:  That's fine.  Five

18          minutes?

19              MR. WINEMILLER:  Yes.  Thank

20          you.  Off the record.

21        (Short break.)

22              THE WITNESS:  Okay.  I would

23          say that counsel has asked me to tell you

24          that they did send me an amended

25          complaint on March 17th, and I do have

1      it in my email.

2           I don't know if I remember reading

3      it or not, but I do have it present in my

4      email, that I'd forgotten about.

5           So, when you asked if there was any

6      other material, and I said I didn't think

7      so, I actually did have a 30 -- I know I

8      didn't read it, because it's 41 pages.

9      And -- anyway, but I did get it.

10               MR. WINEMILLER:  Okay.  Fair

11      enough.

12   BY MR. WINEMILLER:

13      Q.   Dr. Trabue, changing a birth

14   certificate would not result in changing a

15   medical record.  Correct?

16               MS. SHEW:  Object to the form.

17      A.   Again, I don't know.  That would be

18   a law issue.  Not a medical issue.

19               MR. WINEMILLER:  Okay.  I know

20      you'll be disappointed to hear this,

21      Dr. Trabue, but that's all the questions

22      I have for you today.  And I appreciate

23      your time.  Now --

24               THE WITNESS:  You know, I can't

25      think of a better cross-examination that

```
 1          I can have.  I appreciate your kindness
 2          to me.  So --
 3                    MR. WINEMILLER:  Well, thank
 4          you very much.  You've been a pleasure to
 5          speak with.
 6               Now, Ms. Shew may have some
 7          questions for you.
 8     RE-DIRECT EXAMINATION BY MS. SHEW:
 9          Q.   Dr. Trabue, just very quickly, you
10     had corrected the record a little bit by
11     saying that you had received the amended
12     complaint in this case from us.
13                    Did you also receive a motion
14     to dismiss --
15          A.   Let me look.  Let me just -- wait a
16     second.  Let me -- this was in March?
17          Q.   Yes, doctor.
18          A.   Yes, I've got it.
19          Q.   Okay.  All right.  That's -- that's
20     the only follow up I have, John.
21                    MR. WINEMILLER:  Okay.  Thank
22          you.
23     FURTHER EXAMINATION BY MR. WINEMILLER:
24          Q.   And one quick follow up to that.
25     Just to be clear.  Other than those two
```

Case 3:19-cv-00328   Document 93-8   Filed 05/29/20   Page 108 of 136 PageID #: 1964

1    documents you've now identified, and the --

2    and the drafts of your expert report and

3    declaration, did you receive any other

4    documents from defense counsel?

5        A.   I'm looking right now.  I don't have

6    anything more from them.  No, Sir.

7                    MR. WINEMILLER:  That's all I

8        have.  Thank you very much for your time,

9        Sir.

10                   THE WITNESS:  Yes, Sir.  Thank

11       you.

12                   MR. WINEMILLER:  Thank you

13       everyone else.

14                   MS. SHEW:  Thank you.

15          (Whereupon, the deposition adjourned

16       at 2:31 p.m.)

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, Giselle Mitchell-Margerum, RPR, CRI, CCR,
Licensed Court Reporter, Tennessee, do hereby certify
that the witness was first duly sworn by me and that I
was authorized to and did report said proceedings.

        I further certify that the foregoing transcript is
a true and correct record of the proceedings; that said
proceedings were taken by me stenographically and
thereafter reduced to typewriting under my supervision;
that reading and signing was requested; and that I am
neither attorney nor counsel for, nor related to or
employed by, any of the parties to the action in which
this deposition was taken; and that I have no interest,
financial or otherwise, in this case.


        IN WITNESS WHEREOF, I have hereunto set my
hand this 21st day of May, 2020.


GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR

1

2                    CERTIFICATE OF DEPONENT

3

4    I, ANTHONY TRABUE, hereby certify that I have read the
     foregoing pages, numbered 1 through 107, of my
5    deposition of testimony taken in these proceedings on
     Thursday, May 21, 2020 and, with the exception of the
6    changes listed on the next page and/or corrections, if
     any, find them to be a true and accurate transcription
7    thereof.

8

9

10

11

12    Signed:   ........................

13    Name:     ANTHONY TRABUE

14    Date:     ........................

15

16

17

18

19

20

21

22

23

24

25

Case 3:19-cv-00328   Document 93-8   Filed 05/29/20   Page 111 of 136 PageID #: 1967

1                        ERRATA SHEET

2      Case Name:      Kayla Gore, et al. v. William Byron Lee,
       et al.
3      Witness Name:   ANTHONY TRABUE
       Date:
4      Page/Line       From          To

5      _____/_____   _____

6      _____/_____   _____

7      _____/_____   _____

8      _____/_____   _____

9      _____/_____   _____

10     _____/_____   _____

11     _____/_____   _____

12     _____/_____   _____

13     _____/_____   _____

14     _____/_____   _____

15     _____/_____   _____

16     _____/_____   _____

17     _____/_____   _____

18     _____/_____   _____

19     _____/_____   _____

20     _____/_____   _____

21     Subscribed and sworn to before

22     me this date    day of month            , 2020.

23                 _____

24            ANTHONY TRABUE

25

**[**

**[Witness (1)**
89:8

**A**

**abdomen (1)**
69:19
**able (2)**
26:2;91:10
**ABOG (1)**
43:12
**abortion (2)**
12:19;13:1
**about (55)**
10:5;11:14;12:18;13:8;
14:20;15:15,16;16:12;
17:20;20:1,23;21:3,16;
22:2;23:10,14;29:4;30:13;
31:1;33:16;38:10;39:10,14,
25;40:8;42:3;47:6;50:5,12;
51:2;53:9;60:21,22;64:15;
66:11,13;67:21;73:3,9;
76:8;79:6,25;82:14;84:16;
89:6;91:5;93:9,13;94:4;
97:14;101:10;102:24;
104:1,3;105:4
**absence (2)**
92:17;93:4
**Absolutely (2)**
38:5;87:23
**absorbed (1)**
59:7
**abstract (1)**
50:8
**abusive (1)**
62:15
**accident (1)**

**12:9**
**accompanied (2)**
6:18;7:2
**according (1)**
68:17
**accurate (7)**
10:9;28:8,12;30:11;31:7;
34:12;77:13
**accurately (2)**
10:1;103:16
**ACOG (1)**
49:18
**action (1)**
19:4
**active (1)**
55:16
**actually (12)**
15:16;18:5,9,14;24:21;
27:19;42:8;52:1;63:9;
82:11;89:16;105:7
**acute (1)**
69:19
**Adams (1)**
96:1
**add (2)**
35:5;75:10
**added (4)**
35:6;83:9;90:10,14
**Additional (3)**
18:11,23;35:12
**address (2)**
7:18,22
**addressed (4)**
64:23;65:2,5,22
**adjourned (1)**
107:15
**Adolescent (3)**
49:8,13,17
**adolescents (1)**
49:19

**advance (1)**
8:15
**advice (1)**
65:19
**affiliated (2)**
61:17;63:17
**affiliation (1)**
58:19
**afraid (1)**
51:17
**after (15)**
21:22;25:5;37:14;38:13;
44:9;47:6;50:13;55:9;
59:11;83:18;88:5,8;89:3;
90:9;102:18
**afternoon (5)**
6:13,15;26:10,19;40:8
**again (11)**
14:10;22:6;35:24;44:12;
57:9;64:5;70:20;81:21;
93:19;96:6;105:17
**against (1)**
56:23
**age (3)**
23:9;44:19;98:9
**ago (12)**
12:20;17:20;21:16,18;
27:23;39:25;53:22;57:10;
84:14,17;87:1
**agree (18)**
24:14;51:11,13,21;52:13,
16;86:18;90:2;91:12;92:1;
93:7,12;94:19;95:1,7,12;
99:13,15
**ahead (1)**
17:7
**airline (1)**
70:18
**akin (1)**
97:25

**al (1)**
19:23
**alive (1)**
37:13
**allowed (2)**
56:24;75:5
**almost (1)**
12:19
**along (2)**
65:12;93:25
**already (2)**
76:25;84:17
**also (13)**
6:11;27:13;28:18;40:24;
42:10;43:4;54:15,15;60:7;
61:20;74:25;78:9;106:13
**Although (1)**
79:4
**always (4)**
14:22;16:11;103:16,24
**ambiguous (3)**
9:16;92:2;93:10
**amend (1)**
98:4
**Amended (5)**
74:2,3;75:14;104:24;
106:11
**American (13)**
43:14,22,22;46:24;47:4,
10,13,14,19;48:1,8;49:9;
52:22
**among (1)**
99:17
**amount (1)**
56:14
**animals (2)**
67:19;68:6
**another (6)**
21:10;41:19;42:23;54:23;
73:14;98:21

**answer (24)**
  8:9,11,17,24;9:7,8,8,19,
  23;10:1,12,21;11:22;12:1;
  15:22;30:9;51:19;81:18;
  91:9,11;100:8,25;102:14;
  104:9

**answered (1)**
  51:18

**answering (1)**
  65:10

**ANTHONY (4)**
  7:6,11;19:2;23:19

**anybody (1)**
  102:1

**Anyone (1)**
  73:15

**anything (14)**
  17:12;34:20,23;35:1,4,5,
  8;66:9;68:1,1,16;71:6;87:7;
  107:6

**Anyway (3)**
  68:8;94:4;105:9

**anywhere (1)**
  43:7

**Apart (1)**
  70:2

**apologize (2)**
  8:15;35:24

**appearances (1)**
  6:24

**appears (1)**
  96:14

**appendicitis (1)**
  69:19

**apples (1)**
  96:1

**apply (1)**
  43:24

**appreciate (4)**
  7:16;27:4;105:22;106:1

**approached (2)**
  20:2,18

**approximate (1)**
  25:2

**Approximately (2)**
  10:18;74:5

**April (3)**
  26:6,9,24

**area (4)**
  56:17;57:17;63:12;
  102:24

**aren't (2)**
  31:13;98:9

**argue (1)**
  101:10

**argument (1)**
  95:16

**around (2)**
  25:20;84:18

**Ascension (2)**
  61:13,15

**Ascension's (1)**
  78:15

**asked (7)**
  10:5;20:11;89:11;92:6,
  24;104:23;105:5

**asking (11)**
  15:16;16:7;30:12,15;
  31:3;50:1;88:7;91:5,6;
  104:4,4

**aspects (1)**
  77:3

**assign (1)**
  96:17

**assigned (1)**
  52:7

**assignment (2)**
  28:9;93:9

**assist (1)**
  99:24

**Assistant (2)**
  68:18;100:2

**assisting (2)**
  98:21;100:11

**associate (1)**
  21:10

**associated (3)**
  79:19;90:20;91:8

**associates (1)**
  21:6

**assume (3)**
  76:13,13,15

**assumes (1)**
  100:7

**Atrium (2)**
  61:3,4

**attached (1)**
  54:4

**attempt (1)**
  8:10

**attending (1)**
  80:23

**attention (1)**
  48:16

**Attorney (7)**
  7:1;9:5;15:2;20:5,10,17;
  22:11

**attorney/client (1)**
  75:2

**attorneys (7)**
  11:7,24;20:3;22:18;
  33:20;41:2;74:1

**atypical (2)**
  90:21;91:8

**author (1)**
  67:3

**authored (2)**
  66:3;67:4

**authoritative (1)**
  48:24

**Avenue (1)**
  7:20

**award (1)**
  44:11

**aware (4)**
  49:16;60:6;90:1;92:11

**away (1)**
  61:6

**B**

**babies (14)**
  37:13;55:14,15;58:2,16,
  17;69:15;74:5;85:22;86:10;
  96:10,20,23;102:19

**baby (22)**
  38:18;55:17;65:20;77:15;
  78:3,24,25;79:1;87:4,15;
  88:18,23;89:24;90:16;
  94:22;97:7;98:22,23;99:6,7,
  23;100:4

**baby's (35)**
  28:5,22;30:24;31:9;77:8,
  14,20,23;78:1;80:8,17,24;
  81:3,9,23;82:21;85:18;
  86:14;88:17;89:18;90:11,
  16;92:19;93:3;97:19,21,25;
  98:1,13,17;99:11;103:8,14,
  23;104:6

**back (12)**
  11:7;25:10;27:20;34:16;
  43:9;50:14;52:17;57:15;
  67:18;68:10;83:19;94:9

**background (4)**
  16:7;20:25;41:5;42:3

**bad (2)**
  48:14;69:20

**Baptist (1)**
  60:11

**bar (2)**

82:8,15

**based (3)**
54:14;73:24;77:14

**Basic (2)**
29:2;78:17

**basically (7)**
62:11,24;68:3;69:4;
78:15,22;79:3

**basis (2)**
28:20,24

**bears (1)**
24:22

**because (20)**
8:5;14:11;19:9;38:10;
39:21;48:5,16;56:9,22;
58:16;59:10;65:14;66:16,
25;70:10,12;84:15;102:15;
103:6;105:8

**becomes (1)**
87:18

**beds (3)**
60:19,20,23

**been (49)**
7:7;10:23;11:3,16,18,19;
13:6,16,17,18;14:1,10,12;
16:15,16;17:3,14,20;18:9;
19:9;22:14;23:18;25:5,14;
26:12,21,23,25;27:23;
33:19;38:14;41:20;42:25;
53:9;54:25;62:18;66:9;
68:8;73:2,25;79:22;82:12,
12;83:8,9;84:12,13;87:6;
106:4

**before (14)**
6:4;8:11,25;13:3;15:9;
16:9;22:9,16;25:22;31:18;
37:13;41:19;74:22;92:24

**begin (1)**
8:9

**behalf (2)**

7:2;19:10

**being (4)**
31:13;47:5;51:7;64:8

**believe (3)**
36:4,10,15

**belong (1)**
102:5

**belongs (1)**
102:8

**besides (1)**
34:1

**best (8)**
11:3,21;12:1;27:1;32:17;
82:19;92:6;100:8

**bet (3)**
81:12;84:11,17

**better (4)**
38:25;48:17;92:3;105:25

**between (3)**
51:8;53:17;80:13

**beyond (1)**
34:6

**big (4)**
60:18,24;61:7;102:2

**bills (1)**
56:20

**bio (1)**
41:1

**birth (50)**
20:4;28:6,23;30:25;
33:22;39:11,15,20;40:4;
52:8;72:25;77:10,16;78:20;
79:10,19,20;81:10,24;
82:23;83:2;84:4,20,23;85:2,
18;87:4;88:1;89:18;91:23;
92:19;96:10,20,21,24;97:7,
15,20,21,25;98:1,2;99:6;
103:8,8,9,17,25;104:7;
105:13

**bit (6)**

24:19;40:8;42:3;72:13;
82:13;106:10

**bladder (1)**
79:23

**blamed (1)**
38:11

**bleeds (1)**
79:21

**blog (1)**
66:13

**blood (1)**
79:6

**Board (7)**
43:14;44:10,14;46:15,22;
47:18,19

**boards (10)**
43:17,20,23;44:3,6,11,15,
18;47:7;48:8

**bonus (1)**
7:13

**book (1)**
66:12

**books (2)**
26:5;66:11

**born (3)**
84:1;91:21;92:2

**both (4)**
14:15;17:22;42:4;99:22

**bottom (1)**
50:24

**box (1)**
84:7

**brain (3)**
38:7;39:1,5

**break (10)**
8:22;9:1;73:4,5,16;83:16,
24;94:7,12;104:21

**breakout (1)**
104:14

**breasts (2)**

95:8,24

**breech (1)**
79:13

**bring (2)**
69:24;78:19

**brother (1)**
11:23

**Buchanan (1)**
67:23

**Buchert (1)**
6:20

**Buck (1)**
67:23

**building (1)**
59:22

**bulletins (2)**
48:25;49:1

**business (1)**
7:22

**busy (5)**
55:6,7,8,21,22

**C**

**Caesarean (2)**
79:12,16

**call (7)**
19:2;21:8;35:18;41:21;
63:1;69:9;73:16

**called (5)**
18:23;50:25;59:6;93:17,
23

**came (2)**
20:11;67:13

**campus (1)**
61:7

**can (39)**
8:20;9:24;11:4,22;12:2;
17:10;18:6,24;24:14,19;
27:1;29:11;34:16,18;35:17;

38:18;39:18;40:23;50:18;
56:7;66:23,24;70:12;72:13;
73:22;78:18,19;87:1;89:18;
94:6;97:5,7;100:8,25;
101:4;102:14;104:7,10;
106:1

**canal (1)**
79:20

**cancer (2)**
60:24,25

**Cannon (1)**
60:25

**cannot (5)**
81:7;86:14;93:3;97:10;
103:10

**can't (11)**
10:4;15:22;22:25;23:4,4;
26:1;42:24;91:9;102:1;
104:10;105:24

**care (3)**
42:2;49:18;101:13

**career (3)**
13:13;64:19;67:9

**carefully (1)**
78:9

**case (36)**
11:14;12:4,13,14,15,17,
21;13:8;14:1,11;19:11;
21:3;22:10,13,14,17;23:13;
27:8;28:10,14;29:23;30:17,
20;32:11;34:1,6;35:15;
36:2,7,12;54:19;76:5,10,20;
91:20;106:12

**cases (26)**
11:5,10;12:5,8,10;14:4,
13,18,21;15:17,20;17:11,
17,23;55:24,25;85:18;
86:16;87:2,11;88:14,21;
89:1,23;92:17;93:5

**Catholic (1)**

61:17

**cause (1)**
92:12

**Centennial (9)**
58:23;59:4,8,12,20,24;
60:3,21,25

**Centennial's (1)**
78:16

**Center (4)**
58:19,23;61:1;62:5

**cephalic (1)**
79:14

**certain (2)**
92:11;94:22

**certainly (4)**
50:15;65:17;93:21;100:4

**certificate (12)**
20:4;39:21;40:5;78:20;
81:11,24;82:23;84:5,21,24;
103:10;105:14

**certificates (7)**
39:11,15;72:25;83:3;
85:2;88:2;97:15

**certification (1)**
46:23

**certifications (1)**
46:22

**certified (1)**
46:15

**chair (2)**
59:10,12

**chance (2)**
49:16;84:5

**change (4)**
34:21;48:6;55:12;103:15

**changed (6)**
39:23;88:5,8,13;97:11;
103:11

**changes (4)**
49:3;55:5,13;74:21

**changing (2)**
105:13,14

**characteristic (5)**
86:23;90:3,7;95:9;96:13

**characteristics (13)**
86:20,24;94:16,20;95:2,
13,14,18,24;96:9,16,19,23

**charity-based (1)**
63:16

**charts (2)**
66:20,24

**chief (1)**
56:21

**child (3)**
38:21;88:6,9

**children (3)**
38:11;59:21;88:2

**child's (2)**
85:8;89:2

**chromosomal (8)**
89:19,25;90:9;91:13,15,
21,23;92:12

**chromosome (3)**
90:15;92:18;93:4

**chromosomes (6)**
90:3,4,6;93:11;94:15;
95:18

**church (2)**
61:17;63:17

**churches (1)**
63:18

**civil (1)**
38:14

**clarification (2)**
25:16;40:11

**classes (1)**
69:17

**clean (1)**
8:7

**clear (8)**

9:10,11;31:13;32:18;
47:22;48:17;76:3;106:25

**Clinic (8)**
61:22,25;62:6,10,17;63:7,
14,21

**clinics (1)**
62:14

**close (1)**
75:1

**cold (1)**
66:24

**colleagues (1)**
7:3

**College (13)**
43:22,25;44:4;46:24;
47:4,11,13,15,20;48:2,8;
49:9;52:22

**come (13)**
48:22;56:5;62:7;69:11;
71:4;80:21;83:17,19;87:7;
99:24;100:3;102:18,20

**comes (1)**
100:7

**comfortable (1)**
69:15

**comment (1)**
98:22

**committee (10)**
48:19,23;49:8,17,18;
64:23;65:1,4,7,22

**committees (1)**
64:18

**communal (1)**
99:20

**community (1)**
93:9

**compared (1)**
55:10

**Complaint (5)**
74:2,3;75:14;104:25;

106:12

**complete (6)**
10:9;34:14,18;35:14;
36:1;96:7

**completely (1)**
9:23

**completeness (1)**
41:7

**completion (1)**
39:11

**complex (1)**
97:8

**complication (3)**
79:15,16,18

**concept (3)**
69:7,7,8

**concern (1)**
12:24

**concerned (1)**
38:17

**condition (6)**
78:10,23,24;93:17;98:2,7

**conditions (3)**
90:20;91:7;92:12

**conducted (2)**
67:5,8

**conference (1)**
70:22

**confirm (3)**
24:20;40:17,23

**confusing (1)**
32:15

**congenital (2)**
90:20;91:7

**consensus (2)**
93:8,12

**consent (2)**
12:25;13:2

**consider (10)**
47:10;48:1;72:2,5,18,21,

24;75:25;76:1;84:23

**consist (1)**
45:7

**consultation (1)**
56:9

**consultations (2)**
20:9;56:4

**contained (2)**
34:2;84:20

**contains (3)**
36:5,11,16

**contemporaneously (2)**
77:19;87:12

**conversation (1)**
21:23

**conversational (1)**
33:15

**conversations (5)**
21:13;25:7,13,14,19

**conveys (1)**
30:16

**Cooper (1)**
15:23

**cooperative (1)**
80:13

**copies (1)**
18:2

**copy (5)**
24:2,9;67:25;75:13;84:4

**cord (1)**
94:1

**corporation (1)**
41:14

**correct (79)**
6:9;24:4,5,25;27:11,15;
28:6,21;29:20;31:15;33:5;
34:24;36:22,23;37:1,2,4,5,
7,8,11,18,19,22,23,25;38:1,
4,8;39:2,3,7,8,11,12,15,16;
42:5,6,12;43:4,5;46:6,11,

16;51:10;53:14;57:21;
58:23;61:23;64:21;66:4,5;
68:20,21;75:15;76:5;77:10,
11,21;81:25;86:17;87:22,
25;88:10;89:3,4;92:21;
96:10,20;97:2,16,17;98:17;
100:14,17,24;103:25;
105:15

**corrected (1)**
106:10

**correctly (13)**
33:14;51:9;52:11;73:23;
74:8;85:16,25;92:20;97:6,
12;98:3;103:18,21

**Could (10)**
40:17;51:19;58:15;61:3;
66:18;85:22;87:3;89:21,21,
24

**couldn't (6)**
56:20;59:9,9;64:7;81:15;
86:12

**Counsel (10)**
6:5,23;20:24;21:2;74:11,
17;75:19;76:25;104:23;
107:4

**counseling (5)**
37:15;63:8,10,12;65:18

**counselor (1)**
37:12

**counties (1)**
13:15

**counts (1)**
79:6

**Couple (4)**
6:4;7:24;53:2;86:11

**couples (1)**
65:12

**course (6)**
11:20;13:13;64:19;74:6;
96:24;97:19

**court (17)**
8:5;11:21;13:17,19,21;
14:2,11;15:3,4,5;16:22,25;
36:11,16;101:5,7,17

**courteous (1)**
73:17

**courtroom (4)**
10:24;11:2,19;16:3

**courts (1)**
36:5

**COVID (1)**
48:12

**credentials (3)**
52:18;53:2,4

**crisis (3)**
62:7,16;63:4

**cross (1)**
38:21

**cross-examination (1)**
105:25

**current (3)**
41:8,10;48:11

**currently (1)**
58:22

**CV (3)**
40:18,24;42:7

**CVs (2)**
40:14;43:10

---

**D**

---

**damaged (1)**
79:22

**data (2)**
78:17;97:23

**date (9)**
25:2;26:2,3,4;59:9;78:6;
79:2;98:1,6

**dated (4)**
21:21;24:24;26:10;27:16

**day (5)**
24:25;25:5;48:5,7;57:15

**days (9)**
54:8;55:10,23;57:10;
59:7;60:12;62:22;67:19;
100:17

**dead (1)**
66:25

**deal (1)**
102:3

**December (1)**
43:20

**decide (3)**
87:16;101:17;104:14

**declaration (51)**
15:8,10,11,21;22:5;23:19,
23;27:11;28:1,17,19;29:5,8,
15;31:14,18,22;32:25;34:2,
7,12,14,21,24;35:2,6,9,12,
14,25;36:4,10,15;47:3;
64:16;66:2;68:18;73:21;
74:15;75:6,11,21;77:5,6;
85:14;88:16;89:6;92:9;
97:4;103:5;107:3

**decline (1)**
35:18

**defendant (3)**
14:9,14;17:15

**defendants (6)**
7:2;18:23,25;19:1,11;
76:20

**Defendants' (5)**
18:11,23;33:19;74:1,2

**defendant's (1)**
14:8

**defense (7)**
20:24;21:2;74:11,17;
75:19;76:25;107:4

**defines (2)**
51:4;52:4

**definition (4)**
51:3,12;52:3,14

**delete (1)**
35:1

**deliver (4)**
58:4,16,17;65:11

**delivered (5)**
55:16;74:5;78:3;85:21;
102:19

**deliveries (1)**
69:6

**delivering (4)**
55:14,15;58:2;69:15

**delivery (24)**
69:7,10;71:2;78:7,12,14,
15,16,22,23;79:13,14,14,15;
80:14,19;89:3;96:13,17;
98:19;99:8;104:2,5,5

**department (8)**
42:23;56:20;59:10,12,13;
67:11,16;70:7

**departments (2)**
42:16,19

**depends (2)**
48:5;94:2

**deposition (11)**
6:11;7:25;11:15,17;16:9,
13,16;19:18,18;22:1;107:15

**depositions (1)**
17:15

**describe (3)**
55:4;56:2;78:9

**described (1)**
80:7

**description (3)**
28:9,13;99:22

**designation (3)**
103:8,24;104:7

**designations (1)**
53:3

**destroy (1)**
102:2

**determination (3)**
89:2;103:7,24

**determine (2)**
89:24;97:22

**determined (15)**
28:5,23;30:25;31:9;
33:22;85:9,18,23;86:14;
88:6,17,22;89:13,19;93:3

**determines (1)**
92:18

**determining (2)**
77:14;97:24

**develop (1)**
38:12

**developing (2)**
38:22,23

**development (10)**
38:7;39:2,5;90:19,21;
91:6,8,14,17;95:8

**diagnosed (2)**
62:8;93:20

**Dianna (1)**
6:25

**dictates (1)**
85:8

**didactic (1)**
69:25

**didn't (4)**
44:12;58:13;105:6,8

**difference (1)**
53:17

**differences (1)**
83:1

**different (15)**
17:10;21:10;48:13,21;
53:2,21;55:20;63:11;71:1;
78:16;81:5,8;82:21;91:23;
93:14

**differentiation (1)**
39:1

**differs (1)**
52:7

**difficult (4)**
69:10;71:1;79:13;97:22

**diligently (3)**
71:21,23,25

**Director (3)**
61:21;62:20;63:11

**directories (1)**
41:25

**disagree (3)**
51:11;52:13;93:7

**disappointed (1)**
105:20

**disclose (1)**
19:1

**disclosed (1)**
76:5

**Disclosure (2)**
18:11,24

**discuss (3)**
20:4;78:6;94:23

**discussed (1)**
33:21

**discussions (1)**
20:24

**disease (1)**
45:11

**dislike (1)**
83:12

**Dismiss (2)**
74:3;106:14

**disorder (7)**
90:19;91:5,13,14,15,16,
21

**dissimilarities (1)**
83:13

**distinct (1)**

31:25

**divorced (1)**
56:19

**Dixie (1)**
15:23

**doctor (5)**
13:3;41:19;54:20;80:16;
106:17

**doctors (2)**
54:17;56:9

**doctor's (1)**
54:23

**document (10)**
18:22;24:24;27:6,10;
50:15,19,23;74:18,22;101:6

**document] (1)**
89:8

**documented (1)**
101:14

**documents (14)**
22:7;74:10,12,13;75:25;
76:1;100:14,20,23;101:2,4;
102:11;107:1,4

**doesn't (1)**
67:18

**doing (6)**
16:1;35:22;55:19;57:5;
82:12;99:21

**done (16)**
8:20;10:21;11:17;16:11;
20:8;23:14;34:18;38:18;
56:1,22;57:6;59:19,20;
61:10;70:24;90:15

**donors (1)**
63:18

**don't (50)**
7:12;10:20;11:10,20;
13:23;15:25;17:2;18:2;
25:6,12;31:5;32:8,8,12,13;
33:15;40:2,3;44:5;48:15;

49:11;50:16;52:25;54:11;
57:18;61:11;63:9,12;70:9;
71:14,15;75:16;81:4;82:25,
25;83:5,9,11,13;84:12;
91:18,25;93:6;95:16;
102:14,16,21;105:2,17;
107:5

**doubt (1)**
68:14

**down (5)**
8:6;26:6;51:25;82:7,15

**Dr (35)**
6:13;7:9;10:14;16:5;
19:2;20:1,19;21:9,19,25;
23:19;24:19;27:24;31:24;
36:20;44:22;66:19;73:2;
74:10;75:24;77:4;81:9,17;
82:19;84:1;85:6;90:18;
93:2,16;96:8;99:18;103:22;
105:13,21;106:9

**drafts (2)**
75:20;107:2

**drugs (1)**
102:22

**duly (1)**
7:7

**Dupuy (1)**
7:11

**D-U-P-U-Y (1)**
7:12

**during (5)**
66:3;67:6,9;69:11;103:17

**dysphoria (8)**
37:7,11,17;46:1;64:4,24;
71:11;72:19

**E**

**each (7)**
8:4;24:9;29:11;78:13;

80:1,1,1

**earlier (2)**
23:14;94:14

**early (6)**
12:1,17;17:19;59:8,14;
62:8

**easier (1)**
24:19

**easy (2)**
79:12;82:9

**ED (2)**
19:2;23:19

**education (1)**
74:3

**Edward (1)**
7:11

**effort (2)**
9:22;10:1

**eight (7)**
11:2;24:15,16;31:21,25;
42:20;84:13

**eights (1)**
24:13

**either (7)**
8:20;13:17;20:6;53:23;
91:11;96:3,7

**elected (2)**
47:3,5

**electronic (1)**
67:1

**else (5)**
57:3;73:15;100:7;102:1;
107:13

**email (2)**
105:1,4

**emailed (1)**
18:6

**embarrassed (1)**
22:24

**embellishments (1)**

79:5

**emergencies (1)**
70:8

**emergency (5)**
42:22;56:21;57:5,7,14

**emphases (1)**
60:18

**emphasis (1)**
60:17

**employed (1)**
68:25

**employee (2)**
54:20;76:23

**encyclopedic (1)**
96:4

**end (4)**
11:8;44:3,4;77:6

**endocrine (1)**
45:17

**endocrinology (3)**
45:4,8;72:12

**English (1)**
102:17

**enlarged (1)**
95:24

**enough (6)**
23:12,12;37:13;58:18;
96:8;105:11

**enter (1)**
43:24

**entered (1)**
44:3

**entirely (1)**
102:15

**entitled (1)**
33:4

**entity (1)**
53:25

**envious (1)**
66:18

**established (1)**
41:15

**et (1)**
19:23

**etiology (3)**
36:25;37:10;38:3

**Europe (1)**
84:16

**European (1)**
42:9

**evaluate (2)**
36:12,17

**even (7)**
9:9;13:18;44:14;64:7;
92:14,16;104:5

**ever (21)**
12:11,12;14:1;16:2,18,22,
25;22:10,17,17;41:20;
56:16;58:18;63:24;64:3,22;
65:1,4,21;67:5;68:15

**every (11)**
8:5;9:22,25;44:16,18;
49:12;69:5;70:5,13,13;
78:13

**everybody (2)**
44:9;64:14

**everyone (4)**
73:17;83:17,20;107:13

**everything (4)**
34:17;48:10;49:3;93:13

**exactly (1)**
102:25

**EXAMINATION (3)**
7:8;106:8,23

**examining (2)**
89:19,25

**example (2)**
91:13,16

**examples (2)**
95:17,23

**except (1)**
6:6

**exception (1)**
103:19

**exclude (1)**
40:4

**excluded (1)**
16:22

**excuse (10)**
9:7;12:11;13:11;15:10;
28:17;35:5;41:4;75:18;
92:15;102:9

**Exhibit (19)**
18:10,12;19:14,16;23:18,
21;24:21;27:7,10;28:2;
40:13,15,21,22;43:10;
49:23,25;52:19;56:18

**exhibits (1)**
18:1

**exist (1)**
67:18

**exists (1)**
94:5

**expenses (2)**
54:16,19

**experience (1)**
74:4

**Experimental (1)**
67:16

**expert (37)**
10:15,19;12:12,16;13:10,
12;14:1,5,7;16:20;18:11,24;
19:3,10;27:7;28:4,13;
29:22;30:16,20;31:15;33:4,
11;34:12;72:2,6,15,16,17,
18,21,25;75:3;76:4;87:19,
20;107:2

**expertise (1)**
57:13

**experts (1)**

76:9

**explained (1)**
46:18

**exposure (1)**
39:6

**expressed (1)**
76:9

**extensive (1)**
74:4

**extent (1)**
74:25

**external (9)**
85:9,19,23;86:15,19,22;
87:3;94:15;95:19

**F**

**faces (1)**
23:11

**facial (1)**
96:1

**facility (1)**
80:1

**fact (5)**
20:25;23:23;40:18;77:18;
85:20

**facts (2)**
76:13,16

**failure (1)**
45:15

**Fair (7)**
23:12,12;56:14;58:18;
69:16;96:8;105:10

**fairly (1)**
55:16

**faith-based (2)**
61:16;63:15

**familiar (2)**
41:22;49:7

**far (7)**

10:24;11:15;25:13;33:21;
38:16;82:1,3

**fat (1)**
44:21

**father (3)**
11:23;71:19,23

**faulty (1)**
101:13

**faxed (2)**
15:14;27:22

**February (3)**
26:14,16,17

**federal (1)**
14:2

**feel (1)**
35:11

**fellas (1)**
44:13

**fellow (2)**
47:4,6

**Fellowship (1)**
52:22

**fellowships (1)**
52:24

**female (2)**
51:7;78:25

**females (1)**
95:25

**few (8)**
14:15,15;38:13;58:8;
64:12;87:6,10,11

**field (3)**
48:4;72:2,6

**filed (4)**
14:2;17:9,11;18:22

**finally (1)**
58:7

**fine (2)**
50:6;104:17

**fingers (1)**

Case 3:19-cv-00328   Document 93-8   Filed 05/29/20   Page 120 of 136 PageID #: 1976

66:25

**finish (2)**
8:9,16

**finished (2)**
8:11;41:17

**first (18)**
8:2;16:16;17:18;21:5,18,
23;24:15;31:21;38:12,13;
43:10;47:12;56:19,24;
75:18;77:25;89:13;98:11

**five (10)**
11:16;16:17;24:3;44:16,
18;52:19;83:19;94:7,10;
104:17

**flip (1)**
40:20

**floor (1)**
8:25

**focus (2)**
55:13;60:25

**follow (3)**
104:16;106:20,24

**follows (1)**
7:7

**forget (1)**
13:4

**forgotten (1)**
105:4

**form (42)**
6:7;15:8;30:2;33:1,12;
34:3,9;35:16;36:9,13,19;
40:25;51:15;52:15;53:6;
74:25;77:12,24;81:13,18;
85:5,10;86:21;87:5;88:19;
90:5,12;92:5;94:21;95:3,10,
21;96:2,11,25;98:18;99:12;
100:21;101:3;102:13;
104:8;105:16

**formed (1)**
33:25

**forming (2)**
75:17,24

**forms (2)**
62:25;63:6

**four (10)**
26:21;32:9;42:21;43:1;
50:23,24;52:19;54:23;
55:24;66:2

**Franklin (2)**
13:18,19

**Fridays (1)**
69:5

**friend (1)**
20:7

**friends (1)**
55:14

**from (24)**
10:8;31:25;35:2;42:7;
46:23,24;52:7;54:8;55:7;
57:20;64:6,9;70:2;78:16;
81:5;90:22;91:23;93:14;
99:3;100:2;102:20;106:12;
107:4,6

**full (2)**
7:10;59:16

**fully (1)**
9:23

**function (5)**
39:6;45:13,18;62:11;
69:13

**functional (1)**
94:3

**fundamental (1)**
51:6

**FURTHER (1)**
106:23

**G**

**gave (4)**

27:21;67:25;74:22;96:4

**geared (2)**
60:4;63:22

**gender (22)**
36:21,25;37:4,7,10,17,21;
45:22,25;51:3,4;52:6;61:4;
64:4,23;65:2;71:10,11;
72:19,22;87:17;92:4

**General (6)**
22:11;42:11;53:23;60:13;
85:1;102:7

**generally (1)**
14:6

**General's (1)**
7:1

**genetic (1)**
92:12

**genital (1)**
92:3

**genitalia (8)**
85:9;86:19,22;92:2;
93:10;94:15;95:19,20

**genitals (4)**
85:20,24;86:15;87:3

**getting (4)**
41:2;50:9;55:8;75:1

**give (15)**
11:22;12:2;15:4;41:2;
56:15,15;63:18,19;69:18,
22,22;70:3;96:6;100:9;
101:24

**given (14)**
7:13;11:10;13:10;15:7;
16:8,10,13,17,19;17:15;
20:5;75:11,13;101:14

**giving (2)**
10:8;19:22

**Glossary (2)**
50:25;51:25

**goes (3)**

40:3;70:14;101:19

**going (26)**
8:8;11:15;15:3;18:19;
20:23;25:8;29:3;30:4;33:7;
38:19;50:4;56:10,11,12;
57:2;62:22,23;66:25;67:20;
70:22;73:2,12,22;89:5,10;
91:11

**gonads (1)**
95:18

**gone (1)**
53:1

**Gonzalez-Pagan (1)**
6:20

**good (16)**
6:13,15;7:15;8:18;10:12;
18:8;38:17;56:13,13;58:4;
62:13;66:14;73:11,14;
84:13;94:11

**Gore (1)**
19:23

**gosh (1)**
34:16

**governed (1)**
100:16

**Government (3)**
53:25;101:1;102:5

**Gradually (1)**
55:8

**great (1)**
65:12

**grid (1)**
66:17

**grief (1)**
66:14

**ground (1)**
7:24

**group (4)**
54:12,13;65:14;100:1

**groups (1)**

54:10

**guess (9)**
21:20;27:20;44:20;64:17;
66:9;90:13;100:8;101:19;
102:7

**guy (1)**
67:24

**gynecologic (2)**
55:6,21

**Gynecologists (5)**
47:15,21;48:2;49:10;
52:23

**gynecology (9)**
41:13;43:15;46:16,25;
47:5,14,19;55:1;72:3

## H

**hair (3)**
95:24,25;96:1

**hairs (1)**
38:21

**half (3)**
54:24;61:6;73:14

**half-way (1)**
73:9

**hand (1)**
33:16

**handed (2)**
11:5;12:4

**handful (3)**
58:1;85:21;86:10

**hanging (1)**
82:13

**happen (3)**
24:14;70:9,17

**happened (4)**
26:9,24;101:18;103:17

**happens (3)**
32:16;33:22;47:6

**hard (3)**
8:4;37:12;71:20

**Having (2)**
7:7;74:5

**Health (7)**
58:20;60:16,21,23;61:13,
15;78:7

**Healthcare (3)**
49:8,17;61:16

**healthy (5)**
38:17;65:20,20;79:1,2

**hear (4)**
10:12;48:13;81:15;
105:20

**heavy (1)**
60:16

**height (2)**
98:1,5

**help (11)**
50:8;65:20;69:2,5,6,11,
14;70:8,24,25;78:11

**helpful (3)**
45:12;49:4,6

**helping (3)**
68:4,4;71:7

**helps (1)**
63:3

**hereby (1)**
19:1

**hesitated (1)**
65:9

**high (1)**
94:2

**HIPAA (1)**
100:17

**hips (1)**
95:25

**history (3)**
42:8,9;79:17

**hold (3)**

46:12;52:24;82:7

**hole (1)**
38:10

**homeless (1)**
62:13

**honestly (5)**
10:2;61:11;82:25;83:3,11

**hope (10)**
34:16;61:21,22,25;62:5,6,
17;63:7,14,20

**horizontal (1)**
98:8

**hormones (3)**
39:7;95:1,19

**hospital (17)**
42:16;43:2;57:20;59:5,5,
7,16,18,20;60:11,13,22;
61:6;67:16;78:13;102:8,16

**hour (4)**
70:13;73:3,14;83:18

**hours (1)**
73:12

**hundred (2)**
86:15;93:5

**hypospadias (1)**
93:18

## I

**idea (1)**
63:23

**identification (7)**
18:12;19:16;23:21;40:15,
22;49:25;102:11

**identified (3)**
19:9;77:1;107:1

**identity (10)**
36:21,25;37:4;45:23;
51:3,4;52:6;65:2;71:10;
72:22

**imagine (4)**
55:22;64:11;65:16;83:5

**immediately (1)**
86:12

**important (4)**
8:3;11:13;63:3;97:20

**include (2)**
40:4;66:8

**including (2)**
74:1;93:13

**income (1)**
54:14

**incoming (1)**
35:18

**incorrect (1)**
67:18

**increase (1)**
69:2

**Indeed (1)**
97:24

**indicate (2)**
46:4;88:2

**infant (4)**
78:7,8,8;96:17

**info (2)**
40:3;48:13

**information (19)**
9:19;29:2;31:22;33:13,
16,18;36:5,11,16;48:3;
73:25;75:20;77:22;80:6;
82:20,22,22;83:6;84:20

**injury (6)**
12:8,14;14:21;69:20;
79:23,23

**innate (1)**
51:7

**instances (1)**
92:14

**instantly (1)**
85:22

Case 3:19-cv-00328   Document 93-8   Filed 05/29/20   Page 122 of 136 PageID #: 1978

**instead (1)**
98:5

**institution (3)**
54:4;59:3;62:4

**instructed (2)**
76:12,15

**instructs (1)**
9:7

**insurance (1)**
58:5

**intend (3)**
19:2;28:14;34:5

**interchanged (1)**
103:19

**interface (2)**
45:17;63:12

**interfaced (1)**
65:16

**internal (1)**
95:19

**internist (1)**
44:17

**internship (3)**
42:11,15;56:19

**interrupting (1)**
30:6

**into (5)**
41:18;54:8;59:8,17;73:22

**invading (1)**
75:2

**inverted (1)**
103:12

**involved (6)**
13:5;17:4;38:14;68:9;
71:10;102:23

**iPhone (1)**
35:22

**ironing (1)**
94:8

**issue (2)**

105:18,18

**issued (2)**
46:13;49:18

**itself (2)**
31:3,11

## J

**Jae (3)**
7:4;20:19,21

**job (2)**
11:13;87:18

**John (2)**
6:16;106:20

**journal (1)**
66:10

**judge (1)**
102:6

**jury (3)**
36:6,12,17

**just (57)**
7:25;8:16,22;10:5;11:11,
13;13:7;15:25;16:7;18:13,
13;20:10;21:21;22:2,2,5,23;
29:5,11;30:4;31:3;32:10,
16;33:7;41:6;42:1,24;
46:18;47:17,22;53:10;
54:25;55:23;62:24;65:10;
70:18;71:7,19;73:16,18,21;
74:14;76:3;80:1,7;81:16,
17;82:12;83:16;87:1;89:7,
17;91:12;104:1;106:9,15,25

## K

**keep (4)**
13:23;30:5;37:13;56:25

**keeping (1)**
82:14

**kept (1)**

55:15

**kidneys (1)**
68:5

**kids (1)**
69:14

**kind (9)**
38:9;41:1;48:8,12;59:3;
62:4;69:14;71:5;94:8

**kindness (1)**
106:1

**kinds (1)**
101:25

**knew (3)**
20:7,8;57:1

**know (77)**
8:23;10:20,21;11:10;
13:22,23;14:3;15:24;16:21,
24;17:2;23:10;25:6;26:2;
27:22;31:5;38:9;40:3;41:2;
44:9;49:11;53:20;54:11;
55:18;56:10;60:2,15;61:3,5,
7,11;63:9,20;64:13;66:14;
73:18;78:15;81:2,4;82:1,3,
25;83:5,9,11,13;84:6,10,12,
15;85:6;86:6;88:1,4,12,16,
21;91:18,25;92:6;93:6;
94:4;96:3,12;98:23;101:20;
102:2,6,14,21,23;103:1;
105:2,7,17,19,24

**knowledge (2)**
29:19;82:20

**Kohli (1)**
6:21

## L

**lab (1)**
67:14

**labeled (1)**
18:10

**lack (2)**
93:8,12

**ladies (2)**
23:1;26:1

**lag (1)**
8:14

**language (1)**
75:10

**large (1)**
59:5

**largely (1)**
98:8

**larger (1)**
54:4

**last (9)**
7:13;20:15;21:14,17;
24:20;26:8;39:13;62:20;
67:2

**late (2)**
40:1;62:3

**lately (1)**
38:15;49:12

**later (5)**
40:8;48:7;54:24;103:10,
12

**law (8)**
34:17;39:23;71:20;85:7,
11,12;101:9;105:18

**lawsuit (2)**
19:23;20:1

**lawsuits (2)**
17:4;101:5

**lawyer (5)**
11:14;13:22;26:25;54:12;
101:20

**lawyers (9)**
11:24;15:23;25:3;26:7,
16,19;54:13,13;70:10

**lazy (1)**
62:21

**leading (1)**
26:12

**learned (2)**
82:6;95:15

**least (5)**
6:19;10:24;11:16;80:5;
89:1

**leave (3)**
35:8;57:2;58:14

**lecture (2)**
69:18,22

**Lee (1)**
19:23

**left (1)**
58:16

**legal (8)**
20:8;39:10,15;71:15;
100:20,23;101:6,21

**length (2)**
98:5,6

**less (4)**
54:18;55:8,9,22

**letter (1)**
64:5

**letters (2)**
64:9,12

**level (1)**
45:17

**license (1)**
46:13

**licensed (2)**
46:5,8

**licenses (1)**
46:12

**life (2)**
55:13;64:10

**lifetime (1)**
44:11

**likeness (1)**
83:12

**Lim (10)**
7:4;20:19,21;21:5,5,9,23;
22:19;25:25;26:18

**limited (1)**
16:25

**line (3)**
30:6;33:8;39:13

**list (2)**
96:4,7

**lists (1)**
96:6

**litigation (1)**
38:15

**little (13)**
24:19;29:12;40:8;55:8,
10,22;57:25;68:10;72:13;
73:13;82:13;94:4;106:10

**lock (1)**
84:7

**locums (2)**
41:22,24

**lone (1)**
54:25

**long (5)**
10:22;11:18;16:15;24:3;
87:6

**longer (3)**
40:2;58:17;78:4

**look (19)**
18:17;19:13;20:12;22:7;
23:17;34:16;39:22;40:12;
43:9;49:24;50:6,7;56:18;
60:19,21;92:8;99:19;103:4;
106:15

**looked (6)**
22:2,3,5,6;39:20;88:9

**looking (9)**
21:21;24:8;27:25;66:1;
73:20;85:23;88:15;91:3;
107:5

**looks (1)**
26:23

**loop (2)**
40:2;83:4

**Lord (1)**
47:16

**lose (1)**
49:1

**loss (1)**
79:6

**lot (13)**
48:25;55:9,13,18;56:3,9,
15;57:7;58:8;62:12;64:17;
65:17;79:22

**love (1)**
70:10

**low (1)**
45:17

# M

**made (6)**
81:16,17;84:16;103:7,25;
104:7

**main (1)**
59:20

**major (1)**
42:8

**majority (2)**
85:17;86:7

**make (20)**
6:24;7:25;9:22,25;13:7;
24:18;29:5;30:5;40:6;
47:24;66:6;68:10;70:11,11;
74:21;89:20,25;91:23;
92:13;97:23

**male (2)**
51:7;78:25

**males (1)**
96:1

**malpractice (9)**
12:7,14;14:6,18,19;17:8,
23;101:9,18

**man (2)**
23:1;67:23

**many (6)**
10:18;16:12;21:1;57:4,4;
84:12

**marathon (1)**
8:21

**March (9)**
21:21;26:11;27:14,14,15,
16,19;104:25;106:16

**marked (10)**
18:12;19:16;23:18,21;
27:6;40:13,15,22;49:23,25

**material (2)**
33:16;105:6

**materials (1)**
46:3

**matter (2)**
6:18;14:6

**may (25)**
9:6;24:25;25:20;26:4,21,
23;28:19,24;30:9;41:25;
48:17;53:20,21;54:14;
61:10;62:13,15;68:2;69:11;
78:18;79:4;81:18;91:10;
94:8;106:6

**Maybe (16)**
11:17;16:14,14,15;21:16;
25:6,21;27:20,21;39:25;
42:24;48:14;64:5;68:11;
102:17;104:9

**MD (2)**
19:3;23:20

**mean (23)**
13:14;20:21;25:6,7;26:4;
53:21;61:2;67:25;79:11,24,
25;86:2,6;87:18;89:14;

92:24;99:15;101:8,15,19,
19;102:7,23

**meaning (1)**
99:9

**means (2)**
25:7;53:20

**meant (1)**
53:20

**mechanisms (1)**
69:8

**media (1)**
66:15

**medical (79)**
12:7,14;14:5,17,19;
17:22;28:4,13;40:6;42:5;
57:23;58:23;60:3;61:21;
62:19,25;63:10,21,25;
65:23;66:10;67:9,10;68:9,
19;70:4;71:24;77:20,23;
78:1,2,5;80:8,9,12,17,25;
81:3,5,9,23;82:21;84:24;
85:3;87:12,14;88:5,7;90:11,
13,14,15,16;93:8,14;97:8,9,
10,15,21,24;98:13,14,17;
99:11;100:13,19,22;101:10,
24;102:4,9,10;103:7,9,15,
24;105:15,18

**medications (1)**
10:7

**medicine (5)**
53:5,20;57:5;93:13;99:16

**meeting (4)**
26:13,14,15,17

**members (1)**
44:14

**Menopause (1)**
45:15

**mentioned (4)**
15:3;22:14;52:21;64:16

**met (3)**

11:24;22:19;26:19

**Metro (1)**
102:20

**Middle (1)**
12:22

**Midtown (6)**
60:8,15;61:11,12;68:25;
103:2

**might (13)**
26:2;29:12;38:24;51:17,
18;73:13;81:7;82:9;84:7;
89:17,19;93:23;104:13

**mile (1)**
61:6

**mind (1)**
9:16

**mine (1)**
9:13

**Mine's (1)**
27:16

**Minimal (2)**
45:5,6

**minute (1)**
87:1

**minutes (6)**
73:3;83:18,19;94:7,10;
104:18

**mob (1)**
66:16

**Monday (2)**
21:15;26:22

**money (3)**
63:18,19;68:10

**month (4)**
26:8;55:24;58:7;69:5

**months (5)**
20:16;21:18;27:23;42:20;
43:1

**moonlight (1)**
41:25

more (16)
9:18;11:16,17;16:15;
20:25;25:12;29:9;33:8;
48:17;58:1;73:12;77:15;
82:14;86:10;97:22;107:6

**most (9)**
8:2;11:6;42:1;48:24;54:7,
9;58:7;60:11;80:20

**Mostly (2)**
14:9;59:21

**mother (8)**
65:20;78:10,11,24;79:2;
98:24;99:8,22

**mother's (5)**
78:2;80:7,10,12;97:8

**Motion (2)**
74:2;106:13

**moving (2)**
48:9;51:25

**Mrs (1)**
84:8

**much (9)**
9:24;11:21;48:15;49:12;
73:6,7;79:21;106:4;107:8

**multiple (2)**
12:3;94:20

**Murphy (1)**
7:20

**must (1)**
103:15

**mute (1)**
82:8

**myself (1)**
58:10

---

# N

**name (5)**
7:10,15;20:5;22:25;68:15

**named (2)**

67:23;76:20

**names (2)**
22:24;23:11

**narrative (2)**
40:24;52:20

**Nashville (5)**
7:21;13:17,20;62:14,18

**national (1)**
69:1

**nature (4)**
20:4;37:4;55:4;97:9

**necessary (1)**
89:17

**need (15)**
8:3,22,24;9:8,18;35:11,
17;56:1,6;73:3,16;80:20;
83:15;99:23;104:15

**needed (1)**
78:11

**needs (2)**
13:3;50:5

**neurobiology (2)**
45:20;72:10

**neurosurgery (1)**
42:25

**never (5)**
14:10;16:10;17:12;67:4,
25

**Nevertheless (1)**
103:6

**new (1)**
62:19

**next (8)**
8:12;20:22;43:24;52:1,2,
2;67:15;88:15

**nice (5)**
64:8,13,14;65:14,15

**nine (1)**
11:10

**nobody (3)**

16:1;56:23;68:15

**None (2)**
10:6;45:21

**note (6)**
78:12,14,16,17,22;87:12

**nothing (4)**
22:2;71:18;77:14,25

**Notice (1)**
19:18

**noting (1)**
97:25

**notwithstanding (1)**
93:11

**number (5)**
17:6;18:1;60:19;65:11;
68:25

**numbered (2)**
24:6,10

**nurse (5)**
80:19;98:20,21,22;100:2

**nursery (6)**
80:20;87:16;93:21;99:3,
25;100:3

**nurses (3)**
58:3;80:14;99:21

**O**

**oath (1)**
15:12

**OB-GYN (8)**
43:4,23;56:17;57:7,16;
59:12,25;74:7

**Object (42)**
30:1,2;32:23;33:1,12;
34:3,9;35:16;36:9,13,19;
51:14,15;52:15;53:6;74:24,
25;77:12,24;81:13;85:5,10;
86:21;87:5;88:19;90:5,12;
92:5;94:21;95:3,10,21;96:2,

11,25;98:18;99:12;100:21;
101:3;102:13;104:8;105:16

**objection (7)**
30:5;51:19;74:20;75:23;
81:17;82:10;94:17

**objections (2)**
6:6;9:6

**objects (1)**
9:9

**observation (2)**
77:19;85:19

**observe (1)**
87:3

**observed (1)**
77:10

**observing (2)**
77:15;86:14

**obstetric (1)**
55:16

**obstetrically (1)**
55:7

**obstetrician (2)**
38:10;62:10

**obstetricians (7)**
38:20;47:15,20;48:2;
49:9;52:23;69:1

**obstetrics (11)**
41:13;43:15;46:16,25;
47:4,14,19;55:1,19;62:10;
72:3

**obtuse (1)**
99:9

**occasion (1)**
16:19

**occasionally (2)**
32:16;41:21

**occupation (1)**
99:17

**occurred (2)**
25:19;89:2

**o'clock (1)**
26:15

**odd (1)**
31:5

**off (6)**
11:25;41:19;66:17;82:8;
94:9;104:20

**offer (3)**
12:4;28:14;34:5

**offered (1)**
12:11

**offering (15)**
36:20,24;37:3,6,9,16,20,
24;38:2,6,25;39:4,9,14;76:8

**offers (2)**
60:3;63:21

**office (9)**
7:1;22:10;25:22,24;
26:13,14;54:23,24;66:21

**official (1)**
53:3

**officials (1)**
99:3

**often (3)**
38:11;70:9;93:20

**Oh (13)**
14:22;17:6;18:8;31:2;
34:16;43:21;47:16;52:21;
55:23;71:19;86:6;90:25;
91:4

**Okay (227)**
6:10,22;8:21;9:3,5,12;
12:3,24;13:7,21,25;14:4,17,
20,24;15:3,7;16:12,18,25;
17:3,6,16,25;18:13,14,20,
21;19:8,13,25;20:14,20;
21:25;22:9,16;23:3,8,17,22;
24:1,12,17,18;25:11,15,23;
26:5,12;27:13,18,24;28:12,
16,17;29:1,3,21;31:12;32:5,

7,20;33:7,25;35:19,22,23;
37:16,20;38:6,24;39:4,9,17;
40:7,9,16,20;42:3,10,14,18;
43:3,9,19;44:1,5,8,22;45:9,
14,19;46:3,8,11,15,21;47:2,
10,18,22;49:7,16,22;50:16;
51:22;52:17;53:1,8;55:3;
56:16;57:11,14,19,23;
58:11,18;59:3,23;60:2,7,13;
61:9,12,15,20,24;62:2;63:5,
14,20,24;64:3,15,22;65:21;
66:1,6,11,13,22;67:2,5;
68:13,17,22;69:16;70:2;
71:9,13,15;72:1,5,17;73:2,
11,20;75:17;76:7,12,22;
77:3,7,22;80:4,6,11,15,23;
81:2,6,9,16,20;82:2,4;
83:14;84:19,23;85:1,6,13;
86:13,18,25;87:9,21,24;
88:4,14;89:5,10,23;90:2,9,
18;91:10,19;92:1,8,23;93:2,
16;94:14,25;95:7,17;96:8,
22;97:3,18;98:8,11;100:13,
16,19;101:1;102:4,9;103:4,
22;104:11,22;105:10,19;
106:19,21

**old (2)**
44:21;57:10

**Omar (1)**
6:20

**on (99)**
7:1;8:4,15,19,25;11:25;
13:4;14:7,11,13,22,22;
16:10,19;17:9;18:4;19:10;
22:9,16;23:13;24:24;25:3;
26:4,6,13,14,16,24;27:14,
19,21;32:20;33:8;36:21,25;
37:4,6,10,17,21,25;38:3,7;
39:1,5;40:4;41:19,24;43:1;
48:5;49:8,17,18;51:18;52:2,

18;54:15;56:11,18,21;
57:19;58:15,22;60:7;61:8;
64:18,22;65:1,4,7,22;66:7,
14;67:19;68:6,14;69:18;
70:3;72:18,22,25;73:15,24;
77:14;78:17,21;79:3,9;
80:2;82:20,22;84:20;87:4;
90:15;94:2,10;96:5;103:9;
104:25

**Once (3)**
69:18,23;101:7

**one (50)**
7:13;8:3;16:10;17:20;
18:6,15,19;20:2;21:6,7,8,
14,16,18;22:15;23:1;25:25;
26:11;29:8,9,15,18,24;
31:24;32:4;35:17;39:18;
40:14,24;49:15;50:12;
52:19;54:20;58:6;60:17;
62:21,21,23;67:11;70:22;
74:14;75:18;82:5;84:24;
86:15;89:11;91:11;93:4;
99:3;106:24

**ones (1)**
21:7

**one's (1)**
22:25

**only (8)**
8:23;22:15;27:7;50:11;
55:24;74:12;85:21;106:20

**opened (2)**
18:14;54:24

**operate (2)**
13:4;56:11

**operated (1)**
67:19

**opinion (43)**
11:11;12:5;15:12;16:23;
17:1;28:4,14;29:6,16,22;
30:13,16,20,22;31:1,4,8,10;

36:12,21,21,25;37:3,6,10,
17,21,24;38:3,7;39:1,5,10,
14;48:23;49:18;75:17,24;
76:8,14,19,23;77:8

**opinions (27)**
11:6;14:13;28:19,21,25;
29:7,14,17,18;31:15;32:3,
13,22;33:3,5,11,23;34:1,6;
35:15;36:1;48:20;56:5,15;
73:24;76:4,8

**organization (3)**
61:16;63:15,16

**orientation (3)**
37:25;38:4;65:6

**orthopedics (1)**
42:23

**other (57)**
8:4;12:13;15:17;16:19;
17:11;21:7;22:7,19,25;23:4,
12,15;25:25;26:7,11;31:22;
33:25;34:5;38:16;43:6;
45:11;46:9,12,12,22;48:25;
52:24;53:3;56:5,17;57:14,
17;63:5,6;68:4;75:18,20,25;
76:4,9,23,25;77:22;78:1;
79:5,7,8;92:13;93:14,23;
94:5;97:23;99:23;102:20;
105:6;106:25;107:3

**otherwise (1)**
57:1

**ought (1)**
38:23

**ourselves (1)**
99:18

**out (12)**
35:8,23;48:6,8,22;55:25;
58:10;66:24;67:13;70:23;
83:3;94:9

**outside (2)**
22:20;57:7

**ovarian (2)**
45:13,15

**over (18)**
11:2;13:12,12;14:13;
16:17;22:3;40:20;50:6;
53:1;55:5;58:9,10;64:19;
74:6;83:8;100:4;101:25;
104:15

**overwhelming (4)**
85:17;86:3,7;89:16

**overwhelmingly (4)**
89:13,15;92:18,25

**own (8)**
7:14;19:25;41:14,19;
54:24;78:14,14;80:2

# P

**page (9)**
24:8,20,21;31:14;50:23,
24;52:1,3;56:19

**pages (2)**
24:3;105:8

**paper (3)**
66:20,23;68:15

**papers (1)**
48:6

**Paragraph (34)**
24:10,15,16;28:1,22;
29:15,18,24;30:3,13,16,19,
23;31:3,18;32:9;33:9,10,13;
66:1;73:21;77:5;85:14;
86:4,8;88:15,16;89:6;
90:23;92:9;97:4,18;98:12;
103:4

**paragraphs (9)**
24:6,9;29:8,12;31:21,24,
25;32:4;89:12

**parent (1)**
20:6

**parental (2)**
12:25;13:2

**Parenthood (1)**
12:22

**parents (2)**
7:14;38:22

**part (10)**
29:22;41:6;42:14;59:24;
61:5,12;90:16;97:20;99:10;
103:14

**participate (1)**
42:15

**particular (4)**
36:24;37:9;38:2;52:18

**particularly (2)**
49:13;102:22

**party (2)**
17:4,9

**pass (1)**
43:23

**passed (3)**
43:17,20;44:2

**passport (3)**
84:7,10,15

**passports (1)**
84:12

**past (3)**
64:7;66:3;67:6

**patient (7)**
13:3;20:6,7,7;56:11;64:4;
78:4

**patients (4)**
42:2;58:12;64:9;102:16

**pay (2)**
48:15;56:20

**PDF (1)**
24:20

**pediatrician (7)**
87:19,22;88:6,8,17,22;
92:7

Case 3:19-cv-00328   Document 93-8   Filed 05/29/20   Page 127 of 136 PageID #: 1983

**pediatricians (1)**
87:16

**pelvis (1)**
69:8

**penetrating (1)**
69:20

**penis (2)**
77:16;96:14

**people (29)**
15:23;26:7;41:24;44:16;
45:13;48:4;54:3,9;55:18;
56:4;58:3;62:12,12,15;64:6,
14;65:14,17;66:15;68:4;
70:8,25;83:2;92:2;93:10;
99:23;101:24;102:18,20

**percent (6)**
12:7,7;60:20,22;86:15;
93:5

**perfect (2)**
102:25;103:2

**performed (1)**
90:10

**perineoscrotal (1)**
93:17

**period (1)**
76:1

**person (9)**
16:11;22:19;45:11;52:6;
56:25;64:1;91:20;100:3,12

**personal (6)**
12:14;14:20;29:19;99:16,
17;101:16

**personally (1)**
17:3

**personnel (2)**
80:21;99:25

**persons (4)**
37:22;60:5;63:22;65:24

**person's (2)**
51:6;81:5

**perused (1)**
89:8

**phased (1)**
58:9

**PhD (1)**
7:6

**phrase (1)**
89:12

**physical (3)**
86:23;98:2,6

**physician (10)**
54:25;77:9;80:24;98:20,
25;99:2,5;100:1,1,5

**physician's (1)**
77:18

**physiologist (1)**
67:14

**Physiology (1)**
67:12

**pilots (1)**
70:18

**pituitary (1)**
45:11

**place (4)**
21:13;62:6,18;77:25

**plague (1)**
48:12

**plaintiffs (1)**
6:17

**Plaintiffs' (2)**
74:1;75:14

**plaintiff's (5)**
14:7,11,13,15,23

**plan (1)**
56:13

**Planned (1)**
12:21

**please (7)**
7:10,19;8:23;17:7;39:19;
51:20;94:7

**pleasure (1)**
106:4

**plenty (1)**
79:8

**pm (1)**
107:16

**point (5)**
39:18,24;40:1;83:4;93:25

**points (1)**
13:5

**policies (1)**
12:19

**politically (1)**
67:17

**pop (1)**
82:9

**position (5)**
41:9,10;48:17,18;63:2

**possible (3)**
8:1;50:9;91:22

**posts (1)**
66:13

**practice (25)**
34:17;41:13,18;48:25;
53:4,9,10,13,17,18,19;54:6,
9,9,22;55:1,4,16;56:2;
57:15,16,16;59:25;85:21;
87:8

**practiced (1)**
56:17

**practices (1)**
54:7

**practicing (1)**
74:6

**practitioner (1)**
100:2

**practitioners (2)**
70:20;71:3

**pre (1)**
17:25

**precise (2)**
27:3;32:2

**pregnancies (1)**
63:4

**pregnancy (3)**
49:14;62:7,8

**pregnant (2)**
12:9;69:21

**premarked (1)**
18:1

**prepare (7)**
22:1;74:17;80:20,22;
83:2;99:10,13

**prepared (3)**
27:8;28:25;75:5

**prepares (2)**
80:12,17

**preparing (9)**
76:13,19,22;80:24;81:1;
98:17;99:22;100:10,12

**presence (4)**
92:17;93:4,11;96:14

**present (2)**
98:20;105:3

**presentations (1)**
70:3

**presented (4)**
29:23;51:4;101:5,7

**pretty (1)**
11:12

**prevent (1)**
10:8

**previous (1)**
89:12

**primary (5)**
67:6,8;95:14,17;96:9

**printed (1)**
18:2

**Prior (1)**
67:2

Case 3:19-cv-00328   Document 93-8   Filed 05/29/20   Page 128 of 136 PageID #: 1984

**prise (1)**
66:24
**private (12)**
41:12,12;53:10,17,19;
54:5,6,7,9,22;63:18;101:16
**privilege (1)**
75:2
**privileges (1)**
44:19
**Probably (22)**
8:2;11:1,9,16;12:23;
13:19;14:9,14;20:15;21:22;
26:12,18;27:16;39:21;55:7,
24;58:6;60:20;84:11,13;
86:10;93:1
**problem (2)**
70:11,12
**problems (1)**
38:11
**procedure (3)**
97:8,10;103:17
**proceed (1)**
8:17
**process (2)**
37:21;79:19
**production (2)**
54:15,18
**professional (2)**
41:14;74:4
**professionals (1)**
64:18
**Professor (1)**
68:18
**program (1)**
68:23
**prohibition (1)**
65:23
**proposition (1)**
85:2
**provide (9)**

7:18;28:4,20,24;31:8,22;
57:24;63:7;75:19
**provided (8)**
33:14,19;40:14;59:24;
63:25;73:25;74:11,12
**providing (1)**
65:19
**provision (1)**
12:25
**psychiatry (2)**
45:1;72:6
**psychology (2)**
44:23;72:8
**pubertal (1)**
95:1
**puberty (1)**
95:4
**pubic (2)**
95:24,25
**public (2)**
70:3;100:14
**publication (1)**
67:4
**publications (4)**
66:3,8;67:3,13
**published (2)**
66:10;68:1
**pull (2)**
18:6,7
**Puneet (1)**
6:21
**purpose (1)**
81:3
**purposely (1)**
35:8
**put (3)**
48:6,10;87:14
**puts (1)**
48:8
**putting (2)**

18:4;68:5

## Q

**Qualifications (2)**
31:19;32:21
**qualified (4)**
45:10;94:23,25;96:6
**question (38)**
8:10,12,25;9:8,13,15,19;
21:1;29:21;30:3;31:6,7;
32:2,15,17;35:24;38:25;
39:13;47:11;50:17;52:23;
63:1;75:7,18;81:19,21;
85:11;86:5;88:11;89:5,11;
91:2,9,19;92:23;97:1;
100:22;102:15
**questioning (1)**
30:6
**questions (16)**
9:9,23;10:1;16:8;20:22,
25;31:12;33:8,8;40:7;50:5,
12,13;53:8;105:21;106:7
**quick (1)**
106:24
**quickly (3)**
17:12;82:13;106:9
**quiet (1)**
8:16
**quit (1)**
55:14

## R

**rabbit (1)**
38:9
**rankings (1)**
48:21
**rare (2)**
92:14,16

**rarely (1)**
65:13
**rather (1)**
55:19
**read (24)**
49:11,21;50:2,14;51:9;
52:11;73:22,23;74:8,14;
85:15,15,25;89:7,9;92:20;
97:5,6,12;98:3;103:5,18,21;
105:8
**reading (2)**
90:22;105:2
**really (14)**
10:20;12:1;18:15;40:2,3;
49:15;54:8;59:6;63:3;
69:14;71:6;75:1;91:9;
100:10
**realtime (1)**
70:15
**reason (3)**
10:4;65:9;80:21
**recall (6)**
21:12;25:18;42:7,18;
84:19;87:1
**receive (2)**
106:13;107:3
**received (1)**
106:11
**recited (1)**
29:18
**recollection (1)**
13:25
**record (51)**
7:10,19;8:7;13:24;40:6;
73:22;77:20,23;78:1,2,5;
79:4;80:2,8,9,12,18,25;
81:3,5,10,23;82:21;87:13,
14;88:8;90:11,14,17;94:9;
97:9,10,21,24;98:13,14,17;
99:1,2,6,11;100:6,11,12;

Case 3:19-cv-00328    Document 93-8    Filed 05/29/20    Page 129 of 136 PageID #: 1985

101:10,16;103:9,15;104:20;
105:15;106:10

**recorded (7)**
6:12;77:19,23;82:20,22;
91:22;103:9

**records (10)**
84:24;85:3;88:5;97:15;
100:14,19,23;101:24;102:4,
10

**rectal (1)**
79:23

**RE-DIRECT (1)**
106:8

**refer (3)**
24:15;49:14;50:18

**referral (1)**
62:9

**referred (1)**
95:13

**referring (1)**
98:12

**refers (3)**
43:12;90:19;91:7

**reflect (2)**
92:4;103:16

**reflection (1)**
77:9

**reflects (1)**
97:9

**refused (1)**
71:21

**regarding (3)**
28:4;31:8,10

**regards (2)**
30:24;33:9

**regulation (1)**
85:7

**related (1)**
71:10

**relating (2)**

35:12;53:4

**released (1)**
101:17

**reliability (1)**
36:17

**remember (8)**
17:16;22:25;23:5,10;
33:14;42:24;64:7;105:2

**render (1)**
11:11

**rendered (2)**
11:7;14:12

**rendering (1)**
29:23

**repeat (1)**
51:19

**report (8)**
27:7,14,17;32:22;33:4;
75:21;79:9;107:2

**reporter (1)**
8:5

**represent (2)**
6:17;18:21

**Reproductive (1)**
45:8

**reputable (1)**
48:3

**requirements (1)**
39:10

**research (5)**
67:6,8,24;68:9,14

**reserve (1)**
32:9

**reserved (1)**
6:6

**residence (1)**
41:17

**residencies (1)**
43:6

**residency (2)**

43:4;68:23

**resident (1)**
57:1

**residents (4)**
69:2,23;70:1;103:1

**resides (1)**
93:25

**respect (2)**
89:1,11

**respects (2)**
34:12,15

**rest (2)**
50:14;97:23

**restate (1)**
32:17

**result (2)**
39:6;105:14

**results (1)**
90:10

**retained (2)**
27:25;28:3

**retake (1)**
44:15

**retire (1)**
62:22

**review (1)**
101:24

**reviewed (1)**
76:4

**revise (1)**
32:10

**right (58)**
6:8;7:5;12:16,18,20;15:2;
18:16,25;19:19,20,21,24;
23:7;24:2;27:25;31:16,19;
32:10,14;34:11;38:5;40:12;
41:6;42:2,13,17;43:16;46:4,
14,23,25;47:8,9,16;50:15,
24;53:11;59:1;60:8,9;
61:18,22;64:20;77:20;

81:11;82:4,24;83:22;86:16;
87:23;90:21;94:16,18;
96:24;102:25;103:13;
106:19;107:5

**role (2)**
80:24;98:16

**roles (1)**
22:20

**room (15)**
56:21;57:5,15;80:14,19;
96:13,17;99:1,2,4,8;100:6;
104:2,5,6

**rooms (2)**
42:22;57:8

**rotated (1)**
42:19

**rotations (1)**
42:15

**rules (1)**
7:24

**rural (2)**
57:5,7

## S

**safe (1)**
56:8

**same (14)**
13:8;27:17;30:3;33:8;
54:17;60:22;61:5;65:11;
66:7;81:10,24;89:10;92:23;
94:17

**sample (1)**
78:19

**Sara (1)**
7:3

**Sarah (1)**
60:25

**Sasha (1)**
6:20

**saying (2)**
  47:24;106:11
**school (4)**
  42:5;68:19;71:21,24
**scope (3)**
  17:1;28:9,13
**screen (1)**
  18:4
**scrubs (1)**
  10:12
**second (13)**
  17:20;18:13;21:5;24:16;
  25:3,18;28:1;35:17;47:17;
  56:15;70:13,13;106:16
**secondary (3)**
  95:14,23;96:22
**section (6)**
  31:13,17;32:20,22,24;
  33:4
**sections (1)**
  29:4
**Sedgwick (2)**
  7:3;23:6
**Seeing (2)**
  10:11;46:4
**seem (1)**
  101:22
**send (4)**
  25:8,9;55:25;104:24
**sending (1)**
  25:10
**sense (1)**
  51:7
**sent (2)**
  22:4;87:15
**sentence (3)**
  89:14;92:25;98:11
**serious (1)**
  97:9
**serve (5)**

14:6;58:22;60:7;61:21;
102:10
**served (12)**
  10:15,19;12:12;13:12;
  14:5;57:19;64:18,22;65:1,4,
  7,22
**service (1)**
  59:16
**services (9)**
  57:23;59:19,23;60:3,16;
  63:6,21,25;65:23
**serving (2)**
  15:17;16:20
**set (1)**
  82:21
**sets (1)**
  44:6
**settled (1)**
  14:12
**seven (1)**
  84:16
**several (6)**
  10:15;20:15;21:18;26:19;
  41:25;99:21
**sex (49)**
  28:5,23;30:24;31:9;
  33:22;39:6;52:7;65:11;
  77:8,14;78:8;85:8,18,22;
  86:14;88:6,18,22;89:2,18,
  24;90:2,4,6,6;91:22;92:19;
  93:3,9;94:15,20;95:12,18,
  18,19,23;96:9,12,15,17,18,
  22;97:19,21,25;103:8,14,
  23;104:6
**sex-related (8)**
  86:19,23,24;90:3,7;
  94:16;95:2,8
**sexual (10)**
  37:25;38:3;39:1;65:5;
  90:19,21;91:5,8,14,16

**share (1)**
  54:15
**Shew (61)**
  6:8,9,25,25;9:5;15:13;
  21:7,9;22:18;30:1,4;32:23;
  33:1,12;34:3,9;35:16;36:9,
  13,19;50:1;51:14;52:15;
  53:6;74:20,24;75:23;77:12,
  24;81:13,16;82:6,11;85:5,
  10;86:21;87:5;88:19;90:5,
  12;92:5;94:17,21;95:3,10,
  21;96:2,11,25;98:18;99:12;
  100:21;101:3;102:13;
  104:8,14,17;105:16;106:6,
  8;107:14
**Shew's (1)**
  51:18
**short (7)**
  73:5,16;83:16,24;94:7,
  12;104:21
**side (5)**
  14:7,8,23;25:4;56:22
**sign (7)**
  39:22;62:24;74:13,18,22;
  75:11;83:7
**signature (2)**
  24:22,23
**signed (8)**
  15:11,14,21;23:24;27:14,
  20;74:23;83:8
**signing (1)**
  63:5
**similarity (1)**
  83:1
**simpler (1)**
  29:13
**simply (1)**
  77:9
**simulation (1)**
  70:21

**simulations (1)**
  70:6,7,25;71:9
**simulator (2)**
  70:18,19
**simulators (1)**
  71:4
**sit (1)**
  44:5
**situations (1)**
  62:16
**six (1)**
  84:16
**sixth (1)**
  24:21
**size (1)**
  60:22
**small (1)**
  59:16
**smoothly (1)**
  8:1
**social (2)**
  66:15;102:19
**solo (8)**
  41:13,15,20;53:13,18;
  54:9,11;55:1
**somebody (2)**
  54:2;70:11
**someone (1)**
  100:7
**something (19)**
  15:14;25:8,9;26:5,9;
  32:11;42:25;50:25;53:21,
  21;55:19;57:2,12;69:12,20;
  78:19;81:15;92:13;93:19
**Sometime (2)**
  17:21;59:13
**sometimes (10)**
  8:14;11:13;38:13,20;
  48:15;69:9;92:3;95:13;
  99:25;102:17

**somewhere (4)**
  51:8;59:8;84:8,18

**son (1)**
  44:17

**soon (1)**
  78:3

**sorry (14)**
  15:25;22:23;29:10;31:12;
  32:14,24;35:20,23;51:16;
  52:2,19;81:14,21;91:2

**sort (2)**
  12:9;41:6

**sound (1)**
  8:18

**sounds (1)**
  23:7

**source (1)**
  48:3

**southern (1)**
  7:15

**space (2)**
  82:7,15

**speak (5)**
  8:4;76:20,23;102:16;
  106:5

**Specifically (3)**
  50:22;60:4;63:21

**spend (1)**
  70:13

**spent (1)**
  57:5

**spermatic (1)**
  93:25

**spoke (1)**
  25:3

**spoken (1)**
  21:2

**sponge (1)**
  79:6

**St (6)**

**60:8,15;61:12;68:24;**
  70:6;103:2

**staff (5)**
  57:19;58:15,16,22;60:8

**standing (1)**
  30:5

**start (5)**
  6:4;18:9,18;50:9;61:24

**started (2)**
  20:13;41:17

**starting (1)**
  31:14

**state (26)**
  7:9;12:17;13:21;22:11,
  20;23:15;25:4;28:3,18,25;
  29:7,14,17;30:19,23;31:4;
  32:22;33:3,10;46:5,8,9,13;
  76:24,24;85:7

**stated (3)**
  28:16;32:4;34:7

**statement (4)**
  31:7,11;35:15;36:1

**statements (1)**
  30:11

**states (3)**
  15:12;28:17,19

**state's (1)**
  20:3

**statute (1)**
  13:1

**steal (1)**
  56:10

**step (2)**
  8:15,19

**still (5)**
  28:8,12;44:14;55:15;
  66:20

**stipulated (1)**
  6:5

**stipulation (1)**

**8:23**

**stipulations (1)**
  6:4

**stop (1)**
  55:19

**stories (1)**
  64:10

**stretch (1)**
  73:13

**strike (1)**
  77:3

**structure (2)**
  38:7;39:2

**student (2)**
  67:10;68:9

**study (1)**
  11:11

**subject (3)**
  72:18,22,25

**subjects (1)**
  68:22

**submit (1)**
  15:20

**substance (1)**
  20:23

**substantive (2)**
  25:13,19

**subtracted (1)**
  83:10

**suggesting (1)**
  16:4

**Suite (1)**
  7:20

**suits (1)**
  17:9

**summer (5)**
  67:11,15;68:10,10,11

**summoned (1)**
  99:4

**Sundquist (3)**

**12:22;22:13;23:13**

**superfluous (1)**
  93:1

**supervising (2)**
  100:11;103:1

**supplement (1)**
  32:10

**supposed (1)**
  64:13

**sure (22)**
  13:7,18;21:6;28:25;29:5,
  11;32:19;35:19,25;39:19;
  41:4,4;47:24;49:20;50:20;
  66:6;67:17;72:14;82:17,17;
  91:4,4

**Surely (1)**
  92:11

**surgeon (3)**
  55:6,21;69:24

**surgery (9)**
  42:11;43:2;55:9,10;
  56:22;57:25;61:4;67:17;
  92:3

**surgically (1)**
  55:20

**surprising (1)**
  49:20

**sworn (6)**
  6:2;7:7;15:4,7,21;16:19

---

# T

**taking (1)**
  8:5

**talents (1)**
  69:3

**talk (6)**
  13:3;38:10;56:7;71:5;
  79:5;83:2

**talked (2)**

Case 3:19-cv-00328   Document 93-8   Filed 05/29/20   Page 132 of 136 PageID #: 1988

23:2;26:7

**talking (8)**
13:8;15:15;23:10;97:14;
99:17;102:24;104:1,2

**target (1)**
48:9

**teach (3)**
68:22;69:6,17

**teaching (4)**
69:25;70:2;71:6,8

**technical (1)**
50:10

**techniques (1)**
68:7

**teleconference (3)**
26:20,22,24

**telling (1)**
64:9

**temporarily (1)**
82:8

**temporary (1)**
99:7

**Tennessee (13)**
12:18,22;22:12;23:15;
39:23;46:5,9,13;68:19,24;
76:24;84:2;85:8

**Tennessee's (1)**
12:25

**term (7)**
66:8;86:3,7;90:18;91:4,7,
20

**terrible (1)**
22:24

**test (3)**
90:9,13,15

**testicle (2)**
93:24,24

**testified (7)**
7:7;11:1;15:17;23:14;
53:11;86:25;94:14

**testify (1)**
19:3

**testifying (1)**
10:25

**testimony (10)**
10:9;13:11;15:5,8;16:8,
13,19,23;17:1;19:22

**textbooks (1)**
79:24

**thanking (1)**
64:8

**there'll (2)**
79:4,8

**there've (2)**
17:14;25:14

**thing (10)**
16:2;39:18;47:25;54:18;
63:3;81:10,24;82:6;93:23;
99:20

**things (18)**
10:5;13:24;24:14,18;
45:12;48:7,21;49:1,2;
55:12;67:20;68:7;70:16;
79:7,8,25;94:9;96:5

**think (66)**
10:12,23;11:14;13:16;
16:17;20:6;21:10,14,15,15,
20,24;25:14,21;31:7;32:5,5,
8,12,13;33:2,14,15,20;
38:17,22;42:24;48:10,23;
49:4,11;52:16;53:10,16;
56:6,12;57:22;59:14;60:14;
61:19;63:2,8;64:15;67:22;
69:10;70:8,12,16;71:7;73:6,
7,9,11,11,14;75:4,16;81:7;
82:12;83:15;84:6;93:22;
94:8;104:12;105:6,25

**thinking (1)**
17:19

**thinks (1)**

56:6

**third (2)**
21:8;55:17

**Thomas (6)**
60:8,15;61:12;68:24;
70:6;103:2

**those (37)**
12:10;15:20;17:17,22;
21:12;24:14;25:19;28:20,
24;33:23;42:21,22;44:13;
50:13;54:3;58:1,7;59:7,13;
60:12,20;64:12;67:19;71:9;
87:11;88:2,14,21;89:1;
92:14,16;96:5,5,15,18;
103:19;106:25

**though (1)**
44:14

**three (16)**
13:5;21:4,10,12;25:12,
14;28:22;30:19,23;31:3;
44:10;52:19;55:24;73:12;
86:11;87:2

**through (16)**
15:8;29:8,11;31:24,25;
32:1,4,21;41:5;42:16,19;
63:7;70:8,16;71:7;73:10

**thyroid (1)**
45:11

**times (12)**
10:15,18;11:2;12:3;
13:16;16:12;17:10,10,14;
21:2,4,11

**titled (4)**
18:10;27:11;31:15,18

**today (13)**
6:19;7:3;9:20,22;10:7,9;
16:9;19:19,22;53:22;55:17;
57:13;105:22

**today's (1)**
22:1

**toes (1)**
8:15

**told (5)**
16:1;66:23;68:1,15;
101:23

**took (3)**
21:13;44:11;84:6

**top (3)**
8:4;51:18;52:1

**topic (6)**
64:23;65:2,5,22;71:10;
93:15

**topics (1)**
70:4

**towards (2)**
60:4;63:22

**Trabue (36)**
6:13;7:6,9,12;10:14;16:5;
19:3;20:1;21:19,25;23:19;
24:19;27:24;31:24;36:20;
44:22;66:19;73:2;74:10;
75:24;77:4;81:9,17;82:19;
84:1,8;85:6;90:18;93:2,16;
96:8;99:18;103:22;105:13,
21;106:9

**training (8)**
44:23,25;45:3,7,20,22,25;
71:16

**transgender (10)**
37:22;49:19;52:4,4;
58:12,20;60:4;63:22,25;
65:24

**transition (1)**
37:21

**trauma (1)**
69:20

**treat (1)**
45:10

**treated (1)**
64:4

Case 3:19-cv-00328   Document 93-8   Filed 05/29/20   Page 133 of 136 PageID #: 1989

**treatment (2)**
37:17;45:16

**trial (3)**
19:4;28:20,24

**tried (2)**
66:17;71:23

**trip (1)**
84:16

**trouble (2)**
58:9;66:16

**true (6)**
10:8;86:13;88:25;93:2;
103:23;104:6

**try (6)**
7:25;8:19;38:24;48:11;
71:20;83:18

**trying (5)**
31:23;42:2;62:19;65:19;
73:17

**tumors (1)**
45:12

**turn (5)**
50:22;77:4;85:13;97:3;
104:15

**turned (1)**
59:17

**twice (1)**
11:18

**two (37)**
12:10;13:5;17:10,10,14;
18:15,18,20;21:16,17;23:1;
24:8,9,13;26:8;27:22;30:3,
13,16;33:7;40:14;42:22,23;
43:10;44:5,10;48:7;50:12;
52:19;58:6;64:6;69:4;
70:25;80:5;86:11;87:2;
106:25

**type (5)**
12:13;71:1;78:6,23;79:10

**types (2)**

12:5,10

# U

**ultrasound (3)**
62:9,25;63:6

**unaware (3)**
67:12,25;85:12

**under (2)**
15:11;54:22

**undergo (1)**
92:3

**undergraduate (1)**
42:4

**understand (12)**
8:13;9:13;18:2;19:8,17,
21;29:5;31:2,6,23;36:6;
53:16

**understanding (1)**
92:22

**undescended (1)**
93:24

**undetermined (1)**
87:15

**university (3)**
53:24;68:19,24

**Unless (5)**
9:6;99:3,23;101:16;
104:10

**unnamed (1)**
102:15

**unpaid (1)**
63:2

**until (5)**
8:9,10;99:2;100:6,6

**up (17)**
18:4,6,7;26:12;47:16,22;
78:19;82:13;87:7;89:20,25;
91:24;92:13;94:2;97:23;
106:20,24

**ups (1)**
104:16

**urine (1)**
79:6

**urologist (1)**
94:1

**urologists (1)**
68:5

**use (5)**
7:12;19:22;41:3;86:7;
89:12

**used (10)**
15:24;39:22;55:11;83:7;
84:11;86:3;92:25;96:16;
101:4;102:17

**useful (2)**
70:7,20

**uses (1)**
39:15

**using (1)**
91:20

**usually (6)**
7:12;58:2;64:7;69:23;
70:23;71:1

**UT (1)**
70:3

**uterus (2)**
79:19,21

# V

**VA (3)**
43:2;54:1;67:15

**vagina (1)**
96:15

**vaginal (1)**
79:12

**Vanderbilt (12)**
42:4,11,21;43:4;57:20,
24;58:3,5,12,14,19;67:12

**vanishingly (1)**
87:10

**variations (1)**
39:5

**various (8)**
29:4;41:24;42:16;64:18;
67:19;68:6;90:20;91:7

**versus (3)**
79:12,13,13

**vertex (1)**
79:14

**video (1)**
8:14

**view (1)**
102:21

**viewed (1)**
102:1

**viewing (1)**
98:23

**vigilant (1)**
82:14

**virtually (2)**
6:19;12:6

**virus (1)**
70:23

**visible (4)**
77:16;96:9,19,23

**visual (1)**
85:19

# W

**wait (4)**
8:9,10;35:17;106:15

**wanted (5)**
13:7;47:22;56:25;58:4,17

**ward (1)**
43:2

**warnings (1)**
101:25

**wavelength (1)**
66:7
**way (11)**
9:16;18:3;31:5;35:23;
38:15,22;65:18,18;66:17;
70:16;82:9
**wearing (1)**
10:11
**week (6)**
21:16,17,22;26:12;55:17;
69:11
**weekends (1)**
57:4
**weeks (1)**
21:16
**weight (3)**
78:8;98:1,6
**Westside (4)**
59:6,11,15,19
**whatever (1)**
8:25
**what's (5)**
18:9;23:18;78:2;83:9;
86:5
**Whereupon (1)**
107:15
**whether (33)**
25:18;29:22;30:12,15;
32:3;54:12;56:12;60:2;
63:20;67:13;77:15;78:25;
79:1,1,15,17,21,22,22;
85:7;88:4;90:14;91:6;94:3;
95:1;101:12,12,13,13,18,
20;104:15
**whichever (1)**
18:6
**whole (2)**
63:11;79:24
**who's (1)**
65:13

**whose (2)**
52:6;85:22
**widened (1)**
95:25
**willing (1)**
20:3
**WINEMILLER (39)**
6:3,10,16,17,23;7:5,8;
30:7,14;50:3,11,20,21;
51:16,22,24;73:15,19;75:4,
9;81:22;82:5,17,18;83:15,
22,25;94:6,13;104:12,19;
105:10,12,19;106:3,21,23;
107:7,12
**wiped (1)**
70:23
**wish (3)**
32:11;35:4,5
**withdrawn (1)**
17:12
**within (1)**
44:10
**without (1)**
89:21
**Witness (24)**
6:2,15,22;10:15,19;
12:13;13:12;14:5;15:18;
19:3,10;30:10;50:7,16;
51:21;75:3,7;81:14,20;
83:21;94:11;104:22;
105:24;107:10
**woman (4)**
12:8;23:4;69:21;79:18
**woman's (1)**
15:2
**women (5)**
37:13;59:21;61:22;63:4,
14
**women's (4)**
59:18;60:16,20,23

**wonderful (2)**
62:17,18
**word (3)**
8:6;89:16,22
**words (2)**
19:25;103:20
**work (16)**
8:3;22:9;23:13,15;35:12;
36:6;41:22;56:21;57:6;
58:11;61:25;69:1,4;71:4;
80:5;83:20
**worked (15)**
11:25;22:10,16,18;53:23,
24,25;54:1,1,5;59:6;67:11,
14,15;71:20
**workers (1)**
102:20
**working (2)**
41:18;68:6
**world (2)**
102:25;103:3
**worries (1)**
35:21
**wreck (1)**
12:8
**write (1)**
98:13
**written (3)**
64:6;66:12;79:25
**wrong (3)**
16:1;47:24;71:18
**wrote (1)**
67:22

---

# X

**XX (1)**
92:13
**XY (1)**
92:13

---

# Y

**year (9)**
11:11;12:4;43:24;47:6;
56:22;69:18,23;70:23,24
**years (36)**
10:24;11:2,16;12:19;
14:13;16:17;17:16,20;
34:17;38:13,16;39:21,25;
44:10,16,18;53:22;54:24;
55:5,21;57:10;58:1,7;
59:14;62:20;66:4;67:2,6;
74:6;83:8,10;84:12,14,16;
85:20;86:12
**yesterday (1)**
82:7
**young (2)**
11:24;44:15
**yourself (10)**
40:24;54:5;63:24;64:3;
72:2,5,18,21,24;89:7

---

# Z

**Zoom (1)**
16:10

---

# 1

**1 (2)**
19:14,16
**1:00 (1)**
26:15
**10 (9)**
10:24;11:2,10;12:7;
62:20;66:3;67:2,6;84:14
**104 (1)**
7:20
**12,000 (1)**

74:5

**14th (4)**
24:25;25:20;26:14,17

**17 (2)**
32:1,21

**17th (1)**
104:25

**18 (6)**
31:14;32:1;33:9,10,13;
73:21

**19 (2)**
85:14;86:4

**1948 (1)**
7:14

**1979 (3)**
53:10;57:20;58:25

**1980s (1)**
10:22

**1983 (1)**
47:5

**1984 (2)**
53:13;55:2

**19th (4)**
21:21;26:11;27:16,21

---

**2**

**2 (2)**
18:10,12

**2:30 (1)**
26:10

**2:31 (1)**
107:16

**20 (8)**
16:14;17:20;39:21,25;
73:3;83:8,10;88:16

**2001 (1)**
17:21

**2005 (3)**
55:8,9;57:20

**21 (1)**
89:6

**21st (1)**
27:15

**22 (1)**
92:9

**2201 (1)**
7:20

**22nd (3)**
26:6,9,24

**23 (1)**
97:4

**23rd (1)**
27:19

**24 (1)**
97:18

**25 (3)**
32:1;60:20;103:4

**26 (2)**
24:6;77:5

**27th (2)**
26:16,18

---

**3**

**3 (5)**
23:18,21;27:7,10;28:2

**30 (3)**
12:19;55:21;105:7

**32 (1)**
83:18

---

**4**

**4 (3)**
40:13,15;43:10

**40 (2)**
11:2;53:22

**41 (1)**
105:8

**42 (3)**
34:17;74:6;85:20

**45 (1)**
57:10

---

**5**

**5 (3)**
40:21,22;56:18

---

**6**

**6 (2)**
49:23,25

---

**7**

**7 (1)**
60:22

**72 (1)**
68:11

**73 (1)**
68:11

**77 (1)**
56:19

**79 (1)**
41:18

---

**8**

**8 (1)**
24:10

**8:30 (2)**
26:13,14

**80s (4)**
12:1;17:19;62:1,3

**82 (2)**
17:19;44:3

**83 (4)**
17:19;41:15;43:20;44:4

**84 (1)**
41:16

**85 (1)**
55:7

**8A (3)**
24:15;29:8;32:4

**8B (4)**
24:16;31:18,25;32:21

---

**9**

**90 (1)**
12:6

**90/10 (1)**
14:14

**90s (4)**
12:17;40:1;59:8,14

Case 3:19-cv-00328   Document 93-8   Filed 05/29/20   Page 136 of 136 PageID #: 1992