# Exhibit I

Deposition Transcript of Mr. Edward Gray Bishop, III

**In The Matter Of:**

*Kayla Gore v.*
*William Byron Lee*

---

*Edward Gray Bishop*
*May 20, 2020*

---



*Min-U-Script® with Word Index*

1            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF TENNESSEE
2                 NASHVILLE DIVISION

3    -------------------------X

4    KAYLA GORE; JAIME COMBS; :

5    L.G.; AND K.N., :

6                      Plaintiffs, :   Case No.

7        v. :   3:19-CV-00328

8    WILLIAM BYRON LEE, in his official :

9    capacity as Governor of the State of   :

10   Tennessee; and LISA PIERCEY, in her    :

11   official capacity as Commissioner of the :

12   Tennessee Department of Health,    :

13                      Defendants. :

14   -------------------------X

15

16         REMOTE VIDEOTAPED DEPOSITION OF

17                EDWARD GRAY BISHOP

18                    Tennessee

19              Wednesday, May 20, 2020

20                    1:05 p.m.

21

22   Job No.:  2020-85187

23   Pages:  1 - 91

24   STENOGRAPHICALLY REPORTED BY:

25   GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR

1          Deposition of EDWARD GRAY BISHOP, held

2     remotely, via videoconference at:

3

4

5          Tennessee

6

7

8

9          Pursuant to agreement, before Giselle

10    Mitchell-Margerum, Registered Professional Reporter,

11    Certified Reporting Instructor, Licensed Court Reporter

12    (TN), Certified Court Reporter (GA), and Notary Public

13    (Washington, D.C.).

14

15

16

17

18

19

20

21

22

23

24

25

1              A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFFS:

3              LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.

4              OMAR GONZALEZ-PAGAN, ESQ.

5              120 Wall Street, 19th Floor

6              New York, NY 10005

7              (212) 809-8585

8

9    ON BEHALF OF DEFENDANTS:

10             OFFICE OF THE ATTORNEY GENERAL

11             MATTHEW JONES, ESQ.

12             301 N. 6th Ave.

13             Nashville, TN 37243

14

15

16   ALSO PRESENT:

17             JOHN WINEMILLER

18             SAMONEH KADIVAR

19             SASHA BUCHERT

20             DIANNA SHEW

21             SARA SEDGWICK

22             SUNG JAE LIM

23             KEVIN MONTGOMERY

24

25

1                W I T N E S S   I N D E X

2

3   Witness Page

4

5   EDWARD GRAY BISHOP (sworn) ....................7

6

7       Examination by OMAR GONZALEZ-PAGAN  .......8

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                   E X H I B I T   I N D E X

2

3     No. Description Page

4

5     Exhibit 2        Defendant's Expert ...........20
      Disclosure
6

7     Exhibit 3        Declaration of Edward Gray ...21
      Bishop
8

9     Exhibit 4        Handbook on Birth ...........27
      Registration and Fetal Death
10    (Stillbirth) Reporting

11

12    Exhibit 5        *CONFIDENTIAL* -- ...........41
      Certificate of Live Birth
13

14    Exhibit 6        *CONFIDENTIAL* -- ...........43
      Statistical Report
15

16    Exhibit 7        *CONFIDENTIAL* -- ...........53
      Certificate of Live Birth
17

18    Exhibit 8        *CONFIDENTIAL* -- ...........58
      Certificate of Live Birth
19

20    Exhibit 1        Amended Complaint for ........68
      Declaratory and Injunctive Relief
21

22    Exhibit 9        Tennessee Code Annotated .....69
      (Section 68-3-202)
23

24    Exhibit 10       Model State Vital ...........71
      Statistics Act and Regulations
25

1    Exhibit 11      Printout from website of .....75
     NAPHSIS

2

3    Exhibit 12      A Report of the NAPHSIS ......76
     Registration Committee

4

5    Exhibit 13      Printout from website of .....81
     Tennessee Vital Records Office

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               P R O C E E D I N G S

2                EDWARD GRAY BISHOP

3    having been duly sworn testified as follows:

4                    MR. PAGAN:  Okay.  Thank you,

5          Ms. Mitchell.  If we could just have

6          people enter their appearances?

7               This is Omar Gonzalez-pagan,

8          representing the plaintiffs.  Also

9          present are John Winemiller,

10         Sasha Buchert, and Samoneh Kadivar, who

11         are all representing the plaintiffs.

12                   MR. JONES:  And this is

13         Matt Jones, with the Tennessee Attorney

14         General's Office, representing the

15         defendants.  I'm also joined by

16         Dianna Shew and Sara Sedgwick.

17                   MR. PAGAN:  Thank you, Matt.

18              And, just for the record, this

19         deposition is being taken via

20         videoconference, by agreement of the

21         parties, and it is not being video

22         recorded.  And all objections are

23         reserved, except as to form.

24                   MR. JONES:  Okay.

25

1    EXAMINATION BY MR. GONZALEZ-PAGAN:

2         Q.   All right.  Mr. Bishop, thank you

3    for being here today.  As I mentioned, my name

4    is Omar Gonzalez-Pagan, and I represent the

5    plaintiffs in this matter.

6              Before we get started, I would

7    just like to go over a few ground rules for

8    this deposition, which will make it easier for

9    everybody.

10              Do you understand that you are

11   under oath today?

12         A.   I do.

13         Q.   Okay.  And the oath that you just

14   took is the same oath that you would take in a

15   court of law.  Do you understand that you are

16   testifying under penalty of perjury?

17         A.   I do.

18         Q.   Okay.  It's important that we do not

19   speak over each other, particularly in this

20   videoconference setting.  So that the court

21   reporter is able to take down what each of us

22   says.  So, please let me finish a question

23   before you answer, and I will do the same.

24              It is also important that we

25   answer questions verbally.  So, no nodding of

1  the head, or shaking your head.

2          Do you understand what I just

3  stated?

4      A.   I do.

5      Q.   Okay.  If you do not understand

6  something that I ask, please let me know and I

7  will try to rephrase it for you.  If you

8  answer my question, I will assume that you

9  understood it.

10         Is that agreed?

11     A.   Agreed.

12     Q.   And, occasionally, one of the

13  lawyers may make an objection to a question

14  that is asked.  If an -- objections are made

15  for the record only.  You must answer the

16  question that has been asked, unless you're

17  instructed not to by the attorney in this

18  case; Matt Jones.

19         Is that understood?

20     A.   It is.

21     Q.   Okay.  Also, if you need to take a

22  break, please let me know.  We will

23  accommodate it.  My only request is that if

24  there is a question pending, that you answer

25  the question before we take any breaks.

1              Understood?

2         A.    Yes.

3         Q.    Okay.  Are you under any medications

4     that would prevent you from giving true,

5     accurate, and complete testimony today?

6         A.    No.

7         Q.    Is there any reason why you cannot

8     give true, accurate, and complete testimony

9     today?

10         A.    None.

11         Q.    Okay.  Throughout this deposition, I

12     may refer to the plaintiffs in this matter;

13     Kayla Gore, Jaime Combs, L.G., and K.N. are

14     transgender women.

15                   As such, we will be referring

16     to them using "she," "her," "her" pronouns,

17     and honorifics, such as "Ms. Gore," for

18     example.  We ask that you do the same.

19                   Is that understood?

20         A.    Yes.

21         Q.    Great.  All right.  What is your

22     full name?

23         A.    Edward Gray Bishop III.

24         Q.    And where do you work?

25         A.    I work for the Division of Vital

1    Records and Statistics for the Department of

2    Health for the State of Tennessee.

3         Q.   Okay.  And what is your current

4    title?

5         A.   I am the Director of Vital Records

6    and Statistics and the State Registrar for the

7    State of Tennessee.

8         Q.   Is that one position or two?

9         A.   It's one position.

10         Q.   Okay.  Thank you.

11         A.   Two titles.  One position.

12         Q.   Have you ever been deposed before?

13         A.   No.

14         Q.   Okay.  Have you ever testified at a

15    trial or a hearing before?

16         A.   Yes.

17         Q.   How many times?

18         A.   One.

19         Q.   What was the case about?

20         A.   A delayed birth file.

21         Q.   And what was your role in that case?

22         A.   Representing the Office of Vital

23    Records.

24         Q.   Was the Office of Vital Records a

25    party?  Or were you just acting as a witness?

1        A.   A party.

2        Q.   Was it the plaintiff or the

3   defendant?

4        A.   Defendant.

5        Q.   Okay.  Can you please tell us the

6   sum -- the substance of your testimony?  A

7   summary?

8        A.   So, basically, the individual was

9   wanting to put a delayed certificate on file.

10  She had never had a birth certificate.  And

11  she had produced no evidence that she was born

12  in the state, or to the parents that she said

13  she was.

14       Q.   Okay.  Thank you.  When did you

15  first learn about this case, for which you are

16  being deposed today?

17       A.   An estimate would be sometime last

18  year.

19       Q.   Could you approximate around what

20  time of the year?  Was it summer?  Spring?

21       A.   I could not.

22       Q.   How did you learn about the case?

23       A.   From my general counsel.

24            MR. JONES:  I was going to

25       interpose an objection as to anything

1          that calls for attorney/client

2          communications.

3                    MR. PAGAN:  Understood.

4      BY MR. PAGAN:

5          Q.   Without disclosing the substance of

6      any conversations you may have had with

7      counsel for the defendants, or with the

8      general counsel of the Office of Vital

9      Records, when did you first speak with counsel

10     for the defendants with regards to this case?

11                   MR. JONES:  Object to form.

12                   MR. PAGAN:  Let me rephrase.

13     BY MR. PAGAN:

14         Q.   When did you first speak with

15     attorneys from the Tennessee Attorney

16     General's office, with regards to this case?

17         A.   I don't have a specific date.

18         Q.   Could you approximate?

19         A.   I could not.

20         Q.   Was it last year?

21         A.   If I had to give an estimate, yes;

22     it would be last year.

23         Q.   How many times have you spoken

24     for -- with counsel for the defendants?

25         A.   I could not give an estimate on that

1    either.

2         Q.   More than a dozen times?

3         A.   Are you counting emails, or

4    verbally?

5         Q.   Let's just stick to verbally.

6         A.   I would say close to 12; yes.

7         Q.   How many times have you communicated

8    electronically with counsel for the

9    defendants, regarding this matter?

10         A.   I could not estimate that either.

11         Q.   What did you do to prepare for

12    today's deposition?

13         A.   Just had a quick call last night

14    with my counsel, and covered a few items.

15         Q.   Did you review any documents?

16              MR. JONES:  I'm going to

17         object, to the extent of any

18         conversations that were had with counsel.

19         But he can answer the question regarding

20         documents.

21              MR. PAGAN:  I'll just re-ask my

22         question, Mr. Bishop.

23    BY MR. PAGAN:

24         Q.   Did you review any documents?

25         A.   Did I review any documents?

1      Q.   Yes.

2      A.   Yes.

3      Q.   What were those documents?

4      A.   One was some numbers that I'd put

5  together, for the number of birth certificates

6  that we were looking to provide.  And then I

7  looked at some of the exhibits that were

8  coming in about an hour ago.

9      Q.   Okay.  Thank you.  Have you reviewed

10  the amended complaint in this case?

11      A.   I have not.

12      Q.   Have you reviewed the expert report

13  of Dr. Randi C. Ettner in this matter?

14      A.   I have not.

15      Q.   Have you reviewed the expert report

16  of Dr. Shayne Sebold Taylor in this matter?

17      A.   I have not.

18      Q.   Have you reviewed the expert

19  declaration of Dr. Ettner in this matter?

20      A.   I have not.

21      Q.   Have you reviewed the expert

22  declaration of Dr. Taylor in this matter?

23      A.   I have not.

24      Q.   How long have you been the State

25  Registrar for Tennessee?

Case 3:19-cv-00328   Document 93-10   Filed 05/29/20   Page 17 of 111 PageID #: 2016

1      A.    Little over two years.

2      Q.    As State Registrar and Director of

3  the Office of Vital Records, what are your

4  responsibilities?

5      A.    To put on file any vital event in

6  the state of Tennessee.  To maintain those

7  records for the time stated in the statute;

8  and we also issue copies of these vital

9  records.

10     Q.    Are all the vital records -- scratch

11  that.

12                 Are all birth certificates

13  issued by your office?  Or are they issued by

14  local vital record registers?

15     A.    Yes.

16     Q.    Let me clarify that.  Are birth

17  certificates issued by other entities, other

18  than your office?

19     A.    Yes.

20     Q.    Okay.  Do you provide guidance with

21  regards to the completion and maintenance of

22  birth records to your office?

23     A.    The Office of Vital Records?

24     Q.    Yes.

25     A.    Those -- those maintenances are done

1    by statute.

2        Q.   Okay.  Do you provide guidance as to

3    the completion and maintenance of birth

4    records, to the other entities that complete

5    birth certificates?

6        A.   Those other entities do not maintain

7    the records.  Only the Office of Vital

8    Records.

9        Q.   Okay.  Let me re-ask the question

10   differently.  Do you provide guidance

11   regarding the completion of birth records to

12   the other entities that complete birth records

13   for the Office of Vital Records?

14       A.   We provide training; yes.

15       Q.   What is that training composed of?

16       A.   Usually, video teleconference.  And

17   we have some CBTs built.  Computer-Based

18   Training.

19       Q.   Okay.  Thank you.  Who appointed you

20   as State Registrar?

21       A.   The Commissioner of the Department

22   of Health.

23       Q.   Can you explain to me the process by

24   which you came to be appointed as State

25   Registrar?

1                    MR. JONES:  Object to form.

2         Q.   You may answer.

3         A.   I was just -- it was an interview

4    process.

5         Q.   Okay.  Prior to becoming State

6    Registrar, where were you employed?

7         A.   With the Department of Health.

8         Q.   In what capacity?

9         A.   I was a Senior Project Manager.

10        Q.   And before that, it's my

11   understanding that you served in the

12   United States Air Force.  Is that right?

13        A.   That is correct.

14        Q.   Thank you for your service.

15                   Now, in terms of education, you

16   have a degree in Information System

17   Technologies.  Is that right?

18        A.   I have an associate's degree; yes.

19        Q.   And that's from the Community

20   College of the Air Force in Alabama?

21        A.   Correct.

22        Q.   And you also appear to have a

23   Bachelor's Degree in Business Administration.

24   Is that right?

25        A.   Correct.

1    Q.    And that's from the University of
2    Management and Technology?
3    A.    Correct.
4    Q.    Okay.  Do you possess any other
5    undergraduate or graduate degrees?
6    A.    I do not.
7    Q.    Okay.  You do not possess a degree
8    in medicine.  Is that correct?
9    A.    That is correct.
10    Q.    You do not possess a degree in
11    psychology.  Is that correct?
12    A.    That is correct.
13    Q.    You do not possess a degree in
14    biology.  Is that correct?
15    A.    That is correct.
16    Q.    Okay.  You have been designated by
17    the defendants as an expert in this case.  Is
18    that right?
19    A.    That's correct.
20    Q.    Have you ever served as an expert
21    witness before?
22    A.    I have not.
23    Q.    Besides your regular salary as State
24    Registrar and Director of the Office of Vital
25    Records, are you being compensated for your

1    testimony here today?

2         A.    I'm not.

3         Q.    What are your opinions in this case?

4         A.    I don't have any opinions.

5         Q.    You have stated you have no

6    opinions.  Did you provide an expert

7    declaration in this case?

8         A.    I did.

9         Q.    Can you tell me what is the

10   testimony you would provide in the case?

11                   MR. JONES:  Object to form.

12        Q.    If you can open what has been

13   premarked as Exhibit 2?  And I'm just going to

14   share it on the screen; or try to.

15        (Exhibit 2 marked for identification)

16        Q.    Okay.  Can you see the document that

17   I'm sharing on the screen, Mr. Bishop?

18        A.    I can.

19        Q.    Okay.  Have you ever seen this

20   document before?

21        A.    I have.

22        Q.    What is it?

23        A.    It is my expert disclosure.

24        Q.    Okay.  It contains a description of

25   your expected testimony.  Is that correct?

Case 3:19-cv-00328   Document 93-10   Filed 05/29/20   Page 22 of 111 PageID #: 2021

1      A.   I'm sorry?  Can you repeat that?

2      Q.   It contains a description of your

3  expected testimony in this case.  Is that

4  correct?

5      A.   Correct.

6      Q.   And you also filed a declaration in

7  this case.  Is that right?

8      A.   I would have to defer to counsel on

9  that one.  I'm pretty sure.

10      Q.   Okay.  I'm going to show you what's

11  been premarked as Exhibit 3.

12      (Exhibit 3 marked for identification)

13      Q.   Can you see on the screen, the

14  document that I'm sharing?

15      A.   Yes.

16      Q.   Okay.  Have you ever seen this

17  document before?

18      A.   Yes.

19      Q.   Okay.  What is it?

20      A.   It's my declaration.

21      Q.   Okay.  And is that your signature on

22  the second page of the document?

23      A.   It is.

24      Q.   Okay.  Is your declaration -- is

25  your declaration accurate, in all respects?

```
1        A.   Yes.

2        Q.   Is your declaration complete, in all

3   respects?

4               MR. JONES:  Object to form.

5        Q.   You may answer.

6        A.   Can you repeat?

7        Q.   Is your declaration complete, in all

8   respects?

9               MR. JONES:  Same objection.

10        Q.   You may answer, Mr. Bishop.

11        A.   I'm sorry?  Can you repeat?

12        Q.   All right.  Is your declaration

13   complete --

14        A.   I'm --

15        Q.   -- in all respects?

16        A.   Can you reword that?  I don't

17   understand the word, "respects."

18        Q.   Sure.  Is there anything you want to

19   change in your declaration?

20        A.   No.

21        Q.   Is there anything you want to add to

22   your declaration?

23        A.   No.

24        Q.   Is there anything you want to delete

25   from your declaration?
```

1      A.    No.

2      Q.    Did you purposely leave anything out

3  of your declaration?

4             MR. JONES:  Object to form.

5      Q.    You may answer.

6      A.    No.

7      Q.    Do you feel you need to do any

8  additional work relating to your declaration?

9             MR. JONES:  Object to form.

10     Q.    You may answer.

11     A.    No.

12     Q.    Is your declaration a complete

13 statement of your expected testimony in this

14 case?

15            MR. JONES:  Object to form.

16     Q.    You may answer.

17     A.    Can you repeat?

18     Q.    Is your declaration a complete

19 statement of the testimony -- of your

20 testimony in this case?

21            MR. JONES:  Same objection.

22     Q.    You may answer.

23     A.    Yes.

24     Q.    Do you believe your declaration

25 contains all the information for the Court to

1  understand the work that you have done in this

2  case?

3       A.   I'm sorry.  Can you repeat that?

4       Q.   Do you believe that your declaration

5  contains all the information for the Court to

6  understand all the work you have done in this

7  case?

8            MR. JONES:  Object to form.

9       Q.   You may answer.

10      A.   Can you reword that, when you say

11 "work I've done in the case?"

12      Q.   Sure.  Do you believe that your

13 declaration contains all the information for

14 the Court to evaluate your testimony in this

15 case?

16           MR. JONES:  Object to form.

17           MR. PAGAN:  All right.  I'm

18      going to rephrase it.

19 BY MR. PAGAN:

20      Q.   Mr. Bishop, do you believe your

21 declaration provides the Court with all the

22 information it needs, from you, in order to

23 decide this case?

24           MR. JONES:  Object to form.

25      Q.   You may answer.

Case 3:19-cv-00328   Document 93-10   Filed 05/29/20   Page 26 of 111 PageID #: 2025

1      A.   Can you repeat?

2      Q.   Sure.  Do you believe that your

3  declaration provides the Court with all the

4  information it needs to decide this case?

5           MR. JONES:  Object to form.

6      Q.   You may answer.

7      A.   I can't say that I can speak for the

8  Court.

9      Q.   Having now reviewed the reports and

10 declarations of Dr. Ettner and Dr. Taylor, are

11 you offering an opinion in response to their

12 declarations?

13     A.   I have not reviewed those documents.

14     Q.   Okay.  You are not offering an

15 opinion about the testimony from Dr. Ettner

16 and Dr. Taylor.  Is that correct?

17     A.   That's correct.

18     Q.   You're also not offering an opinion

19 on the etiology of sex.  Is that correct?

20     A.   Can you rephrase that?

21     Q.   Sure.  You're also not offering an

22 opinion from a med -- on the medical

23 scientific understanding of what determines a

24 person's sex.

25           Is that correct?

1          A.   I'm not offering an opinion.

2          Q.   You are also not offering an opinion

3     on the medical scientific understanding of

4     gender identity.  Is that correct?

5          A.   That is correct.

6          Q.   You are also not offering an opinion

7     on the medical and scientific understanding of

8     gender dysphoria.  Is that correct?

9          A.   That is correct.

10         Q.   You are also not offering an opinion

11    on the process of gender transition for a

12    transgender person.  Is that correct?

13         A.   That is correct.

14         Q.   Okay.  Is a birth certificate a form

15    of an identification document?

16              MR. JONES:  I'm sorry, Omar.

17         You broke up just a little bit there.  I

18         didn't catch all those words.

19              MR. PAGAN:  Thanks, Matt.

20    BY MR. PAGAN:

21         Q.   Is a birth certificate a form of

22    identification document?

23         A.   It is used as such.

24         Q.   Okay.  I'm showing you on the screen

25    what has been premarked as Exhibit 4, which

1    was provided to us by defendant's counsel.

2         (Exhibit 4 marked for identification)

3         Q.   Have you ever seen this document

4    before?

5                   MR. JONES:  I'm not -- I'm not.

6                   MR. PAGAN:  Sorry, Matt?  You

7         were saying?

8                   MR. JONES:  I'm not seeing an

9         exhibit shown.  I'm seeing your screen,

10        which shows a lot of different files on

11        it.

12                  MR. WINEMILLER:  You are in

13        your file folder.

14                  MR. PAGAN:  Okay.  Let me try

15        that again.

16                  MR. JONES:  Omar, he should

17        have the exhibits there with him.  If we

18        can just give him the name of the

19        document, he might be able to look at it.

20                  MR. PAGAN:  Sure.  Right.

21   BY MR. PAGAN:

22        Q.   Mr. Bishop, you were provided with

23   an exhibit that was premarked as "Exhibit 4."

24        A.   Yes.

25        Q.   It is a handbook on birth

1    registrations.  Do you have that document with

2    you?

3         A.   I have it up; yes.

4         Q.   Okay.  Have you ever seen this

5    document before?

6         A.   I have.

7         Q.   Okay.  What is it?

8         A.   According to the title, it's our

9    "Handbook on Birth Registration and Fetal

10   Death Reporting."

11        Q.   Okay.  And this document was

12   published by -- in 2007, by the Office of

13   Vital Records.  Is that right?

14        A.   I could not speak to that.

15        Q.   Okay.  At the bottom of the cover

16   page, it says, "Tennessee Department of

17   Health, Policy Planning and Assessment Office

18   of Vital Records."

19                   Is that right?

20        A.   That's what's on the document; yes.

21        Q.   Okay.  And on the second page of the

22   PDF, it says:

23                   "State of Tennessee Department

24   of Health, Nashville, Tennessee.

25   September 2007."

1                    Is that right?

2          A.    That's what it says; yes.

3          Q.    Okay.  And the Office of Vital

4    Records is the office that you now oversee.

5    Is that correct?

6          A.    That is correct.

7          Q.    Okay.  If you turn to page two of

8    the document.  Not of the PDF.

9          A.    Okay.

10          Q.    It's a page that begins,

11    "Introduction."  Is that right where you are

12    at?

13          A.    It is.

14          Q.    Okay.  In the first paragraph, under

15    the heading, "Importance of Birth

16    Registration," it says, in part:

17                    "Throughout life, a person uses

18    his or her birth certificate to prove age,

19    parentage, and citizenship.  Birth

20    certificates are needed for entrance to

21    school, voter registration, and for obtaining

22    a driver's license, marriage license,

23    passport, veterans' benefits, public

24    assistance, or social security benefits."

25                    Did I read that correctly?

1       A.   You did.

2       Q.   Do you agree with that statement?

3            MR. JONES:  Object to form.

4       Q.   You may answer.

5       A.   I can't -- those -- that is

6  referencing other departments.  I cannot speak

7  for them.

8       Q.   What other department is it

9  referencing?

10      A.   You're looking at the DMV, the

11 county health -- the county clerk's, passport

12 office, Veterans Affairs, and the Social

13 Security Administration.

14      Q.   Okay.  This is a document that was

15 published by your -- by the office that you

16 now oversee.  Is that right?

17      A.   That, I cannot speak to.  I was not

18 here at that time.

19      Q.   As Director of the Office of Vital

20 Records, have you ever seen this document

21 before?

22      A.   I have.

23      Q.   Okay.  Let me rephrase that.  As

24 Director of the Office of Vital Records, have

25 you ever seen this document before this

1    litigation?

2         A.    I have.

3         Q.    Okay.  Do you know whether it was

4    published by the Office of Vital Records?

5         A.    I do not.

6         Q.    Okay.  Do you have any reason to

7    disagree whether it was published with the

8    Office of Vital Records?

9                    MR. JONES:  Object to form.

10         Q.    Do you have any reason to disagree

11    that the Handbook on Birth Registration and

12    Fetal Death (Stillbirth) Reporting, that we

13    are discussing, was published by the Office of

14    Vital Records?

15                    MR. JONES:  Object to form.

16         Q.    You may answer.

17         A.    Can you repeat?

18         Q.    Sure.  Do you have any reason to

19    disavow this document as a publication from

20    the Office of Vital Records?

21                    MR. JONES:  Object to form.

22         A.    I cannot speak to that.

23         Q.    Okay.  If you go to the very last

24    page of the PDF -- please let me know when

25    you're there.

1    A.   I am.

2    Q.   There's a box, and it states,

3    "Department of Health.  Authorization No.

4    343391."  Do you see that?

5    A.   I do.

6    Q.   Okay.  And I read that correctly?

7    A.   Can you -- "343391;" yes.

8    Q.   Yes.  All right.  Would you agree

9    that this appears to be an authorized

10   publication of the Office of Vital Records

11   from 2007?

12             MR. JONES:  Object to form.

13   Q.   You may answer.

14   A.   I cannot speak to that, since I

15   wasn't in the position at that time.

16   Q.   Okay.  All right.  Would you agree

17   that a birth certificate is a form of

18   identification used for numerous purposes?

19   A.   Yes.

20   Q.   Do you agree that it is important

21   for a birth certificate to accurately reflect

22   the identity of a person?

23   A.   Yes.

24             MR. JONES:  Object to form.

25   Q.   All right.  If you can go back to --

Case 3:19-cv-00328   Document 93-10   Filed 05/29/20   Page 34 of 111 PageID #: 2033

1    to your declaration?

2          A.   Can you tell me what exhibit that

3    was?

4          Q.   It was marked as "Exhibit 3."

5          A.   Okay.

6          Q.   On paragraph C, you say:

7                    "Tennessee birth certificates

8    merely record the sex of the child as reported

9    at birth."

10                    Did I read that correctly?

11         A.   You did.

12         Q.   How is the sex of a child recorded?

13              MR. JONES:  Object to form.

14         A.   It's recorded on --

15         Q.   You may answer.

16         A.   It's recorded on a form by the

17   location of where the birth occurred.

18         Q.   Okay.  Who determines the sex of the

19   child?

20              MR. JONES:  Object to form.

21         Q.   You may answer.

22         A.   The person certifying the birth.

23         Q.   Earlier, you testified that your

24   office provides guidance with regards to the

25   completion of birth certificates.  Is that

1    right?

2         A.   That's correct.

3         Q.   What is the guidance that you

4    provide with regards to the completion of the

5    item for "sex" on the birth certificate?

6                   MR. JONES:  Object to form.

7         Q.   You may answer.

8         A.   That data is filled out per the

9    medical records of the child.

10        Q.   And how is the sex determined at the

11   time of birth?

12                  MR. JONES:  Object to form.

13        Q.   You may answer.

14        A.   That is not something I can answer.

15   I'm not a medical physician.

16        Q.   Okay.  Does the Office of Vital

17   Records provide any guidance on how to

18   determine the child's sex for the purposes of

19   the birth certificate?

20        A.   It does not.

21        Q.   Okay.  If you can turn to

22   Exhibit 4 -- the handbook -- and go to page 34

23   of the handbook?  Let me know when you're

24   there.

25        A.   Thirty-four?

1      Q.   Page 34 of the handbook; yes.

2      A.   Okay.  I'm on 34.

3      Q.   Okay.  Do you see there's a heading

4   titled, "Item 2.  SEX?"

5      A.   I do.

6      Q.   Okay.  On the first -- on the third

7   sentence of that section, it states:

8                "Purpose of item:  This item

9   aids in identification of the child."

10               Did I read that correctly?

11     A.   It does.

12     Q.   Okay.  Do you have any reason to

13   disagree with that statement?

14               MR. JONES:  Object to form.

15     Q.   You may answer.

16     A.   I do not.

17     Q.   Okay.  Earlier, you testified that

18   it's important for a birth certificate to

19   accurately reflect the identity of a person.

20   Is that correct?

21               MR. JONES:  Object to form.

22     Q.   Is it important for a birth

23   certificate to accurately reflect the identity

24   of a person?

25               MR. JONES:  Object to form.

1        Q.   You may answer.

2        A.   It's important to identify the data

3   elements of the child.

4        Q.   Is a birth certificate a legal

5   record?

6                MR. JONES:   Object to form.

7        Q.   You may answer.

8        A.   I cannot answer that.  I don't know.

9        Q.   Okay.  Is a birth certificate a

10   medical record?

11                MR. JONES:   Object to form.

12        Q.   You may answer.

13        A.   I don't know.

14        Q.   Going back to page 34 of the

15   handbook; Exhibit 4.

16        A.   Okay.

17        Q.   For item two, I'm going to ask a

18   couple of questions.  Please read the entire

19   item.

20                [Witness perused document]

21        A.   Okay.

22        Q.   In its entry for "Item 2.  SEX," the

23   handbook on birth registration makes no

24   mention of genitalia.  Is that correct?

25        A.   That's correct.

Case 3:19-cv-00328   Document 93-10   Filed 05/29/20   Page 38 of 111 PageID #: 2037

1      Q.   Okay.  As State Registrar and

2   Director of the Office of Vital Records, you

3   are tasked with enforcing laws and regulations

4   pertaining to vital records in Tennessee.

5                Is that right?

6      A.   That is correct.

7      Q.   Please tell me what law or

8   regulation says that a child's sex is

9   determined by their genitalia.

10               MR. JONES:  Object to form.

11     Q.   You may answer.

12     A.   Can you repeat?

13     Q.   Please tell me what law or

14   regulation says that a child's sex is

15   determined by their genitalia?

16               MR. JONES:  Object to form.

17     Q.   You may answer.

18     A.   I don't know of any.

19     Q.   Thank you.  All right.  If we could

20   go to the third page of the handbook;

21   Exhibit 4?  The third page of the PDF.  It is

22   page (i) on the handbook.

23     A.   Okay.

24     Q.   Okay.  This is a preface.  Is that

25   right?

1          A.    Correct.

2          Q.    It states:

3                "This handbook was prepared by

4     the Tennessee Office of Vital Records for

5     reference use by facilities, certified nurse

6     midwives, certified professional midwives, and

7     other midwives as it relates to their duties

8     of completing the Tennessee Certificate of

9     Live Birth and Report of Fetal Death

10    (Stillbirth).

11               The handbook contains

12    information about the laws, rules, and

13    procedures pertaining to the preparation and

14    registration of the certificates and reports."

15               Did I read that correctly?

16         A.    You did.

17         Q.    Okay.  Do you have any reason to

18    disagree with what I just read?

19         A.    You read it correctly.

20         Q.    Okay.  Do you know whether this

21    handbook is still in use?

22         A.    I do not.

23         Q.    Okay.  All right.  Returning to page

24    34 of the handbook?

25         A.    Okay.

1      Q.   Middle sentence in the item two, for

2    "sex," it reads:

3                "If sex cannot be determined

4    after verification with medical records,

5    mother of child, informant, or other sources,

6    enter 'Unknown.'"

7                Did I read that correctly?

8      A.   You did.

9      Q.   Do you have any -- any reason to

10   disagree with that statement?

11     A.   I do not.

12     Q.   Besides medical records, what other

13   sources could be referred to in completing the

14   item for "sex" on a birth record?

15              MR. JONES:  Object to form.

16              MR. PAGAN:  You may answer.

17         And, Mr. Bishop, just a reminder that

18         unless otherwise instructed not to, you

19         should answer every question.

20              THE WITNESS:  Okay.

21              MR. PAGAN:  You don't have

22         to --

23              THE WITNESS:  Okay.  I'm having

24         a hard time hearing Matt a little bit.

25         So I'm sorry.

1          MR. PAGAN:  No, it's not a

2     problem.  I just want to make sure that

3     we're not unnecessarily pausing.

4          THE WITNESS:  No problem.

5          MR. JONES:  That's probably all

6     I'm going to say; "object to form."  So

7     unless I speak longer...

8          THE WITNESS:  Okay.

9       Can you repeat again, Omar?  I'm

10    sorry.

11         MR. PAGAN:  Sure.  It's no

12    problem.

13         THE WITNESS:  And you don't

14    have to reword it.  I just want to make

15    sure --

16         MR. PAGAN:  No, no --

17         THE WITNESS:  -- I heard the

18    question correctly.

19         MR. PAGAN:  Understood.

20   BY MR. PAGAN:

21    Q.   Besides consulting a child's medical

22   records, what other sources should be looked

23   to in completing the item for "sex" on a birth

24   record?

25         MR. JONES:  Object to form.

1          A.    I don't know of any.

2          Q.    Okay.  All right.  If you could go

3     to what's been premarked as "Exhibit 5?"

4          (Exhibit 5 marked for identification)

5          Q.    Please tell me when you have that

6     up.

7          A.    Okay.

8          Q.    Okay.  This is a birth

9     certificate -- I'm just going to read the

10    state file number; 141-106018.  Is that

11    correct?

12         A.    It is.

13         Q.    Have you ever seen this document

14    before?

15         A.    I've seen a birth certificate, but

16    not this individual child.

17         Q.    Okay.

18                   MR. JONES:  And I just wanted

19         to remind counsel and the court reporter,

20         for her benefit, that this document we're

21         referring to is marked "Confidential."

22         So if there is any information read

23         off of this document, I'd ask that this

24         portion be -- be marked as "confidential"

25         as well.

1          MR. PAGAN:  Yes, thank you,

2      Matt.  Understood.  And we will not be

3      asking questions about identifying

4      information of any person to which this

5      belongs to.

6  BY MR. PAGAN:

7      Q.   And that is your electronic

8  signature on item 13.  Is that right,

9  Mr. Bishop?

10      A.   It is.

11      Q.   Okay.  And your signature is affixed

12  to all birth certificates issued while you're

13  being -- while you're State Registrar?

14      A.   Yes.  As of 20 -- yes; you're

15  correct.  As of 2017.

16      Q.   Okay.  I'm just going to refer you

17  to "Item 2.  SEX."  It states, "Not yet."

18  What does it mean by that?

19      A.   It means, "not yet determined."

20  It's an abbreviation.  The system will not

21  allow much space or information in that box.

22      Q.   So are there different forms in

23  which a child's sex may be recorded, besides

24  "male," "female," or "unknown?"

25      A.   Please repeat that?

1      Q.   Sure.  Besides "male," "female," or

2   "unknown," are there any other forms by which

3   a child's sex may be recorded?

4      A.   Can I ask a question?

5      Q.   Yes.

6      A.   You mean another form?  Or another

7   identifier word?

8      Q.   Thank you for the clarification.

9   Besides "male," "female," or "unknown," is

10  there any other term that is used for the

11  recording of a child's sex on a birth

12  certificate?

13     A.   Yes.  "Not yet determined."

14     Q.   Okay.  Are there any others?

15     A.   Not that I can recall.

16     Q.   Okay.  Thank you.  All right.

17  Moving on to Exhibit 6, let me know when you

18  have pulled it up.

19      (Exhibit 6 marked for identification)

20          MR. PAGAN:  And, as per

21      counsel's objection, this is an exhibit

22      that has been produced by the defendants,

23      marked as "Confidential."

24          MR. JONES:  Yes.  Thank you.

25          THE WITNESS:  Okay.

1    BY MR. PAGAN:

2         Q.   Okay.  Have you ever seen this

3    document before?

4         A.   I don't recall.

5         Q.   Okay.  What is it?

6         A.   Looks like a statistical report made

7    by the Office of Vital Statistics.

8         Q.   And the Office of Vital Statistics

9    is the office that you oversee.  Is that

10   right?

11        A.   Correct.

12        Q.   And it is dated November 20th

13   2019.  Is that right?

14        A.   That is correct.

15        Q.   Okay.  Do you know who prepared this

16   memorandum?

17        A.   I don't see a name on it.

18        Q.   Okay.  Turning to the second page of

19   the exhibit, there is a "Table I," titled,

20   "Number of Births Occurring in Tennessee by

21   Sex, 1980 -- 2019."

22                  Do you see that?

23        A.   No.  It says "2018."

24        Q.   2018.  Thank you.

25        A.   You're welcome.

1      Q.   There's a table titled, "Number of

2    Births Occurring in Tennessee by Sex, 1980 --

3    2018."  Is that right?

4      A.   Correct.

5      Q.   It appears to show the number of

6    births per year, by sex, for those years.  Is

7    that correct?

8      A.   Correct.

9      Q.   And the table shows that there were

10   at least 43 children born during that time

11   period whose sex designation on the -- on

12   their birth certificate is unknown.

13            Is that correct?

14      A.   That's what it's shown on page

15   three.

16      Q.   Okay.  Now, turning to "Table II,"

17   which is on page four -- all right.

18            I understand that the printout

19   of this is very small, so I'm going to try to

20   do a share of the screen again.  And then,

21   hopefully, be able to zoom.

22      A.   Okay.  I'm going to leave it oblong,

23   rotated, and zoomed in.

24      Q.   Great, thank you.  In that case, the

25   table shows a list of birth certificates and

1     linked death certificates for which a child

2     was designated as "unknown" at birth.

3                 Is that correct?

4         A.   It's kind of hard to see.  Hang on.

5     It's so small.  Let me see if I can zoom

6     enough to read it.

7         Q.   All right.

8         A.   That's what it appears to be, based

9     on what I can see.

10        Q.   Okay.  It shows that a number of

11    children assigned as "unknown" at birth, had

12    their birth certificates be changed to have a

13    different sex designation.

14               Is that right?

15            MR. JONES:  Object to form.

16        A.   I can't tell that from what I'm

17    looking at.

18        Q.   Okay.

19        A.   Can you -- all right.

20        Q.   Sure.  It does show that a number of

21    children assigned "unknown" at birth, had

22    their death certificates be issued with a

23    different sex designation.

24              Is that right?

25        A.   It does show that; yes.

Case 3:19-cv-00328   Document 93-10   Filed 05/29/20   Page 48 of 111 PageID #: 2047

1      Q.   Okay.  All right.  I'm going to

2    try -- try to share again, and hopefully, it

3    works.

4      A.   Okay.

5      Q.   Let me know if the right table is

6    showing.

7      A.   It is.

8      Q.   Okay.  I'm going to zoom in.

9            MR. PAGAN:  Matt, I'm going to

10       use a name.  Obviously, we will agree

11       that that's confidential and should be

12       redacted.

13            MR. JONES:  Yes.  Okay.

14       Agreed.

15   BY MR. PAGAN:

16      Q.   Mr. Bishop, I'm going to refer you

17    to the row for a [Redacted name].  Can you see

18    where my cursor is at?

19      A.   I can.

20      Q.   Okay.  Going to the notes for that

21    entry -- and I understand that it is hard to

22    read, but it states:

23            "This record was corrected by

24    affidavit to change the child's sex to 'male,'

25    but not changed on the statistical file."

Case 3:19-cv-00328   Document 93-10   Filed 05/29/20   Page 49 of 111 PageID #: 2048

1           Did I read that correctly?

2       A.   You did.

3       Q.   Okay.  What is the statistical file?

4       A.   The statistical file is a file that

5   the Tennessee Department of Health --

6   specifically, the Department of Vital Records

7   and Statistics -- provides to NAPHSIS on all

8   vital events that happened in the state for a

9   given year.

10      Q.   Great.  And just so that we can

11  leave the shared screen, the fifth row from

12  the bottom is an entry for another individual,

13  and it also states:

14           "This record was corrected by

15  affidavit to change the child's sex as 'male,'

16  but not changed on the statistical file."

17           Is that right?

18      A.   Can you go back and explain which

19  record you're talking about?  Fifth from the

20  bottom?

21      Q.   Fifth from the bottom.

22      A.   I believe that says "female."

23      Q.   Okay.  But would you agree that the

24  record -- that the note says that the record

25  was corrected by affidavit, and that it was

1    not changed on the statistical file?

2         A.   No.   I can't agree to that, because

3    that's not what it says.

4         Q.   Sure.   Can you read to me what it

5    says?

6         A.   It says:

7             "Sex on the birth record appears to

8    have been corrected to 'female.'"

9         Q.   Sorry.   That's seventh from the

10   bottom.   So two further down.   The fifth row

11   from the bottom.

12         A.   Are you counting the "records

13   sealed" line?

14         Q.   I'm counting the two blank lines

15   below that.

16         A.   Oh, okay.   Hang on.

17         Q.   If you look at the shared screen, I

18   have my cursor over it.

19         A.   Yes, I got it now.   It says,

20   "'Male,' but not changed on the statistical

21   file."   Correct.

22         Q.   Thank you.   And just to -- going

23   down that row, on the column for "Birth Year,"

24   it appears this individual was born in 1984.

25   Is that correct?

1      A.   I'm going to reference the name.  Is

2   it [Redacted name]?

3      Q.   It is [Redacted name].

4      A.   Yes; 1984.

5      Q.   Great.

6            MR. JONES:  Just for the court

7        reporter, those names need to be redacted

8        as well.

9            MR. PAGAN:  Agreed.  Thank you.

10   BY MR. PAGAN:

11      Q.   And a couple -- four columns down,

12   it is the DCN.  Do you see that?

13      A.   I do.

14      Q.   What is the "DCN?"

15      A.   That's called the "Document Control

16   Number."

17      Q.   Okay.  And it has, "Death:  Sex,

18   male."  Is that right?

19      A.   For 2005-001924, correct.

20      Q.   And the DCN number that you just

21   read, that is the record number for the death

22   certificate.

23      A.   That is correct.

24      Q.   Is that right?

25      A.   That is correct.

1      Q.   So, this individual died in 2005.

2  Is that correct?

3      A.   That is correct.

4      Q.   Okay.  Thank you.  I'm just going to

5  stop sharing now.

6      A.   Okay.

7      Q.   On your declaration, you state that

8  the Tennessee Vital Statistics Birth Data

9  Element Layout contains over 416 data

10 elements.  Is that right?

11     A.   That's correct.

12     Q.   Is the Tennessee Vital Statistics

13 Birth Data Element Layout the same as the

14 statistical file?

15     A.   I couldn't answer that.

16     Q.   And, just to go back to the two

17 records that we were discussing, when a birth

18 certificate is issued to either of those two

19 individuals, it would say that their sex is

20 "male."

21               Is that correct?

22     A.   I could not answer that.

23     Q.   If you recall, the note stated:

24               "This record was corrected by

25 affidavit to change the child's sex to

1    'male.'"

2         A.   Then yes.

3         Q.   Okay.  But their statistical file

4    would still indicate their sex as "unknown."

5    Is that correct?

6         A.   That is correct.  If the file was

7    already closed.

8         Q.   Okay.  Thank you.  So, based on what

9    you just testified about the file being

10   already closed, when does that happen?

11   When -- let me rephrase.

12                   When is the statistical file

13   closed?

14        A.   Let me see if I can recall.  So,

15   we'll say for 2019, which was last year, that

16   file normally closes approximately around May

17   of the next year.

18        Q.   Okay.

19        A.   So, right about now, the mortality

20   file would be closing.

21        Q.   And when the Office of Vital Records

22   provides -- let me go back, sorry.

23                   Does the Office of Vital

24   Records provide data for research purposes?

25        A.   Yes.

1     Q.   When it provides that data, do they

2     use the statistical file?

3     A.   Yes.

4     Q.   Is a person's birth certificate able

5     to be changed without changing the statistical

6     file?

7     A.   If the file's already closed, yes.

8     Q.   Great.  Thank you.  All right.

9          MR. PAGAN:  We've been going

10         for a little over an hour and 15.

11         Mr. Bishop, do you need a break, or --

12              THE WITNESS:  I'm fine, if you

13         guys are.

14              MR. PAGAN:  Okay.

15         Matt, if it's okay, I would like to

16         take a five-minute break.

17              MR. JONES:  That's no problem.

18              MR. PAGAN:  Okay.  Thank you.

19              MR. JONES:  Okay.

20         (Short break.)

21    BY MR. PAGAN:

22    Q.   Mr. Bishop, if I could direct your

23    attention to what's been premarked as

24    Exhibit 7?

25         (Exhibit 7 marked for identification)

1      A.   Okay.

2      Q.   Thank you.  Have you ever seen this

3   document before?

4      A.   I have.

5               MR. JONES:  And, just before we

6        get into it, again, for the court

7        reporter's record, this is a confidential

8        record.  More so than the other ones.

9   BY MR. PAGAN:

10     Q.   What is it?

11     A.   It's a sealed birth certificate.

12     Q.   Okay.  It lists the sex of the child

13  as "Undetermined."  Is that correct?

14     A.   That is correct.

15     Q.   Okay.  And there's a certification

16  on both pages signed by you.  Is that correct?

17     A.   That is correct.

18     Q.   Okay.  If we can turn to the second

19  page, please?

20     A.   Okay.

21     Q.   There is an explanatory note below

22  the certification.  Is that right?

23     A.   I believe so.  It's a little hard to

24  read.

25     Q.   Yes.  It states:

1            "Because Children and Family

2    Services has provided info on item number

3    nine, that this child has been determined to

4    be a male, and the Court decreed the child

5    a -- unreadable word -- named as that of the

6    father, PMT has decided we should put 'male'

7    as sex on new certificate, without requesting

8    medical records."

9                Did I read that correctly?

10        A.   As far as I can determine, yes.

11        Q.   Okay.  It appears that the sex

12    designation on the person's birth

13    certificate -- birth certificate may be

14    changed without requiring medical records.

15                Is that right?

16                MR. JONES:  Object to form.

17        A.   I'm sorry, Omar.  I'm still looking.

18    Can you give me a second?  This was filed '82.

19    Yeah.  I can't speak to that.

20        Q.   Okay.

21        A.   Very hard to see.

22        Q.   All right.  Generally speaking, can

23    the sex designation on a person's birth

24    certificate may be changed without requiring

25    medical records?

1                    MR. JONES:  Object to form.

2          A.   I'm sorry, man.  I'm trying to

3     figure out what item nine is from the note.

4          Q.   Sure.  We're not talking about the

5     note now.  This is just --

6          A.   Okay.

7          Q.   -- a broader question.

8          A.   Okay.  Can you read -- repeat,

9     please.

10         Q.   Sure.  Can the sex designation on a

11    person's birth certificate be changed without

12    requiring medical records?

13                   MR. JONES:  Object to form.

14         A.   That, I don't know.

15         Q.   Okay.  On the certification on each

16    of these pages, signed by you, it states, in

17    part, that the birth certificate was, "sealed

18    in accordance with Tennessee Code Annotated

19    68-3-313(3)."

20                   Is that right?

21         A.   That's what it reads; yes.

22         Q.   So, it is possible for a birth

23    certificate to be amended, and to maintain a

24    copy of the original birth certificate under

25    seal.  Is that correct?

1                    MR. JONES:  Object to form.

2          A.   Can you repeat that?

3          Q.   Sure.  Can a birth certificate be

4     amended, and the Office of Vital Records

5     maintain a copy of the original birth

6     certificate under seal?

7                    MR. JONES:  Object to form.

8          A.   I'm sorry, Omar.  I'm having a hard

9     time understanding that question.

10         Q.   Sure.

11         A.   It's almost three parts.  I'm sorry.

12         Q.   Let's go part by part.

13         A.   Okay.

14         Q.   According to the statute referenced,

15    it has to deal with adoptions.  Is that

16    correct?

17         A.   No.  I think that has to do with

18    sealed records.

19         Q.   Okay.  When a child is adopted, will

20    a new birth certificate be issued with the

21    adoptive parents' names on the birth

22    certificate?

23         A.   Yes.

24         Q.   Will the original birth certificate

25    be then kept under seal by the Office of Vital

Case 3:19-cv-00328   Document 93-10   Filed 05/29/20   Page 59 of 111 PageID #: 2058

1    Records?

2        A.    Yes.

3        Q.    Okay.  So, is it possible for a

4    birth certificate to be amended and an

5    original -- and the original copy to be kept

6    under seal?

7        A.    There are records that have been

8    amended that have been put under seal.

9    Correct.

10       Q.    Okay.  Thank you.  Is it fair to say

11   that when a birth certificate is amended, the

12   data elements in the original birth

13   certificate may not necessarily be lost?

14              MR. JONES:  Object to form.

15       A.    I cannot speak to that.

16       Q.    All right.  Turning to Exhibit 8?

17       (Exhibit 8 marked for identification)

18       A.    Okay.

19       Q.    Have you ever seen this document

20   before?

21       A.    I've seen the form, but not

22   specifically this document, I don't think.

23       Q.    It is a birth certificate.  Correct?

24              MR. JONES:  Just for the court

25          reporter's sake, this is another

1          confidential Exhibit.

2                 MR. PAGAN:  Thank you, Matt.

3    BY MR. PAGAN:

4       Q.  Mr. Bishop, it is another birth

5    certificate.  Correct?

6       A.  That's correct.

7       Q.  And it lists the sex of the child as

8    "Unknown".  Is that correct?

9       A.  It does.

10       Q.  Okay.  Turning to the second page of

11   the exhibit, there appears to be an electronic

12   note for this birth certificate.  Is that

13   right?

14       A.  It does.

15       Q.  And is this the type of notes that

16   appear in your computer system?

17       A.  What year was this?  2004?  It

18   would -- it would look like it would appear in

19   a previous version.  Correct.

20       Q.  Okay.  And your current computer

21   system would show similar notes.  Is that

22   correct?

23       A.  That is correct.

24       Q.  Okay.  The note in this -- sorry.

25             The note for this birth

1    certificate reads, in part, that, "the child

2    was born with both sex organs."

3                    Is that correct?

4         A.   That's what it reads.

5         Q.   For a child born with both sex

6    organs, is it your opinion that the child

7    cannot identify as male or female?

8                    MR. JONES:  Object to form.

9         A.   I don't have an opinion on that.

10        Q.   Thank you.  When a person is born

11   with both sex organs and dies, can their death

12   certificate designate their sex as "male" or

13   "female?"

14                    MR. JONES:  Object to form.

15        A.   Yes.

16        Q.   Can a person whose birth certificate

17   originally designated their sex as "unknown,"

18   later amend their birth certificate to list

19   their sex as "male" or "female?"

20                    MR. JONES:  Object to form.

21        A.   When you say -- let me clarify.

22   When you say "person," you mean the person

23   whose name shows as the child on the birth

24   certificate?

25        Q.   Correct.

1      A.   Can you repeat that one more time?

2      Q.   Can a person whose name is listed on

3   a birth certificate, and their sex is

4   designated as "unknown at birth," later amend

5   their birth certificate to reflect their sex

6   as "male" or "female?"

7                  MR. JONES:  Object to form.

8      A.   I cannot answer that definitely.

9      Q.   Is it possible?

10     A.   I can't answer that definitely.

11     Q.   Okay.  Earlier, we reviewed a

12  memorandum from 2019 that contained two

13  tables.  Do you recall that?

14     A.   You're talking about the statistical

15  file?  Or the statistical document --

16     Q.   Yes.

17     A.   -- on children born between -- I

18  think it was to 2018.

19     Q.   Correct.

20     A.   Yes.

21     Q.   Okay.  We discussed at least two

22  instances in which the birth record was

23  corrected by affidavit to change the child's

24  sex from "unknown" to "male."

25                  Do you recall that?

1   A. Yes.

2   Q. So, is it possible for a person to

3 correct their sex from "unknown," to "male" or

4 "female?"

5      MR. JONES: Object to form.

6   A. I can't speak definitely to that.

7 I'm not sure who wrote that affidavit.

8   Q. Can a person born with ambiguous

9 genitalia, and designated as "unknown" on

10 their birth certificate, be able to update the

11 "sex" designation on their birth certificate

12 based on their chromosomal makeup?

13      MR. JONES: Object to form.

14   A. I can't answer that.

15   Q. Can a person born with ambiguous

16 genitalia, and designated as "unknown" on

17 their birth certificate, be able to update the

18 "sex" designation on their birth certificate,

19 based on their hormonal makeup?

20      MR. JONES: Object to form.

21   A. I can't answer that.

22   Q. Okay. All right. All right; going

23 back to what's been marked as Exhibit 2. This

24 is "Defendants' Expert Disclosure." Please

25 let me know when you have it in front of you.

1        A.    Okay.

2        Q.    Okay.  On page four, paragraph (l),

3    that pertains to your expected testimony as

4    per the disclosures.  Is that correct?

5        A.    That's correct.

6        Q.    It states:

7                "The Tennessee Department of

8    Health routinely cooperates with federal

9    adjudicating agencies such as the Department

10    of State, the Social Security Administration,

11    the Armed Services and other state agencies."

12                Did I read that correctly?

13        A.    Yes.

14        Q.    Is the cooperation to which that

15    paragraph refers to, for purposes of identity

16    verification?

17        A.    I cannot speak for the other

18    agencies.

19        Q.    Okay.  Do you know what the other --

20    for what purposes would the Office of Vital

21    Records share a person's birth record with

22    other governmental agencies?

23                MR. JONES:  Object to form.

24        A.    We don't necessarily share the

25    actual birth certificate.  I'll just use the

1    Armed Forces as an example.

2              We do a verification that the person

3    was born here in Tennessee before an enlistee

4    joins the armed services.

5         Q.   Okay.  For purposes of the next few

6    questions, when I refer to a "transgender

7    person," I am referring to someone whose

8    gender identity is different from the sex they

9    were recorded as at birth.

10             Is that understood?

11        A.   It is.

12        Q.   Okay.  Are you aware that

13   transgender people are able to correct the sex

14   designation on their social security records

15   to match their gender identity?

16             MR. JONES:  Object to form.

17        A.   I am not.

18        Q.   Are you aware whether -- sorry.

19   Scratch that.

20             Are you aware that the

21   plaintiffs in this case have corrected their

22   social security records to reflect their

23   female gender identity?

24        A.   I am not.

25        Q.   Are you aware that transgender

1    people are able to correct the sex designation

2    on their U.S. passport to match their gender

3    identity?

4              MR. JONES:  Object to form.

5         A.   I am not.

6         Q.   Are you aware that some of the

7    plaintiffs in this case have corrected their

8    U.S. passports to reflect their female gender

9    identity?

10        A.   I am not.

11        Q.   Are you aware that transgender

12   people are able to correct the sex designation

13   on their Tennessee-issued driver's licenses to

14   match their gender identity?

15             MR. JONES:  Object to form.

16        A.   I am not.

17        Q.   Are you aware that some of the

18   plaintiffs in this case have corrected their

19   Tennessee-issued driver's licenses to reflect

20   their female identity -- gender identity?

21        A.   I'm not.

22        Q.   Would you agree that the -- that

23   Tennessee does not permit a transgender person

24   to update the designation for their sex --

25   scratch that.

1           Would you agree that Tennessee

2    does not permit a transgender person to update

3    the designation for the sex they were deemed

4    at birth, to the sex designation consistent

5    with their gender identity?

6           MR. JONES:  Object to form.

7       A.   Omar, I'd have to have you repeat

8    that again, please?

9       Q.   Sure.  Keeping in mind the

10   definition of a "transgender person" that we

11   agreed to earlier?

12      A.   Okay.

13      Q.   That being someone whose gender

14   identity is different from the sex they were

15   designated at birth.

16           Would you agree that Tennessee

17   does not permit a transgender person to update

18   the sex designation of the sex they were

19   recorded at birth, to the sex designation

20   consistent with their gender identity?

21           MR. JONES:  Object to form.

22      A.   I don't necessarily agree.  I will

23   say we follow the Tennessee statute when it --

24   when it comes to that.

25      Q.   When can a person change the "sex"

1    designation on their birth certificate?

2                    MR. JONES:  Object to form.

3         A.   Without having the TCA in front of

4    me, I cannot speak directly to that.

5         Q.   If a person's genitalia -- okay.

6                    If a person was recorded as

7    "male" at birth, based on their genitalia,

8    would that person be able to later correct the

9    "sex" designation on their birth certificate

10   because it does not match their identity?

11                   MR. JONES:  Object to form.

12        A.   I cannot speak to that.

13        Q.   You oversee the operations of the

14   Office of Vital Records.  Right?

15        A.   That's correct.

16        Q.   If a person who was designated

17   "male" at birth, but identifies as female,

18   were to come to the Office of Vital Records to

19   request that their birth certificate be

20   corrected to reflect their female gender

21   identity, would they be able to do that?

22                   MR. JONES:  Object to form.

23        A.   Per the statute, no.

24        Q.   And to which statute do you refer?

25        A.   Sixty-eight.

1      Q.   Okay.  If you go to Exhibit 1, the

2    amended complaint?  And you go to page 15;

3    paragraph 70?

4         (Exhibit 1 marked for identification)

5         A.   Okay.

6         Q.   When you referred to the statute,

7    you answered "68."  Do you refer to Tennessee

8    Code Annotated, Section 68-3-203(d)?

9         A.   No.  Based on your question, that

10   has to do with sex change surgery.  And you

11   were asking a question about gender.

12        Q.   Okay.  All right.  We'll come back

13   to this.

14             Would you agree that in order

15   to maintain and promote nationwide uniformity

16   in the system of vital records, the forms of

17   certificates and reports of the Tennessee

18   Office of Vital Records must look to the

19   federal agency responsible for national vital

20   statistics?

21             MR. JONES:  Object to form.

22        A.   Omar, can you repeat that?  It's

23   pretty long.

24        Q.   Sure.  Let me just -- does the

25   Tennessee Office of Vital Records look to the

1    federal agency responsible for national vital

2    statistics for guidance?

3        A.    Yes.

4        Q.    Okay.  And if you can go to

5    Exhibit 9?

6        (Exhibit 9 marked for identification)

7        Q.    Do you have it?

8        A.    I do.

9        Q.    Okay.  Do you recognize this

10   document?

11       A.    I do not.

12       Q.    Okay.  It's a printout of the

13   Tennessee Code Annotated, Section 68-3-202.

14   Is that correct?

15       A.    That's what it looks like; yes.

16       Q.    And this provision is one of the

17   provisions that, as State Registrar, you

18   enforce and administer?

19       A.    Correct.

20       Q.    Okay.  In paragraph -- is the reason

21   that the Office of Vital Records looks to

22   guidance from the federal agency responsible

23   for national vital statistics, the desire to

24   promote and maintain nationwide uniformity in

25   the system of vital records?

1                    MR. JONES:  Object to form.

2         A.   Can you repeat?

3         Q.   Sure.  Would you agree that it is

4    important to promote and maintain nationwide

5    uniformity in the system of vital records?

6                    MR. JONES:  Object to form.

7         A.   I cannot speak to that.

8         Q.   Okay.  Paragraph (a) of Exhibit 9

9    states:

10                   "In order to promote and

11   maintain nationwide uniformity in the system

12   of vital records, the forms of certificates,

13   reports and other returns required by this

14   chapter, or by regulations adopted under this

15   chapter, shall include, as a minimum, the

16   items recommended by the federal agency

17   responsible for national vital statistics."

18                   Did I read that correctly?

19        A.   You did.

20        Q.   Okay.  Would you agree that the

21   Tennessee legislature considers as important,

22   "to promote and maintain nationwide uniformity

23   in the system of vital records?"

24                   MR. JONES:  Object to form.

25        A.   I cannot speak for the legislature.

1      Q.   Okay.  Would you agree that per the

2   statute that you enforce, it is important to

3   promote and maintain nationwide uniformity in

4   the system of vital records?

5                MR. JONES:  Object to form.

6      A.   I cannot speak to that.

7      Q.   Okay.  What is the National Center

8   for Health Statistics?

9      A.   NAPHSIS?

10      Q.   No.  I'm asking about the National

11   Center for Health Statistics.

12      A.   Can you clarify what you're asking

13   me?

14      Q.   Sure.  What is the federal agency

15   responsible for national vital statistics?

16      A.   CDC.

17      Q.   Okay.  Are you aware that the CDC

18   publishes a Model State Vital Statistics Act

19   and Regulations?

20      A.   Yes.

21      Q.   Okay.  If we can go to Exhibit 10?

22   Let me know when you have it open.

23      (Exhibit 10 marked for identification)

24      Q.   Okay.  Do you recognize this

25   document?

1          A.    I have seen it.

2          Q.    What is it?

3          A.    The Model State Vital Statistics Act

4    and Regulations.

5          Q.    And this was published by the CDC?

6          A.    Correct.

7          Q.    Is that right?

8          A.    It's shown, yes.

9          Q.    If you turn to page 10 of the Model

10   Act?

11         A.    Okay.

12         Q.    Do you see the heading, "Section 21.

13   Amendment of Vital Records?"

14         A.    Okay.

15         Q.    Okay.  Paragraph (d) of Section 21

16   states:

17                  "Upon receipt of a certified

18   copy of an order of (a court of competent

19   jurisdiction) indicating the sex of an

20   individual born in this State has been changed

21   by surgical procedure and whether such

22   individual's name has been changed, the

23   certificate of birth of such individual shall

24   be amended as prescribed by regulation."

25                  Did I read that correctly?

1          A.   You did.

2          Q.   Would you agree that Tennessee's

3     laws and regulations are inconsistent with the

4     guidance of the CDC?

5                    MR. JONES:  Object to form.

6          A.   I am not.

7          Q.   Sorry.  There was some overlap.  I'm

8     just going to restate.

9                    Would you agree that

10    Tennessee's laws and regulations are

11    inconsistent with the guidance of the CDC,

12    with regards to whether a "sex" designation

13    can be amended based on the obtaining of sex

14    change surgery?

15                   MR. JONES:  Object to form.

16         A.   I am not.

17         Q.   Sorry.  Do you agree or disagree, is

18    the question.

19         A.   I'm sorry.  I lost my page.  Let me

20    get it again.  You asked me if this guidance

21    is inconsistent with Tennessee state law?

22         Q.   Correct.

23         A.   They do not match.  Correct.

24         Q.   Thank you.  Are you aware that 48

25    states permit a transgender person to update

1    the designation for the sex they were deemed

2    at birth to the "sex" designation consistent

3    with their gender identity?

4                MR. JONES:  Object to form.

5        A.   I am not.

6        Q.   Would you agree that Tennessee's

7    policy with regards to sex -- scratch that.

8                Would you agree that

9    Tennessee's policies with regards to the

10   ability of transgender people to update the

11   "sex" designation on their birth certificates

12   is an outlier in the nation's system of vital

13   statistics?

14               MR. JONES:  Object to form.

15       A.   I have no opinion on that.

16       Q.   What is "NAPHSIS?"

17       A.   They are a subset for the CDC.  I'm

18   not quite sure what the acronym stands for.

19       Q.   Does it stand for the "National

20   Association for Public Health Statistics and

21   Information Systems?"

22       A.   It does.  Thank you.

23       Q.   Do you consider NAPHSIS to be a

24   reputable source when it comes to maintenance

25   and recording of vital records?

1           MR. JONES:  Object to form.

2      A.   I cannot speak to that.

3      Q.   As a State Registrar and office --

4  and Director of Office of Vital Records, do

5  you look to guidance provided by NAPHSIS?

6      A.   I have.

7      Q.   If you can open what is Exhibit 11,

8  please?

9      (Exhibit 11 marked for identification)

10      A.   Okay.

11      Q.   I'm showing you a printout from the

12  website of NAPHSIS.  Under "Jurisdictions," it

13  states:

14           "Our members are comprised of

15  employees of the 57 state and territorial

16  vital record offices throughout the

17  United States, commonly referred to as

18  jurisdictions.  A jurisdiction is tasked with

19  recording all vital events that occur within

20  their jurisdiction."

21           Did I read that correctly?

22      A.   You did.

23      Q.   Are you a member of NAPHSIS?

24      A.   I am.

25      Q.   Okay.  Are other employees within

1    your office members of NAPHSIS?

2         A.   We are all members; yes.

3         Q.   Thank you.  If you can open what's

4    been marked as Exhibit 12?

5         (Exhibit 12 marked for identification)

6         A.   Okay.

7         Q.   Have you ever seen this document

8    before?

9         A.   I have not.

10        Q.   What is it?

11        A.   The title says, "A Report of the

12   NAPHSIS Registration Committee."

13        Q.   And it was published in

14   January 2018.  Is that right?

15        A.   That's what it shows; yes.

16        Q.   Okay.  In this report, the NAPHSIS

17   Registration Committee appears to make

18   recommendations.  If you go to page six of

19   seven of the report, please?

20        A.   Okay.

21        Q.   For paragraph 8(b) states:

22              "Recommend documenting gender

23   identity or sex on the legal portion of the

24   birth record using the following standard

25   gender identity/sex labels.

1                  i.  Female.

2                  ii.  Male.

3                  iii.  X."

4             Did I read that correctly?

5        A.   You did.

6        Q.   Do you agree that the Registration

7   Committee of NAPHSIS recommends that a

8   person's birth certificate used for

9   identification reflect a person's gender

10  identity?

11             MR. JONES:  Object to form.

12       A.   I can't speak for that.

13       Q.   Okay.  If we can go to Exhibit 3. --

14  your declaration -- please?

15       A.   Okay.

16       Q.   In paragraph (e), you state:

17             "Creating additional ways in

18  which Tennessee's birth records can be

19  modified, particularly without a statutory

20  scheme in place to regulate and track such

21  modifications, heightens the potential for

22  fraud and illegality."

23             Did I read that correctly?

24       A.   You did.

25       Q.   Can you cite to a study to back up

1    the statement you make in paragraph (e) of

2    your declaration?

3         A.    I cannot.

4         Q.    Can you cite to a report to back up

5    the statement you make in paragraph (e) of

6    your declaration?

7         A.    I cannot.

8         Q.    Would you agree that your statement

9    is based on speculation of what might happen?

10                    MR. JONES:   Object to form.

11        A.    That's incorrect.

12        Q.    What is the basis for your statement

13   in paragraph (e)?

14        A.    The basis is, without statutory

15   regulations being in place, modifications

16   would heighten the potential for fraud and

17   illegality.

18        Q.    Okay.  As Director of the Office of

19   Vital Records, you have the power to

20   promulgate regulations, do you not?

21        A.    Can you repeat that?

22        Q.    As the State Registrar and Director

23   of the Office of Vital Records, you have the

24   power to promulgate regulations with regards

25   to the completion and maintenance of vital

1    records.

2              Is that right?

3         A.   Can you clarify that, please?

4         Q.   Sure.  As Director of the Office of

5    Vital Records, do you have the power to

6    promulgate regulations with regards to the

7    maintenance of vital records?

8         A.   When you say "promulgate," what do

9    you mean by that?

10        Q.   Does your office issue regulations

11   with regards to the completion and maintenance

12   of vital records?

13        A.   No.  We follow the statute and the

14   rules.

15        Q.   Does your office promulgate rules

16   with regards to the completion and maintenance

17   of vital records?

18        A.   We have not, since I've been here.

19        Q.   All right.  As part of your power

20   and duties, do you have the ability to

21   promulgate rules with regards to the

22   completion and maintenance of vital records?

23        A.   Not without approval.

24        Q.   Whose approval do you need?

25        A.   Commissioner's.

1      Q.   By "commissioner," do you mean the
2   Commissioner for the Department of Health for
3   the state of Tennessee?
4      A.   Correct.  I fall underneath her
5   jurisdiction.
6      Q.   As Director of the Office of Vital
7   Records, and with the approval of the
8   Commissioner for the Department of Health for
9   the state of Tennessee, can you promulgate
10  rules with regards to the completion and
11  maintenance of vital records?
12            MR. JONES:  Object to form?
13     A.   Omar, you'll have to clarify the
14  word, "promulgate" for me.  I'm sorry.
15     Q.   Sure.  Can the Department of Health
16  issue rules with regards to the completion and
17  maintenance of vital records?
18            MR. JONES:  Object to form.
19     A.   Are you asking me if we could add or
20  change rules?
21     Q.   Yes.
22     A.   We do have that authority.
23     Q.   Thank you.  Earlier, I asked you for
24  a basis for your statement of paragraph (e) in
25  your declaration.  Do you recall that?

1      A.   I do.

2      Q.   Okay.  And, my apologies.  What is

3   the basis for your opinion?

4      A.   My basis is we need some kind of

5   guidelines and regulations to follow.

6      Q.   Okay.  Tennessee already permits

7   persons to update or correct the "sex"

8   designation on their birth certificates.  Is

9   that right?

10                MR. JONES:  Object to form.

11     A.   I believe, based on the TCA, within

12   the first year, if it's a minor error.

13     Q.   If you can go to what's been marked

14   Exhibit 13.

15     A.   Thirteen?

16     Q.   Yes.

17     A.   Okay.

18     (Exhibit 13 marked for identification)

19     A.   Okay.

20     Q.   Do you recognize this document?

21     A.   I do.

22     Q.   What is it?

23     A.   That is a page from my website.

24     Q.   By "your website," do you mean the

25   website for the Tennessee Office of Vital

1     Records?

2          A.   Correct.

3          Q.   Okay.  If we go to page four?

4          A.   Okay.

5          Q.   There's a heading that says:

6                    "How do I correct the sex on my

7     birth certificate?"

8                    Do you see that?

9          A.   I do.

10         Q.   And the second sentence says:

11                   "If a mistake was made on the

12    certificate when recording the sex of the

13    child, the following should be submitted to

14    this office:

15                   1.  A signed and notarized

16    affidavit showing the full name, date of

17    birth, the sex as it is shown on the

18    certificate and the sex as it should be

19    corrected listed.

20                   2.  Documentary evidence

21    showing the correct sex of the individual (see

22    examples of acceptable documentary evidence).

23                   3.  A check or money order for

24    the required amendment fee, and an additional

25    fee for a copy of the corrected certificate."

1           Did I read that correctly?

2      A.   You did.

3      Q.   So it is possible for a person to

4  correct the sex on their birth certificate,

5  even after their first year of birth?

6      A.   If a mistake was made.

7      Q.   Let me just restate that.

8           Is it possible for a person to

9  correct the "sex" designation on their birth

10 certificate after the first year of their

11 life?

12     A.   I cannot speak to that without the

13 TCA in front of me.  But it looks like if a

14 mistake was made.

15     Q.   Okay.  Would you agree that

16 permitting plaintiffs to update the "sex"

17 designation on their birth certificate would

18 not necessarily entail creating an additional

19 way to modify birth certificates?

20          MR. JONES:  Object to form.

21     A.   I can't answer that.

22     Q.   Why not?

23     A.   Repeat the question.  Because I

24 didn't really understand it.  You're --

25     Q.   Sure.  Would you agree that

1    permitting plaintiffs to update the "sex"

2    designation on their birth certificate would

3    not necessarily entail creating an additional

4    way to modify birth certificates?

5                    MR. JONES:  Object to form.

6         A.   Yeah, I -- once again, I can't

7    answer that, because I don't understand your

8    question.

9         Q.   Sure.  Could -- could the plaintiffs

10   submit an affidavit, that's notarized and

11   signed, along with documentary evidence, and a

12   check or money order, in order for them to

13   correct the "sex" designation on their birth

14   certificate?

15                    MR. JONES:  Object to form.

16        A.   I can't answer that.  Because it

17   doesn't say "the person."  It says, "sex of

18   the child."

19        Q.   What do you mean by "illegality" in

20   paragraph (e) of your declaration?

21        A.   What do I mean by that?

22        Q.   Yes.

23        A.   Doing something that's not legal.

24        Q.   Such as?

25        A.   Such as representing yourself as

1    somebody else.

2         Q.   So, would you agree that that's a

3    form of fraud?

4         A.   It is.

5         Q.   Okay.  Is there anything else that

6    you mean by "illegality," besides "fraud?"

7         A.   If you mean "fraud" as in

8    "stealing" -- obtaining stuff that's not

9    yours -- then, yes.

10         Q.   Okay.  For purposes of the -- let me

11    just clarify.

12              For purposes of the use of the

13    word "illegality" in your declaration, is

14    there anything you mean by "illegality"

15    besides "fraud?"

16         A.   Theft.

17         Q.   Okay.  The Office of Vital Records

18    has means and processes for detecting fraud.

19    Correct?

20         A.   I'm sorry, Omar.  Can you repeat

21    that?

22         Q.   Sure.  The Office of Vital Records

23    has means and processes for detecting fraud.

24    Is that right?

25         A.   Not necessarily.  No.

1      Q.   Do you not have ways to investigate

2   fraud?

3      A.   If it's brought to our attention, we

4   do.

5      Q.   Okay.  Would the situation in which

6   a person can have incongruent "sex"

7   designations in some identity documents than

8   their birth certificate, actually heighten the

9   potential for fraud?

10                MR. JONES:  Object to form.

11      A.   I can't speak to that.

12      Q.   Okay.  You speak about the

13   possibility of fraud and illegality as a

14   concern in your declaration.  I'm just

15   wondering if having to two incongruent

16   identity documents heightens the potential for

17   fraud?

18                MR. JONES:  Object to form.

19      A.   I can't speak to that.

20      Q.   Okay.

21                MR. PAGAN:  Okay.  If we can

22      take a break?  Five minutes, please?

23                MR. JONES:  Sure.  That's no

24      problem.

25           (Short break.)

1          MR. PAGAN:  So, back on the

2     record.  That's it for us, Matt.  I don't

3     know if you want to ask any questions.

4          MR. JONES:  I have no

5     follow-up.

6          MR. PAGAN:  Okay.

7          MR. JONES:  So, for the court

8     reporter, I believe we needed transcripts

9     by the 29th, at the latest.  I don't

10    know if that's expedited or not.  And our

11    witnesses will be reading and signing.

12         MR. PAGAN:  Okay.  Matt, just

13    to clarify on that, we're filing on the

14    29th.

15         MR. JONES:  Okay.

16         MR. PAGAN:  So --

17         MR. JONES:  If we need it

18    faster than that, that's --

19         MR. PAGAN:  I don't want to

20    tell you when to get the transcript, but

21    --

22         MR. JONES:  Sure.

23         MR. PAGAN:  -- obviously,

24    knowing that the errata wouldn't have

25    come in before.

1          MR. JONES:  Absolutely.  So

2     then, we can expedite however we need to.

3          MR. MONTGOMERY:  Did anyone

4     else want to give the court reporter

5     their transcript orders?

6          MR. PAGAN:  I think we've

7     already ordered ours, and they are

8     expedited.

9          MR. MONTGOMERY:  All right,

10    then.  Thank you everyone.

11         MR. PAGAN:  Thank you,

12    Mr. Bishop.

13         MR. JONES:  Thank you, all.

14         MR. PAGAN:  Thank you,

15    everyone.

16       (Whereupon, the deposition adjourned

17    at 4:32 p.m.)

18

19

20

21

22

23

24

25

```
1              C E R T I F I C A T E

2

3          I, Giselle Mitchell-Margerum, RPR, CRI, CCR, Licensed

4     Court Reporter, Tennessee, do hereby certify that the

5     witness was first duly sworn by me and that I was authorized

6     to and did report said proceedings.

7          I further certify that the foregoing transcript is a

8     true and correct record of the proceedings; that said

9     proceedings were taken by me stenographically and thereafter

10    reduced to typewriting under my supervision; that reading

11    and signing was requested; and that I am neither attorney

12    nor counsel for, nor related to or employed by, any of the

13    parties to the action in which this deposition was taken;

14    and that I have no interest, financial or otherwise, in this

15    case.

16

17              IN WITNESS WHEREOF, I have hereunto set my hand

18    this 20th day of May        2020.

19

20

21

22

23    GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR

24

25
```

1

2                   CERTIFICATE OF DEPONENT

3

4    I, EDWARD GRAY BISHOP, hereby certify that I have read the
     foregoing pages, numbered 1 through 88, of my deposition of
5    testimony taken in these proceedings on Wednesday, May 20,
     2020 and, with the exception of the changes listed on the
6    next page and/or corrections, if any, find them to be a true
     and accurate transcription thereof.
7

8

9

10

11   Signed:   ........................

12   Name:     EDWARD GRAY BISHOP

13   Date:     ........................

14

15

16

17

18

19

20

21

22

23

24

25

1                    ERRATA SHEET

2    Case Name:              Kayla Gore, et al. v. William Byron
     e, et al.
3    Witness Name:           EDWARD GRAY BISHOP
     Date:
4    Page/Line               FromTo

5    ____/_____             _____

6    ____/_____             _____

7    ____/_____             _____

8    ____/_____             _____

9    ____/_____             _____

10   ____/_____             _____

11   ____/_____             _____

12   ____/_____             _____

13   ____/_____             _____

14   ____/_____             _____

15   ____/_____             _____

16   ____/_____             _____

17   ____/_____             _____

18   ____/_____             _____

19   ____/_____             _____

20   ____/_____             _____

21   Subscribed and sworn to before

22   me this date    day of month            , 2020.

23          _____

24          EDWARD GRAY BISHOP

25

## /

**/_ (16)**
91:5,6,7,8,9,10,11,12,13,
14,15,16,17,18,19,20

## [

**[Redacted (3)**
47:17;50:2,3
**[Witness (1)**
36:20

## A

**abbreviation (1)**
42:20
**ability (2)**
74:10;79:20
**able (11)**
8:21;27:19;45:21;53:4;
62:10,17;64:13;65:1,12;
67:8,21
**about (15)**
11:19;12:15,22;15:8;
25:15;38:12;42:3;48:19;
52:9,19;56:4;61:14;68:11;
71:10;86:12
**Absolutely (1)**
88:1
**acceptable (1)**
82:22
**accommodate (1)**
9:23
**accordance (1)**
56:18
**According (2)**
28:8;57:14
**accurate (3)**

10:5,8;21:25
**accurately (3)**
32:21;35:19,23
**acronym (1)**
74:18
**Act (3)**
71:18;72:3,10
**acting (1)**
11:25
**actual (1)**
63:25
**actually (1)**
86:8
**add (2)**
22:21;80:19
**additional (5)**
23:8;77:17;82:24;83:18;
84:3
**adjourned (1)**
88:16
**adjudicating (1)**
63:9
**administer (1)**
69:18
**Administration (3)**
18:23;30:13;63:10
**adopted (2)**
57:19;70:14
**adoptions (1)**
57:15
**adoptive (1)**
57:21
**Affairs (1)**
30:12
**affidavit (8)**
47:24;48:15,25;51:25;
61:23;62:7;82:16;84:10
**affixed (1)**
42:11
**after (3)**

39:4;83:5,10
**again (8)**
27:15;40:9;45:20;47:2;
54:6;66:8;73:20;84:6
**age (1)**
29:18
**agencies (4)**
63:9,11,18,22
**agency (5)**
68:19;69:1,22;70:16;
71:14
**ago (1)**
15:8
**agree (25)**
30:2;32:8,16,20;47:10;
48:23;49:2;65:22;66:1,16,
22;68:14;70:3,20;71:1;
73:2,9,17;74:6,8;77:6;78:8;
83:15,25;85:2
**agreed (5)**
9:10,11;47:14;50:9;66:11
**agreement (1)**
7:20
**aids (1)**
35:9
**Air (2)**
18:12,20
**al (1)**
91:2
**Alabama (1)**
18:20
**allow (1)**
42:21
**almost (1)**
57:11
**along (1)**
84:11
**already (5)**
52:7,10;53:7;81:6;88:7
**Also (13)**

7:8,15;8:24;9:21;16:8;
18:22;21:6;25:18,21;26:2,6,
10;48:13
**ambiguous (2)**
62:8,15
**amend (2)**
60:18;61:4
**amended (9)**
15:10;56:23;57:4;58:4,8,
11;68:22;72:24;73:13
**Amendment (2)**
72:13;82:24
**Annotated (3)**
56:18;68:8;69:13
**another (5)**
43:6,6;48:12;58:25;59:4
**answer (42)**
8:23,25;9:8,15,24;14:19;
18:2;22:5,10;23:5,10,16,22;
24:9,25;25:6;30:4;31:16;
32:13;33:15,21;34:7,13,14;
35:15;36:1,7,8,12;37:11,17;
39:16,19;51:15,22;61:8,10;
62:14,21;83:21;84:7,16
**answered (1)**
68:7
**anyone (1)**
88:3
**anything (7)**
12:25;22:18,21,24;23:2;
85:5,14
**apologies (1)**
81:2
**appear (3)**
18:22;59:16,18
**appearances (1)**
7:6
**appears (8)**
32:9;45:5;46:8;49:7,24;
55:11;59:11;76:17

**appointed (2)**
　17:19,24
**approval (3)**
　79:23,24;80:7
**approximate (2)**
　12:19;13:18
**approximately (1)**
　52:16
**Armed (3)**
　63:11;64:1,4
**around (2)**
　12:19;52:16
**asked (4)**
　9:14,16;73:20;80:23
**asking (5)**
　42:3;68:11;71:10,12;
　80:19
**Assessment (1)**
　28:17
**assigned (2)**
　46:11,21
**assistance (1)**
　29:24
**associate's (1)**
　18:18
**Association (1)**
　74:20
**assume (1)**
　9:8
**attention (2)**
　53:23;86:3
**Attorney (3)**
　7:13;9:17;13:15
**attorney/client (1)**
　13:1
**attorneys (1)**
　13:15
**authority (1)**
　80:22
**Authorization (1)**

　32:3
**authorized (1)**
　32:9
**aware (9)**
　64:12,18,20,25;65:6,11,
　17;71:17;73:24

## B

**Bachelor's (1)**
　18:23
**back (10)**
　32:25;36:14;48:18;51:16;
　52:22;62:23;68:12;77:25;
　78:4;87:1
**based (9)**
　46:8;52:8;62:12,19;67:7;
　68:9;73:13;78:9;81:11
**basically (1)**
　12:8
**basis (5)**
　78:12,14;80:24;81:3,4
**because (6)**
　49:2;55:1;67:10;83:23;
　84:7,16
**becoming (1)**
　18:5
**been (22)**
　7:3;9:16;11:12;15:24;
　19:16;20:12;21:11;26:25;
　41:3;43:22;49:8;53:9,23;
　55:3;58:7,8;62:23;72:20,
　22;76:4;79:18;81:13
**Before (22)**
　8:6,23;9:25;11:12,15;
　18:10;19:21;20:20;21:17;
　27:4;28:5;30:21,25;41:14;
　44:3;54:3,5;58:20;64:3;
　76:8;87:25;91:21
**begins (1)**

　29:10
**being (9)**
　7:19,21;8:3;12:16;19:25;
　42:13;52:9;66:13;78:15
**believe (9)**
　23:24;24:4,12,20;25:2;
　48:22;54:23;81:11;87:8
**belongs (1)**
　42:5
**below (2)**
　49:15;54:21
**benefit (1)**
　41:20
**benefits (2)**
　29:23,24
**Besides (8)**
　19:23;39:12;40:21;42:23;
　43:1,9;85:6,15
**between (1)**
　61:17
**biology (1)**
　19:14
**birth (112)**
　11:20;12:10;15:5;16:12,
　16,22;17:3,5,11,12;26:14,
　21;27:25;28:9;29:15,18,19;
　31:11;32:17,21;33:7,9,17,
　22,25;34:5,11,19;35:18,22;
　36:4,9,23;38:9;39:14;
　40:23;41:8,15;42:12;43:11;
　45:12,25;46:2,11,12,21;
　49:7,23;51:8,13,17;53:4;
　54:11;55:12,13,23;56:11,
　17,22,24;57:3,5,20,21,24;
　58:4,11,12,23;59:4,12,25;
　60:16,18,23;61:3,4,5,22;
　62:10,11,17,18;63:21,25;
　64:9;66:4,15,19;67:1,7,9,
　17,19;72:23;74:2,11;76:24;
　77:8,18;81:8;82:7,17;83:4,

　5,9,17,19;84:2,4,13;86:8
**Births (3)**
　44:20;45:2,6
**BISHOP (17)**
　7:2;8:2;10:23;14:22;
　20:17;22:10;24:20;27:22;
　39:17;42:9;47:16;53:11,22;
　59:4;88:12;91:3,24
**bit (2)**
　26:17;39:24
**blank (1)**
　49:14
**born (11)**
　12:11;45:10;49:24;60:2,
　5,10;61:17;62:8,15;64:3;
　72:20
**both (4)**
　54:16;60:2,5,11
**bottom (6)**
　28:15;48:12,20,21;49:10,
　11
**box (2)**
　32:2;42:21
**break (6)**
　9:22;53:11,16,20;86:22,
　25
**breaks (1)**
　9:25
**broader (1)**
　56:7
**broke (1)**
　26:17
**brought (1)**
　86:3
**Buchert (1)**
　7:10
**built (1)**
　17:17
**Business (1)**
　18:23

**Byron (1)**
  91:2

## C

**call (1)**
  14:13
**called (1)**
  50:15
**calls (1)**
  13:1
**came (1)**
  17:24
**Can (74)**
  12:5;14:19;17:23;20:9,
  12,16,18;21:1,13;22:6,11,
  16;23:17;24:3,10;25:1,7,20;
  27:18;31:17;32:7,25;33:2;
  34:14,21;37:12;40:9;43:4,
  15;46:5,9,19;47:17,19;
  48:10,18;49:4;52:14;54:18;
  55:10,18,22;56:8,10;57:2,3;
  60:11,16;61:1,2;62:8,15;
  66:25;68:22;69:4;70:2;
  71:12,21;73:13;75:7;76:3;
  77:13,18,25;78:4,21;79:3;
  80:9,15;81:13;85:20;86:6,
  21;88:2
**cannot (20)**
  10:7;30:6,17;31:22;
  32:14;36:8;39:3;58:15;
  60:7;61:8;63:17;67:4,12;
  70:7,25;71:6;75:2;78:3,7;
  83:12
**can't (15)**
  25:7;30:5;46:16;49:2;
  55:19;61:10;62:6,14,21;
  77:12;83:21;84:6,16;86:11,
  19
**capacity (1)**

  18:8
**case (27)**
  9:18;11:19,21;12:15,22;
  13:10,16;15:10;19:17;20:3,
  7,10;21:3,7;23:14,20;24:2,
  7,11,15,23;25:4;45:24;
  64:21;65:7,18;91:2
**catch (1)**
  26:18
**CBTs (1)**
  17:17
**CDC (6)**
  71:16,17;72:5;73:4,11;
  74:17
**Center (2)**
  71:7,11
**certificate (68)**
  12:9,10;26:14,21;29:18;
  32:17,21;34:5,19;35:18,23;
  36:4,9;38:8;41:9,15;43:12;
  45:12;50:22;51:18;53:4;
  54:11;55:7,13,13,24;56:11,
  17,23,24;57:3,6,20,22,24;
  58:4,11,13,23;59:5,12;60:1,
  12,16,18,24;61:3,5;62:10,
  11,17,18;63:25;67:1,9,19;
  72:23;77:8;82:7,12,18,25;
  83:4,10,17;84:2,14;86:8
**certificates (19)**
  15:5;16:12,17;17:5;
  29:20;33:7,25;38:14;42:12;
  45:25;46:1,12,22;68:17;
  70:12;74:11;81:8;83:19;
  84:4
**certification (3)**
  54:15,22;56:15
**certified (3)**
  38:5,6;72:17
**certifying (1)**
  33:22

**change (9)**
  22:19;47:24;48:15;51:25;
  61:23;66:25;68:10;73:14;
  80:20
**changed (11)**
  46:12;47:25;48:16;49:1,
  20;53:5;55:14,24;56:11;
  72:20,22
**changing (1)**
  53:5
**chapter (2)**
  70:14,15
**check (2)**
  82:23;84:12
**child (20)**
  33:8,12,19;34:9;35:9;
  36:3;39:5;41:16;46:1;
  54:12;55:3,4;57:19;59:7;
  60:1,5,6,23;82:13;84:18
**children (5)**
  45:10;46:11,21;55:1;
  61:17
**child's (11)**
  34:18;37:8,14;40:21;
  42:23;43:3,11;47:24;48:15;
  51:25;61:23
**chromosomal (1)**
  62:12
**cite (2)**
  77:25;78:4
**citizenship (1)**
  29:19
**clarification (1)**
  43:8
**clarify (7)**
  16:16;60:21;71:12;79:3;
  80:13;85:11;87:13
**clerk's (1)**
  30:11
**close (1)**

  14:6
**closed (4)**
  52:7,10,13;53:7
**closes (1)**
  52:16
**closing (1)**
  52:20
**Code (3)**
  56:18;68:8;69:13
**College (1)**
  18:20
**column (1)**
  49:23
**columns (1)**
  50:11
**Combs (1)**
  10:13
**come (3)**
  67:18;68:12;87:25
**comes (2)**
  66:24;74:24
**coming (1)**
  15:8
**Commissioner (4)**
  17:21;80:1,2,8
**Commissioner's (1)**
  79:25
**Committee (3)**
  76:12,17;77:7
**commonly (1)**
  75:17
**communicated (1)**
  14:7
**communications (1)**
  13:2
**Community (1)**
  18:19
**compensated (1)**
  19:25
**competent (1)**

72:18

**complaint (2)**
15:10;68:2

**complete (9)**
10:5,8;17:4,12;22:2,7,13;
23:12,18

**completing (3)**
38:8;39:13;40:23

**completion (11)**
16:21;17:3,11;33:25;
34:4;78:25;79:11,16,22;
80:10,16

**composed (1)**
17:15

**comprised (1)**
75:14

**computer (2)**
59:16,20

**Computer-Based (1)**
17:17

**concern (1)**
86:14

**Confidential (6)**
41:21,24;43:23;47:11;
54:7;59:1

**consider (1)**
74:23

**considers (1)**
70:21

**consistent (3)**
66:4,20;74:2

**consulting (1)**
40:21

**contained (1)**
61:12

**contains (7)**
20:24;21:2;23:25;24:5,
13;38:11;51:9

**Control (1)**
50:15

**conversations (2)**
13:6;14:18

**cooperates (1)**
63:8

**cooperation (1)**
63:14

**copies (1)**
16:8

**copy (5)**
56:24;57:5;58:5;72:18;
82:25

**correct (91)**
18:13,21,25;19:3,8,9,11,
12,14,15,19;20:25;21:4,5;
25:16,17,19,25;26:4,5,8,9,
12,13;29:5,6;34:2;35:20;
36:24,25;37:6;38:1;41:11;
42:15;44:11,14;45:4,7,8,13;
46:3;49:21,25;50:19,23,25;
51:2,3,11,21;52:5,6;54:13,
14,16,17;56:25;57:16;58:9,
23;59:5,6,8,19,22,23;60:3,
25;61:19;62:3;63:4,5;
64:13;65:1,12;67:8,15;
69:14,19;72:6;73:22,23;
80:4;81:7;82:2,6,21;83:4,9;
84:13;85:19

**corrected (12)**
47:23;48:14,25;49:8;
51:24;61:23;64:21;65:7,18;
67:20;82:19,25

**correctly (17)**
29:25;32:6;33:10;35:10;
38:15,19;39:7;40:18;48:1;
55:9;63:12;70:18;72:25;
75:21;77:4,23;83:1

**could (16)**
7:5;12:19,21;13:18,19,
25;14:10;28:14;37:19;
39:13;41:2;51:22;53:22;

80:19;84:9,9

**couldn't (1)**
51:15

**counsel (11)**
12:23;13:7,8,9,24;14:8,
14,18;21:8;27:1;41:19

**counsel's (1)**
43:21

**counting (3)**
14:3;49:12,14

**county (2)**
30:11,11

**couple (2)**
36:18;50:11

**court (16)**
8:15,20;23:25;24:5,14,
21;25:3,8;41:19;50:6;54:6;
55:4;58:24;72:18;87:7;88:4

**cover (1)**
28:15

**covered (1)**
14:14

**Creating (3)**
77:17;83:18;84:3

**current (2)**
11:3;59:20

**cursor (2)**
47:18;49:18

## D

**data (8)**
34:8;36:2;51:8,9,13;
52:24;53:1;58:12

**date (3)**
13:17;82:16;91:22

**dated (1)**
44:12

**day (1)**
91:22

**DCN (3)**
50:12,14,20

**deal (1)**
57:15

**Death (8)**
28:10;31:12;38:9;46:1,
22;50:17,21;60:11

**decide (2)**
24:23;25:4

**decided (1)**
55:6

**declaration (31)**
15:19,22;20:7;21:6,20,24,
25;22:2,7,12,19,22,25;23:3,
8,12,18,24;24:4,13,21;25:3;
33:1;51:7;77:14;78:2,6;
80:25;84:20;85:13;86:14

**declarations (2)**
25:10,12

**decreed (1)**
55:4

**deemed (2)**
66:3;74:1

**defendant (2)**
12:3,4

**defendants (7)**
7:15;13:7,10,24;14:9;
19:17;43:22

**Defendants' (1)**
62:24

**defendant's (1)**
27:1

**defer (1)**
21:8

**definitely (3)**
61:8,10;62:6

**definition (1)**
66:10

**degree (6)**
18:16,18,23;19:7,10,13

**degrees (1)**
19:5
**delayed (2)**
11:20;12:9
**delete (1)**
22:24
**Department (14)**
11:1;17:21;18:7;28:16,
23;30:8;32:3;48:5,6;63:7,9;
80:2,8,15
**departments (1)**
30:6
**deposed (2)**
11:12;12:16
**deposition (5)**
7:19;8:8;10:11;14:12;
88:16
**description (2)**
20:24;21:2
**designate (1)**
60:12
**designated (8)**
19:16;46:2;60:17;61:4;
62:9,16;66:15;67:16
**designation (27)**
45:11;46:13,23;55:12,23;
56:10;62:11,18;64:14;65:1,
12,24;66:3,4,18,19;67:1,9;
73:12;74:1,2,11;81:8;83:9,
17;84:2,13
**designations (1)**
86:7
**desire (1)**
69:23
**detecting (2)**
85:18,23
**determine (2)**
34:18;55:10
**determined (7)**
34:10;37:9,15;39:3;

42:19;43:13;55:3
**determines (2)**
25:23;33:18
**Dianna (1)**
7:16
**didn't (2)**
26:18;83:24
**died (1)**
51:1
**dies (1)**
60:11
**different (6)**
27:10;42:22;46:13,23;
64:8;66:14
**differently (1)**
17:10
**direct (1)**
53:22
**directly (1)**
67:4
**Director (11)**
11:5;16:2;19:24;30:19,
24;37:2;75:4;78:18,22;
79:4;80:6
**disagree (6)**
31:7,10;35:13;38:18;
39:10;73:17
**disavow (1)**
31:19
**disclosing (1)**
13:5
**disclosure (2)**
20:23;62:24
**disclosures (1)**
63:4
**discussed (1)**
61:21
**discussing (2)**
31:13;51:17
**Division (1)**

10:25
**DMV (1)**
30:10
**document (31)**
20:16,20;21:14,17,22;
26:15,22;27:3,19;28:1,5,11,
20;29:8;30:14,20,25;31:19;
41:13,20,23;44:3;50:15;
54:3;58:19,22;61:15;69:10;
71:25;76:7;81:20
**document] (1)**
36:20
**Documentary (3)**
82:20,22;84:11
**documenting (1)**
76:22
**documents (8)**
14:15,20,24,25;15:3;
25:13;86:7,16
**doesn't (1)**
84:17
**Doing (1)**
84:23
**done (4)**
16:25;24:1,6,11
**don't (20)**
13:17;20:4;22:16;36:8,
13;37:18;39:21;40:13;41:1;
44:4,17;56:14;58:22;60:9;
63:24;66:22;84:7;87:2,9,19
**down (4)**
8:21;49:10,23;50:11
**dozen (1)**
14:2
**Dr (8)**
15:13,16,19,22;25:10,10,
15,16
**driver's (3)**
29:22;65:13,19
**duly (1)**

7:3
**during (1)**
45:10
**duties (2)**
38:7;79:20
**dysphoria (1)**
26:8

---

**E**

---

**each (3)**
8:19,21;56:15
**Earlier (5)**
33:23;35:17;61:11;66:11;
80:23
**easier (1)**
8:8
**education (1)**
18:15
**EDWARD (4)**
7:2;10:23;91:3,24
**either (3)**
14:1,10;51:18
**electronic (2)**
42:7;59:11
**electronically (1)**
14:8
**Element (2)**
51:9,13
**elements (3)**
36:3;51:10;58:12
**else (3)**
85:1,5;88:4
**emails (1)**
14:3
**employed (1)**
18:6
**employees (2)**
75:15,25
**enforce (2)**

69:18;71:2

**enforcing (1)**
37:3

**enlistee (1)**
64:3

**enough (1)**
46:6

**entail (2)**
83:18;84:3

**enter (2)**
7:6;39:6

**entire (1)**
36:18

**entities (4)**
16:17;17:4,6,12

**entrance (1)**
29:20

**entry (3)**
36:22;47:21;48:12

**errata (2)**
87:24;91:1

**error (1)**
81:12

**estimate (4)**
12:17;13:21,25;14:10

**et (1)**
91:2

**etiology (1)**
25:19

**Ettner (4)**
15:13,19;25:10,15

**evaluate (1)**
24:14

**even (1)**
83:5

**event (1)**
16:5

**events (2)**
48:8;75:19

**ever (14)**

11:12,14;19:20;20:19;
21:16;27:3;28:4;30:20,25;
41:13;44:2;54:2;58:19;76:7

**every (1)**
39:19

**everybody (1)**
8:9

**everyone (2)**
88:10,15

**evidence (4)**
12:11;82:20,22;84:11

**EXAMINATION (1)**
8:1

**example (2)**
10:18;64:1

**examples (1)**
82:22

**except (1)**
7:23

**Exhibit (41)**
20:13,15;21:11,12;26:25;
27:2,9,23,23;33:2,4;34:22;
36:15;37:21;41:3,4;43:17,
19,21;44:19;53:24,25;
58:16,17;59:1,11;62:23;
68:1,4;69:5,6;70:8;71:21,
23;75:7,9;76:4,5;77:13;
81:14,18

**exhibits (2)**
15:7;27:17

**expected (4)**
20:25;21:3;23:13;63:3

**expedite (1)**
88:2

**expedited (2)**
87:10;88:8

**expert (9)**
15:12,15,18,21;19:17,20;
20:6,23;62:24

**explain (2)**

17:23;48:18

**explanatory (1)**
54:21

**extent (1)**
14:17

# F

**facilities (1)**
38:5

**fair (1)**
58:10

**fall (1)**
80:4

**Family (1)**
55:1

**far (1)**
55:10

**faster (1)**
87:18

**father (1)**
55:6

**federal (6)**
63:8;68:19;69:1,22;
70:16;71:14

**fee (2)**
82:24,25

**feel (1)**
23:7

**female (15)**
42:24;43:1,9;48:22;60:7,
13,19;61:6;62:4;64:23;
65:8,20;67:17,20;77:1

**female' (1)**
49:8

**Fetal (3)**
28:9;31:12;38:9

**few (3)**
8:7;14:14;64:5

**fifth (4)**

48:11,19,21;49:10

**figure (1)**
56:3

**file (22)**
11:20;12:9;16:5;27:13;
41:10;47:25;48:3,4,4,16;
49:1,21;51:14;52:3,6,9,12,
16,20;53:2,6;61:15

**filed (2)**
21:6;55:18

**files (1)**
27:10

**file's (1)**
53:7

**filing (1)**
87:13

**filled (1)**
34:8

**fine (1)**
53:12

**finish (1)**
8:22

**first (8)**
12:15;13:9,14;29:14;
35:6;81:12;83:5,10

**Five (1)**
86:22

**five-minute (1)**
53:16

**folder (1)**
27:13

**follow (3)**
66:23;79:13;81:5

**following (2)**
76:24;82:13

**follows (1)**
7:3

**follow-up (1)**
87:5

**Force (2)**

18:12,20

**Forces (1)**
64:1

**form (82)**
7:23;13:11;18:1;20:11;
22:4;23:4,9,15;24:8,16,24;
25:5;26:14,21;30:3;31:9,15,
21;32:12,17,24;33:13,16,
20;34:6,12;35:14,21,25;
36:6,11;37:10,16;39:15;
40:6,25;43:6;46:15;55:16;
56:1,13;57:1,7;58:14,21;
60:8,14,20;61:7;62:5,13,20;
63:23;64:16;65:4,15;66:6,
21;67:2,11,22;68:21;70:1,6,
24;71:5;73:5,15;74:4,14;
75:1;77:11;78:10;80:12,18;
81:10;83:20;84:5,15;85:3;
86:10,18

**forms (4)**
42:22;43:2;68:16;70:12

**four (4)**
45:17;50:11;63:2;82:3

**fraud (12)**
77:22;78:16;85:3,6,7,15,
18,23;86:2,9,13,17

**from (26)**
10:4;12:23;13:15;18:19;
19:1;22:25;24:22;25:15,22;
31:19;32:11;46:16;48:11,
19,21;49:9,11;56:3;61:12,
24;62:3;64:8;66:14;69:22;
75:11;81:23

**FromTo (1)**
91:4

**front (3)**
62:25;67:3;83:13

**full (2)**
10:22;82:16

**further (1)**

49:10

## G

**gender (19)**
26:4,8,11;64:8,15,23;
65:2,8,14,20;66:5,13,20;
67:20;68:11;74:3;76:22,25;
77:9

**general (2)**
12:23;13:8

**Generally (1)**
55:22

**General's (2)**
7:14;13:16

**genitalia (7)**
36:24;37:9,15;62:9,16;
67:5,7

**give (6)**
10:8;13:21,25;27:18;
55:18;88:4

**given (1)**
48:9

**giving (1)**
10:4

**going (23)**
12:24;14:16;20:13;21:10;
24:18;36:14,17;40:6;41:9;
42:16;45:19,22;47:1,8,9,16,
20;49:22;50:1;51:4;53:9;
62:22;73:8

**Gonzalez-pagan (3)**
7:7;8:1,4

**Gore (3)**
10:13,17;91:2

**governmental (1)**
63:22

**graduate (1)**
19:5

**GRAY (4)**

7:2;10:23;91:3,24

**Great (5)**
10:21;45:24;48:10;50:5;
53:8

**ground (1)**
8:7

**guidance (12)**
16:20;17:2,10;33:24;
34:3,17;69:2,22;73:4,11,20;
75:5

**guidelines (1)**
81:5

**guys (1)**
53:13

## H

**handbook (14)**
27:25;28:9;31:11;34:22,
23;35:1;36:15,23;37:20,22;
38:3,11,21,24

**Hang (2)**
46:4;49:16

**happen (2)**
52:10;78:9

**happened (1)**
48:8

**hard (6)**
39:24;46:4;47:21;54:23;
55:21;57:8

**having (6)**
7:3;25:9;39:23;57:8;
67:3;86:15

**head (2)**
9:1,1

**heading (4)**
29:15;35:3;72:12;82:5

**Health (15)**
11:2;17:22;18:7;28:17,
24;30:11;32:3;48:5;63:8;

71:8,11;74:20;80:2,8,15

**heard (1)**
40:17

**hearing (2)**
11:15;39:24

**heighten (2)**
78:16;86:8

**heightens (2)**
77:21;86:16

**honorifics (1)**
10:17

**hopefully (2)**
45:21;47:2

**hormonal (1)**
62:19

**hour (2)**
15:8;53:10

**however (1)**
88:2

## I

**identification (18)**
20:15;21:12;26:15,22;
27:2;32:18;35:9;41:4;
43:19;53:25;58:17;68:4;
69:6;71:23;75:9;76:5;77:9;
81:18

**identifier (1)**
43:7

**identifies (1)**
67:17

**identify (2)**
36:2;60:7

**identifying (1)**
42:3

**identity (23)**
26:4;32:22;35:19,23;
63:15;64:8,15,23;65:3,9,14,
20,20;66:5,14,20;67:10,21;

Case 3:19-cv-00328   Document 93-10   Filed 05/29/20   Page 100 of 111 PageID #: 2099

74:3;76:23;77:10;86:7,16

**identity/sex (1)**
76:25

**II (2)**
45:16;77:2

**III (2)**
10:23;77:3

**illegality (7)**
77:22;78:17;84:19;85:6,
13,14;86:13

**Importance (1)**
29:15

**important (9)**
8:18,24;32:20;35:18,22;
36:2;70:4,21;71:2

**include (1)**
70:15

**incongruent (2)**
86:6,15

**inconsistent (3)**
73:3,11,21

**incorrect (1)**
78:11

**indicate (1)**
52:4

**indicating (1)**
72:19

**individual (8)**
12:8;41:16;48:12;49:24;
51:1;72:20,23;82:21

**individuals (1)**
51:19

**individual's (1)**
72:22

**info (1)**
55:2

**informant (1)**
39:5

**Information (11)**
18:16;23:25;24:5,13,22;

25:4;38:12;41:22;42:4,21;
74:21

**instances (1)**
61:22

**instructed (2)**
9:17;39:18

**interpose (1)**
12:25

**interview (1)**
18:3

**into (1)**
54:6

**Introduction (1)**
29:11

**investigate (1)**
86:1

**issue (3)**
16:8;79:10;80:16

**issued (7)**
16:13,13,17;42:12;46:22;
51:18;57:20

**item (14)**
34:5;35:4,8,8;36:17,19,
22;39:1,14;40:23;42:8,17;
55:2;56:3

**items (2)**
14:14;70:16

**J**

**Jaime (1)**
10:13

**January (1)**
76:14

**John (1)**
7:9

**joined (1)**
7:15

**joins (1)**
64:4

**JONES (102)**
7:12,13,24;9:18;12:24;
13:11;14:16;18:1;20:11;
22:4,9;23:4,9,15,21;24:8,
16,24;25:5;26:16;27:5,8,16;
30:3;31:9,15,21;32:12,24;
33:13,20;34:6,12;35:14,21,
25;36:6,11;37:10,16;39:15;
40:5,25;41:18;43:24;46:15;
47:13;50:6;53:17,19;54:5;
55:16;56:1,13;57:1,7;58:14,
24;60:8,14,20;61:7;62:5,13,
20;63:23;64:16;65:4,15;
66:6,21;67:2,11,22;68:21;
70:1,6,24;71:5;73:5,15;
74:4,14;75:1;77:11;78:10;
80:12,18;81:10;83:20;84:5,
15;86:10,18,23;87:4,7,15,
17,22;88:1,13

**jurisdiction (4)**
72:19;75:18,20;80:5

**Jurisdictions (2)**
75:12,18

**just (37)**
7:5,18;8:7,13;9:2;11:25;
14:5,13,21;18:3;20:13;
26:17;27:18;38:18;39:17;
40:2,14;41:9,18;42:16;
48:10;49:22;50:6,20;51:4,
16;52:9;54:5;56:5;58:24;
63:25;68:24;73:8;83:7;
85:11;86:14;87:12

**K**

**Kadivar (1)**
7:10

**Kayla (2)**
10:13;91:2

**Keeping (1)**

66:9

**kept (2)**
57:25;58:5

**kind (2)**
46:4;81:4

**KN (1)**
10:13

**know (19)**
9:6,22;31:3,24;34:23;
36:8,13;37:18;38:20;41:1;
43:17;44:15;47:5;56:14;
62:25;63:19;71:22;87:3,10

**knowing (1)**
87:24

**L**

**labels (1)**
76:25

**last (6)**
12:17;13:20,22;14:13;
31:23;52:15

**later (3)**
60:18;61:4;67:8

**latest (1)**
87:9

**law (4)**
8:15;37:7,13;73:21

**laws (4)**
37:3;38:12;73:3,10

**lawyers (1)**
9:13

**Layout (2)**
51:9,13

**learn (2)**
12:15,22

**least (2)**
45:10;61:21

**leave (3)**
23:2;45:22;48:11

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 101 of 111 PageID #: 2100

**legal (3)**
36:4;76:23;84:23

**legislature (2)**
70:21,25

**LG (1)**
10:13

**license (2)**
29:22,22

**licenses (2)**
65:13,19

**life (2)**
29:17;83:11

**line (1)**
49:13

**lines (1)**
49:14

**linked (1)**
46:1

**list (2)**
45:25;60:18

**listed (2)**
61:2;82:19

**lists (2)**
54:12;59:7

**litigation (1)**
31:1

**Little (5)**
16:1;26:17;39:24;53:10;
54:23

**Live (1)**
38:9

**local (1)**
16:14

**location (1)**
33:17

**long (2)**
15:24;68:23

**longer (1)**
40:7

**look (6)**
27:19;49:17;59:18;68:18,
25;75:5

**looked (2)**
15:7;40:22

**looking (4)**
15:6;30:10;46:17;55:17

**Looks (4)**
44:6;69:15,21;83:13

**lost (2)**
58:13;73:19

**lot (1)**
27:10

## M

**made (5)**
9:14;44:6;82:11;83:6,14

**maintain (10)**
16:6;17:6;56:23;57:5;
68:15;69:24;70:4,11,22;
71:3

**maintenance (10)**
16:21;17:3;74:24;78:25;
79:7,11,16,22;80:11,17

**maintenances (1)**
16:25

**make (7)**
8:8;9:13;40:2,14;76:17;
78:1,5

**makes (1)**
36:23

**makeup (2)**
62:12,19

**male (15)**
42:24;43:1,9;50:18;
51:20;55:4;60:7,12,19;61:6,
24;62:3;67:7,17;77:2

**male' (4)**
47:24;48:15;52:1;55:6

'

**'Male' (1)**
49:20

## M

**man (1)**
56:2

**Management (1)**
19:2

**Manager (1)**
18:9

**many (3)**
11:17;13:23;14:7

**marked (20)**
20:15;21:12;27:2;33:4;
41:4,21,24;43:19,23;53:25;
58:17;62:23;68:4;69:6;
71:23;75:9;76:4,5;81:13,18

**marriage (1)**
29:22

**match (5)**
64:15;65:2,14;67:10;
73:23

**Matt (12)**
7:13,17;9:18;26:19;27:6;
39:24;42:2;47:9;53:15;
59:2;87:2,12

**matter (7)**
8:5;10:12;14:9;15:13,16,
19,22

**may (33)**
9:13;10:12;13:6;18:2;
22:5,10;23:5,10,16,22;24:9,
25;25:6;30:4;31:16;32:13;
33:15,21;34:7,13;35:15;
36:1,7,12;37:11,17;39:16;
42:23;43:3;52:16;55:13,24;

58:13

**mean (11)**
42:18;43:6;60:22;79:9;
80:1;81:24;84:19,21;85:6,7,
14

**means (3)**
42:19;85:18,23

**med (1)**
25:22

**medical (13)**
25:22;26:3,7;34:9,15;
36:10;39:4,12;40:21;55:8,
14,25;56:12

**medications (1)**
10:3

**medicine (1)**
19:8

**member (1)**
75:23

**members (3)**
75:14;76:1,2

**memorandum (2)**
44:16;61:12

**mention (1)**
36:24

**mentioned (1)**
8:3

**merely (1)**
33:8

**Middle (1)**
39:1

**midwives (3)**
38:6,6,7

**might (2)**
27:19;78:9

**mind (1)**
66:9

**minimum (1)**
70:15

**minor (1)**

81:12

**minutes (1)**
86:22

**mistake (3)**
82:11;83:6,14

**Mitchell (1)**
7:5

**Model (3)**
71:18;72:3,9

**modifications (2)**
77:21;78:15

**modified (1)**
77:19

**modify (2)**
83:19;84:4

**money (2)**
82:23;84:12

**MONTGOMERY (2)**
88:3,9

**month (1)**
91:22

**More (3)**
14:2;54:8;61:1

**mortality (1)**
52:19

**mother (1)**
39:5

**Moving (1)**
43:17

**much (1)**
42:21

**must (2)**
9:15;68:18

## N

**name (12)**
8:3;10:22;27:18;44:17;
47:10;50:1;60:23;61:2;
72:22;82:16;91:2,3

name] (3)
47:17;50:2,3

**named (1)**
55:5

**names (2)**
50:7;57:21

**NAPHSIS (11)**
48:7;71:9;74:16,23;75:5,
12,23;76:1,12,16;77:7

**Nashville (1)**
28:24

**national (8)**
68:19;69:1,23;70:17;
71:7,10,15;74:19

**nation's (1)**
74:12

**nationwide (6)**
68:15;69:24;70:4,11,22;
71:3

**necessarily (6)**
58:13;63:24;66:22;83:18;
84:3;85:25

**need (8)**
9:21;23:7;50:7;53:11;
79:24;81:4;87:17;88:2

**needed (2)**
29:20;87:8

**needs (2)**
24:22;25:4

**never (1)**
12:10

**new (2)**
55:7;57:20

**next (2)**
52:17;64:5

**night (1)**
14:13

**nine (2)**
55:3;56:3

**nodding (1)**

8:25

**None (1)**
10:10

**normally (1)**
52:16

**notarized (2)**
82:15;84:10

**note (8)**
48:24;51:23;54:21;56:3,
5;59:12,24,25

**notes (3)**
47:20;59:15,21

**November (1)**
44:12

**number (11)**
15:5;41:10;44:20;45:1,5;
46:10,20;50:16,20,21;55:2

**numbers (1)**
15:4

**numerous (1)**
32:18

**nurse (1)**
38:5

## O

**oath (3)**
8:11,13,14

**Object (75)**
13:11;14:17;18:1;20:11;
22:4;23:4,9,15;24:8,16,24;
25:5;30:3;31:9,15,21;32:12,
24;33:13,20;34:6,12;35:14,
21,25;36:6,11;37:10,16;
39:15;40:6,25;46:15;55:16;
56:1,13;57:1,7;58:14;60:8,
14,20;61:7;62:5,13,20;
63:23;64:16;65:4,15;66:6,
21;67:2,11,22;68:21;70:1,6,
24;71:5;73:5,15;74:4,14;

75:1;77:11;78:10;80:12,18;
81:10;83:20;84:5,15;86:10,
18

**objection (5)**
9:13;12:25;22:9;23:21;
43:21

**objections (2)**
7:22;9:14

**oblong (1)**
45:22

**obtaining (3)**
29:21;73:13;85:8

**Obviously (2)**
47:10;87:23

**occasionally (1)**
9:12

**occur (1)**
75:19

**occurred (1)**
33:17

**Occurring (2)**
44:20;45:2

**off (1)**
41:23

**offering (8)**
25:11,14,18,21;26:1,2,6,
10

**Office (56)**
7:14;11:22,24;13:8,16;
16:3,13,18,22,23;17:7,13;
19:24;28:12,17;29:3,4;
30:12,15,19,24;31:4,8,13,
20;32:10;33:24;34:16;37:2;
38:4;44:7,8,9;52:21,23;
57:4,25;63:20;67:14,18;
68:18,25;69:21;75:3,4;
76:1;78:18,23;79:4,10,15;
80:6;81:25;82:14;85:17,22

**offices (1)**
75:16

**Oh (1)**
49:16

**Okay (177)**
7:4,24;8:13,18;9:5,21;
10:3,11;11:3,10,14;12:5,14;
15:9;16:20;17:2,9,19;18:5;
19:4,7,16;20:16,19,24;
21:10,16,19,21,24;25:14;
26:14,24;27:14;28:4,7,11,
15,21;29:3,7,9,14;30:14,23;
31:3,6,23;32:6,16;33:5,18;
34:16,21;35:2,3,6,12,17;
36:9,16,21;37:1,23,24;
38:17,20,23,25;39:20,23;
40:8;41:2,7,8,17;42:11,16;
43:14,16,25;44:2,5,15,18;
45:16,22;46:10,18;47:1,4,8,
13,20;48:3,23;49:16;50:17;
51:4,6;52:3,8,18;53:14,15,
18,19;54:1,12,15,18,20;
55:11,20;56:6,8,15;57:13,
19;58:3,10,18;59:10,20,24;
61:11,21;62:22;63:1,2,19;
64:5,12;66:12;67:5;68:1,5,
12;69:4,9,12,20;70:8,20;
71:1,7,17,21,24;72:11,14,
15;75:10,25;76:6,16,20;
77:13,15;78:18;81:2,6,17,
19;82:3,4;83:15;85:5,10,17;
86:5,12,20,21;87:6,12,15

**Omar (11)**
7:7;8:4;26:16;27:16;
40:9;55:17;57:8;66:7;
68:22;80:13;85:20

**on (97)**
12:9;13:25;16:5;20:14,
17;21:8,13,21;25:19,22;
26:3,7,11,24;27:10,25;28:9,
20,21;31:11;33:6,14,16;
34:5,17;35:2,6,6;36:23;
37:22;39:14;40:23;42:8;
43:11,17;44:17;45:11,11,
14,17;46:4,9;47:25;48:7,16;
49:1,7,16,20,23;51:7;52:8;
54:16;55:2,7,12,23;56:10,
15,15;57:21;60:9,23;61:2,
17;62:9,11,12,16,18,19;
63:2;64:14;65:2,13;67:1,7,
9;68:9;73:13;74:11,15;
76:23;78:9;81:8,11;82:6,11,
17;83:4,9,17;84:2,13;87:1,
13,13

**once (1)**
84:6

**one (9)**
9:12;11:8,9,11,18;15:4;
21:9;61:1;69:16

**ones (1)**
54:8

**only (3)**
9:15,23;17:7

**open (4)**
20:12;71:22;75:7;76:3

**operations (1)**
67:13

**opinion (12)**
25:11,15,18,22;26:1,2,6,
10;60:6,9;74:15;81:3

**opinions (3)**
20:3,4,6

**order (7)**
24:22;68:14;70:10;72:18;
82:23;84:12,12

**ordered (1)**
88:7

**orders (1)**
88:5

**organs (3)**
60:2,6,11

**original (6)**
56:24;57:5,24;58:5,5,12

**originally (1)**
60:17

**other (22)**
8:19;16:17,17;17:4,6,12;
19:4;30:6,8;38:7;39:5,12;
40:22;43:2,10;54:8;63:11,
17,19,22;70:13;75:25

**others (1)**
43:14

**otherwise (1)**
39:18

**ours (1)**
88:7

**out (3)**
23:2;34:8;56:3

**outlier (1)**
74:12

**over (6)**
8:7,19;16:1;49:18;51:9;
53:10

**overlap (1)**
73:7

**oversee (4)**
29:4;30:16;44:9;67:13

# P

**PAGAN (48)**
7:4,17;13:3,4,12,13;
14:21,23;24:17,19;26:19,
20;27:6,14,20,21;39:16,21;
40:1,11,16,19,20;42:1,6;
43:20;44:1;47:9,15;50:9,
10;53:9,14,18,21;54:9;59:2,
3;86:21;87:1,6,12,16,19,23;
88:6,11,14

**page (25)**
21:22;28:16,21;29:7,10;
31:24;34:22;35:1;36:14;
37:20,21,22;38:23;44:18;
45:14,17;54:19;59:10;63:2;
68:2;72:9;73:19;76:18;
81:23;82:3

**Page/Line (1)**
91:4

**pages (2)**
54:16;56:16

**paragraph (15)**
29:14;33:6;63:2,15;68:3;
69:20;70:8;72:15;76:21;
77:16;78:1,5,13;80:24;
84:20

**parentage (1)**
29:19

**parents (1)**
12:12

**parents' (1)**
57:21

**part (6)**
29:16;56:17;57:12,12;
60:1;79:19

**particularly (2)**
8:19;77:19

**parties (1)**
7:21

**parts (1)**
57:11

**party (2)**
11:25;12:1

**passport (3)**
29:23;30:11;65:2

**passports (1)**
65:8

**pausing (1)**
40:3

**PDF (4)**
28:22;29:8;31:24;37:21

**penalty (1)**
8:16

**pending (1)**
  9:24
**people (5)**
  7:6;64:13;65:1,12;74:10
**per (6)**
  34:8;43:20;45:6;63:4;
  67:23;71:1
**period (1)**
  45:11
**perjury (1)**
  8:16
**permit (4)**
  65:23;66:2,17;73:25
**permits (1)**
  81:6
**permitting (2)**
  83:16;84:1
**person (30)**
  26:12;29:17;32:22;33:22;
  35:19,24;42:4;60:10,16,22,
  22;61:2;62:2,8,15;64:2,7;
  65:23;66:2,10,17,25;67:6,8,
  16;73:25;83:3,8;84:17;86:6
**persons (1)**
  81:7
**person's (9)**
  25:24;53:4;55:12,23;
  56:11;63:21;67:5;77:8,9
**pertaining (2)**
  37:4;38:13
**pertains (1)**
  63:3
**perused (1)**
  36:20
**physician (1)**
  34:15
**place (2)**
  77:20;78:15
**plaintiff (1)**
  12:2

**plaintiffs (10)**
  7:8,11;8:5;10:12;64:21;
  65:7,18;83:16;84:1,9
**Planning (1)**
  28:17
**please (19)**
  8:22;9:6,22;12:5;31:24;
  36:18;37:7,13;41:5;42:25;
  54:19;56:9;62:24;66:8;
  75:8;76:19;77:14;79:3;
  86:22
**pm (1)**
  88:17
**PMT (1)**
  55:6
**policies (1)**
  74:9
**Policy (2)**
  28:17;74:7
**portion (2)**
  41:24;76:23
**position (4)**
  11:8,9,11;32:15
**possess (4)**
  19:4,7,10,13
**possibility (1)**
  86:13
**possible (6)**
  56:22;58:3;61:9;62:2;
  83:3,8
**potential (4)**
  77:21;78:16;86:9,16
**power (4)**
  78:19,24;79:5,19
**preface (1)**
  37:24
**premarked (6)**
  20:13;21:11;26:25;27:23;
  41:3;53:23
**preparation (1)**

**38:13**
**prepare (1)**
  14:11
**prepared (2)**
  38:3;44:15
**prescribed (1)**
  72:24
**present (1)**
  7:9
**pretty (2)**
  21:9;68:23
**prevent (1)**
  10:4
**previous (1)**
  59:19
**printout (3)**
  45:18;69:12;75:11
**Prior (1)**
  18:5
**probably (1)**
  40:5
**problem (5)**
  40:2,4,12;53:17;86:24
**procedure (1)**
  72:21
**procedures (1)**
  38:13
**process (3)**
  17:23;18:4;26:11
**processes (2)**
  85:18,23
**produced (2)**
  12:11;43:22
**professional (1)**
  38:6
**Project (1)**
  18:9
**promote (6)**
  68:15;69:24;70:4,10,22;
  71:3

**promulgate (1)**
  78:20,24;79:6,8,15,21;
  80:9,14
**pronouns (1)**
  10:16
**prove (1)**
  29:18
**provide (10)**
  15:6;16:20;17:2,10,14;
  20:6,10;34:4,17;52:24
**provided (4)**
  27:1,22;55:2;75:5
**provides (6)**
  24:21;25:3;33:24;48:7;
  52:22;53:1
**provision (1)**
  69:16
**provisions (1)**
  69:17
**psychology (1)**
  19:11
**public (2)**
  29:23;74:20
**publication (2)**
  31:19;32:10
**published (7)**
  28:12;30:15;31:4,7,13;
  72:5;76:13
**publishes (1)**
  71:18
**pulled (1)**
  43:18
**Purpose (1)**
  35:8
**purposely (1)**
  23:2
**purposes (8)**
  32:18;34:18;52:24;63:15,
  20;64:5;85:10,12
**put (5)**

12:9;15:4;16:5;55:6;58:8

## Q

**question (19)**
8:22;9:8,13,16,24,25;
14:19,22;17:9;39:19;40:18;
43:4;56:7;57:9;68:9,11;
73:18;83:23;84:8
**questions (5)**
8:25;36:18;42:3;64:6;
87:3
**quick (1)**
14:13
**quite (1)**
74:18

## R

**Randi (1)**
15:13
**read (26)**
29:25;32:6;33:10;35:10;
36:18;38:15,18,19;39:7;
41:9,22;46:6;47:22;48:1;
49:4;50:21;54:24;55:9;
56:8;63:12;70:18;72:25;
75:21;77:4,23;83:1
**reading (1)**
87:11
**reads (4)**
39:2;56:21;60:1,4
**really (1)**
83:24
**re-ask (2)**
14:21;17:9
**reason (8)**
10:7;31:6,10,18;35:12;
38:17;39:9;69:20
**recall (7)**

43:15;44:4;51:23;52:14;
61:13,25;80:25
**receipt (1)**
72:17
**recognize (3)**
69:9;71:24;81:20
**Recommend (1)**
76:22
**recommendations (1)**
76:18
**recommended (1)**
70:16
**recommends (1)**
77:7
**record (23)**
7:18;9:15;16:14;33:8;
36:5,10;39:14;40:24;47:23;
48:14,19,24,24;49:7;50:21;
51:24;54:7,8;61:22;63:21;
75:16;76:24;87:2
**recorded (9)**
7:22;33:12,14,16;42:23;
43:3;64:9;66:19;67:6
**recording (4)**
43:11;74:25;75:19;82:12
**Records (81)**
11:1,5,23,24;13:9;16:3,7,
9,10,22,23;17:4,7,8,11,12,
13;19:25;28:13,18;29:4;
30:20,24;31:4,8,14,20;
32:10;34:9,17;37:2,4;38:4;
39:4,12;40:22;48:6;49:12;
51:17;52:21,24;55:8,14,25;
56:12;57:4,18;58:1,7;
63:21;64:14,22;67:14,18;
68:16,18,25;69:21,25;70:5,
12,23;71:4;72:13;74:25;
75:4;77:18;78:19,23;79:1,5,
7,12,17,22;80:7,11,17;82:1;
85:17,22

**redacted (2)**
47:12;50:7
**refer (6)**
10:12;42:16;47:16;64:6;
67:24;68:7
**reference (2)**
38:5;50:1
**referenced (1)**
57:14
**referencing (2)**
30:6,9
**referred (3)**
39:13;68:6;75:17
**referring (3)**
10:15;41:21;64:7
**refers (1)**
63:15
**reflect (9)**
32:21;35:19,23;61:5;
64:22;65:8,19;67:20;77:9
**regarding (3)**
14:9,19;17:11
**regards (15)**
13:10,16;16:21;33:24;
34:4;73:12;74:7,9;78:24;
79:6,11,16,21;80:10,16
**registers (1)**
16:14
**Registrar (12)**
11:6;15:25;16:2;17:20,
25;18:6;19:24;37:1;42:13;
69:17;75:3;78:22
**Registration (9)**
28:9;29:16,21;31:11;
36:23;38:14;76:12,17;77:6
**registrations (1)**
28:1
**regular (1)**
19:23
**regulate (1)**

77:20
**regulation (3)**
37:8,14;72:24
**regulations (12)**
37:3;70:14;71:19;72:4;
73:3,10;78:15,20,24;79:6,
10;81:5
**relates (1)**
38:7
**relating (1)**
23:8
**remind (1)**
41:19
**reminder (1)**
39:17
**repeat (19)**
21:1;22:6,11;23:17;24:3;
25:1;31:17;37:12;40:9;
42:25;56:8;57:2;61:1;66:7;
68:22;70:2;78:21;83:23;
85:20
**rephrase (6)**
9:7;13:12;24:18;25:20;
30:23;52:11
**report (8)**
15:12,15;38:9;44:6;
76:11,16,19;78:4
**reported (1)**
33:8
**reporter (5)**
8:21;41:19;50:7;87:8;
88:4
**reporter's (2)**
54:7;58:25
**Reporting (2)**
28:10;31:12
**reports (4)**
25:9;38:14;68:17;70:13
**represent (1)**
8:4

**representing (5)**
7:8,11,14;11:22;84:25

**reputable (1)**
74:24

**request (2)**
9:23;67:19

**requesting (1)**
55:7

**required (2)**
70:13;82:24

**requiring (3)**
55:14,24;56:12

**research (1)**
52:24

**reserved (1)**
7:23

**respects (5)**
21:25;22:3,8,15,17

**response (1)**
25:11

**responsibilities (1)**
16:4

**responsible (5)**
68:19;69:1,22;70:17;
71:15

**restate (2)**
73:8;83:7

**Returning (1)**
38:23

**returns (1)**
70:13

**review (3)**
14:15,24,25

**reviewed (8)**
15:9,12,15,18,21;25:9,13;
61:11

**reword (3)**
22:16;24:10;40:14

**right (59)**
8:2;10:21;18:12,17,24;

19:18;21:7;22:12;24:17;
27:20;28:13,19;29:1,11;
30:16;32:8,16,25;34:1;37:5,
19,25;38:23;41:2;42:8;
43:16;44:10,13;45:3,17;
46:7,14,19,24;47:1,5;48:17;
50:18,24;51:10;52:19;53:8;
54:22;55:15,22;56:20;
58:16;59:13;62:22,22;
67:14;68:12;72:7;76:14;
79:2,19;81:9;85:24;88:9

**role (1)**
11:21

**rotated (1)**
45:23

**routinely (1)**
63:8

**row (4)**
47:17;48:11;49:10,23

**rules (8)**
8:7;38:12;79:14,15,21;
80:10,16,20

# S

**sake (1)**
58:25

**salary (1)**
19:23

**same (6)**
8:14,23;10:18;22:9;
23:21;51:13

**Samoneh (1)**
7:10

**Sara (1)**
7:16

**Sasha (1)**
7:10

**saying (1)**
27:7

**scheme (1)**
77:20

**school (1)**
29:21

**scientific (3)**
25:23;26:3,7

**scratch (4)**
16:10;64:19;65:25;74:7

**screen (8)**
20:14,17;21:13;26:24;
27:9;45:20;48:11;49:17

**seal (5)**
56:25;57:6,25;58:6,8

**sealed (4)**
49:13;54:11;56:17;57:18

**Sebold (1)**
15:16

**second (7)**
21:22;28:21;44:18;54:18;
55:18;59:10;82:10

**section (5)**
35:7;68:8;69:13;72:12,15

**security (5)**
29:24;30:13;63:10;64:14,
22

**Sedgwick (1)**
7:16

**seeing (2)**
27:8,9

**Senior (1)**
18:9

**sentence (3)**
35:7;39:1;82:10

**September (1)**
28:25

**served (2)**
18:11;19:20

**service (1)**
18:14

**Services (3)**

55:2;63:11;64:4

**setting (1)**
8:20

**seven (1)**
76:19

**seventh (1)**
49:9

**sex (86)**
25:19,24;33:8,12,18;34:5,
10,18;35:4;36:22;37:8,14;
39:2,3,14;40:23;42:17,23;
43:3,11;44:21;45:2,6,11;
46:13,23;47:24;48:15;49:7;
50:17;51:19,25;52:4;54:12;
55:7,11,23;56:10;59:7;60:2,
5,11,12,17,19;61:3,5,24;
62:3,11,18;64:8,13;65:1,12,
24;66:3,4,14,18,18,19,25;
67:9;68:10;72:19;73:12,13;
74:1,2,7,11;76:23;81:7;
82:6,12,17,18,21;83:4,9,16;
84:1,13,17;86:6

**shaking (1)**
9:1

**shall (2)**
70:15;72:23

**share (5)**
20:14;45:20;47:2;63:21,
24

**shared (2)**
48:11;49:17

**sharing (3)**
20:17;21:14;51:5

**Shayne (1)**
15:16

**SHEET (1)**
91:1

**Shew (1)**
7:16

**Short (2)**

53:20;86:25

**show (5)**
21:10;45:5;46:20,25;
59:21

**showing (5)**
26:24;47:6;75:11;82:16,
21

**shown (4)**
27:9;45:14;72:8;82:17

**shows (6)**
27:10;45:9,25;46:10;
60:23;76:15

**signature (3)**
21:21;42:8,11

**signed (4)**
54:16;56:16;82:15;84:11

**signing (1)**
87:11

**similar (1)**
59:21

**situation (1)**
86:5

**six (1)**
76:18

**Sixty-eight (1)**
67:25

**small (2)**
45:19;46:5

**social (5)**
29:24;30:12;63:10;64:14,
22

**somebody (1)**
85:1

**someone (2)**
64:7;66:13

**something (3)**
9:6;34:14;84:23

**sometime (1)**
12:17

**sorry (20)**

21:1;22:11;24:3;26:16;
27:6;39:25;40:10;49:9;
52:22;55:17;56:2;57:8,11;
59:24;64:18;73:7,17,19;
80:14;85:20

**source (1)**
74:24

**sources (3)**
39:5,13;40:22

**space (1)**
42:21

**speak (25)**
8:19;13:9,14;25:7;28:14;
30:6,17;31:22;32:14;40:7;
55:19;58:15;62:6;63:17;
67:4,12;70:7,25;71:6;75:2;
77:12;83:12;86:11,12,19

**speaking (1)**
55:22

**specific (1)**
13:17

**specifically (2)**
48:6;58:22

**speculation (1)**
78:9

**spoken (1)**
13:23

**Spring (1)**
12:20

**stand (1)**
74:19

**standard (1)**
76:24

**stands (1)**
74:18

**started (1)**
8:6

**State (30)**
11:2,6,7;12:12;15:24;
16:2,6;17:20,24;18:5;

19:23;28:23;37:1;41:10;
42:13;48:8;51:7;63:10,11;
69:17;71:18;72:3,20;73:21;
75:3,15;77:16;78:22;80:3,9

**stated (4)**
9:3;16:7;20:5;51:23

**statement (10)**
23:13,19;30:2;35:13;
39:10;78:1,5,8,12;80:24

**States (16)**
18:12;32:2;35:7;38:2;
42:17;47:22;48:13;54:25;
56:16;63:6;70:9;72:16;
73:25;75:13,17;76:21

**statistical (14)**
44:6;47:25;48:3,4,16;
49:1,20;51:14;52:3,12;53:2,
5;61:14,15

**Statistics (18)**
11:1,6;44:7,8;48:7;51:8,
12;68:20;69:2,23;70:17;
71:8,11,15,18;72:3;74:13,
20

**statute (9)**
16:7;17:1;57:14;66:23;
67:23,24;68:6;71:2;79:13

**statutory (2)**
77:19;78:14

**stealing (1)**
85:8

**stick (1)**
14:5

**still (3)**
38:21;52:4;55:17

**Stillbirth (2)**
31:12;38:10

**stop (1)**
51:5

**study (1)**
77:25

**stuff (1)**
85:8

**submit (1)**
84:10

**submitted (1)**
82:13

**Subscribed (1)**
91:21

**subset (1)**
74:17

**substance (2)**
12:6;13:5

**sum (1)**
12:6

**summary (1)**
12:7

**summer (1)**
12:20

**sure (30)**
21:9;22:18;24:12;25:2,
21;27:20;31:18;40:2,11,15;
43:1;46:20;49:4;56:4,10;
57:3,10;62:7;66:9;68:24;
70:3;71:14;74:18;79:4;
80:15;83:25;84:9;85:22;
86:23;87:22

**surgery (2)**
68:10;73:14

**surgical (1)**
72:21

**sworn (2)**
7:3;91:21

**System (11)**
18:16;42:20;59:16,21;
68:16;69:25;70:5,11,23;
71:4;74:12

**Systems (1)**
74:21

# T

**Table (6)**
44:19;45:1,9,16,25;47:5

**tables (1)**
61:13

**talking (3)**
48:19;56:4;61:14

**tasked (2)**
37:3;75:18

**Taylor (4)**
15:16,22;25:10,16

**TCA (3)**
67:3;81:11;83:13

**Technologies (1)**
18:17

**Technology (1)**
19:2

**teleconference (1)**
17:16

**Tennessee (35)**
7:13;11:2,7;13:15;15:25;
16:6;28:16,23,24;33:7;
37:4;38:4,8;44:20;45:2;
48:5;51:8,12;56:18;63:7;
64:3;65:23;66:1,16,23;68:7,
17,25;69:13;70:21;73:21;
80:3,9;81:6,25

**Tennessee-issued (2)**
65:13,19

**Tennessee's (5)**
73:2,10;74:6,9;77:18

**term (1)**
43:10

**terms (1)**
18:15

**territorial (1)**
75:15

**testified (5)**

7:3;11:14;33:23;35:17;
52:9

**testifying (1)**
8:16

**testimony (13)**
10:5,8;12:6;20:1,10,25;
21:3;23:13,19,20;24:14;
25:15;63:3

**Thanks (1)**
26:19

**Theft (1)**
85:16

**think (4)**
57:17;58:22;61:18;88:6

**third (3)**
35:6;37:20,21

**Thirteen (1)**
81:15

**Thirty-four (1)**
34:25

**those (11)**
15:3;16:6,25,25;17:6;
25:13;26:18;30:5;45:6;
50:7;51:18

**three (2)**
45:15;57:11

**Throughout (3)**
10:11;29:17;75:16

**times (4)**
11:17;13:23;14:2,7

**title (3)**
11:4;28:8;76:11

**titled (3)**
35:4;44:19;45:1

**titles (1)**
11:11

**today (6)**
8:3,11;10:5,9;12:16;20:1

**today's (1)**
14:12

**together (1)**
15:5

**took (1)**
8:14

**track (1)**
77:20

**training (3)**
17:14,15,18

**transcript (2)**
87:20;88:5

**transcripts (1)**
87:8

**transgender (12)**
10:14;26:12;64:6,13,25;
65:11,23;66:2,10,17;73:25;
74:10

**transition (1)**
26:11

**trial (1)**
11:15

**true (2)**
10:4,8

**try (6)**
9:7;20:14;27:14;45:19;
47:2,2

**trying (1)**
56:2

**turn (4)**
29:7;34:21;54:18;72:9

**Turning (4)**
44:18;45:16;58:16;59:10

**two (13)**
11:8,11;16:1;29:7;36:17;
39:1;49:10,14;51:16,18;
61:12,21;86:15

**type (1)**
59:15

# U

**under (11)**
8:11,16;10:3;29:14;
56:24;57:6,25;58:6,8;
70:14;75:12

**undergraduate (1)**
19:5

**underneath (1)**
80:4

**understand (11)**
8:10,15;9:2,5;22:17;24:1,
6;45:18;47:21;83:24;84:7

**understanding (5)**
18:11;25:23;26:3,7;57:9

**understood (8)**
9:9,19;10:1,19;13:3;
40:19;42:2;64:10

**Undetermined (1)**
54:13

**uniformity (6)**
68:15;69:24;70:5,11,22;
71:3

**United (2)**
18:12;75:17

**University (1)**
19:1

**unknown (15)**
42:24;43:2,9;45:12;46:2,
11,21;52:4;59:8;60:17;
61:4,24;62:3,9,16

**Unknown' (1)**
39:6

**unless (3)**
9:16;39:18;40:7

**unnecessarily (1)**
40:3

**unreadable (1)**
55:5

**up (6)**
26:17;28:3;41:6;43:18;
77:25;78:4

**update (10)**
62:10,17;65:24;66:2,17;
73:25;74:10;81:7;83:16;
84:1
**Upon (1)**
72:17
**use (6)**
38:5,21;47:10;53:2;
63:25;85:12
**used (4)**
26:23;32:18;43:10;77:8
**uses (1)**
29:17
**using (2)**
10:16;76:24
**Usually (1)**
17:16

## V

**verbally (3)**
8:25;14:4,5
**verification (3)**
39:4;63:16;64:2
**version (1)**
59:19
**Veterans (1)**
30:12
**veterans' (1)**
29:23
**via (1)**
7:19
**video (2)**
7:21;17:16
**videoconference (2)**
7:20;8:20
**Vital (77)**
10:25;11:5,22,24;13:8;
16:3,5,8,10,14,23;17:7,13;
19:24;28:13,18;29:3;30:19,

24;31:4,8,14,20;32:10;
34:16;37:2,4;38:4;44:7,8;
48:6,8;51:8,12;52:21,23;
57:4,25;63:20;67:14,18;
68:16,18,19,25;69:1,21,23,
25;70:5,12,17,23;71:4,15,
18;72:3,13;74:12,25;75:4,
16,19;78:19,23,25;79:5,7,
12,17,22;80:6,11,17;81:25;
85:17,22
**voter (1)**
29:21

## W

**wanted (1)**
41:18
**wanting (1)**
12:9
**way (2)**
83:19;84:4
**ways (2)**
77:17;86:1
**website (4)**
75:12;81:23,24,25
**welcome (1)**
44:25
**what's (7)**
21:10;28:20;41:3;53:23;
62:23;76:3;81:13
**Whereupon (1)**
88:16
**whether (6)**
31:3,7;38:20;64:18;
72:21;73:12
**whose (7)**
45:11;60:16,23;61:2;
64:7;66:13;79:24
**William (1)**
91:2

**Winemiller (2)**
7:9;27:12
**within (3)**
75:19,25;81:11
**Without (11)**
13:5;53:5;55:7,14,24;
56:11;67:3;77:19;78:14;
79:23;83:12
**witness (11)**
11:25;19:21;39:20,23;
40:4,8,13,17;43:25;53:12;
91:3
**witnesses (1)**
87:11
**women (1)**
10:14
**wondering (1)**
86:15
**word (5)**
22:17;43:7;55:5;80:14;
85:13
**words (1)**
26:18
**work (6)**
10:24,25;23:8;24:1,6,11
**works (1)**
47:3
**wrote (1)**
62:7

## Y

**year (13)**
12:18,20;13:20,22;45:6;
48:9;49:23;52:15,17;59:17;
81:12;83:5,10
**years (2)**
16:1;45:6
**yourself (1)**
84:25

## Z

**zoom (3)**
45:21;46:5;47:8
**zoomed (1)**
45:23

## 1

**1 (3)**
68:1,4;82:15
**10 (3)**
71:21,23;72:9
**11 (2)**
75:7,9
**12 (3)**
14:6;76:4,5
**13 (3)**
42:8;81:14,18
**141-106018 (1)**
41:10
**15 (2)**
53:10;68:2
**1980 (2)**
44:21;45:2
**1984 (2)**
49:24;50:4

## 2

**2 (7)**
20:13,15;35:4;36:22;
42:17;62:23;82:20
**20 (1)**
42:14
**2004 (1)**
59:17
**2005 (1)**
51:1

**2005-001924 (1)**
  50:19
**2007 (3)**
  28:12,25;32:11
**2017 (1)**
  42:15
**2018 (5)**
  44:23,24;45:3;61:18;
  76:14
**2019 (4)**
  44:13,21;52:15;61:12
**2020 (1)**
  91:22
**20th (1)**
  44:12
**21 (2)**
  72:12,15
**29th (2)**
  87:9,14

---

### 3

**3 (5)**
  21:11,12;33:4;77:13;
  82:23
**34 (5)**
  34:22;35:1,2;36:14;38:24
**343391 (2)**
  32:4,7

---

### 4

**4 (6)**
  26:25;27:2,23;34:22;
  36:15;37:21
**4:32 (1)**
  88:17
**416 (1)**
  51:9
**43 (1)**

  45:10
**48 (1)**
  73:24

---

### 5

**5 (2)**
  41:3,4
**57 (1)**
  75:15

---

### 6

**6 (2)**
  43:17,19
**68 (1)**
  68:7
**68-3-202 (1)**
  69:13
**68-3-203d (1)**
  68:8
**68-3-3133 (1)**
  56:19

---

### 7

**7 (2)**
  53:24,25
**70 (1)**
  68:3

---

### 8

**8 (2)**
  58:16,17
**82 (1)**
  55:18
**8b (1)**
  76:21

---

### 9

**9 (3)**
  69:5,6;70:8

---

Case 3:19-cv-00328  Document 93-16  Filed 05/29/20  Page 111 of 111 PageID #: 2110