# Exhibit J

Exhibit 4 to Deposition Transcript of
Mr. Edward Gray Bishop, III

# HANDBOOK ON BIRTH REGISTRATION

## AND

## FETAL DEATH (Stillbirth) REPORTING



**Tennessee Department of Health
Policy, Planning and Assessment
Office of Vital Records**

**EXHIBIT 4**
Witness: E.G. Bishop
Date: 5/20/2020
Sellographic Court Reporting/Margerum

# HANDBOOK ON BIRTH REGISTRATION

## AND

## FETAL DEATH (Stillbirth) REPORTING

**State of Tennessee
Department of Health
Nashville, Tennessee**

**September 2007**

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 3 of 213 PageID #: 2113

## PREFACE

This handbook was prepared by the Tennessee Office of Vital Records for reference use by facilities, certified nurse midwives, certified professional midwives, and other midwives as it relates to their duties of completing the Tennessee Certificate of Live Birth and Report of Fetal Death (Stillbirth).

The handbook contains information about the laws, rules, and procedures pertaining to the preparation and registration of the certificates and reports. Policies and procedures of the Tennessee Office of Vital Records are based on the provisions of the Tennessee Vital Records Act of 1977 (Tennessee Code Annotated § 68-3-101 et seq.) and Rules of the Tennessee Department of Health pertaining to Vital Records (Chapter 1200-7-1). In addition, many of the instructions in this handbook are based on information contained in the handbooks provided by the National Center for Health Statistics. When questions arise about a certain subject and a satisfactory answer is not found in this handbook, the Tennessee Office of Vital Records will assist you.

The Windows based Electronic Birth Certificate (WinEBC) is a computer software package available from the Tennessee Office of Vital Records and designed to assist the facilities in capturing the information necessary for the registration of live births. It is not the intention in this handbook to provide information on the normal day to day operation of the WinEBC. A special feature of the handbook is to include WinEBC Tips that have been sent to birth certificate clerks since early 2004. The Tennessee Office of Vital Records has assisted WinEBC birth certificate clerks with messages that relate to certain data items and mechanisms for producing and/or transmitting the electronic birth certificate. Facilities which have the WinEBC system have received other training and reference manuals for electronic birth certificate registration.

Complete and accurate registration is an essential service to the individuals named on the record. In addition, the required reports are an invaluable aid in statistical study and research for planning and evaluating health programs in Tennessee and the nation. The service provided by facilities, certified nurse midwives, certified professional midwives, and other midwives in the preparation of birth certificates and fetal death reports is greatly appreciated.

The facilities, certified nurse midwives, certified professional midwives, and other midwives should refer problems not covered in this handbook for completion of the original birth certificates and fetal deaths to the Tennessee Office of Vital Records. See page v for appropriate staff members and telephone numbers.

i

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 4 of 213 PageID #: 2114

# CONTENTS

**Telephone Numbers and Address for Certain Staff Members**............................v

**Part I**............................................................................................................1
Introduction.................................................................................................1
    Purpose................................................................................................2
    Importance of Birth Certificate Registration .........................................2
    Importance of Fetal Death Reporting...................................................3
    U.S. Standard Certificates and Reports...............................................3
    Confidentiality of Vital Records............................................................3

**Part II**...........................................................................................................4
Responsibilities for Filing Birth Certificates and Fetal Death Reports .........4
    Facilities Responsibilities....................................................................5
    Physicians Responsibilities.................................................................8
    Certified Nurse Midwives, Certified Professional Midwives, and Other
        Midwives Responsibilities.............................................................10

**Part III**.........................................................................................................12
General Instructions for Completing Birth Certificates and Fetal Death Reports........13

**Part IV**.........................................................................................................22
Certificate of Live Birth - Instructions for Completing ..................................23
    Upper Portion of the Birth Certificate (Items 1-14)...............................23
        About the Child (Items 1-7)..........................................................24
        Information Regarding Mother's Marital Status.............................25
        About the Mother (Items 8-10).....................................................38
        About the Father (Item 11)...........................................................43
        Certifier/Attendant Information (Item 12).......................................44
        Registrar (Items 13-14)................................................................46
    Lower Portion of the Birth Certificate (Items 15-62)..............................47

**Part V** ..........................................................................................................77
Birth Certificates and Death Certificates - Additional Information .................78
    Adoption – Newborn Child Known to be Given for Adoption....................78
    Amendments – Procedures................................................................78
    Artificial Insemination.........................................................................80
    Certified Copies and Fees..................................................................80
    Certified Court Order..........................................................................81
    Checklist for Reviewing Birth Certificate. ............................................81
    Death Certificate – Who should prepare certificate for newborn?...................81
    Disposal of Human and Fetal Remains................................................82
    Form - Application for Certified Copy of Birth Certificate........................82
    Forms – Where to Order ....................................................................82
    Foundling Report...............................................................................83

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 5 of 213 PageID #: 2115

## CONTENTS

Low Birth Weight Survey Queries....................................................................83
Query Process for Birth Certificates.............................................................83
Registration of Birth Certificate <u>After</u> One Year......................................84
Release of Fetal Remains to Family ...............................................................84
Safe Haven Law................................................................................................85
Surrogate Motherhood.....................................................................................85
Two Women as Mother on Birth Certificate–Not acceptable...........................85

**Part VI**...............................................................................................................86
Voluntary Acknowledgment of Paternity (VAOP) .............................................87
Requirements ...................................................................................................87
Specific Instructions ........................................................................................87
Rescission of Voluntary Acknowledgment of Paternity ....................................91
Affidavit of Indigency of Voluntary Acknowledgment of Paternity ...................92

**Part VII** ............................................................................................................93
Report of Fetal Death (Stillbirth). .....................................................................94
About the Fetus (Items 1-5)..............................................................................95
About the Parents (Items 6-14)........................................................................97
Medical and Health Information (Items 15-27).................................................104
Cause of Fetal Death (Item 28)........................................................................114
Attendant (Item 30)..........................................................................................115
Person Completing Report (Item 31).................................................................116

**Part VIII**...........................................................................................................117
Cause of Fetal Death (Stillbirth) -  Instructions for Completing......................118
Cause of Fetal Death (Stillbirth)......................................................................118
Examples of Reporting Causes of Fetal Death.................................................120

**Appendixes**....................................................................................................121
A. Definitions of Live Birth, Fetal Death, and Induced Abortion......................123
B. Mother's Worksheet for Child's Birth Certificate (PH-1675)........................124
C. Spanish Mother's Worksheet for Child's Birth Certificate (PH-1657S)........126
D. Facility Worksheet for Child's Birth Certificate (PH-1676)...........................128
E. Certificate of Live Birth (PH-1651A).............................................................130
F. Birth Report of Foundling (PH-1656).............................................................131
G. Voluntary Acknowledgment of Paternity (PH-2595).....................................132
H. Spanish Voluntary Acknowledgment of Paternity (PH-3708).......................133
I. Rescission of Voluntary Acknowledgment of Paternity (PH-3490)...............135
J. Affidavit of Indigency for Rescission of Voluntary Acknowledgment of
   Paternity  (PH-3500).....................................................................................138
K. Tennessee Code Annotated (T.C.A.) § 68-3-305 (Surname of Child)..........140
L. Tennessee Code Annotated (T.C.A.) § 36-2-304 (Presumption of
   Parentage)....................................................................................................143

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 6 of 213 PageID #: 2116

# CONTENTS

M. M2.  Standard State, Country, and Canadian Provinces Abbreviations......144
N. Hispanic Origin - Other Entries Reported on Certificates and Reports .......146
O. Race – Other Entries Reported on Certificates and Reports ......................147
P. Report of Fetal Death (Stillbirth) (PH-1668)...............................................152
Q. Occupation and Industry - Ilustrations of Acceptable Entries for Both.........153
R. Medical Definitions for Report of Fetal Death (Stillbirth)...........................155
S. Institutional Report of Births (PH-1652)....................................................170
T. Institutional Report of Deaths, Fetal Deaths, and D.O.A.'s (PH-1661).........172
U. Fees and Services for Birth Certificate......................................................174
V. Application for Certified Copy of Certificate of Birth (PH-1654)................178
W. Vital Records Filed with theTennessee Office of Vital Records................179
X. Disposal of Human and Fetal Remains – Guidance Document................180
Y. Certifier Designation (Hospital Designee).................................................182

Index..........................................................................................................183

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 7 of 213 PageID #: 2117

**Telephone Numbers and Address for Certain Staff Members**

Tenessee Office of Vital Records
Central Services Building, 1st Floor
421 5th Avenue North
Nashville, TN 37243
Telephone Number:   (615) 741-1763
FAX:   (615) 741-9860

| | | |
|---|---|---|
| Sharon M. Leinbach, State Registrar and Director of Vital Records | | (615) 532-2678 |
| Ken Tankersley, Assistant Director of Vital Records | | (615) 532-2644 |
| Administrative Issues, Forms | Shirley Clark | (615) 532-2646 |
| Quality Assurance | Rebecca Groves, Manager | (615)532-2677 |
| Field Representative | Candi Davis | (615) 532-2625 |
| Field Representative | Donna Pitman | (615) 532-2669 |
| Unreported Births | Emily West | (615) 532-2676 |
| Unreported Deaths | Jo Ann Wells | (615) 532-2674 |
| AIRS | Candi Davis | (615) 532-2625 |
| | Donna Pitman | (615) 532-2669 |
| Security Manager | Lynn Gilliam | (615) 532-2622 |
| Registration and Maintenance | Cheryll Sisk, Manager | (615) 532-2656 |
| Amendments and | | |
| Special Registrations | Renee Duncan, Supervisor | (615) 532-2654 |
| Current Registration | Judith Kidd, Supervisor | (615) 532-2672 |
| Delayed Registration | Renee Duncan, Supervisor | (615) 532-2654 |
| EBC (Electronic Birth Certificate) | Karen Anderson, Supervisor | (615) 532-2666 |

## WinEBC Password    1-866-355-6135    Unlock a record
**The Toll Free Number 1-800-942-2980 is for information and registration issues.**

Do not use 1-800-942-2980 for EBC Passwords.
Do not give the 1-866 and 1-800 numbers to parents or others.

| | | |
|---|---|---|
| Records Issuance | Kay Alred, Manager | (615) 532-2658 |
| Customer Service | Bernice Middlebrooks, Supervisor | (615)532-2671 |
| **Charge Card Request** | Credit Card Telephone No. | (615) 741-0778 |
| FAX number for charge card requests is (615) 726-2559. | | |

Ordering of certified copy available at Website:  http://health.state.tn.us/vr/index.htm

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 8 of 213 PageID #: 2118

**PART I**

**INTRODUCTION**

1

## INTRODUCTION

### Purpose

The purpose of this handbook is to provide instructions for the reporting of births and fetal deaths, and to promote better understanding of the reporting forms and of the uses of information entered on them. Because most live births and fetal deaths of 22 weeks or more gestation occur in facilities, the quality of birth registration and fetal death reporting depends heavily on facility personnel.

The facility administrator generally has the overall responsibility for obtaining the personal data, preparing the birth certificate or fetal death report, securing the required signatures, and filing the birth certificate and the fetal death report with the **Tennessee Office of Vital Records (hereafter, written as Tennessee OVR).** The physician is generally responsible for completing the medical and health information.

The birth certificate and fetal death report provide medical and health information that is used extensively in research and in planning, and evaluating programs related to maternal and child health.

### Importance of Birth Registration

A birth record is a statement of facts concerning an individual. It is a permanent legal record. Throughout life, a person uses his or her birth certificate to prove age, parentage, and citizenship. Birth certificates are needed for entrance to school, voter registration, and for obtaining a driver's license, marriage license, passport, veterans' benefits, public assistance, or social security benefits.

It would be a disservice to society if the birth certificate was used only for legal purposes. Local, state and national vital statistics are compiled on the number and rate of births by characteristics such as place of birth, place of residence of mother, age of mother, plurality, and birth weight. Population composition and growth are estimated using these data. Educational systems and institutions, government agencies, and private industry find this information essential in planning and evaluating programs in public health and other important areas.

The medical and health information on the birth certificate is used to study the conditions that may lead to infant death. This information also helps in establishing programs to address the prevention of infant and early childhood mortality.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 10 of 213 PageID #: 2120

**Importance of Fetal Death Reporting**

The fetal death report is a legally required statistical report. The reports provide valuable health and research data. These data are also essential in planning and evaluating prenatal care services and obstetrical programs and, when used with data on neonatal deaths, provide a composite picture of perinatal outcome.

**U.S. Standard Certificates and Reports**

Approximately every ten years, the format and content of vital records in the United States are evaluated by a panel of national experts to insure that the requested information continues to reflect current technology and societal attitudes and meet the needs of data users. Tennessee, like all other states, patterns its certificates and reports to conform to the U. S. standard certificates and reports. The last major revision to the Tennessee birth certificate was placed into use on January 1, 2004.

**Confidentiality of Vital Records**

State and local registrars protect the information on vital records from unwarranted or indiscriminate disclosure. Certified copies of vital records are available only to persons who are authorized access by State law and supporting regulations. Legal safeguards to the confidentiality of vital records have been identified in the Intelligence Bill which was passed by the U. S. Congress and signed into law in December 2004. As required by law, effective February 15, 2005 the Tennessee OVR began requiring proof of identification for those persons who receive certified copies of birth certificates from state and local offices. Physicians and facilities are assured that extensive legal and administrative measures are used to protect individuals and establishments from unauthorized disclosure of medical information.

The format of the birth certificate is designed to further assure confidentiality of information. The upper part of the certificate contains information for the identification of the child, a description of when and where the birth occurred, items relating to the certifier, and items identifying the mother and father. This information is routinely provided in certified copies of the birth record to be used for legal purposes. The lower portion of the birth certificate is designed only for medical and health research uses. Tennessee law does not permit this information to be included on certified copies. The lower portion of the record contains other items of information relating to the mother and father, medical information about the pregnancy, labor and delivery, and medical and health items relating to the mother and child, such as risk factors for the pregnancy, obstetric procedures, characteristics of labor and delivery, method of delivery, abnormal conditions of the newborn, and congenital anomalies of the newborn.

The fetal death report is designed to collect information for statistical and research purposes. The Tennessee vital records law and rules authorize the issuing of certified copies of the fetal death report in certain specific cases. However, the medical information, except for the cause of fetal death section, is blocked before issuance.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 11 of 213 PageID #: 2121

# PART II

## RESPONSIBILITIES FOR FILING BIRTH CERTIFICATES

### AND

### FETAL DEATH REPORTS

4

## RESPONSIBILITIES FOR FILING BIRTH CERTIFICATES AND FETAL DEATH REPORTS

### FACILITIES RESPONSIBILITIES

#### Birth Registration

<u>Definition of 'Live Birth'</u>  -  The Tennessee Code Annotated (T.C.A.) § 68-3-102(9) defines 'Live Birth' as " ... the complete expulsion or extraction from its mother of a product of human conception, irrespective of the duration of the pregnancy, that, after such expulsion or extraction, breathes or shows any other evidence of life, such as beating of the heart, pulsation of the ulmbilical cord, or definite movement of voluntary muscles, whether or not the umbilical cord has been cut or the placenta is attached. <u>Heartbeats shall be distinguished from transient cardiac contractions, and respirations shall be distinguished from fleeting respiratory efforts or gasps</u>; ... "

<u>Notice</u>  -  During 2005, the Tennessee Legislature passed, and the Governor signed into law a new definition of Live Birth.  The change from the old definition to the new definition is within the last underlined sentence above.  Based upon the new definition, the physician attendant determines if the product of the delivery which has deceased should be declared as a fetal death or a live birth followed by death.  If the physician attendant determines life, the birth must be registered as a live birth and a death certificate must also be filed by the person assuming custody of the body.

The Certificate of Live Birth must be prepared for any birth that meets the definition as listed in the above first paragraph.  Please be aware that if life is established this means "irrespective of the duration of the pregnancy."  Life is not determined based upon the weight of the child.  The definition of 'live birth' as  listed above also appears in Appendix A.

The facility's responsibilities in birth registration are:

- ◆ Secure upon admission and permanently record information relative to each patient as is necessary to prepare a complete and satisfactory birth certificate.

- ◆ The use of two forms, Mother's Worksheet for Child's Birth Certificate (English and Spanish versions) and the Facility Worksheet for Child's Birth Certificate, provided by the Tennessee OVR, is encouraged to insure that all required information is recorded on the original birth certificate. See Appendixes B, C, and D, (pages 124, 126, 128),  respectively.

- ◆ It is suggested that the signed Mother's Worksheet be incorporated into the mother's medical chart. The Tennessee OVR may need to request a copy particularly when the parent(s) request an amendment be made to the child's name and/or parent(s) names.

5

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 13 of 213 PageID #: 2123

♦ The facility is required by law to prepare a birth certificate and file it with the Tennessee OVR within 10 days after the birth occurs. It is the policy in most facilities for the records clerk to complete the birth certificate and secure the signature of the hospital designee or the physician that was in attendance. The procedures for rendering this service are determined by the proper authority in the facility.

♦ The facility is required to submit a signed form to the Tennessee OVR which lists the hospital designee(s) name. The Tennessee OVR should be notified when a name is to be added or deleted from the list. The facility may use the form displayed in Appendix Y, page 182.

♦ When the birth was medically unattended at a residence or other place and the mother and baby were immediately brought to the facility, it is expected that the facility staff interview the mother and prepare the certificate for the signature of the physician or registered nurse who first saw the newborn.

♦ The WinEBC facilities are required to file the monthly institutional report of births with the Tennessee OVR on the <u>third day of the month</u> for events occurring the preceding month. This report lists all live births that occurred during the previous month.

The facility staff should exercise utmost care in listing all births on the monthly report. This report is the only resource available to the Tennessee OVR in its attempt to file the certificate for every birth which occurs in Tennessee.

♦ **<u>Special Note regarding reporting of all deliveries that did not result in a live birth</u>**: The **Report of Fetal Death (Stillbirth)** (Appendix P, page 152), **must <u>not</u> be entered into the WinEBC**. It is requested that <u>all deliveries that did not result in a live birth</u> be listed on the above mentioned monthly report of births. The responsible person may list the events by handwriting the information concerning the fetal death (stillbirth) at the bottom of the report or on a separate sheet of paper. This request is made as an added check to ensure that all deliveries that did not result in a live birth are reported to the Tennessee OVR. The information should list the mother's name, weight of fetus, and completed weeks of gestation.

**Death Registration**

When the death of a liveborn occurs in the facility, the parents sometime authorize the hospital to dispose of the body in accordance with standards appropriate for a live birth. With the proper authorization documents signed by the parents, the facility's designated representative is to prepare the Certificate of Death for the physician to complete the medical certification and sign the certificate. The facility files the original death certificate with the local health department.

**Fetal Death Reporting**

The Report of Fetal Death (Stillbirth) is required for fetal deaths when the weight is 500 grams (approximates 1 lb., 2 oz.) or more regardless of the completed weeks of gestation (T.C.A. § 68-3-504(a)). Regardless of the weight, it is to be first considered when determining if the Report of Fetal Death (Stillbirth) is needed. However, when the weight is <u>not known</u> and the completed weeks of gestation are 22 or more, the Report of Fetal Death (Stillbirth) should be filed.

When the dead fetus is delivered in a facility, the designated representative shall prepare, and file the original Report of Fetal Death (Stillbirth) with the Tennessee OVR within 10 days after the delivery.

The Report of Fetal Death (Stillbirth) is mailed directly to the Tennessee OVR. The address is as follows:

> Tennessee Office of Vital Records
> Central Services Building, 1st Floor
> 421 5th Avenue North
> Nashville, TN 37243

The facility is responsible for listing fetal deaths on the monthly report, Institutional Report of Deaths, Fetal Deaths, and D.O.A.'s (PH-1661, Appendix T, page 172) and filing it with the local registrar on the third day of the month for events occurring the preceding month.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 15 of 213 PageID #: 2125

## PHYSICIANS RESPONSIBILITIES

### Birth Registration

<u>Definition of 'Live Birth'</u> - The T.C.A. § 68-3-102(9) defines 'Live Birth' as " ... the complete expulsion or extraction from its mother of a product of human conception, irrespective of the duration of the pregnancy, that, after such expulsion or extraction, breathes or shows any other evidence of life, such as beating of the heart, pulsation of the umbilical cord, or definite movement of voluntary muscles, whether or not the umbilical cord has been cut or the placenta is attached. <u>Heartbeats shall be distinguished from transient cardiac contractions, and respirations shall be distinguished from fleeting respiratory efforts or gasps</u>; ... "

<u>Notice</u> - During 2005, the Tennessee Legislature passed, and the Governor signed into law a new definition of Live Birth. The change from the old definition to the new definition is within the last underlined sentence above. Based upon the new definition, the physician attendant determines if the product of the delivery which has deceased should be declared as a fetal death or a live birth followed by death. If the physician attendant determines life, the birth must be registered as a live birth and a death certificate must also be filed by the person assuming custody of the body.

The Certificate of Live Birth must be prepared for any birth that meets the definition as listed in the above first paragraph. Please be aware that if life is established this means "irrespective of the duration of the pregnancy." Life is not determined based upon the weight of the child. The definition of 'live birth' as listed above also appears in Appendix A.

When a birth <u>occurs in a facility or enroute thereto</u>, T.C.A. § 68-3-302 requires the facility's administrator to designate the person(s) to certify (sign) the birth certificate in Item 12. However, the attending physician <u>may</u> receive a completed birth certificate ready for review and signature. The attending physician's responsibility is to complete the certifier/attendant section (Item 12) within 72 hours after birth in order that the facility personnel will be able to electronically transmit the data file and the certificate to the Tennessee OVR within 10 days of the birth.

The medical records staff gathers the information on the certificate from a variety of sources, including facility charts, medical records of infant and mother, the physician's own records, and the mother.

**Fetal Death Reporting**

The physician is responsible for knowing when he or she is required to report a fetal death. The weight of the fetus is used in determining if a fetal death report must be filed. If the fetus was not weighed, the completed weeks must be 22 or more.

The Report of Fetal Death (Stillbirth) is required for fetal deaths when the weight is 500 grams (approximates I lb., 2 oz) or more regardless of the completed weeks of gestation (T.C.A. § 68-3-504(a)). When the weight is not known and the completed weeks of gestation are 22 or more, the Report of Fetal Death (Stillbirth) should be filed.

When the dead fetus is delivered in a facility, the person in charge of the facility or the designated representative shall prepare and file the Report of Fetal Death (Stillbirth) with the Tennessee OVR within 10 days after delivery.

When the dead fetus is delivered outside of a facility, and immediately brought to the facility, the county medical examiner must be notified. An autopsy may be required to determine whether the fetus could have been liveborn. The physician or medical examiner in attendance at or immediately after delivery shall prepare and file the Report of Fetal Death (Stillbirth) with the Tennessee OVR within 10 days after delivery.

The Report of Fetal Death (Stillbirth) is mailed directly to the Tennessee OVR. The address is as follows:
> Tennessee Office of Vital Records
> Central Services Building, 1st Floor
> 421 5th Avenue North
> Nashville, TN 37243

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 17 of 213 PageID #: 2127

## CERTIFIED NURSE MIDWIVES, CERTIFIED PROFESSIONAL MIDWIVES, AND OTHER MIDWIVES RESPONSIBILITIES

### Birth Registration

Definition of 'Live Birth' - The T.C.A. § 68-3-102(9) defines 'Live Birth' as " ... the complete expulsion or extraction from its mother of a product of human conception, irrespective of the duration of the pregnancy, that, after such expulsion or extraction, breathes or shows any other evidence of life, such as beating of the heart, pulsation of the umbilical cord, or definite movement of voluntary muscles, whether or not the umbilical cord has been cut or the placenta is attached. Heartbeats shall be distinguished from transient cardiac contractions, and respirations shall be distinguished from fleeting respiratory efforts or gasps; ... "

Notice - During 2005, the Tennessee Legislature passed, and the Governor signed into law a new definition of Live Birth. The change from the old definition to the new definition is within the last underlined sentence above. Based upon the new definition, the physician attendant determines if the product of the delivery which has deceased should be declared as a fetal death or a live birth followed by death. If the physician attendant determines life, the birth must be registered as a live birth and a death certificate must also be filed by the person assuming custody of the body.

The Certificate of Live Birth must be prepared for any birth that meets the definition as listed in the above first paragraph. Please be aware that if life is established this means "irrespective of the duration of the pregnancy." Life is not determined based upon the weight of the child. The definition of 'live birth' as listed above also appears in Appendix A, page 123.

When a delivery occurs at a residence or other place, the physician, certified nurse midwife, certified professional midwife, other midwife or other birth attendant is responsible for completing the Certificate of Live Birth for each live birth attended.

The birth certificate is filed by the attendant with the Tennessee OVR within 10 days after the birth occurs. The original birth certificate must not be given to the parents for purposes of their completing and filing it.

## Fetal Death Reporting

When a certified nurse midwife, certified professional midwife, other midwife or other birth attendant attends a fetal death at a residence or other place, it is necessary that she/he immediately contact the medical examiner of the county in order that the medical examiner may investigate the facts concerning the delivery.

If the delivery was made by a physician, he/she may file the Report of Fetal Death (Stillbirth) based on the medical examiner's findings. Otherwise, the county medical examiner should be responsible for filing the Report of Fetal Death (Stillbirth).

The physician or medical examiner in attendance at or immediately after delivery shall prepare, and file the Report of Fetal Death (Stillbirth) with the Tennessee OVR within 10 days after delivery.

The Report of Fetal Death (Stillbirth) is mailed directly to the Tennessee OVR. The address is as follows:

> Tennessee Office of Vital Records
> Central Services Building, 1st Floor
> 421 5th Avenue North
> Nashville, TN 37243

# PART III

## GENERAL INSTRUCTIONS FOR COMPLETING BIRTH CERTIFICATES

## AND

## FETAL DEATH REPORTS

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 20 of 213 PageID #: 2130

## GENERAL INSTRUCTIONS FOR COMPLETING BIRTH CERTIFICATES AND FETAL DEATH REPORTS

The data necessary for preparation of the original birth certificate and fetal death report are obtained from the following:

- ♦ Mother and/or father for birth certificate and fetal death report
- ♦ Mother's and child's attending physician
- ♦ Facility or physician records

It is strongly recommended that the Tennessee OVR worksheets be used to obtain the information for completing the birth certificate. The development and use of the Mother's Worksheet and Facility Worksheet are discussed in Appendixes B, C, and D pages 124, 126, 128). Appendix C is the Spanish version of the Mother's Worksheet.

It is strongly recommended that the Tennessee OVR's Mother's Worksheet along with the facilitiy's medical chart be used for obtaining information for the fetal death report.

The mother and/or father should sign the mother's worksheet to indicate that the information is correct.

Facilities and physicians are urged to use the Facility Worksheet to obtain the prenatal history and medical information. The actual birth certificate or fetal death report can then be completed from the worksheets.

When a birth or fetal death occurs outside of a facility, the person preparing the birth certificate or fetal death report will find it necessary to obtain information from the parent(s) for the items that are personal and not medical in character, such as residence, age of parents, and education. This may be done by the physician, midwife, nurse, or other person in attendance at the delivery.

It is essential that birth certificates be prepared as permanent legal records. Fetal death reports are required legal documents and are valuable health and research documents. The following general rules should be followed for the preparation of the original documents:

- ♦ Use the current Certificate of Live Birth form designated by the Tennessee OVR. Refer to the lower left corner of the form for the revision date. As of the time of publication of this handbook, the revision date must be "Rev. 1/04" or later.

- ♦ Use the current Report of Fetal Death (Stillbirth) form designated by the Tennessee OVR. Refer to the lower left corner of the form for the revision date of 9/06.

- ♦ Photocopies of a birth certificate or fetal death report are not acceptable. Only original forms for birth certificates or fetal death reports provided by the Tennessee OVR are acceptable.

13

♦ Complete each item following the specific instructions for the particular item that are contained in this handbook and/or the WinEBC instruction manual.

♦ The information entered on the birth certificate should be entered electronically using the Tennessee OVR WinEBC software or typewritten. Certificates prepared with worn typewriter ribbons or colored typewriter ribbons will not be accepted for filing. A new certificate will be requested.

♦ When it is absolutely necessary to handwrite the entries on the birth certificate or the fetal death report, the entries must be printed legibly in unfading black or blue-black ink.

♦ A birth certificate will not be accepted if it contains alterations, white outs, strike throughs, or erasures. If an error is made in the preparation of the certificate, it should be discarded and another certificate completed.

♦ **Exception**: For non-WinEBC users, a single strike-through, a single erasure, or single white out may be permissible when it appears in an item in the 'Information for Medical and Health Use Only' section of the birth certificate (Items 15-62). The similar instruction is applicable when completing the Report of Fetal Death (Items 11-27 only).

♦ A birth certificate will not be accepted if the certifier's signature is omitted, typewritten, preprinted, rubber stamped, or written in pencil. Electronic signatures are not acceptable. The power of signature cannot be delegated.

♦ Do not use green, red, and other colors of ink to complete and/or sign birth certificates or complete the fetal death forms. Use black ink or blue/black ink only.

♦ Avoid abbreviations except those recommended in the specific item instructions.

♦ The facilities which do not use the Electronic Birth Certificate (WinEBC) should file the original birth certificate with the Tennessee OVR. The address is on page v.

♦ The facilities which use the WinEBC system must file the original certificate with the Tennessee OVR. The address is on page v.

♦ Where to order forms? Blank forms of the current Certificate of Live Birth, Report of Fetal Death (Stillbirth), Mother's Worksheet, Facility Worksheet, and other forms displayed in this handbook may be ordered using the TN OVR address at the top of page v. If preferred, the request may be submitted by fax to (615) 741-9860. The order request should specify the title of form, the PH number in lower corner of form, and the quantity of forms needed. There is no charge for the forms.

- **Special note regarding passport needs:** If the parents of a newborn indicate a certified copy of the birth certificate is needed for a passport, the facility personnel or birth attendant should prepare the birth certificate as soon as possible and send it to the Tennessee OVR. In these rare incidences it is permissible for the parent to deliver the original birth certificate to the Tennessee OVR in order to quickly expedite the request for certified copy. Call the Birth Registration Supervisor at 615-532-2666 or the Birth Registration Assistant at 615-532-2670 to bring awareness about the urgency of the certified copy.

- <u>Mother's Copy</u> – When the birth occurs outside a facility and the attendant prepares the certificate, there will be no 'Mother's Copy' to give to the mother. It is imperative that the birth certificate be filed in accordance with the 10 days time period specified by law because the mother will be needing a certified copy. When the Tennessee OVR receives the original certificate, the Tennessee OVR will electronically produce and mail the "Mother's Copy" to the mailing address listed on the certificate.

- File the original fetal death report with the Tennessee OVR. The address is on page v.

- Monthly report forms and fetal death report forms prepared using software approved by the Tennessee OVR are acceptable.

- <u>Notarized Affidavit for Use by WinEBC Facilities</u>: **When a notarized affidavit is required to document the surname of child, and file with the birth certificate, the statement may be printed from the WinEBC program.**

**Special Note:** Since early 2004, Tennessee OVR has assisted WinEBC birth certificate clerks by sending e-mail messages entitled ~~ **WinEBC Tips** ~~. These tips are reproduced in the following section of this handbook. They relate to certain data items and mechanisms for producing and/or transmitting the electronic birth certificate. The birth certificate clerk should immediately read future emails that will provide updates and tips addressing errors that occur on incoming birth certificates. Tennessee OVR recommends that birth certificate clerks add future 'Tips' to this handbook.

- ~~ **WinEBC Tip** ~~ <u>Registered Hospital Designees:</u> Birth certificate clerks who are not properly registered as hospital designees with the Tennessee OVR must not sign birth certificates. It is required that all names of hospital designees be on file with the Tennessee OVR. The Tennessee OVR should be notified when a name is to be added or deleted from the list. When the certifier designation needs to be revised, words such as "I have designated the following staff person(s) to certify the Tennessee birth certificate that are prepared in this facility." This information should be faxed to 615-741-9860. The facility may use the form displayed in Appendix Y, page182.

♦ ~~ **WinEBC Tip** ~~ Letter size paper: Submit the original birth certificate on letter size paper (8 ½ x 11). Do not use legal paper. In addition, be sure the quality of the original certificate is acceptable for filing (i.e., no streaks, no smudges, no holes in document, not printed off line).

♦ ~~ **WinEBC Tip** ~~ Send the electronic files the same day the hard copies of the birth certificates are mailed. Send all original certificates that are listed on the batch sheet. Accounting for original certificates that were not in the stack of documents causes unnecessary delay in registering the certificate. **NOTE:** If a certificate has not been signed by the attendant/certifier, do not download that certificate in the batch.

♦ ~~ **WinEBC Tip** ~~ When downloading a batch of records, always send the electronic file as soon as the batch is created.

♦ ~~ **WinEBC Tip** ~~ Software Vendor Contact: If necessary to contact Genesis (software vendor), use the Customer Service number **717-909-8500.**

♦ ~~ **WinEBC Tip** ~~ New 866 Telephone Number: Some of you have advised Tennessee OVR that it can be difficult to reach us by telephone when you need a password. For that reason, we have set up a special unit, which will have the exclusive missions to provide passwords to facility personnel when they need to unlock a birth record and assist local health departments when they need to reconcile a certificate for issuance.

The toll free number that you should call to access the password service is 866-355-6135. The number will be answered from 8:00 AM to 4:30 PM Monday through Friday. For facilities, this number will only provide passwords. For other calls, please continue to use 800-942-2980. **Do not give the toll free numbers to the public.**

♦ ~~ **WinEBC Tip** ~~ Backups and Emergency Procedure: The Data folder contains the database ebc.mdb. The Export folder contains all birth records that have been batched for upload to Tennessee OVR. Both of these folders need to be backed up frequently and regularly. Should a crash or file corruption occur, any records that have not been uploaded to Tennessee OVR must be re-keyed.

For WinEBC emergencies, immediately contact the Tennessee OVR personnel at the telephone number in the following order: Birth Registration Supervisor at 615-532-2666 or Birth Registration Assistant at 615-532-2670. If one or both of these personnel is not available at the time of the call, the facility will be directed to Genesis (software vendor) for technical assistance. The Genesis telephone number is 717-909-8500.

16

♦ **~~ WinEBC Tip ~~** <u>Resolving Outstanding Birth Certificates</u>: The goal should always be to keep the list of unresolved birth certificates as empty as possible, and this should be done quickly. To obtain a current list of unresolved certificates for your facility, click the 'Reports' button from WinEBC's main menu, and then select 'Unresolved Certificate Listing.' This will display a list of all birth certificates that have not been submitted to the Tennessee OVR.

Also, an unresolved birth record list is printed at the bottom of the Batch Submission Listing that is created each time a DOH file is generated. All valid certificates should be resolved as quickly as possible. These are certificates that are incomplete or simply have not been final printed. Any duplicate records should be removed from the list by keying the information of a new birth record over each of them <u>only</u> if that record has not been final printed.

♦ **~~ WinEBC Tip ~~** <u>Important Notice regarding duplicate birth certificates:</u> If the birth certificate clerk needs to make changes to a birth certificate that has been downloaded to the Tennessee OVR, do <u>not</u> call for a password to unlock the record. The correct procedure is to send a notarized affidavit and copy of the signed worksheet to the Amendment Unit at the address on page v. Any duplicate certificates received in the Tennessee OVR will be returned to the facility.

♦ **~~ WinEBC Tip ~~** Refrain from putting <u>extra spaces in the child's name</u> when keying.

♦ **~~ WinEBC Tip ~~** <u>Biological Father:</u> If the certified court order directs the facility to not add the husband's name, however it does not provide the name of the biological father, the Voluntary Acknowledgment of Paternity (VAOP) may be used to add the biological father.

♦ **~~ WinEBC Tip ~~** <u>DNA statement:</u> It is not the responsibility of the facility personnel to make sure the DNA statement is in the judge's directive in the court order. The paternity court order should be followed whether or not he/she has stated that the DNA evidence was used in making the decision.

♦ **~~ WinEBC Tip ~~** <u>Voluntary Acknowledgment of Paternity:</u> The birth certificate clerk is not required to gather data about either parent's employment or insurance in Sections II and III of the VAOP. Collection of this particular information is optional.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 25 of 213 PageID #: 2135

♦ ~~ **WinEBC Tip** ~~ VAOP Clarification: This tip clarifies Tennessee OVR and Office of Child Support policy regarding VAOPs. It addresses questions that several facilities have asked about rescissions and the conditions under which facility personnel may waive the video requirement.

Rescissions: Facilities have reported situations in which the parents sign a VAOP then one parent changes his/her mind before the birth certificate is completed. They ask if they may tear up the VAOP or administer a rescission. In reply to the question, facility personnel must keep the father's name on the birth certificate and send the completed VAOP to the Tennessee OVR with the birth certificate. The parents who wish to rescind should be referred to the nearest child support office, the county health department or the Tennessee OVR. Facility personnel may not destroy a legal VAOP or administer a rescission of paternity acknowledgment.

Conditions Under Which the Facility May Waive the Video Requirement: Facilities have asked if both parents must always watch the video. In reply to the question, when facility personnel are administering the VAOP and notarizing both signatures, it is implied that both parents are present. Therefore, both parents must watch the video. However, if the father is hospitalized, incarcerated or in a similar extreme circumstance, the completed VAOP may be given to the family to take to him for his notarized signature. The VAOP must be sent with a brochure and the hot line telephone number, and the courier should be told to point out the Section 4, "rights and responsibilities" to the father. The mother must be told that the birth certificate will be filed without the father's information if the VAOP is not returned within 10 days of the child's birth.

♦ ~~ **WinEBC Tip** ~~ Matching Names for VAOP : Tennessee OVR routinely receives parents' signatures on the VAOP that do not match the names on the child's birth certificate or the VAOP. When the signatures of the parents vary from the names on the birth certificate, or the name on the VAOP, the Tennessee OVR is requesting the notary public to indicate next to the name, in parenthesis, that this is the legally acceptable signature of the parent. The signature on the VAOP should always match the name provided on the identification document provided by the parent.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 26 of 213 PageID #: 2136

♦ **~~ WinEBC Tip ~~** Writing Special Statement on VAOP: This email tip and request later followed the above tip concerning 'Matching Names for VAOP.' Too many VAOPs are oftentimes signed by parents with a name that is a little different than the name that is printed on the birth certificate and/or on the VAOP. This is acceptable if the parents sign the VAOP with the same signature that appears on their identification (ID) cards, and if the notary public makes a special statement. Three examples follow:

1.  If the typed VAOP and birth certificate show the mother's name as Jane Elaine Wilson Jones **and** Mother's signature on her ID card reads Jane E. W. Jones **and** the mother signs like the signature on her ID card, **then** the notary public writes the following special statement on the notary public section of the VAOP: **"The mother's signature is the legally acceptable signature according to her ID card."**

2.  If the typed VAOP and birth certificate show the father's name as John Henry Jones **and** the father's signature on his ID card is stylized (scribbily) and not easy to read **and** the father signs like the stylized signature on his ID card, **then** the notary public writes the following special statement on the notary section of the VAOP: **"The father's signature is the legally acceptable signature according to his ID card."**

3.  If the typed VAOP and birth certificate show the father's name as Jorge Armando Salvador Hernandez **and** father's signature on his ID card reads Jorge A. Salvador **and** the father signs like the signature on his ID card, **then** the notary public writes the following special statement on the notary public section of the VAOP: **"The father's signature is the legally accepted signature according to his ID card."**

**Note:** Many VAOPs show the parent's signature as different from the typed certificate and/or VAOP, or so stylized that the Tennessee OVR cannot determine if it was the parent's legal signature without the special notary public's statement mentioned in the above Nos. 1, 2, and 3. Be sure that this special notary public statement appears written on the actual VAOP form. The statement must not be written on an attachment or sticky note and put with the VAOP form. If the above procedure is not followed, the orignal VAOP form will be returned to the birth certificate clerk as a reject until corrected.

- ♦ ~~ **WinEBC Tip** ~~ <u>Mother's Residence Street and Number</u>: If the only given address is a PO Box Number, do <u>not</u> enter the number only (i.e., 213). To correctly enter an address if the only given address is a PO Box ###, place a question mark (?) in the Street Number text field. In the Street Name text field, enter "PO Box ###." Furthermore, when the mailing address is a PO Box, place a check mark in the box next to "Check if P.O. Box."

- ♦ ~~ **WinEBC Tip** ~~ <u>Duplicate Attendant/Certifier Entries</u>: Genesis (software vendor) identified a problem that introduced problems with the proper execution of the WinEBC program. The cause of this problem is due to an attendant's name being entered more than once into the Attendant Table. Each time an attendant is entered into the table, an ID number is assigned in the database to that attendant. If entered more than once an attendant will have multiple identifying numbers. This results in improper registration of births to attendants and other behind-the-scene problems.

  To help prevent this problem from occurring, carefully scroll down the attendant list when assigning an attendant/certifier to a birth record. Doing so will prevent entering an attendant again when he or she is already in the list. Multiple listings have come about for many reasons, some of which are: 1) Entering variations of the name of an attendant, i.e., "Debra" and Deborah," 2) Using all lower case in the first listing, then a mixture of upper and lower case, or all upper case in subsequent listings, 3) Realizing an entry is misspelled then making a new entry with the proper spelling.

- ♦ ~~ **WinEBC Tip** ~~ <u>Correcting Duplicate Attendant/Certifier Entries</u>: There is no function available to delete duplicate entries. Do not try to type over an entry to correct it. Typing over an entry to edit it could result in birth certificates being incorrectly assigned to the wrong attendant. Incorrect assignments have also been linked to accidentally clicking on an attendant's name immediately above or below the correct attendant's name in the drop down list.

  To remove a duplicate entry from the drop down list, the duplicate name must be hidden. If the birth certificate clerk needs assistance in performing this function, call 615-532-2666 or 615-532-2670.

- ♦ ~~ **WinEBC Tip** ~~ <u>Must not give Mother's Copy to Third Party Requestor</u>: It has come to the attention of the Tennessee OVR that some facilities may be issuing the Mother's Copy to a third party requestor. The third party requestor may have indicated that the Tennessee OVR approved the facilities' practice of having the mother sign an authorization form in order for the facility to release the Mother's Copy. The Tennessee OVR has never approved this process.

♦ ~~ **WinEBC Tip** ~~ <u>Facility Name Not Automatically Displaying</u>: <u>Screen 6</u> Some birth clerks have reported a problem with the facility name and information not filling in automatically when the Born Here? option is answered 'Yes.' To work around this problem they have answered 'No' for the Born Here? option and keyed in the facility name and information. This works, but is only a temporary solution. The problem needs to be fixed by calling the Genesis Technical Support Hot Line and following their instructions. Their number is 717-909-8500.

♦ ~~ **WinEBC Tip** ~~ <u>Two Fields on Birth Data Frequently Not Completed:</u> The fields are: 1) Date Last Normal Menses Began, and 2) Date of First Prenatal Care Visit. Often, the Tennessee OVR gets the month and year but the day is left blank. All facilities are asked to use the following procedure:

<u>Best Practice</u>: Obtain the information from the patient's records or outpatient physician.

<u>Alternate Practice</u>: When records are not available, obtain the information from the mother. When the mother remembers only month and year, record that information, then: 1) Ask if menses or prenatal visit was near the first, middle, or last of the month. 2) Depending upon the mother's reply, record as day 7, 15, or 24 of the month.

In reviewing the birth data, it appears that some facilities may be leaving the date blank when an actual date cannot be established. The use of days 7, 15, and 24 should establish a more realistic view of the pregnancy history.

♦ ~~ **WinEBC Tip** ~~ <u>All Technical Support for WinEBC:</u> For problems with WinEBC, call Karen Anderson at 615-532-2666. If there are upload problems, first make sure there is Internet website access by logging on to MSN.com and see if available. If there is access, call Ms. Anderson. If no Internet access, call the hospital IS department.

When receiving a new computer or there is a new employee with a new computer, and WinEBC needs to be installed, the hospital IS department should be made aware. Afterwards, look at the latest CD update sent from Genesis. The CD update has a manual that explains how to install WinEBC. If the IS department has problems, a call should be placed to Genesis for technical assistance (717-909-8500).

♦ ~~ **WinEBC Tip** ~~ <u>Titles must not be used in Parent(s) Names Fields:</u> Titles such as M.D., Ph.D, etc. must <u>not</u> be entered in the fields for the mother's and father's names. The WinEBC system provides the Suffix field for their generational identifiers. Parent(s) titles and generational identifiers will not be printed on the computer generated certified short form birth certificate.

# PART IV

## CERTIFICATE OF LIVE BIRTH

## INSTRUCTIONS FOR COMPLETING

## CERTIFICATE OF LIVE BIRTH - INSTRUCTIONS FOR COMPLETING

These instructions pertain to the January 2004 revision of the Tennessee Certificate of Live Birth. The current form is shown in Appendix E.

T.C.A.§ 68-3-302 requires that a birth certificate be filed within ten (10) days after the birth occurs.

The original birth certificates should be mailed to the Tennessee OVR one or more times a week or within 10 days of the birth. When certificates are filed in a timely manner, the parents' or guardians' needs are met without unnecessary delay.

Definition of 'Live Birth' - The T.C.A. § 68-3-102(9) defines 'Live Birth' as " ... the complete expulsion or extraction from its mother of a product of human conception, irrespective of the duration of the pregnancy, that, after such expulsion or extraction, breathes or shows any other evidence of life, such as beating of the heart, pulsation of the umbilical cord, or definite movement of voluntary muscles, whether or not the umbilical cord has been cut or the placenta is attached. Heartbeats shall be distinguished from transient cardiac contractions, and respirations shall be distinguished from fleeting respiratory efforts or gasps; ... "

Notice - During 2005, the Tennessee Legislature passed, and the Governor signed into law a new definition of 'Live Birth.' The change from the old definition to the new definition is within the last underlined sentence above. Based upon the new definition, the physician attendant determines if the product of the delivery which has deceased should be declared as a fetal death or a live birth followed by death. If the physician attendant determines life, the birth must be registered as a live birth and a death certificate must also be filed by the person assuming custody of the body.

The Certificate of Live Birth must be prepared for any birth that meets the definition as listed in the above first paragraph. Please be aware that if life is established this means "irrespective of the duration of the pregnancy." Life is not determined based upon the weight of the child. The definition of 'live birth' as listed above also appears in Appendix A.

## UPPER PORTION OF THE BIRTH CERTIFICATE (Items 1-14)

The upper portion of the Certificate of Live Birth (Items 1-14) contains information required for identification of the individual and description of where and when the birth occurred. These are the items that are furnished when a person requests a certified long form copy of the birth certificate.

**Upper right and left areas of the form** - The upper right and left blank areas of the birth certificate are reserved for the state file number and official use in the Tennessee OVR. Do not enter information in these spaces such as medical records numbers, date received in physician's office, etc.

When correctly completed and submitted for filing, the original birth certificate is a permanent legal document. The Rules of the Department of Health Section 1200-7-1-.01 governing the Tennessee OVR require all items to be completed on the birth certificate.

## ABOUT THE CHILD (Items 1-7)

### Item 1. CHILD'S NAME (First, Middle, Last, Suffix)

Type or print the child's first, middle, and last names, and suffix. Do not abbreviate names. I.O. (initials only) or NMN (no middle name) should not be entered.

Enter the full name of the child exactly as given by the parent(s) on the signed worksheet. It is acceptable for the child's first name and/or middle name and suffix to be different from the father's name(s) and suffix.

Entries of Jr., Sr., II, etc. following the child's last name are acceptable whether or not the child's name is the same as the father's name. Although these entries are most commonly used for males, they may be used for a female if the parents desire such.

Refrain from putting extra spaces in the child's name when keying.

If the parents do not have a given name selected for the child, leave the given name and middle name blank. Never enter statements such as 'Baby girl' or 'Infant boy,' or 'Baby A,' or 'Baby B.'

Last name of the child must be entered on every birth certificate even when the child was not given first and middle names.

When the Hispanic parents give two surnames for the child, exercise care in correctly entering the surnames. If the first surname is mistakenly typed in the middle space on the certificate, it results in the wrong last name.

The parents may use as many middle names as they want. When the number of characters exceed the space provided in item 1, call the Tennessee OVR for advice in handling the entries.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 32 of 213 PageID #: 2142

If the child is to be adopted and mother does not desire to name the child, the adopting agency or attorney may give the facility a name to be entered on the certificate with the child's surname the same as mother's legal surname. The facility should not arbitrarily assign the child's name. All information pertaining to the natural mother must be entered. No information pertaining to the potential adoptive parent(s) should be entered.

The facility must enter the child's surname on the certificate in accordance with the Tennessee Code Annotated (T.C.A) § 68-3-305. See Appendix K for a copy of the law. When the parent(s) question the child's legal surname on the certificate, feel free to give the T.C.A. section number or a copy of Appendix K, page 140, to anyone who may challenge the information concerning the surname of child.

When the parents question the birth certificate clerk's entry of the presumed father's legal name (husband or ex-husband) in Item 11a rather than their desire to have the biological father's name listed, feel free to give the T.C.A. § 36-2-304 (Presumption of parentage). See Appendix L, page 143, for a copy of the law.

**Proof of Marriage Not Required**

Facilities should not require new parents to provide documentation that they are married in order for the birth certificate to be completed with the father's name and other information. When the Mother's Worksheet is used, and the mother signs, it is sufficient for the her to say that she is married to the father. Please do not require proof of marriage (e.g., a copy of the marriage certificate) unless the facility personnel has reason to believe that she is not married to the child's father. These cases should be discussed with the facility legal consultant.

**Information Regarding Mother's Marital Status**

Listed on the next several pages are Roman Numerals I – XIII which provide situations concerning the mother's marital status that determine the surname of child and the listing of the father's name. The policies and procedures are in accordance with T.C.A. § 68-3-305 and T.C.A. § 36-2-304. See Appendixes K and L (pages 140 and 143) for a copy of the laws.

Please carefully observe the particular mother's situation and complete the original birth certificate in accordance with the policies listed. The birth certificate clerks or any representative of the facilities or any type of midwife should feel free to give the mother and biological father a copy of the law.

**I.** **Mother is married and her husband is the father.**

This means the mother was:
> married when child was conceived, **or**
> married when child was born, **or**
> married anytime between conception and birth, **or**
> married but separated, **or**
> married and applied for divorce, **or**
> married but divorced during the 300 days before birth of child.

**POLICY** regarding the <u>child's surname</u> is that it may be either:
> father's surname, **or**
> mother's current legal name, **or**
> mother's maiden name, **or**
> combination of the above.

Furthermore, this means the child's surname may be the father's surname alone **or** a combination of the father's surname and the mother's current legal surname **or** a combination of the father's surname and the mother's maiden name.

<u>No notarized affidavit</u> is required if the child's surname <u>contains the father's surname</u>.

When the child's surname is a combination of the mother's and father's names, either order of the names is acceptable.

<u>A notarized affidavit is required</u> from **both** parents if the child's surname <u>does not contain the father's surname</u>. In this situation, the child's surname may be the mother's current legal name, **or** the mother's maiden name, **or** a combination of the mother's current legal name and the mother's maiden name.

**POLICY regarding Deceased Husband:** If the child was conceived in wedlock, and delivered within 300 days after the husband died:

- ♦ The name of the mother's deceased husband must be entered as the father of child.

- ♦ The child's surname is the mother's current legal surname.

- ♦ This is in accordance with T.C.A. § 68-3-305(a). See Appendix K, page 140 for a copy of the law.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 34 of 213 PageID #: 2144

**II. Mother is married and says her husband is <u>not</u> the father.**

The mother is considered to be married regardless of whether she is separated from her husband, **or** mother is in process of getting a divorce, **or** mother has been divorced less than 300 days before the birth of the child.

This means her husband or ex-husband is presumed to be the legal father of the child (T.C.A. § 36-2-304). Another man <u>cannot</u> be entered on the birth certificate as the father. See Appendix L, page 143, for copy of the law.

The VAOP <u>cannot</u> be used.

**A. POLICY** regarding <u>father's name</u>: The husband's name or ex-husband's name should be entered on the birth certificate.

> **POLICY** regarding <u>child's surname</u> is that it may be either:
> > father's surname, **or**
> > mother's current legal name, **or**
> > mother's maiden name, **or**
> > combination of the above.

No notarized affidavit is required if the child's surname is the father's surname.

If the child's surname is <u>not</u> the father's surname, a notarized affidavit signed by <u>both parents</u> (mother and husband/ex-husband) is required and must be submitted with the original birth certificate.

**B. POLICY** regarding <u>father's name</u>: If the mother <u>refuses</u> to give her husband's name or ex-husband's name, the father's name is entered as **Mother Refused Information Refused.**

> Item 19 of the birth certificate is to be entered "Yes" for "Is mother married at birth, conception, or any time between?" No exceptions.

> **POLICY** regarding <u>child's surname</u> is that it must be the mother's current legal name <u>only</u>.

> **POLICY Regarding <u>Information in Court Order</u>**: When the mother gives the birth certificate clerk a certified copy of court order, the ex-husband's name will be listed. When viewing the court order, the birth certificate clerk should not ignore the name of the husband/ex-husband. His name should be entered in Item 11a. No exceptions permitted. The words, 'Mother Refused Information Refused' must not be entered.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 35 of 213 PageID #: 2145

**POLICY Regarding <u>Use of Double Names</u>:** When the father's name is entered as **Mother Refused Information Refused,** and the mother has a double current legal name, the mother's surname cannot be divided for the child's surname. The entire current legal name must be used for the child's surname. It matters not whether the mother is of another culture or United States.

**Information regarding certified copies:** When the mother requests the $7.00 certified short form birth certificate, and the entry in the father's name item is 'Mother Refused Information Refused,' the mother's name and the father's name <u>will be blank</u> on the short form. If she orders the $12.00 certified long form birth certificate, the mother's name and the words, 'Mother Refused Information Refused' which were entered in item 11a (father's name) on the original birth certificate will show on the certified copy.

III. **Mother is <u>not</u> married, was granted a divorce <u>during</u> the 300 days prior to the birth of child, and <u>states her ex-husband is not the father.</u>**

**POLICY:** Unless there is a court order stating otherwise, the ex-husband of a woman who has been <u>divorced less than 300 days prior to the date of the child's birth</u> is the legal father and his name must be entered on the birth certificate. See copy of T.C.A. § 36-2-304; presumption of parentage in Appendix L, page 143.

**POLICY** is that the <u>child's surname</u> may be either:
        ex-husband's surname, **or**
        mother's current legal name, **or**
        mother's maiden name, **or**
        combination of the above.

- If the mother can provide a <u>certified copy of her divorce decree</u> and it states that her <u>ex-husband is not the father</u> of the child, the ex-husband's name will not be entered on the birth certificate.
- The divorce <u>must be final before the child's birth</u>.
- The divorce decree <u>must specifically mention the unborn child and the estimated date of birth</u>. Otherwise, the ex-husband's name should be entered on the birth certificate.
- It is not the responsibility of the facility personnel to make sure the DNA statement is in the judge's directive court order. The paternity court order should be followed whether or not the judge has stated that the DNA evidence was used in making his/her decision.
- If the divorce decree meets the requirements above, the mother and the biological father can use the VAOP.

- As a reminder, if the court order directs the facility personnel to not add the ex-husband's name, however the court order does not provide the biological father's name, the VAOP may be used to add the biological father's name.
- NOTE: The certified copy of the court order should be submitted with the original birth certificate to the Tennessee OVR.

## IV. Mother is <u>not</u> married and <u>does not</u> name the father.

This means the mother is single, or widowed, or divorced more than 300 days before the birth of child.

**POLICY** is that the <u>child's surname</u> may be either:
mother's current legal surname    **or**
mother's maiden name    **or**
combination of the above.

**POLICY**: If the mother has a double current legal name or a double maiden name, the entire double current legal name or the entire double maiden name must be used for child's surname. The mother's name cannot be divided. It matters not whether the mother is of another culture or United States.

No other surnames can be used unless the mother has a court order to that effect that is presented to the birth certificate clerk at the time of the birth of child.

## V. Recognition of the parents' tradition and/or culture is acceptable.

The <u>definition of a surname</u> is the name borne in common by members of a family and is not necessarily a person's last name in some cultures.

When the Hispanic parents give <u>two</u> surnames for the child, exercise care in correctly entering the surnames. If the first surname is mistakenly typed in the middle name space on the certificate, it results in the wrong last name.

1. **POLICY:** If the child's surname is <u>any part of the father's name</u> (family name) that is listed in item 11a, this is an acceptable request, and **<u>no</u> notarized affidavit is required.**

2. **POLICY:** If the child's surname is <u>any part of the father's name that is listed in item 11a</u> **and** <u>any part of the mother's current legal name that is listed in item 8a</u> **or** <u>any part of the mother's maiden name that is listed in item 8c</u>, this is an acceptable request, and **no notarized affidavit is required.**

29

3. **POLICY:** If the child's surname is <u>any part of the mother's current legal name</u> **or** <u>any part of the mother's maiden name</u> **or** <u>a combination of these names,</u> this is an acceptable request. **<u>A notarized statement by both parents is required</u>**.

4. **POLICY:** If the child's surname is in the mother's current legal surname, and her surname slightly varies in spelling from the father's surname, this is an acceptable request. For example, the father's surname is Nazarov, the mother's current legal surname is Nazarov<u>a</u>, and the child's surname is Nazarov<u>a</u> . A **<u>notarized affidavit by both parents is required</u>** to explain the child's surname such as "custom in country."

5. **POLICY:** If the child's surname is <u>a half or a portion of the father's first, middle, or surname</u>, this is an acceptable request. For example, the father's first name is Ramanathan and the child's surname is Ram. **<u>A notarized affidavit by both parents is required</u>** <u>to explain the reason for a half or a portion of the father's name being used for the child's surname such as "custom in country."</u>

6. **POLICY:** If the child's surname is <u>a portion of the father's first, middle, or surname</u> **and** <u>a portion of the mother's current legal surname,</u> this is an acceptable request. For example, the father's surname is Rahel, the mother's current legal surname is Kubackova, and the child's surname is Rahelova. **<u>A notarized affidavit by both parents is required</u>** to explain the child's surname such as "custom in country."

7. **POLICY:** If the parents desire to use the feminine or masculine form of the father's surname or mother's surname, this is an acceptable request. Two examples: 1) Kokin is the father's surname. The feminine form is Kokina, and 2) Bukovska is the mother's surname and the masculine form is Bukovsky. **A notarized statement of explanation is required from both parents.**

## VI. Mother is <u>not</u> married and <u>names the father</u>.

This means the mother is single, or widowed, or divorced more than 300 days before the birth of the child.

**POLICY:** The mother and the biological father may use the VAOP.

**POLICY** is that the child's surname may be either:
father's surname, **or**
mother's current legal name, **or**
mother's maiden name, **or**
combination of the above.

<u>Power of Attorney</u>: A single mother who has <u>power of attorney</u> for her serviceman who is is being deployed during war or is overseas <u>cannot use the power of attorney</u> to complete the VAOP.

**Question:** **Can parents complete a VAOP before the child is born (i.e., when the biological father is in the military and will be out of the country at time of birth)?**

> **Answer:** The VAOP <u>cannot be signed before the birth</u> and cannot be signed by anyone other than the mother and father.

When using the VAOP, no additional sworn statement is required.

<u>Special Awareness Concerning a Man Acknowledging as Father:</u>

When the birth certificate clerk or the notary public has reason to believe that the named man is <u>not</u> the biological father, however the couple wants to use the VAOP, do <u>not</u> use the form. An example is when a man says "I am not the father but I want to sign the VAOP." The couple should read the wording on the VAOP form in Section V-Affidavit of Father which says, "I certify and acknowledge that <u>I am</u> the father of the child whose name appears in Section I." The VAOP <u>cannot</u> be used as a mode of adopting a child.

For assistance and additional information, see Part VI beginning on page 86 for Voluntary Acknowledgment of Paternity (VAOP).

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 39 of 213 PageID #: 2149

**VII.** **Mother states she was <u>granted a divorce</u> during the 300 days prior to the birth of child and her <u>ex-husband is not the father</u>.**

> **POLICY:** The presumption of parentage (T.C.A. § 36-2-304; see Appendix L, page 143) states that if a mother was married during the 300 days prior to birth, her husband is presumed to be the father of her child. Unless there is a court order stating otherwise, the ex-husband of a woman who has been divorced less than 300 days prior to the date of the child's birth is the legal father of her child and his name must be entered on the birth certificate.

> - ❖ If the mother can provide a <u>certified copy of her divorce decree</u> and it states that her <u>ex-husband is not the father</u> of the child, the ex-husband's name will not be entered in item 11a.
> - ❖ The divorce <u>must be final</u> before the child's birth.
>   The divorce decree <u>must specifically mention the unborn child and the estimated date of birth</u>. Otherwise, the ex-husband's name must be entered on the birth certificate.
> - ❖ It is not the responsibility of the facility personnel to make sure the DNA statement is in the judge's directive court order. The paternity court order should be followed whether or not the judge has stated that the DNA evidence was used in making his/her decision.
> - ❖ If the divorce decree meets the requirements above, the mother and the biological father can use the VAOP.
> - ❖ If the VAOP is not used, and the divorce decree does not specify what the child's surname will be, the child's surname is the mother's legal surname at the time of the birth. The mother's maiden name may be used for the child's surname <u>only</u> if her maiden name was restored at the time the divorce was granted.

**VIII.** **Mother is <u>not</u> married - the biological father is married.**

> **POLICY:** The mother and the biological father may complete the VAOP regardless of the father's marital status.

**IX.** **Mother is divorced more than 300 days and her ex-husband is the father.**

> **POLICY:** The mother and the biological father (ex-husband) may complete the VAOP.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 40 of 213 PageID #: 2150

**X.   The parents are minors and are <u>not</u> married.**

**POLICY:**   The mother and the biological father may complete the VAOP regardless of their ages.  However, the parent of the minor mother or father must also sign the VAOP.

According to T.C.A. § 68-3-305(B) (see copy in Appendix K, page 140), the minor's (under age 18) parent or legal guardian must be present and give consent by signing the VAOP at the time of the completion of the VAOP.

**Emancipation**: If the minor presents the birth certificate clerk with <u>certified</u> court papers declaring freedom (emancipation) from his or her parent(s), the VAOP may be completed without consent of the minor's parent or legal guardian.  The certified court order should be mailed with the birth certificate and VAOP to the Tennessee OVR.  The address is on page v.

**XI.   Mother is <u>not</u> married and the <u>named father died before the birth</u>.**

**POLICY:**   The VAOP <u>cannot</u> be used.

The child's surname is the mother's current legal surname or the mother's maiden name.  The birth certificate clerk cannot add the father's name and his personal information to the birth certificate.

If the mother presents the facility personnel with papers such as a petition to the court or a notarized affidavit, neither document can be used for purposes of listing the deceased's father's name on the birth certificate and VAOP.

The mother can obtain a court order to add the father's name, and change the child's name on the certificate.  The birth certificate clerk cannot use the court order.  The certified copy of the court order must be sent to the Tennessee OVR.

**XII.   Mother is <u>not</u> married and she and the biological father plan to complete the VAOP.**

When the facility is assisting the parents in filing the VAOP by giving the parents extra time to come back to complete the VAOP, the birth certificate clerk should remember that the original birth certificate and VAOP must be filed with the Tennessee OVR <u>within 10 days after the birth.</u>

If the parents are not able to complete the VAOP within 10 days after the child's birth at the facility, the parents should contact the local health department, local child support office, or the Tennessee OVR to assist them with the VAOP.

33

The VAOP may be submitted to the Tennessee OVR any time before the child's 19th birthday. No fee is charged if the paternity form is filed before the child's first birthday.

## XIII. What should be done if <u>either parent changes his or her</u> about using the VAOP, <u>after</u> the form has been accepted in the facility?

**POLICY:** If the original birth certificate and the original signed and sealed VAOP are still in the facility, regardless of whether the certifier has signed the birth certificate, both original documents must be sent to Tennessee OVR. <u>The certifier must sign the birth certificate</u>. Do <u>not</u> destroy the signed and sealed VAOP.

Facility personnel should tell the parent who desires to rescind (cancel) the VAOP that he/she must do so within the 60 day period after the last notarized signature on the paternity form.

The parent can go to the local health department, the local child support office or contact the Tennessee OVR for the rescission form.

See Appendix I, page 135, for the Rescission of Voluntary Acknowledgment of Paternity form and the discussion of the form on page 91.

## Item 2.     SEX

Enter 'male' or 'female.' Do not abbreviate or use other symbols. If sex and name are inconsistent, verify both entries.

If sex cannot be determined after verification with medical records, mother of child, informant, or other sources, enter 'Unknown.'

Purpose of Item: This item aids in identification of the child. It is also used statistically to determine fertility differentials and for making population estimates and projections.

## Item 3.     DATE OF BIRTH (Mo/ Day/Yr)

Enter the month, day, and four digit year of birth.

Enter the full name of the month; January, February, March, etc. Do not use a number or abbreviation to designate the month.

Pay particular attention to the entry of month, day, or year when the birth occurs around midnight or on December 31. Consider a birth at midnight to have occurred at the end of one day rather than the beginning of the next day. Caution should be exercised during the first few months of a year to use the correct <u>year</u> of <u>event.</u>

**If the date of birth is one year or more prior to registration, the parent or other person must submit a request and fee ($7.00 for short form and $12.00 for long form) to the Tennessee OVR to determine whether a certificate has been filed. The facility may <u>not</u> prepare a birth certificate <u>after</u> the child's first birthday. Tennessee OVR will work with the parent(s) to establish a "delayed" Certificate of Birth.**

Purpose of Item: This item records the date of birth of the individual named on the certificate. It is used to establish age for such purposes as school entrance, obtaining a driver's license, and social security benefits. This information is used in conjunction with date last normal menses began to calculate length of gestation, which is used to study survivorship of low-birth-weight and premature infants. It is also used in conjunction with dates of last live birth and other termination to compute intervals between births and pregnancies.

**Item 4.      TIME OF BIRTH** (24 Hour)

Enter the hour and minute of birth using a 24-hour clock (military time).

In cases of plural births, the exact time that each child was delivered should be recorded as the time of birth for that child.

For Siamese twins, enter the exact time of birth on both certificates. Do not enter the word, 'Simultaneous.'

In case of a medically unattended out of facility birth, enter the mother's best estimate of the time of birth. Otherwise, enter 'unknown' in the space.

Purpose of Item: The item documents the exact time of birth for various legal uses, such as the order of birth in plural deliveries. When the birth occurs around midnight, the exact hour and minute may affect the date of birth. For births occurring at the end of the year, the hour and minute affect not only the day but the year of birth, a factor in establishing dependency for income tax purposes. It is also an item of personal interest to the parents.

**PLACE OF BIRTH (Items 5-7)**

Items 5-7 provide detailed information about the place of birth. **If the birth did <u>not</u> occur in Tennessee, do <u>not</u> use a Tennessee Certificate of Live Birth to register the birth**.

For those facilities located near the borders of Tennessee, it is especially important to determine the actual State when the baby was born at home and immediately brought to the facility.

If it is determined the baby was born in a State other than Tennessee, and the mother and child were brought to the facility, the facility personnel does not complete the Tennessee Certificate of Live Birth. The facility personnel should inform the mother to go to the county health department in the State where the child was born. Information from the facility's medical records should be given to the mother which will aid that State in documenting and properly registering the child's State of birth.

When a baby is born in a moving conveyance (car, airplane, ambulance, etc.), the place where it is first removed from the conveyance is considered the place of birth.

Purpose of Items: These items identify the place of birth, which is used to determine U.S. citizenship. Information on the place of occurrence, together with information on the place of residence, is used to evaluate the supply and distribution of obstetrical services.

**Item 5.      FACILITY NAME (If not institution, give street and number)**

Enter the full name of the facility where the birth occurred.

If the birth occurred on a moving conveyance enroute to or on arrival at a facility, enter the full name of the facility where the child was first removed from the conveyance.

The following are additional instructions for Items 5, 6, 7, 12, and 30 when preparing the birth certificate for a baby that was born on arrival (BOA) at the facility:

**Determine if the baby was delivered enroute, that is, was the baby delivered in a vehicle and <u>first</u> removed from the vehicle when they arrived at the hospital?**

**a) If the answer is yes:**
Item 5 should show the name of the hospital as the place of birth, for example: 'Good Health Medical Center.' **Items 6, 7, and 29 (place where birth occurred)** show the facility information.

The hospital designee may sign the certificate as certifier in **Item 12**.

36

**Item 30 (attendant's name and title)** should be the name and title of the person who actually delivered the baby in the vehicle, for example, the EMT, the father, or the neighbor.

b) <u>If the answer is no:</u>

**Item 5** should be the street address of the place where birth occurred, such as 234 Oak Street. This place <u>must</u> be inside the State of Tennessee in order for the Tennessee OVR to accept and file the birth certificate.

**Item 29 (Place where birth occurred)** should describe the place where birth occurred, such as residence or grocery store.

**Items 6 and 7** are the city and county where the birth occurred matching the street address in Item 5.

**Item 12** should be the signature of the physician who examined the baby after the baby was brought to the hospital. If no physician examined the baby, then another person in attendance at or immediately after the birth, such as an EMT, RN, or neighbor should sign as certifier. If there was no one else present, the father or the mother may certify the birth and sign in Item 12, as a last priority. **Item 12** should also include the certifier's printed name and title. **The hospital designee should not sign the certificate as certifier in Item 12.**

**Item 30 (attendant's name and title)** should be the name and title of the person who actually delivered the baby, for example, the EMT, the father, the neghbor, or the mother herself. If the EMT, father, neighbor, or mother signed in Item 12, re-enter that same name in Item 30.

When the baby is born at home, even if the placenta is delivered at a birthing facility, this event is defined as a home birth. **The facility is responsible for preparing the certificate for proper registration.**

When a birth occurs at home and is immediately brought to the facility following the birth, do <u>not</u> instruct the mother to go to the Tennessee county health department in the county of birth for completing the certificate. The facility, whether WinEBC or non-WinEBC is responsible for preparing the birth certificate for proper registration.

When an emergency delivery occurs within a non-WinEBC facility, the facility is responsible for preparing the birth certificate, obtaining the physician's signature, and filing the original certificate with the Tennessee OVR.

If the birth occurred at home, enter the house number and street name of the place where birth occurred.

The words 'Home,' 'Home Delivery,' or 'None' are not acceptable entries in Item 5 for place of birth. Enter the specific address where the delivery occurred.

If the birth occurred at some place other than those described above, enter the number and street of the location. For example, child was delivered at a welcome center in Tennessee, enter the Interstate Number and Exit Number.

Purpose of Item: The facility name is used for follow-up and query programs in the Tennessee OVR and is of historical value to the parents and child. It is also used to produce statistical data by specific facility.

### Item 6.   CITY, TOWN, OR LOCATION OF BIRTH

Enter the name of the city, town, or location where the birth occurred.

For births occurring on a moving conveyance, enter the city, town, or location where the child was first removed from the conveyance. This should be the city or town in which the place named in item 5 is located.

See additional instructions and information in Item 5.

### Item 7.   COUNTY OF BIRTH

Enter the name of the county in Tennessee where the birth occurred.

For births occurring on a moving conveyance, whether in Tennessee or in the United States, enter the Tennessee county where the child was first removed from the conveyance. This should be the county in which the place named in item 5 is located.

See additional instructions and information in Item 5.

### ABOUT THE MOTHER (Items 8-10)

### Item 8a.   MOTHER'S CURRENT LEGAL NAME (First, Middle, Last, Suffix)

Enter the first, middle, and last name of the mother. The middle name may be omitted if the mother so desires. The mother's suffix is appropriate to use in this item.

This is the mother's current legal name at the time of this birth, whatever she considers it to be (i.e., Gayle Sue Smith or Gayle Jones Smith or Gayle J. Smith or Gayle Smith). The facility interviewer or other interviewer should exercise care in securing this name.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 46 of 213 PageID #: 2156

**Item 8b.    MOTHER'S DATE OF BIRTH** (Mo/Day/Yr)

Enter the mother's exact date of birth in the following order: month, day, year.

Enter the month (spelled out), day, and four-digit year of birth.   Do <u>not</u> use a number or abbreviation to designate the month.

If the mother's date of birth is unknown, then enter "unknown."  If part of the date of her birth is unknown, enter the known parts and leave the remaining parts blank.

Purpose of Item:  This item is used to calculate the age of the mother, which is one of the most important factors in the study of childbearing.   Studies have shown a relationship between the health of the child and age of the mother.  This item is also useful for genealogical research.


**Item 8c.    MOTHER'S NAME PRIOR TO FIRST MARRIAGE**
(First, Middle, Last, Suffix)

Enter the last name of the mother as given at birth or adoption, not a name acquired by marriage.  **The mother's name prior to first marriage is the same as her maiden name.**   The mother's suffix is appropriate to use in this item.

Do <u>not</u> leave maiden surname blank even though it is the same last name as in item 8a. Entries of 'None,' 'Same,' and 'N/A' are not acceptable.

When the mother retained her maiden surname after marriage, no notarized statement from parents is required to inform the Tennessee OVR.  The fact that her legal surname in item 8a and maiden surname in item 8c are the same is sufficient.

Purpose of Items:  Items 8a and 8c are used for identification and as documentary evidence of parentage.  The mother's maiden surname is important because it remains consistent throughout her life, in contrast to other names, which may change because of marriage or divorce.


**Item 8d.    MOTHER'S BIRTHPLACE** (State, Territory, or Foreign Country)

Enter the two-letter abbreviation for the U.S. state or foreign country of birth of mother. See Appendixes M and M2, pages 144-145, for the standard abbreviations.  The entire name for this item may be entered.  Do <u>not</u> enter the name of the city or town.

Spell out the name of the foreign country or territory when the name does not appear in Appendix M or M2, pages 144-145.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 47 of 213 PageID #: 2157

U.S. Territories are: Puerto Rico, U.S. Virgin Islands, Guam, American Samoa, and Northern Marianas.

If no information is available regarding place of birth, enter "Unknown."

Purpose of Item: This item provides information on recent immigrant groups, such as Asian and Pacific Islanders, and is used for tracing family histories. It is also used with the U.S. Bureau of the Census data to compare the childbearing of women who were born in the United States with that of foreign-born women.

## MOTHER'S RESIDENCE (Items 9a-9g)

Tennessee is bordered by eight states. Care should be exercised in interviewing the mother and entering correct state and county names in items 9a and 9b.

These items refer to the mother's residence address, not her postal address.

**Do not include post office boxes or rural route numbers.**

The mother's residence is the place where the mother actually resides. The state, county, city, and street address should be the place where the mother's house is located.

Do not enter a temporary residence, such as one used during a visit, business trip, or vacation. Residence for a short time at the home of a relative or friend for the purpose of awaiting the birth of the child is considered temporary and should not be entered here.

Place of residence during a tour of military duty or during attendance at college should be entered as the place of residence.

For mothers who live in a group home, mental institution, penitentiary, or facility for the chronically ill, enter the location of the facility as the mother's residence.

Enter all of the address that is known. For example, a homeless woman could only have a city, county and state entered.

**Item 9a.    RESIDENCE - STATE OR COUNTRY**

Enter the name of the state in which the mother lives. The two-letter abbreviation for the state may be used. See Appendix M and M2 for the standard abbreviation. This may differ from the state in the mailing address.

The state named in item 9a must agree with the county in item 9b.

If the mother is <u>not</u> a resident of the U.S., or its territories, or Canada, print the name of the mother's country of residence.


**Item 9b.    RESIDENCE - COUNTY**

Enter the name of the county in which the mother lives (i.e., where mother's household is located).

The county named must agree with the state in item 9a.

If the mother is not a U.S. resident, enter the country as given by the mother. Otherwise, enter Unknown or enter according to the WinEBC instructions.

If the mother resides in a Canadian province or Canadian territory, enter the name of the province or territory. See Appendix M2 for names of Canadian provinces.


**Item 9c.    RESIDENCE - CITY, TOWN, OR LOCATION**

Enter the name of the city, town, or location where the mother lives. This may differ from the city, town, or location in the mailing address.

| | |
|---|---|
| **Item 9d.** | **RESIDENCE - STREET AND NUMBER** |
| **Item 9e.** | **RESIDENCE - APT. NO.** |
| **Item 9f.** | **RESIDENCE - ZIP CODE** |

Enter the street name and number, apartment or room number, and Zip Code of the place where the mother lives.

For the street name, include any prefixes and directions such as <u>South</u> Main Street, Walker Street <u>NW</u>, etc.

**Item 9g.    RESIDENCE - INSIDE CITY LIMITS?**    ☐ Yes   ☐ No

Check "Yes" if the location entered in item 9c is incorporated and the mother's residence is inside its boundaries. Otherwise, check "No."

41

Purpose of Item: Statistics on births are tabulated by place of residence of the mother. This makes it possible to compute birth rates based on the population residing in the area. Data on births by place of residence of the mother are used to prepare population estimates and projections. These data are used in planning for and evaluating community services and facilities, including maternal and child health programs, schools, etc. Private businesses and industries also use these data for estimating demands for services..

**Item 10.**    **MOTHER'S MAILING ADDRESS**    ☐ Same as residence, or:

_____

Street and Number   Apt. No   City   State or Country   Zip Code

If the mother's mailing address is the same as her residence, check the box "Same as residence." If her residence is not the same, enter the mailing address of the mother.

It is important to distinguish between the mother's mailing address and her residence address because each serves a different purpose. They are not substitutes for one another.

The mailing address is used to mail the child's Social Security card if the parent requested such.

**~~ WinEBC tip ~~ An accurate mailing address is critical so that parents will receive their newborn's Social Security Number issued through Enumeration at Birth Project (EAB).**

In a certain WinEBCTip, the Tennessee OVR called attention to a reporting problem that occurred in the mailing address for the 2004 births. The ~~ **WinEBC tip** ~~ was written as follows: "A post office box number was keyed, but 'PO Box' was not keyed. To enter an address correctly if the only given address is a PO Box ###, place a question mark in the Street Number text field. In the Street Name text field, enter 'PO Box ###.' When the mailing address is a PO Box, place a check mark in the box next to 'Check if P.O. Box."

When necessary, the mailing address may also be used by the facility personnel to mail the Mother's Copy of the birth certificate to her.

**ABOUT THE FATHER (Item 11a-11c)**

**Item 11a.   FATHER'S CURRENT LEGAL NAME** (First, Middle, Last, Suffix)

Enter the first, middle, and last name of the father.

Entries of Jr., Sr., II, etc. following the last name are acceptable.

In general, if the child was:

- ♦ born to a mother who was married at the time of birth, conception or at anytime between to the natural father, enter the name of her husband.

- ♦ conceived in wedlock but born less than 300 days after a divorce was granted or after the husband died, enter the name of the mother's divorced or deceased husband. This is in accordance with T.C.A. § 68-3-305(a); see copy of law in Appendix K, page 140.

For further assistance in determining whether to add the father's name, which is based on the mother's marital status, refer to pages 25-34 in this handbook. Also, reference can be made to the hospital training manual that was distributed by the Tennessee Paternity Acknowledgment Program.

If the mother is not married and the VAOP, signed by both parents is submitted at same time as the birth certificate, all personal data pertaining to the father may be shown.

Purpose of Item: This item is used for identification and as documentary evidence of parentage.


**Item 11b.   FATHER'S DATE OF BIRTH** (Mo/Day/Yr)

Enter the father's exact date of birth in the following order: month, day, year.

Print or type the month (spelled out), day, and four-digit year of birth.   Do <u>not</u> use a number or abbreviation to designate the month.

If the father's date of birth is unknown, then print 'unknown.' If part of the date of birth is unknown, enter the known parts and leave the remaining parts blank.

Make no entry for father's date of birth  if the father's name is not entered in item 11a.

Purpose of Item: This item is used to calculate the age of the father, which is used in the study of childbearing, health, and genealogical research.

43

**Item 11c.   FATHER'S BIRTHPLACE** (State, Territory, or Foreign Country)

Enter the two-letter abbreviation for the U.S. state or foreign country of birth of father. See Appendixes M and M2 (pages 144-145) for the standard abbreviations. The entire name for this item may be entered. Do <u>not</u> enter the name of the city or town.

Spell out the name of the foreign country or territory when the name does not appear in Appendixes M and M2 (pages 144-145).

U.S. Territories are:  Puerto Rico, U.S. Virgin Islands, Guam, American Samoa, and Northern Marianas.

If no information is available regarding place of birth, enter 'unknown.'

Make no entry for father's birthplace if the father's name is not entered in item I1a.

Purpose of Item:  This item provides information on recent immigrant groups, such as Asian and Pacific Islanders, and is used for tracing family histories.


## CERTIFIER'S SIGNATURE AND DATE CERTIFIED (Item 12)

### Item 12.   CERTIFIER'S SIGNATURE

The individual who signs in Item 12 for a delivery in a facility may be, <u>but need not be</u>, the same as the attendant at birth (Item 30).

When a birth <u>occurs in a facility or enroute thereto</u>, T.C.A. § 68-3-302 requires the facility's administrator to designate the person(s) to certify (sign) the birth certificate in Item 12.

It is required that a signed form which lists the hospital designee(s) name must be on file with the Tennessee OVR.  The Tennessee OVR should be notified when a name is to be added or deleted from the list.  See Appendix Y, page 182, for a method of informing the Tennessee OVR of the designee's name, or the facility personnel may use the facility's letterhead.  In all cases the request must be signed by the supervisor of the birth certificate clerk (i.e., medical records director, labor and delivery manager, etc.).

When a WinEBC facility's staff person signs the certificate and the name is not on the Tennessee OVR designated certifier list for that facility, the certificate must be re-printed.  This does <u>not</u> pertain to the physician or certified nurse midwife who actually delivered the child.  They may sign any certificate for a child they delivered provided the certificate is filed within 10 days of the birth.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 52 of 213 PageID #: 2162

If a registered nurse or chief of obstetrics did not deliver the baby, he/she may sign as certifier in Item 12 whether or not his/her name is on file with the Tennessee OVR.

When the birth occurs outside a facility, and the mother and baby are immediately brought to the facility, the birth certificate shall be prepared by the facility personnel and signed within the required 72 hours. The certificate should be signed by one of the following in the indicated order of priority:

1) The physician in attendance at or immediately after the birth, or in the absence of such person;

2) Any other person in attendance at or immediately after the birth, or in absence of such person; or

3) The father, the mother, or, in the absence of the father and inability of the mother, the person in charge of the premises where the birth occurred.

See additional instructions and information in Item 5 concerning who should sign the certificate for the baby that is born on arrival (BOA) at the facility, or was delivered outside a facility and brought to the facility.

If the certifier mistakenly signs in an item other than 12, the certificate must be re-typed or re-printed.

Rubber stamps, electronic signatures or other facsimile signatures are not permitted. Use black or blue/black ink.

## Item 12.     CERTIFIER'S DATE SIGNED (Mo/Day/Yr)

Enter the month, day, and year the certifier signed the completed certificate.

It is acceptable for the certifier to handwrite the date in numbers or for the facility staff to enter the date.

See additional instructions and information in Item 5.

Purpose of Item: The certification validates the accuracy of the date, time, and place of birth of the child recorded on the certificate.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 53 of 213 PageID #: 2163

**Item 12.     CERTIFIER'S TITLE AND PRINTED NAME**

☐ MD     ☐ DO     ☐ Hospital Designee     ☐ CNM/CM     ☐ CPM
☐ Other Midwife     ☐ Other, Specify _____

Certifier's Printed Name _____

Check the appropriate box to identify the title of the person whose signature appears in Item 12.

See additional instructions and information in Item 5.

MD = doctor of medicine, DO = doctor of osteopathy, CNM/CM = certified nurse midwife, CPM = certified professional midwife. Other midwives should be identified as 'Other Midwife.' If 'Other, Specify' is checked, type or print the title of the certifier on the line provided (i.e., father, mother, RN, LPN, Nurse, EMS technician).

Enter in the 'Certifier's Printed Name' item the name of the individual who certified that the birth occurred.

Purpose of Item: This item provides information about the certifier and indicates the type of person who attended the birth when the certifier is the attendant.


**REGISTRAR (Items 13-14)**

**Item 13.     REGISTRAR'S SIGNATURE**

When the WinEBC or non-WinEBC original document is received in the Tennessee OVR, the deputy registrar reviews and signs the certificate.

When the birth occurred in WinEBC or non-WinEBC facilities, there is no general authorization for local/deputy registrars in county health departments to sign birth certificates for their relatives or friends. Original birth certificates sent from the facility to the Tennessee OVR are to be signed by one of the deputy registrars in the Tennessee OVR. Note: If the birth certificate clerk is asked permission for the local/deputy registrar in the particular county health department to sign, the birth certificate clerk should call 615-532-2644 or 615-532-2677.

When the birth occurred at home and the birth certificate was filed in the county health department, the local or deputy registrar signs in Item 13 and dates in Item 14, when the certificate is accepted for filing. Use black or blue/black ink to sign/date.

The local or deputy registrar signs certificates only for those home births occurring in his/her jurisdiction (county).

If the certifier inadvertently signed in Item 13 or any item other than Item 12, retype or reprint the certificate.

Purpose of Item: The signature documents the fact that the certificate has been accepted by and filed with the registrar.

## Item 14.    DATE FILED BY REGISTRAR (Mo/Day/Yr)

This item is completed by the Tennessee OVR deputy registrar or the county's local or deputy registrar when the certificate is filed. Do not use numbers for the month. Spell out or abbreviate the name of the month. A date stamp is acceptable; exercise caution.

Purpose of Item: This item documents whether the certificate was filed within the time period specified by law.

## LOWER PORTION OF THE BIRTH CERTIFICATE (Items 15-62)

The lower portion of the Certificate of Live Birth contains information that is used for medical and health studies only. Items 15-62 are excluded from certified copies of the certificate.

Purpose of Items: These data, along with selected items from the upper portion of the certificate, are essential in planning and evaluating a wide range of health activities including various aspects of maternal and child health programs.

## Item 15.    MOTHER'S MEDICAL RECORD NO.

Enter the mother's medical record number from the Facility Worksheet or the mother's prenatal records or from other medical reports that are in her chart.

Purpose of Item: This item identifies the mother's record and assists in matching with the child's record when date verification is required.

## Item 16.    CHILD'S MEDICAL RECORD NO.

Enter the child's medical record number from the Facility Worksheet or other source in the facility. A note of information is that the Child's Medical Record No. is also on the Newborn Screening Card (Filter Card).

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 55 of 213 PageID #: 2165

Purpose of Item: This item identifies the birth record and assists when data verification is required.

## Item 17.    NEWBORN SCREENING SPECIMEN CONTROL NO.

Enter the newborn screening specimen control number (SCN) (frequently called PKU) which is an alphabetic character followed by 6 digits. The nurse or nursery clerk should provide the number to the birth certificate clerk.

When the SCN needs to be re-processed, generally use the first SCN number because the second number may not be known in the timeframe for processing the certificate.

Purpose of Item: This item is provided so that genetic screening (SCN) may be matched with birth certificate numbers thereby providing public health information about children who need to be followed.

## Item 18.    FACILITY ID (NPI)

Print the facility's National Provider Identification Number (NPI).

For WinEBC, if the facility has a NPI, the item will automatically complete based on the facility code assigned through the WinEBC.

For home births or births in non-WinEBC facilities, the NPI may be left blank. However, if as a health care provider the attendant has a NPI, the number should be entered.

## Item 19.    MOTHER MARRIED AT BIRTH, CONCEPTION, OR ANY TIME BETWEEN?    ☐ Yes  ☐ No

IF NO, HAS PATERNITY ACKNOWLEDGMENT FORM BEEN COMPLETED?    ☐ Yes  ☐ No

POLICY:    Regardless of whether the mother is separated from her husband or is in the process of getting a divorce, the mother is considered to be married.

If the mother is married or is in the process of getting a divorce or has been <u>divorced less than 300 days before the birth</u> of the child, her husband/ex-husband is presumed to be the legal father of the child. This is in accordance with the Tennessee Code Annotated § 36-2-304 (see copy in Appendix L, page 143). **Another man cannot be entered on the birth certificate as the father. The VAOP cannot be used.** Refer to pages 25-34 for additional information concerning mother's martial status. A copy of the TCA § 36-2-304 may be given to the parent(s).

48

Enter 'Yes' if the mother was married at the time of conception, at the time of birth, or at any time between conception and birth.

Enter 'Yes' if the mother has been divorced <u>less than 300 days at the time of the birth</u>. Her ex-husband is the presumed legal father according to T.C.A. § 36-2-304 (presumption of parentage).

Enter 'No' only if the mother is not married. If she has been <u>divorced more than 300 days before the birth of the child</u>, enter "No".

If the 'No' box is checked for mother married, and the VAOP has been signed, check the 'Yes' box for the acknowledgment of paternity. Otherwise check the 'No' box.

Purpose of Item: This information is used to monitor the substantial differences in health and fertility between married and unmarried women. It enables the study of health problems encountered during and after pregnancies of unmarried women. This information allows researchers to measure medical risk factors of out-of-wedlock children and their mothers. These children tend to have lower birth weight and higher infant mortality, and they may be born to mothers with less prenatal care. Because of these differences, unmarried women and their babies are more likely to require additional health services.

This item is also a check to ensure that paternity information is only added in those cases when the mother is married or when an unmarried mother and the child's father have a right to a VAOP.


## SOCIAL SECURITY CARD INFORMATION FOR PARENT(S) (Item 20)

The Tennessee Department of Health participates with the Federal Social Security Administration (SSA) in the Enumeration at Birth Project (EAB). The project involves submission of computerized records concerning specific information from the birth certificate to the SSA. The SSA then automatically issues the newborn a Social Security Number (SSN) and mails the social security card directly to the child's parent's address that was entered in Item 10.


**Item 20.** **SOCIAL SECURITY CARD REQUESTED FOR CHILD?** ☐ Yes ☐ No

Check 'Yes' or 'No' based on the mother's response on the signed Mother's Worksheet.

If the child died, and is <u>named</u>, the parent(s) may request a social security card for the child.

The proper applicant for issuance of a SSN through the EAB is the parent.

If the adoption agency or adopting family asks that the social security card be mailed to them, this is <u>not</u> an acceptable request. This request cannot be handled through the EAB. The requesting party will need to make application for the card at the local SSA office.

**Items 21 and 22    PARENTS' SOCIAL SECURITY NUMBERS**

**Item 21.    MOTHER'S SOCIAL SECURITY NO.**
**Item 22.    FATHER'S SOCIAL SECURITY NO.**

Enter the full nine-digit Social Security Number for the mother and of the father of this child obtained from the parent(s) on the signed Mother's Worksheet. This item should be completed for the mother on all certificates and for the father in all cases where the name of the father is shown on the certificate in item 11.

Every effort should be made to provide the social security numbers of the mother and father (if named). If the parent absolutely refuses to provide the number, enter 'refused' in the appropriate space.

If either parent has no social security number, enter 'None' in item 21 and/or item 22. If the social security numbers are not obtained by the time the certificate should be filed, enter 'N/A' or 'Not Available.'

Directive for Item: The Federal Welfare Reform Act of 1988 requires the Tennessee OVR to collect the parents' social security numbers at the time of birth registration.

**Items 23 and 26 - PARENTS' EDUCATION** (Check the box that best describes the highest degree or level of school completed at the time of delivery)

- [ ] 8th grade or less
- [ ] 9th – 12th grade, no diploma
- [ ] High school graduate or GED completed
- [ ] Some college credit but no degree
- [ ] Associate degree (e.g. AA, AS)
- [ ] Bachelor's degree (i.e. BA, AB, BS)
- [ ] Master's degree (e.g. MA, MS, MEng, MEd, MSW, MBA)
- [ ] Doctorate (e.g. PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD)
- [ ] Unknown

**Item 23.     MOTHER**
**Item 26.     FATHER**

Based on the mother's and/or father's response on the signed worksheet, check the appropriate box in the listing on the certificate. If the mother leaves the item blank on the worksheet and the person completing the certificate is unable to contact her, check "Unknown."

Make no entry in item 26 if the father's name is not entered in item 11a.

Purpose of Item: Education is correlated with fertility and birth outcome, and is used as an indicator or socioeconomic status. It is used to measure the effect of education and socioeconomic status on health, childbearing, and infant mortality.


**Items 24 and 27  -   PARENTS' OF HISPANIC ORIGIN?**  (Check the box that best describes whether the parents are Spanish/Hispanic/Latina or Latino. Check the "No" box if the parent is not Spanish/Hispanic/Latina or Latino)

- ☐  No, not Spanish/Hispanic/Latina or Latino
- ☐  Yes, Mexican, Mexican American, Chicana
- ☐  Yes, Puerto Rican
- ☐  Yes,  Cuban
- ☐  Yes, other Spanish/Hispanic/Latina or Latino
    Specify _____
- ☐  Unknown

**Item 24.     MOTHER**
**Item 27.     FATHER**

Based on the mother's or father's response on the signed worksheet, select the corresponding checkbox on the certificate and fill in any literal (written) responses. The entry in this item should reflect the response of the parent(s).

Item 24 should be checked for the mother on all certificates.

Item 27 should be checked for the father in all cases where the name of the father is shown in Item 11a.

See Appendix N, page 146, for a listing of Hispanic Origin - Other Entries Reported on Certificates and Reports.

Enter the response in this space even if it is not a Hispanic origin.

If an ethnic origin not on the list is indicated, record it in the 'Specify' space.

51

This item is not a part of the Race item. A person of Hispanic origin may be of any race. Each question, Race and Hispanic Origin, should be asked independently.

If no response to the Hispanic Origin question, check 'Unknown.'

For the purposes of this item, 'Hispanic' refers to those people whose origins are from Spain, Mexico, or the Spanish-speaking countries of Central or South America. Origin can be viewed as the ancestry, nationality, lineage, or country in which the person or his or her ancestors were born before their arrival in the United States.

Purpose of Item: Hispanics are the nation's largest minority group. This item provides data to measure differences in fertility and pregnancy outcome as well as variations in health care for people of Hispanic and non-Hispanic origin. Collection of data on persons of Hispanic origin make it possible to obtain valid demographic and health information on this important group of Americans.

**Items 25a-b and 28a-b    PARENTS' RACE** (Check one or more races to indicate what the parent considers herself/himself to be)

- ☐ White
- ☐ Black or African American
- ☐ American Indian or Alaska Native
  Name of the enrolled or principle tribe _____
- ☐ Asian Indian
- ☐ Chinese
- ☐ Filipino
- ☐ Japanese
- ☐ Korean
- ☐ Vietnamese
- ☐ Other Asian, Specify _____
- ☐ Native Hawaiian
- ☐ Guamanian or Chamorro
- ☐ Samoan
- ☐ Other Pacific Islander, Specify _____
- ☐ Other, Specify _____
- ☐ Unknown

**25b. and 28b.    Which of the above does the mother/father consider her/his primary race?** _____

**Item 25a.    MOTHER**
**Item 28b.    FATHER**

Based on the mother's or father's response on the signed worksheet, select all the corresponding checkboxes on the certificate and complete exactly as given. For example, if both 'Black' and 'Chinese' are checked, select both responses.

The entry in this item should reflect the response of the parent(s).  **The entry of race should not be based on observation.**

See Appendix O, page 147, for a listing of Race-Other Entries Reported on Certificates and Reports.  If the mother or father reports their race to be one of the races in this listing, enter the race as reported.

Item 25a and 25b should be checked for the mother on all certificates.

Item 28a and 28b should be checked for the father in all cases where the name of the father is shown in Item 11a.

There is no set rule as to how many generations are to be taken into account in determining race.  The response is to reflect the racial group with which the parents identify.

Spell out the name of race for the 'Other, Specify' checkboxes.

If no response to the race question, check 'Unknown.'

Purpose of Item:  Information concerning race is essential in producing data for minority groups.  It is used to study racial variations in childbearing, disparity issues, access to health care, and the pregnancy outcomes (infant mortality and birth weight).  Race is an important variable in planning for, and evaluating the effectiveness of health programs, and in preparing population estimates.

**Item 29.**    **PLACE WHERE BIRTH OCCURRED**

☐ Hospital
☐ Freestanding birthing center
☐ Home Birth:  Planned to deliver at home?  ☐ Yes    ☐ No
☐ Clinic/Doctor's office
☐ Other, Specify _____

Check the box that best describes the type of place where the birth occurred.

If 'Home Birth' is checked, check the box for whether the home birth was planned.

If the type of place is not known, type or print 'unknown' in the 'Other, Specify' space.

**Item 30.**    **ATTENDANT'S NAME, TITLE, AND NPI**
Name: _____

Title: ☐ MD    ☐ DO      ☐ CNM/CM    ☐ CPM
☐ Other Midwife    ☐ Other, Specify _____
NPI: _____

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 61 of 213 PageID #: 2171

The attendant at birth is defined as the individual physically present at the delivery who is responsible for the delivery. For example, if an intern or nurse-midwife delivers an infant under the supervision of an obstetrician who is present in the delivery room, the obstetrician is to be reported as the attendant. If the obstetrician is not physically present, the intern or nurse midwife should be reported as the attendant.

When the person who signed in item 12 (certifier) was not the attendant at birth, enter the name of the person in attendance at birth on the line provided, and check the appropriate box to identify his or her title. MD = doctor of medicine, DO = doctor of osteopathy, CNM/CM = certified nurse midwife, CPM = certified professional midwife. Other midwives should be identified as "Other Midwife." If "Other (Specify)" is checked, type or print the title of the attendant on the line provided (i.e., RN, LPN, nurse, father, mother, EMS technician, police officer, fireman, etc.).

If the birth did not occur in a facility, the attendant or certifier should complete Item 30.

The NPI is the National Provider Identification Number. If the attendant does not have an NPI number, enter 'None.' If the attendant should have an NPI number but it is unknown, enter 'Unknown.'

Purpose of Item: The attendant's name is important in case of queries. The title provides information on the type of attendant, which is used to assess the service rendered. This information will permit separate identification of deliveries attended by certified nurse midwives, certified professional midwives, and other midwives.

## Item 31. MOTHER TRANSFERRED FOR MATERNAL MEDICAL OR FETAL INDICATIONS FOR DELIVERY? ☐ Yes ☐ No
If yes, enter name of facility mother transferred from: _____

Transfer includes hospital to hospital or birthing facility to facility.

Check 'Yes' if the mother was transferred from one hospital or birthing facility to another facility before the child was delivered. If the mother was transferred before delivery, enter the name of the facility and location from which she was transferred.

If the mother was transferred more than once, enter the name of the last facility and location from which she was transferred.

Check 'No' if this is the first facility the mother was admitted to for delivery.

Check 'No' if the mother was transferred from home, a doctor's office, jail, health department clinic, or such like.

Purpose of Item: This information is used to study transfer patterns and determine whether timely identification and movement of high-risk patients is occurring.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 62 of 213 PageID #: 2172

**Items 32-34    MOTHER'S PRENATAL CARE**

Information for Items 32-34 should come from the mother's prenatal care record and from other medical reports in the mother's chart such as at the local health department, as well as the infant's medical record. If the mother's prenatal care record is not in her hospital chart, contact should be made with her prenatal care provider to obtain the record, or a copy of the prenatal care information. Do not provide information from sources other than the medical records.

**Item 32.     DID THE MOTHER RECEIVE PRENATAL CARE?**    ☐ Yes    ☐ No

Check the appropriate box for this item.

Purpose of Item: This information is used to determine the relationship of prenatal care to the health of the child at birth.

**Item 33.     TOTAL NUMBER OF PRENATAL VISITS FOR THIS PREGNANCY**

_____
(If none, enter 0)

Enter the total number of visits made for medical supervision of the pregnancy by a physician, local health department clinic, or other health care provider during the pregnancy.

If the mother had no prenatal care, enter '0' in the space. Note: The 'No' box should be checked in Item 32.

If the mother had prenatal care but the number of visits is not known, enter 'Unknown' in the space.

**Item 34a.     DATE OF FIRST PRENATAL CARE VISIT**    __ __ / __ __ / __ __ __ __
                                                        M M   D D   Y Y Y Y

This date should be the date a physician or other health care professional first examined and/or counseled the pregnant woman for the pregnancy, and that is in the patient's records.

Enter the month, day, and year of the first prenatal care visit.

Obtain the information from the patient's records or outpatient physician.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 63 of 213 PageID #: 2173

When records are not available for date of first prenatal care visit, obtain the information from the mother. Work with the mother to remember year, then work with her to recall the month. Finally, see if she can remember the day. Record that information in the item for date of first prenatal care visit.

If the mother is unable to supply the information, complete all parts of the date that are available; leave the rest blank.

If it is not known whether the mother had prenatal care, or if she had care but the date of the first visit is not known, enter 'Unknown.'

If the mother had no prenatal care, check the 'No' box in Item 32.


**Item 34b.**    **DATE OF LAST PRENATAL CARE VISIT**    __ __ / __ __ / __ __ __ __
                                                               M M   D D   Y Y Y Y

Enter the month, day, and year of the last prenatal care visit recorded in the records.

Complete all parts of the date that are available; leave the rest blank.

If it is not known whether the mother had prenatal care, or if she had care but the date of the last visit is not known, enter 'Unknown.'

If the mother had no prenatal care, check the 'No' box in Item 32.


**Item 35.**    **MOTHER'S HEIGHT** _____ (feet/inches)

Enter the mother's height in feet and inches. If the record indicates height in fractions such as 5 feet 6 ½ inches, enter 5 feet, 6 inches.

If the mother's height is unknown, enter 'Unknown' in the space.

Information for this item should be obtained from the mother's medical chart or the physician. If the medical chart is not available or does not include this information, and the physician is unavailable, the mother should be asked to respond to this item.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 64 of 213 PageID #: 2174

**Item 36.    MOTHER'S PREPREGNANCY WEIGHT _____ (pounds)**

Enter weight in whole pounds only. Do not include fractions. For example, enter 140 ½ pounds as 140.

If the mother's prepregnancy weight is unknown, enter 'Unknown' in the space.

Information for this item should be obtained from the mother's medical chart or the physician. If the medical chart is not available or does not include this information, and the physician is unavailable, the mother should be asked to respond to this item.

**Item 37.    MOTHER'S WEIGHT AT DELIVERY _____ (pounds)**

Enter the mother's delivery weight in whole pounds only. Do not include fractions.

If the mother's delivery weight is unknown, enter 'unknown' in the space.

Information for this item should be obtained from the mother's medical chart or the physician. If the medical chart is not available or does not include this information, and the physician is unavailable, the mother should be asked to respond to this item.

**Item 38.    DID MOTHER GET WIC FOOD FOR HERSELF DURING THIS PREGNANCY?    ☐ Yes    ☐ No**

This item is to be completed based on information obtained from the mother's response on the signed worksheet. Either the 'Yes' or 'No' box must be checked.

If the Mother's Worksheet indicates 'unknown,' enter 'unknown.

**Items 39-40    PREGNANCY HISTORY (Complete each section)**

When birth certificates or fetal death reports are prepared for a plural delivery, items 39-40 on the birth certificate of the first-born should <u>not</u> include any of the other deliveries from this pregnancy.

- If this child is a first twin, information regarding the second twin is <u>not</u> to be recorded in birth certificate items 39a-c.
- For the certificate of live birth or report of fetal death of the second-born, these items should include information about the first-born of the plural delivery.
- Similarly, for the third-born, these items should include information about the first- and second- born, and so on.

**Items 39a-c  NUMBER OF PREVIOUS LIVE BIRTHS**     (Do <u>not</u> include this child)

**Item 39a.     Now living** _____     ☐ None

Enter the number of live births which occurred to this mother <u>prior to the birth of this child</u>, and who are still living.  Do <u>not</u> include this child.  Do not include children by adoption.

If this was a multiple delivery, include all live born infants who preceded the live born infant in this delivery.  If this child was first born in a multiple delivery, do not include this infant.  If second born, include the first born, etc.

Check 'None' if this is the first live birth to this mother or if all previous children are dead.

**Item 39b.     Now dead** _____     ☐ None

Enter the number of live births which occurred to this mother <u>prior to the birth of</u> <u>this child</u>, and who are no longer living.  Do not include this child.  Do not include children by adoption.

If this was a multiple delivery, include all live born infants who preceded the live born infant in this delivery.  If this child was first born in a multiple delivery, do not include this infant.  If second born, include the first born, etc.

Check 'None' if this is the first live birth to this mother or if all previous children are still living.

**Item 39c.     Date of last live birth**     __ __ / __ __ __ __
                                            M M   Y Y Y Y

Enter the date (month and year) of birth of the last live born child of the mother.

If this certificate is for the second birth of a twin set, enter the date of birth for the first baby of the set, if it was born alive.  Similarly, for triplets or other multiple births, enter the date of birth of the previous live birth of the set.

If all previously born members of a multiple set were born dead, enter the date of the mother's last delivery that resulted in a live birth.

Enter 'None' if the mother has not had a previous live birth.  Do not leave this item blank.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 66 of 213 PageID #: 2176

## Item 40.    NUMBER OF OTHER PREGNANCY OUTCOMES

**Item 40a.    Other outcomes** _____    ☐ None

Enter the number of fetuses that were delivered dead regardless of the length of gestation.  Include each recognized loss of a product of conception, such as ectopic pregnancy, miscarriage, stillbirth, spontaneous abortion, or induced abortion.

Check 'None' if this is the first pregnancy for this mother or if all previous pregnancies resulted in live-born infants.

If it is unknown if there were other pregnancy outcomes, enter 'unknown.'

**Item 40b.    Date of last other pregnancy outcome**   $\frac{\quad\quad}{\text{M M}} / \frac{\quad\quad\quad\quad}{\text{Y Y Y Y}}$

Enter the date (month and year) of the last other pregnancy outcome that was not a live birth regardless of the length of gestation.

If this certificate is for the second birth of a twin set and the first was born dead, enter the date of delivery of that fetus.  Similarly, for other multiple births, if any previous member of the set was born dead, enter the date of delivery of that fetus.

If all previously born members of a multiple set was born alive, enter the date of the mother's last delivery that resulted in a fetal death.

If the mother has never had an other pregnancy outcome, enter 'None.'  Do not leave this item blank.

Purpose of Items:  These items are used to determine live-birth order and total-birth order, which are important in studying trends in childbearing and child spacing.  They are also useful in studying health problems associated with birth order - for example, first births to older women - and determining the relationship of birth order to infant and perinatal mortality.

In studying child spacing, the dates of last live birth and other terminations are used to compute the intervals between live births and fetal deaths and between pregnancies.  This information allows researchers to measure known risk factors associated with the mother's previous pregnancies, such as prior fetal loss, short interpregnancy interval, and high parity.

**Item 41.**  **DATE LAST NORMAL MENSES BEGAN**   $\overline{\underline{M}\ \underline{M}}\ /\ \overline{\underline{D}\ \underline{D}}\ /\ \overline{\underline{Y}\ \underline{Y}\ \underline{Y}\ \underline{Y}}$

Enter the complete date (month, day, and year) of the beginning of the mother's last normal menstrual period. This information may be obtained from the physician, facility worksheet, medical records, etc.

When records are not available for date last normal menses began, obtain the information from the mother. Work with the mother to remember the year, then work with her to recall the month. Finally, see if she can remember the day. Record that information in the item for date last normal menses began.

If the mother is unable to supply the information, complete all parts of the date that are available; leave the rest blank.

Enter 'unknown' if the complete date cannot be determined. Do not leave this item blank.

Purpose of Item: This item is used in conjunction with the date of birth to determine the length of gestation, which is closely related to infant morbidity and mortality. Length of gestation is linked with birth weight to determine the maturity of the child at birth.

**Item 42.**  **PRINCIPLE SOURCE OF PAYMENT FOR THIS DELIVERY**

- ☐ Private Insurance
- ☐ Medicaid/TennCare
- ☐ Self-pay
- ☐ Other, Specify: _____

This item should be completed by the facility's staff person.

If the birth did not occur in a facility, the attendant or certifer should complete it.

Check the one box that best describes the principal source of payment for this delivery.

If the 'Other, Specify' box is selected, specify the payer.

If the principal source of payment is not known, enter 'unknown' in the space.

Purpose of Item: This item is strongly associated with pregnancy outcomes among payment categories. The Medicaid/TennCare response will provide a measure of socioeconomic status, as well as an indication of program participation.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 68 of 213 PageID #: 2178

**Item 43.**     **CIGARETTE SMOKING BEFORE AND DURING PREGNANCY**
For each time period, enter either the number of cigarettes or the number of packs of cigarettes smoked. If none, enter "0."

**Average number of cigarettes or packs of cigarettes smoked per day**

|  | # of cigarettes |  | # of packs |
|---|---|---|---|
| Three Months Before Pregnancy | _____ | or | _____ |
| First Three Months of Pregnancy | _____ | or | _____ |
| Second Three Months of Pregnancy | _____ | or | _____ |
| Last Three Months of Pregnancy | _____ | or | _____ |

This item is to be completed by the facility based on information obtained from the mother.

If the birth did not occur in a facility, it is to be completed by the attendant based on information obtained from the mother.

As noted above, the instruction by the Item 43 and item name is 'For each time period, enter either the number of cigarettes or the number of packs of cigarettes smoked.' If none, enter '0.'

The Mother's Worksheet gives the instruction to the mother as: "How many cigarettes OR packs of cigarettes did you smoke on an average day during each of the following time periods? If you NEVER smoked, enter zero for each time period." The entry of 'unknown' is not an acceptable entry.

Purpose of Item: Higher quality cigarette smoking data are possible by collecting in trimesters. It also helps evaluate the health impact of changes in smoking at different points in the pregnancy.


**Items 44-50 MEDICAL AND HEALTH INFORMATION - CHECKBOX ITEMS**

Information regarding risk factors in this pregnancy, infections present and/or treated during this pregnancy, obstetric procedures, onset of labor, characteristics of labor and delivery, method of delivery, and maternal morbidity are to be completed by the attendant or the attendant's designated representative.

- The use of the Facility Worksheet (Appendix D, page 128) is encouraged.

- Do **not** give the birth certificate or a worksheet to the mother, father, or guardian to complete items 44-50.

Review each checkbox listed, and carefully check the appropriate box(es). Clearly check the box.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 69 of 213 PageID #: 2179

**Item 44.**    **RISK FACTORS IN THIS PREGNANCY** (Check all that apply)

Diabetes
- [ ] Prepregnancy (Diagnosis prior to this pregnancy)
- [ ] Gestational (Diagnosis in this pregnancy)

Hypertension
- [ ] Prepregnancy (Chronic)
- [ ] Gestational (PIH, preeclampsia, eclampsia)
- [ ] Previous preterm birth
- [ ] Other previous poor pregnancy outcome (includes perinatal death, small for gestational age/intrauterine growth restricted birth)
- [ ] Vaginal bleeding during this pregnancy prior to the onset of labor
- [ ] Pregnancy resulted from infertility treatment
- [ ] Mother had a previous cesarean delivery.
  If yes, how many _____
- [ ] None of the above

The mother may have more than one risk factor. Check all that apply.

Information for this item should be obtained from the mother's medical chart or the physician. If the medical chart is not available or does not include this information, and the physician is unavailable, the mother should be asked to respond to these items.

If the mother had none of the risk factors, check the "None of the above" box. <u>Do not leave the item blank.</u>

The following definitions of the risk factors in this pregnancy may be used as information guides:

<u>Diabetes (prepregnancy):</u> Glucose intolerance requiring treatment diagnosed prior to this pregnancy.

<u>Diabetes (gestational):</u> Glucose intolerance requiring treatment diagnosed during this pregnancy.

<u>Hypertension (prepregnancy)(Chronic):</u> Elevation of blood pressure above normal for age, gender, and physiological condition <u>diagnosed prior to the onset of this pregnancy</u>.

<u>Hypertension (gestational)(PIH, preeclampsia, eclampsia):</u> Elevation of blood pressure above normal for age, gender, and physiological condition <u>diagnosed during this pregnancy</u>. May include proteinuria (protein in the urine) <u>without</u> seizures or coma and pathologic edema (generalized swelling, including swelling of the hands, legs and face). Eclampsia is <u>with</u> proteinuria with generalized seizures or coma. May include pathologic edema.

<u>Previous preterm birth:</u> History of pregnancy(ies) terminating in a live birth of less than 37 completed weeks of gestation.

<u>Other previous poor pregnancy outcome (includes perinatal death, small for gestational age/intrauterine growth restricted birth):</u> History of pregnancies continuing into the 20th week of gestation (post menstrual age) and resulting in any of the listed outcomes. Perinatal death includes fetal and neonatal deaths.

Vaginal bleeding during this pregnancy prior to the onset of labor: Any reported or observed bleeding per vaginum at any time in the pregnancy presenting prior to the onset of labor.

Pregnancy resulted from infertility treatment: Any assisted reproduction technique, artificial insemination, drugs (e.g., Clomid, Pergonal), or technical procedures (e.g., in-vitro fertilization) used to initiate the pregnancy.

Previous cesarean: Previous operative delivery in which the fetus is extracted through an incision in the maternal abdominal and uterine walls.

Purpose of Item: This information allows for the identification of specific maternal conditions that are often predictive of poor maternal and infant outcome. It can be used for planning intervention and prevention strategies.

## Item 45. INFECTIONS PRESENT AND/OR TREATED DURING THIS PREGNANCY
(Check all that apply)

- ☐ Gonorrhea
- ☐ Syphilis
- ☐ Herpes Simplex Virus (HSV)
- ☐ Chlamydia
- ☐ Hepatitis B
- ☐ Hepatitis C
- ☐ None of the above

Information for this item should be obtained from the mother's medical chart or the physician. If the medical chart is not available or does not include this information, and the physician is unavailable, the mother should be asked to respond to this items.

The following definitions for infections present and/or treated during this pregnancy may be used as information guides:

> Gonorrhea – a positive test for *Neisseria gonorrhoeae*
> Syphilis (also called lues) – a positive test for *Treponema pallidum*
> Herpes Simplex Virus (HSV) – a positive test for the herpes simplex virus
> Chlamydia – a positive test for *Chlamydia trachomatis*
> Hepatitis B (HBV, serum hepatitis) – a positive test for the hepatitis B virus
> Hepatitis C – (non A, non B hepatitis (HCV) – a positive test for the hepatitis C virus

Check all the boxes that apply. If the mother had none of the listed infections, check "None of the above." Do not leave the item blank.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 71 of 213 PageID #: 2181

**Item 46.     OBSTETRIC PROCEDURES (Check all that apply)**

☐     Cervical cerclage
☐     Tocolysis
External cephalic version
　　　☐     Successful
　　　☐     Failed
☐     None of the above

This information should be obtained from the mother's medical chart or the physician.

The following definitions for obstetric procedures may be used as information guides:

> Cervical cerclage:  Circumferential banding or suture of the cervix to prevent or treat passive dilatation.   Includes MacDonald's suture, Shirodkar procedure, abdominal cerclage via laparotomy
> Tocolysis:  Administration of any agent with the intent to inhibit preterm uterine contractions to extend length of the pregnancy
> External cephalic version:  Attempted conversion of a fetus from a non-vertex presentation to a vertex presentation by external manipulation
>> Successful:  Fetus was converted to vertex presention
>> Failed:  Fetus was not converted to vertex presentation

Check all the boxes that apply.  If the mother had none of the listed procedures or treatments, check the 'None of the above' box.  Do not leave the item blank.

Purpose of Item:  Information on obstetric procedures is used to measure the use of advanced medical technology during pregnancy and labor, and to investigate the relationship of these procedures to type of delivery and pregnancy outcome.


**Item 47.     ONSET OF LABOR (Check all that apply)**

☐  Premature rupture of the membranes (prolonged $\geq$ 12 hrs)
☐  Precipitous labor (< 3 hrs)
☐  Prolonged labor ($\geq$ 20 hrs)
☐  None of the above

The following definitions regarding onset of labor may be used as information guides:

> Premature rupture of the membranes (prolonged >12 hours) – spontaneous tearing of the amniotic sac (natural breaking of the "bag of waters") 12 hours or more before labor begins
> Precipitous labor (<3 hours) – labor that progresses rapidly and lasts for less than 3 hours
> Prolonged labor (> 20 hours) – labor that progresses slowly and lasts for 20 hours or more

64

Check all boxes that apply. If none are indicated, check 'None of the above.'

If the data are not available, check 'None of the above.' Do not leave this item blank.

## Item 48. CHARACTERISTICS OF LABOR AND DELIVERY (Check all that apply)

☐ Induction of labor
☐ Augmentation of labor
☐ Non-vertex presentation
☐ Steroids (glucorticoids) for fetal lung maturation received by the mother prior to delivery
☐ Antibiotics received by the mother during labor
☐ Clinical chorioamniotis diagnosed during labor or maternal temperature $\geq$ 38°C (100.4°F)
☐ Moderate/heavy meconium staining of the amniotic fluid
☐ Fetal intolerance of labor such that one or more of the following actions was taken: in-utero resuscitative measures, further fetal assessment or operative delivery
☐ Epidural or spinal anesthesia during labor
☐ None of the above

This information should be obtained from the mother's medical chart or the physician.

The following definitions concerning characteristics of labor and delivery may be used as information guides:

Induction of labor: Initiation of uterine contractions by medical and/or surgical means for the purpose of delivery before the spontaneous onset of labor.

Augmentation of labor: Stimulation of uterine contractions by drug or manipulative technique with the intent to reduce the time to delivery.

Non-vertex presentation: Includes any non-vertex fetal presentation, e.g., breech, shoulder, brow, face presentation, and transverse lie in the active phase of labor or at delivery other than vertex.

Steroids (glucosteroids) for fetal lung maturation received by the mother prior to delivery: Includes betamethasone, dexamethasone, or hydrocortisone specifically given to accelerate fetal lung maturation in anticipation of preterm delivery. Excludes steroid medication given to the mother as an anti-inflammatory treatment.

Antibiotics received by the mother during labor: Includes antibacterial medications given systemically (intravenous or intramuscular) to the mother in the interval between the onset of labor and the actual delivery (Ampicillin, Penicillin, Clindamycin, Erythromycin, Gentamicin, Cefatoxime, Ceftriaxone, etc.).

<u>Clinical chorioaminionitis diagnosed during labor or maternal temperature >38°C (100.4°F)</u>: A clinical diagnosis of chorioamnionitis during labor made by the delivery attendant. Usually includes more than one of the following: fever, uterine tenderness and/or irritability, leukocytosis, and fetal tachycardia. Any recorded maternal temperature at or above the febrile threshold as stated.

<u>Moderate/heavy meconium staining of the amniotic fluid</u>: Staining of the amniotic fluid caused by passage of fetal bowel contents during labor and/or delivery which is more than enough to cause a greenish color change of an otherwise thin fluid.

<u>Fetal intolerance of labor such that one or more of the following actions was taken in-utero resuscitation measures, further fetal assessment, or operative delivery</u>: *In utero resuscitative measures* such as any of the following: maternal position change, oxygen administration to the mother, intravenous fluid administered to the mother, amnioinfusion, support of maternal blood pressure, and administration of uterine relaxing agents. *Further fetal assessment* includes any of the following: scalp pH, scalp stimulation, acoustic stimulation. *Operative delivery*-operative intervention to shorten time to delivery of the fetus such as forceps, vacuum, or cesarean delivery.

<u>Epidural or spinal anesthesia during labor</u>: Administration to the mother of a regional anesthetic for control of the pain of labor, i.e., delivery of the agent into a limited space with the distribution of the analgesic effect limited to the lower body.

Check all boxes that apply. If none of the characteristics of labor and delivery apply to this delivery, check 'None of the above.' <u>Do not leave this item blank</u>.

Purpose of Item: This information is used to identify pregnancy characteristics during labor and delivery and their relationship to method of delivery and birth outcome.

**Item 49. METHOD OF DELIVERY**

A. Was delivery with forceps attempted but unsuccessful? ☐ Yes ☐ No
B. Was delivery with vacuum extraction attempted but unsuccessful?
☐ Yes ☐ No
C. Fetal presentation at birth
☐ Cephalic
☐ Breech
☐ Other
D. Final route and method of delivery (Check one)
☐ Vaginal/Spontaneous
☐ Vaginal/Forceps
☐ Vaginal/Vacuum
☐ Cesarean If Cesarean, was a trial of labor attempted? ☐ Yes ☐ No

The following definitions for method of delivery may be used as information guides:

> Attempted forceps or vacuum: Obstetric forceps, ventouse or vacuum cup was applied to the fetal head in an unsuccessful attempt to effect delivery of the head through the vagina.
>
> Cephalic presentation: Presenting part of the fetus listed as vertex, occiput anterior (OA), occiput posterior (OP).
>
> Breech presentation: Presenting part of the fetus listed as breech, complete breech, frank breech, footling breech.
>
> Other presentation: Any other presentation or presenting part not listed above.
>
> Spontaneous delivery: Delivery of the entire fetus through the vagina by the natural forces of labor with or without manual assistance from the delivery attendant.
>
> Forceps delivery: Delivery of the fetal head through the vagina by application of obstetrical forceps to the fetal head.
>
> Vacuum delivery: Delivery of the fetal head through the vagina by application of a vacuum cup or ventouse to the fetal head.
>
> Cesarean delivery: Extraction of the fetus, placenta and membranes through an incision in the maternal abdominal and uterine walls.

Complete each section by checking the appropriate boxes. Do not leave any section blank. If more than one method was used, check all methods that apply to this delivery. Do not leave this item blank.

Purpose of Item: This information is used to relate the method of delivery with birth outcome, to monitor changing trends in obstetric practice, and to determine which groups of women are most likely to have cesarean delivery. The method of delivery is relevant to the health of mothers, especially if it is by cesarean section. Information from this item can be used to monitor delivery trends across the United States.

**Item 50.    MATERNAL MORBIDITY** (Check all that apply)
(Complications associated with labor and delivery)

- [ ] Maternal transfusion
- [ ] Third or fourth degree perineal laceration
- [ ] Ruptured uterus
- [ ] Unplanned hysterectomy
- [ ] Admission to intensive care unit
- [ ] Unplanned operating room procedure following delivery
- [ ] None of the above

The following definitions of maternal morbidity may be used as information guides:

> Maternal transfusion: Includes infusion of whole blood or packed red blood cells during the mother's confinement in the facility.

67

Third or fourth degree perineal laceration: 3rd degree laceration extends completely through the perineal skin, vaginal mucosa, perineal body and anal sphincter. 4th degree laceration is all of the above with extension through the rectal mucosa.

Ruptured uterus: Tearing of the uterine wall.

Unplanned hysterectomy: Surgical removal of the uterus that was not planned prior to admission for delivery. Includes an anticipated or possible but not definitely planned procedure.

Admission to intensive care unit: Any admission, planned or unplanned, of the mother to a facility/unit designated as providing intensive care.

Unplanned operating room procedure following delivery: Any transfer of the mother to a surgical area for an operative procedure that was not planned prior to the admission for delivery. Excludes postpartum tubal ligations.

Check all boxes that apply. If the mother has none of the complications, check 'None of the above.' Do not leave this item blank.

**Item 51.    BIRTHWEIGHT** (grams preferred, specify unit)

☐ grams     ☐ lb/oz

Enter the infant's birthweight in grams.

If the weight in grams is not available, enter the birthweight in lbs. and oz..

Do not convert pounds and ounces (lbs. and oz.) to grams.

If birthweight is not known, enter 'unknown' in the space.

Check the box to specify whether grams or lb/oz are used.

Purpose of Item: This is the single most important characteristic associated with infant mortality. It is also related to prenatal care, socioeconomic status, marital status, and other factors surrounding the birth. Consequently, it is used with other information to plan for and evaluate the effectiveness of health care.

**Item 52.    OBSTETRIC ESTIMATE OF GESTATION** _____ (completed weeks)

Enter the length of gestation in <u>completed weeks</u>.  This is the infant's gestation as based on the birth attendant's final estimate of gestation.

Do not complete this item based on infant's date of birth and the mother's date of last normal menses.

If the attendant has not done a clinical estimate of gestation, and the facility personnel cannot obtain it from the attendant, enter 'None.' <u>Do not leave this item blank.</u>

Purpose of Item:  This item provides information on gestational age when the item on date last normal menses began contains invalid or missing information.  For a record with a plausible date last normal menses began, it provides a crosscheck with length of gestation based on ultrasound or other techniques.


**Item 53.    APGAR SCORE**
Score at 5 minutes _____

**If 5 minute score is less than 6, what is the**
Score at 10 minutes _____

Enter the infant's Apgar score at 5 minutes. <u>Do not enter a score if taken earlier than 5 minutes.</u>

If the score at 5 minutes is less than 6, enter the infant's Apgar score at 10 minutes.

If the score at 5 minutes is unknown or was not taken, enter 'Unknown.'

Roman Numerals, fractions, and a range of scores, i.e., 6-8, should not be used.

For a home delivery, the Apgar scores will generally not be taken. 'Not taken' should be entered for the score at 5 minutes.  There will be exceptions such as when the child was delivered by a certified nurse midwife or certified professional midwife.

Purpose of Item:  The Apgar score is regarded as a reliable summary measure for evaluating the physical condition of the infant at birth.

**Items 54-55    PLURALITY - BIRTH ORDER**

Plurality refers to the pregnancy even when one child is born alive and one is a fetal death.  When a plural delivery occurs, prepare and file a separate Certificate of Live Birth or Report of Fetal Death (Stillbirth) (if required, based on weight) for each child or fetus. File certificates or reports relating to the same plural delivery at the same time, or attach a note to the birth certificate indicating the whereabouts of the fetal death report.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 77 of 213 PageID #: 2187

**Item 54.**   **PLURALITY** (Single, Twin, Triplet, etc.)   Specify _____

Specify if this birth was single, twin, Siamese twin, triplet, quadruplet, etc.

Include all products of the pregnancy, that is, all live births and fetal deaths delivered at any point during the pregnancy.

**Item 55.**   **IF NOT SINGLE BIRTH** (Born First, Second, Third, etc.)   Specify _____

If this is a single birth, leave this item blank.

For multiple deliveries, enter the order that this infant was delivered in the set, e.g., first, second, third, etc.

Count all live births and fetal deaths delivered at any point in the pregnancy.

Purpose of Items:   These items are related to other items on the certificate (for example, period of gestation and birth weight) that have important health implications. This information is also used to study twin deliveries and high-risk infants who may require additional medical attention.

**Items 56-57   NEWBORN INFORMATION - CHECKBOX ITEMS**

Information regarding abnormal conditions of the newborn and congenital anomalies of the newborn are to be completed by the attendant or the attendant's designated representative.   The use of the Facility Worksheet   (Appendix D, page 128) is encouraged.

Do <u>not</u> give the birth certificate or a worksheet to the mother, father, or guardian to complete items 56-57.

Review each checkbox listed, and carefully check the appropriate box(es).   Clearly check the box.

**Item 56.**   **ABNORMAL CONDITIONS OF THE NEWBORN** (Check all that apply)

☐   Assisted ventilation required immediately following delivery
☐   Assisted ventilation required for more than six hours
☐   NICU admission
☐   Newborn given surfactant replacement therapy
☐   Antibiotics received by the newborn for suspected neonatal sepsis
☐   Seizure or serious neurologic dysfunction
☐   Significant birth injury (skeletal fracture(s), peripheral nerve injury, and/or soft tissue/solid organ hemorrhage which requires intervention)
☐   None of the above

The following definitions for abnormal conditions of newborn may be used as information guides:

Assisted ventilation required immediately following delivery: Infant given manual breaths with bag and mask or bag and endotracheal tube within the first several minutes from birth for any duration. Excludes oxygen only and laryngoscopy for aspiration of meconium.

Assisted ventilation required for more than 6 hours: Infant given mechanical ventilation (breathing assistance) by any method for more than 6 hours. Includes conventional, high frequency and/or continous positive pressure (CPAP).

NICU admission: Admission into a facility or unit staffed and equipped to provide continuous mechanical ventilatory support for the newborn.

Newborn given surfactant replacement therapy: Endotracheal instillation of a surface active suspension for the treatment of surfactant deficiency either due to preterm birth or pulmonary injury resulting in decreased lung compliance (respiratory distress). Includes both artificial and extracted natural surfactant.

Antibiotics received by the newborn for suspected neonatal sepsis: Any antibacterial drug given systemically (intravenous or intramuscular) (e.g., penicillin, ampicillin, gentamicin, cefotoxine, etc.)

Seizure or serious neurologic dysfunction: Seizure defined as any involuntary repetitive, convulsive movement or behavior. Serious neurologic dysfunction defined as severe alteration of alertness such as obtundation, stupor, or coma, i.e., hypoxic-ischemic encephalopathy. Excludes lethargy or hypotonia in the absence of other neurologic findings. Excludes symptoms associated with CNS congenital anomalies.

Significant birth injury (skeletal fracture(s), peripheral nerve injury and/or soft tissue/solid organ hemorrhage which requires intervention): Defined as present immediately following delivery or manifesting following delivery. Includes any bony fracture or weakness or loss of sensation, but excludes fractured clavicles and transient facial nerve palsy. Soft tissue hemorrhage requiring evaluation and/or treatment includes sub-galeal (progressive extravasation within the scalp) hemorrhage, giant cephalohematoma, extensive truncal, facial and/or extremity ecchymossi accompanied by evidence of anemia and/or hypovolemia and or hypotension. Solid organ hemorrhage includes subcapsular hematoma of the liver, fractures of the spleen, or adrenal hematoma.

Check all boxes that apply if more than one abnormal condition exists.

If none of the abnormal conditions of the newborn are indicated, check 'None of the anomalies listed above.' Do not leave this item blank.

Purpose of Item: Information on abnormal conditions of the newborn helps measure the extent infants experience medical problems and can be used to plan for their health care needs. This item also provides a source of information on abnormal outcome in addition to congenital anomaly or infant death. These data allow researchers to estimate the number of high-risk infants who may benefit from special medical services.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 79 of 213 PageID #: 2189

**Item 57.  CONGENITAL ANOMALIES OF THE NEWBORN** (Check all that apply)

- ☐ Anencephaly
- ☐ Meningomyelocele/Spina bifida
- ☐ Cyanotic congenital heart diseae
- ☐ Congenital diaphragmatic hernia
- ☐ Omphalocele
- ☐ Gastroschisis
- ☐ Limb reduction defect (excluding congenital amputation and dwarfing syndromes)
- ☐ Cleft lip with or without Cleft palate
- ☐ Cleft palate alone

Down Syndrome
- ☐ Karyotype confirmed
- ☐ Karyotype pending

Suspected chromosomal disorder
- ☐ Karyotype confirmed
- ☐ Karyotype pending

- ☐ Hypospadias
- ☐ None of the anomalies listed above

The following definitions for congenital anomalies of the newborn may be used as information guides:

Anencephaly: Partial or complete absence of the brain and skull. Also called anencephalus, acrania, or absent brain. Babies with craniorachischisis (anencephaly with continguous spine defect) should also be included in this category.

Meningomyelocele/Spina Bifida: Spina bifida refers to herniation of the meninges and/or spinal cord tissue through a bony defect of spine closure. Meningomyelocele refers to herniation of meninges and spinal cord tissue. Babies with meningocele (herniation of meninges without spinal cord tissue) should also be included in the category. Both open and closed (covered with skin) lesions should be included. Spina bifida occulta (a midline bony spinal defect without protrusion of the spinal cord or meninges) should not be included in this category.

Cyanotic congenital heart disease: Congenital heart defects which cause cyanosis. Includes but is not limited to transposition of the great arteries (vessels), teratology of Fallot, pulmonary or pulmonic valvular atresia, tricuspid atresia, truncus arteriosus, total/partial anomalous pulmonary venous return with or without obstruction.

Congenital diaphragmatic hernia: Defect in the formation of the diaphragm allowing herniation of abdominal organs into the thoracic cavity.

Omphalocele: A defect in the anterior abdominal wall, accompanied by herniation of some abdominal organs through a widened umbilical ring into the umbilical stalk. The defect is covered by a membrane, (different from gastroschisis, see below), although this sac may rupture. Also called exomphalos. Umbilical hernia (completely covered by skin) should not be included in this category.

<u>Gastroschisis</u>: An abnormality of the anterior abdominal wall, lateral to the umbilicus, resulting in herniation of the abdominal contents directly into the amniotic cavity. Differentiated from omphalocele by the location of the defect and absence of a protective membrane.

<u>Limb reduction defect</u>: (excluding congenital amputation and dwarfing syndromes) Complete or partial absence of a portion of an extremity secondary to failure to develop.

<u>Cleft Lip with or without Cleft Palate</u>: Cleft lip with or without cleft palate refers to incomplete closure of the lip. Cleft lip may be unilateral, bilateral or median; all should be included in this category.

<u>Cleft Palate alone</u>: Cleft palate refers to incomplete fusion of the palatal shelves. This may be limited to the soft palate or may also extend into the hard palate. Cleft palate in the presence of cleft lip should be included in the "Cleft Lip with or without Cleft Palate" catergory, rather than here.

<u>Down Syndrome</u>: Trisomy 21

<u>Suspected chromosomal disorder</u>: Includes any constellation of congenital malformations resulting from or compatible with known syndromes caused by detectable defects in chromosome structure.

<u>Hypospadias</u>: Incomplete closure of the male urethra resulting in the urethral meatus opening on the ventral surface of the penis. Includes first degree - on the glans ventral to the tip, second degree - in the coronal sulcus, and third degree - on the penile shaft.

Check all boxes that apply.

If none of the congenital anomalies of the newborn are indicated, check the 'None of the anomalies listed above' box. <u>Do not leave this item blank.</u>

**Note regarding Down Syndrome**: If karyotype status is unknown, leave both 'Karyotype confirmed' and 'Karyotype pending' boxes blank.

Purpose of Item: Information on congenital anomalies is used to identify health problems that require medical care and monitor the incidence of the stated conditions. It is also used to study unusual clusters of selected anomalies, to track trends among different segments of the population, and to relate the prevalence of anomalies to other characteristics of the mother, infant, and the environment.

**Item 58.   WAS INFANT TRANSFERRED WITHIN 24 HOURS OF DELIVERY?**

☐ Yes   ☐ No

If yes, name of facility infant transferred to: _____

'Transfer' is defined as moving the child from the facility (hospital) where the delivery occurred to another facility.   'Facility' is defined as another birthing facility.

Check 'Yes' if the infant was transferred from this facility to another facility within 24 hours of delivery, and enter the name of the facility to which the infant was transferred.

If the name of the facility where transferred to is not known, enter 'unknown.'

If the infant was transferred more than once, enter the name of the <u>first facility</u> to which the infant was transferred.

Check 'No' if the infant was <u>not</u> transferred to another facility.

Check 'No' if the infant was moved to the newborn intensive care unit in the same facility.

Purpose of Item:  This information is used to examine transfer patterns and perinatal outcomes by type of facility or level of care.  It may also be used to follow up and determine the survival status of an infant transferred to a different facility.


**Item 59.   IS INFANT BEING BREASTFED?**   ☐ Yes ☐ No

Check 'Yes' if the infant is being breastfed **or** the <u>mother is attempting to breastfeed at discharge from facility</u>.

Check 'No' if the infant is not being breastfed at discharge from facility.

This item refers to the <u>action</u> of breast feeding or pumping milk, **<u>not the intent</u>** to breastfeed.

Preferred source for this item may be the labor and delivery summary, maternal progress note, newborn flow record, lactation consult, etc.

For births outside of a facility, the attendant should complete the item.

<u>Do not leave this item blank.</u>

**Item 60a.** **IS INFANT LIVING AT TIME OF REPORT?**

☐ Yes     ☐ No     ☐ Infant transferred, status unknown

Check 'Yes' if the infant is living.

Check 'Yes' if the infant has already been discharged to home care.

Check 'No' if it is known that the infant died.

**Special Awareness Question and Answer:**

Who is responsible for filing the death certificate for a child born alive and died?

1. If a <u>funeral home</u> took the body, funeral home personnel are responsible for preparing the death certificate, obtaining the medical certification and certifier's signature, and filing the original certificate with the local health department in the county where death occurred. However, facility personnel should obtain the cause of death information and signature from the appropriate physician, and then provide the partially completed original death certificate to the funeral director.

2. If the <u>facility</u> is authorized by the parent(s) to make final disposition of the body, the facility personnel are responsible for preparing the death certificate, obtaining the medical certification and certifier's signature, and filing the original certificate with the local health department in the county where death occurred. The certificate should be filed within five days after the death occurred.

   See also Appendix X, page 181, Part II, No. 2, for similar information.

If the infant was transferred but the status is unknown, check the 'Infant transferred, status unknown' box.

**Item 60b.**     If not living, give date of death     __ __ / __ __ / __ __ __ __
                                                        M M   D D   Y Y Y Y

Enter the infant's date of death as month, day, year. If any part of the date of death is unknown, enter the parts that are known.

If it is known the infant died, however the date is unknown, enter 'unknown' in the space.

**Item 61.** **WHAT LANGUAGE IS SPOKEN PREDOMINANTLY IN THE HOME?**

☐ English ☐ Spanish/Spanish Creole ☐ German ☐ French

☐ Chinese ☐ Vietnamese ☐ Korean ☐ Arabic

☐ Other, Specify _____ ☐ Unknown

Based on the mother's information in the signed Mother's Worksheet, select one checkbox which best represents what language is spoken in the mother's home.

**Item 62.** **WHAT IS THE COMBINED HOUSEHOLD INCOME FOR THE LAST 12 MONTHS?**

☐ < $10,000 ☐ $25,000-34,999 ☐ $75,000-$99,999

☐ $10,000-$14,999 ☐ $35,000-49,999 ☐ $100,000 or more

☐ $15,000-$24,999 ☐ $50,000-$74,999 ☐ Unknown/Refused

Based on the mother's information in the signed Mother's Worksheet, select one checkbox which best applies to the total household income in the home in which the mother lives.

If the information is unknown or the mother refused to give information, check the 'Unknown/Refused' box.

**PART V**

**BIRTH CERTIFICATES AND DEATH CERTIFICATES**

**ADDITIONAL INFORMATION**

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 85 of 213 PageID #: 2195

## BIRTH CERTIFICATES AND DEATH CERTIFICATES - ADDITIONAL INFORMATION

Additional information related to the registration process for birth certificates and death certificates appears in this section in alphabetic order by subject matter.

### Adoption - Newborn Child Known to be Given for Adoption at Time of Birth

When facility personnel are informed the newborn child will be adopted, the birth certificate is completed in the usual manner. That is, the child's last name is the natural mother's current legal name. If the mother chooses not to name the child, the adopting agency or attorney for the adopting parents may name the child. No information about the adopting parents is entered on the certificate.

The Tennessee OVR suggests the facility not give the mother the 'Mother's Copy,' unless she asks for it. If the adopting agency or attorney requests the 'Mother's Copy,' it is acceptable to give it to them since the application may be used for requesting a certified copy as requirement for finalizing adoption proceedings.

While it may be known the child is to be adopted, if the unmarried mother and the biological father want to complete the VAOP and register it with the birth certificate, this is an acceptable request. In this case, the mother should be given the opportunity to request a Social Security Number (Item 20) for her newborn child.

Upon receipt of required legal documents concerning final decree of adoption, the Tennessee OVR prepares a new certificate of birth in the adopted name. The name of the facility where birth occurred is not usually entered on the new certificate. The original birth certificate, which was submitted by the facility, is removed from the Tennessee OVR active files and is permanently sealed following the preparation of the new certificate.

### Amendments - Procedures for Requesting Amendment be Made on Birth Certificate

Amendments may be made on the original birth certificate at anytime. When a request is made before the child's first birthday, no fee is required. The requestor pays only for the certified copy. After the child is one year old, the requestor must pay $15.00 for amendment of a birth certificate plus the fee for the certified copy.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 86 of 213 PageID #: 2196

**Who is responsible for notifying the Tennessee OVR when a change needs to be made on the birth certificate?**

1.  Facility's Responsibility, **or**
    Certified Nurse Midwife's Responsibility, **or**
    Certified Professional Midwife's Responsibility, **or**
    Other Midwife's Responsibility

    When the child is <u>less than one year old</u> and the error is in sex of child (Item 2), date of birth (Item 3), or time of birth (Item 4), the above mentioned personnel need to submit a notarized affidavit to the Tennessee OVR giving the name of child, date of birth, county of birth, parents' names, and specify the item in error and how it should be corrected. Send the notarized affidavit to the following address:
    Amendment Unit
    Tennessee Vital Records
    Central Services Building, 1st Floor
    421 5th Avenue, North
    Nashville, TN 37243

Special Note to WinEBC Facility: The following WinEBC tip which previously appeared in this handbook is listed below for convenience.

~~ **WinEBC tip** ~~ <u>Important Notice regarding duplicate birth certificates</u>: If the birth certificate clerk needs to make changes to a birth certificate that has been downloaded to the Tennessee OVR, do not call for a password to unlock the record. The correct procedure is to send a notarized affidavit and copy of the signed mother's worksheet to the Amendment Unit at the address in No. 1 above. Any duplicate certificates received in the Tennessee OVR will be returned to the facility.

2.  Facility's Responsibility, **or**
    Certified Nurse Midwife's Responsibility, **or**
    Certified Professional Midwife's Responsibility, **or**
    Other Midwife's Responsibility

    When an item was incorrectly entered on the original birth certificate (example: mother's date of birth), however the <u>signed mother's worksheet is correct</u>, the above mentioned personnel should submit a notarized statement <u>and</u> a copy of the mother's worksheet to the Tennessee OVR in order to correct the item. The notarized affidavit should give the name of child, date of birth, county of birth, parent(s) names, and specify the item in error and how it should be corrected. **Important Awareness Note**: A note should be included in the affidavit that the error was made by the facility personnel. Send the notarized affidavit to the address listed in No. 1 above.

3.  Parent's responsibility

>   At anytime, when a change must be made for items other than sex of child, date of birth, and time of birth, the parent is responsible for making a written request to the Tennessee OVR. Corrections may be made on the 'Mother's Copy' or the parent may explain the requested change in written correspondence to the Tennessee OVR.

>   The requested change requires a notarized affidavit of both parents unless no father is shown. When making the request to correct the parent(s) information, a certified copy of the parent(s) birth certificate must be submitted with the notarized affidavit.

>   After the child is one year old and the error is in sex, date of birth or time of birth, the parent should be responsible for obtaining documentation from the facility's medical records or other source and sending it to the Tennessee OVR. Depending upon the nature of the request, a certified court order or documentary evidence may be required to make changes. The $15.00 amendment fee must be submitted.

## Artificial Insemination - Birth from Artificial Insemination

A child born to a married woman as a result of artificial insemination, with consent of such married woman's husband, is deemed to be the legitimate child of the husband and wife. This is clearly covered in T.C.A. § 68-3-306.

## Certified Copies of Birth Certificates and Fees

The short form of the birth certificate is a certified computerized transcript that shows child's name, birth date, sex, county of birth, certificate number, parents' names and file date. The cost is $7.00; each additional copy is $4.00.

The long form certified copy of the birth certificate is a photocopy of the legal portion of the birth certificate which includes items 1-14. The cost is $12.00; each additional copy is $4.00.

The mother is given the 'Mother's Copy' of the birth certificate. This copy clearly discusses the types of certified copies available, the fee of each, and where to send her request for copies. Either copy is certified with the State Seal and is legally acceptable for school registration, passport application, little league documentation, medical needs, etc.

Additional information concerning fees and how to obtain certified copies is included in Appendix U, page 174.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 88 of 213 PageID #: 2198

**Certified Court Order**

The original court order is retained in the Tennessee court or other state's court. Depending upon the requirement for the court order, the parent should provide the birth certificate clerk or the Tennessee OVR with a copy that has the original signature of the judge or original signature of the court official. The certified court order must not be confused with a notarized statement.

**Checklist for Reviewing Birth Certificate Before Mailing Certificate**

For the initial review of the original birth certificate, and before mailing the certificate, some basic criteria must be met by the facility or other birth attendant. The following checklist, although not exhaustive, is provided for consideration:

+ Did the birth occur within Tennessee?
+ Is the certificate the current form (Rev. 1/04 or later)?
+ Is it an original certificate, either typed or printed in black or dark ink?
+ Did the certifier sign in black or blue/black ink, and date in item 12?
+ Are all items complete or accompanied by a satisfactory explanation for omission?
+ Are the names spelled consistently throughout?
+ Is the month of birth spelled out (no numbers)?
+ If this is a multiple birth, are all birth certificates or fetal death reports accounted for?
+ Are the state and county of residence in agreement?
+ Is the month, day, and year accurate on the "date last normal menses began"?
+ Are the dates of "last live birth" and "last other pregnancy outcome" recorded?
+ Are the birth weight and Apgar scores entered?
+ Is the "None" box or other appropriate boxes completed for each of the items 44-48, 50, and 56-57?
+ Is the completed VAOP attached if mother is not married and the father is named?
+ Is the certificate neatly done with no erasures or white outs?
+ **WinEBC facility, please notice** - Is the certificate clearly printed straight on the paper, no black marks, no black streaks, no stains, etc.?

**Death Certificate  -  Who should prepare the newborn's death certificate?**

If the funeral home picks up the newborn's body, funeral home personnel are to prepare the death certificate, obtain the certifier's signature and medical certification, and file the original death certificate with the local health department in the county of death. However, facility personnel should obtain the cause of death information and signature from the appropriate physician, and then provide the partially completed original death certificate to the funeral director.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 89 of 213 PageID #: 2199

If the facility has been authorized by the parent(s) to handle the final disposition of the newborn's body, the facility personnel are responsible for preparing the death certificate, obtaining the certifier's signature and medical certification, and filing the original death certificate with the local heatlh department in the county of death. See also Appendix X, page 181, Part II, No. 2, for similar information.

**Disposal of Human and Fetal Remains** - For those persons responsible in the facility for the release or disposal of human and fetal remains, see the guidance document in Appendix X, pages 180-181.

**Form - Application for Certified Copy of Certificate of Birth (PH-1654)**

In order to further assist the mother, the facility may choose to maintain a supply of the form, Application for Certified Copy of Certificate of Birth (PH-1654 - Shown in Appendix V, page 178). Oftentimes, the mother misplaces her 'Mother's Copy' of birth certificate, or never receives it, and requests that the facility furnish her a replacement. The mother could be given the birth application form upon request. The form may be ordered from the Tennessee OVR. The address is listed below in the next paragraph.

**Forms - Where to Order Forms Displayed in Handbook**

The person responsible for filing the birth certificate or fetal death report should maintain a sufficient supply of blank forms at all times. Photocopies which have been made of the blank certificates or reports will not be accepted for filing. The request for forms should be made in writing by listing the title of form, the form number, and quantity of forms needed. There is no charge for the forms. Send the request to the following address:

> Tennessee Office of Vital Records
> Central Services Building, 1st Floor
> 421 5th Avenue, North
> Nashville, TN 37243
> Attention: Shirley Clark

Delivery of forms cannot be made to a post office box. Allow at least two weeks for the order to be filled.

Requests for forms may be submitted by fax at (615) 741-9860.

For purposes of following up the status of the submitted order for forms, the telephone number is (615) 532-2646.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 90 of 213 PageID #: 2200

**Foundling Report**

A Birth Report of Foundling (PH-1656, Appendix F, page 131) is required for the report and registration of a child that is known to have been born alive and is found alive or dead and whose name, date of birth, place of birth, and parentage are unknown. The person or agency assuming custody of the child is responsible for completing the foundling report and filing it with the Tennessee OVR. For assistance in obtaining the form and preparing the form for official registration of the foundling, call 615-532-2677.

**Low Birth Weight Survey Queries**

Low birth weight queries are a vital step in carrying out the matching process of infant death certificates and birth certificates. When the child's birth weight is 1,000 grams or less (2 lbs. 3 oz. or less), a computer generated form identifying the name of child, date of birth, mother's maiden name, and birth weight is sent with an identifying cover letter to the facility's staff person who is responsible for determining the status of the very low birth weight child. The query asks if the child was discharged alive, transferred to another facility, is still an inpatient, or if the child expired.

When the birth certificate was initially prepared and submitted for filing, the birth weight may have been entered as unknown. When the follow-up query is sent, the question will be asked to see if the weight was later determined such as when the baby was sent to the newborn intensive care unit.

It is urgent that the query be responded to in the suggested time period because if the child expired, immediate attention is taken to assure that the matching death certificate is registered. Subsequently, the original birth certificate is stamped "Deceased" in order to deter the possible fraudulent attempt to obtain a certified copy of the birth certificate.

**Query Process  - Review of Birth Certificates**

It is generally recognized that not all birth certificates will be 100 percent complete and/or accurate when first presented for registration. Prior to accepting a certificate for registration, the certificate must be reviewed to determine if the legal requirements and/or standards for acceptability for registration have been met. At the state level, the Tennessee OVR has the overall responsibility for reviewing each birth certificate received for completeness and accuracy of information. Querying is an essential part of the birth certificate registration process.

It is the responsibility of the facility staff to assist the Tennessee OVR by answering inquiries in a prompt manner. According to the T. C. A. § 68-3-208, "Medical records will be made available to the state registrar or any direct representative thereof for the limited purpose of gathering information on birth certificates, death certificates and reports of fetal deaths."

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 91 of 213 PageID #: 2201

Depending upon the nature of the incomplete or inconsistent data, the Tennessee OVR may utilize the telephone for obtaining the information in order to register the birth certificate in a more timely and efficient manner. When the certifier did not sign, the original birth certificate is returned to the facility staff in order to get the certificate to the responsible certifier.

The query process involves sending to the birthing facility staff a computer generated form when incomplete or inconsistent data is observed. The query form will identify the child's name, date of birth, mother's name, and the desired information.

**Registration of Birth Certificate One Year <u>After</u> the Birth**

If a birth certificate has not been filed with the Tennessee OVR within the first year following the birth, by law the birth must be recorded as a delayed registration. The mother should apply for a certified copy of the birth certificate in order that a thorough search can be made for the birth certificate. Subsequently, if Tennessee OVR does not find a birth certificate on file, a delayed birth certificate is filed based on documents and affidavits that support the facts of birth (date, place, parent(s) names).

If the facility staff realizes that a birth certificate was not prepared and submitted for filing within a year of the date of birth, the facility staff should notify the Tennessee OVR of the oversight. The facility staff should inform the parent(s) to apply for a certified copy of the birth certificate, and if no certificate is located in the Tennessee OVR, the parent(s) will be given further instructions and the fee for filing a delayed birth certificate. The mother may submit copies of the medical records that prove the child was delivered at the birthing facility, or was examined at the facility. This documentation will be used in the registration process of the delayed birth certificate.


**Release of Fetal Remains to Family**

According to T.C.A. § 68-3-506(a), "Prior to final disposition of a dead fetus, irrespective of the duration of pregnancy, the funeral director, the person in charge of the institution or other person assuming responsibility for final disposition of the fetus, shall obtain from the parents authorization for final disposition on a form prescribed and furnished or approved by the State Registrar."

If there is no local ordinance stating otherwise, it is acceptable for the family to take the dead fetus for <u>proper</u> burial. Burial in a family cemetery is acceptable. However, the family needs to be responsible and check about the the local ordinances or consult with the county attorney to be sure there is no prohibition against their burying in the selected area. The parent(s) should sign the form that the facility furnishes. The Tennessee OVR no longer provides a form, however the State Registrar may be asked to approve the facility's form. See also Appendix X (pages 180-181) for State Registrar's guidance document for disposal of human and fetal remains.

## Safe Haven Law for Registration of Birth Certificate

According to T.C.A. § 68-11-255, when an unharmed newborn is brought to the facility, and the mother does not wish to be identified, the Certificate of Live Birth should not be used for registering the birth. The facts of birth are to be registered in accordance with T.C.A. § 68-3-307 (Infants of unknown parentage). The form, Birth Report of Foundling (PH-1656, Appendix F, page 131) is to be used. The mother's name is not listed on the form. The facility personnel should call 615-532-2677 to obtain a Birth Report of Foundling form and assistance in completing the form.

## Surrogate Motherhood

For the purpose of this handbook, the definition of a surrogate mother is a woman who is pregnant with and will deliver a baby that was conceived with the knowledge and intent that another woman was the genetic mother or would become the legal mother. Facility personnel who are preparing a birth certificate for a birth involving a surrogate mother are encouraged to contact the Tennessee OVR for procedures regarding completion of the certificate. If the facility personnel are informed of the birth in advance, they should contact the Tennessee OVR in advance. Information may be obtained by calling 615-532-2654.

## Two Women as Mother on Birth Certificate - <u>Not Acceptable</u>

If the birth certificate clerk is requested to put two women on the certificate in items 8a and 8c (mother's name) as the mothers, this is not in accordance with Tennessee Law. The certificate is prepared with only the name of the woman who delivered the child listed in items 8a and 8c, and her personal information entered into the other appropriate items of the certificate. The two women should be advised to petition the court for their request.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 93 of 213 PageID #: 2203

**PART VI**

**VOLUNTARY ACKNOWLEDGMENT OF PATERNITY  (VAOP)**

## VOLUNTARY ACKNOWLEDGMENT OF PATERNITY (VAOP)

These instructions pertain to the January 2004 revision of the Tennessee Voluntary Acknowledgment of Paternity (VAOP). The current English and Spanish forms are shown in Appendix G and Appendix H (pages 132-133), respectively.

The completed original VAOP should be filed with the birth certificate within ten (10) days after the birth occurs.

The original birth certificate and the original VAOP should be mailed by the WinEBC facilities and the non-WinEBC facilities to the Tennessee OVR at least one or more times a week. When certificates and VAOPs are filed in a timely manner, the parents' or guardians' needs are met without unnecessary delay.

The T.C.A. § 68-3-302 and T.C.A. § 68-3-305 were changed effective July 1, 1997. The law states that the VAOP constitutes a presumption of paternity for the named father and provides a basis for establishing support without the need for further legal proceedings to establish paternity.

This law placed added responsibility on the facility. Immediately before or after the child's birth to an unmarried woman in the facility, an authorized representative of the facility is **required** to:
1) Provide the unmarried mother and the named father, if present, with written and oral instructions about the rights and responsibilities of acknowledging paternity. The Tennessee Paternity Acknowledgment Program provides brochures for new parents, and audio tapes and video tapes for new parents to listen to or watch. If the facility needs these materials, call toll free 1-800-457-2165. The facility representative is required to offer these materials to the new parents before they are given the VAOP. See Appendix G and Appendix H (pages 132-133) for the English and Spanish versions.
2) Provide the unmarried mother and the named father, if present, a VAOP. They should be given the opportunity to complete it and submit it to the birth certificate clerk before the mother leaves the facility (or within 10 days of the birth).

The facility's **specific instructions** for preparing the VAOP are:
1) The form is to be **used only when the mother is not married**. Do not use the form if the mother is married, separated, is in the process of getting a divorce, or has been divorced less than 300 days.
2) The original VAOP form, not a copied form, must be either produced from the WinEBC system, typed, or completed in permanent black ink or dark ink. The VAOP is rejected if there are white outs or strike throughs. Please exercise care in completing the VAOP form.
3) Refer to the <u>Tennessee Paternity Acknowledgment Program Hospital Training Manual</u> for general instructions concerning the preparation of the VAOP form.

87

4) Complete Section I of the VAOP with the exact information as listed on the Certificate of Live Birth.

5) Complete Section II, Items A through Item G (State) of the VAOP with the required information about the mother of the child. Do <u>not</u> leave Item B (maiden surname) blank. Do <u>not</u> enter 'same' for maiden name.

6) Complete Section III, Items A and B (Father's Address, County, Telephone Number and Driver's License Number) of the VAOP giving the required information about the father. Do <u>not</u> enter 'same' for father's residential address.

   The birth certificate clerk is not required to gather data about either parent's employment or insurance. Collection of this particular information is optional.

7) Carefully observe Section IV of the VAOP. **It is required that the mother and father have the rights and responsibilities of establishing paternity explained to them.**

8) Complete Section V and VI of the VAOP with affidavits of father and mother by obtaining signatures of father, mother, and notary public(s).

9) **Matricula Consular Identification Cards**:   The Tennessee General Assemby passed a law in 2003 which prohibits acceptance of the Matricula Consular as proof of identity for purpose of obtaining a Tennessee driver's license. **Since the VAOP is a state form, the Matricular Consular is not an acceptable document for verifying the identify of those who sign it.**

   **Description of the card**: The Matricula Consular is a normal ID card size. The seal of Mexico is in the left upper corner and the words 'MEXICO MATRICULA CONSULAR   CONSULAR ID CARD' scrolls across the top. The person's photo is on the left side of the card under the word MEXICO. The right side contains the name, birth date, address in the U.S., issue and expiration dates, and the consulate where the card was issued.

10) Too many  VAOPs are oftentimes signed by parents with a name that is a little different than the name that is printed on the birth certificate and/or on the VAOP. This is acceptable if the parents sign the VAOP with the same signature that appears on their identification (ID) cards, and if the notary public makes a special statement. Three examples follow:

    a. If the typed VAOP and birth certificate show the mother's name as <u>Jane Elane Wilson Jones</u> **and** Mother's signature on her ID card reads <u>Jane E. W. Jones</u> **and** the mother signs like the signature on her ID card, **then** the notary public should write the following statement on the notary public section of the VAOP:   **'The mother's signature is the legally acceptable signature according to her ID card.'**

88

b. If the typed VAOP and birth certificate show the father's name as <u>John Henry Jones</u> **and** the father's signature on his ID card is stylized (scrubbily) and not easy to read **and** the father signs like the stylized signature on his ID card, **then** the notary public should write the following special statement on the notary public section of the VAOP: **'The father's signature is the legally acceptable signature according to his ID card.'**

c. If the typed VAOP and birth certificate show the father's name as <u>Jorge Armando Salvador Hernandez</u> **and** father's signature on his ID card reads <u>Jorge A. Salvador</u> **and** the father signs like the signature on his ID card, **then** the notary public should write the following statement on the notary public section of the VAOP: **'The father's signature is the legally acceptable signature according to his ID card.'**

**Note:** Many VAOPs show the parent's signature as different from the typed certificate and/or VAOP, or so stylized that the Tennessee OVR cannot determine if it was the parent's legal signature. Be sure that the special notary public statement mentioned in the above No. 10 (a,b,c) appears written on the actual VAOP form. The statement must not be written on an attachment or sticky note and put with the VAOP form. If the above procedure is not followed, the orignal VAOP form is returned to the birth certificate clerk as a reject until corrected.

11) If the new parent is a minor (under 18 years of age), his or her parent or legal guardian must give consent to the completion of the VAOP. The parent or legal guardian must sign Section V and/or Section VI.

Emancipation: If the minor presents the birth certificate clerk with <u>certified</u> court papers declaring freedom (emancipation) from the parent(s), the VAOP may be completed without consent of the minor's parent or legal guardian. See page 81 for information concerning 'Certified Court Order.' The certified court order should be mailed with the birth certificate and VAOP to the Tennessee OVR. The address is on page v.

12) Send the completed **original** VAOP with the original Certificate of Live Birth to the Tennessee OVR.

13) Send a copy of the VAOP to the child support office in the county where the mother resides. No exceptions for birth certificates.

**Special Note regarding Fetal Deaths**: According to T.C.A. § 68-3-504(b), the VAOP may be used with fetal deaths. **The WinEBC must not be used in order to produce the VAOP for the fetal death report.** When the VAOP is used with the Report of Fetal Death (Stillbirth), do <u>not</u> send a copy of the VAOP to the child support agency.

14) The facility is **not** responsible for forwarding a copy of the VAOP to an out of state agency, if the mother resides outside of Tennessee. Tennessee OVR is not responsible for having knowledge of the paternity laws in the other 49 states.

15) Provide <u>both</u> the mother and father with copies of the completed and signed VAOP.

In no case should the filing of the child's birth certificate be delayed if the parents request a delay in completing the VAOP past the 10 days after birth.

There are no restrictions in the Vital Records Act concerning the age of the mother and father as long as the minor parent's parent or legal guardian consents to the completion of the VAOP and signs it.

**Power of Attorney:** A single mother who has <u>power of attorney</u> for her serviceman who is is being deployed during war or is overseas <u>cannot use the power of attorney</u> to complete the VAOP.

**Question: Can parents complete a VAOP before the child is born (i.e., when the biological father is in the military and will be out of the country at time of birth)?**

> **Answer:** The VAOP <u>cannot be signed before the birth</u> and cannot be signed by anyone other than the mother and father.

**What should be done if <u>either parent changes his/her</u> about using the VAOP, <u>after</u> the form has been accepted in the facility?**

> **POLICY:** If the original birth certificate and the original signed and sealed VAOP are still in the facility, regardless of whether the certifier has signed the birth certificate, both original documents must be sent to the Tennessee OVR. <u>The certifier signs the birth certificate</u>. Do <u>not</u> destroy the signed and sealed VAOP.
>
> The parent who desires to rescind (cancel) the VAOP must do so within the 60 day period after the last notarized signature on the VAOP.
>
> The parent can go to the local health department, the local child support office or contact the Tennessee OVR for the rescission form.
>
> See Appendix I, page 135, for the Rescission of Voluntary Acknowledgment of Paternity form and the discussion of the rescinded VAOP that follows on page 91.

The completion of the VAOP is voluntary. If the mother or the named father are not sure who the father is, or are not sure they wish to acknowledge paternity at this time, neither one should sign the VAOP. The Certificate of Live Birth should be prepared giving the child the **mother's current legal surname.** No man is to be shown as the father.

The VAOP can be submitted to the Tennessee OVR by the parents any time before the child's 19th birthday. At that time, the child's surname may be changed to the father's surname, and the father's name and personal information will be added to the birth certificate.

If the unmarried mother and named father have questions regarding their rights or responsibilities pertaining to the use of the VAOP, the parent may contact the local child support office in the county where the mother resides. The parent may also call the Tennessee Paternity Acknowledgment Program toll free 1-800-457-2165. Do not give the parent the telephone number for the Tennessee OVR when they inquire about their rights or responsibilities.


## Rescission of Voluntary Acknowledgment of Paternity

Effective July 1, 1997, the T.C.A. § 24-7-118 allows that either parent who signed a VAOP may rescind (cancel) the acknowledgment within the 60 day period after he or she signed it. See the Rescission of Voluntary Acknowledgment of Paternity form in Appendix I, page 135.

The facility is not responsible for the maintenance of a supply of the rescission forms. However, it is permissable for the facility to have the form for information purposes only. The facility should not give the parent a rescission form, and is not responsible for assisting the parent with the completion of the rescission form.

The parent should not go to the county health department and bring back the rescission form to the birth certificate clerk for purposes of sending it with the original birth certificate and the VAOP to the Tennessee OVR.

The parent may request the rescission form from the county health departments, the child support offices, or the Tennessee OVR. These offices only are to handle the request to rescind the VAOP.

Instructions for completing the rescission form are printed on the back of the form. The rescission form must be received by the Tennessee OVR within 60 days of the date that the VAOP was completed and signed. The fee of $15.00 is required to be submitted with the Rescission of Voluntary Acknowledgment of Paternity. If more than 60 days have passed since the VAOP was completed, the parent will need to seek court action to change the paternity
information.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 99 of 213 PageID #: 2209

**Affidavit of Indigency for Rescission of Voluntary Acknowledgment of Paternity**

The law requires that indigent parents be given the opportunity to submit a Rescission of Paternity form to the Tennessee OVR without the required $15.00 fee. See Appendix J, page 138, for the Affidavit of Indigency for Rescission of Voluntary Acknowledgment of Paternity.

The facility is not responsible for the maintenance of a supply of the affidavit of indigency form. However, it is permissable for the facility to have the form for information purposes only. The facility is not responsible for assisting the parent with the rescission of paternity form. The parent may request the rescission form from the county health departments, the child support offices, or the Tennessee OVR.

When the Tennessee OVR receives the completed Rescission of Voluntary Acknowledgment of Paternity form and the required $15.00 fee or the Affidavit of Indigency for Rescission of Voluntary Acknowledgment of Paternity, the child's birth certificate will be changed to remove the father's name and his personal information. The child's name will be changed, if necessary, to be the same as the mother's legal surname at the time of birth.

If the facility's clients have questions about the use of the Rescission of Voluntary Acknowledgment of Paternity form or the Affidavit of Indigency for Rescission of Voluntary Acknowledgment of Paternity form, they may contact the Amendment Unit in the Tennessee OVR at (615) 532-2685.

# PART VII

# REPORT OF FETAL DEATH (Stillbirth)

# REPORT OF FETAL DEATH ( Stillbirth)

These instructions pertain to the current September 2006 revision and the previous January 1989 revision of the Tennessee Report of Fetal Death. The current form is shown in Appendix P, page 152. **The fetal death information must not be entered into the WinEBC.**

**Definition of 'fetal death'** - According to the T.C.A. § 68-3-102(4), 'fetal death' is death prior to the complete expulsion or extraction from its mother of a product of human conception; the death is indicated by the fact that after such expulsion or extraction the fetus does not breathe or show any other evidence of life such as beating of the heart, pulsation of the umbilical cord, or definite movement of voluntary muscles.

For definition of 'live birth,' see Appendix A, page 123.

The Report of Fetal Death (Stillbirth) is required for fetal deaths when the weight is 500 grams (approximates 1 lb., 2 oz.) or more regardless of the completed weeks of gestation. When the weight is not known and the completed weeks of gestation are 22 or more, the Report of Fetal Death (Stillbirth) is required to be filed.

T.C.A. § 68-3-504 requires that a fetal death report be filed with the Tennessee OVR within ten (10) days after delivery.

If the dead fetus is delivered in a facility, the person in charge of the facility, or designated representative, is responsible for completing items 1-27, and 29-31. The completed fetal death report should be mailed to the Tennessee OVR. See page v for address.

If the dead fetus was not delivered in a facility, the attending physician at or immediately after delivery is responsible for completing all items and filing the report directly with the Tennessee OVR. See page v for address.

If there is no medical attendant (such as a home delivery), and the dead fetus is brought to the facility, the facility should notify the medical examiner. The medical examiner shall investigate the cause and prepare and file the report with the Tennessee OVR. A midwife or other non-medical person is not to file the report of fetal death.

The completion of item 28 is the responsibility of the attending physician and/or medical examiner or their designated representative.

No Report of Fetal Death (Stillbirth) is needed if the event was a legal intentional termination of pregnancy (induced abortion) with the intention other than to remove a dead fetus. See definition of 'Induced Termination of Pregnancy' in Appendix A, page 123.

The funeral home is not responsible for filing the Report of Fetal Death (Stillbirth).

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 102 of 213 PageID #: 2212

If the funeral home requests the facility personnel to give a copy of the completed Report of Fetal Death (Stillbirth) for their files or to take a copy to the crematory, and the facility kept a copy of the completed form, the facility personnel should copy Items 1-10 only for the funeral home.

**Certified Copies:** The parents, and no one else (i.e., attorney) may obtain a certified copy of the Report of Fetal Death (Stillbirth) from the Tennessee OVR. The delivery must be listed on the form as having occurred in the third trimester of pregnancy (defined as 24th week). If the delivery occurred prior to this time, the mother will need to contact the facility's medical records department for information from her chart.

**Release of Fetal Remains to Family:** According to T.C.A. § 68-3-506(a), "Prior to final disposition of a dead fetus, irrespective of the duration of pregnancy, the funeral director, the person in charge of the institution or other person assuming responsibility for final disposition of the fetus, shall obtain from the parents authorization for final disposition on a form prescribed and furnished or approved by the state registrar."

If there is no local ordinance stating otherwise, it is acceptable for the family to take the body of dead fetus for <u>proper</u> burial. Burial in a family cemetery is acceptable. However, it is the family's responsibility to find out what the local ordinances are in order to be sure there is no prohibition against their burying in the selected area. The parent(s) should sign the form that the facility furnishes. The Tennessee OVR no longer provides the form, however the State Registrar may be asked to approve the facility's form. See Appendix X, pages 180-181, Part I, No. 2 for additional information.

**STATE FILE NUMBER** The state file number is entered by the Tennessee OVR. Do not write in this space.

**FETUS - NAME** The form was revised 9/06, and includes the <u>space above Item 1 for Name of Stillborn Child, if Desired by Mother.</u> No provision was made for naming the fetus on the January 1989 form. However, if the parents have given the dead fetus a name, the name may be listed in the empty space immediately above item 1. Do not refuse to accept the name for the dead fetus that has been given.

**ABOUT THE FETUS (Items 1-5)**

**Item 1.** **FACILITY NAME** *(If not institution, give street and number)*

Enter the full name of the facility where the delivery occurred.

If the delivery occurred on a moving conveyance enroute to or on arrival at a facility, enter the full name of the facility.

If the delivery occurred at home, enter the house number and street name of the place where delivery occurred.

If the delivery occurred at some place other than those described above, enter the number and street name of the location. Specify the place of delivery such as motel or dormitory room.

If the delivery occurred on a moving conveyance that was not enroute to a facility, enter as the place of delivery the name of facility or the address where the dead fetus was first removed from the conveyance.

Purpose of Item: This information is used to study relationships of facility and non-facility pregnancy termination. Information on place of delivery, together with residence information, provides data to evaluate the utilization and distribution of health services.

### Item 2.     SEX OF FETUS

Enter 'Male,' 'Female,' or 'Unknown' if a determination is not possible. Do not abbreviate or use other symbols. Do not leave this item blank.

Purpose of Item: This information is used to measure fetal and perinatal mortality by sex. It helps identify differences in the impact of environmental and biological factors between the sexes.

### Item 3.     DATE OF DELIVERY *(Month, Day, Year)*

Enter the month, day, and year the fetus was delivered.

Enter the full name of the month; January, February, March, etc. Do not use a number or abbreviation to designate the month.

Pay particular attention to the entry of month, day, or year when the delivery occurs around midnight or on December 31. Consider a delivery at midnight to have occurred at the end of one day rather than the beginning of the next day.

Purpose of Item: This item is used in conjunction with date last normal menses began to calculate length of gestation, which is an essential element in the study of low-birth-weight deliveries.

### Item 4.     CITY, TOWN, OR LOCATION OF DELIVERY

Enter the name of the city, town, or location where the delivery occurred. For deliveries occurring on a moving conveyance, enter the city, town, or location where the dead fetus was first removed from the conveyance.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 104 of 213 PageID #: 2214

**Item 5.      COUNTY OF DELIVERY**

Enter the name of the county where the delivery occurred.  For deliveries occurring on a moving conveyance, enter the county where the dead fetus was first removed from the conveyance.

If a dead fetus is found in Tennessee and the place of fetal death is unknown, the fetal death should be registered in Tennessee.  The county where the fetus was found should be considered the place of fetal death.

Purpose of Item:  Information from items 1 and 4-5, together with residence information, provides data to evaluate the utilization and distribution of health services.


## ABOUT THE PARENTS (Items 6-14)

**Item 6a.      MOTHER'S NAME** *(First, Middle, Last)*

Enter the first, middle, and last name of the mother.

This is the mother's current legal name at the time of this delivery, whatever she considers it to be (i.e., Gayle Sue Smith or Gayle Jones Smith or Gayle J. Smith or Gayle Smith).

**Item 6b.      MAIDEN SURNAME**

Enter the last name of the mother as given at birth or adoption, not a name acquired by marriage.

Do <u>not</u> leave blank even though it is the same last name as in item 6a.  Entries of 'None,' 'Same,' and 'N/A' are not acceptable.

Purpose of Item:  The mother's name is used to identify the record.  The maiden surname is important for matching the record with other records because maiden surname remains constant throughout a lifetime, in contrast to other names, which may change because of marriage or divorce.


**Item 7.      MOTHER'S DATE OF BIRTH** *(Month, Day, Year)*

Enter the month, day, and year that the mother was born.  Do not enter the mother's age.

Enter the full name of the month; January, February, March, etc.  Write out the month.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 105 of 213 PageID #: 2215

Do not use a number or abbreviation to designate the month.

If the year is unknown, or if no information is available, enter 'unknown.'

Purpose of Item: This item is used to calculate the age of the mother, which is one of the most important factors in the study of childbearing and pregnancy outcome.

### Items 8a-f  MOTHER'S RESIDENCE

Tennessee is bordered by eight states. Care should be exercised in interviewing the mother and entering correct state and county names in items 8a and 8b.

These items refer to the mother's residence address, not her postal address.

**Do not include post office boxes or rural route numbers.**

The mother's residence is the place where the mother actually resides. The state, county, city, and street address should be the place where the mother's house is located.

Do not enter a temporary residence, such as one used during a visit, business trip, or vacation. Residence for a short time at the home of a relative or friend for the purpose of awaiting the delivery is considered temporary and should not be entered here.

Place of residence during a tour of military duty or during attendance at college should be entered as the place of residence.

For mothers who live in a group home, mental institution, penitentiary, or facility for the chronically ill, enter the location of the facility as the mother's residence.

Enter all of the address that is known,  For example, a homeless woman could only have a city, county and state entered.

### Item 8a.  RESIDENCE - STATE

Enter the name of the state in which the mother lives. The two-letter abbreviation for the state may be used. See Appendix M and M2, pages 144-145, for the standard abbreviation. This may differ from the state in the mailing address.

If the mother is not a U.S. resident, enter the name of the country and the name of the nearest unit of government that is the equivalent of a State.

The state named in item 8a must agree with the county in Item 8b.

**Item 8b.    RESIDENCE - COUNTY**

Enter the name of the county where the mother's house is located.

The county named must agree with the state in Item 8a.

**Item 8c.    RESIDENCE - CITY, TOWN, OR LOCATION**

Enter the name of the city, town, or location where the mother lives.  This may differ from the city, town, or location in her mailing address.

**Item 8d.    RESIDENCE- STREET AND NUMBER OR RURAL LOCATION**

Enter the number and street name of the place where the mother lives.

If this location has no number and street name, enter the rural route number, name of road, P.O. box number, highway number, etc. that will aid in identifying the location.

**Item 8e.    RESIDENCE - INSIDE CITY LIMITS?    1 ☐ Yes  2 ☐ No**

Check 'Yes' if the location entered in item 8c is incorporated, and the mother's residence is inside its boundaries.  Otherwise, check 'No.

**Item 8f.    RESIDENCE - ZIP CODE**

Enter the ZIP Code of the place where the mother resides.

Purpose of Items:  Statistics on fetal deaths are tabulated by place of the residence of the mother.  These data are used in planning for and evaluating community services and facilities, including maternal health programs.  ZIP Code information may be used for environmental impact studies for small geographic areas.

**Item 9.    FATHER'S NAME** *(First, Middle, Last)*

Enter the first, middle, and last name of the father.

Entries of Jr., Sr., II, etc. following the last name are acceptable.

In general, if the fetus was delivered to a mother who was married at the time of delivery, conception or at anytime between to the natural father, enter the name of her husband.

99

If the mother is not married, and the natural father is named, the VAOP may be used. This is the same form that is used for birth certificates. **The WinEBC must not be used in order to produce the VAOP for the fetal death report.**

According to T.C.A. § 68-3-504(b), all personal data pertaining to the father may be shown. The information for the VAOP must either be typed or handwritten. The original VAOP should be submitted at the same time as the original fetal death report.

For information concerning the use of the VAOP with the Report of Fetal Death (Stillbirth), refer to the guidelines for child's name on the birth certificate beginning on page 25.

A supply of blank VAOP forms should be maintained by the birth certificate clerk.

The father's name is used to identify the record.


**Item 10.     FATHER'S DATE OF BIRTH** (Month, Day, Year)

Enter the month, day, and year that the father was born. Do not enter the father's age.

Enter the full name of the month; January, February, March, etc. Write out the month. Do not use a number or abbreviation to designate the month.

Make no entry if the father's name is not entered in item 9.

Purpose of Item: This item is used to calculate the age of the father, which is important in the study of childbearing. For example, it is used to study the association between congenital anomalies and children of older parents.


**Items 11a and 11b   PARENTS' RACE-American Indian, Black, White, etc.**
                              (Specify below)

**Item 11a.     MOTHER**
**Item 11b.     FATHER**

Enter the race of the mother and race of the father as obtained from the parent(s).

This item should be completed for the mother on all fetal death reports and for the father in all cases where the name of the father is entered in Item 9.

The entry in this item should reflect the response of the parent(s); it should not be based on observation.

See Appendix O, page 147, for a listing of Race-Other Entries Reported on Certificates and Reports. If the mother or father reports their race to be one of the races in this listing, enter the race as reported.

100

For Asians and Pacific Islanders, enter the national origin of the mother and father, such as Chinese, Japanese, Korean, Filipino, or Hawaiian.

If the parent indicates that the mother and/or father is of mixed race, enter the races or ancestries. 'Bi-racial' is an acceptable entry.

Do not use a single letter such as 'C' or 'A. Indian.' Neither sufficiently identifies race. Spell out the name of race.

Make no entry in item 11b if the father's name is not entered in item 9.

Purpose of Item: Information of race is essential in producing data for minority groups. It is used to study racial variations in childbearing, access to health care and the pregnancy outcomes (perinatal mortality and birth weight). Race is an important variable in planning for, and evaluating the effectiveness of health programs.

**Items 12a-b   PARENTS OF HISPANIC ORIGIN?**
*(Specify Yes or No - If yes, specify Cuban, Mexican, Puerto Rican, etc.)*   ☐ Yes   0 ☐ No
Specify:

**Item 12a.   MOTHER**
**Item 12b.   FATHER**

Check 'Yes' or 'No.' If 'Yes' is checked, enter the specific Hispanic group as obtained from the parent(s).

Item 12a should be checked for the mother on all fetal death reports, and for the father in all cases where the name of the father is entered in Item 9. The entry in this item should reflect the response of the parent(s).

This item is not a part of the Race item. A person of Hispanic origin may be of any race. Each question, Race and Hispanic origin, should be asked independently.

See Appendix N, page 146, for a listing of Hispanic Origin-Other Entries Reported on Certificates and Report.

For the purposes of this item, 'Hispanic' refers to those people whose origins are from Spain, Mexico, or the Spanish-speaking countries of Central or South America. Origin can be viewed as the ancestry, nationality, lineage, or country in which the person or his or her ancestors were born before their arrival in the United States.

If a person indicates that he or she is of multiple Hispanic origin, enter the origins as reported (for example, Mexican-Puerto Rican).

If a person indicates that he or she is Mexican-American or Cuban-American, enter the Hispanic origin as stated.

Make no entry in item 12b if the father's name is not entered in item 9.

Purpose of Item: Hispanics are the nation's largest minority group. This item provides data to measure differences in fertility and pregnancy outcome as well as variations in health care for people of Hispanic and non-Hispanic origin. Collection of data on persons of Hispanic origin makes it possible to obtain valid demographic and health information on this important group of Americans.

**Items 13a-b     PARENTS' EDUCATION**     *(Specify only highest grade completed)*
Elementary/Secondary (0-12)     College (1-4 or 5+)

**Item 13a.     MOTHER**
**Item 13b.     FATHER**

Enter the highest number of years of regular schooling completed by the mother and father in either the space for elementary/secondary school or the space for college. An entry should be made in only one of the spaces. The other space should be left blank.

If no information is available, enter 'unknown.' If the information is absolutely refused, enter Refused.

Make no entry in item 13b if the father's name is not entered in item 9.

Report only those years of school that were completed. A person who enrolls in college but does not complete one full year should not be identified with any college education in this item.

Count formal schooling. Do <u>not</u> include beauty, barber, trade, business, technical, or other special schools when determining the highest grade completed.

Do not make entries such as '(0-8),' '(0-12),' etc. in elementary/secondary or "(1-4)" in college. Enter the highest grade (i.e., either 8 for eighth grade, or 3 for three years of college).

Do not enter degrees obtained, e.g., 'A.A.,' 'B.S.,' 'M.B.A.,' 'Ph.D.,' etc.

GED is equivalent to 12 years of school. Enter 12 years only.

Purpose of Item: Education is correlated with fertility and birth outcome, and is used as an indicator or socioeconomic status. It is used to measure the effect of education and socioeconomic status on health, childbearing, and infant mortality.

**Items 14a-d     PARENTS' OCCUPATION AND BUSINESS/INDUSTRY**
*(Worked during last year)*

Enter the information even if the parent(s) was retired, disabled, or institutionalized at the time of this delivery.

Both occupation and business/industry items on the fetal death report should accurately describe the parents' occupation. See Appendix Q, page 153, for illustrations of acceptable entries for both.

**Item 14a.     MOTHER - OCCUPATION**
**Item 14c.     FATHER - OCCUPATION**

Enter the occupation of the parent(s) during the last year. The occupation is the kind of work the parents(s) did during most of the previous year, such as claim adjuster, farmhand, coal miner, homemaker, janitor, store manager, college professor, or civil engineer. Even if the mother resigned her employment early in the pregnancy, that occupation should be reported.

Make no entry in item 14c if the father's name is not entered in item 9.

If the mother did not work outside her home in the previous 12 months, report her occupation as 'Homemaker' and her industry (item 14b) as 'Own home.' If the father did not work during the previous 12 months, report his occupation as 'Unemployed' and the industry (item 14d) as 'None.' In determining which occupation to report for a parent who held more than one job during the year, give the occupation held during the pregnancy. If both jobs were held during the pregnancy, give the occupation worked for the longest length of time.

Enter 'Student' if the parent(s) was a student, and was never regularly employed or employed full time during the year prior to delivery.

**Item 14b.     MOTHER – BUSINESS/INDUSTRY**
**Item 14d.     FATHER – BUSINESS/INDUSTRY**

Enter the kind of business or industry to which the occupation listed in items 14a and/or 14c was related, such as insurance, farming, coal mining, hardware store, retail clothing, university, or government. Do not enter firm or organization names.

Make no entry in item 14d if the father's name is not entered in item 9.

Purpose of Item: Information from these items is useful in studying occupationally related fetal mortality and in identifying job-related risk areas. These items are used to obtain information on the potential impact of the work environment on the fetus.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 111 of 213 PageID #: 2221

## MEDICAL AND HEALTH INFORMATION (Items 15-27)

### Items 15a-e  PREGNANCY HISTORY (Complete each section)

When birth certificates or fetal death reports are prepared for a plural delivery, items 15a-e on the  first-delivered should <u>not</u> include any of the other deliveries from this pregnancy.  For example, if this child is a first twin, information regarding the second twin is not to be recorded in items 15a-e.  On the birth certificate or fetal death report of the second-delivery, these items should  include information about the first-delivery of the plural  delivery.  Similarly, for the third-delivery, these items should include information about the first- and second-deliveries, and so on.

### Items 15a-c  LIVE BIRTHS

**Item 15a.**  **Now Living**  Number ____  00 ☐ None

Enter the number of live births which occurred to this mother prior to this delivery who are still living at the time of this delivery.  Do <u>not</u> include children by adoption.

Check 'None' if this is the first delivery to this mother or if all previous children are dead.

**Item 15b.**  **Now Deceased**  Number ____  00 ☐ None

Enter the number of live births which occurred to this mother prior to this delivery who are no longer living at the time of this delivery.  Do <u>not</u> include any children by adoption.

Check 'None' if this is the first delivery to this mother or if all previous children are still living.

**Item 15c.**  **DATE OF LAST LIVE BIRTH** *(Month, Year)*

Enter the date (month and year) of birth of the last live-born child of the mother.

If this report is for the second delivery of a twin set, enter the date of birth for the first baby of the set, if it was born alive.  Similarly, for triplets or other multiple births, enter the date of birth of the previous live birth of the set.  If all previously born members of a multiple set were born dead, enter the date of the mother's last delivery that resulted in a live birth.

Enter 'None' if the mother has not had a previous live birth.  Do not leave this item blank.

Enter the full name of the month; January, February, March, etc.  Spell out or abbreviate the month.  Do not use a number to designate the month.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 112 of 213 PageID #: 2222

**Items 15d-e OTHER TERMINATIONS** *Any time after conception*
*(Do not include this fetus)*

**Item 15d.**     Number _____     00 ☐ None

Enter the number of fetuses that were delivered dead regardless of the length of gestation. Include each recognized loss of a product of conception, such as ectopic pregnancy, miscarriage, stillbirth, and spontaneous or induced abortion. Do <u>not</u> include this fetus.

Check 'None' if this is the first pregnancy for this mother or if all previous pregnancies resulted in live-born infants.

**Item 15e.     DATE OF LAST OTHER TERMINATION** *(Month, Year)*

Enter the date (month and year) of the last termination of pregnancy that was not a live birth regardless of the length of gestation.

If the mother has never had such a termination, enter 'None.' Do <u>not</u> leave this item blank.

Enter the full name of the month; January, February, March, etc. Spell out or abbreviate the month. Do not use a number to designate the month.

If this report is for the second delivery of a twin set and the first was born dead, enter the date of delivery of that fetus. Similarly, for other multiple births, if any previous member of the set was born dead, enter the date of delivery of that fetus. If all previously born members of a multiple set were born alive, enter the date of the mother's last delivery that resulted in a fetal death.

Purpose of Items: These items are used to determine total-birth order, which is important in studying trends in childbearing and child spacing. They are also useful in studying health problems associated with birth order. For example, first births to older women, and determining the relationship of birth order to perinatal mortality.

In studying child spacing, the dates of last live birth and other terminations are used to compute the intervals between live births and fetal deaths and between pregnancies. This information allows researchers to measure known risk factors associated with the mother's previous pregnancies, such as prior fetal loss, short interpregnancy interval, and high parity.

**Item 16.     MOTHER MARRIED TO FATHER?**
(At delivery, conception, or any time between)   1 ☐ Yes 2 ☐ No

Enter 'Yes' if the mother was married to the father (her husband) at the time of conception, at the time of delivery, or at any time between conception and delivery.

If the mother is <u>married</u> (this includes separation), and a man other than her husband is the natural father, enter 'Yes.' The VAOP <u>cannot</u> be used for this fetus.

Purpose of Item: This information is used to monitor the substantial differences in health and fertility between married and unmarried women. It enables the study of health problems encountered during and after pregnancies of unmarried women. Unmarried women are more likely to require additional health services.


**Item 17.     DATE LAST NORMAL MENSES BEGAN** *(Month, Day, Year)*

Enter the complete date (month, day, and year) of the beginning of the mother's last normal menstrual period, as obtained from the physician or facility record. If the information is unavailable from these sources, obtain it from the mother.

When records are not available for date last normal menses began, obtain the information from the mother. Work with the mother to remember the year, then work with her to recall the month. Finally, see if she can remember the day. Record that information for date last normal menses began.

If the mother is unable to supply the information, complete all parts of the date that are available; leave the rest blank.

Enter the full name of the month; January, February, March, etc. Spell out or abbreviate the month. Do not use a number to designate the month.

Enter 'Unknown' if the complete data cannot be determined. Do not leave this item blank.

Purpose of Item: This item is used in conjunction with the date of delivery to determine the length of gestation, which is closely related to infant morbidity and mortality. Length of gestation is linked with the weight of the fetus to determine the maturity of the fetus.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 114 of 213 PageID #: 2224

**Items 18-19  PRENATAL CARE**

**Item 18.     MONTH OF PREGNANCY PRENATAL CARE BEGAN**
*First, Second, Third, etc.*    Specify:_____
                                        00 ☐    No care

Enter the month of this pregnancy (second, third, fourth, etc.) when the mother first visited a physician, a local health department clinic, or other health care provider or attended a prenatal clinic for medical supervision of this pregnancy (e.g., 1, 2, 3, etc.). Prenatal care from any and all of these sources should be counted.

Do not enter the name of a month, e.g., January, February, etc., or the number of months.  Do not enter the number of weeks.

The month of pregnancy in which prenatal care began is measured from the date the last normal menses began, and not from the date of conception.

If no prenatal care was received, check 'No Care.'  If item 19 (prenatal visits) is reported as 'None,' item 18 should be completed as 'No Care.'  Do not leave item blank.

**Item 19.     PRENATAL VISITS      Number _____    00 ☐ No care**

Enter the total number of visits made for medical supervision of the pregnancy by a physician, local health department clinic, or other health care provider during the pregnancy.

If no prenatal care was received, enter 'None.'  If item 18 (month of pregnancy prenatal care began) is reported as 'None,' this item should also be completed as 'None.'  Do not leave this item blank.

Purpose of Item:  This information is used to determine the relationship of prenatal care to the outcome of the pregnancy.

**Item 20.     WEIGHT OF FETUS** *(Specify Unit)*

Enter the weight of this fetus as it is recorded in the facility record in either grams or pounds and ounces.  Do not convert from one measure to the other.  Specify the type of measure used (grams or pounds and ounces).

Note:  If the weight of fetus is less than 500 grams (approximates 1 lb. 2 oz.), do not complete the Report of Fetal Death (Stillbirth).

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 115 of 213 PageID #: 2225

Purpose of Item: This is the single most important characteristic associated with viability of the fetus. It is also related to prenatal care, socioeconomic status, marital status, and other factors surrounding the delivery. Consequently, it is used with other information to plan for and evaluate the effectiveness of health care.

### Item 21. CLINICAL ESTIMATE OF GESTATION *(Weeks)*

Enter the length of gestation in weeks. This is the length of gestation as estimated by the attendant after delivery. Do not compute this information from the date last normal menses began and date of delivery.

If the attendant has not done a clinical estimate of gestation, enter 'None.' Do not leave this item blank.

Note: If the weight of fetus is not known, and the estimate of weeks is less than 22, do not complete the Report of Fetal Death (Stillbirth).

Purpose of Item: This item provides information on gestational age when the item on date last normal menses began contains invalid or missing information. For a record with a plausible date last normal menses began, it provides a cross-check with length of gestation based on ultrasound or other techniques.

### Items 22a-b PLURALITY - BIRTH ORDER

When a plural delivery occurs, prepare and file a separate Certificate of Live Birth or Report of Fetal Death (Stillbirth) for each child or fetus. File birth certificates or fetal death reports relating to the same plural delivery at the same time, or attach a note to the fetal death report indicating the whereabouts of the birth certificate.

### Item 22a. PLURALITY - Single, Twin, Triplet, etc. *(Specify)*

Specify if this delivery was single, twin, Siamese twin, triplet, quadruplet, etc.

### Item 22b. IF NOT SINGLE BIRTH - Born First, Second, Third, etc. (Specify)

Specify the order in which the fetus being reported was delivered; first, second, etc.

If this is a single delivery, leave the item blank.

If these are Siamese twins, enter "simultaneous."

Purpose of Items: These items are related to other items on the fetal death report (for example, period of gestation and weight of fetus) that have important health implications. The occurrence of plural deliveries is related to the age of the mother and birth order. Survival differences related to order of delivery exist for multiple births.

## Items 23-27  MEDICAL AND HEALTH INFORMATION - CHECKBOX ITEMS

Review each checkbox listed, and carefully check the appropriate box(es).

Do not enter IUFD (intra-uterine fetal demise) anywhere in items 23-27.

Before entering any free text on the 'Other' line for items 23a, 23b, 24, 25, and 27, the facility personnel should be familiar with the checkbox items in order that no duplicated conditions will be reported.

See Appendix R, page 155, for a listing of definitions for the medical items and synonyms. While the conditions in the listing were originally abstracted from a resource for medical definitions for conditions on birth certificates, the definitions are applicable, when appropriate, for the Report of Fetal Death.

The number(s) printed to the left of each checkbox is a code number the data entry operator will use for the respective response.

### Items 23 a-b    RISK FACTORS FOR THIS PREGNANCY

### Items 23a.    MEDICAL RISK FACTORS FOR THIS PREGNANCY *(Check all that apply)*

| | |
|---|---|
| Anemia (Hct. <30/Hgb. <10) | 01 ☐ |
| Cardiac disease | 02 ☐ |
| Acute or chronic lung disease | 03 ☐ |
| Diabetes | 04 ☐ |
| Active genital herpes | 05 ☐ |
| Hydramnios | 06 ☐ |
| Oligohydramnios | 07 ☐ |
| Hemoglobinopathy | 08 ☐ |
| Hypertension, chronic | 09 ☐ |
| Hypertension, pregnancy-induced | 10 ☐ |
| Eclampsia | 11 ☐ |
| Incompetent cervix | 12 ☐ |
| Previous infant 4000 + grams (8 lbs. 14 oz.+) | 13 ☐ |
| Previous preterm infant (less than 37 wks) | 14 ☐ |
| Previous small-for-gestational-age infant | 15 ☐ |

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 117 of 213 PageID #: 2227

|                  |     |     |
|------------------|-----|-----|
| Renal disease    | 16  | ☐   |
| Rh sensitization | 17  | ☐   |
| Uterine bleeding | 18  | ☐   |
| None             | 00  | ☐   |
| Other _____ | 19 | ☐ |
|      (Specify)   |     |     |

Check each of the medical risk factors that the mother experienced during this pregnancy. If the mother experienced medical risk factor(s) not identified in the list; for example, pre-ecalmpsia, rubella, AIDS, gonorrhea, or syphilis, check 'Other' and enter the risk factor on the line provided. Medical risk factors should be identified from the facility record or physician record.

If there were no medical risk factors, check 'None.' Do not leave this item blank.

Purpose of Item: This information allows for the identification of specific maternal conditions that are often predictive of poor maternal and infant outcome. It can be used for planning intervention and prevention strategies.

**Item 23b.     OTHER RISK FACTORS FOR THIS PREGNANCY** *(Complete all items)*

Tobacco use during pregnancy                    1 ☐  Yes   2 ☐  No
   Average number cigarettes per day _____

Alcohol use during pregnancy                     1 ☐  Yes   2 ☐  No
   Average number drinks per week _____
Weight gained during pregnancy _____ lbs.
Other _____
    *(Specify)*

Complete each of the three questions/statements in this item. Do <u>not</u> leave any item blank.

Check 'Yes' for tobacco use if the mother smoked tobacco at any time during the pregnancy. If 'Yes' is checked, specify the average number of cigarettes the mother smoked per day during her pregnancy. If, on the average, she smoked less than one cigarette per day, enter 'Less than 1.' Check 'No' if the mother did not smoke during the entire pregnancy. If 'No' is checked, do not make any entry on the line requesting the average number of cigarettes per day.

Check 'Yes' for alcohol use if the mother consumed alcoholic beverages at any time during the pregnancy. Check 'No' if the mother did not consume any alcoholic beverages during the entire pregnancy. If 'Yes' is checked, specify the average number of drinks she consumed per week. One drink is equivalent to 5 ounces of wine, 12 ounces of beer, or 1 1/2 ounces of distilled liquor. If, on the average, she drank less than one drink per week, enter 'Less than 1.' If 'No' is checked, do not make any entry on the line requesting the average number of drinks per week.

Enter the amount of weight gained by the mother during the pregnancy in pounds. Do not enter the total weight of the mother. If no weight was gained, enter "None." If the mother lost weight during her pregnancy, enter the amount of weight lost (for example, 'lost 10 pounds').

Purpose of Item: Information for this item should be obtained from the mother's medical chart or the physician. If the medical chart is not available or does not include this information, and the physician is unavailable, the mother should be asked to respond to these items.

Smoking and drinking during pregnancy may have an adverse impact on pregnancy outcome. This information is used to evaluate the relationship between certain lifestyle factors and pregnancy outcome, and to determine at what levels these factors clearly begin to affect pregnancy outcome.

**Item 24.**      **OBSTETRIC PROCEDURES** *(Check all that apply)*

| | | |
|---|---|---|
| Amniocentesis | 01 | ☐ |
| Electronic fetal monitoring-internal | 02 | ☐ |
| Electronic fetal monitoring-external | 03 | ☐ |
| Induction of labor | 04 | ☐ |
| Stimulation of labor | 05 | ☐ |
| Tocolysis | 06 | ☐ |
| Ultrasound | 07 | ☐ |
| Chorionic villus sampling | 08 | ☐ |
| None | 00 | ☐ |
| Other *(Specify)*_____ | 09 | ☐ |

Check each type of procedure that was used <u>during</u> this pregnancy. More than one procedure may be checked. If a procedure was used that is not identified in the list, check 'Other' and specify the procedure on the line provided. If no procedures were used, check 'None.' Do not leave this item blank. This information should be obtained from the mother's medical chart or the physician.

Purpose of Item: Information on obstetric procedures is used to measure the use of advanced medical technology during pregnancy and labor, and to investigate the relationship of these procedures to type of delivery and pregnancy outcome.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 119 of 213 PageID #: 2229

**Item 25.** **COMPLICATIONS OF LABOR AND/OR DELIVERY**
(Check all that apply)

| | |
|---|---|
| Febrile (>100$^0$F. or 38$^0$C) | 01 ☐ |
| Meconium, moderate/heavy | 02 ☐ |
| Premature rupture of membranes (>12 hrs. ≤ 24 hrs.) | 03 ☐ |
| Prolonged rupture of membranes (> 24 hrs. prior to del.) | 04 ☐ |
| Abruptio placenta | 05 ☐ |
| Placenta previa | 06 ☐ |
| Other excessive bleeding | 07 ☐ |
| Seizures during labor | 08 ☐ |
| Precipitous labor (<3 hours) | 09 ☐ |
| Prolonged labor (>20 hours) | 10 ☐ |
| Dysfunctional labor | 11 ☐ |
| Breech | 12 ☐ |
| Malpresentation | 13 ☐ |
| Cephalopelvic disproportion | 14 ☐ |
| Cord prolapse | 15 ☐ |
| Anesthetic complications | 16 ☐ |
| Fetal distress | 17 ☐ |
| None | 00 ☐ |
| Other _____ | 18 ☐ |
| (Specify) | |

Check each medical complication present during labor and/or delivery. Check complications here even if they are a part of the cause of fetal death in item 28. If a complication was present that is not identified in the list, check 'Other' and specify the complication on the line provided. If there were no complications, check 'None.' Do not leave this item blank. This information should be obtained from the mother's medical chart or the physician.

Purpose of Item: These data are used to identify pregnancy complications during labor and delivery that were associated with fetal deaths and their relationship to method of delivery and birth outcome.

**Item 26.** **METHOD OF DELIVERY** (Check all that apply)

| | | |
|---|---|---|
| Vaginal | 01 | ☐ |
| Vaginal birth after previous C-section | 02 | ☐ |
| Primary C-section | 03 | ☐ |
| Repeat C-section | 04 | ☐ |
| Forceps | 05 | ☐ |
| Vacuum | 06 | ☐ |
| Hysterotomy | 07 | ☐ |
| Hysterectomy | 08 | ☐ |

112

Check the method of delivery of the fetus. If more than one method was used, check all methods that apply to this delivery. Do not leave this item blank. This information should be obtained from the mother's medical chart or the physician.

Purpose of Item: This information is used to relate the method of delivery with birth outcome, to monitor changing trends in obstetric practice, and to determine which groups of women are most likely to have cesarean delivery. The method of delivery is relevant to the health of mothers, especially if it is by cesarean section. Information from this item can be used to monitor delivery trends across the United States.

**Items 27.** **CONGENITAL ANOMALIES OF FETUS** *(Check all that apply)*

| | | |
|---|---|---|
| Anencephalus | 01 | ☐ |
| Spina bifida/Meningocele | 02 | ☐ |
| Hydrocephalus | 03 | ☐ |
| Microcephalus | 04 | ☐ |
| Other central nervous system anomalies | 05 | ☐ |
| *(Specify)*_____ | | |
| Heart malformations | 06 | ☐ |
| Other circulatory/respiratory anomalies | 07 | ☐ |
| *(Specify)*_____ | | |
| Rectal atresia/stenosis | 08 | ☐ |
| Tracheo-esphageal fistula/Esophageal atresia | 09 | ☐ |
| Omphalocele/Gastroschisis | 10 | ☐ |
| Other gastrointestinal anomalies | 11 | ☐ |
| *(Specify)*_____ | | |
| Malformed genitalia | 12 | ☐ |
| Renal agenesis | 13 | ☐ |
| Other urogenital anomalies | 14 | ☐ |
| *(Specify)*_____ | | |
| Cleft lip/palate | 15 | ☐ |
| Polydactyly/Syndactyly/Adactyly | 16 | ☐ |
| Club foot | 17 | ☐ |
| Diaphragmatic hernia | 18 | ☐ |
| Other musculoskeletal/integumental anomalies | 19 | ☐ |
| *(Specify)*_____ | | |
| Down syndrome | 20 | ☐ |
| Other chromosomal anomalies | 21 | ☐ |
| *(Specify)*_____ | | |
| None | 00 | ☐ |
| Other _____ | 22 | ☐ |
| *(Specify)* | | |

The information for this item should be obtained from the medical chart or the physician.

Check each anomaly of the fetus even if the condition is a 'possible' anomaly. The checklist of anomalies is grouped according to major body systems. If an anomaly is present that is not identified in the list, check 'Other' and specify the anomaly on the line provided.

Note that each group of system-related anomalies includes an 'Other' category for anomalies related to that particular system. If there is a question as to whether the anomaly is related to a specific system, enter the description of the anomaly in 'Other' (Specify) at the bottom of the list (check box 27).

If there are no congenital anomalies of the fetus, check 'None.' Do not leave this item blank.

Purpose of Item: Information on congenital anomalies is used to identify health problems that would have required medical care had the infant been born alive. It is important for monitoring the incidence of these conditions among all known products of conception. Collection of this information is also necessary to study unusual clusters of selected anomalies and track trends among different segments of the population.

## CAUSE OF FETAL DEATH (Item 28)

Detailed instructions for completing the section on cause of fetal death, together with examples of properly completed records, are contained in Part VIII beginning on page 117. These items should be completed by the person whose name appears in item 30. **Do not leave cause of fetal death blank.**

## PART I.    CAUSE OF FETAL DEATH

Enter on line (a) the fetal or maternal condition directly causing the fetal death. Enter on lines (b) and (c) fetal and/or maternal conditions, if any, that gave rise to the immediate cause on line (a), stating the underlying cause last. Also, specify whether the condition was fetal or maternal.

## PART II.    OTHER SIGNIFICANT CONDITIONS

Enter any conditions contributing to the fetal death but not resulting in the underlying cause listed in Part I.

Cause of fetal death should include information provided by the pathologist if an autopsy or other type of postmortem exam was done. If microscopic exams for a fetal death are still pending at the time the report is filed, the attendant whose name appears in Item 30 should report the additional information in a notarized affidavit to the Tennessee OVR as soon as it is available.

114

Purpose of Item: This item provides medical information for ranking causes of fetal death and for analyzing the conditions leading to fetal death. Information on cause of fetal death is correlated with information from other items on the report, such as length of gestation and prenatal care.

## Item 29. FETUS DIED BEFORE LABOR, DURING LABOR OR DELIVERY, UNKNOWN *(Specify)*

Indicate when the fetus died by specifying one of the above choices. The physician makes the decision if there is any question concerning whether the event is determined to be a fetal death or a live birth.

See Appendix A, page 123, for definitions of 'live birth' and 'fetal death.'

Purpose of Item: This item is used as a check to ensure that the delivery was properly reported as a fetal death and was not a live birth.

## Item 30. ATTENDANT'S NAME AND TITLE *(Type/Print)*

Name _____

1 ☐ MD    2 ☐ DO    3 ☐ CNM    4 ☐ Other Midwife
5 ☐ Other *(Specify)* _____

Type or print the full name of the physician, medical examiner, or other person in attendance at this delivery on the line provided and check the appropriate box to identify his or her title. MD = doctor of medicine, DO = doctor of osteopathy, CNM = certified nurse midwife. Lay midwives should be identified as 'Other Midwife.' If Other (Specify) is checked, type or print the title of the attendant on the line provided.

**It is not required that the attendant sign in Item 30. If he or she requests to sign, that is acceptable. He/she needs to be reminded that the original Report of Fetal Death (Stillbirth) should be filed with the Tennessee OVR within 10 days after the delivery.**

Purpose of Item: This item identifies the person to be contacted and queried for missing medical information. Additionally, the type of attendant is used to assess the service rendered and quality of care.

**Item 31.** **NAME AND TITLE OF PERSON COMPLETING REPORT** *(Type/Print)*

Name _____

Title _____

Type or print the full name and title of the person completing the report of fetal death.

Note: It is important that this item be completed. It identifies the person to be contacted for missing information.

116

**PART VIII**

**CAUSE OF FETAL DEATH (Stillbirth)**

**INSTRUCTIONS FOR COMPLETING**

# CAUSE OF FETAL DEATH (Stillbirth) - INSTRUCTIONS FOR COMPLETING

The primary responsibility of the medical attendant whose name appears in Item 30 of the fetal death report is to complete the cause of fetal death or designate a representative to do so. If there was no medical attendant, the county medical examiner shall investigate the cause and file the report. In addition to entering information on the causes of fetal death, this person should also see that the time, date, and place of fetal death are correctly entered. He or she should also check the medical and health information in the report.

## Item 28. CAUSE OF FETAL DEATH (Stillbirth)

A facsimile of the section on cause of fetal death of the fetal death report is shown below. It is designed to facilitate reporting of the causes of fetal death and places upon the medical attendant the responsibility of indicating the course of events leading to the fetal death. He or she is the best person to decide which of several conditions was directly responsible for the fetal death and what antecedent conditions, if any, gave rise to the immediate cause. For statistical and research purposes, it is important that the reporting of the medical information on the fetal death report be specified as precisely as possible.



As can be seen, the section on cause of fetal death consists of two parts. Part I is for reporting the sequence of events leading to the fetal death, proceeding backward from the immediate cause of fetal death. In Part II, other significant contributory conditions to the fetal death are reported. In reporting the causes of fetal death, conditions in the fetus or mother, or of the placenta, cord, or membranes, should be reported if they are believed to have adversely affected the fetus. Cause of fetal death should include information provided by the pathologist if tissue analysis, autopsy, or another type of postmortem exam was done. If microscopic exams for a fetal death are still pending at

118

the time the report is filed, the additional information should be reported to the Tennessee OVR as soon as it is available. If you have any questions about the procedures for doing this, contact the Tennessee OVR.

## Item 28. PART I - CAUSE OF FETAL DEATH

Only one cause is to be entered on each line of Part I. Additional lines should be added when necessary. For each cause, indicate in the space provided whether the condition was fetal or maternal. The underlying cause of fetal death should be entered on the lowest line used in Part I. The underlying cause of fetal death is the condition that started the sequence of events between normal health of the mother or fetus and the immediate cause of fetal death.

## Item 28. LINE (a) IMMEDIATE CAUSE

In Part I, the immediate cause of fetal death is reported on line (a). This is the fetal or maternal disease or condition directly causing the fetal death. An immediate cause of fetal death must always be reported and entered on line (a). It can be the sole entry in the cause of fetal death section if that condition was the only condition causing the fetal death.

## Item 28. LINES (b) AND (c) DUE TO (OR AS A CONSEQUENCE OF)

On line (b) report the disease, injury, or complication, if any, that gave rise to the immediate cause of fetal death. If this, in turn, resulted from another condition, record that condition on line (c). The underlying cause of fetal death should be reported on the lowest used line in Part I.

The words 'due to (or as a consequence of),' which are printed between the lines of Part I, apply not only to sequences with an etiological or pathological basis but also the sequences where an antecedent condition is believed to have prepared the way for the more immediate cause by damage to tissues or impairment of function.

## SPECIFY FETAL OR MATERNAL

Space is provided at the end of each line in Part I for recording whether the condition was 'Fetal' or 'Maternal.' This should be entered for all conditions.

## Item 28. PART II - CAUSE OF FETAL DEATH (OTHER SIGNIFICANT CONDITIONS)

Record on these lines other important diseases or conditions in the fetus or mother that were present at the time of fetal death which may have contributed to the fetal death but did not result in the underlying cause of fetal death listed in Part I.

119

# EXAMPLES OF REPORTING CAUSES OF FETAL DEATH

## Case History No. 1

The mother was a 29-year old gravida 1, para 0 woman with a history of drug abuse. She had a normal pregnancy until 28 weeks gestation, when hydramnios was noted. Ultrasonography suggested anencephaly. No fetal movement was noted, nor were fetal heart sounds audible. Labor was induced, and a stillborn anencephalic fetus weighing 1100 grams was delivered.



Note: The drug(s) should be specified when known.

## Case History No. 2

The mother, a 32-year-old primigravida with severe pre-eclampsia, developed an abruptio placenta at 35 weeks gestation. The fetus was observed by fetal monitoring to be without heart sounds for 20 minutes before delivery was accomplished. This was assumed to be intrauterine hypoxia.



Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 128 of 213 PageID #: 2238

**APPENDIXES**

A.   Definitions of Live Birth, Fetal Death, and Induced Termination of Pregnancy

B.   Mother's Worksheet for Child's Birth Certificate (PH-1675)

C.   Spanish Mother's Worksheet for Child's Birth Certificate (PH-1675S)

D.   Facility Worksheet for Child's Birth Certificate (PH-1676)

E.   Certificate of Live Birth (PH-1651A)

F.   Birth Report of Foundling (PH-1656)

G.   Voluntary Acknowledgment of Paternity (PH-2595)

H.   Spanish Voluntary Acknowledgment of Paternity (PH-3708)

I.  ` Rescission of Voluntary Acknowledgment of Paternity (PH-3490)

J.   Affidavit of Indigency for Rescission of Voluntary Acknowledgment of Paternity (PH-3500)

K.   Tennessee Code Annotated (TCA) § 68-3-305 (Surname of Child)

L.   Tennessee Code Annotated (TCA) § 36-2-304 (Presumption of Parentage)

M. M2.   Standard State, Country, and Canadian Provinces Abbreviations

N.   Hispanic Origin  -  Other Entries Reported on Certificates and Reports

O.   Race  -  Other Entries Reported on Certificates and Reports

P.   Report of Fetal Death (Stillbirth) (PH-1668)

Q.   Occupation and Industry - Illustrations of Acceptable Entries for Both

R.   Medical Definitions for Report of Fetal Death (Stillbirth)

S.   Institutional Report of Births (PH-1652)

T.   Institutional Report of Deaths, Fetal Deaths, and D.O.A.'s (PH-1661)

U.   Fees and Services for Birth Certificate

**APPENDIXES (continued)**

V.    Application for Certified Copy of Certificate of Birth (PH-1654)

W.   Vital Records Filed with theTennessee Office of Vital Records

X.    Disposal of Human and Fetal Remains – Guidance Document

Y.    Certifier Designation (Hospital Designee)

**APPENDIX A**

**Definitions of Live Birth, Fetal Death, and Induced Termination of Pregnancy**

The following definitions are from the Tennessee Code Annotated (T.C.A.) § 68-3-102. They conform to the definitions adopted by the World Health Organization.

<u>Live Birth</u>

(9) 'Live birth' is the complete expulsion or extraction from its mother of a product of human conception, irrespective of the duration of pregnancy, which, after such expulsion or extraction, breathes or shows any other evidence of life, such as beating of the heart, pulsation of the umbilical cord, or definite movement of voluntary muscles, whether or not the umbilical cord has been cut or the placenta is attached. <u>Heartbeats shall be distinguished from transient cardiac contractions, and respirations shall be distinguished from fleeting respiratory efforts or gasps;</u>

Notice - During 2005, the Tennessee Legislature passed, and the Governor signed into law a new definition of Live Birth. The change from the old definition to the new definition is within the last underlined sentence above. Based upon the new definition, the physician attendant determines if the product of the delivery which has deceased should be declared as a fetal death or a live birth followed by death. If the physician attendant determines life, the birth must be registered as a live birth and a death certificate must also be filed by the person assuming custody of the body.

<u>Fetal Death</u>

(4) 'Fetal death' is death prior to the complete expulsion or extraction from its mother of a product of human conception; the death is indicated by the fact that after such expulsion or extraction the fetus does not breathe or show any other evidence of life such as beating of the heart, pulsation of the umbilical cord, or definite movement of voluntary muscles.

<u>Induced Termination of Pregnancy</u>

(7) 'Induced termination of pregnancy' is the intentional termination of pregnancy with the intention other than to produce a live-born infant or to remove a dead fetus.

# APPENDIX B



**Tennessee Department of Health**

**Mother's Worksheet for Child's Birth Certificate**

The information you provide below will be used to create your child's birth certificate. The birth certificate is a document that will be used for legal purposes to prove your child's age, citizenship and parentage. This document will be used by your child throughout his/her life. State laws provide protection against the release of identifying medical and health information from the birth certificates to ensure the confidentiality of the parents and their child.

It is very important that you provide complete and accurate information to all of the questions. In addition to information used for legal purposes, other information from the birth certificate is used by health and medical researchers to study and improve the health of mothers and newborn infants. Items such as marital status, education, race, smoking, income, and Social Security numbers will be used only for statistics and research studies and will not appear on copies of the birth certificate issued to you or your child.

**PLEASE PRINT CLEARLY**

1. What will be your baby's legal name as it should appear on the birth certificate?

_____  _____  _____  _____
First            Middle            Last             Suffix (Jr., III, etc.)

2. What is your current legal name?

_____  _____  _____  _____
First            Middle            Last             Suffix (Jr., III, etc.)

3. Have you ever been married?   ☐  Yes  Go to question 4.     ☐  No  Go to question 5.

4. What name did you use prior to your first marriage?

_____  _____  _____  _____
First            Middle            Last             Suffix (Jr., III, etc.)

5. Where do you usually live? That is, where is your household/residence located?

Complete number and street: _____  Apartment No. _____
                           (Do not enter P. O. Box)

City, Town, or Location: _____  County: _____
                                              (or Canadian Province)

State or Country: _____  Zip Code: _____

6. Is this household inside city limits?   ☐  Yes   ☐  No   ☐  Don't know

7. What is your mailing address?

   ☐  Same as residence   If the mailing address is the same as where you live, go to Question 8.

   P. O. Box _____  Complete number and street: _____  Apartment No. _____

   City, Town, or Location: _____

   State or Country _____  Zip Code: _____

8. What is your date of birth?   (Example: March 4, 1977 is 3 - 4 -1977)   _____  _____  _____
                                                                            Month   Day    Year

PH-1675 (Rev. 1/04)                                                         RDA N/A

124a

9. In what State, U.S. territory, or foreign country were you born?   Please specify one of the following:

State _____  or  U.S. territory (such as Puerto Rico, U.S. Virgin Islands, Guam, American Samoa or Northern Marianas) _____

or  Foreign country _____

10. What is the highest level of schooling that you have completed at the time of delivery?   Check the box that best describes your education. If you are currently enrolled, check the box that indicates the previous grade or highest degree received.

- ☐ 8th grade or less
- ☐ 9th – 12th grade, no diploma
- ☐ High school graduate or GED completed
- ☐ Some college credit, but no degree

- ☐ Associate degree (such as AA, AS)
- ☐ Bachelor's degree (such as BA, AB, BS)
- ☐ Master's degree (such as MA, MS, MEng, MEd, MSW, MBA)
- ☐ Doctorate (such as PhD, EdD) or Professional degree (such as MD, DDS, DVM, LLB, JD)

11. Are you Spanish/Hispanic/Latina? If not Spanish/Hispanic/Latina, check the "No" box. If Spanish/ Hispanic/Latina, check the appropriate box.

- ☐ No, not Spanish/Hispanic/Latina
- ☐ Yes, Mexican, Mexican American, Chicano
- ☐ Yes, Puerto Rican
- ☐ Yes, Cuban

- ☐ Yes, other Spanish/Hispanic/Latina (such as Spaniard, Salvadoran, Dominican, Colombian)
  Specify _____

12. What is your race? Please check one or more races to indicate what you consider yourself to be.

- ☐ White
- ☐ Black or African American
- ☐ American Indian or Alaska Native, name of enrolled or principal tribe _____
- ☐ Asian Indian
- ☐ Chinese
- ☐ Filipino
- ☐ Japanese

- ☐ Korean
- ☐ Vietnamese
- ☐ Other Asian, Specify _____
- ☐ Native Hawaiian
- ☐ Guamanian or Chamorro
- ☐ Samoan
- ☐ Other Pacific Islander, Specify _____
- ☐ Other, Specify _____

13. What do you consider your primary race to be?  Please check one.

- ☐ White
- ☐ Black or African American
- ☐ American Indian or Eskimo

- ☐ Chinese
- ☐ Japanese
- ☐ Hawaiian

- ☐ Filipino
- ☐ Other Asian or Pacific Islander
- ☐ Other Race not mentioned above. Specify _____

14. Did you receive WIC (Women, Infants & Children) food for yourself because you were pregnant with this child?

☐ Yes     ☐ No     ☐ Don't know

15. What is your height?  _____ feet _____ inches

16. What was your weight before you became pregnant with this child?  _____ pounds

17. How many cigarettes OR packs of cigarettes did you smoke on an average day during each of the following time periods? If you NEVER smoked, enter zero for each time period.

|  | # of cigarettes |  | # of packs |
|---|---|---|---|
| Three months before pregnancy | _____ | OR | _____ |
| First three months of pregnancy | _____ | OR | _____ |
| Second three months of pregnancy | _____ | OR | _____ |
| Last three months of pregnancy | _____ | OR | _____ |

PH-1675 (Rev. 1/04)                                                                                    RDA N/A

124b

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 133 of 213 PageID #: 2243

18. Were you married at the time of birth, or were you married at conception, or were you married at any time between conception and giving birth?

☐ Yes **Go to question 19** (after reading the instructions).

☐ No If not married, will a voluntary acknowledgment of paternity form be completed for this child and signed by you and the father before you leave the hospital?

☐ Yes, a voluntary acknowledgment of paternity form will be completed. **Go to Question 19.** *

☐ No, a voluntary acknowledgment of paternity form will not be completed. **Go to Question 26.**

**\*Please note the following instructions concerning the presumed legal father of the child.**

If you are now married, or were married at the time of conception, or were married anytime between conception and birth, or are now separated, or are in the process of getting a divorce, or have been divorced less than 300 days, your husband is the presumed legal father of your child. His name and personal information must be entered on the birth certificate.

If you are not married now, and were not married at the time of conception or anytime between conception and birth, the father's information can be entered on the birth certificate only if you and the biological father acknowledge paternity. Acknowledging paternity will legally establish the man completing the form as the child's father. Both you and the biological father must mutually agree, complete and sign the Voluntary Acknowledgment of Paternity form (PH-2595) before a notary public. If you or the father of the baby is less than 18 years old, then you or the father are a minor. Minors must have consent of a parent or legal guardian. The minor's parent or legal guardian must show consent by signing the form. If you plan to acknowledge paternity during the hospital stay, list the biological father's name and personal information in Questions 19-25, and 29b.

19. What is the current legal name of your baby's father?

_____  _____  _____  _____
First                     Middle                   Last                Suffix (Jr., III, etc.)

20. What is the father's date of birth? (Example: March 4, 1976 is 3 - 4 - 1976)  ____  ____  ____
Month Day Year

21. In what State, U.S. territory, or foreign country was the father born? Please specify one of the following:

State _____ or U.S. territory (such as Puerto Rico, U.S. Virgin Islands, Guam, American Samoa or Northern Marianas) _____

or Foreign country _____

22. **What is the highest level of schooling that the father has completed?** Check the box that best describes his education. If he is currently enrolled, check the box that indicates the previous grade or highest degree received.

☐ 8th grade or less
☐ 9th – 12th grade, no diploma
☐ High school graduate or GED completed
☐ Some college credit, but no degree

☐ Associate degree (such as AA, AS)
☐ Bachelor's degree (such as BA, AB, BS)
☐ Master's degree (such as MA, MS, MEng, MEd, MSW, MBA)
☐ Doctorate (such as PhD, EdD) or Professional degree (such as MD, DDS, DVM, LLB, JD)

23. **Is the father Spanish/Hispanic/Latino? If not Spanish/Hispanic/Latino, check the "No" box. If Spanish/Hispanic/Latino, check the appropriate box.**

☐ No, not Spanish/Hispanic/Latino
☐ Yes, Mexican, Mexican American, Chicano
☐ Yes, Puerto Rican
☐ Yes, Cuban

☐ Yes, other Spanish/Hispanic/Latino (such as Spaniard, Salvadoran, Dominican, Colombian). Specify_____

24. **What is the father's race? Please check one or more races to indicate what he considers himself to be.**

☐ White
☐ Black or African American
☐ American Indian or Alaska Native, name of enrolled or principal tribe _____
☐ Asian Indian
☐ Chinese
☐ Filipino
☐ Japanese

☐ Korean
☐ Vietnamese
☐ Other Asian, Specify _____
☐ Native Hawaiian
☐ Guamanian or Chamorro
☐ Samoan
☐ Other Pacific Islander, Specify _____
☐ Other, Specify _____

PH-1675 (Rev. 1/04)                                      RDA N/A

124c

25. What does the father consider his primary race to be?  Please check one.

- ☐ White
- ☐ Black or African American
- ☐ American Indian or Eskimo
- ☐ Chinese
- ☐ Japanese
- ☐ Hawaiian
- ☐ Filipino
- ☐ Other Asian or Pacific Islander
- ☐ Other Race not mentioned above.
  Specify _____

26. What is the primary language spoken in the home?

- ☐ English
- ☐ Spanish/Spanish Creole
- ☐ German
- ☐ French
- ☐ Chinese
- ☐ Vietnamese
- ☐ Korean
- ☐ Arabic
- ☐ Other, Specify_____
- ☐ Unknown

27. Think of all the income from persons who lived with you.  Which category is closest to your combined household income over the last 12 months?

- ☐ less than $10,000
- ☐ $10,000 - $14,999
- ☐ $15,000 - $24,999
- ☐ $25,000 - $34,999
- ☐ $35,000 - $49,999
- ☐ $50,000 - $74,999
- ☐ $75,000 - $99,999
- ☐ $100,000 or more
- ☐ Unknown/Refused

28. Do you want to request a Social Security Number for your child?

- ☐ Yes   I authorize the State of Tennessee to provide the Social Security Administration with information from this certificate which is needed to assign a number.
- ☐ No

29. Furnishing parent(s) Social Security Number(s) (SSNs) is required by Federal Law, 42 USC 405(c)(section 205(c) of the Social Security Act).

29a. What is your Social Security Number?

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

29b. What is the father's Social Security Number?  If you are not married, or if a paternity acknowledgment will not be completed, leave this item blank.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

Certification:  I certify that the personal information provided on this form is correct to the best of my knowledge and belief.

Name and signature of mother

Name _____

Signature _____   Date _____

Name and signature of father (optional)

Name _____

Signature _____   Date _____

Name and signature of person who obtained mother's worksheet information:

Name _____

Signature _____   Date _____

PH-1675 (Rev. 1/04)

RDA N/A

124d

## APPENDIX B

**Mother's Worksheet for Child's Birth Certificate (PH-1675)**

Generally, a birth worksheet is necessary for purposes of interviewing the mother in order to prepare the child's birth certificate. The Mother's Worksheet for Child's Birth Certificate is furnished by the Tennessee OVR upon request to a facility, clinic, or other attendant which is responsible for filing the Certificate of Live Birth. If the facility, clinic, or birth attendant has prepared a form which meets the Tennessee standard worksheet form, and has been approved by the Tennessee OVR, it may be used in lieu of this form. However, Tennessee OVR strongly recommends that the standard worksheet be used.

The Mother's Worksheet for Child's Birth Certificate is to be completed in its entirety by the mother or other responsible person. The information on this form will be transferred to the Certificate of Live Birth by hospital personnel and/or attendant.

The mother and/or father should sign the worksheet.

Form PH-1675S is the Spanish translation version of the Mother's Worksheet for Child's Birth Certificate (Appendix C).

**Special Request:** It is suggested that the signed mother's worksheet become a permanent record in the mother's chart. The Tennessee OVR may need to request a copy of the signed worksheet as documentation for amending the original birth certificate (i.e., child's surname, names of parents, and personal information, etc.).

125

## APPENDIX C



### Departamento de Salud de Tennessee

### Planilla de información sobre la madre para la Partida de nacimiento del niño

Usaremos la información que usted nos da aquí para generar la partida de nacimiento de su niño (a). La partida de nacimiento es un documento que se usa con fines legales para comprobar la edad, nacionalidad y los padres del niño (a). Su niño (a) usará este documento a lo largo de su vida. Las leyes del estado estipulan la protección contra la divulgación de la información médica y de salud de la partida de nacimiento para garantizar la confidencialidad de los padres y sus hijos.

Es muy importante que la información que nos proporcione sobre cada una de las preguntas sea completa y exacta. Además de la información que se utiliza con fines legales, también hay investigadores médicos y de la salud que utilizan otros datos de la partida de nacimiento para estudiar y mejorar la salud de las madres y de los recién nacidos. Los datos tales como el estado civil, el nivel de educación, la raza, si fuma, los ingresos y los números de seguro social sólo se utilizan para estudios estadísticos y de investigación y no aparecerán en las copias de la partida de nacimiento que se le extiendan a usted o a sus hijos.

#### ESCRIBA CON LETRA DE MOLDE Y CLARA

1. ¿Cuál será el nombre legal de su niño (a) tal y como debe constar en la partida de nacimiento?

   _____  _____  _____  _____
   Nombre            Segundo nombre      Apellido         Sufijo (Jr., III, etc.)

2. ¿Cuál es su nombre legal actual?

   _____  _____  _____  _____
   Nombre            Segundo nombre      Apellido         Sufijo (Jr., III, etc.)

3. ¿Ha estado casada alguna vez?     ☐  Si  Vaya a la pregunta 4.     ☐  No  Vaya a la pregunta 5.

4. ¿Cuál era su nombre antes del primer matrimonio?

   _____  _____  _____  _____
   Nombre            Segundo nombre      Apellido         Sufijo (Jr., III, etc.)

5. ¿Dónde vive por lo general?  Es decir, ¿dónde está ubicado su hogar/domicilio?

   Número y calle completos: _____  Número de apartamento: _____
                              (No use apartados postales)

   Ciudad, Pueblo, o Lugar: _____  Condado: _____
                                                       (o Provincia en Canadá)

   Estado o País: _____  Código Postal : _____

6. ¿Este hogar se encuentra dentro de los límites de la ciudad?  ☐ Sí   ☐ No   ☐ No sé

7. ¿Cuál es su dirección postal?

   ☐  La misma que la del domicilio.  Si la dirección postal no es la misma que la de dónde reside, vaya a la pregunta 8.

   Apartado postal: _____ Número y calle completos: _____  Número de apartamento: _____

   Ciudad, Pueblo, o Lugar: _____

   Estado o País: _____  Código Postal: _____

8. ¿Cuál es su fecha de nacimiento?  (Ejemplo: Marzo 4 de 1977 es 3 - 4 -1977)   _____ _____ _____
                                                                                  Mes  Dia  Año

PH-1675S

RDA N/A

9. ¿En qué estado, territorio estadounidense o país extranjero nació? Especifique cuál de los siguientes:
Estado _____ o Territorio estadounidense (como Puerto Rico, Islas Vírgenes estadounidenses, Guam, Samoa Americana o las Islas Marianas del Norte) _____
o País extranjero _____

10. ¿Cuál fue el último grado que terminó en la escuela antes del parto? Marque la casilla que describe su nivel de educación. Si está matriculada en la actualidad, marque la casilla que indica el grado que haya terminado anteriormente o el diploma del nivel de educación más alto que haya obtenido.

☐ 8vo grado o menos

☐ 9no – 12mo grado, sin diploma

☐ Graduado de pre-universitario o si obtuvo el Diploma de Equivalencia General (GED, por sus siglas en inglés)

☐ Algunos créditos universitarios, pero no recibió un título

☐ Título de asociado (tal como Asociado en Artes, Asociado en Ciencias)

☐ Título de bachiller (tal como Bachiller en Artes, Bachiller en comercio, Bachiller en ciencias)

☐ Maestría (tal como Maestría en Artes, Maestría en Ciencias, Maestría en Ingeniería, Maestría en Educación, Maestría en Trabajo Social, Maestría en Comercio)

☐ Doctorado (tal como Doctorado en Filosofía, Doctorado en Educación) o Título Profesional (tal como Doctor en Medicina, Doctor en Estomatología, Doctor en Medicina Veterinaria, Doctor en Ley, Doctor en Jurisprudencia)

11. ¿Usted es Española/Hispana/Latina? Si no es Española/Hispana/Latina, marque la casilla "No". Si es Española/Hispana/Latina, marque la casilla adecuada.

☐ No, no soy Española/Hispana/Latina
☐ Sí, Mejicana, Mejicana-Americana, Chicana
☐ Sí, Puertorriqueña
☐ Sí, Cubana

☐ Sí, Española/Hispana/Latina de otro país tal como España, El Salvador, Dominicana, Colombia, etc.
Especifique _____

12. ¿Cuál es su raza? Sírvase de marcar una casilla o todas las casillas de las razas que usted piensa que son su raza.

☐ Blanca
☐ Negra o Afro-norteamericana
☐ India-norteamericana o Nativa de Alaska, nombre de la tribu principal registrada _____
☐ Hindú-Asiática
☐ China
☐ Filipina
☐ Japonesa

☐ Coreana
☐ Vietnamita
☐ Otra raza asiática, especifique _____
☐ Nativa de Hawai
☐ Nativa de Guam o Chamorro
☐ Samoano
☐ Nativa de otra isla del Pacífico, especifique _____
☐ Otra, especifique _____

13. ¿Cuál considera que es su raza principal? Sírvase marcar una de las casillas.

☐ Blanca
☐ Negra o Afro-norteamericana
☐ India-norteamericana o Esquimal

☐ China
☐ Japonesa
☐ Hawaiana

☐ Filipina
☐ Otras Asiáticas o de las Islas del Pacífico
☐ Otra raza que no se haya mencionado Especifique _____

14. ¿Usted recibió comida del WIC (Mujeres, Lactantes y Niños, por sus siglas en inglés) mientras estaba embarazada de este niño (a)?

☐ Sí    ☐ No    ☐ No sé

15. ¿Cuánto mide? _____ pies _____ pulgadas

16. ¿Cuánto pesaba antes de este embarazo? _____ libras

17. ¿Durante los períodos de tiempo que aparecen a continuación cuántos cigarros O cajas de cigarro se fumó al día como promedio? Si NUNCA ha fumado, ponga cero en cada período de tiempo.

| | # de cigarros | | # de cajas |
|---|---|---|---|
| Tres meses antes del embarazo | _____ | o | _____ |
| El primer trimestre del embarazo | _____ | o | _____ |
| El segundo trimestre del embarazo | _____ | o | _____ |
| El último trimestre del embarazo | _____ | o | _____ |

PH-1675S

RDA N/A

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 138 of 213 PageID #: 2248

18. **¿Estaba casada cuando dio a luz o se casó cuando concibió o se casó después de haber concebido y antes de dar a luz?**

☐ Sí **Vaya a la pregunta 19 (una vez que haya leído las instrucciones).** *

☐ No  Si no está casada, ¿usted y el padre, antes de irse de alta de este hospital, llenarán y firmarán el formulario de reconocimiento voluntario de paternidad de este niño?

  ☐ Sí, llenaremos el formulario de reconocimiento voluntario de la paternidad. **Vaya a la pregunta 19.** *

  ☐ No, no llenaremos el formulario de reconocimiento voluntario de la paternidad. **Vaya a la pregunta 26.**

**\*Preste atención a las siguientes instrucciones en lo relacionado con el presunto padre legal del niño (a).**

Si usted está casada en estos momentos, o se casó cuando concibió o se casó después de haber concebido y antes de dar a luz, o está separada en estos momentos, o está en trámites de divorcio, o hace menos de 300 días que se divorció, su esposo es el presunto padre legal de su niño (a). Su nombre y datos personales tienen que aparecer en la partida de nacimiento.

Si no está casada en estos momentos y no se casó cuando concibió o después de haber concebido y antes de dar a luz, los datos personales del padre pueden aparecer en la partida de nacimiento sólo si usted y el padre biológico reconocen la paternidad. El reconocer la paternidad demuestra ante la ley que el hombre que llenó el formulario es el padre del niño (a). Tanto usted como el padre biológico tienen que llenar y firmar de mutuo acuerdo el formulario de Reconocimiento voluntario de paternidad (PH-2595) ante un notario público. Si usted o el padre del niño (a) son menores de 18 años, entonces a usted o al padre se le considera menor de edad. Las personas menores de edad tienen que obtener el consentimiento de uno de los padres o del tutor. El padre o tutor del menor tendrá que firmar el formulario para demostrar su consentimiento. Si piensa reconocer la paternidad durante su estadía en el hospital, incluya el nombre del padre biológico y sus datos personales en las preguntas de la 19 a la 25 y en la 29b.

19. **¿En la actualidad cuál es el nombre legal del padre del niño (a)?**

_____   _____   _____   _____
Nombre            Segundo nombre     Apellido           Sufijo (Jr., III, etc.)

20. **¿Cuál es la fecha de nacimiento del padre?** (Por ejemplo: Marzo 4, 1976 es 3 - 4 - 1976)

  ┌─────┬─────┬─────┐
  Mes   Día   Año

21. **¿En qué estado, territorio estadounidense o país extranjero nació el padre? Especifique cuál de los siguientes:**

Estado _____ o Territorio estadounidense (como Puerto Rico, Islas Vírgenes estadounidenses, Guam, Samoa Americana o las Islas Marianas del Norte) _____
o País extranjero _____

22. **¿Cuál fue el último grado que el padre terminó en la escuela? Marque con una cruz en la casilla que describe el nivel de educación del padre. Si está matriculado en la actualidad, marque la casilla que indica el grado que haya terminado anteriormente o el diploma del nivel de educación más alto que haya obtenido**

☐ 8vo grado o menos
☐ 9no – 12mo grado, sin diploma

☐ Graduado de pre-universitario o si obtuvo el Diploma de Equivalencia General (GED, por sus siglas en inglés)
☐ Algunos créditos universitarios, pero no recibió un título

☐ Título de asociado (tal como Asociado en Artes, Asociado en Ciencias)
☐ Título de bachiller (tal como Bachiller en Artes, Bachiller en comercio, Bachiller en ciencias)
☐ Maestría (tal como Maestría en Artes, Maestría en Ciencias, Maestría en ingeniería, Maestría en Educación, Maestría en Trabajo Social, Maestría en comercio)
☐ Doctorado (tal como Doctorado en Filosofía, Doctorado en Educación) o Título Profesional (tal como Doctor en Medicina, Doctor en Estomatología, Doctor en Medicina Veterinaria, Doctor en Ley, Doctor en Jurisprudencia)

23. **¿El padre es Español/Hispano/Latino? Si no es Español/Hispano/Latino, marque la casilla "No". Si es Español/Hispano/Latino, marque la casilla adecuada.**

☐ No, no soy Español/Hispano/Latino
☐ Sí, Mejicano, Mejicano-Americano, Chicano
☐ Sí, Puertorriqueño
☐ Sí, Cubano

☐ Sí, Español/Hispano/Latino de otro país tal como España, El Salvador, Dominicana, Colombia, etc.
Especifique _____

24. **¿Cuál es la raza del padre? Sírvase marcar una casilla o todas las casillas de las razas que él piensa que son su raza.**

☐ Blanca
☐ Negra o Afro-norteamericana
☐ India-norteamericana o Nativo de Alaska, nombre de la tribu principal registrada _____
☐ Hindú-Asiática

☐ Coreana
☐ Vietnamita
☐ Otra raza asiática, especifique _____
☐ Nativo de Hawai
☐ Nativo de Guam o Chamorro

PH-1675S                                                                RDA N/A

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 139 of 213 PageID #: 2249

☐ China
☐ Filipina
☐ Japonesa

☐ Samoano
☐ Nativo de otra isla del Pacífico, especifique _____
☐ Otra, especifique _____

25. ¿Cuál es la raza que el padre considera como su raza principal? Sírvase marcar una de las casillas.

☐ Blanca
☐ Negra o Afro-norteamericana
☐ India-norteamericana o Esquimal

☐ China
☐ Japonesa
☐ Hawaiana

☐ Filipina
☐ Otras Asiáticas o de las Islas del Pacífico
☐ Otra raza que no se haya mencionado
    Especifique _____

26. ¿Cuál es el idioma que predomina en el hogar?

☐ Inglés
☐ Español/Español Criollo
☐ Alemán
☐ Francés

☐ Chino
☐ Vietnamita
☐ Coreano
☐ Árabe

☐ Otro, especifique _____
☐ Desconocido

27. Teniendo en cuenta los ingresos de todas las personas que viven con usted ¿Cuál de estas categorias se acerca más a los ingresos combinados de su hogar en los últimos 12 meses?

☐ menos de $10,000
☐ $10,000 - $14,999
☐ $15,000 - $24,999

☐ $25,000 - $34,999
☐ $35,000 - $49,999
☐ $50,000 - $74,999

☐ $75,000 - $99,999
☐ $100,000 o más
☐ Desconozco/Me niego

28. ¿Quisiera solicitar un número de seguro social para su niño (a)?

☐ Sí  Autorizo al Estado de Tennessee a facilitarle a la Administración del Seguro Social la información que aparece en esta partida de nacimiento, la cual es necesaria para atribuir un número de seguro social.
☐ No

29. La ley federal, Título 42 del Código de los Estados Unidos, Artículos 405, Punto (c) y 205 Punto (c) de la Ley del Seguro Social, exige que los padres proporcionen su (s) número (s) de seguro social.

29a. ¿Cuál es su número de seguro social?

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

29b. ¿Cuál es el número de seguro social del padre? Si no está casada o si no va a llenar el formulario de reconocimiento voluntario, no responda a esta pregunta.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Certificación: Certifico que los datos personales que aparecen en este formulario están correctos según mi leal saber y entender.

Nombre y firma de la madre

Nombre _____

Firma _____  Fecha _____

Nombre y firma del padre (optativo)

Nombre _____

Firma _____  Fecha _____

Nombre y firma de la persona que obtuvo la planilla de información sobre la madre:

Nombre _____

Firma _____  Fecha _____

PH-1675S

RDA N/A

126d

**APPENDIX C**

**Planilla de informacion sobre la madre para la Partida de nacimiento del nino (PH-1675S)     (Mother's Worksheet for Child's Birth Certificate)**

Generally, a birth worksheet is necessary for purposes of interviewing the mother in order to prepare the child's birth certificate. The Spanish translation version of the Mother's Worksheet for Child's Birth Certificate is furnished by the Tennessee OVR upon request to a facility, clinic, or other birth attendant which is responsible for filing the Certificate of Live Birth.

The Spanish translation version of the Mother's Worksheet for Child's Birth Certificate is to be completed in its entirety by the mother or other responsible person. The information on this form will be transferred to the Certificate of Live Birth by facility personnel and/or attendant.

The mother and/or father should sign the worksheet.

**Special Request:** It is suggested that the signed mother's worksheet become a permanent record in the mother's chart. The Tennessee OVR may need to request a copy of the signed worksheet as documentation for amending the original birth certificate (i.e., child's surname, names of parents, and personal information, etc.).

127

**APPENDIX D**

| |
|---|
| Mother's Medical Record No. _____ |
| Newborn Screening Specimen Control No. _____ |



### Tennessee Department of Health
## Facility Worksheet for Child's Birth Certificate

1. **Mother's Name** _____

2. **Plurality**  Specify single, twin, triplet, quadruplet, quintuplet, etc. _____
   **Include all live births and fetal losses delivered at any time in this pregnancy.**

3. **Birth Order**  If not single birth, specify order this child was delivered as 1st, 2nd, 3rd, 4th, 5th, etc. _____
   **Include all live births and fetal losses delivered at anytime in this pregnancy.**

4. **Date of child's birth**  ___ ___ ___   5. **Time of birth** _____ 24 hour clock
   Month   Day   Year

6. **Sex of child**  Male, Female, Undetermined _____

7. **Born in this facility or <u>enroute</u> to this facility?**
   ❏ Yes  Go to Question 12.
   ❏ No   If not born in this facility, give name of another facility or a street and number. _____

8. **Place where birth occurred**
   ❏ Hospital                          ❏ Freestanding birthing center
   ❏ Clinic/Doctor's Office            ❏ Other, Specify  (e.g., plane, grocery store, school, etc.)
   ❏ Home birth:                       _____
       Planned to deliver at home?  ❏ Yes  ❏ No

9. **State of birth** _____  If not born in Tennessee, do <u>not</u> continue.

10. **County of birth** _____  11. **City, Town or Location of birth** _____

<u>**The preferred source of information for Questions 12-21 is the mother's prenatal care record.**</u>

12. **Did the mother receive prenatal care?**  ❏ Yes  ❏ No  **If No is checked, go to Question 16.**

13. **Date of first prenatal care visit**  (Prenatal care begins when a physician or other health professional first examines and/or counsels the pregnant woman as part of an ongoing program of care for the pregnancy.)
    ___ ___ ___
    Month  Day  Year

14. **Date of last prenatal care visit**  ___ ___ ___
    Month  Day  Year

15. **Total number of prenatal visits** ____

16. **Date last normal menses began**  ___ ___ ___
    Month  Day  Year

17a. **Number of previous live births now living**  (Do not include this child.)  ____ Number   ❏ None

17b. **Number of previous live births now dead**  (Do not include this child.)  ____ Number   ❏ None

17c. **Date of last live birth**  ___ ___ ___
     Month  Day  Year

18a. **Total number of other pregnancy outcomes**  (Include fetal losses of any gestational age: spontaneous losses, induced losses, and/or ectopic pregnancies. If this was a multiple delivery, include all fetal losses delivered before this infant in the pregnancy.)
     ____ Number   ❏ None

18b. **Date of last other pregnancy outcome**  (Date last pregnancy ended which did not result in a live birth)  ___ ___ ___
     Month  Year

PH-1676 (Rev. 1/04)                                                    RDA N/A

128a

19. **Medical risk factors in this pregnancy**   (Check all that apply)

Diabetes - Glucose intolerance requiring treatment.
- ❑ Prepregnancy (Diagnosis prior to this pregnancy)
- ❑ Gestational (Diagnosis in this pregnancy)

Hypertension - Elevation of blood pressure above normal for age, gender, and physiological condition.
- ❑ Prepregnancy (Chronic) (Diagnosis prior to this pregnancy)
- ❑ Gestational (PIH, preeclampsia, eclampsia) (Diagnosis during this pregnancy)
- ❑ Previous preterm births - History of pregnancy(ies) terminating in a live birth of less than 37 completed weeks of gestation.
- ❑ Other previous poor pregnancy outcome (Includes perinatal death, small for gestational age/intrauterine growth restricted birth) - History of pregnancies continuing into the 20th week of gestation and resulting in any of the listed outcomes. Perinatal death includes fetal and neonatal deaths.
- ❑ Vaginal bleeding during this pregnancy prior to the onset of labor - Any vaginal bleeding occurring any time in the pregnancy prior to the onset of labor
- ❑ Pregnancy resulted from infertility treatment - Any assisted reproduction treatment whether artificial insemination, drugs (e.g., Clomid, Pergonal) or technical procedures (e.g., in-vitro fertilization) used to initiate the pregnancy.
- ❑ Mother had a previous cesarean delivery - Previous operative delivery by extraction of the fetus, placenta and membranes through an incision in the maternal abdominal and uterine walls.   If Yes, how many _____
- ❑ None of the above

20. **Infections present and/or treated during this pregnancy**   (Check all that apply)
- ❑ Gonorrhea - a diagnosis of or positive test for *Neisseria gonorrhoeae*
- ❑ Syphilis - also called lues - a diagnosis of or positive test for *Treponema pallidum*
- ❑ Herpes Simplex Virus (HSV) - a diagnosis of or positive test for the herpes simplex virus
- ❑ Chlamydia - a diagnosis of or positive test for *Chlamydia trachomatis*
- ❑ Hepatitis B - HBV, serum hepatitis - a diagnosis of or positive test for the hepatitis B virus
- ❑ Hepatitis C - non A, non B hepatitis, HCV - a diagnosis of or positive test for the hepatitis C virus
- ❑ None of the above

21. **Obstetric procedures**   (Check all that apply)
- ❑ Cervical cerclage - Circumferential banding or suture of the cervix to prevent or treat passive dilatation. Includes MacDonald's suture, Shirodkar procedure, abdominal cerclage via laparotomy.
- ❑ Tocolysis - Administration of any agent with the intent to inhibit preterm uterine contractions to extend length of the pregnancy.

External cephalic version - Attempted conversion of a fetus from a non-vertex to a vertex presentation by external manipulation.
- ❑ Successful    ❑ Failed
- ❑ None of the above

22. **Onset of Labor**   (Check all that apply)
- ❑ Premature rupture of the membranes (prolonged ≥ 12 hours) - Spontaneous tearing of the amniotic sac. (natural breaking of the bag of waters), 12 hours or more before labor begins.
- ❑ Precipitous labor (< 3 hours) - Labor that progresses rapidly and lasts for less than 3 hours.
- ❑ Prolonged labor (≥ 20 hours) - Labor that progresses slowly and lasts for 20 hours or more.
- ❑ None of the above

23. **Principal source of payment for this delivery**
- ❑ Private Insurance    ❑ Self-pay
- ❑ Medicaid/TennCare    ❑ Other, Specify _____

24. **Attendant's name** _____

25. **Attendant's title**
- ❑ M.D.    ❑ CNM/CM    ❑ Other Midwife
- ❑ D.O.    ❑ CPM    ❑ Other, Specify _____

26. **Attendant's N.P.I. Number** (National Provider Identifier) _____

27. **Infant's medical record number** _____

28. **Was the mother transferred to this facility for maternal medical or fetal indications prior to delivery?**
(Transfers include hospital to hospital, birth facility to hospital, etc.)
- ❑ Yes   If Yes, enter the name of the facility mother transferred from: _____   ❑ No

29. **Mother's weight at delivery**   Pounds: _____

PH-1676 (Rev. 1/04)

RDA N/A

128b

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 143 of 213 PageID #: 2253

30. **Characteristics of labor and delivery**     (Check all that apply)

- ❏ Induction of labor – Start of uterine contractions by medical and/or surgical means for the purpose of delivery before the spontaneous onset of labor.
- ❏ Augmentation of labor – Stimulation of uterine contractions by drug or manipulative technique with the intent to reduce the time to delivery.
- ❏ Non-vertex presentation – Includes any non-vertex fetal presentation, e.g., breech, shoulder, brow, face presentations, and transverse lie in the active phase of labor or at delivery other than vertex.
- ❏ Steroids (glucocorticoids) for fetal lung maturation received by the mother prior to delivery – Includes betamethasone, dexamethasone, or hydrocortisone specifically given to accelerate fetal lung maturation in anticipation of preterm delivery. Excludes steroid medication given to the mother as an anti-inflammatory treatment.
- ❏ Antibiotics received by the mother during labor – Includes antibacterial medications given systemically (intravenous or intramuscular) to the mother in the interval between the onset of labor and the actual delivery: Ampicillin, Penicillin, Clindamycin, Erythromycin, Gentamicin, Cefataxime, Ceftriaxone, etc.
- ❏ Clinical chorioamnionitis diagnosed during labor or maternal temperature ≥ 38° C (100.4° F) – Clinical diagnosis of chorioamnionitis during labor made by the delivery attendant. Usually includes more than one of the following: fever, uterine tenderness and/or irritability, leukocytosis and fetal tachycardia.
- ❏ Moderate/heavy meconium staining of the amniotic fluid – Staining of the amniotic fluid caused by passage of fetal bowel contents during labor and/or at delivery which is more than enough to cause a greenish color change of an otherwise clear fluid.
- ❏ Fetal intolerance of labor was such that one or more of the following actions was taken: in utero resuscitative measures, further fetal assessment, or operative delivery – In Utero Resuscitative measures such as any of the following – maternal position change, oxygen administration to the mother, intravenous fluids administered to the mother, amnioinfusion, support of maternal blood pressure, and administration of uterine relaxing agents. Further fetal assessment includes any of the following - scalp pH, scalp stimulation, acoustic stimulation. Operative delivery – operative intervention to shorten time to delivery of the fetus such as forceps, vacuum, or cesarean delivery.
- ❏ Epidural or spinal anesthesia during labor – Administration to the mother of a regional anesthetic for control of the pain of labor, i.e., delivery of the agent into a limited space with the distribution of the analgesic effect limited to the lower body.
- ❏ None of the above

31. **Method of delivery**     (Complete A, B, C, and D)

- A. Was delivery with forceps attempted but unsuccessful? – Obstetric forceps was applied to the fetal head in an unsuccessful attempt at vaginal delivery.     ❏ Yes     ❏ No
- B. Was delivery with vacuum extraction attempted but unsuccessful? – Ventouse or vacuum cup was applied to the fetal head in an unsuccessful attempt at vaginal delivery.     ❏ Yes     ❏ No
- C. Fetal presentation at birth     (Check one)
    - ❏ Cephalic – Presenting part of the fetus listed as vertex, occiput anterior (OA), occiput posterior (OP)
    - ❏ Breech – Presenting part of the fetus listed as breech, complete breech, frank breech, footling breech
    - ❏ Other – Any other presentation not listed above.
- D. Final route and method of delivery     (Check one)
    - ❏ Vaginal/Spontaneous – Delivery of the entire fetus through the vagina by the natural force of labor with or without manual assistance from the delivery attendant.
    - ❏ Vaginal/Forceps – Delivery of the fetal head through the vagina by application of obstetrical forceps to the fetal head.
    - ❏ Vaginal/Vacuum – Delivery of the fetal head through the vagina by application of a vacuum cup or ventouse to the fetal head.
    - ❏ Cesarean – Extraction of the fetus, placenta and membranes through an incision in the maternal abdominal and uterine walls.
       If cesarean, was a trial of labor attempted? – Labor was allowed, augmented or induced with plans for a vaginal delivery.
       ❏ Yes     ❏ No

32. **Maternal morbidity**     (Check all that apply)

- ❏ Maternal transfusion – Includes infusion of whole blood or packed red blood cells associated with labor and delivery
- ❏ Third or fourth degree perineal laceration — 3rd degree laceration extends completely through the perineal skin, vaginal mucosa, perineal body and anal sphincter. 4th degree laceration is all of the above with extension through the rectal mucosa.
- ❏ Ruptured uterus – Tearing of the uterine wall.
- ❏ Unplanned hysterectomy – Surgical removal of the uterus that was not planned prior to the admission. Includes anticipated or possible but not definitively planned hysterectomy
- ❏ Admission to intensive care unit – Any admission of the mother to a facility/unit designated as providing intensive care.
- ❏ Unplanned operating room procedure following delivery – Any transfer of the mother back to a surgical area for an operative procedure that was not planned prior to the admission for delivery. Excludes postpartum tubal ligations.
- ❏ None of the above

33. **Birthweight**     Enter weight in grams.   _____
          If weight in grams is not available, enter birthweight as lbs., oz. _____

34. **Obstetric estimate of gestation at delivery** – The birth attendant's final estimate of gestation based on all perinatal factors and assessments, but not the neonatal exam. Do not compute based on date of the last menstrual period and the date of birth.   Completed wks. _____

PH-1676 (Rev. 1/04)                                                                                      RDA N/A

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 144 of 213 PageID #: 2254

**35. Apgar score at 5 mins.** _____   *If 5 mins. score* **is less than 6**, *what is the* **Apgar score at 10 mins.** _____

**36. Abnormal conditions of the newborn**     (Check all that apply)

❑ **Assisted ventilation required immediately following delivery** - Infant given manual breaths for any duration with bag and mask or bag and endotracheal tube within the first several minutes from birth. Excludes oxygen only and laryngoscopy for aspiration of meconium.

❑ **Assisted ventilation required for more than six hours** - Infant given mechanical ventilation (breathing assistance) by any method for more than 6 hours. Includes conventional, high frequency and/or continuous positive pressure (CPAP).

❑ **NICU admission** - Admission into a facility or unit staffed and equipped to provide continuous mechanical ventilatory support for a newborn.

❑ **Newborn given surfactant replacement therapy** - Endotracheal instillation of a surface active suspension for the treatment of surfactant deficiency due to preterm birth or pulmonary injury resulting in respiratory distress. Includes both artificial and extracted natural surfactant.

❑ **Antibiotics received by the newborn for suspected neonatal sepsis** - Any antibacterial drug given systemically (intravenous or intramuscular) (e.g., penicillin, ampicillin, gentamicin, cefotaxime etc.)

❑ **Seizure or serious neurologic dysfunction** - Seizure is any involuntary repetitive, convulsive movement or behavior. Serious neurologic dysfunction is severe alteration of alertness such as obtundation, stupor, or coma, i.e., hypoxic-ischemic encephalopathy. Excludes lethargy or hypotonia in the absence of other neurologic findings. Exclude symptoms associated with CNS congenital anomalies.

❑ **Significant birth injury (skeletal fracture(s), peripheral nerve injury, and/or soft tissue/solid organ hemorrhage which requires intervention)** - Defined as present immediately following delivery or manifesting soon after delivery. Includes any bony fracture or weakness or loss of sensation, but excludes fractured clavicles and transient facial nerve palsy. Soft tissue hemorrhage requiring evaluation and/or treatment includes sub-galeal (progressive extravasation within the scalp) hemorrhage, giant cephalohematoma, extensive truncal, facial and/or extremity ecchymosis accompanied by evidence of anemia and/or hypovolemia and/or hypotension. Solid organ hemorrhage includes subcapsular hematoma of the liver, fractures of the spleen, or adrenal hematoma.

❑ **None of the above**

**37. Congenital anomalies of the newborn**     (Check all that apply)

❑ **Anencephaly** - Partial or complete absence of the brain and skull. Also called anencephalus, acrania, or absent brain. Also includes infants with craniorachischisis (anencephaly with a contiguous spine defect).

❑ **Meningomyelocele/Spina bifida** - Spina bifida is herniation of the meninges and/or spinal cord tissue through a bony defect of spine closure. Meningomyelocele is herniation of meninges and spinal cord tissue. Meningocele (herniation of meninges without spinal cord tissue) should also be included in this category. Both open and closed (covered with skin) lesions should be included. Do not include Spina bifida occulta (a midline bony spinal defect without protrusion of the spinal cord or meninges).

❑ **Cyanotic congenital heart disease** - Congenital heart defects which cause cyanosis. Includes but is not limited to: transposition of the great arteries (vessels), tetralogy of Fallot, pulmonary or pulmonic valvular atresia, tricuspid atresia, truncus arteriosus, total/partial anomalous pulmonary venous return with or without obstruction.

❑ **Congenital diaphragmatic hernia** - Defect in the formation of the diaphragm allowing herniation of abdominal organs into the thoracic cavity.

❑ **Omphalocele** - A defect in the anterior abdominal wall, accompanied by herniation of some abdominal organs through a widened umbilical ring into the umbilical stalk. The defect is covered by a membrane (different from gastroschisis, see below), although this sac may rupture. Also called exomphalos. Do not include umbilical hernia (completely covered by skin) in this category.

❑ **Gastroschisis** - An abnormality of the anterior abdominal wall, lateral to the umbilicus, resulting in herniation of the abdominal contents directly into the amniotic cavity. Differentiated from omphalocele by the location of the defect and absence of a protective membrane

❑ **Limb reduction defect (excluding congenital amputation and dwarfing syndromes)** - Complete or partial absence of a portion of an extremity associated with failure to develop.

❑ **Cleft lip with or without Cleft palate** - Incomplete closure of the lip. May be unilateral, bilateral or median.

❑ **Cleft palate alone** - Incomplete fusion of the palatal shelves. May be limited to the soft palate or may extend into the hard palate. Cleft palate in the presence of cleft lip should be included in the "Cleft Lip with or without Cleft Palate" category above.

Down Syndrome - (Trisomy 21)
     ❑ **Karyotype confirmed**     ❑ **Karyotype pending**

Suspected chromosomal disorder - Includes any constellation of congenital malformations resulting from or compatible with known syndromes caused by detectable defects in chromosome structure.
     ❑ **Karyotype confirmed**     ❑ **Karyotype pending**

❑ **Hypospadias** - Incomplete closure of the male urethra resulting in the urethral meatus opening on the ventral surface of the penis. Includes first degree - on the glans ventral to the tip, second degree - in the coronal sulcus, and third degree – on the penis shaft.

❑ **None of the anomalies listed above**

**38. Was infant transferred within 24 hours of delivery?** Transfer is defined as moving the child from the facility where the delivery occurred to another facility. This excludes admittance to the newborn intensive care unit within the facility where the child was delivered.
     ❑ Yes     if yes, give name of facility infant transferred to: _____
     ❑ No

**39a. Is infant living at time of report?**   ❑ Yes     ❑ No     ❑ Infant transferred, status unknown

**39b. If not living, give date of death**  __ __  __ __  __ __ __ __     **40. Is infant being breastfed?** ❑ Yes ❑ No
                                             Month   Day    Year

**Name and signature of Labor and Delivery Nurse or Attendant who obtained facility worksheet information**

Name _____ Signature _____ Date _____

PH-1676 (Rev. 1/04)

RDA N/A

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 145 of 213 PageID #: 2255

**APPENDIX D**

**Facility Worksheet for Child's Birth Certificate**

The Facility Worksheet for Child's Birth Certificate is furnished upon request to a facility which is responsible for filing the Certificate of Live Birth. If the facility has prepared a form which meets the needs of the facility, it may be used in lieu of this form. However, Tennessee OVR strongly recommends that the standard worksheet be used.

The Facility Worksheet for Child's Birth Certificate should be completed by the physician in attendance at the birth of the child or the labor and delivery nurse and remains in the facility's files. It is to be used for completing the medical portion and confidential portion of the Certificate of Live Birth with information that is best provided by the physician or the labor and delivery nurse.

The mother or other informant should not normally be asked to complete the medical items 29-34b, 37, 39-42, and 44-60 unless medical personnel do not have access to this information. The information for these items should be taken from the facility worksheet or from other data supplied by the physician.

The Tennessee OVR does not recommend that the Facility Worksheet for Child's Birth Certificate become a permanent record in the mother's chart.

# APPENDIX E



**TENNESSEE DEPARTMENT OF HEALTH**
**CERTIFICATE OF LIVE BIRTH**

STATE FILE NUMBER: **141-**

| | |
|---|---|
| **CHILD** | 1 CHILD'S NAME (First, Middle, Last, Suffix) |

| 2 SEX | 3. DATE OF BIRTH (Mo/Day/Yr) | 4 TIME OF BIRTH (24 Hour) | 5. FACILITY NAME (if not institution, give street and number) |
|---|---|---|---|

| 6 CITY, TOWN, OR LOCATION OF BIRTH | 7 COUNTY OF BIRTH |
|---|---|

| **MOTHER** | 8a MOTHER'S CURRENT LEGAL NAME (First, Middle, Last, Suffix) | 8b. DATE OF BIRTH (Mo/Day/Yr) |
|---|---|---|

| 8c MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last, Suffix) | 8d BIRTHPLACE (State, Territory, or Foreign Country) |
|---|---|

| 8a. RESIDENCE OF MOTHER STATE OR COUNTRY | 9b. COUNTY | 9c CITY, TOWN, OR LOCATION |
|---|---|---|

| 9d STREET AND NUMBER | 9e APT NO | 9f ZIP CODE | 9g INSIDE CITY LIMITS? ☐ Yes ☐ No |
|---|---|---|---|

| 10 MOTHER'S MAILING ADDRESS ☐ Same as residence, or |
|---|

| Street and Number | Apt No | City | State or Country | Zip Code |
|---|---|---|---|---|

| **FATHER** | 11a FATHER'S CURRENT LEGAL NAME (First, Middle, Last, Suffix) | 11b DATE OF BIRTH (Mo/Day/Yr) | 11c BIRTHPLACE (State, Territory, or Foreign Country) |
|---|---|---|---|

| | 12 CERTIFIER'S SIGNATURE AND DATE CERTIFIED |
|---|---|

| **CERTIFIER** | SIGNATURE _____ TITLE ☐ MD ☐ DO ☐ HOSPITAL DESIGNEE ☐ CNM/CM ☐ CPM ☐ Other Midwife ☐ Other, Specify | DATE SIGNED (Mo/Day/Yr) |
|---|---|---|

| CERTIFIER'S PRINTED NAME |
|---|

| 13. REGISTRAR'S SIGNATURE | 14 DATE FILED BY REGISTRAR (Mo/Day/Yr) |
|---|---|

PH – 1657 A
Rev (1-04)

RDA 1769

## INFORMATION FOR MEDICAL AND HEALTH USE ONLY

| 15 MOTHER'S MEDICAL RECORD NO | 16 CHILD'S MEDICAL RECORD NO | 17 NEWBORN SCREENING SPECIMEN CONTROL NO | 18 FACILITY ID (NPI) |
|---|---|---|---|
| 19. MOTHER MARRIED AT BIRTH, CONCEPTION, OR ANY TIME BETWEEN ? ☐ Yes ☐ No IF NO, HAS PATERNITY ACKNOWLEDGMENT FORM BEEN COMPLETED? ☐ Yes ☐ No | | | 20 SOCIAL SECURITY CARD REQUESTED FOR CHILD? ☐ Yes ☐ No |
| 21. MOTHER'S SOCIAL SECURITY NO | | 22 FATHER'S SOCIAL SECURITY NO | |

130a

| MOTHER | 23. MOTHER'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of delivery) | 24. MOTHER OF HISPANIC ORIGIN? (Check the box that best describes whether the mother is Spanish/Hispanic/Latina. Check the "No" box if mother is not Spanish/Hispanic/Latina) | 25a. MOTHER'S RACE (Check one or more races to indicate what the mother considers herself to be) |
|---|---|---|---|
| | ☐ 8th grade or less | ☐ No, not Spanish/Hispanic/Latina | ☐ White |
| | | | ☐ Black or African American |
| | ☐ 9th – 12th grade; no diploma | ☐ Yes, Mexican, Mexican American, Chicana | ☐ American Indian or Alaska Native |
| | ☐ High school graduate or GED completed | | Name of the enrolled or principle tribe _____ |
| | ☐ Some college credit but no degree | ☐ Yes, Puerto Rican | ☐ Asian Indian |
| | | ☐ Yes, Cuban | ☐ Chinese |
| | ☐ Associate degree (e.g. AA, AS) | | ☐ Filipino |
| | ☐ Bachelor's degree (e.g. BA, AB, BS) | ☐ Yes, other Spanish/Hispanic/Latina | ☐ Japanese |
| | | Specify _____ | ☐ Korean |
| | ☐ Master's degree (e.g. MA, MS, MEng, MEd, MSW, MBA) | ☐ Unknown | ☐ Vietnamese |
| | | | ☐ Other Asian, Specify _____ |
| | ☐ Doctorate (e.g. PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD) | | ☐ Native Hawaiian |
| | | | ☐ Guamanian or Chamorro |
| | ☐ Unknown | | ☐ Samoan |
| | | | ☐ Other Pacific Islander, Specify _____ |
| | | | ☐ Other, Specify _____ |
| | | | ☐ Unknown |
| | | | 25b. Which of the above does the mother consider her primary race? |

| FATHER | 26. FATHER'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of delivery) | 27. FATHER OF HISPANIC ORIGIN? (Check the box that best describes whether the father is Spanish/Hispanic/Latino. Check the "No" box if father is not Spanish/Hispanic/Latino) | 28a. FATHER'S RACE (Check one or more races to indicate what the father considers himself to be) |
|---|---|---|---|
| | ☐ 8th grade or less | ☐ No, not Spanish/Hispanic/Latino | ☐ White |
| | | | ☐ Black or African American |
| | ☐ 9th – 12th grade; no diploma | ☐ Yes, Mexican, Mexican American, Chicano | ☐ American Indian or Alaska Native |
| | ☐ High school graduate or GED completed | | Name of the enrolled or principle tribe _____ |
| | ☐ Some college credit but no degree | ☐ Yes, Puerto Rican | ☐ Asian Indian |
| | | ☐ Yes, Cuban | ☐ Chinese |
| | ☐ Associate degree (e.g. AA, AS) | | ☐ Filipino |
| | ☐ Bachelor's degree (e.g. BA, AB, BS) | ☐ Yes, other Spanish/Hispanic/Latino | ☐ Japanese |
| | | Specify _____ | ☐ Korean |
| | ☐ Master's degree (e.g. MA, MS, MEng, MEd, MSW, MBA) | ☐ Unknown | ☐ Vietnamese |
| | | | ☐ Other Asian, Specify _____ |
| | ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD) | | ☐ Native Hawaiian |
| | | | ☐ Guamanian or Chamorro |
| | ☐ Unknown | | ☐ Samoan |
| | | | ☐ Other Pacific Islander, Specify _____ |
| | | | ☐ Other, Specify _____ |
| | | | ☐ Unknown |
| | | | 28b. Which of the above does the father consider his primary race? |

**MEDICAL AND HEALTH INFORMATION**

**29. PLACE WHERE BIRTH OCCURRED**
☐ Hospital
☐ Freestanding birthing center
☐ Home Birth: Planned to deliver at home? ☐ Yes ☐ No
☐ Clinic/Doctor's office
☐ Other, Specify _____

**30. ATTENDANT'S NAME, TITLE, AND NPI**
NAME _____
TITLE: ☐ MD ☐ DO ☐ CNM/CM ☐ CPM ☐ Other Midwife ☐ Other, Specify _____
NPI _____

**31. MOTHER TRANSFERRED FOR MATERNAL MEDICAL OR FETAL INDICATIONS FOR DELIVERY?**
☐ Yes ☐ No
If yes, enter name of facility mother transferred from: _____

| 32. DID THE MOTHER RECEIVE PRENATAL CARE? | 33. TOTAL NUMBER OF PRENATAL VISITS FOR THIS PREGNANCY | 34a. DATE OF FIRST PRENATAL CARE VISIT | 34b. DATE OF LAST PRENATAL CARE VISIT |
|---|---|---|---|
| ☐ Yes ☐ No | (If none, enter 0 ) | M M / D D / Y Y Y Y | M M / D D / Y Y Y Y |

| 35. MOTHER'S HEIGHT | 36. MOTHER'S PREPREGNANCY WEIGHT | 37. MOTHER'S WEIGHT AT DELIVERY | 38. DID MOTHER GET WIC FOOD FOR HERSELF DURING THIS PREGNANCY? |
|---|---|---|---|
| (feet/inches) | (pounds) | (pounds) | ☐ Yes ☐ No |

| 39. NUMBER OF PREVIOUS LIVE BIRTHS (Do not include this child) | | | 40. NUMBER OF OTHER PREGNANCY OUTCOMES | | 41. DATE LAST NORMAL MENSES BEGAN |
|---|---|---|---|---|---|
| 39a. Now living | 39b. Now dead | 39c. Date of last live birth | 40a. Other outcomes | 40b. Date of last other pregnancy outcome | |
| ☐ None | ☐ None | M M  Y Y Y Y | ☐ None | M M  Y Y Y Y | M M  D D  Y Y Y Y |

| 42. PRINCIPLE SOURCE OF PAYMENT FOR THIS DELIVERY | 43. CIGARETTE SMOKING BEFORE AND DURING PREGNANCY For each time period, enter either the number of cigarettes or packs of cigarettes smoked. If none, enter 0 |
|---|---|
| ☐ Private Insurance | Average number of cigarettes or packs of cigarettes smoked per day |
| ☐ Medicaid/TennCare | # of cigarettes    # of packs |
| ☐ Self-pay | Three Months before Pregnancy _____ or _____ |
| ☐ Other, Specify _____ | First Three Months of Pregnancy _____ or _____ |
| | Second Three Months of Pregnancy _____ or _____ |
| | Last Three Months of Pregnancy _____ or _____ |

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 148 of 213 PageID #: 2258

<table>
<tr><td rowspan="3">**MEDICAL AND HEALTH INFORMATION**</td><td>**44. RISK FACTORS IN THIS PREGNANCY**<br>(Check all that apply)</td><td>**46. OBSTETRIC PROCEDURES** (Check all that apply)</td><td>**49. METHOD OF DELIVERY**</td></tr>
</table>

**44. RISK FACTORS IN THIS PREGNANCY** (Check all that apply)

Diabetes
- ☐ Prepregnancy (Diagnosis prior to this pregnancy)
- ☐ Gestational (Diagnosis in this pregnancy)

Hypertension
- ☐ Prepregnancy (Chronic)
- ☐ Gestational (PIH, preeclampsia, eclampsia)

☐ Previous preterm birth

☐ Other previous poor pregnancy outcome (Includes perinatal death, small for gestational age/intrauterine growth restricted birth)

☐ Vaginal bleeding during this pregnancy prior to the onset of labor

☐ Pregnancy resulted from infertility treatment

☐ Mother had a previous cesarean delivery
If yes, how many _____

☐ None of the above

**45. INFECTIONS PRESENT AND/OR TREATED DURING THIS PREGNANCY** (Check all that apply)

- ☐ Gonorrhea
- ☐ Syphilis
- ☐ Herpes Simplex Virus (HSV)
- ☐ Chlamydia
- ☐ Hepatitis B
- ☐ Hepatitis C
- ☐ None of the above

**46. OBSTETRIC PROCEDURES** (Check all that apply)

☐ Cervical cerclage

☐ Tocolysis

External cephalic version
- ☐ Successful
- ☐ Failed

☐ None of the above

**47. ONSET OF LABOR** (Check all that apply)

☐ Premature rupture of the membranes (prolonged, ≥12 hrs.)

☐ Precipitous labor (<3 hrs.)

☐ Prolonged labor (≥20 hrs.)

☐ None of the above

**48. CHARACTERISTICS OF LABOR AND DELIVERY** (Check all that apply)

☐ Induction of labor

☐ Augmentation of labor

☐ Non-vertex presentation

☐ Steroids (glucocorticoids) for fetal lung maturation received by the mother prior to delivery

☐ Antibiotics received by the mother during labor

☐ Clinical chorioamnionitis diagnosed during labor or maternal temperature ≥ 38°C (100.4°F)

☐ Moderate/heavy meconium staining of the amniotic fluid

☐ Fetal intolerance of labor such that one or more of the following actions was taken: in-utero resuscitative measures, further fetal assessment or operative delivery

☐ Epidural or spinal anesthesia during labor

☐ None of the above

**49. METHOD OF DELIVERY**

A. Was delivery with forceps attempted but unsuccessful? ☐ Yes ☐ No

B. Was delivery with vacuum extraction attempted but unsuccessful? ☐ Yes ☐ No

C. Fetal presentation at birth
- ☐ Cephalic
- ☐ Breech
- ☐ Other

D. Final route and method of delivery (Check one)
- ☐ Vaginal/Spontaneous
- ☐ Vaginal/Forceps
- ☐ Vaginal/Vacuum
- ☐ Cesarean
  If cesarean, was a trial of labor attempted?
  ☐ Yes ☐ No

**50. MATERNAL MORBIDITY** (Check all that apply) (Complications associated with labor and delivery)

☐ Maternal transfusion

☐ Third or fourth degree perineal laceration

☐ Ruptured uterus

☐ Unplanned hysterectomy

☐ Admission to intensive care unit

☐ Unplanned operating room procedure following delivery

☐ None of the above

---

## NEWBORN INFORMATION

**NEWBORN**

**51. BIRTHWEIGHT** (grams preferred, specify unit)

_____ ☐ grams ☐ lb/oz

**52. OBSTETRIC ESTIMATE OF GESTATION**

_____ (completed weeks)

**53. APGAR SCORE**
Score at 5 minutes: _____
If 5 minute score is less than 6, what is the
Score at 10 minutes: _____

**54. PLURALITY** (Single, Twin, Triplet, etc.)

Specify _____

**55. IF NOT SINGLE BIRTH** (Born First, Second, Third etc.)

Specify _____

**56. ABNORMAL CONDITIONS OF THE NEWBORN** (Check all that apply)

☐ Assisted ventilation required immediately following delivery

☐ Assisted ventilation required for more than six hours

☐ NICU admission

☐ Newborn given surfactant replacement therapy

☐ Antibiotics received by the newborn for suspected neonatal sepsis

☐ Seizure or serious neurologic dysfunction

☐ Significant birth injury (skeletal fracture(s), peripheral nerve injury, and/or soft tissue/solid organ hemorrhage which requires intervention)

☐ None of the above

**57. CONGENITAL ANOMALIES OF THE NEWBORN** (Check all that apply)

☐ Anencephaly

☐ Meningomyelocele/Spina bifida

☐ Cyanotic congenital heart disease

☐ Congenital diaphragmatic hernia

☐ Omphalocele

☐ Gastroschisis

☐ Limb reduction defect (excluding congenital amputation and dwarfing syndromes)

☐ Cleft lip with or without cleft palate

☐ Cleft palate alone

☐ Down Syndrome
  - ☐ Karyotype confirmed
  - ☐ Karyotype pending

☐ Suspected chromosomal disorder
  - ☐ Karyotype confirmed
  - ☐ Karyotype pending

☐ Hypospadias

☐ None of the anomalies listed above

---

**58. WAS INFANT TRANSFERRED WITHIN 24 HOURS OF DELIVERY?** ☐ Yes ☐ No

If yes, name of facility infant transferred to: _____

**59. IS INFANT BEING BREASTFED?** ☐ Yes ☐ No

**60a. IS INFANT LIVING AT TIME OF REPORT?**
☐ Yes ☐ No ☐ Infant transferred, status unknown

**60b.** If not living, give date of death _____ M M / D D / Y Y Y Y

---

**HOUSEHOLD**

**61. WHAT LANGUAGE IS SPOKEN PREDOMINANTLY IN THE HOME?**

| | | | |
|---|---|---|---|
| ☐ English | ☐ Spanish/Spanish Creole | ☐ German | ☐ French |
| ☐ Chinese | ☐ Vietnamese | ☐ Korean | ☐ Arabic |
| ☐ Other, Specify | | | ☐ Unknown |

**62. WHAT IS THE COMBINED HOUSEHOLD INCOME FOR THE LAST 12 MONTHS?**

| | | |
|---|---|---|
| ☐ < $10,000 | ☐ $25,000 - $34,999 | ☐ $75,000 - $99,999 |
| ☐ $10,000 - $14,999 | ☐ $35,000 - $49,999 | ☐ $100,000 or more |
| ☐ $15,000 - $24,999 | ☐ $50,000 - $74,999 | ☐ Unknown/Refused |

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 149 of 213 PageID #: 2259

## APPENDIX F

### BIRTH REPORT OF FOUNDLING

DEPARTMENT OF PUBLIC HEALTH      STATE OF TENNESSEE      VITAL RECORDS

AUTHORITY TO FILE THIS RECORD IS PROVIDED BY SECTION 126-7 PUBLIC ACTS OF 1977

1. NAME ASSIGNED _____

2. PLACE FOUND: A. COUNTY _____ CIVIL DISTRICT _____

   INSIDE CITY LIMITS?

   B. CITY OR TOWN _____ YES ☐   NO ☐

3. DATE FOUND _____ APPROXIMATE DATE OF BIRTH _____

DATA REQUIRED ARE TO BE SUPPLIED OVER THE SIGNATURE OF THE PERSON FINDING THIS CHILD

4. SEX _____ 5. COLOR OR RACE _____

6. PERSON OR INSTITUTION WITH WHOM THE CHILD HAS BEEN PLACED FOR CARE:

   A. NAME _____

   B. ADDRESS _____

THIS REPORT SHALL BE SUBJECT TO THE CONDITIONS GOVERNING A CERTIFICATE OF BIRTH

7. NAME ASSIGNED BY: _____

8. OTHER IDENTIFYING DATA: _____

   _____

WRITE PLAINLY USE INK.

   _____

   _____

9. SIGNATURE: A. PERSON FINDING THIS CHILD _____

ALL ITEMS MUST BE COMPLETE AND ACCURATE

   B. ADDRESS _____

   C. DATE SIGNED _____

10A. REGISTRAR-SIGNATURE      10B. DATE RECEIVED BY LOCAL REGISTRAR

         MONTH    DAY    YEAR

_____      _____

PH-1858
VR Rev. 7/78

*(Vertical left margin text: DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE • PUBLIC HEALTH SERVICE)*

# APPENDIX G



**VOLUNTARY ACKNOWLEDGMENT OF PATERNITY**
STATE OF TENNESSEE
DEPARTMENT OF HEALTH-OFFICE OF VITAL RECORDS
DEPARTMENT OF HUMAN SERVICES

TENNESSEE CODE ANNOTATED, SECTIONS 24-7-113, 68-3-203, 68-3-502 AND 68-3-305

| CERTIFICATE NUMBER |
| --- |

## INSTRUCTIONS

1. This is a legal form. Please read it carefully.
2. **Do not** sign this form until you have received an oral presentation of your rights and responsibilities. **Do not** sign this form if you do not understand what it means.
3. Use black ink. Do not use any white out or erasures or the form will **not** be accepted.
4. Once this form has been filed with the Tennessee Vital Records Office, a court order will be required to make changes in the child's name; provided, however, if either parent rescinds (cancels) the acknowledgment of paternity within the sixty (60) day period provided by law, the child's surname will automatically be changed to the mother's legal surname at the time of birth.
5. In Section I, enter the child's name exactly as you want it to be shown on the child's birth certificate. Both parents must agree. Enter all other information requested on the form, if applicable, to your current circumstances.
6. If you are under 18 years of age, your parent or guardian **must** be present at the time you complete this form and **must** sign below your signature to give consent.
7. Retain a copy of this form as you have completed it before the Notary Public for your records.

### SECTION I - A.

| Child's Name (as you want it shown on the birth certificate) | | | | Date of Birth |
| --- | --- | --- | --- | --- |
| | | | | State and County of Birth |
| First | Middle | Last | Suffix | |

**FATHER'S INFORMATION**

| Father's Name | | | | Date of Birth |
| --- | --- | --- | --- | --- |
| First | Middle | Last | Suffix | |
| Birthplace – State or Foreign Country | | Social Security Number | Spanish/ Hispanic/ Latino? If Yes, Specify: | ☐ YES  ☐ NO |
| Race (list all that apply) | | | Education – Highest level completed | |

B. Social Security Number of Child (if available at the time of completion of form): ___ ___ ___ - ___ ___ - ___ ___ ___ ___

### SECTION II - INFORMATION TO BE COMPLETED BY THE MOTHER OF THE CHILD

A. Name: _____  B. Maiden Surname: _____

C. Residential Address: _____

Phone Number: ( ___ ) _____  County _____

D. Mailing Address (if different): _____

E. Social Security Number: _____  F. Date of Birth: _____

G. Birthplace: City _____  State or Country: _____

H. Mother's Employer: _____  Phone No: ( ___ ) _____

Employer's Address: _____

I. Mother's medical insurance company name: _____

Policy Number: _____  Monthly cost of coverage for: $ _____ Family  $ _____ Single

J. Driver's License No: _____

### SECTION III - INFORMATION TO BE COMPLETED BY THE FATHER

A. Father's Residential Address: _____  County _____

Mailing Address (if different): _____

Phone number: ( ___ ) _____  B. Driver's License No: _____

C. Father's employer: _____  Phone No. ( ___ ) _____

Employer's address: _____

D. Father's medical insurance company name: _____

Policy Number: _____  Monthly cost of coverage for: $ _____ Family  $ _____ Single

### SECTION IV - RIGHTS AND RESPONSIBILITIES INVOLVING PATERNITY ESTABLISHMENT

**The following rights and responsibilities of establishing paternity must be explained to you!**

A. If you are the **father** of this child, by signing this voluntary acknowledgment of paternity:
1. You will be **conclusively** presumed to be the father of the child named above **unless**, within 60 days following completion of this form, the acknowledgment is rescinded (canceled) as described in Section IV. C. below.
2. Your name will appear on the child's birth certificate as the father of the child.
3. You will give your child the benefits of:
   a. Knowing his or her father's identity.
   b. Having the opportunity for a legally recognized father-child relationship.
   c. Having access to your health and medical information to help in caring for your child's possible future medical problems.
   d. Having financial support from birth parents.
   e. Having rights to other benefits which may include social security, veterans benefits, insurance, the right to inherit property and possibly others.

PH-2595 (Rev 1/04)                                                                RDA 1785

132a

4. As the legal father you will have:
   a. The ability to protect your legal rights to your child by having a say in any attempted adoption of your child by others.
   b. The right to petition the court for visitation and custody.
   c. The responsibility of providing financial and medical support. The court may enter an order, which will direct you to provide money for the financial support of your child and to provide for your child's medical care.

B. If you are the mother of this child, by signing this voluntary acknowledgment of paternity:
   1. The father's name will appear on your child's birth certificate.
   2. Your child will have a legal father from whom child support, medical support and other benefits such as social security, veterans benefits, the right to inherit property and possibly others will be available.
   3. The child's father will have the right to ask the court for visitation or custody of the child.

C. If you are either the mother or father of this child.
   1. You may revoke (cancel) this acknowledgment by obtaining from the local child support office or the Department of Health a Rescission of Voluntary Acknowledgment of Paternity form and filing the form and the required $15.00 fee so that it is received by the Office of Vital Records in Nashville, Tennessee within sixty (60) days of the date of completion of this form. If you cannot pay the fee because you are poor, you may complete a sworn statement with the Rescission in which you describe your income, and the fee will be waived if you meet the waiver requirements.
   2. The acknowledgment may also be rescinded (canceled) by entry of an order which rescinds (cancels) the acknowledgment at a court or administrative hearing relating to the child held within sixty (60) days of the date of the completion of this form at which either parent is a party.
   3. If you believe that there has been fraud or a material mistake of fact in the completion of this acknowledgment, you may file an action in court to rescind this acknowledgment if you do so within five (5) years of the date of the completion of this form. If however, you are the father named in the acknowledgment, and you allege fraud by the mother of the child, an action to rescind the acknowledgment is not barred by the five (5) year limitation if the interests of the child, the State or any child support agency are not affected by such an action.

D. 1. The identity of the father may be established by parentage tests such as genetic tests (DNA) if either the mother or person believed to be the father is unsure of the identity of the father.
   2. If the acknowledgment is not signed to establish a father of the child, a legal action may be filed by either the mother, the father, or by a State child support agency in order to establish a legal father of the child. Such an action, if successful, will make the father responsible for paying child support and medical support. The child may also be entitled to any of the benefits noted in Section IV A.3.e. above. The mother, alleged father and the child will be required to submit to genetic testing to determine the identity of the father if the alleged father's identity is disputed. Costs for such tests may be recovered in the legal action from the mother or father.

## SECTION V - AFFIDAVIT OF FATHER

State of Tennessee

County of _____

City of _____

First being duly sworn, affiant states:

I am _____, I certify and acknowledge that I am the father of the child whose name appears in Section I and I further certify and acknowledge that all of the information in Section I is correct. I further acknowledge that I have been orally advised of my rights and responsibilities as set forth in Section IV above in signing an acknowledgment of paternity. I certify that I understand all of the information on this form and that I sign this acknowledgment of paternity freely and voluntarily.

Further affiant saith not.

_____
Signature of Father

If the father is less than 18 years of age, his parent or legal guardian must be present at the time the voluntary acknowledgment is completed by the father and must sign below to indicate his or her consent.

_____          _____
Name of father's parent or guardian (please print)          Signature of father's parent or guardian

SEAL          Sworn to and subscribed before me this _____ day of _____, 20____.

_____          My commission expires: _____, 20____
Signature of Notary Public

## SECTION VI - AFFIDAVIT OF MOTHER

State of Tennessee

County of _____

City of _____

First being duly sworn, affiant states:

I am _____, I certify and acknowledge that I am the mother of the child whose name appears in Section I. I further certify and acknowledge that the person named in Section I is the father of the child in Section I. I further acknowledge that I have been orally advised of my rights and responsibilities as set forth in Section IV above in signing an acknowledgment of paternity. I certify that I understand all of the information on this form and that I sign this acknowledgment of paternity freely and voluntarily.

Further affiant saith not.

_____
Signature of Mother

If the mother is less than 18 years of age, her parent or legal guardian must be present at the time the voluntary acknowledgment is completed by the mother and must sign below to indicate his or her consent.

_____          _____
Name of mother's parent or guardian (please print)          Signature of mother's parent or guardian

SEAL          Sworn to and subscribed before me this _____ day of _____, 20____.

_____          My commission expires: _____, 20____
Signature of Notary Public

132b

# APPENDIX H



**VOLUNTARY ACKNOWLEDGMENT OF PATERNITY**
STATE OF TENNESSEE
DEPARTMENT OF HEALTH-OFFICE OF VITAL RECORDS
DEPARTMENT OF HUMAN SERVICES
TENNESSEE CODE ANNOTATED, SECTIONS 24-7-113, 68-3-203, 68-3-302 AND 68-3-305

CERTIFICATE NUMBER

## INSTRUCTIONS
1. This is a legal form. Please read it carefully.
2. **Do not** sign this form until you have received an oral presentation of your rights and responsibilities. **Do not** sign this form if you do not understand what it means.
3. Use black ink. Do not use any white out or erasures or the form will **not** be accepted.
4. Once this form has been filed with the Tennessee Vital Records Office, a court order will be required to make changes in the child's name; provided, however, if either parent rescinds (cancels) the acknowledgment of paternity within the sixty (60) day period provided by law, the child's surname will automatically be changed to the mother's legal surname at the time of birth.
5. In Section I, enter the child's name exactly as you want it to be shown on the child's birth certificate. Both parents must agree.
   Enter all other information requested on the form, if applicable, to your current circumstances.
6. If you are under 18 years of age, your parent or guardian **must** be present at the time you complete this form and **must** sign below your signature to give consent.
7. Retain a copy of this form as you have completed it before the Notary Public for your records.

**SECTION I. A.**

| Child's Name (as you want it shown on the birth certificate) *(Nombre del niño(a) como Ud. quiere que sea en la acta nueva)* | | | | Date of Birth – (Fecha de nacimiento) |
|---|---|---|---|---|
| | | | | State and County of Birth *(Estado y Condado donde nace el niño)* |
| First- Primer Nombre | Middle- Segundo Nombre | Last- Los dos apellidos si los los piensa usar | Suffix | |

**FATHER'S INFORMATION**

| Father's Name (Nombre del padre) | | | | Date of Birth (Fecha de nacimiento) del padre) |
|---|---|---|---|---|
| First- Primer Nombre | Middle- Segundo Nombre | Last - Apellido(s) | Suffix | |
| Birthplace - State or Foreign Country *(Estado nacido o pueblo – Estado o País)* | Social Security Number *(Número de Seguro Social)* | | Spanish/ Hispanic/ Latino? ☐ YES ☐ NO *(¿Es hispano?)* If Yes, Specify: (especifique) | |
| Race *(raza – si la sabe usar)* | | | Education *(escolaridad – highest level completed)* | |

B. Social Security Number of Child (if available at the time of completion of form)
*(Número de seguro social del niño(a) (si disponible cuando se llenen esta forma))*

## SECTION II. INFORMATION TO BE COMPLETED BY MOTHER OF CHILD (INFORMACIÓN SOBRE LA MADRE)

A. Name _____
*(Nombre Legal- First- Primer Nombre    Middle -Segundo Nombre    Last - Apellido(s) que Ud. usa cuando firma)*

    B. Maiden Surname: _____
*(Los apellidos de soltera de la madre (natural))*

C. Residential Address: _____
*(Dirección de la casa)*
    County: _____ *(Condado)*

    Phone Number: _____ *(número de teléfono)*

D. Mailing Address (if different): _____
*(Dirección donde recibe cartas o correo (si es diferente donde vive) del correo ambos)*

E. Social Security Number: _____ *(Número de seguro social)*
    F. Date of Birth: _____ *(Fecha de nacimiento)*

G. Birthplace: City _____ *(Adonde nació la madre-Ciudad)*
    State or Country: _____ *(Estado o País)*

H. Mother's Employer: _____
*(Empresa de la madre)*
    Phone No: _____ *(Número de Teléfono)*

Employer's Address: _____
*(Dirección del empleo)*

I. Mother's medical insurance company name: _____
*(Nombre de compañía de la seguranza médica de la madre)*

Policy Number _____ *(Número de la póliza)*
Monthly cost of coverage for $ _____ Family $ _____ Single
*(Costo mensual de cobertura para)*   *(La Familia)*   *(Soltera)*

J. Driver's License No: _____
*(Número de la licencia de conducir)*

## SECTION III. INFORMATION TO BE COMPLETED BY FATHER (INFORMACION SOBRE EL PADRE)

A. Father's Residential Address: _____
*(Dirección de la casa)*
    County: _____ *(Condado)*

Mailing Address (if different): _____
*(Dirección de correo si es diferente donde vive) del correo (mandan)go ambos)*

Phone number: _____ *(número de teléfono)*
    B. Driver's License No: _____ *(Número de la licencia de conducir)*

C. Father's employer: _____
*(Empresa)*
    Phone No: _____ *(Número de teléfono del trabajo)*

Employer's address: _____
*(Dirección de empleo)*

D. Father's medical insurance company name: _____
*(Nombre de compañía de seguranza médica del padre)*

Policy Number _____ *(Número de la póliza)*
Monthly cost of coverage for: $ _____ Family $ _____ Single
*(Costo mensual de cobertura para)*   *(La familia)*   *(Soltero)*

## SECTION IV. RIGHTS AND RESPONSIBILITIES INVOLVING PATERNITY ESTABLISHMENT
**The following rights and responsibilities of establishing paternity must be explained to you!**

A. If you are the **father** of this child, by signing this voluntary acknowledgment of paternity:
  1. You will be **conclusively** presumed to be the father of the child named above **unless**, within 60 days following completion of this form, the acknowledgment is rescinded (canceled) as described in Section IV. C. below.
  2. Your name will appear on the child's birth certificate as the father of the child.
  3. You will give your child the benefits of:
    a. Knowing his or her father's identity;
    b. Having the opportunity for a legally recognized father-child relationship;
    c. Having access to your health and medical information for your child's possible future medical problems;
    d. Having financial support from both parents;
    e. Having rights to other benefits which may include social security, veterans' benefits, insurance, the right to inherit property and possibly others.

PH-3708 (Rev. 01/06)        RDA 1785

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 153 of 213 PageID #: 2263

- As the legal father you will have
  a. The ability to protect your legal rights to your child by having a say in any attempted adoption of your child by others
  b. The right to petition the court for visitation and custody.
  c. The responsibility of providing financial and medical support. The court may enter an order, which will direct you to provide money for the financial support of your child and to provide for your child's medical care

B   If you are the <u>mother</u> of this child, by signing this voluntary acknowledgment of paternity:
  1.   The father's name will appear on your child's birth certificate.
  2.   Your child will have a legal father from whom child support, medical support and other benefits such as social security, veterans benefits, the right to inherit property and possibly others will be available
  3.   The child's father will have the right to ask the court for visitation or custody of the child

C   If you are <u>either</u> the mother or father of this child:
  1.   You may revoke (cancel) this acknowledgment by obtaining from the local child support office or the Department of Health a Rescission of Voluntary Acknowledgment of Paternity form and filing the form <u>and</u> the required $15.00 fee so that it is <u>received</u> by the Office of Vital Records in Nashville, Tennessee within <u>sixty (60)</u> days of the date of completion of this form.  If you cannot pay the fee because you are poor, you may complete a sworn statement with the Rescission in which you describe your income, and the fee will be waived if you meet the waiver requirements.
  2.   The acknowledgment may also be rescinded (canceled) by entry of an order which rescinds (cancels) the acknowledgment at a court or administrative hearing relating to the child held within sixty (60) days of the date of the completion of this form at which either parent is a party.
  3.   If you believe that there has been fraud or a material mistake of fact in the completion of this acknowledgment, you may file an action in court to rescind this acknowledgment if you do so within five (5) years of the date of the completion of this form.  If however, you are the <u>father</u> named in this acknowledgment, and you allege fraud by the mother of the child, an action to rescind the acknowledgment is not barred by the five (5) year limitation if the interests of the child, the State or any child support agency are not affected by such an action.

D   1   The identity of the father may be established by parentage tests such as genetic tests (DNA) if either the mother or person believed to be the father is unsure of the identity of the father.
    2   If the acknowledgment is not signed to establish a father of the child, a legal action may be filed by either the mother, the father, or by a State child support agency in order to establish a legal father of the child.  Such an action, if successful, will make the father responsible for paying child support and medical support.  The child may also be entitled to any of the benefits noted in Section IV. A.3.e. above.  The mother, alleged father and the child will be required to submit to genetic testing to determine the identity of the father if the alleged father's identity is disputed.  Costs for such tests may be recovered in the legal action from the mother or father.

## SECTION V. AFFIDAVIT OF FATHER *(DECLARACIÓN JURADA DEL PADRE)*

State of Tennessee
County of _____
City of _____

First being duly sworn, affiant states:

I am _____ I certify and acknowledge that I am the father of the child whose name appears in Section I and I further certify and acknowledge that all of the information in Section I is correct.  I further acknowledge that I have been orally advised of my rights and responsibilities as set forth in Section IV above in signing an acknowledgment of paternity.  I certify that I understand all of the information on this form and that I sign this acknowledgment of paternity freely and voluntarily.

Further affiant saith not.

_____
Signature of Father *(Firma del Padre)*

If the father is less than 18 years of age, his parent or legal guardian <u>must</u> be present at the time the voluntary acknowledgment is completed by the father and <u>must</u> sign below to indicate his or her consent. *(Si es menor de 18 años, sus padres o guardian legal tienes que estar presente cuando este reconocimiento este completado y tienes que firmar abajo para indicar su consentimiento.)*

_____          _____
Name of father's parent or guardian (please print)          Signature of father's parent or guardian
*(Imprima el nombre de padre o del guardian de(l) padre)*          *(Firma del padre o guardian de(l) padre)*

SEAL          Sworn to and subscribed before me this _____ day of _____ , 20 ___

                                                My commission expires: _____ , 20 ___
          _____
          Signature of Notary Public *(Firma del Notario Publico)*

## SECTION VI. AFFIDAVIT OF MOTHER *(DECLARACIÓN JURADA DE LA MADRE)*

State of Tennessee
County of _____
City of _____

First being duly sworn, affiant states:

I am _____ I certify and acknowledge that I am the mother of the child whose name appears in Section I.  I further certify and acknowledge that the person named in Section I is the father of the child in Section I.  I further acknowledge that I have been orally advised of my rights and responsibilities as set forth in Section IV above in signing an acknowledgment of paternity.  I certify that I understand all of the information on this form and that I sign this acknowledgment of paternity freely and voluntarily.

Further affiant saith not.

_____
Signature of Mother *(Firma de la Madre)*

If the mother is less than 18 years of age, her parent or legal guardian <u>must</u> be present at the time the voluntary acknowledgment is completed by the mother and <u>must</u> sign below to indicate his or her consent. *(Si es menor de 18 años, sus padres o guardian legal tienes que estar presente cuando este reconocimiento este completado y tienes que firmar abajo para indicar su consentimiento)*

_____          _____
Name of mother's parent or guardian (please print)          Signature of mother's parent or guardian
*(Imprima el nombre del padre o del guardian de la madre)*          *(Firma del padre o del guardian de la madre)*

SEAL          Sworn and subscribed before me this _____ day of _____ , 20 ___

                                                My commission expires _____ , 20 ___
          _____
          Signature of Notary Public *(Firma del Notario Publico)*

133b

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 154 of 213 PageID #: 2264

## INSTRUCCIONES SOBRE EL RECONOCIMIENTO VOLUNTARIO DEL PATERNIDAD

1.  Esto es una forma legal. Por favor léalo cuidadosamente.
2.  No firme esta forma hasta que usted ha recibido una presentación oral de sus derechos y responsabilidades. No firme esta forma si usted no entiende lo que significa.
3.  Utilice la tinta negra. No utilice ningún whiteout o las borraduras en esta forma o no serán validadas.
4.  Una vez que esta forma se haya clasificado con la Oficina de Registros Esenciales de Tennessee, una orden de corte será requerido para realizar cambios en el nombre de niño, sin embargo, si cualquiera de los padres piensas rescindir (cancelar o quitar) el voluntario de paternidad dentro de los sesenta (60) días proporcionados por la ley, el apellido del niño será cambiado automáticamente al apellido legal de la madre a la hora del nacimiento.
5.  En la Sección I incorpora el nombre de niño exactamente como usted quisiera que fuera mostrado en el certificado de nacimiento de niño. Ambos padres deben de estar de acuerdo. Incorpore el resto de la información solicitada en la forma, si es aplicable a sus circunstancias actuales.
6.  Si los padres son menor de 18 años de la edad, su padre o guardian legal tienes que estar presente cuando usted llenes el formulario y tienes que firmar debajo de su firma para dar consentimiento.
7.  Conserve una copia de esta forma como usted la ha terminado delante de notario publico.

### SECCION IV. DERECHOS Y RESPONSABILIDADES QUE CONLLEVA EL ESTABLECIMIENTO DE PATERNIDAD
Deben explicarle los siguientes derechos y responsabilidades del establecimiento de paternidad:

A.  Si usted es el padre de este niño, al firmar este reconocimiento voluntario de paternidad:
1.  Se presumirá que la información concluyente que usted es el padre del niño nombrado arriba, a menos que, dentro de los 60 dias siguiente a rellenar este formulario, se rescinda (cancele) el reconocimiento tal y como se describe a continuación en la Sección IV.C.
2.  Su nombre aparecerá en el certificado de nacimiento del niño como el padre del mismo.
3.  Usted le proporcionara a su hijo los siguientes beneficios:
    a.  Conocer la identidad de su padre.
    b.  Tener la oportunidad de una relación de padre y su hijo, legalmente reconocida.
    c.  Tener acceso a su información medico y de salud para ayudar a cuidar su hijo en el caso de la posibilidad de complicaciones medicos en el futuro.
    d.  Tener un apoyo economico de ambos padres.
    e.  Tener derecho a conseguir otros beneficios que pueden incluir: seguro social, beneficios de veterano, seguranza derecho a heredar propiedad y puede que otros beneficios.
4.  Como padre legal usted tendra:
    a.  La capacidad de proteger sus derechos legales sobre su hijo, pudiendo intervenir en cualquier intento de adopción de su hijo por parte de otros.
    b.  Derecho a pedir al tribunal (la corte) visitación y custodia.
    c.  La responsabilidad de ofrecer apoyo medico y economico. El tribunal (la corte) puede dictar una orden que le obligue a usted de los economicamente de su hijo y para pagar la seguranza medicos del mismo.

B.  Si usted es la madre de este niño, al firmar este reconocimiento voluntario de paternidad:
1.  El nombre del padre aparecera en el certificado de nacimiento de su hijo.
2.  Su hijo tendra un padre legal de quien recibira: apoyo economico, seguranza medico y otros beneficios tales como los del seguro social, beneficios de veterano, derecho a heredar propiedad y puede que haya otros beneficios a su disposición.
3.  El padre del niño tendra derecho a pedir al tribunal que le permita visitar a su hijo o la custodia del mismo.

C.  Si usted es el padre o la madre de este niño:
1.  Puede revocar (cancelar) este reconocimiento obteniendo de la oficina del apoyo economico del niño o del Departamento de Salud un formulario de Rescisión del Reconocimiento Voluntario de Paternidad, y rellenando dicho formulario y pagando de cuota obligatoria de $15.00 para que sea recibido en la Oficina de Registros Esenciales en Nashville, Tennessee dentro de los 60 días siguientes a la fecha de haber rellenado el formulario de paternidad. Si no puede pagar la cuota porque es pobre, puede rellenar una declaración jurada con la Rescisión en la que describe sus ingresos, y la cuota no se le cobrara o usted cumplir los requisitos por no tener que pagar.
2.  El reconocimiento tambien puede ser rescindido (cancelado) por una orden que rescinda el reconocimiento en un tribunal (la corte) o una audiencia administrativa en relación con el niño que tenga lugar dentro de los sesenta (60) días de la fecha de haber rellenado este formulario en caso se presente cualquiera de los dos padres.
3.  Si cree que ha habido fraude o una equivocación material de hecho al rellenar este reconocimiento, usted puede presentar una acción judicial para rescindir este reconocimiento si lo haces dentro de los cinco (5) años siguientes a la fecha en que se rellene este formulario. Si por el contrario usted es el padre nombrado en este reconocimiento, y usted alega fraude por parte de la madre del niño, en una acción para rescindir el reconocimiento no se aplica el limite de los cinco (5) años si los intereses del niño, el estado, o cualquier agencia de manutención infantil no resultan afectados por tal accion.

D.  La identidad del padre puede ser establecida con las pruebas de paternidad tales como las pruebas geneticas (de ADN) tanto si la madre o si la persona que se supone que es el padre no esta segura de la identidad del padre.
1.  Si no hay un reconocimiento firmado que establezca quien es el padre del niño, tanto la madre como el padre o una agencia estatal de manutención infantil pueden presentar una accion legal para establecer la paternidad legal del niño. Si tal accion tiene exito, hará al padre responsable del pago de la manutención infantil y del seguranza medico. El niño también puede tener derecho a todos los beneficios mencionados en la Sección IV.A.3.e. La madre, el supuesto padre y el niño tendran que presentarse a unas pruebas geneticas para determinar la identidad del padre si la identidad del supuesto padre resulta refutada. Los costos de tales pruebas pueden recuperarse en la accion legal del padre o de la madre.

### SECCION V. DECLARACION JURADA DEL PADRE
Certifico y reconozco que soy el padre del niño cuyo nombre aparece en la Sección I. También certifico y reconozco que toda la información de la Sección I es correcta. También reconozco que me han leído verbalmente mis derechos y responsabilidades tal y como se describir en la Sección IV mencionado arriba en la firma y reconocimiento de la paternidad. Certifico que entiendo toda la información en este formulario y que firmo este reconocimiento de paternidad libre y voluntariamente.
Si el padre es menor de 18 años, su padres o guardian legal tienes que estar presente en el momento en que se llena el reconocimiento voluntario por el padre y tienes que firmaro debajo para indicar su consentimiento.

### SECCION VI. DECLARACION JURADA DE LA MADRE
Certifico y reconozco que soy la madre del niño cuyo nombre aparece en la Sección I. También certifico y reconozco que la persona nombrada en la Sección I es el padre del niño de la Sección I. También reconozco que me han leído verbalmente mis derechos y responsabilidades tal y como se describir en la Sección IV mencionado arriba en la firma y reconocimiento de la paternidad. Certifico que entiendo toda la información en este formulario y que firmo este reconocimiento de paternidad libre y voluntariamente.
Si la madre es menor de 18 años, su padre/madre o guardian legal tienes que estar presente en el momento en que se llena el reconocimiento voluntario por la madre y tienes que firmaro debajo para indicar su consentimiento.

PH-3708 1Rev 01/06.                                                     RDA NA

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 155 of 213 PageID #: 2265

**APPENDIXES G and H**

**Voluntary Acknowledgment of Paternity (VAOP)**

The English and Spanish versions of the VAOP are provided by the Tennessee OVR, and are to be used by facilities, clinics, or other birth attendants to help the unmarried mother and natural father fulfill their desires for naming the child. The VAOP may also be used with the Report of Fetal Death (Stillbirth). Tennessee law requires the Tennessee OVR to provide the form.

Before giving the parents the VAOP in order to consider establishing paternity, the facility or clinic personnel or other birth attendant should refer to the instructions in Part VI (beginning on page 86) of this handbook concerning the written and oral information to the parents. The Tennessee Paternity Acknowledgment Program Hospital Training Manual gives general and specific instructions for completing the paternity form.

The law, T.C.A. § 68-3-305 (b)(2) and T.C.A. § 68-3-504(b), establishes procedures for preparing the Certificate of Live Birth and Report of Fetal Death (Stillbirth) if the mother is not married so that the father's name may be placed on the birth certificate or fetal death report. If the mother and natural father are not married, they may submit a sworn statement (VAOP) at the time the certificate or report is prepared which    1) acknowledges paternity,    2) requests the child be given the father's surname or mother's current legal surname, and    3) requests the father's name and personal information be entered on the Certificate of Live Birth (items 11a, 11b, 11c, 22, and 26-28) or Report of Fetal Death (Stillbirth) (Items 9-10, 11b, 12b, 13b, 14c, 14d).

For additional information concerning name of child and father's personal information, refer to pages 25-34 and 43 for birth certificates and page 99-100 for fetal deaths. The Item 18, 'Mother married to father?,' should be marked 'No' when the VAOP is used.

File the VAOP with the birth certificate or fetal death report. The Tennessee OVR cannot accept birth certificates or fetal death reports for out of wedlock births which contain the father's name and other information unless the certificate or report is accompanied by the VAOP. Under no circumstances should the filing of the certificate or report be delayed past 10 days after the delivery in order to get the VAOP completed.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 156 of 213 PageID #: 2266

# APPENDIX I



## RESCISSION OF VOLUNTARY ACKNOWLEDGMENT OF PATERNITY
### *RESCISSION DEL RECONOCIMIENTO VOLUNTARIO DE PATERNIDAD*
STATE OF TENNESSEE
DEPARTMENT OF HEALTH · OFFICE OF VITAL RECORDS
TENNESSEE CODE ANNOTATED, SECTIONS 24-7-113 and 68-3-203

**Before you complete this form, read the instructions on the reverse side.**
*Antes de llenar esta forma, por favor lees las instrucciones en el lado inverso.*

## AFFIDAVIT
### DECLARACIÓN JURADA

STATE OF _____
COUNTY OF _____

I _____, being duly sworn, state under oath
*Yo*             *jurado debidamente y estando bajo el juramento digo*

1. I signed a Voluntary Acknowledgment of Paternity form for the child named
   *Yo firmé un Reconocimiento Voluntario de Paternidad para el niño que se llama*

   _____, who was born on
   Child's Name · *Nombre del niño*            que nació el

   _____ in _____
   Month · *Mes*   Day · *Día*   Year · *Año*   en el    City · *Ciudad*      County · *Condado*

2. The father named on the Voluntary Acknowledgment of Paternity was
   *El nombre del padre indicado en el Reconocimiento Voluntario de Paternidad es*

   _____

3. I freely and voluntarily wish to rescind (cancel) that Acknowledgment of Paternity.
   *Yo libremente y voluntariamente deseo al rescindir (cancelar o quitar) el Reconocimiento Voluntario de Paternidad*

4. My Social Security Number is _____
   *Mi Número del Seguro Social es*

5. I understand that even if I rescind (cancel) the Voluntary Acknowledgment of Paternity for this child, a paternity action may still be brought **against** the individual named as father on the Voluntary Acknowledgment of Paternity form.
   *Entiendo que aunque yo rescindo (cancelo) el Reconocimiento Voluntario de Paternidad para esta niño, una acción de la paternidad se pueda traer todavía contra el padre, nombrado en la forma del Reconocimiento Voluntario de Paternidad*

6. I understand that the Voluntary Acknowledgment of Paternity which I signed for the above-named child will be rescinded (voided) and the father's name will be removed from the child's birth certificate ONLY if this form is **received** at the Tennessee Vital Records Office **within sixty (60) days** following the date I signed the Voluntary Acknowledgment of Paternity form in the presence of a notary public. **I understand that completion and filing of this form within the time limits stated above cancels the legal father-and-child relationship and all the benefits and legal obligations of the named father associated therewith.**
   *Entiendo que la forma del Reconocimiento Voluntario de Paternidad que firmé se rescindes (canceles) y el nombre del padre se quitará del certificado de nacimiento del niño SÓLO si esta forma es __recibido__ en la Oficina de Registros Esenciales de Tennessee dentro de sesenta (60) días desde la fecha que se firmó el Reconocimiento Voluntario de Paternidad en la presencia de un notario público. Entiendo que a completar y archivar esta hoja dentro de los límites de tiempo expresado arriba, se cancela la relación legal del padre y el niño y todos los beneficios y obligación legal del padre.*

7. Current mailing address - *Dirección:* _____

   _____

   _____     _____
   Printed Name of Person: *Nombre de la Persona en Letras de Molde*   Signature of **Person**-*Firma de la Persona*

   Seal     Subscribed and sworn before me this the _____ day of _____ 20____

   _____     My commission expires _____ 20____
   Signature of **Notary** - *Firma del Notario*   *Mi comisión expira el*

PH-3490 (Rev 10/02)                                                        RDA 1785

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 157 of 213 PageID #: 2267

## INSTRUCTIONS

1. This is a legal document. Please read it and complete it carefully.

2. **Do not** sign this form if you do not understand what it means.

3. Use black ink. Your signature must be notarized. **Do not** use any white out or erasures or the form will **not** be accepted.

4. Mail this completed form to

        Tennessee Vital Records Office
        Central Services Building, 1st Floor
        421 5th Avenue, North
        Nashville, Tennessee 37247

5. You must enclose a fee of $15.00 in the form of a check or money order payable to Tennessee Vital Records in order for this form to be processed.

6. The name of the father and other information concerning the father will be removed from the child's birth certificate ONLY if the completed form and the fee is received at the Tennessee Vital Records Office within sixty (60) days following the date you completed the Voluntary Acknowledgment of Paternity. The child's surname will be changed, if necessary, to the legal surname of the mother at the time of the child's birth.

7. If you wish to obtain a certified copy of the altered birth certificate, enclose an additional fee of $7.00 for a short form (computer printed abstract) or $12.00 for a long form (photocopy of the original document).

8. Retain a copy of this form as you have completed it before the Notary Public for your records.

---

## INSTRUCCIONES

1) Esto es un documento legal. Por favor leelo y llenalo cuidadosamente.

2) **No** firme esta forma si usted no entiende lo que significa.

3) Utilice la tinta negra. Su firma debe ser verificado alante de un notario. **No utilice** ningún whiteout o las borraduras o la forma **no** será validadas.

4) Envíe esta forma a

        Tennessee Vital Records Office
        Central Services Building, 1st Floor
        421 5th Avenue, North
        Nashville, Tennessee 37247

5) Usted debe de incluir un cheque o money order pagado a Tennessee Vital Records de $15.00 dolares para poder procesar esta forma.

6) El nombre del padre y de la otra información referente al padre será quitado de la acta de nacimiento del niño sólo si ha llenada este formulario y el dinero se reciben en la Oficina de Registros de Tennessee entres los sesenta (60) días que siguen la fecha que usted completaste el formulario del Reconocimiento Voluntario de Paternidad. En caso de necesidad, el apellido del niño será cambiado al apellido legal de la madre a la hora de nacimiento del niño.

7) Si usted desea obtener una copia certificada de la acta de nacimiento alterada, debe de incluir en el cheque o money order adicional de $7.00 dolares para una forma corta (extracto de computadora) o $12.00 dolares para una forma larga (fotocopia del documento original).

8) Cuando usted terminas de llenar esta forma alantes de un notario público este seguro de conservar una copia para sus ficheros.

## APPENDIX I

### Rescission of Voluntary Acknowledgment of Paternity

The Rescission of Voluntary Acknowledgment of Paternity (English and Spanish versions) may be used to cancel a VAOP. The form was developed jointly by the Department of Health and the Department of Human Services in order to comply with the legal provisions that became effective July 1, 1997.

Either parent may request the Rescission form from the county health departments, the child support offices, or the Tennessee OVR.

See page 91 of this handbook for further information concerning the parent's requirements for use of the Rescission of Voluntary Acknowledgment of Paternity form.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 159 of 213 PageID #: 2269

**APPENDIX J**



STATE OF TENNESSEE
DEPARTMENT OF HEALTH - OFFICE OF VITAL RECORDS
DEPARTMENT OF HUMAN SERVICES
TENNESSEE CODE ANNOTATED, SECTIONS 24-7-113 and 68-3-203

**AFFIDAVIT OF INDIGENCY**
*Declaración Jurada De La Indigencia*
FOR *Para el*
**RESCISSION OF VOLUNTARY ACKNOWLEDGMENT OF PATERNITY**
*Rescisión Del Reconocimiento Voluntario De Paternidad*

INSTRUCTIONS:

1. If you are completely without money to pay the $15.00 fee for the Rescission of Voluntary Acknowledgment of Paternity, follow the instructions on this form. *Si usted está totalmente sin el dinero para pagar el honorario $15.00 para la rescisión del reconocimiento voluntario de paternidad, siga las instrucciones en esta forma.*

2. This is a legal document and is made under oath; read it carefully. You may be prosecuted for perjury for providing false statements on this affidavit. *Esto es un documento jurídico y se hace bajo juramento: léelo cuidadosamente. Usted puede ser procesado para declaraciones falsas en esta declaración jurada.*

3. This affidavit should be completed <u>ONLY</u> if you believe that you qualify for a waiver of the $15.00 fee required to cancel the Voluntary Acknowledgment of Paternity, which you have signed previously. *Esta declaración jurada debe ser llenado SOLAMENTE si usted cree que usted califica para una renuncia del honorario $15.00 requerido para cancelar el reconocimiento voluntario de Paternity, que usted ha firmado anterior.*

4. If you complete this affidavit, attach it to the completed Rescission of Voluntary Acknowledgment of Paternity form and submit both forms to the Tennessee Office of Vital Records. *Si usted llena esta declaración jurada, únala a la rescisión completado del reconocimiento voluntario de paternidad y someta ambas formas a la oficina de registros de Tennessee.*

<u>AFFIDAVIT</u>

STATE OF _____
COUNTY OF _____

First being duly sworn according to law, affiant states under penalty of perjury:
*Primer debido que es jurado según la ley, la persona bajo pena del testimonio falso a las cortes juras:*

I am, _____ **(NAME, PLEASE PRINT).**
Yo soy                                           (Nombre en letras mayuscula)

I have completed a Rescission of Voluntary Acknowledgment of Paternity, which is attached to this Affidavit of indigence. *He terminado una rescisión del reconocimiento voluntario de paternidad, que se une a esta declaración jurada de la indigencia*

I affirm that I qualify for the waiver of the $15.00 fee for filing of the Rescission of Voluntary Acknowledgment of Paternity because of my poverty and I affirm that I am entitled to claim the exemption because I am completely unable to pay the required fee. *Afirmo que califico para la renuncia del honorario $15.00 para registrar la rescisión del reconocimiento voluntario de Paternidad debido a mi pobreza y afirmo que tengo derecho a demandar la exención porque no puedo pagar el honorario requerido.*

Further affiant sayeth not. *La persona bajo juramento no tiene nada más para agregar.*

_____
**NAME-PLEASE PRINT** *Nombre en letras mayuscula*

_____
**SIGNATURE** *Firma*

Sworn to and subscribed before me this _____ day of _____, _____.

_____        _____
NOTARY PUBLIC                           My Commission Expires

PH-3500 (Rev. 4/03)                                              RDA N/A

138

**APPENDIX J (continued)**

**Affidavit of Indigency for Rescission of Voluntary Acknowledgment of Paternity**

The Rescission of Voluntary Acknowledgment of Paternity (English and Spanish versions) may be used by either parent and requires a $15.00 fee to file the request. The law requires that indigent parents be given the opportunity to submit a Rescission form to the Tennessee OVR without the required $15.00 fee.

With each Rescission form distributed by the county health department, child support office or the Tennessee OVR, the Affidavit of Indigency for Rescission of Voluntary Acknowledgment of Paternity form should be made known to the parent.

See page 92 of this handbook for further information concerning the use of the Affidavit of Indigency for Rescission of Voluntary Acknowledgment of Paternity form.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 161 of 213 PageID #: 2271

**APPENDIX K**

**Tennessee Code Annotated (T.C.A.) § 68-3-305 (Surname of Child)**

**§ 68-3-305. Father's name on birth certificate - Surname of child.** (a) (1) If the mother was married at the time of either conception or birth, or anytime between conception and birth, to the natural father of the child, the name of the natural father shall be entered on the certificate and the surname of the child shall be entered on the certificate as one of the following:

(A) The surname of the natural father; or

(B) The surname of the natural father in combination with either the mother's surname or the mother's maiden surname.

(2) If the surname of the child includes the mother's surname, mother's maiden surname, or any combination of those two (2) surnames but does not include the surname of the natural father, it may be so entered, but only upon the concurrent submission of a sworn application to that effect signed by both parents who mutually agree to that surname or combination of surnames.

(3) If a surname is not chosen by the parents within the ten (10) days required for filing of the birth certificate, the father's surname shall be entered on the birth certificate as the surname of the child. Within this ten (10) day period, the father may file and submit a sworn statement to the hospital that states that the parents do not agree on a surname in which case the father's surname shall be entered on the birth certificate as the surname of the child.

(4) If, within the first year after the child's date of birth, both the mother and the father sign and submit a sworn statement to the office of vital records that both parents wish to change the child's surname, then the office of vital records shall amend the child's birth certificate in accordance with the parents' request to change the child's surname if the chosen surname is either:

(A) The surname of the natural father;

(B) The surname of the mother;

(C) The mother's maiden surname; or

(D) Any combination of the surnames listed in subdivisions (a)(4)(A) through (a)(4)(C).

(5) If, within the first year after the child's date of birth, the parents cannot mutually agree on a surname, either one can submit a signed, sworn statement that acknowledges the disagreement, states the father was not available within the time allowed by law for filing of the birth certificate to participate in the choice of his child's surname, and requesting that the name be changed to the father's surname in which

140

**Tennessee Code Annotated (T.C.A.) § 68-3-305 (Surname of Child)**

case the father's surname shall be entered on the amended birth certificate as the surname of the child.

(b)(1)  If the mother was not married at the time of either conception or birth or between conception and birth, the name of the father shall not be entered on the certificate of birth and all information pertaining to the father shall be omitted, and the surname of the child shall be that of either:

(A)  The surname of the mother;

(B)  The mother's maiden surname; or

(C)  Any combination of the surnames listed in subdivisions (b)(1)(A) and (b)(1)(B).

(2)(A)   If an original, sworn acknowledgment signed by both the mother and the biological father of the child on a form provided by the state registrar or the department of human services is submitted to the office of vital records, at any time prior to the child's nineteenth birthday, the legal surname of the father may be entered on the certificate as that of the child, and the father's name and other personal information may be entered in the spaces provided on the birth certificate, notwithstanding the absence of a marriage relationship between the parents of the child.

(B)   The acknowledgment form shall be in the form of an affidavit, shall contain the social security numbers of the mother and father of the child and shall be approved by the state registrar and the department of human services.  The state registrar and the department of human services shall modify the form to comply with the minimum regulations for such form which are finalized by the secretary of health and human services.  An acknowledgment executed in conformity with this section shall be valid as long as it is executed on a form approved by the state registrar and the department of human services.  A voluntary acknowledgment of paternity may be completed by a minor if a parent or legal guardian of the minor is present and consents at the time of completion of the acknowledgment.

(C)  A legitimation by subsequent marriage of the individuals shown on the certificate of birth as the father and mother shall not require a new certificate of birth and the provisions of §§ 68-3-310(3), 68-3-311, and 68-3-313 shall not apply.

(3)  Upon request of the department of human services or any of its contractors in the child support program established under Title IV-D of the Social Security Act, the office of vital records shall provide to them a certified copy of the acknowledgment of paternity form executed under this part.

**APPENDIX K (continued)**

**Tennessee Code Annotated (T.C.A.) § 68-3-305 (Surname of Child)**

(c) In any case in which paternity of a child is determined by a court of competent jurisdiction, the name of the father and surname of the child shall be entered on the certificate of birth in accordance with the finding and order of the court.

(d) In all other cases, the surname of the child shall be either:

(1) The surname of the mother; or

(2) The mother's maiden surname; or

(3) Any combination of the surnames listed in subdivisions (d)(1) and (d)(2).

(e) If the father is not named on the certificate of birth, no other information about the father shall be entered on the certificate.

[Acts 1977, ch. 128, § 6; T.C.A., § 53-445; Acts 1985, ch. 11, § 2; 1994, ch. 988, § 12.; 1997, ch. 551; §§ 40, 42; 2003, ch. 214, §§ 1, 2.]

**APPENDIX L**


**Tennessee Code Annotated (T.C.A.) § 36-2-304 (Presumption of Parentage)**


**§ 36-2-304. Presumption of parentage** - "(a) A man is rebuttably presumed to be the father of a child if:

(1)    He and the child's mother are married or have been married to each other and the child is born during the marriage or within three hundred (300) days after the marriage is terminated by death, annulment, declaration of invalidity, or divorce;

(2)    Before the child's birth, he and the mother have attempted to marry each other in compliance with the law, although the attempted marriage is or could be declared illegal, void and voidable;

(3)    After the child's birth, he and the mother have married or attempted to marry each other in compliance with the law although such marriage is or could be declared illegal, void, or voidable; and: . . ."

## APPENDIX M

## Standard State and Country Abbreviations

| State | Abbreviation | State | Abbreviation |
|-------|--------------|-------|--------------|
| Alabama | AL | Montana | MT |
| Alaska | AK | Nebraska | NE |
| Arizona | AZ | Nevada | NV |
| Arkansas | AR | New Hampshire | NH |
| California | CA | New Jersey | NJ |
| Colorado | CO | New Mexico | NM |
| Connecticut | CT | New Cork | NY |
| Delaware | DE | North Carolina | NC |
| District of Columbia | DC | North Dakota | ND |
| Florida | FL | Ohio | OH |
| Georgia | GA | Oklahoma | OK |
| Hawaii | HI | Oregon | OR |
| Idazo | ID | Pennsylvania | PA |
| Illinois | IL | Rhode Island | RI |
| Indiana | IN | South Carolina | SC |
| Iowa | IA | South Dakota | SD |
| Kansas | KS | Tennessee | TN |
| Kentucky | KY | Texas | TX |
| Louisiana | LA | UTA | UT |
| Maine | ME | Vermont | VT |
| Maryland | MD | Virginia | VA |
| Massachussets | MA | Washington | WA |
| Michigan | MI | West Virginia | WV |
| Minnesota | MN | Wisconsin | WI |
| Mississippi | MS | Wyoming | WY |
| Missouri | MO | | |

| Country | Abbreviation |
|---------|--------------|
| Canada | CD |
| Cuba | CU |
| Guam | GU |
| Mexico | MX |
| Puerto Rico | PR |
| Virgin Islands | VI |

144

## APPENDIX M2

## Canadian Provinces and Standard Abbreviations (for use with residence item)

| Province | Abbreviation |
|----------|--------------|
| Alberta | AB |
| British Columbia | BC |
| Manitoba | MB |
| New Brunswick | NB |
| Newfoundland | NF |
| Northwest Territories | NT |
| Nova Scotia | NS |
| Nunavut | UN |
| Ontario | ON |
| Prince Edward Island | PE |
| Québec | QC |
| Saskatchewan | SK |
| Yukon Territory | YT |

**APPENDIX N**

<u>Hispanic Origin</u> **- Other Entries Reported on Certificates and Reports**

The checkbox in items 24 and 27 (birth certificate) and items 12a and 12b (fetal death report) should be checked 'Yes' if one of the following entries is given as the specific Hispanic group entered on the 'Specify' line. Otherwise, check 'No.'

Andalusian
Argentina (Argentino)
Asturias

Balearic Islands
Basque
Belizian
Bolivan (Boliviano)
Boricua (Borinqueno)

Californio
Canal Zone
Canary Islands
Caribbean
Castilian
Catalonia
Centroamericano
Central American Indian
Chicano
Chile (Chileno)
Colombia (Colombiano)
Costa Rica (Costarricense)
Criollo
Cuban (Cubano)

Dominican Republic (Dominicano)

Ecuador (Ecuatorino)
El Salvador
Espana
Espanol

Falkland Islands
Fernando Po

Galapagos Islands
Gallego
Guatemala (Guatemalteco)

Hispanic
Hispano

Honduras (Hondureno)

Iberia (Ibero)

La Raza
Latin
Latin American
Latino

Majorca
Mallorca (Mallorquin)
Meso American Indian
Mestizo
Mexican (Mexicano)
Mexican American
Mexico
Mexican American Indian

Nuevo Mexicano
Nicaragua (Nicaraguense)

Panama (Panameno)
Paraguay (Paraguayo)
Peru (Peruano)
Puerto Rican (Puertorriqueno)

Salvadoreno
South American
South American Indian
Spain
Spaniard
Spanish
Spanish American
Spanish American Indian

Tejano

Uruguay (Uruguayo)

Valencian
Venezuela (Venezolano)

146

**APPENDIX O**

**Race** - **Other Entries Reported on Certificates and Reports**

Afghanistan

African

Alaskan Indian

Aleut

Algerian

Alocona

Ameriasian

American

American Indian

Amish

Anglo-Saxon

Arabian

Argentinian

Armenian

Aryan

Asian Indian

Asiatic

Assyrian

Athapaskan

Australian

Austrian

Azores

Bahamian

Bangladeshi

Basque

Bavarian

Begri

Belizian

Bilalian

Biracial

Blanc

Bohemian

Bolivian

Brava (Bravo)

Brazilian

British Honduran

Burmese

Cajun

Cambodian

Canadian

Canadian Indian

Cape Verde

Carib

Caucasian

Central American Indian

Ceylonese

Chamorro

Chicano

Chinese

Chuukese

Colestran

Colombian

Cosmopolitan

Costa Rican

Creole

Crucian

Cuban

Czechoslovakian

Dominican

Dutch East Indian

East Indian

East Indies

Ebian

Ecuadorian

Egyptian

English

English-French

English-Irish

Eritrean

Eskimoan

Ethiopia (n)

Eurasian

European

Fijian

Filipino

Finnish

French

French Canadian

French Indian

Georgian

German

Ghanaian

Gilbertese

Greek

Guam (ian) (ese)

Guatemalan

Guyanese

Gypsy

Haitian

Hamitic

Hawaiian

Hebrew

Hindu

Hispanic

Honduran

Hungarian

Icelandic

India

Indo-Aryan

Indonesian

Iran (ian)

Iraqi

Irish

Islamic

Israelite

Italian

Jackson (Jack) White

Jamaican

Japanese

Java

Jew

Jordanian

148

Kenyan

Korean

Kuwaitian

Ladina (Ladino)

Laotian (Asian)

Latin American

Latvian

Lebanese

Liberian

Libyan

Lithuanian

Malada

Malawian

Malayan

Maltese

Maori

Marshallese

Marshenese

Mauritian

Mediterranean

Melanesian

Mestizo

Mestizo-Inca

Mexican

Mexican Indian

Micronesian

Mixed

Mohammedan (Moslem)

Moor

Moroccan

Moslem

Mosotho

Mugandan

Mulatto

Multi-racial

Muslim

Nassau

Native American

Nepalese

Nicaraguan

Nigerian

Nipponese (Nipon)

Nordic

North American Indian

Norwegian

Nubian

Occidental

Octaroon

Okinawan

Pakistani

Palauan

Panamanian

Parsi

Persian

Phoenician

Peruvian

Polish

149

Polynesian

Ponapean

Portuguese

Puerto Rican

Punjabi

Quadroon

Red

Romanian

Rotanese

Russian

Ryukyan

Saipanese

Salvadorian

Samoa (n)

Santo-Domingo

Saudi Arabia (n)

Saxon (y)

Scandinavian

Scotch

Selawik

Semitic

Serbian

Servian

Seychelloise

Siamese

Siamsh Am

Sicilian

Sikh

Singhalese

Sino Burman

Slovakian

Soanish

South American

South American Indian

Spanish

Sudanese

Sunni

Swedish

Syrian

Tahitian

Taimskin

Taiwanese

Tamil-Ceylonese

Tamil-Malayan

Tanzanian

Teutonic

Thai

Tibetan

Tongan

Trigueno

Trinidadian

Trukese

Tunisian

Turk

Ubontilian

Ugandan

Ukranian

Ulithian

Ute

Venezuela (n)

Vietnam (ese)

Welsh

West Indies (Indian)

Wiam (White American)

Yapanes

Yemenite

Yugoslavian

Zoroastrian

TENNESSEE DEPARTMENT OF HEALTH
REPORT OF FETAL DEATH (Stillbirth)

**APPENDIX Q**

<u>Occupation and Industry</u> - **Illustrations of Acceptable Entries for Both**

The following examples illustrate the method for reporting some of the more common occupations and related industries for use on the Report of Fetal Death (Stillbirth)(Items 14a-d).

| Occupation | Business/industry |
|---|---|
| Accountant | Internal Revenue Service |
| Attorney | Self-employed |
| Attorney | Legal Aid Society |
| Auditor | Savings and loan |
| Auto mechanic | Auto repair shop |
| Bookkeeper | Wholesale drugs |
| Bulldozer operator | County highway department |
| Camera operator | Television station |
| Carpenter | Building construction |
| Carpenter's helper | General contracting |
| Carpet installer | Retail carpet sales and installation company |
| Cashier | Bank |
| Chaplain | State prison |
| Chauffeur | City fire department |
| Chauffeur | Taxicab company |
| Chemist | Plastic film manufacturing |
| College professor | State university |
| Computer operator | Gas company |
| Computer programmer | Life insurance company |
| Construction contractor | General contracting |
| Delivery driver | Wholesale bakery |
| Dentist | County health department |
| Dressmaker | Dressmaking plant |
| Electrical engineer | Chemical plant |
| Electrician | Electric light and power company |
| Farmhand | Dairy farm |
| Field examiner | Veterans Administration (U.S. Government) |
| Fireman, city | Volunteer fire department |
| Flight engineer | Aircraft company (manufacturing, retail, or wholesale) |
| Geologist | Petroleum exploration |
| Groundskeeper | Entertainment park |
| Housewife or homemaker | Own home |

153

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 175 of 213 PageID #: 2285

**APPENDIX Q**

| | |
|---|---|
| Insurance agent | Life insurance company |
| Janitor | City office building |
| Judge | County court |
| Keypunch operator | City board of health |
| Licensed practical nurse | Manufacturing plant employee clinic |
| Mechanic, auto | Engine repair shop |
| Medical doctor | Board of health (State Government) |
| Miner | Coal mine |
| Motor operator (retired) | Urban transit system |
| Musician | Recording company |
| Owner (Embalmer and Manager) | Funeral home |
| Owner/Manager | Retail grocery store |
| Physician | Medical center |
| Pilot | Commercial airline |
| Plant manager | Petroleum refinery |
| President | Business college |
| Printer (Apprentice) | Printing shop |
| Production cost estimator | Auto body repair shop |
| Professor (English) | College |
| Quarry worker | Marble quarry |
| Radio operator | College radio station |
| Receptionist | Dentist's office |
| Registered nurse | Hospital |
| Secretary | Travel agency |
| Senator | U.S. Congress |
| Shipping clerk | Paper box factory |
| Stationary firefighter | Steel mill |
| Student | Junior college |
| Supervisor (Weaving) | Cotton cloth mill |
| Supervisor (Office) | Health and accident insurance company |
| Teacher, elementary school | City elementary school |
| Teacher, kindergarten | Private kindergarten |
| Teacher, high school | Private church school |
| Teacher, preschool | County elementary school |
| Teamster (Tractor Driver) | Logging camp |
| Truck driver | Moving and storage |
| Typist | Printing office |
| Weaver | Cotton cloth mill |
| X-Ray technician | City hospital |

These examples of acceptable entries of occupation and related business/industry contain titles developed by the U.S. Bureau of the Census for proper classification of the labor force. These are provided as a guide for proper reporting.

**APPENDIX R**

**Medical Definitions for Report of Fetal Death (Stillbirth)**

Information regarding the mother's medical conditions and the fetus' congenital anomalies are to be completed by the attendant or designated representative.

**Item 23a.     Medical risk factors for this pregnancy (check all that apply)**

01 ☐     Anemia - (Hct. less than 30 or Hgb. less than 10) - A symptom of some underlying disease (e.g., iron deficiency, chronic blood loss, sickle cell anemia) which manifests itself by weakness, ease of fatigue, and drowsiness. It is clinically defined as a hemoglobin level of less than 10.0 g/dl during pregnancy or a hematocrit of less than 30 percent during pregnancy.

02 ☐     Cardiac Disease - Mother has diagnosis of a disease of the heart, such as rheumatic heart disease, congenital heart disease, cyanotic heart disease, coronary thrombosis, bacterial endocarditis, cardiomyopathy, mitral valve prolapse, cardiovascular complications from Marfan syndrome, coarctation of the aorta, or kyphoscoliotic heart disease during this pregnancy.

   ◆ Synonyms to be included in this item:

| | |
|---|---|
| Angina | Aortic/Mitral stenosis |
| Arrhythmia | Atrial/ventricular fibrillation |
| Cardiomegaly | Cardiomyopathy |
| Cardiovascular disease | Congenital heart disease (mother) |
| Congestive heart failure (CHF) | Cor pulmonale |
| | Mitral valve prolapse (MVP) |
| Endocarditis | Myocardial infarction (MI) |
| Myocarditis | Rheumatic heart disease |
| Pericarditis | Tachycardia |
| Valvular disease | |

03 ☐     Acute or Chronic Lung Disease - Mother has diagnosis of a disease of the lungs during this pregnancy. Acute is a short and sharp course of lung disease like pneumonia or acute bronchitis. Chronic is of long duration, denoting a disease of slow progress and long continuance, like tuberculosis, cystic fibrosis, chronic bronchitis, chronic obstructive bronchitis, pulmonary edema, chronic obstructive emphysema, persistent asthma, chronic asthmatic bronchitis (the latter six make up chronic obstructive pulmonary disease (COPD).

155

- ◆ Synonyms to be included in this item:

| | |
|---|---|
| Asthma | Atelectasis |
| Bronchiectasis | Bronchiolitis |
| Bronchitis | Emphysema |
| Chronic obstructive | Pneumonia |
|   pulmonary disease (COPD) | Tuberculosis |
| Pulmonary fibrosis | |

04 ☐ <u>Diabetes</u> – Mother has diagnosis of type 1, juvenile onset diabetes, type 2, adult onset diabetes, or gestational diabetes mellitus during this pregnancy. Do not include family history of diabetes. Also note that juvenile diabetes can occur at any age.

<u>Insulin Dependent</u> – A syndrome resulting from a variable interaction of hereditary and environmental factors, and characterized by abnormal insulin secretion, inappropriately elevated blood glucose levels, and a variety of end organ complications including nephropathy, retinopathy, neuropathy, and accelerated atherosclerosis.

<u>Insulin Dependent</u> defines a group who is literally dependent on exogenous insulin to prevent ketoacidosis and death. (Former names: juvenile diabetes, juvenile-onset diabetes, ketosis-prone diabetes, and Brittle diabetes).

<u>Other Diabetes</u> - Non-insulin dependent diabetes mellitus (non-obese or obese) individuals who may or may not use insulin for symptom control but who do not need it for survival. (Former names: adult-onset diabetes, maturity-onset diabetes, ketosis resistant diabetes, stable diabetes, maturity-onset diabetes of youth).

<u>Gestational diabetes,</u> where glucose intolerance develops or is discovered during pregnancy (often during 2nd or 3rd trimester). It usually disappears or becomes subclinical following the end of pregnancy.

<u>Secondary diabetes</u> - where it is associated with certain conditions and symptoms such as pancreatic disease, changes in other hormones besides insulin, insulin receptor abnormalities, genetic syndromes and malnourished populations.

05 ☐ <u>Active Genital Herpes</u> - Infection of the skin of the genital area by herpes simplex virus. Lesions frequently develop four to seven days after contact. The condition tends to recur because the virus established latent infection of the sacral sensory nerve ganglia, from which it reactivates and reinfects the skin. Most fetal infection occurs because the virus was shed

from the cervix or lower genital tract and then either invades the uterus following rupture of the membranes or contacts the fetus with passage through the genital tract.

06 ☐ Hydramnios – Hydramnios or polyhydramnios is an excessive volume of amniotic fluid, somewhat arbitrarily defined as greater than 2,000 ml. Diagnosis is usually based on clinical impression or sonographic estimation. Hydramnios sufficient to cause clinical symptoms (usually > 3,000 ml.) occurs in about 1 in 1,000 pregnancies excluding multifetal pregnancies. Hydramnios is associated with central nervous system defects, gastrointestinal tract defects, and other birth defects. Also the incidence is increased by diabetes, hydropic variety of erythroblastosis and multifetal pregnancies.

07 ☐ Oligohydramnios – Volume of amniotic fluid falls or is far below normal, sometimes only a few ml. of viscid fluid. Cause is not understood. It is often observed with post-term births. Risk of cord compression and, in turn, fetal distress is increased. Oligohydramnios is almost always evident when there is either obstruction of the fetal urinary tract or renal agenesis. Fetal pulmonary hypoplasia is very common with oligohydramnios.

08 ☐ Hemoglobinopathy - A hematologic disorder caused by alteration in the genetically determined molecular structure of hemoglobin, which results in a characteristic complex of clinical and laboratory abnormalities and often, but not always, overt anemia. Most common sickle cell hemoglobinopathies are sickle cell anemia, sickle cell-hemoglobin C disease and sickle cell-B-thalassemia disease. Other hemoglobinopathies are hemoglobin E and C disease. Hb E is found mostly in Southeast Asians and Black population. Thalassemias are particularly common in persons of Mediterranean, African and Southeast Asian ancestry. Maternal morbidity and mortality, abortion, and perinatal mortality are appreciably but not uniformly increased with all of these diseases.

09 ☐ Hypertension, Chronic - Blood pressure persistently greater than 140/90, diagnosed prior to the onset of the pregnancy or before the 20th week of gestation.

10 ☐ Hypertension, Pregnancy-Induced - An increase in blood pressure of at least 30 mm Hg systolic or 15 mm Hg diastolic on two measurements taken 6 hours apart after the 20th week of gestation. The development of hypertension plus proteinuria or edema that is generalized and overt with onset rarely earlier than the 20th week of gestation. The blood pressure is 140/90 or greater, or there has been an increase of 30 mm Hg systolic or 15 mm Hg diastolic over baseline values on at least two occasions six or more hours apart. It is almost exclusively a disease of the nulliparous

157

woman. Factors associated with the disease are: extremes of reproductive age, multifetal pregnancy, fetal hydrops, vascular disease, including essential chronic hypertension and diabetes mellitus, coexisting renal disease, preeclampsia, and toxemia.

11 ☐ <u>Eclampsia</u> – The occurrence of convulsions and/or coma unrelated to other cerebral conditions in women with signs and symptoms of preeclampsia. Occurs in neglected or, less often, fulminate cases of pregnancy-induced hypertension. Seizures are of grand mal type and may first appear before labor, during labor, up to 48 hours postpartum.

   ♦ Synonyms to be included in this item:
     Toxemia with seizures

12 ☐ <u>Incompetent Cervix</u> – Characterized by painless dilation of the cervix in the second trimester or early in the third trimester of pregnancy, with prolapse of membranes through the cervix and ballooning of the membranes into the vagina, followed by rupture of the membranes and subsequent expulsion of a fetus.

   ♦ Synonyms to be included in this item:
     Cerclage
     McDonald cerclage
     Shirodkar suture or procedure

13 ☐ <u>Previous Infant 4000+ Grams (8 lbs. 14 oz+)</u> - The birth weight of a previous live-born child was over 4,000 grams (8 pounds, 14 ounces).

14 ☐ <u>Previous Preterm Infant (less than 37 weeks)</u> – Previous birth of an infant prior to term usually considered earlier than 37 completed weeks of gestation. Do <u>not</u> include fetal deaths.

15 ☐ <u>Previous Small-For-Gestational-Age Infant</u> - Previous birth of an infant weighing less than the tenth percentile for gestational age using a standard weight for age chart. Check this item <u>only</u> for live births.

16 ☐ <u>Renal Disease</u> – Mother has diagnosis of a kidney disease, such as, acute or chronic pyelonephritis, glomerulonephritis, nephrosis, acute tubular necrosis, renal cortical necrosis, obstructive renal failure, diabetic nephropathy or polycystic kidney disease during this pregnancy. This is one of the most frequent medical complications of pregnancy.

   ♦ Synonyms to be included in this item:
     Glomerulonephritis            Hydronephrosis
     Kidney stone                  Nephritis
     Nephropathy                   Nephrosis
     Pyelonephritis                Renal Failure

158

17 ☐ Rh Sensitization - The process or state of becoming sensitized to the Rh factor (i.e., Rh antigen(s), especially D antigen) as when an Rh-negative woman is pregnant with an Rh-positive fetus. Unless mother was previously sensitized by transfusion, a first pregnancy is rarely affected. The risks of sensitization increase with each subsequent pregnancy.

   ♦ Synonyms to be included in this item:
   Rh incompatibility          Rh antibodies
   Rh isoimmunization

   Do not include preventive measures such as the use of Rhogam.

18 ☐ Uterine Bleeding - Any clinically significant bleeding during the pregnancy taking into consideration of the gestational age of the patient. Any second or third trimester bleeding of the uterus prior to the onset of labor. Conditions that predispose to uterine bleeding prior to labor onset are any abnormal placental implantation or development, trauma, overdistended uterus (multifetal pregnancy, hydramnios, distended with blood), small maternal blood volume and coagulation defects.

19 ☐ Other (Specify) – Other medical risk factors experienced by the mother that may cause or contribute to complications of this pregnancy. Examples are AIDS, preeclampsia, rubella, syphilis, gonorrhea, early onset of delivery and mental disorder.

   Notice – The following conditions should not be listed in question 23a.
   Twins
   Previous C-section
   Advanced maternal age
   Teenage mother
   Late prenatal care
   No prenatal care
   Previous fetal death
   Heart or lung complications resulting from anesthesia, surgery, or drugs used in this delivery

**Item 24.    Obstetric procedures (check all that apply)**

01 ☐ Amniocentesis – Surgical transabdominal perforation of the uterus to obtain amniotic fluid to be used in the detection of genetic disorders, fetal abnormalities (especially neural tube defects), and fetal lung maturity. The procedure is done between the 15th and 16th week of gestation with results available in weeks.

02 ☐ Electronic Fetal Monitoring-Internal - Internal leads may be placed, with an electrode attached to the fetal scalp and a catheter through the cervix into the uterus to measure amniotic fluid pressure. Internal fetal

159

monitoring provides more reliable information about fetal heart rate patterns and uterine contraction patterns than external.

03 ☐ Electronic Fetal Monitoring-External - Monitoring with external devices applied to the maternal abdomen, detect and record fetal heart tones and uterine contractions. External fetal monitoring can also be used as a non-stress test (NST) or as a contraction stress test (CST), sometimes called the oxytocin challenge test (OCT). In these tests, fetal heart rate is recorded and compared to fetal movement (NST), or to contractions induced by oxytocin (OCT) or those occurring spontaneously. These tests are frequently used to monitor problem pregnancies.

04 ☐ Induction of Labor - The initiation of uterine contractions before the spontaneous onset of labor by medial and/or surgical means for the purpose of delivery.

  &#9670; Synonyms to be included in this item:
  Amniotomy AROM (if labor has not yet begun)
  Pitocin
  Prostaglandin
  Prostin gel

05 ☐ Stimulation of Labor – Augmentation of previously established labor by use of oxytocin.

  &#9670; Synonyms to be included in this item:
  Amniotomy/AROM-if labor is stalled
  Augmentation

06 ☐ Tocolysis – Use of medications to inhibit preterm uterine contractions to extend the length of pregnancy and therefore avoid a preterm birth. Bedrest and tocolytic agents (e.g., magnesium sulfate, B-Adrenergic receptor stimulants (ritodrine, terbutaline, fenoterol) are used to attempt to arrest labor. Delivery is considered more advantageous than pharmacologic intervention if the pregnancy is beyond the 32nd week.

07 ☐ Ultrasound – Visualization of the fetus and the placenta by means of sound waves. Its primary usages are to date the fetus; detect sudden changes in fetal growth; detect multifetal pregnancies, certain fetal abnormalities, and complications of pregnancy (e.g., placenta previa).

  &#9670; Synonym to be included in this item:
  Sonogram

08 ☐ Chorionic Villus Sampling - A sample of chorionic villi is obtained by inserting a flexible catheter through the vagina and cervix, and advancing it to the site of fetal implantation under direct ultrasound guidance. About 10 to 30 mg of villi are then aspirated into a syringe; any contaminating

maternal tissue is removed under a dissecting microscope; and kearyotypes can then be prepared directly from the villi. It is done at 8 to 10 weeks of gestation and results are available within hours or days. It is done to detect genetic defects.

♦ Synonym to be included in this item:
   CVS

09 ☐  Other (Specify) - An example would be X-rays.

**Item 25.  Complications of labor and/or delivery (check all that apply)**

01 ☐  Febrile (more than 100 degrees F. or 38 C.) - A fever greater than $100^0$ or $38^0$ occurring during labor and/or delivery.

02 ☐  Meconium, Moderate/Heavy – Meconium consists of undigested debris from swallowed amniotic fluid, various products of secretion, excretion and desquamation by the gastrointestinal tract. Moderate to heavy amounts of meconium in the amniotic fluid noted during labor and/or delivery.

03 ☐  Premature Rupture of Membranes (more than 12 hours, but less than 24 hours) -- Rupture of the membranes at any time during pregnancy and greater than 12 hours but less than 24 hours before the onset of labor. Premature rupture of the membranes is an important cause of perinatal morbidity and mortality.

♦ Synonym to be included in this item:
   PROM (if greater than 12 hours, but less than 24 hours)

04 ☐  Prolonged Rupture of Membranes (more than 24 hours prior to delivery) – Rupture of the membranes occurred more than 24 hours prior to onset of labor.

♦ Synonyms to be included in this item:
   PROM (if greater than 24 hours)

05 ☐  Abruptio Placenta - Premature separation of a normally implanted placenta from the uterus. Hemorrhage may be external (pass through the cervix) or concealed (retained behind the placenta). The placenta is an organ joining the mother and offspring, providing endocrine secretion and selective exchange of soluble, but not particulate. The condition is associated with poor perinatal outcome.

06 ☐  Placenta Previa - Implantation of the placenta over or near the internal os (opening) of the cervix. The placenta may cover the internal os completely (total previa) or partially (partial previa) or it may encroach on the internal os (low implantation or marginal previa). The most

161

characteristic event in placenta previa is painless hemorrhage, which usually does not appear until near the end of the second trimester later. It frequently cannot be distinguished from abruptio placenta by clinical findings. The best way to differentiate is by ultrasound.

07  ☐  <u>Other Excessive Bleeding</u> – The loss of a significant amount of blood from conditions other than abruptio placenta or placenta previa. There are many other causes of hemorrhage during labor and/or delivery (e.g., trauma, uterine atony, small maternal blood volume, coagulation defects.)

08  ☐  <u>Seizures During Labor</u> – Seizures occurring during labor because of epilepsy, encephalitis, meningitis, cerebral tumor, acute porphyria, ruptured cerebral aneurysm, hysteria, eclampsia or any other etiology.

09  ☐  <u>Precipitous Labor (less than 3 hours)</u> - Extremely rapid labor and delivery lasting less than three hours.

10  ☐  <u>Prolonged Labor (more than 20 hours)</u> – Abnormally slow progress of labor (greater than 20 hours) because of weak or non-coordinated uterine forces, inadequate forces generated by the voluntary muscles, faulty presentation or abnormal development of the fetus and/or abnormalities of the birth canal.

11  ☐  <u>Dysfunctional Labor</u> - Same as dystocia (literally difficult labor) and same things as noted for prolonged labor.

◆ Synonyms to be included in this item:

| | |
|---|---|
| Arrest of dilation | Arrest/non-progression of labor |
| Atony of uterus | Desultory labor |
| Failure to progress | Irregular labor |
| Hypertonic/incoordinate/ prolonged contractions | Prolonged active/ latent phase |
| Transverse arrest | Uterine inertia |
| Uninducible cervix | |

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 184 of 213 PageID #: 2294

12 ☐ Breech - At birth, the presentation of the fetal buttocks rather than the head. There are several varieties of breech presentation: frank breech, complete breech, and single or double footling presentation.

13 ☐ Malpresentation- Other malpresentations other than breech (e.g., face, brow, shoulder, compound).

♦ Synonyms to be included in this item:
Face/brow presentation        Footling
Oblique presentation          Persistent occiput posterior
Prolapsed arm                 Transverse lie
Unstable lie

14 ☐ Cephalopelvic Disproportion – A condition in which the relationship of the size, presentation and position of the fetal head to the maternal pelvis prevents dilation of the cervix and/or descent of the fetal head.

♦ Synonyms to be included in this item:
Abnormality of pelvis
Contracted pelvis
CPD
Fetal abnormality causing disproportion
Fetopelvic disproportion

15 ☐ Cord Prolapse – Premature expulsion of the umbilical cord in labor before the fetus is delivered. Occult prolapse occurs with intact membranes when the cord presents ahead of the presenting part or is trapped in front of a shoulder. Overt prolapse occurs with ruptured membranes when the cord presents in front of the presenting part, most commonly with breech presentation. Unless prompt delivery is accomplished, fetal death results from compression of the cord between the presenting part and the margin of the pelvic inlet.

16 ☐ Anesthetic Complications - Any complication during labor and/or delivery brought on by an anesthetic agent/s (e.g., aspiration, hypotension, spinal blockage with respiratory paralysis, hypertension, bladder dysfunction).

17 ☐ <u>Fetal Distress</u> – Signs indicating fetal hypoxia which may include persistent abnormal fetal heart rate patterns, low scalp pH, significant meconium staining of amniotic fluid, low cord pH, at one minute Apgar score less than 3 or at 5 minutes Apgar score less than 5.

   ◆ Synonyms to be included in this item:
    Decreased FHT variability
    Extended fetal bradycardia
    Fetal intolerance to labor
    Multiple late decelerations

18 ☐ <u>Other</u> – Labor and delivery conditions that are not listed above.

  Notice - <u>Do not list the following conditions in question 25 for any checkbox</u>:
    Post-term
    Premature labor
    Preterm labor
    Previous C-section
    Preeclampsia

## Item 26.  Method of delivery

The definitions for the methods of delivery are <u>not</u> included in this handbook.

## Item 27.  Congenital anomalies of fetus (check all that apply)

01 ☐ <u>Anencephalus</u> – Absence of the cerebral hemispheres. Varying portions of the brainstem and spinal cord may be missing or malformed. These infants either are stillborn or die within a few days.

   ◆ Synonyms to be included in this item:
    Acrania      Amyelencephalus
    Anencephalic     Anencephaly
    Heminaencephaly   Hemicephaly

02 ☐ <u>Spina Bifida/Meningocele</u> - Developmental anomaly characterized by defective closure of the bony encasement of the spinal cord, through which the cord and meninges may or may not protrude. Spina bifida is a defective closure of the vertebral column. In spina bifida cystica, the protruding sac can contain meninges (<u>meningocele</u>) spinal cord (<u>myelocele</u>), or both <u>myelomeningocele</u>).

   ◆ Synonyms to be included in this item:
    Meningomyelocele   Hydromeningocele
    Myelocystocele    Myelocele
    Syringomyelocele   Rachischisis

03 ☐ <u>Hydrocephalus</u> – Excessive accumulation of cerebrospinal fluid within the ventricles of the brain with consequent enlargement of the cranium. Associated defects are common, with spina bifida occurring in about one-third of the cases.

04 ☐ <u>Microcephalus</u> - A significantly small head usually associated with DeLange's syndrome, rubella, toxoplasmosis, cytomegalic inclusion disease, cebocephaly, and various chromosomal abnormalities.

   ◆ Synonyms to be included in this item:
   Hydromicrocephaly
   Micrencephalon
   Microcephaly

05 ☐ <u>Other Central Nervous System Anomalies (Specify)</u> - Other anomalies of the central nervous system such as encephalocele, reduction deformities of the brain, and other specified anomalies of brain, spinal cord, and nervous system.

06 ☐ <u>Heart Malformations</u> - Congenital anomalies of the heart such as transposition of great vessels, Tetralogy of Fallot, ventricular septal defect, endocardial cushion defects, anomalies of pulmonary valve, tricuspid atresia and stenosis, stenosis and insufficiency of aortic valve.

   ◆ Synonyms to be included in this item:
   Atresia/insufficiency/stenosis of Pulmonary valve
   Atrial septal defect                              Cor Biloculare
   Common atrium/AV canal/truncus/ventricle          Dextrocardia
   Ectopia cordis                                    Malposition of heart
   Endocardial cushion defects                       Septal defect
   Epstein's anomaly                                 Single ventricle
   Hypoplastic left heart syndrome                   Taussig-Bing
   syndrome
   Pericardial defect                                Uhls disease

07 ☐ <u>Other Circulatory/Respiratory Anomalies (Specify)</u> - List circulatory anomalies such as, patent ductus arterioles, coarctation of the aorta, etc. Anomalies of the respiratory system such as choanal atresia, congenital cystic lung and agenesis, hypoplasia and dysphasia of lung.

08 ☐ <u>Rectal Atresia/Stenosis</u> - Congenital absence, closure or narrowing of the rectum, atresia and stenosis of large intestine and anal canal.

   ◆ Synonyms to be included in this item:
   Imperforate anus/rectum
   Stricture of anus/rectum

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 187 of 213 PageID #: 2297

09 ☐ <u>Tracheo-Esophageal Fistula/Esophageal Atresia</u> - An abnormal passage between the trachea and the esophagus. Esophageal atresia is the congenital absence or closure of the esophagus. Includes stenosis of the esophagus.

♦ Synonyms to be included in this item:
Congenital fistula - esophagobronchial/esophagotracheal
Imperforate esophagus       Absent esophagus
Webbed esophagus            Stricture of esophagus

10 ☐ <u>Omphalocele/Gastroschisis</u> - An <u>omphalocele</u> is a protrusion of variable amounts of abdominal viscera from a midline defect at the base of the umbilicus. The herniation is covered by a thin membrane and may be small, including only a few loops of bowel, or may contain most of the abdominal viscera, including all the intestines, the stomach, and the liver. In <u>gastroschisis,</u> the abdominal viscera protrude through an abdominal wall defect, usually on the right side of the umbilical cord insertion. There is no membranous covering and the intestines have large amounts of fluid and appear shortened from being bathed in amniotic fluid containing fetal urine.

11 ☐ <u>Other Gastrointestinal Anomalies (Specify)</u> - Other congenital anomalies of the gastrointestinal system such as Meckel's diverticulum, atresia and stenosis of small intestine.

12 ☐ <u>Malformed Genitalia</u> - Congenital anomalies of the reproductive organs such as of the ovaries, fallopian tubes, uterus, cervix, vagina, undescended testicle, hypospadias, epispadias, indeterminate sex and pseudohermaphroditism.

♦ Synonyms to be included in this item:
Absence of penis/prostate/spermatic cord
Anaspadias
Anomaly of ovary/fallopian tubes/broad ligaments
Anomaly of cervix/clitoris/uterus/vagina/vulva
Aplasia of prostate/round/ligament/testicle
Bicornate uterus              Cryptorchism
Curvature of penis            Double uterus
Ectopic testis                Fusion of testes
Gynandrism                    Hermaphroditism
Hypospadias/epispadias        Imperforate hymen
Monorchism                    Ovotestis
Paraspadias                   Pseudohermaphrodism

13 ☐ <u>Renal Agenesis</u> - One or both kidneys are completely absent because of failure to develop. Also includes renal dysgenesis that is a defective

development of the kidney or kidneys.

◆ Synonyms to be included in this item:
Absence of kidney
Atrophy of kidney
Hypoplasia of kidney

14 ☐ Other Urogenital Anomalies (Specify) – Other congenital anomalies of the organs concerned in the production and excretion of urine, together with organs of reproduction. Other anomalies of the urinary system could be cystic kidney disease, obstructive defects of renal pelvis and ureter, exstrophy of urinary bladder, atresia and stenosis of urethra and bladder neck.

15 ☐ Cleft Lip/Palate - Cleft lip is a fissure or elongated opening of the lip due to a failure to fuse during the embryonic development. It is also called a harelip. Cleft palate is a fissure in the roof of the mouth due to a failure of the soft and bony palate to unite during embryonic development.

◆ Synonyms to be included in this item:
Cheiloschisis                Cleft uvula
Harelip                      Labium leporinum
Palate fissure               Palatoschisis

16 ☐ Polydactyly/Syndactyly/Adactyly – Polydactyly is the presence of more than five digits on either hands and/or feet. Syndactyly is having fused or webbed fingers and/or toes. Adactyly is the absence of fingers and/or toes.

◆ Synonyms to be included in this item:
Absence of fingers/toes      Accessory fingers/toes
Fusion of fingers or toes    Supernumerary digits
Symphalangy                  Webbed fingers/toes

17 ☐ Club Foot – Talipes equinovarus, calcaneus, cavus, percavus, valgus, varus and/or other deformities of the foot, which is twisted out of shape or position.

18 ☐ Diaphragmatic Hernia – Herniation of the abdominal contents through the diaphragm into the thoracic cavity usually resulting in respiratory distress. Also includes other anomalies of the diaphragm.

19 ☐ Other Musculoskeletal/Integumental Anomalies - Other congenital anomalies of the muscles, skeleton or the enveloping membrane of the body (skin). Examples of musculoskeletal anomalies are congenital dislocation of hip, varus and valgus deformities of feet, reduction deformities of upper and/or lower limbs, anomalies of shoulder girdle, pelvic girdle, skull and facebone, spine, chondrodystrophy,

167

osteodystrophies, and specified anomalies of muscle, tendon, facial and connective tissue. Some congenital anomalies of the <u>integument</u> are hereditary edema of legs, ichthyosis congenital, vascular hamartomas, specified and unspecified anomalies of hair, nails and breast or a large hemangioma.

20 ☐ <u>Down Syndrome</u> - Mongolism, Translocation Down Syndrome, Trisomy 21 or 22, G. The most common chromosomal defect with most cases resulting from an extra chromosome (Trisomy 21). The faces of the infants are mongoloid, with narrow, slanting, closely set palpebra fissures. The tongue is thick and fissured, and the palatal arch is often high. Fingers are stubby and mental retardation subsequently becomes apparent. Congenital heart disease is found in about 35 percent of patients with atrioventricular canal defect and ventricular septal defects being the most common. The risk of having a child with Down Syndrome increases with age. However, the majority are born to women in their twenties because of the high drop off of the fertility rate after that period.

    ◆ Synonyms to be included in this item:
      Mongolism
      Trisomy 21

21 ☐ <u>Other Chromosomal Anomalies (Specify)</u> – All other chromosomal aberrations, for example, Patau's syndrome, Trisomy 13-15, Trisomy 16-18, Edward's syndrome, autosomal deletion syndromes, Cri-du-chat syndrome, autosomal translocation, XO syndrome, Klinefelter's syndrome, XXX syndrome.

22 ☐ <u>Other (Specify)</u> - Other congenital anomalies not mentioned above. This includes the following anomalies:

        Anomalies of eye
        Anomalies of ear, face, neck
        Other – upper alimentary tract
        Other – digestive system
        Other and unspecified congenital anomalies

Notice – <u>Do not include the following conditions in item 27:</u>

          Congenital hemangioma
          Congenital neoplasm
          Respiratory distress
          Ankyloglossia
          Heart murmur
          Hip click
          Skin tags
          Tongue tie

Source: Prepared for the Association of Vital Records and Health Statistics by the Ad Hoc Committee on Medical Definitions, June 1990, and adapted for use in Tennessee for the January 1989 revision of Report of Fetal Death (Stillbirth).

## APPENDIX S



### INSTITUTIONAL REPORT OF BIRTHS

TO: OFFICE OF VITAL RECORDS
TENNESSEE DEPARTMENT OF HEALTH

I HEREBY CERTIFY THE FOLLOWING TO BE A COMPLETE LIST OF THE BIRTHS WHICH HAVE OCCURRED IN

_____ DURING THE MONTH OF _____ 20 ____
HOSPITAL OR INSTITUTION

SIGNATURE AND TITLE OF PERSON COMPLETING REPORT _____

IF NO BIRTHS HAVE OCCURRED IN THE HOSPITAL OR INSTITUTION DURING THE MONTH, REPORT "NONE".

| PARENTS OF CHILE | | MOTHER'S MAIDEN SURNAME (Item 16b) | DATE OF BIRTH | NAME OF ATTENDANT |
|---|---|---|---|---|
| FULL NAME OF FATHER (Item 21) | FULL LEGAL NAME OF MOTHER (Item 16a) | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PH-1652 (Rev. 10/92)

RDA N/A

**APPENDIX S**

**Institutional Report of Births**

**Facility's Responsibility**

The facility, certified nurse midwife, certified professional midwife, or other midwife are required by the Rules of the Tennessee Department of Health (Section 1200-7-1-.14(3) to complete and submit the Institutional Report of Births to the Tennessee OVR on the third working day of the month after the event occurred.

For the facilities using the WinEBC software, the monthly report of births may be printed from that system.

In lieu of the Institutional Report of Births (form PH-1652), the responsible person may submit the report of births on a computer printout as long as the format is the same as PH-1652. The report should be signed by the responsible person.

The Institutional Report of Births form is to be used for the reporting of **live births only**.

- ■ **Special Note regarding reporting of <u>all deliveries that did not result in a live birth</u>:** It is requested that <u>all deliveries that did not result in a live birth</u> be listed on the Institutional Report of Births. The responsible person may list the events by handwriting the information concerning the other deliveries at the bottom of the report or on a separate sheet of paper. This request is made as an added check to ensure that all deliveries that did not result in a live birth are reported to the Tennessee OVR. The information should list the mother's name, weight of fetus, and completed weeks of gestation.

The Institutional Report of Births should include all births for a single month only. If an omission in entering births from previous month(s) is observed, the event(s) should be listed on a separate monthly report. Furthermore, when a WinEBC batch (or more than one batch) of original birth certificates is sent to the Tennessee OVR each week, it is not required to send a partial institutional report for these certificates; in fact, it is discouraged.

APPENDIX T



TENNESSEE DEPARTMENT OF HEALTH
OFFICE OF VITAL RECORDS
421 5TH AVENUE NORTH, 1ST FLOOR
CENTRAL SERVICES BUILDING
NASHVILLE, TENNESSEE 37243

## INSTITUTIONAL REPORT OF DEATHS, FETAL DEATH, AND D.O.A.'s

I HEREBY CERTIFY THE FOLLOWING TO BE A COMPLETE LIST OF THE DEATH, FETAL DEATH, AND D.O.A.'s WHICH HAVE OCCURRED IN

_____ DURING THE MONTH OF_____ 20 _____

HOSPITAL OR INSTITUTION

SIGNATURE AND TITLE OF PERSON COMPLETING REPORT _____

IF NO DEATH, FETAL DEATHS, OR D.O.A.'s HAVE OCCURRED IN THE HOSPITAL OR INSTITUTION DURING THE MONTH, REPORT "NONE".

| FULL NAME OF DECEASED | DATE OF DEATH | NAME OF PHYSICIAN | NAME OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

PH-1661 (Rev 09-99)

RDA N/A

172

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 194 of 213 PageID #: 2304

**APPENDIX T**

**Institutional Report of Deaths, Fetal Deaths, and D.O.A.'s**

**Facility's Responsibility**

The facility is required by the Rules of the Tennessee Department of Health (Section 1200-7-1-.14 (3)) to complete and submit the Institutional Report of Deaths, Fetal Deaths, and D.O.A.'s to the county health department where the facility is located. This monthly report should be filed on the third working day of the month after the event occurred.

It is the responsibility of the facility to report fetal deaths on the Institutional Report of Deaths, Fetal Deaths, and D.O.A.'s form.

Each fetal death of 500 grams or more, or in the absence of weight, of 22 completed weeks gestation or more, must be listed on this form.

- **Notation of weight of fetus at delivery, along with other identifying information such as the mother's name, should be made on the report.** If the fetus was not weighed, list the completed weeks of gestation.

**Question:** When should the death in utero (i.e., missed abortion, miscarriage, spontaneous abortion, etc.) be listed on the monthly Institutional Report of Deaths, Fetal Deaths, and D.O.A.'s?

**Answer:** If the event was a missed abortion, or miscarriage, or spontaneous abortion, and the fetus was not weighed, and the fetal remains were sent to the pathology as a specimen only, it is not required that the event be listed on the monthly report. However, it is acceptable to list these events.

- If a funeral home takes the fetal remains, regardless of weight or weeks, the event must be listed on the Monthly Report of Deaths, Fetal Deaths, and D.O.A.'s. The mother's name and weight of fetus or completed weeks of gestation should be listed.

In lieu of the form PH-1661, the facility may submit the information on a computer printout as long as the format is the same as PH-1661. The report should be signed by the responsible person.

**Local Registrar's Responsibility**

The local registrar is responsible for collecting the Institutional Report of Deaths, Fetal Deaths, and D.O.A.'s and sending the monthly reports to the Tennessee OVR. The monthly report is due on the fifteenth of the month in the Tennessee OVR.

173

**APPENDIX U**

**Fees and Services for Tennessee Birth Certificate**

| | |
|---|---|
| Computer-generated certified copy of birth certificate (Short Form) (available for year of birth 1949 to current) | $7.00 |
| Certified copy of birth certificate that is not computer generated (Long Form) | $12.00 |
| Additional copy of the same birth certificate ordered at the same time | $4.00 |
| Expedited service fee with credit card service | $10.00 |

Written requests for certificates should be sent to:

> Tennessee Office of Vital Records
> Central Services Building - 1st Floor
> 421 5th Avenue, North
> Nashville, TN 37243

Walk-in service is available at the Tennessee OVR during the hours of 8:00 a.m. to 4:00 p.m., Central Time, Monday through Friday.

Expedited service guarantees that the requested certified copy will be issued and mailed within one working day of receipt of the request. Persons who wish to request expedited service must charge the fee to their Visa, Mastercard, Discover, or American Express card. They may do so by calling (615) 741-0778. Expedited requests using a credit card may also be submitted using the Internet at: http://health.state.tn.us/vr/index.htm or they may be faxed to (615) 726-2559 (See Appendix U continued on next page).

The $10.00 expedited service includes an additional fee for using Visa, Mastercard, Discover, or American Express plus the expedited service fee of $5.00 and the cost of the certified copy.

Requests for certified copies of birth certificates must be accompanied by a photocopy of the requesting person's government issued identification card.

**APPENDIX U**

An applicant can FAX an expedited service request to the Tennessee OVR using (615) 726-2559. The following information is required:

1) Name and relationship of person requesting certificate
2) Purpose of copy
3) Full name(s) on certificate
4) Date of birth
5) Place of birth
6) Father's full name
7) Mother's full maiden name
8) Phone number where requestor can be reached
9) Address where to be mailed
10) Visa, Mastercard, Discover, or American Express card number with expiration date
11) Type of certificate (long form or short form) and number of copies
12) Regular mail or Federal Express
13) In addition, the applicant must present with a government issued identification card. If the request is made via mail, telephone or Internet, the requester must include a photocopy of his/her government issued ID card.

Short form certificates may also be obtained from certain county health departments. The issuance schedule and the telephone number for each is as follows:

| Health Department | Issuance Schedule | Phone Number |
|---|---|---|
| Tennessee OVR, Nashville | Daily | 615-741-1763 |
| Anderson County | Daily | 865-425-8800 |
| Bledsoe County | Daily | 423-447-2149 |
| Blount County | Daily | 865-983-4582 |
| Bradley County | Daily | 423-728-7020 |
| Campbell County | Daily | 423-562-8351 |
| Cannon County | Daily | 615-563-4243 |
| Carter County | Daily | 423-453-2521 |
| Claiborne County | Daily | 423-626-4291 |
| Clay County | Daily | 931-243-2651 |
| Cocke County | Daily | 423-623-8733 |
| Cumberland County | Daily | 931-484-6196 |
| Davidson County* | Daily | 615-340-5611 |
| Dekalb County | Daily | 615-597-7599 |
| Dickson County | Daily | 615-446-2839 |
| Fentress County | Daily | 931-879-9936 |
| Franklin County | Daily | 931-967-3826 |
| Giles County | Daily | 931-363-5506 |
| Grainger County | Daily | 865-828-5247 |

**APPENDIX U**

| Health Department | Issuance Schedule | Phone Number |
|---|---|---|
| Greene County | Daily | 423-798-1749 |
| Hamblen County | Daily | 423-586-6431 |
| Hamilton County* | Daily | 423-209-8025 |
| Hancock County | Daily | 423-733-2228 |
| Hardeman County | Daily | 731-658-5291 |
| Hawkins County - Rogersville | Daily | 423-272-7641 |
| Hawkins County - Church Hill | Daily | 423-357-5341 |
| Henry County | Daily | 731-642-4025 |
| Hickman County** | Daily | 931-729-3516 |
| Humphreys County | Daily | 931-296-2231 |
| Jackson County | Daily | 931-268-0218 |
| Jefferson County | Daily | 865-397-3930 |
| Johnson County | Daily | 423-727-9731 |
| Knox County* | Daily | 865-215-5100 |
| Lawrence County** | Daily | 931-762-9406 |
| Lincoln County** | Daily | 931-433-3231 |
| Loudon County | Daily | 865-458-2662 |
| McMinn County | Daily | 423-745-7431 |
| Macon County | Daily | 615-666-2142 |
| Madison County | Daily | 731-423-3020 |
| Marion County | Daily | 423-942-2239 |
| Maury County** | Daily | 931-388-5757 |
| Mid-Cumberland Region Nashville Office*** | Daily | 615-650-7002 |
| Monroe County | Daily | 423-442-3993 |
| Montgomery County | Daily | 931-648-5747 |
| Morgan County | Daily | 423-346-6272 |
| Overton County | Daily | 931-823-5611 |
| Pickett County | Daily | 931-864-3178 |
| Polk County-Copperhill | Daily | 423-496-3275 |
| Putnam County | Daily | 931-528-2531 |
| Rhea County | Daily | 423-775-8910 |
| Roane County | Daily | 865-354-1220 |
| Rutherford County | Daily | 615-898-7785 |
| Scott County | Daily | 423-663-2445 |
| Sevier County | Daily | 865-453-1032 |
| Shelby County*- Main | Daily | 901-544-7608 |
| Shelby County - Kirby | Daily | 901-362-1015 |
| Smith County | Daily | 615-735-0242 |
| Southeast Region Chattanooga Office**** | Daily | 423-634-3124 |
| Sullivan County - Blountville | Daily | 423-279-2780 |

**APPENDIX U**

| Health Department | Issuance Schedule | Phone Number |
|---|---|---|
| Sullivan County - Kingsport | Daily | 423-224-1600 |
| Sumner County | Daily | 615-206-1103 |
| Unicoi County | Daily | 423-743-9103 |
| Union County | Daily | 865-992-3867 |
| Van Buren County | Daily | 931-946-2643 |
| Warren County | Daily | 931-473-8468 |
| Washington County | Daily | 423-975-2200 |
| West Tennessee Region | | |
|     Union City Office***** | Daily | 731-884-2645 |
| White County | Daily | 931-836-2201 |
| Williamson County | Daily | 615-794-1542 |

\*    In addition, the certified photocopy of original birth certificate is available for persons born in that county at the following metropolitan health departments:

        Davidson – January 1966 to present

        Hamilton – Current year and previous four years

        Knox – August 1975 to present

        Shelby – All years

\*\*    The South Central Health Department Region:  Applications and fees for short form birth certificates are accepted at the following county health departments: Bedford, Coffee-Manchester, Giles, Lewis, Marshall, Moore, Perry, and Wayne. The certified copies will be printed and mailed from either the Coffee-Tullahoma Health Department, Hickman County Health Department, Lawrence County Health Department, Lincoln County Health Department or the Maury County Health Department.

\*\*\*    The Mid-Cumberland Health Department Regional Office does not accept walk-in requests.  Applications and fees for short form birth certificates are accepted at the following county health departments:  Cheatham, Houston, Robertson, Stewart, Trousdale, and Wilson.  The certified copies will be printed and mailed from the Mid-Cumberland Regional Office in Nashville. The Dickson, Humphreys, Montgomery, Sumner, Rutherford, and Williamson County Health Departments issue short form birth certificates daily.

\*\*\*\*    The Southeast Health Department Regional Office does not accept walk-in requests.  Applications and fees for short form birth certificates are accepted at the following county health departments:  Grundy, Meigs and Sequatchie.  The certified copies will be printed and mailed from the Southeast Regional Office in Chattanooga.

\*\*\*\*\*    The West Tennessee Health Department Regional Office does not accept walk-in requests.  Applications and fees for short form birth certificates are accepted at the following county health departments: Benton, Carroll, Chester, Crockett, Decatur, Dyer, Fayette, Gibson, Hardin, Haywood, Henderson, Lake, Lauderdale, McNairy, Obion, Tipton and Weakley.  The certified copies will be printed and mailed from the West Tennessee Regional Office in Union City.

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 199 of 213 PageID #: 2309

**APPENDIX V**



**TENNESSEE DEPARTMENT OF HEALTH**
OFFICE OF VITAL RECORDS

**APPLICATION FOR CERTIFIED COPY OF CERTIFICATE OF BIRTH**
(La versión en español al reverso de la página)

Date: _____

Full name on birth certificate: _____

                First          Middle         **Last Name**

Has the name ever been changed other than by marriage?  ☐ Yes  ☐ No

If yes, what was original name? _____

Date of birth: _____    Sex:  Male or Female _____

         Month     Day       Year

Place of birth: _____

         City          County         State

Hospital where birth occurred: _____

Full name of father: _____

Full maiden name of mother: _____

Last name of mother at time of birth: _____

Next older brother or sister: _____  Younger _____

Signature of person making request: _____

Relationship: _____

Purpose of copy: _____

Telephone number where you may be reached for additional information:  (   ) _____

---

Indicate number of each type of certificate desired and enclose appropriate fee:

For years 1949-Current:

_____ **Short form**- $7.00 first copy. Additional copies of same record purchased at same time- $4.00 each.

_____ **Long form**- $12.00 first copy. Additional Copies of same record purchased at the same time-$4.00 each.

For births **before 1949**:
No short form available

_____ $12.00 first copy. Additional copies of same record purchased at the same time -$4.00 each.

The above fees are charged for the search of records and will not be refunded even if no record is on file in this office. A 3-year search is provided for the initial fee.

---

**IT IS UNLAWFUL TO WILLFULLY AND KNOWINGLY MAKE ANY FALSE STATEMENT ON THIS APPLICATION.**

All items must be completed and appropriate fees attached to process this request. Do not send cash. Send check or money order payable to: Tennessee Vital Records. **In addition, unless this application is notarized, you must send a photocopy of a government issued ID showing your signature.** If you have not received a response within 45 days, please write or call Tennessee Vital Records at (615) 741-1763.

PH-1654 (Rev. 8/05)                                              RDA N/A

### FILL OUT BELOW/ DO NOT DETACH

PRINT name and address of person to whom the certified copy is to be mailed.        **SEND TO:**

 

 

                                              **Tennessee Vital Records**
_____      **421 5th Avenue North**

Name                                        **1st floor, Central Services Building**

_____      **Nashville, TN 37247**

Address or Route

_____

City and State                Zip Code

178a



**DEPARTAMENTO DE SALUD DE TENNESSEE**
OFICINA DE REGISTROS VITALES

**SOLICITUD PARA COPIA CERTIFICADA DEL ACTA DE NACIMIENTO**
(English Version on the Reverse Side)

Fecha: _____

Nombre completo en el
certificado de
nacimiento: _____

      Primer nombre     Segundo nombre     Apellido(s)

¿Ha sido el nombre cambiado por otro que no sea el de matrimonio?   ☐ Sí ☐ No

¿Si es cierto, cual fue el nombre original? _____

Fecha de nacimiento: _____    Sexo: Masculino o Femenino
      Mes    Día    Año
Lugar de
nacimiento: _____
      Ciudad     Condado     Estado
Hospital donde nació: _____

Nombre completo del padre: _____

Nombre completo de soltera de la madre: _____

Apellidos de la madre a la hora del nacimiento: _____

Nombre del hermano o hermana mayor: _____ **Menor:** _____

Firma de la persona que solicita la información: _____

Relación: _____

Propósito de esta copia: _____

Número telefónico donde podemos comunicarnos: (     )

Indique el número de cada tipo de certificado deseado e incluya la cuota apropiada:

De 1949 hasta el corriente:

_____ **Forma corta** - $7.00 para la primera copia. Copias adicionales del mismo registro compradas al mismo tiempo - $4.00 cada una.

_____ **Forma larga** - $12.00 para la primera copia. Copias adicionales del mismo registro compradas al mismo tiempo - $4.00 cada una.

**Para nacimientos antes de 1949:**
No hay forma corta disponible.

_____ $12.00 para la primera copia. Copias adicionales del mismo registro compradas al mismo tiempo - $4.00 cada una.

Esos pagos son por la búsqueda de registros y no serán reintegrados aunque ningún registro esté archivado en esta oficina. Se hace una búsqueda de tres años por el pago inicial.

ES ILEGAL HACER ALGUNA DECLARACIÓN FALSA CON CONOCIMIENTO DE CAUSA Y VOLUNTARIAMENTE EN ESTA SOLICITUD.

Toda la información se debe completar y los pagos correspondientes se deben incluir para poder procesar esta petición. No envíe efectivo. Envíe un cheque o Money Order pagadero al: *Tennessee Vital Records*. **Además, a menos que esta solicitud sea certificada por un notario, usted debe enviar una fotocopia de alguna identificación oficial emitida por el gobierno que enseña su firma.** Si no ha recibido una respuesta dentro de 45 días, por favor escriba o llame al Tennessee Vital Records al (615) 741-1763.

PH-1654 (Rev.8/05)                                                 RDA N/A

## LLENE ABAJO / NO LO SEPARE

ESCRIBA EN LETRA DE MOLDE el nombre y la dirección de la persona que recibirá la copia certificada

Nombre _____

Dirección o ruta _____

Ciudad y estado _____ Código postal _____

**ENVÍE A:**

**Tennessee Vital Records**
421 5th Avenue North
1st floor, Central Services Building
Nashville, TN 37247

## APPENDIX W

## Vital Events Filed with the Tennessee Office of Vital Records

### Birth Certificates

- Statewide filing of birth certificates began in 1914.  Original certificates are maintained in the Tennessee OVR for 100 years.  Thereafter, the original documents become public records, and at which time are transferred to the Tennessee State Library and Archives.

- Original certificates for births that occurred January 1, 1914 to current date are filed in the Tennessee OVR.

- Original certificates for births that occurred within the city limits of Chattanooga, Knoxville, and Nashville for 1881 to January 1, 1914 are on file.

- Enumeration birth records by school districts July 1, 1908 through June 30, 1912 (age of parents not shown) are on file.  These records are also available at the Tennessee State Library and Archives.

- Delayed birth certificates beginning in 1900 for births that were not filed by the birth attendants at the time the birth occurred are on file.  Since 1937, delayed birth certificates have been filed by the birth attendants.

### Death Certificates

- Statewide filing of death certificates began in 1914.  Original certificates are maintained in the Tennessee OVR for 50 years.  Thereafter, the original documents become public records, and at which time are transferred to the Tennessee State Library and Archives.

### Marriage Certificates and Divorce Certificates

- Statewide registration and filing of marriage certificates and divorce certificates began July 1, 1945.  Original marriage and divorce certificates are maintained in the Tennessee OVR for 50 years.  Thereafter, the original documents become public records, and at which time they are transferred to the Tennessee State Library and Archives.

### Special Note Regarding Issuing Certified Copies

- **Only certified copies of birth records under 100 years old, or death, marriage or divorce certificates under 50 years old will be issued by the Tennessee OVR.**

179

# APPENDIX X - DISPOSAL OF HUMAN AND FETAL REMAINS

The State Registrar sent to the CEOs of facilities a July 26, 2005 guidance document, and a subsequent September 9, 2005 amendment concerning disposal of human and fetal remains. This issue was addressed in two parts. The guidance document was revised August 27, 2007, and is provided below as a convenience for the facilities to use in their policies and procedures, as required.

## PART I. Fetal Deaths

1. Tennessee Code Annotated (T.C.A.) § 68-3-504 directs facilities to complete a Report of Fetal Death (Stillbirth) form for fetal deaths that weigh >500 grams, or if weight cannot be ascertained, fetuses of >22 weeks gestation. The Report of Fetal Death (Stillbirth) is to be forwarded directly to the Tennessee Office of Vital Records (Tennessee OVR) within 10 days of the fetal death.

2. T.C.A. § 68-3-510 directs that facilities use a form to record the disposition of all fetal remains <u>irrespective of length of gestation (e.g., a few weeks to full term)</u>, and irrespective of the manner of disposition. The form is to be provided or approved by the State Registrar. If the mother signs the form, and if the issues reflected below are contained within the form, the facility personnel may consider it approved. The issues are:

    a. <u>Release to a licensed funeral director</u>: This is in accordance with policy similar to other deaths – see Part II below.

    b. <u>Disposal by the facility</u>: The law does not speak to how disposition must occur. The Tennessee OVR recommends that the facility review local ordinances; consider community issues and that the facility personnel consult with the facility legal advisor, and perhaps the facility ethics committee.

    c. <u>Release of remains to someone other than a licensed funeral director</u>: T.C.A. § 68-3-510 uses the term "funeral director, embalmer, <u>or other person.</u>" The Tennessee OVR interprets the "other person" verbiage to mean that pick-up of fetal remains can be made by the mother or legal father. See pages 140-142 in this handbook for definition of a legal father (copy of laws). If the mother or father removes the fetus from the facility, the staff must ensure that:

    - The parent(s) have been advised of any known local ordinances that pertan to where a burial may occur. They should also be advised that it is their responsibility to find out what the local ordinances are.

    - The mother has signed the above discussed form. The form must state that she understands that the body must be disposed of within 48 hours, and it must specify the intended place and method of disposition.

180

- In addition, the Tennessee OVR recommends that the facility's Deputy Registrar for Burial Transit Permits issue a permit to the parent(s). The permit should assist the parent(s) if there is an incident while they are transporting human remains.

## PART II. Deaths of persons who once lived and then died, to include neonates

1. Funeral director pick-up: The facility must ensure the funeral director receives release forms, and the name of the physician who was in charge of the patient's care. If the funeral director states that the body will be transported out of Tennessee, the facility's Deputy Registrar for Burial Transit Permits should issue a permit. This procedure also applies to medical institutions that pick-up bodies that have been dontated to medical science.

2. Release of remains to someone other than a licensed funeral director: T.C.A. § 68-3-502 (b) states "the funeral director, or person acting as such, who first assumes custody of the dead body shall file the death certificate." If the body is not managed by a funeral director, the facility is responsible for filing the death certificate. The facility personnel should obtain the demographic information that is necessary for completing the death certirficate from the family. The facility should then transcribe the information onto the death certificate form, obtain the medical certification from the appropriate physician, and forward the certificate to the county health department Local Registrar in the county where death occurred.

3. If a Next of Kin (NOK) intends to remove the body from the facility, the staff must ensure that:
    - The name, address, and telephone number for the person receiving the body is included on the facility's Institutional Report of Deaths report that is submitted monthly to the Tennessee OVR.
    - The NOK has been advised of any known local ordinances that pertain to where a burial may occur. The person should also be advised that it is his/her responsibility to find out what the local ordinances are. It is strongly recommended that the facility review local ordinances, consider community issues, and consult the facility legal advisor.
    - The Tennessee OVR strongly recommends that the facility require the NOK to sign an affidavit stating that the body must be disposed of within 48 hours, stating the intended place of buria,l and that no laws or property rights of others are being violated.
    - The facility assumes responsibility for completing the death certificate.
    - In addition, the Tennessee OVR recommends that the facility's Deputy Registrar for Burial Transit Permits issue a permit to the NOK. The permit should assist the NOK if there is an incident while transporting human remains.

181

## APPENDIX Y – CERTIFIER DESIGNATION (HOSPITAL DESIGNEE)

The following is a suggested format by which the facility personnel may notify the Tennessee OVR to add hospital designee(s). It is acceptable to use the Tennessee OVR's letter (below) to transmit the information by mail or by fax to 615-741-9860.



STATE OF TENNESSEE
DEPARTMENT OF HEALTH
**Office of Vital Records**
CENTRAL SERVICES BUILDING, 1ST FLOOR
421 5TH AVENUE NORTH
NASHVILLE, TN 37243

I have designated the following staff person(s) to certify the Tennessee original birth certificates that are prepared by this facility:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

For the purpose of providing future additions or deletions to this list, I have designated _____ to serve as the primary contact person for this facility to the Tennessee Office of Vital Records.

Name of Facility: _____

Signed: _____ Date: _____

Title: _____

Return or fax this completed form to:
Shirley Clark
Tennessee Office of Vital Records
Central Services Building, 1st Floor
421 5th Avenue North
Nashville, TN 37243
Fax: 615-741-9860

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 205 of 213 PageID #: 2315

# INDEX

Abnormal conditions of newborn............70-71

Acknowledgment (Voluntary) of Paternity
    amend birth certificate with
    paternity form.............................................91
    can use form up to 19th birthday............ 91
    emancipation (freedom from parents).....89
    instructions ......................................86
    law changed concerning acknowledgment
      of paternity.........................................87
    minors may use................... 62-63, 33, 89
    parent changes mind regarding use........90
    SAMPLE form......................................132

Adoption
    child's name on certificate.......................78
    instructions for preparing certificate..25, 78
    mother's name on certificate..............25, 78
    when known...........................................78

Address
    TN OVR.....................................................v
    mail fetal death reports..............................v
    where to order forms .............................. 82

Affidavit of Indigency
    instructions.........................................92
    rescission of paternity............................ 91
    SAMPLE form .....................................138
    where to obtain form........................92, 137
    who to use..............................................92

Amendment of birth certificate
    add father's name...............................80, 91
    amend date of birth............................78-80
    amend sex.........................................78-80
    amend time of birth............................78-80
    amend other items.............................78-80
    application to amend certificate........ 78-80
    change child's surname...............15, 80, 91
    delete father's name....................78-80, 91
    procedures for requesting
      amendment.................................78-80

Apgar scores...............................................69

Appendixes, list of................................121-122

Application for certified copy
    fees.....................................................174
    long form..............................................174

SAMPLE form (English/Spanish)..........178
    short form.............................................174
    where to obtain copy.....................174-177

Artificial insemination....................................80

Attendant at birth
    certifying fact of birth..............................44
    midwife as attendant.....................10, 45
    parent as attendant.......................10, 45
    physician as attendant....................8, 44-45
    registered nurse as attendant.................45

Birth (live)
    artificial insemination...............................80
    definition ..............................................123
    importance of birth registration.................2

Birth certificate (of live birth)
    adoption - when known.....................25, 78
    acknowledgment of paternity............31, 86
    artificial insemination...............................80
    attendant at birth...............30-31, 44-45, 53
    "baby boy," etc.......................................24
    black, blue-black ink for signature.....14, 45
    certified copies...............................174-177
    certifier of birth........................................8, 44
    child's name............................................24
    completion of certificate...............12-21, 24
    date birth occurred............................34-35
    decree order for unborn...........................28
    definition of live birth.............................123
    delayed registration of birth...............35, 84
    Electronic Birth Certificate (EBC)...............i
    enroute to hospital........................8, 36-37
    father's name.........................................43
    father's state of birth................................44
    foreign custom/tradition.....................29-30
    home delivery....................................36-38
    hyphenated surname......................26-31
    Jr., Sr., II, etc..........................................24
    mother's mailing address
      WinEBC tip.......................................42
    mother maiden name..........................26-31
    mother's state of birth.......................39-40
    moving conveyance.................................36
    multiple births.........................................69
    multiple names........................................24
    original certificates.........................13, 23
    out-of-hospital birth...........................36-37

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 206 of 213 PageID #: 2316

place of birth............................ .......36-38
residence ............................................ 40-42
responsibilities for registration..............4-11
SAMPLE form....................................130
signature of certifier.................................44
surrogate mother.....................................85
when to file.............................................23
where to file....................................23, v
where to obtain certified copies.......174-177

Birth order
  birth.........................................69-70
  fetal death.......................................108

Born on arrival at TN facility, and was
  born in Tennessee....................................36
  born out-of-state .....................................36

Breastfed............................................74

Business/industry items for fetal deaths
  instructions ............................................103
  listing....................................................153
  why complete..........................................103

Burying dead fetus
  authorization form....................................84
  guidance document.........................180-181
  on private property..............................84-95

Cause of fetal death
  examples of cause of fetal death...........120
  instructions for.........................114, 117-120
  responsibility for reporting......................118

Certified copies
  fees................................................. 80,174
  long form........................................80, 174
  short form........................................80, 174
  where to obtain copy......................174-177

Certified court order.......................................81

Characteristic of labor & delivery
  birth.......................................................65-66

Checklist for reviewing birth certificates........81

Child's medical record number.....................47

Child's name
  instructions for...........................................24
  recognition of tradition/culture............29-30
  legal requirements..........................24-34

Cigarette smoking.................................61

Complications of labor and delivery
  fetal death.............................................112

Confidential Information
  access to ................................................3
  medical data portion of birth certificate ....3
  research/public health use only...............3
  U.S. Intelligence Bill..................................3

Congenital anomalies
  newborn.............................................72-73
  fetus............................................113-114

Court order change of name
  adding or deleting father's name...........29
  changing child's surname....................29
  when to use.........................................29

Definition (Tennessee) of
  fetal death............................................123
  induced termination of pregnancy .........123
  live birth............................ 5, 8, 10, 23, 123
  medical definitions for fetal deaths
    (stillbirth)......................................155

Death certificate preparation
  of infant when no funeral home.............81

Delayed registration of birth
  more than one year after birth.................84

Disposal of human remains...........82, 180-181

EBC Tips (see WinEBC Tips)....................15-21

Education items
  formal education (fetal death)...............102
  refused information (fetal death)............102
  regular schooling (fetal death)...............102
  unknown (birth, fetal death)........51-52, 102
  why complete (birth, fetal death)......51, 102

Electronic Birth Certificate (EBC)....................i

Estimate of gestation
  birth (obstetric)........................................69
  fetal death (clinical)...............................108

Facility ID (NPI)............................................48

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 207 of 213 PageID #: 2317

Father's name
    when to use on certificate................24-34
    when not to use on certificate.................29

FAX Number....................................................v

Fees
    fee schedule....................................174-177

Fetal Death (Stillbirth), Report of...........93-120
    criteria for filing (wt. vs. wks.)...................94
    definition...........................................94, 123
    father's name...................................99-100
    500 grams (1 lb. 2 oz.)......................94, 107
    funeral director not responsible................94
    instructions for cause of fetal death.......117
    instructions for completing all items..........93
    name of fetus............................................95
    name of medical examiner.....................115
    name of physician...................................115
    notifying medical examiner.............9, 11, 94
    parents obtain certified copy....................95
    release of fetal remains to family......84, 95
    SAMPLE form.........................................152
    22 weeks gestation...................................94
    VAOP........................................99-100, 134
    when to file.................................7, 9, 11, 94
    where to file............................7, 9, 11, 94, v

Fetal remains.........................................84, 95

Foreign country
    father's birthplace on birth certificate.... ..44
    mother's birthplace on birth certificate.. ..39
    mother's residence
        on birth certificate...........................40-41
        on fetal death report.......................98-99

Forms, SAMPLE
    Affidavit of Indigency..............................138
    Application for Certified Copy.................178
    Certificate of Live Birth...........................130
    Foundling Report.....................................131
    Mother's Worksheet.......................124, 126
    Facility Worksheet ..................................128
    Institutional Report of Births...................170
    Institutional Report of Deaths, Fetal
        Deaths, and D.O.A.'s........................172
    Report of Fetal Death (Stillbirth).............152
    Rescission of Voluntary
        Acknowledgment of Paternity.............135
    Voluntary Acknowledgment of
        Paternity.....................................132, 133

Foundling (birth)
    definition....................................................83
    for assistance in filing..............................83
    who to file..................................................83
    SAMPLE form..........................................131

Freedom from parent (emancipation)..........85

General instructions
    preparing birth certificate..........................12
    preparing fetal death report.......................12

Genesis (software vendor)
    telephone number.....................................16
    technical assistance..................................16

Handwritten items
    preparation of certificates and reports.....14

Hispanic items
    Instructions.......................................51, 101
    listing ....................................................146
    origin....................................51-52, 101-102
    why complete....................................53, 102

Hospital designee
    form letter to name designee...................82
    information................................................44
    name not onTN OVR list..........................44

Home birth
    certificate............................................6, 10
    who should file.....................................6, 10

Hospital worksheets
    mother's/father's signature......................13
    why important...........................................13

Household income.........................................76

Hyphenated name
    child's surname....................................26-31

Induced termination of pregnancy
    definition.................................................123

Infant living?................................................75

Information page (TN OVR ).............................v
    charge card request phone number.........v
    FAX number for charge card request.......v
    TN OVR telephone numbers....................v
    TN OVR names of certain staff.................v
    TN OVR address.......................................v

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 208 of 213 PageID #: 2318

website address...........................................v
WinEBC password phone number............v

Instructions for completing
    birth certificate.................................22
    fetal death report...............................93

Language spoken...........................................76

Last normal menses
    birth...............................................60
    fetal death.....................................106

Life determination
    irrespective of pregnancy duration.........23
    not based on weight...........................23

Long form certificate....................................23

Maiden name of mother......................26-31

Marriage certificate
    proof of marriage not required.............25

Maternal morbidity.................................67-68

Matricula Consular Identification Card
    not for identity...................................88
    description of card.............................88

Medical/health use only............................2,13

Method of delivery
    birth...........................................66-67
    fetal death................................. 112-113

Mother get WIC food?................................57

Mother's copy of birth certificate
    when birth outside facility..................15
    when known to be adopted.....................78

Mother's height..........................................56

Mother's infections during pregnancy .........63

Mother's marital status
    birth certificate........................... 48
    definition ................................26
    fetal death report...............................106
    policies...................................25-34, 48-49
    separated................................................27

Mother's medical record number.................47

Mother's name
    current legal.................................26-31
    maiden name.................................26-31

Mother's prenatal care..........................55-56
Mother's weight
    prepregnancy...........................................57
    at delivery.................................................57

Moving conveyance
    place of birth........................ ....................36

Multiple names
    child.......................................................24

Name (surname)
    child.......................................................24
    father...............................................26-34, 43
    fetus..................................................99-100
    mother............................................26-34, 38
    recognition of tradition/culture.................29

National standard
    revision of certificates and reports............3

Newborn screening number.........................48

Notarized affidavit form is in WinEBC..........15

Obstetric procedures
    birth.......................................................64
    fetal death..............................................111

Occupation items on fetal deaths
    instructions ...........................................103
    listing................................................. 153
    why complete.......................................103

On-line ordering of copies............................v

Onset of labor (birth certificate)...................64

Ordering forms
    faxing ..............................................14, 82
    where to order....................................14, 82

Passport need
    birth certificate .........................................15

Paternity order from court
    unborn child.............................................28

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 209 of 213 PageID #: 2319

Photocopies of certificates and reports
    not acceptable........................................13

PKU number.................................................48

Pregnancy history
    birth...................................................57-59
    fetal death.......................................104-105

Proof of marriage
    not required.............................................25

Query process
    incomplete/inconsistent entries..............83
    low birth weight.......................................83
    query procedures.....................................83
    responsibility of facility...........................84
    who queries..............................................84

Race item
    instructions for birth................................52
    instructions for fetal death....................100
    listing of races................................147-151
    why complete.................................53, 101

Recognition of parents tradition/culture
    two surnames...................................29-30
    usage of surnames...........................29-30

Registrar
    local and monthly reports......................173
    state and local to protect information........3
    signature, date....................................46-47

Registration responsibilities............... ...... 4-11
    birth.................................................5, 8, 10
    certified nurse midwife.............................10
    certified professional midwife..................10
    death, and facility disposes of body..........6
    fetal death........................................7, 9, 11
    hospital.......................................................5
    one year after birth.................................84
    other midwife.............................................10
    other person..............................................10
    physician....................................................8

Release of fetal remains to family....82, 84, 95

Reports required to file
    institutional report of births.................6, 171
    institutional report of deaths.................. 173
    institutional report of fetal deaths.....67, 153

Required items
    all on birth certificate.................................24

Rescission of VAOP
    affidavit of indigency................................92
    fee to cancel............................................91
    instructions...............................................91
    SAMPLE form.........................................135
    when to cancel.........................................91
    where to obtain form................................91
    who can cancel........................................91

Residence
    city of................................................41, 99
    county of...........................................41, 99
    state of.............................................41, 98
    temporary address.............................40, 98
    Zip code...........................................41, 99

Risk factors in pregnancy
    birth...................................................62-63
    fetal death......................................109-111

Safe Haven Law.........................................95

Sex undetermined
    birth........................................................34
    fetal death...............................................96

Siamese twins
    plurality (birth)........................................70
    plurality (fetal death).............................108
    time of birth.............................................35

Signatures
    attendant on birth certificate.....36-37, 44-45
    black ink/blue-black ink............................45
    certifier on birth certificate........36-37, 44-45
    hospital administrator to designate..........44
    hospital designee....................36-37, 44-45
    in wrong item............................................45
    parents.................................36-37, 44-45
    registrar....................................................46

Social Security Number
    automatically assigned to newborn..........49
    card requested.........................................49
    father......................................................50
    mother....................................................50
    refused information...................................50

Source of payment.......................................60

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 210 of 213 PageID #: 2320

State abbreviations
    instructions.....................................39, 44
    listing .................................................144

State File Number
    birth certificate ................................. 24
    fetal death report ................................. 95

Surname
    child ...................................................... 24
    definition ............................................... 29
    father.........................................43, 99-100
    mother's maiden................................26-32
    recognition of tradition/culture......... 29-30

Surrogate mother ..................................... 85

Telephone numbers
    Vital Records staff ................................. v

Tennessee Code Annotated (TCA)
    copy of § 68-3-305.......................140-142
    copy of § 36-2-304.............................143
    may give to requestor............................25

TN Voluntary Acknowledgment(of)
  Paternity Program
    brochures, audio/video tapes.................87
    toll-free number ...............................87, 91
    training manual ........................43, 87, 134

Two women as mother on birth certificate
    illegal in Tennessee................................85
    women must petition court.......................85

Transfer (facility) item
    child .....................................................74
    mother...................................................74
    why complete.................................55, 74

U.S. Standard certificates and reports
    revision ...................................................3

VAOP
    audio and video tapes............................87
    complete before birth?............................90
    copies to parents...................................90
    copy to all child support agencies...........89
    emancipation (freedom from parent)......89
    fetal deaths...........................................89
    form not sent out-of-state......................90
    instructions........................................86-91

law ......................................................87
    minors may complete........................33, 89
    minors parent's signature..................33, 89
    one original VAOP form....................87, 89
    parent changed mind.............................90
    power of attorney...................................90
    requirements of birthing facility...............87
  Rescission
    instructions...........................................91
    SAMPLE form...................................135
    SAMPLE form of VAOP................132, 133
    toll-free number................................87, 91
    unmarried mother only...........................87
    use up to 19th birthday...........................91
    where to file............................................89

Vital records forms
    maintain supply of original forms.............82
    where to order....................................14, 82

Vital records (Tennessee) on file..............179

Weight
    child...................................................... 68
    fetus.....................................................107

When and where to file
    birth certificate.......................................23
    fetal death report....................................94

Where to order forms
    written or faxed.................................14, 82

White outs
    not acceptable in birth items 1-12...........14
    permissible in birth items 15-62..............14
    permissible in fetal death items 11-27.....14

WinEBC tips...........................................15-21
    backups and emergency procedures.......16
    biological father.....................................17
    DNA statement......................................17
    downloading batch..................................16
    duplicate attendant/certifier entries.........20
    duplicate certificates...............................17
    electronic file and hard copy...................16
    extra spaces in name.............................17
    facility name not displayed......................21
  fields not completed
    date last normal menses...................21
    date first visit.......................................21
    letter size paper..................................16

Case 3:19-cv-00328   Document 93-11   Filed 05/29/20   Page 211 of 213 PageID #: 2321

matching names for VAOP......................18
mother's copy not to third party.............20
mother's residence...............................19
registered hospital designees.................15
  resolving outstanding records................17
technical support.....................................21
titles not in parents name fields..............21
VAOP form
      parents employment/insurance..........17
      clarification...........,............................18
writing special statement.......................19

Windows Electronic Birth Certificate
   (WinEBC)...................................................i

WinEBC password phone number..........v, 16

Worksheets
   Facility Worksheet....................13, 128-129
   Mother's Worksheet (Eng.).......13, 124-125
   Mother's Worksheet (Sp.)........13, 126-127
   parent(s) complete personal items...........10
   parent(s) not complete medical items......10
   recommend to use...............................5, 13

World Health Organization (WHO) definitions
   fetal death..............................................123
   induced termination of pregnancy..........123
   live birth..................................................123

Tennessee OVR/B & FD Handbook
(rev. 9/07)



Department of Health. Authorization No. 343391, No. of Copies 500
This public document was promulgated at a cost of $9.16 per copy.
11/07