# Exhibit K

## Exhibit 5 to Deposition Transcript of Mr. Edward Gray Bishop, III

[FILED UNDER SEAL]