# Exhibit L

## Exhibit 7 to Deposition Transcript of Mr. Edward Gray Bishop, III

[FILED UNDER SEAL]