# Exhibit M

## Exhibit 8 to Deposition Transcript of Mr. Edward Gray Bishop, III

[FILED UNDER SEAL]