# Exhibit O

Deposition Transcript of Vanessa Lefler, Ph.D

**In The Matter Of:**

*Kayla Gore v.*
*William Byron Lee*

---

*Vanessa Lefler*
*May 22, 2020*

---



*Min-U-Script® with Word Index*

1          UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF TENNESSEE
2                 NASHVILLE DIVISION

3    -------------------------X

4    KAYLA GORE; JAIME COMBS; :

5    L.G.; AND K.N., :

6                      Plaintiffs, :   Case No.

7         v. :   3:19-CV-00328

8    WILLIAM BYRON LEE, in his official :

9    capacity as Governor of the State of    :

10   Tennessee; and LISA PIERCEY, in her    :

11   official capacity as Commissioner of the :

12   Tennessee Department of Health,    :

13                      Defendants.    :

14   -------------------------X

15

16          REMOTE VIDEOTAPED DEPOSITION OF

17                 VANESSA LEFLER

18                Friday, May 22, 2020

19                    Tennessee

20                   12:59 p.m.

21

22   Job No.:  2020-85189

23   Pages:  1 - 90

24   STENOGRAPHICALLY REPORTED BY:

25   GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR

1          Deposition of VANESSA LEFLER, held remotely,

2  via videoconference at:

3

4

5          Tennessee

6

7

8

9          Pursuant to agreement, before Giselle

10  Mitchell-Margerum, Registered Professional Reporter,

11  Certified Reporting Instructor, Licensed Court Reporter

12  (TN), Certified Court Reporter (GA), and Notary Public

13  (Washington, D.C.).

14

15

16

17

18

19

20

21

22

23

24

25

1                      A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFFS:

3                LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.

4                SASHA BUCHERT, ESQ.

5                1776 K Street NW, Suite 722

6                Washington, DC 20006

7                (202) 804-6245

8

9    ON BEHALF OF DEFENDANTS:

10                OFFICE OF THE ATTORNEY GENERAL

11                DIANNA BAKER SHEW, ESQ.

12                PO Box 20207

13                Nashville, TN 37202

14                (615) 532-1969

15

16   ALSO PRESENT:

17                JOHN WINEMILLER

18                TARA BORELLI

19                SARA SEDGWICK

20                SUNG JAE LIM

21                KEVIN MONTGOMERY

22

23

24

25

WITNESS INDEX

Witness Page

VANESSA LEFLER (sworn) ........................7

    Examination by SASHA BUCHERT  .............7

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 6 of 114 PageID #: 2339

1                    E X H I B I T   I N D E X

2

3      No. Description Page

4

5      Exhibit 1         Amended Complaint for .........16
       Declaratory and Injunctive Relief
6

7      Exhibit 2         Curriculum Vitae -- Vanessa ...17
       Lefler
8

9      Exhibit 3         Defendants' Expert ...........31
       Disclosure
10

11     Exhibit 4         Declaration of Vanessa .......32
       Lefler
12

13     Exhibit 6         *CONFIDENTIAL* -- ............52
       Statistical Report
14

15     Exhibit 7         *CONFIDENTIAL* -- ............59
       Certificate of Live Birth
16

17     Exhibit 8         Document re: Ambiguous .......64
       Genitalia With Perineoscrotal
18     Hypospadias

19

20     Exhibit 9         Article - Evaluating bias .....71
       due to data linkage error in electronic
21     healthcare records

22

23     Exhibit 10        Tennessee Code Annotated .......76
       (Section 68-3-202)
24

25     Exhibit 11        Model State Vital Statistics ...79

1              P R O C E E D I N G S

2    (Witness sworn.)

3              MS. BUCHERT:  Thank you so

4         much.  Before we begin, I just want to

5         clarify that counsel stipulate that all

6         objections are reserved, except as to

7         form.  And that this deposition is not

8         being recorded.

9              Good afternoon, Ms. Lefler.

10              THE WITNESS:  Hi.

11              MS. BUCHERT:  Is that how you

12         pronounce your last name?

13              THE WITNESS:  Yes.  Lefler is

14         correct.

15              MS. BUCHERT:  Okay, great.

16         Thank you.

17              Thanks so much for being here today.

18         My name is Sasha Buchert, and I represent

19         the plaintiffs in this matter.  Along

20         with my colleague, Tara Borelli, who also

21         works with LAMBDA Legal, representing the

22         plaintiffs in this matter.

23              And also joining us is John --

24         Mr. John Winemiller, who is representing

25         the plaintiffs, from the law firm,

1      Merchant & Gould.

2                    THE WITNESS:  Nice to meet you

3      all.

4                    MS. BUCHERT:  And I'll let the

5      defendants make their appearances.

6                    MS. SHEW:  This is Dianna Shew,

7      with the Tennessee Attorney General's

8      Office, representing the defendants in

9      this case.  And also from the Tennessee

10     Attorney General's Office with me today,

11     virtually, are Sara Sedgwick and Jae Lim.

12                    VANESSA LEFLER

13   Having been duly sworn testified as follows:

14   EXAMINATION BY MS. BUCHERT:

15     Q.   Before we get started, I'd like to

16   go over some agreements for the deposition,

17   which will hopefully make this easier for

18   everyone.  Although the deposition is on

19   video, we're not recording it.

20                    What we're doing is asking the

21   court reporter to take a transcript of your

22   testimony, so anyone reading it will be able

23   to tell what responses were given.  So you

24   will need to verbally say "yes" or "no" to any

25   questions I ask.

1          If you were to nod instead of

2     saying "yes" or "no," that would not be

3     recorded.  Is that clear?

4          A.   Yes, that is.

5          Q.   And do you understand that you are

6     under oath today?

7          A.   I do understand that.

8          Q.   And that this requires you to

9     testify truthfully?

10          A.   Yes.

11          Q.   Okay.  And next, we cannot speak at

12     the same time, because the court reporter

13     needs to be able to take down what each of us

14     says.  So please let me finish asking the

15     questions before you start answering, and I

16     will try to finish answering before I ask you

17     another question.

18          Is that agreed?

19          A.   Yes.

20          Q.   Thanks.  If you do not understand

21     something I ask, please let me know and I will

22     try to rephrase it for you.  If you answer my

23     questions, I am going to assume you understood

24     it.

25          Is that agreed?

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 10 of 114 PageID #: 2343

1          A.    Yes.

2          Q.    And you must answer the questions

3     audibly, with words.  The court reporter

4     cannot take down nods of the head, or

5     "uh-huhs" or "uh-uhs."  Is that clear?

6          A.    Yes.

7          Q.    Occasionally, one of the lawyers may

8     make an objection to a question that is asked.

9     Objections are made for the record only.  You

10    must answer the question, unless instructed

11    not to, by the attorneys representing you.

12                    Is that clear?

13         A.    Yes.  That's clear.

14         Q.    Okay.  And if you need a break,

15    please let me know, and I will try to

16    accommodate that, whenever needed.  However,

17    if you or anyone needs a break, we ask that

18    you finished answering the line of question,

19    meaning that we can't take a break with an

20    open question pending.

21                    Is that understood?

22         A.    Yes.  That's understood.

23         Q.    Are you under any medication that

24    would prevent you from giving true and

25    accurate and complete testimony today?

1          A.    No.  I'm not.

2          Q.    And will you tell me if you do not

3     understand any question of mine?

4          A.    Yes.

5          Q.    And will you tell me if my question

6     is ambiguous in any way?

7          A.    Yes.

8          Q.    And will you tell me if you need

9     more information to answer any question that I

10    ask?

11         A.    Yes.

12         Q.    And will you make every effort today

13    to answer all my questions carefully and

14    fully?

15         A.    Yes, I will.

16         Q.    And will you make every effort to

17    answer all of my questions accurately and

18    honestly?

19         A.    Yes.

20         Q.    Is there any reason why you can't do

21    all these things that I just asked about?

22         A.    I can think of no reason.

23         Q.    Throughout the day, I may refer to

24    the plaintiffs in this matter --

25    Ms. Kayla Gore; Ms. Jaime Combs; L.G.; and

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 12 of 114 PageID #: 2345

1    K.N., who are transgender women.

2                   As such, I'll be referring to

3    them using "she," "her" and "hers" pronouns,

4    and honorifics, such as, "Ms. Gore,"

5    consistent with their gender identity.  And we

6    ask that you do the same.

7                   Do you understand?

8        A.   I do.

9        Q.   And did you receive the exhibits

10   that we sent to defendants, that we'll be

11   using today?

12       A.   I received a package of 11 exhibits

13   that are numbered "one" through "11."

14       Q.   Great.  And do you have printed

15   copies of those?

16       A.   I have them electronically in front

17   of me, if that's okay.

18       Q.   That's great.  Okay.  And we have

19   the ability to share them on the screen, that

20   I'll use for some of them.  But I just wanted

21   to make sure that you had easy access to them.

22       A.   Thank you.

23       Q.   Okay.  Well, let's get started.

24   Could you please state your full name for the

25   record?

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 13 of 114 PageID #: 2346

1    A.   My name is Vanessa Anne Lefler.

2    Q.   Okay.  And where do you work?

3    A.   I work at the Tennessee Department

4    of Health.

5    Q.   Okay.  And what is your current

6    title?

7    A.   My current title is Director of

8    Vital Statistics.

9    Q.   Okay.  And, have you ever been

10   deposed before?

11   A.   I have never been deposed.

12   Q.   Have you ever testified at a trial

13   or a hearing before?

14   A.   I have testified at a trial before.

15   Q.   Okay.  And when was that?

16   A.   That was, I believe, in October of

17   2019.

18   Q.   And what was that case about?

19   A.   That case was regarding -- an issue

20   regarding to -- access to abortion in

21   Tennessee.

22   Q.   Okay.  And what was your role?

23   A.   My role was to describe with the

24   information that the state collects, about

25   abortion, from our Induced Termination of

1    Pregnancy data.

2         Q.   And so, you were representing --

3    which party were you representing?

4         A.   Oh.  I was with the state of

5    Tennessee.

6         Q.   Okay.  Was the state of Tennessee --

7    was the state of Tennessee a defendant in that

8    case?

9         A.   I believe so.  I'm not sure.

10        Q.   Okay.  Did you serve as an expert in

11   that role?

12        A.   No.

13        Q.   And did you submit any written

14   testimony in that role?

15        A.   No.

16        Q.   How many times did you testify in

17   that role?

18        A.   Once.

19        Q.   Thank you.  In your words, what is

20   this lawsuit about?

21        A.   The question, as I understand it, is

22   whether the state should allow individuals to

23   change their gender designation on the birth

24   certificate, issued by the state of Tennessee.

25        Q.   And, I'm sorry.  I apologize.  I

1    need to step back, because I forgot to ask a

2    question about your prior appearance during

3    the case that you worked on.  And would just

4    like to know more about the content of that

5    testimony.

6                    What, exactly, you testified?

7         A.    I described what the state reports

8    each year, in terms of the total number of

9    abortions that are performed in the state.

10   The rate of abortion, relative to the live

11   birthrate, and the population of women in

12   reproductive age in the state.

13                    And, also, the percentage of

14   abortions that are performed at certain

15   periods of gestational age.

16        Q.    Is that -- was that the full extent

17   of the testimony?

18        A.    I was also asked questions about

19   whether, in my estimation, there was any

20   observable trend in the gestational age at

21   which abortions were performed in the state.

22   And also asked questions about where abortions

23   are performed in the state, in terms of the

24   healthcare providers that provide that

25   service.

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 16 of 114 PageID #: 2349

1      Q.   Okay.  Anything else?

2      A.   Not that I remember.

3      Q.   Okay.  Thank you.  How did you first

4   learn about this case?

5      A.   I was asked to provide information

6   that is relevant to my work with the --

7   Tennessee's birth certificate data.

8           About whether we could know if there

9   was any particular characteristics about the

10   way that we collect "sex" on the Tennessee

11   birth certificate from our department, and the

12   state's attorneys.

13      Q.   And when was that?

14      A.   It was last fall.  But I honestly

15   couldn't remember the date.

16      Q.   And before you worked on this case,

17   had you ever worked with the Office of the

18   Attorney General for the state of Tennessee?

19      A.   With respect to the case that I

20   testified in, about abortion access.

21      Q.   Okay.  Had you worked with them --

22   with the Office of the Attorney General for

23   the state of Tennessee, in any other role or

24   capacity?

25      A.   No.

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 17 of 114 PageID #: 2350

1      Q.   Have you reviewed the amended
2    complaint in this case?
3      A.   I have read it.  Yes.
4      Q.   Okay.  I'd like to turn to what's
5    been premarked as "Exhibit 1."  Can you pull
6    that up, or would you like me to share it on
7    the screen?
8      A.   I can see it in front of me, thank
9    you.
10     (Exhibit 1 marked for identification)
11     Q.   Okay.  I'm showing you what's been
12   premarked as Exhibit 1.  Have you seen this
13   document before?
14     A.   I have seen this document before.
15     Q.   And what is it?
16     A.   Hold on a second.  I need to scroll
17   up.  I'm looking at the last page of it,
18   because I had it open.
19     Q.   Okay.  Take your time.
20     A.   Yes.  It reads that it is the
21   Amended Complaint for Declaration and
22   Injunctive Relief.  And I believe it states
23   the key concerns and responses from the state.
24     Q.   Okay.  All right.  And is this the
25   complaint which you just referred?

Case 3:19-cv-00328  Document 93-16  Filed 05/29/20  Page 18 of 114 PageID #: 2351

1          A.   Yes.

2          Q.   Okay.  Have you reviewed the expert

3    report of Dr. Randi C. Ettner in this matter?

4          A.   No.  I don't believe I have.

5          Q.   Okay.  Have you reviewed the expert

6    report of Dr. Shayne Sebold Taylor in this

7    matter?

8          A.   I'm not remembering.

9          Q.   Have you reviewed any of the expert

10   reports associated with this case?

11         A.   None that stands out specifically to

12   me.  I know I have gone through on this

13   document, part of -- many of the pages, but

14   I'm not recalling any of the names that you're

15   specifically mentioning.

16         Q.   Okay.  So, to -- to the best of your

17   recollection, you don't remember reading any

18   of the declarations associated with this case?

19   The expert declarations.

20         A.   To the best of my recollection, no.

21         Q.   Okay.  I'd like to turn to what's

22   been premarked as "Exhibit 2."

23         (Exhibit 2 marked for identification)

24         A.   Yes.

25         Q.   And ask you a few questions about

1    this.  Is this -- have you seen this document

2    before?

3         A.    This appears to be my résumé.

4         Q.    And is your résumé up-to-date and

5    accurate?

6         A.    Yes.

7         Q.    I'd like to ask you a few questions

8    about the content of your résumé.

9         A.    Yes.

10        Q.    How long have you been -- how long

11   have you been the Director of Vital Statistics

12   & Public Health Administrator 2?

13        A.    Since April 1st of 2018.

14        Q.    Okay.  And what are your duties?

15        A.    My responsibilities are to supervise

16   the state's collection of vital events data,

17   which include information about birth, death,

18   fetal death, marriage, divorce, and induce

19   termination -- induced terminations of

20   pregnancy.

21             I manage our reporting of many of

22   those events to the Centers for Disease

23   Control and Prevention; and also, the Social

24   Security Administration; and also steward our

25   data sharing with other state government

1      agencies, researchers, and the public.

2          Q.    And what did you do before becoming

3      the Director of Vital Statistics?

4          A.    For a brief period, I was employed

5      as a Statistical Research Specialist with the

6      Department of Health.  And before that, I was

7      a Professor of Political Science at Middle

8      Tennessee State University.

9          Q.    Okay.  And what were your duties at

10     the Division of Policy and Planning?

11         A.    They were more involved in

12     performing data analysis and, actually,

13     compiling the files that we would share with

14     other divisions and state government agencies.

15         Q.    And how long did you work in that

16     position -- in that role?

17         A.    About three months.

18         Q.    About three months?  Okay.  And you

19     said before joining the Tennessee Department

20     of Health, that you worked -- according to

21     your résumé -- at the Middle Tennessee State

22     University?

23              Is that accurate?

24         A.    Yes.  That's correct.

25         Q.    Okay.  And how long did you work

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 21 of 114 PageID #: 2354

1   there?

2        A.   I worked there for five and a half

3   years.

4        Q.   Okay.  And which department did you

5   work in?

6        A.   Political Science and International

7   Relations.

8        Q.   Okay.  And were you in that

9   department for the entire time?

10       A.   Yes.

11       Q.   And did you teach any courses in

12  that department?

13       A.   Yes.  I taught many courses in

14  Political Science and International Relations.

15       Q.   Okay.  Can you give us some

16  examples?

17       A.   I taught courses on introductory

18  international relations; international

19  security; conflict resolution; Model United

20  Nations; and research methods.

21       Q.   And I noticed on the résumé that

22  there was -- you know, you've done some

23  significant work on conflict resolution.  Is

24  that a particular interest of yours?

25       A.   Yes.  I wrote my doctoral

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 22 of 114 PageID #: 2355

1    dissertation on conflict resolution, and I

2    very much enjoyed that topic.

3         Q.    And what was your doctoral

4    dissertation about -- with regard to --

5         A.    In --

6         Q.    Sorry.

7         A.    Yes.  No.  Thank you.  My doctoral

8    dissertation was a theory about venue shopping

9    among countries, when they attempt to resolve

10    their disputes.

11              So, an example of that might be if a

12    country -- if two countries have a conflict,

13    would they decide to negotiate bilaterally, or

14    go to the United Nations.

15         Q.    And what kind of research did you do

16    to put that together?

17         A.    It was a combination of game theory,

18    to develop the model, and computer simulations

19    to design some of the important features of

20    that model, that could apply to real world

21    scenarios, that I tested with case studies,

22    and laboratory experiments.

23         Q.    And it sounds like conflict --

24    international conflict resolution is a

25    passion.  But are there other areas of

1    research that you did?  You know, either while

2    at school, or while serving in your role at

3    Middle Tennessee?

4        A.   Yes.  So, my primary areas of

5    research are in international relations.  I

6    have a paper published on the United Nations

7    Security Council; as well as another paper on

8    international conflict resolution; and a third

9    project on the use of laboratory experiments

10   in international relations.

11            I also did research on military

12   alliances and international organizations.

13       Q.   Can you talk about the work you did

14   with regard to the UN Security Council?  What

15   was that about?

16       A.   The question that we -- my co-author

17   and I were wanting to answer was whether there

18   was any sense of representation between the

19   membership at large of the United Nations, and

20   the individual countries that are on the

21   United Nations Security Council.

22       Q.   Okay.  Thank you.

23       A.   Uh-huh.

24       Q.   And it looks like, according to your

25   résumé, you've got a bachelor's degree in

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 24 of 114 PageID #: 2357

1    political science.  Is that accurate?

2         A.    Yes.

3         Q.    And where was that degree from?

4         A.    Westminster College in Fulton,

5    Missouri.

6         Q.    And when did you obtain that degree?

7         A.    2006.

8         Q.    Do you possess any other

9    undergraduate or graduate degrees?

10        A.    No.  I just have my bachelor's

11   degree from Westminster, and my PhD from the

12   University of Iowa.

13        Q.    Do you have -- do you possess a

14   degree in medicine?

15        A.    No.

16        Q.    And you don't possess a degree in

17   psychology.  Is that correct?

18        A.    That is correct.  I do not.

19        Q.    And you don't possess a degree in

20   endocrinology.  Is that correct?

21        A.    That is correct.

22        Q.    And you don't have any training in

23   neurobiology.  Is that correct?

24        A.    That is correct.

25        Q.    And you don't have a degree in

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 25 of 114 PageID #: 2358

1   biology.  Is that accurate?

2       A.    That is accurate.

3       Q.    And your -- your résumé lists two

4   publications.  Looks like one in 2015, and one

5   in 2017.  Is that right?

6       A.    Let me look.  This résumé is not my

7   complete curriculum vitae, but it presents a

8   selection of my publications.  So I can say

9   that, yes, this does list two publications.

10           It omits another journal publication

11  of mine, in the Review of the International

12  Organization, which was the paper about the

13  United Nations Security Council, that I

14  mentioned.

15           And, also, a paper with Oxford

16  Bibliographies, that I talked about, with

17  respect to laboratory experiments.

18      Q.    Okay.  Do either of these two

19  publications have anything to do with vital

20  statistics?

21      A.    They do not use vital statistics as

22  their source of data.  No.

23      Q.    Do either of these publications have

24  to do with gender identity?

25      A.    No.  They do not.

1      Q.   And do either of these publications
2   have to do with gender dysphoria?
3      A.   No.  They do not.
4      Q.   And your CV also lists three
5   different presentations, or lectures.  It
6   looks like -- is that accurate?
7      A.   Yes.
8      Q.   And did any of these lectures have
9   to do with vital statistics?
10     A.   No.  They were not based on data
11   that would use vital statistics.
12     Q.   Did any of these lectures have to do
13   with gender identity?
14     A.   No.
15     Q.   And did any of these lectures have
16   to do with gender dysphoria?
17     A.   No.
18     Q.   Do you have any other publications
19   or presentations, other than those that are
20   listed on your CV?
21     A.   From the ones that are listed on
22   this résumé, I did say that I have another
23   journal publication, and a publication in
24   Oxford Bibliographies.  And I have delivered
25   many presentations at academic conferences

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 27 of 114 PageID #: 2360

1    during my academic career.

2         Q.   And did any of those lectures have

3    to do with vital statistics?

4         A.   No, they did not.

5         Q.   Did any of those lectures have to do

6    with gender identity?

7         A.   Could you describe to me how you

8    might mean "gender identity" in that context?

9         Q.   Well, how do you understand it?

10        A.   So, for me, I would think that a

11   person's identity with a gender, and that how

12   that identity might impact their lives, could

13   be a relevant variable of interest.

14        Q.   And was it a subject matter of your

15   lecture, to talk about gender identity,

16   specifically?

17        A.   I'm glad to give the example that

18   I'm thinking of.  In my graduate work, I was

19   the research assistant to a mentorship program

20   for women in higher education.  And the goal

21   of that program was to encourage the promotion

22   and advancement of women in the field.

23             And so, we focused a lot on how

24   women's identity, and the differential ways in

25   which they are treated in higher ed, can

Case 3:19-cv-00328  Document 93-16  Filed 05/29/20  Page 28 of 114 PageID #: 2361

1     impact their career success.

2          Q.   Did any of those lectures have to do

3     with transgender people?

4          A.   Not explicitly.  We just focused on

5     if people identified as women, that they would

6     be a member of the cohort that we were

7     interested in.

8          Q.   And when you say "identified as

9     women," you're referring to transgender people

10    that would identify as women?  And this would

11    be accepted?

12         A.   Yes.  That would be accepted.  There

13    was no exclusion.

14         Q.   Thank you.  And did any of these

15    lectures have to do with gender dysphoria?

16         A.   No.

17         Q.   Do you have any other publications

18    or presentations, other than those that are

19    listed on your CV?

20         A.   None other than I already talked

21    about.

22         Q.   Great.

23              MS. SHEW:  Just an objection.

24         I think she's clarified that it's her

25         résumé that we're looking at now.

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 29 of 114 PageID #: 2362

1          MS. BUCHERT:  Okay.

2     BY MS. BUCHERT:

3          Q.   I'll rephrase the question.  Do you

4     have any other publications or presentations,

5     other than those that are listed on your

6     résumé?

7          A.   Yes.  I do have other publications

8     and presentations other than those that are

9     listed on my résumé.  This gives a selected

10    set of the publications and presentations.

11    And I have also described those other

12    publications.

13         Q.   Thank you.  Let's move on to the

14    professional and civic service.  According to

15    your résumé, you serve on the Advisory Board

16    of the Tennessee Violent Death Reporting

17    System.

18              Is that accurate?

19         A.   Yes.  That's correct.

20         Q.   What is the Tennessee Violent Death

21    Reporting System?

22         A.   It is a program with the Tennessee

23    Department of Health Office of the State Chief

24    Medical Examiner, to collect information

25    specifically about homicides, suicides, and

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 30 of 114 PageID #: 2363

1      some select accidental deaths, such as fatal

2      drug overdoses, where the cause of death is

3      due to a violent manner.

4              And its goal is to not only monitor

5      the specific outcomes, but also build a

6      network of data from law enforcement, mental

7      health, and health records, to try to build a

8      narrative of why those violent deaths occur.

9          Q.   And what is the purpose of the

10     board?

11         A.   The purpose of the board is to

12     advise the members of the Chief Medical

13     Examiner's Office, who are collecting the

14     data, on the data resources that are available

15     to them.  And the possible application of

16     lessons learned from the information that that

17     team collects.

18         Q.   Okay.  And how long have you served

19     on the board?

20         A.   Since its founding.  So this has

21     been about a year, in January 2019.

22         Q.   And it looks like you also serve on

23     the board of directors for UNA-USA, for the

24     Nashville Cordell Hull Chapter?  Is that

25     accurate?

1          A.    Yes.

2          Q.    What is the UNA-USA organization?

3          A.    The UNA-USA is an -- is a local

4     grassroots advocacy group that seeks to

5     promote the -- I guess, understanding and

6     appreciation of the United Nations in the

7     U.S..

8               There are similar organizations in

9     other countries, and many states in the

10    United States have chapters of this

11    organization.

12         Q.    And what is the purpose of the

13    board?

14         A.    The purpose of the board is to craft

15    the agenda and organize events that help the

16    organization fulfill its mission of outreach

17    and education.

18         Q.    And how long have you served on the

19    board?

20         A.    I have served for about four years.

21         Q.    Okay.  And what are your duties?

22         A.    I have had a variety of

23    responsibilities on that board.  As a general

24    board member, I give my advice and input on

25    the agenda and activities.

1          I have helped coordinate events that

2     the chapter has held.  And I served very

3     briefly as an executive officer -- as a

4     vice president, and president, for a brief

5     period.

6          Q.   Thank you.  I'd like to talk about

7     your opinions a little bit.  You were engaged

8     to render an expert opinion in this case.  Is

9     that correct?

10          A.   Yes.

11          Q.   And what are your opinions in this

12     case?

13          A.   My opinions in this case are that I

14     really don't have much of an opinion on, you

15     know, the state's role in making

16     determinations about sex at birth.  And I am

17     seeking to, you know, basically make sure that

18     I can accurately explain how the vital

19     statistics are involved in that process.

20          Q.   Okay.  I'm going to show you -- I'd

21     like to ask you to turn to what's been

22     premarked as "Exhibit 3."  The Defendants'

23     Expert Disclosures.

24          A.   Yes.

25          (Exhibit 3 marked for identification)

1    Q.   Have you seen this document before?

2    A.   I have seen this document before.

3    Q.   And what is it?

4    A.   It is the expert disclosure of my

5  supervise, Mr. Gray Bishop, and myself, to

6  matters of vital records and vital statistics

7  in this case.

8    Q.   Okay.  And it contains a description

9  of your expected testimony and opinions.  Is

10  that correct?

11    A.   Yes.

12    Q.   Okay.  And now, I'd like to ask you

13  to turn to what has been premarked as

14  "Exhibit 4."

15    (Exhibit 4 marked for identification)

16    A.   Yes.

17    Q.   And have you seen this document

18  before?

19    A.   I have.

20    Q.   And what is it?

21    A.   It is the declaration of my

22  statements for this case.

23    Q.   And if you could turn to page three.

24  Is that your signature on the declaration

25  marked on Exhibit 4?

1          A.    It is.

2          Q.    Is your declaration accurate, in all

3     respects?

4          A.    Yes, it is.

5          Q.    Is your declaration complete, in all

6     respects?

7               MS. SHEW:  Object to the form.

8          A.    As far as I -- I don't know.  Should

9     I -- do I need to wait on something, or do

10    I --

11               MS. SHEW:  No.  When I make an

12         objection to the form, then you may

13         answer the question if you --

14               THE WITNESS:  Okay.  Thank you.

15         As far as I know, the declaration is

16         complete.  It is what I prepared.

17         Q.    Is there anything you want to change

18    on your declaration?

19         A.    No.

20         Q.    Is there anything you want to delete

21    in your declaration?

22         A.    No.

23         Q.    Is there anything you wish to add

24    that would -- sorry.

25               Is there anything you wish you

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 35 of 114 PageID #: 2368

1    had added to your declaration?

2         A.    Nothing comes to mind.

3         Q.    Did you purposely leave anything out

4    of your declaration?

5         A.    No.

6         Q.    Do you feel you need to do any

7    additional work relating to your declaration?

8         A.    No.

9         Q.    Is your declaration the -- sorry.

10   Strike that.

11                    Do you believe that your

12   declaration contains all the information for

13   the Court and jury to understand all the work

14   you did in this case?

15                    MS. SHEW:   Objection to the

16        form.

17        A.    As far as to my ability to speak to

18   the use of the vital statistics, it is

19   complete.

20        Q.    And do you believe that your

21   declaration contains all of the information

22   for the Court, that it needs to decide this

23   case?

24                    MS. SHEW:   Same objection.

25        A.    I'm uncertain whether the court can

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 36 of 114 PageID #: 2369

1    make a determination based solely on this

2    declaration.

3         Q.   Do you believe that your declaration

4    contains all of the information for the Court

5    and jury to evaluate what you did for

6    reliability?

7                   MS. SHEW:   Object to the form.

8         A.   I have attempted to document

9    wherever I have received information for my

10   declaration.  So, in that respect, I do

11   believe that it accurately portrays the work

12   that I did to make these statements.

13        Q.   Having not reviewed the reports of

14   Dr. Ettner and Dr. Taylor, you are not

15   offering an opinion in response to their

16   reports or declarations.  Correct?

17        A.   No.  I am not responding to those

18   other reports.

19        Q.   And you're not offering an opinion

20   about the opinions expressed by Dr. Ettner and

21   Dr. Taylor.  Correct?

22        A.   No, I am not offering opinions about

23   those other statements.

24        Q.   And you are also not offering an

25   opinion on the etiology of sex.  Is that

1    correct?

2        A.    No.    I am not able to speak to the

3    etiology of sex.

4        Q.    And you are not offering an opinion

5    on the etiology of gender identity.  Is that

6    correct?

7        A.    That is correct.

8        Q.    And you're not offering an opinion

9    on the nature of gender identity.  Is that

10   correct?

11       A.    That is correct.

12       Q.    And you're not offering an opinion

13   on the etiology of gender dysphoria.  Is that

14   correct?

15       A.    That is correct.

16       Q.    And you're not offering an opinion

17   on the treatment of gender dysphoria.  Is that

18   correct?

19       A.    That is correct.

20       Q.    And you're not offering an opinion

21   on the process of gender transition for

22   transgender persons.  Is that correct?

23       A.    That is correct.

24       Q.    And you're not an attorney.  Is that

25   correct?

Case 3:19-cv-00328  Document 93-16  Filed 05/29/20  Page 38 of 114 PageID #: 2371

1          A.    I am not an attorney.

2          Q.    Do you consider yourself an expert

3     in the field of psychiatry?

4          A.    No.

5          Q.    Do you consider yourself an expert

6     in the field of psychology?

7          A.    No.

8          Q.    Do you consider yourself an expert

9     in the field of neurobiology?

10         A.    No.

11         Q.    And do you consider yourself an

12    expert in the field of endocrinology?

13         A.    No.

14         Q.    And do you consider yourself an

15    expert on the subject of gender dysphoria?

16         A.    No.

17         Q.    And do you consider yourself an

18    expert on the subject of gender identity?

19         A.    No.

20         Q.    Okay.  Without disclosing -- oh.

21    And I want to again remind you that if you

22    need a break, just let me know.

23         A.    Thank you.

24         Q.    Without disclosing the substance of

25    any conversations you might have had with your

Case 3:19-cv-00328  Document 93-16  Filed 05/29/20  Page 39 of 114 PageID #: 2372

1    counsel, when did you first speak with counsel

2    with regard to this case?

3         A.   I know it was in fall 2019.  But I

4    can't remember the month.

5         Q.   And which attorneys did you speak

6    with?

7         A.   Ms. Dianna Shew.  And I also

8    remember having our department's general

9    counsel, Rachel Appelt, available.  I'll

10   apologize that I don't remember any of our

11   other counsel's names.

12        Q.   I'm sorry.  Could you spell the --

13   Rachel's name?  I haven't heard that one

14   before.

15        A.   Her name is Rachel; R-A-C-H-E-L.

16   And her last name is Appelt; A-P-P-E-L-T.

17        Q.   Thank you.

18        A.   Sorry.

19        Q.   How many times have you spoken with

20   defense counsel about the case?

21        A.   Two or three times.  It's not been

22   many.

23        Q.   And when did those conversations

24   happen?

25        A.   The primary conversations that we

1  had, again, were in fall 2019.  And then we

2  spoke again in preparation for my deposition

3  today.

4      Q.   What did you do to prepare for

5  today's deposition?

6      A.   I reviewed the -- the statements

7  that I had prepared for this case.  So, the

8  declaration and the expert disclosure.  I

9  also -- I received the documents an hour

10  before our meeting today.  I looked at all of

11  those briefly before we talked.

12          And I also spoke with our -- our

13  attorneys.

14      Q.   What aspects of your education did

15  you rely upon in forming your opinion?

16      A.   My research and training is in

17  statistics.  And, particularly, event

18  statistics.  A conflict is a type of event.

19  And that informs my current work in studying

20  and evaluating data.

21          So, in terms of understanding how

22  data rules and data collection processes are

23  structured, that helps me explain the

24  protocols that we follow for the CDC, and

25  other agencies and researchers that we release

1      data to.

2              And that would probably be my

3      primary way in which I've used my -- my

4      background in preparation for the statements

5      here.

6              I guess I will also say, having had

7      a background in research, it's very accessible

8      for me to read academic literature when it

9      comes to my profession.  And, as I explained,

10     part of my profession is about monitoring data

11     release.

12             And so, a lot of the information

13     here has been relevant for my current job.

14        Q.   Without revealing any substantive

15     conversations you've had with your attorneys,

16     did anyone help you prepare the declaration?

17        A.   No.  I prepared this.  On my own.

18     Apart from the form.  Because I don't know

19     that I would have known to write this very

20     specific style of writing with the -- "I am 18

21     years of age," and all these other, you know,

22     pieces.

23        Q.   Did anyone help with your

24     declaration?

25        A.   Again, apart from the form of, you

1    know -- again, I had never written a

2    declaration before this case.  So -- but no.

3    All other pieces -- all of the facts included

4    in this are my own writing.

5         Q.   And what other information was

6    provided to you by the defense counsel?

7              MS. SHEW:  Object to the form.

8         I object to the form.  I also object that

9         I believe that is attorney/client

10        privilege.  You're asking her what

11        information her lawyers gave her.

12        Q.   And were you instructed to assume

13   any facts in your opinion?

14        A.   No.  I was not instructed to assume

15   anything.

16        Q.   Okay.  In forming your opinion, did

17   you consider any documents, other than the

18   documents you just identified?

19        A.   No.

20        Q.   With regard to the studies that are

21   cited in your declaration, how did you come

22   about those studies?

23        A.   Some of the documents that I cited

24   in  this declaration are already familiar to

25   me.  I used the guide to completing the

1    facility worksheets, from the National Center

2    for Health Statistics.  Really, regularly, for

3    my job responsibilities.

4            Another important aspect of my job

5    responsibility is to review IRB requests from

6    researchers for vital statistics data.  And,

7    through that, I have had to learn a lot more

8    about data linkage in health data.

9            And so, that -- to help me be more

10   educated in that area of my responsibility,

11   I'm familiar with the Heron and Herchon

12   [Phonetic] articles.

13           And, to me, it was also important to

14   understand, you know, when the Centers for

15   Disease Control define our parameters, in

16   particular ways, how does that information get

17   used in subsequent research.

18           And so, I conducted additional

19   literature review of the articles that pertain

20   to correlations of fetal sex and maternal and

21   child outcomes.

22       Q.   Is a birth certificate an

23   identification document?

24               MS. SHEW:  Object to the form.

25       A.   I believe it can be used as an

1    identification document.  I also understand

2    that it can be used as a document to establish

3    citizenship.  And those are the areas that I'm

4    familiar with its use.

5         Q.   Are there other ways in which you

6    understand it to be used, to document, or to

7    demonstrate identity?

8         A.   None that I'm aware of.  I could --

9    I can speak to its use for citizenship in

10   social security enumeration.  And, just from

11   my personal experience, I know that I could

12   use my birth certificate to establish a

13   portion of citizenship for my passport

14   application, for example.

15        Q.   Could you talk about that

16   experience?  Like what does that look like?

17   Did you --

18        A.   Which experience?

19        Q.   I don't really understand the

20   difference between -- those are two

21   different -- documents that you referred to.

22   One was citizenship -- as I understood your

23   statement, one was, you know, citizenship --

24   card, maybe.

25        A.   Okay --

1    Q.    I'm not sure exactly what you were

2    saying.

3    A.    Oh, sure.

4    Q.    You know, the passport question.

5    And I was just curious if you could give me

6    more background about --

7    A.    Sure.

8    Q.    -- about that.

9    A.    Sure.  So, my familiarity with the

10   use of the birth certificate as a citizenship

11   document comes from one of my job

12   responsibilities.

13         Our department shares data with the

14   Social Security Administration to help newborn

15   infants get social security numbers.  And,

16   sometimes, when maybe the parents don't

17   immediately give us permission to send that

18   information to the Social Security

19   Administration, and they want to know how to

20   get a social security number for their child,

21   they need to provide certain kinds of

22   documentation to the Social Security

23   Administration.

24         And, in trying to help those

25   parents, it helps them to understand how each

1    piece of documentation fits into their

2    application.

3              And, at least with the guidance that

4    I read, the Social Security Administration is

5    clear that a birth certificate is not an

6    identification tool, but it establishes

7    citizenship.

8              And, when combined with, say, a

9    medical record, or a photo ID that can prove

10   that you are the person you claim you are,

11   that can be together sufficient to establish

12   the information to get a social security

13   number.

14             And I know that when I submit my

15   application for a passport, I provide a photo

16   ID, and my birth certificate.  So -- but I'm

17   not sure how the State Department uses the

18   birth certificate in that setting.

19        Q.   Are there -- so, you had to submit

20   your birth certificate to the passport agency

21   to get a passport, or to -- is that accurate?

22                  MS. SHEW:  Object to the form.

23        A.   I seem to remember I did.

24        Q.   Are there any other circumstances

25   where you submitted your birth certificate?

```
 1        A.    I'm trying to remember.  It's been
 2    so long since I've had to, you know, renew my
 3    driver's license without my current version of
 4    my driver's license.  And so, I'm not
 5    remembering any recent.  I'm sorry.
 6        Q.    Oh.   Other than the birth
 7    certificate -- other than the passport agency?
 8        A.    Other than the passport agency.
 9    Yeah.
10        Q.    Do you agree that it's important for
11    your birth certificate to reflect your
12    identity as "female?"
13                  MS. SHEW:   Object to the form.
14        A.    I -- you know, it's important to me
15    that my birth certificate represent the facts
16    of who I say I am.
17                  MS. BUCHERT:   I -- I don't know
18          how you're feeling, but I would really
19          like to take a five-minute break, if
20          that's okay with everyone.
21              Do you mind taking a break?
22                  THE WITNESS:   That's fine with
23          me.
24                  MS. BUCHERT:   Okay.   Great.
25          We'll go off the record, and come back in
```

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 48 of 114 PageID #: 2381

1          five minutes and start up again.

2                    THE WITNESS:  Thank you.

3              (Short break.)

4      BY MS. BUCHERT:

5          Q.   Ms. Lefler, I'd like you to turn to

6      what's marked as "Exhibit 3," and would ask

7      that you take a look at paragraph one of your

8      declaration.  I think it's on page six.

9          A.   Okay.

10         Q.   And my understanding is that this

11     paragraph states that:

12                    "The Office of Vital

13     Records...extracts information reported on the

14     Tennessee Department of Health Certificate of

15     Live Birth and then compiles that information

16     into data files that are used in public

17     health surveillance, research, and government

18     administration."

19                    Is that accurate?

20         A.   That is accurate.

21         Q.   And are those data files drawn from

22     what is known as the "Tennessee Birth

23     Statistical System?"

24         A.   The data file is the birth

25     statistical system.  The information for that

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 49 of 114 PageID #: 2382

1    statistical system is taken from the

2    information that is entered in the birth

3    certificate.

4         Q.    Let's go to page six of this

5    exhibit.

6         A.    Uh-huh.

7         Q.    And in paragraph two, it states

8    that:

9                    "The Tennessee Birth

10   Statistical System is the product of the

11   information obtained from the Certificate of

12   Live Birth combined with computer generated

13   values, for example, mother's age at the time

14   of delivery and gestational age, and

15   information linked from death certificates,

16   Social Security feedback, and standardized

17   race and ethnicity from the National Center

18   for Health Statistics.

19                    In total, the Office of Vital

20   Statistics collects and maintains data on more

21   than 300 items for any given birth that occurs

22   in the state."

23                    Did I read that correctly?

24        A.    You did.

25        Q.    Okay.  Is one of the data elements

1    collected in the Tennessee birth statistical

2    systems system a baby's sex recorded at birth?

3        A.   Yes.  Sex recorded at birth is on

4    the -- is in our data.

5        Q.   And that information is extracted

6    from the Certificate of Live Birth, soon after

7    the baby is born.  Is that correct?

8        A.   That's correct.

9        Q.   And that information is extracted

10   within a year of birth.  Is that correct?

11       A.   Yes.  That's correct.  We finish

12   compiling our birth statistics by April of the

13   year following that event occurring.  So it

14   could be between 15 and four months.

15           So, for babies born in January 2019,

16   we just finished reviewing their data.  But

17   that's the same for babies born in

18   December 2019.  We have a kind of collection

19   period.  And then we stop -- we stop kind of

20   updating what we keep for statistical

21   purposes.

22       Q.   Okay.  And is the Tennessee Birth

23   Statistical System also known as the

24   "statistical file?"

25       A.   Yes.  That's correct.

1      Q.   Okay.

2      A.   Yes.  I just -- I'm a terrible

3   writer and I want to -- you know.

4      Q.   Yes.  And, just to clarify, this

5   is -- we're talking about the disclosures now.

6   Not the declaration.

7      A.   Yes.  I think that's what I'm

8   looking at.

9      Q.   Okay.  Great.

10      A.   Yes.

11      Q.   And on paragraph three of exhibit --

12   of this exhibit -- Exhibit 3 -- it states

13   that:

14               "At least some portion, if not

15   all, of these data elements are provided to

16   contract representatives, researchers,

17   government agencies, and other data users for

18   application to public health surveillance,

19   research, and administrative and audit

20   functions."

21               Did I read that accurately?

22      A.   Yes.

23      Q.   And, just so I understand, the

24   information that is provided to researchers,

25   is that information contained -- that

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 52 of 114 PageID #: 2385

1    information is contained within a statistical

2    file.

3              Is that correct?

4        A.   Yes.  That's correct.

5        Q.   Okay.  Could we go to Exhibit 4?

6    Your declaration?

7        A.   Yes.

8        Q.   And if you turn to paragraph one --

9    1A -- it states that sex recorded at the time

10   of birth is:

11             "Used as a direct indicator in

12   maternal and child health outcomes in public

13   health surveillance and research."

14             Is that accurate?

15       A.   Yes.  That's accurate.

16       Q.   And the information used for the

17   public health surveillance and research,

18   referenced in paragraph 1A of your

19   declaration, comes from the statistical file.

20             Is that accurate?

21       A.   That is accurate.  Yes.

22       Q.   Would you agree that other states

23   also have an interest in using sex recorded at

24   the time of birth, in public health

25   surveillance and research?

1              MS. SHEW:  Objection to the

2         form.

3         A.   I do know that other states do use

4    sex in reporting facts in maternal and child

5    health outcomes from the birth data.

6         Q.   And do you provide copies -- a copy

7    of people's Certificate of Live Birth to those

8    entities that conduct public health

9    surveillance?

10        A.   Do you mean -- could you rephrase

11   your question?  I'm sorry.

12        Q.   Sure.  Do you provide the

13   Certificate of Live Birth to those entities

14   that request information from the Office of

15   Vital Statistics for public health

16   surveillance and research?

17        A.   We share birth information.  This is

18   an electronic file.  Not a copy of the

19   physical document of the certificate -- with

20   our other state Vital Records Offices, through

21   our interjurisdictional exchange agreement.

22        Q.   I'd like to ask you to look at

23   Exhibit 6.

24        (Exhibit 6 marked for identification)

25        Q.   Which is --

1      A.    Okay.

2      Q.    And I'm showing you what's premarked

3    as "Exhibit 6," which was provided to us by

4    defendant's counsel in discovery.

5                 MS. SHEW:  And it's obvious on

6           the exhibit, but for the record, this is

7           a confidential Exhibit.

8      A.    I see --

9      Q.    Can you see this document?

10     A.    I'm sorry.  I was just confirming

11   that I could see the document.

12     Q.    Thank you.

13     A.    I don't know if you were waiting for

14   my response.

15     Q.    Have you seen this document before?

16     A.    Yes, I have.

17     Q.    And what is it?

18     A.    It is a summary of the number of

19   births that have occurred in the state of

20   Tennessee, from 1980 to 2018, with counts by

21   the sex that is recorded on the birth

22   statistical file.

23     Q.    Okay.

24     A.    As I'm reading the table, it also

25   includes specific information about the

1     individual certificates that had some other

2     sex, than "male" or "female."

3         Q.   And, turning to table one -- sorry.

4     Can I ask a follow-up -- I'm going to ask a

5     follow-up question to the last series of

6     questions.

7               When I asked whether you shared

8     the Certificate of Live Birth with those

9     entities that are asking for public

10    surveillance, you testified that they don't --

11    that you don't share the actual birth

12    certificates, which I understand.

13              But the question I'm hoping you

14    can answer is whether that information that's

15    shared is the statistical file with those

16    entities.  That research.

17        A.   That's correct.  It is the

18    statistical file.

19        Q.   Okay.  Thank you.  And then, going

20    back to table one on Exhibit 6, it shows the

21    number of births per year, by sex, from 1980

22    to 2018.  Is that correct?

23        A.   That is correct.

24        Q.   Okay.  And it shows that 43 children

25    were born during this period of time, whose

1    sex designation on their birth certificate

2    is -- is listed an "unknown."

3                 Is that accurate?

4         A.    That is accurate.

5         Q.    Okay.  I'd like to go through a

6    couple of examples -- go into table two now.

7    And this is a little hard, because you'd have

8    to --

9         A.    Yes.

10        Q.    -- rotate.

11        A.    I can turn it.

12        Q.    But, the examples I wanted to go

13   through, I'd like you to look at -- again,

14   understanding that this information will

15   remain confidential, look at the example

16   pertaining to [Redacted name], which is ninth

17   from the bottom.

18        A.    Okay.  I see it now.

19        Q.    And I'd like you to look at that

20   row, and then go all the way to the right, to

21   the field notes.

22        A.    Yes.

23        Q.    And in the field note, it says that:

24             "This record was corrected by

25   affidavit to change the child's sex to 'male,'

1    but not changed on the statistical file."

2                    Did I read that correctly?

3        A.    Yes.

4        Q.    And this is the same statistical

5    file that we've been discussing today.  Right?

6        A.    Yes.  That's correct.

7        Q.    Okay.  Can we turn to the fifth row

8    from the bottom?

9        A.    Is that --

10       Q.    Can you see --

11       A.    Is that [Redacted name]?

12       Q.    Yes.  I think it's [Redacted name].

13   Yes.

14       A.    Okay.  Yes.

15       Q.    And there in the notes, it also says

16   that:

17                    "The record was corrected by

18   affidavit to change the child's sex to 'male,'

19   but not changed on the statistical file."

20                    Is that accurate?

21       A.    That is accurate.

22       Q.    And this child, sadly, died in 2005.

23   Is that correct?

24       A.    That's correct.

25       Q.    And the death certificate identified

1    the person as male.  Is that correct?

2        A.    That's correct.

3        Q.    So, just so I understand, the birth

4    certificate for this person, when it was

5    issued, showed the persons sex as "male."  But

6    the statistical file on the computer system

7    shows that it is "unknown."

8                    Is that correct?

9        A.    Yes.  Our statistical file showed

10   this person as having an unknown sex.  And

11   when I looked at the current version of that

12   person's record, it indicated that their sex

13   was "male" on their birth certificate.  And

14   that that was a change created by an

15   affidavit.

16       Q.    So, based on what we've reviewed, it

17   is possible to correct a field on a person's

18   certificate of birth, for identification

19   purposes, and have that field remain unaltered

20   on the Office of Vital Statistics statistical

21   file?

22                    Is that correct?

23                    MS. SHEW:  Object to the form.

24       A.    It is possible for differences to

25   exist between the vital records and our

1    statistical file.  I do not know when that

2    affidavit was submitted.

3              If it was submitted after the period

4    at which we stopped collecting our data for

5    statistical and research purposes, then that

6    would not change our file.  So, that way, our

7    statistics can remain consistent over time.

8         Q.    Let's flip back to Exhibit 3, and go

9    to page seven.  And, in paragraph six, the

10   first sentence states:

11                    "In fulfillment of

12   its responsibilities under Tennessee State Law

13   to prepare and publish accurate vital

14   statistics of the state, and the terms of its

15   agreements with data users, the Office of

16   Vital Statistics reviews and maintains records

17   in the Birth Statistical System for their

18   completeness and legal validity."

19                    Did I read that correctly?

20        A.    "Their logical validity."  Yes.

21        Q.    And, by "Birth Statistical System,"

22   again, you're referring to the statistical

23   file.  Is that correct?

24        A.    That is correct.

25        Q.    And do you verify logical validity

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 60 of 114 PageID #: 2393

1    through the performance of conditional logic

2    tests?

3         A.    Yes, we do.

4         Q.    Okay.  Are these conditional logic

5    tests performed before or after the

6    statistical file is closed?

7         A.    They are performed before we close

8    the file.

9         Q.    Okay.  So there comes a time when

10   you no longer perform conditional logic test

11   on a statistical file for a given year?

12        A.    That is --

13        Q.    Is that correct?

14        A.    That is correct.

15             MS. BUCHERT:  How are you

16        doing?  Do you need a break?  Are you

17        going strong?

18             THE WITNESS:  I'm okay.  Thank

19        you.

20             MS. BUCHERT:  Okay, great.

21   BY MS. BUCHERT:

22        Q.    Okay.  I'd like to turn now to

23   Exhibit 7.

24        (Exhibit 7 marked for identification)

25        Q.    And what I'm showing you, again, is

1      information that will remain confidential.

2      It's a premarked exhibit which was provided to

3      us by the defendants' counsel in discovery.

4                          Have you ever seen this

5      document before?

6           A.    I couldn't tell you if I have or

7      have not.  I've seen many birth certificates,

8      so I don't know if I've seen this one

9      specifically.

10          Q.    What is it?

11          A.    It is a -- it is a birth certificate

12     that would be issued to an individual by the

13     state.

14          Q.    And it lists the sex of the child as

15     "unknown."  Is that correct?

16          A.    That is correct.

17          Q.    And, turning to the second page of

18     the exhibit, there is a note -- electronic

19     note for the birth record that says that the

20     child was born with both sex organs.  Did I

21     read that correctly?

22          A.    Yes.

23          Q.    So, if this child is born with both

24     sex organs, is it your opinion that they

25     cannot identify as "male" or "female?"

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 62 of 114 PageID #: 2395

1           MS. SHEW:  Object to the form.

2      A.   I don't have an opinion on how the

3  child can be identified.  That field is

4  completed at the time of birth by the medical

5  provider.

6      Q.   What would they have to show in

7  order to amend the sex designation on their

8  birth certificate?

9           MS. SHEW:  Object to the form.

10      A.   I'm not very involved in my role, in

11  how the vital records are amended.  So, I'm

12  not sure the answer to your question.

13      Q.   And could a person born with

14  ambiguous genitalia, designated as "unknown"

15  on a birth certificate, be able to update the

16  sex designation on their birth certificate,

17  based on their chromosomal make up?

18           MS. SHEW:  Object to the form.

19      A.   Again, I'm -- I'm not sure the

20  documentation needed to amend that field on

21  the birth certificate.

22      Q.   And could a person born with

23  ambiguous genitalia, designated as "unknown"

24  on their birth certificate, be able to update

25  the sex designation on their birth

1    certificate, based on their hormonal make up?

2              MS. SHEW:  Object to the form.

3         A.   Again, I'm not sure what

4    documentation needs to be provided to update

5    that field.

6         Q.   I'd like to go back to Exhibit 4,

7    your declaration, again.  And, in paragraph 1B

8    of your declaration.

9         A.   Okay.

10        Q.   You refer to the congenital anomaly

11   known as "hypospadias."  And I believe you

12   defined it in -- you used the definition from

13   one of your sources as:

14              "The incomplete closure of the

15   male urethra resulting in the urethral meatus

16   opening on the ventral surface of the penis."

17              Is that accurate?

18        A.   Yes.  That's accurate.

19        Q.   Okay.  And you haven't done any

20   research regarding this condition.  Is that

21   correct?

22        A.   No.  I have done no research, apart

23   from the source that I cite there, for

24   defining the term.

25        Q.   And you haven't written any

1    publications about it.  Is that correct?

2         A.    That's correct.

3         Q.    You haven't given any presentations

4    on it.  Is that correct?

5         A.    That's correct.

6         Q.    A child born with ambiguous

7    genitalia, with hypospadias, typically would

8    have their sex recorded at birth as "unknown."

9    Is that correct?

10                   MS. SHEW:  Object to the form.

11        A.    I don't know that.

12        Q.    What sex should be recorded on the

13   birth record of a child born with ambiguous

14   genitalia and hypospadias?

15                   MS. SHEW:  Object to the form.

16        A.    The medical provider who prepares

17   the information for the birth certificate

18   should make that determination.

19        Q.    What sex should children born with

20   ambiguous genitalia, with hypospadias, be

21   reared as?

22                   MS. SHEW:  Object to the form.

23        A.    I don't have any expertise to say.

24        Q.    Are you familiar with the condition,

25   "perineoscrotal hypospadias?"

1      A.   I will admit, when I received the

2   exhibits, that I looked up that term before

3   joining this deposition today.

4      Q.   And people born with ambiguous

5   genitalia, with this condition, have a Y

6   chromosome.  Is that correct?

7               MS. SHEW:  Object to the form.

8      A.   I couldn't say, specifically.  I

9   very quickly looked up what that terminology

10  means.

11     Q.   I'd like to turn to that exhibit.

12     A.   Sure.

13     Q.   I'm showing what has been premarked

14  as Exhibit 8.  That's a study titled,

15  "Ambiguous Genitalia with Perineoscrotal

16  Hypospadias in 46 XY Individuals:  Long-term

17  Medical, Surgical, and Psychosexual Outcome."

18     (Exhibit 8 marked for identification)

19     Q.   Have you ever seen this study?

20     A.   I looked at it just before our

21  meeting today.

22     Q.   And this article appears to be a

23  primary research peer reviewed study.  Is that

24  correct?

25     A.   That is --

1        MS. SHEW:  Object to the form.

2        THE WITNESS:  Oh, I'm sorry.

3     That is correct.  It appears to be

4   published in a peer reviewed journal.

5   BY MS. BUCHERT:

6     Q.   Is this the type of study that you

7   refer to in paragraphs 1A and 1B of your

8   declaration?

9     A.   The citations I make in 1A of my

10  declaration are peer reviewed publications.

11  Yes.

12    Q.   And the last sentence of the first

13  paragraph of this article -- not the

14  abstract -- states that:

15          "For this group of patients,

16  there is a lack of agreement about optimal sex

17  assignment (in terms of the child developing a

18  gender identity that is congruent with his or

19  her rearing) and types of genital surgery

20  associated with the best cosmetic and

21  functional outcome."

22          Did I read that correctly?

23    A.   Yes.

24    Q.   Were you able to find it?

25    A.   Yes.  Sorry.

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 67 of 114 PageID #: 2400

1       Q.   I don't mean to hurry you.  Take as

2   much time as you need.

3       A.   Yes.  I think you read that

4   correctly.

5       Q.   Okay.  There is a lack of a medical

6   understanding -- or, sorry -- strike that.

7              There is a lack of medical

8   consensus on the appropriate sex assignment

9   for children born with ambiguous genitalia

10   with perineoscrotal hypospadias,

11   notwithstanding the presence of a Y

12   chromosome.

13              Is that correct?

14              MS. SHEW:  Object to the form.

15     We are way outside her scope here.

16       A.   I wouldn't feel comfortable agreeing

17   to that statement, based on this one article,

18   and that one sentence from it.

19       Q.   And people born with that condition

20   are typically reared as "male" or "female,"

21   and not as "unknown."  Is that correct?

22              MS. SHEW:  Object to the form.

23       A.   I would have -- I have no knowledge

24   of that.

25       Q.   Okay.  All right.  Let's move on.

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 68 of 114 PageID #: 2401

1            I'd like to ask you to look at

2     Exhibit 4 again.

3        A.   Okay.

4        Q.   And let's go to paragraph 1C.  And

5     the first sentence of this paragraph states

6     that the sex at birth is necessary for:

7            "Inclusion in sets of personal

8     identifiers used in record matching programs

9     for administrative and auditing functions."

10           Is that correct?

11       A.   Yes.

12       Q.   Is one of the uses of these matching

13    programs the verification of a person's

14    identity?

15       A.   I could not say.  I know how it is

16    used in newborn screening, but that's not the

17    same, I think, as establishing a person's

18    identity.

19       Q.   Okay.  Let's go back to paragraph

20    four of Exhibit 3; disclosures.  And this

21    paragraph states that:

22           "The primary data users to

23    which the Office of Vital Statistics delivers

24    birth data are the National Center for Health

25    Statistics, a branch of the Center for Disease

1    Control and Prevention (CDC), the Social

2    Security Administration (SSA), and Tennessee

3    State Government agencies."

4                    Did I read that correctly?

5         A.   You did.

6         Q.   Is one of the Tennessee State

7    Government agencies to which this statement

8    refers to, the Tennessee Department of Safety

9    and Homeland Security?

10        A.   I'm not aware of our sharing birth

11   data with Safety and Homeland Security.

12        Q.   Okay.  For the purpose of the next

13   few questions, when I refer to a transgender

14   person, I'm referring to someone whose gender

15   identity is different from the sex they were

16   designated at birth.

17                    Is that understood?

18        A.   Yes.

19        Q.   Are you aware that transgender

20   people are able to correct the sex designation

21   on their social security records to match

22   their gender identity?

23        A.   I'm not aware of how the Social

24   Security Administration maintains its identity

25   roles.

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 70 of 114 PageID #: 2403

1        Q.    Are you aware that the plaintiffs in

2     this case have corrected their social security

3     records to reflect their female gender

4     identity?

5        A.    I'm not aware, specifically, of

6     that.

7        Q.    Are you aware that transgender

8     people are able to update their sex

9     designation on their Tennessee-issued driver's

10    licenses to match their gender identity?

11       A.    I read that very briefly in, I think

12    it's Exhibit 1, that you sent me.  But I would

13    have no other general knowledge of that.

14       Q.    Are you aware that some of the

15    plaintiffs in this case have corrected their

16    Tennessee-issued driver's licenses to reflect

17    their female gender identity?

18       A.    Again, from my quick reading of

19    Exhibit 1, I believe I picked that up.

20       Q.    Would you agree that Tennessee does

21    not permit a transgender person to update the

22    designation for the sex they were deemed at

23    birth, to the sex designation consistent with

24    their gender identity?

25       A.    I understand that Tennessee State

1    Law has limitations on the reasons why a

2    person can change their sex designation on

3    their birth certificate.  I'm not exactly

4    familiar with the language of the law beyond

5    that.

6         Q.   Would you agree that because

7    transgender people cannot update the sex

8    designation on their birth certificate to

9    reflect their gender identity, but can do

10   so -- but can do so on their social security

11   records and their Tennessee-issued driver's

12   licenses, that that creates mismatches when

13   federal agencies, or other state agencies, try

14   to verify identify?

15                  MS. SHEW:  Object to the form.

16        A.   I'm not sure the degree to which

17   other state and federal agencies are

18   performing matches with birth certificate

19   data, after a change in that information.

20        Q.   Okay.  I'd like to go back to the

21   declaration once again.

22        A.   Sure.

23        Q.   And section 1C --

24        A.   Hold on a second.  Sorry.

25        Q.   Take your time.

1      A.    Yes.   Okay.   Now I have it in front

2   of me.

3      Q.    Okay.   Section 1C, the declaration

4   states that records from your office are

5   shared with TennCare (Medicaid) --

6      A.    Yes.

7      Q.    -- and other places, and that sex is

8   a data element used to establish more

9   confident matches.

10                  Is that accurate?

11     A.    That is accurate.

12     Q.    And your declaration then cites a

13   2014 article, herein "Evaluating bias due to

14   data linkage error in electronic healthcare

15   records."

16     A.    Uh-huh.

17     Q.    Is that correct?

18                  I'd like to look at that

19   Exhibit; Exhibit 9.

20     (Exhibit 9 marked for identification)

21     A.    I have it in front of me now.

22     Q.    Okay.   And on page eight of this

23   article --

24     A.    Oh, sorry.   I went too far.   Thank

25   you.

1      Q.   In the "Conclusion" section, it

2   states -- in the "Conclusion" section, it

3   states:

4            "Linkage of routine data is a

5   valuable resource for health research, but our

6   study highlights the importance of evaluating

7   the potential impact of linkage error on

8   results."

9            Was that accurate?

10     A.   Yes.  That is their initial

11  conclusion.

12     Q.   And that sounds to me like it is --

13  like it is important for there to be

14  appropriate linkage of data in order to

15  conduct some health research.

16            Is that accurate?

17     A.   Yes.  The study emphasizes the

18  importance that linkages be as unbiased as

19  possible, in order to make better inferences.

20     Q.   And are you aware that at least one

21  plaintiff in this case has a Medicaid card

22  that identifies her as "female," even though

23  her birth certificate identifies her as

24  "male?"

25     A.   I'm not aware of that.  I'm sorry.

1        Q.   Using the example of that plaintiff,

2   if TennCare records designate her as "female,"

3   how would a birth certificate designating her

4   as "male" serve the records matching purpose

5   that you describe in section 1C?

6                    MS. SHEW:  Object to the form.

7        A.   There are, as I understand from my

8   conversations with TennCare, a variety of ways

9   in which they use the birth certificate data.

10  Our primary agreement with them is to

11  establish the initial claim for the mother,

12  and for potential enrollment of the child in

13  additional services.

14            But, after that initial fact of

15  birth, I'm not sure how TennCare, as an

16  agency, is using birth data to link with their

17  own records.

18       Q.   If the birth certificate of a

19  transgender woman, such as the plaintiffs,

20  designate her sex as "male," but other

21  identity documents, such as the social

22  security records, Medicaid card,

23  Tennessee-issued identity card, all reflect

24  her sex as "female," won't that inconsistency

25  of inputs lead to poor data quality, and lead

1    the linkage errors?

2                    MS. SHEW:  Object to the form.

3        A.    There are always risks when linking

4    data that you will not be able to establish

5    perfect matches.  This study highlights two

6    different methods by which researchers can

7    measure the confidence of their linkage

8    approaches.

9            And my familiarity with it is

10    because I review other research protocols for

11    the use of vital statistics that involve a lot

12    of data linkage.

13            And so, this particular research is

14    attempting to explain why one method might be

15    better, when we know that any effort to link

16    multiple data systems are going to result in

17    some failures.  Either a falsely positive

18    match, or a false negative match.

19        Q.    But in -- with regard to the

20    conclusion, do you believe it's important to

21    have consistent data input, to be able to

22    resolve those linkage issues with electronic

23    healthcare records?

24                    MS. SHEW:  Object to the form.

25        A.    Ideally, it would be great, from our

1      research, or data analysis perspective, to

2      have data that are internally valid and

3      consistent across data systems.

4              But, it doesn't -- there are a

5      variety of variables that that's not the case

6      for.  And that's why researchers have to

7      develop additional tools to measure the

8      confidence of their linkage.

9              It's a case for a number of

10     identifiers between vital statistics,

11     Medicaid, research enrollment cohorts, that we

12     won't have perfect information to get one

13     hundred percent accurate matches across all

14     those different data sets.

15          Q.   How are you doing?

16          A.   I'm --

17          Q.   You want to keep going?

18          A.   Yes.  I can keep going.

19          Q.   Would you agree that in order to

20     promote and maintain nationwide uniformity in

21     the system of vital records, the forms and

22     certificates and reports of the Tennessee

23     Office of Vital Records must look to the

24     federal agency responsible for national vital

25     statistics?

1                    MS. SHEW:  Object to the form.

2          A.    I'm not sure how other state and

3     federal agencies evaluate the authenticity or

4     validity of a birth certificate.

5          Q.    I think the question was less about

6     what other states consider, than about whether

7     there's a policy objective of promoting and

8     maintaining nationwide uniformity in the

9     system of vital records; the forms of

10    certificates through reports of the Tennessee

11    Office of Vital Records; and that those

12    entities should look to federal agencies

13    responsible for national vital statistics.

14                    MS. SHEW:  And objection.

15         A.    I'm aware of national guidelines for

16    the items that should be collected by states

17    for their vital events information.  Birth

18    certificates.  Death certificates.  But I'm

19    aware that those guidelines are then open for

20    each state to adopt.

21         Q.    I'd like to -- I'd like you to turn

22    to Exhibit 10, which is Tennessee Code

23    Annotated 68-3-202.

24         (Exhibit 10 marked for identification)

25         Q.    Do you recognize this document?

1          A.    I can't say I've ever seen that -- I

2     mean, apart from just before our meeting.   I

3     can't say I've ever seen it, specifically,

4     before, but I can understand that it is a copy

5     of the section from our Tennessee Code

6     Annotated.

7          Q.    And, based on subsection (a) of this

8     law, would you agree that in order to promote

9     and maintain nationwide uniformity in the

10    system of vital records, the forms of

11    certificates, reports of the Tennessee Office

12    of Vital Records must look to the federal

13    agency responsible for national vital

14    statistics?

15               MS. SHEW:   Object to the form.

16         A.    A subset -- or the section (a) of

17    this portion of the code does say that the

18    reports or other returns required by this

19    chapter shall include, as a minimum, the items

20    recommended by the federal agency responsible

21    for national vital statistics.

22         Q.    And do you think that it's important

23    for the Tennessee Office of Vital Records to

24    follow that guidance?

25               MS. SHEW:   Object to the form.

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 79 of 114 PageID #: 2412

1      A.   I believe it's important that we

2   attempt to follow the law.

3      Q.   You know what?  What is the National

4   Center for Health Statistics?

5      A.   The National Center for Health

6   Statistics is an office at the Center for

7   Disease Control and Prevention that collects

8   vital events information from all the states

9   and jurisdictions in the United States, to

10  build national databases for vital events

11  information.

12     Q.   And is the National Center for

13  Health Statistics the federal agency

14  responsible for national vital statistics

15  referred to in subsection (a) of Tennessee

16  Code 68-3-202?

17     A.   That would be my understanding.

18     Q.   And does the Tennessee Office of

19  Vital Records look to NCHS for guidance on the

20  collection, maintenance, and recording of

21  vital statistics?

22     A.   Yes.  We work in close partnership

23  with our contract representatives at the CDC

24  to guide us on our data collection and

25  maintenance.

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 80 of 114 PageID #: 2413

1       Q.   And do you think that it's important

2   for the Tennessee Office of Vital Records to

3   follow guidance from NCHS?

4       A.   Yes.  Whenever it's possible for us

5   to follow the guidance from NCHS, I think that

6   it -- that we do so.

7       Q.   I'd like to move to Exhibit 11.

8       (Exhibit 11 marked for identification)

9       Q.   Do you recognize this document?

10      A.   I have seen this document before.

11   Yes.

12      Q.   And what is it?

13      A.    It is the Model State Vital

14   Statistics Act and Regulations.

15      Q.   And that was published in 1992?  Is

16   that correct?

17      A.   Yes.

18      Q.   If we could go to the preface, which

19   is on page five of the PDF?  The second

20   paragraph; specifically the second and third

21   sentences, state:

22                  "The Model Act and Regulations

23   provide detailed guidance to State registrars

24   of vital statistics and State legislators who

25   are considering revision of their own State

1     vital statistics laws and regulations.

2                         The Model Act and Regulations

3     serve to promote uniformity among States in

4     definitions, registration practices,

5     disclosure and issuance procedures, and in

6     many other functions that comprise a State

7     system of vital statistics."

8                         Did I read that correctly?

9        A.   Yes, you did.

10       Q.   Okay.  Do you agree with the

11    statement?

12                        MS. SHEW:  Object to the form.

13       A.   I agree that that is the purpose of

14    the Model Act.

15       Q.   And could we turn to page 10 of the

16    document?  I think it's page 21 of the PDF.

17                        And Section 21, paragraph (d),

18    states as follows:

19                        "Upon receipt of a certified

20    copy of an order of (a court of competent

21    jurisdiction) indicating the sex of an

22    individual born in this State has been changed

23    by surgical procedure and whether such

24    individual's name has been changed, the

25    certificate of birth of such individual shall

1    be amended as prescribed by regulation."

2                    Did I read that correctly?

3        A.   I'm sorry.  I'm still actually

4    trying to find --

5        Q.   Oh.  Take your time.

6        A.   So -- I'm sorry.  It would be

7    easier -- could you give me the section of

8    that again?

9        Q.   Yes.  It's page 19 of the PDF, and

10   it's under Section 21; Amendment of Vital

11   Records.

12       A.   Oh, okay.  I'm sorry.  I got

13   confused with 21.  I'm sorry.  I went to page

14   21.  Would you please reread the section that

15   you're referring to?

16       Q.   Sure.  So, it's Section 21,

17   subsection (d).

18       A.   Okay.

19       Q.   And it states the Model Act -- I'm

20   sorry.

21                    "Upon receipt of a certified

22   copy of an order of (a court of competent

23   jurisdiction) indicating the sex of an

24   individual born in this State has been changed

25   by surgical procedure and whether such

1      individual's name has been changed, the

2      certificate of birth of such individual shall

3      be amended as prescribed by regulation."

4                    Did I read that correctly?

5          A.   You did read that correctly.

6          Q.   Would you agree that Tennessee's

7      laws and regulations are inconsistent with the

8      guidance of the National Center for Health

9      Statistics?

10                   MS. SHEW:  Object to the form.

11         A.   I'm not familiar enough with the

12     language of the Tennessee State Law to say

13     specifically.

14         Q.   Could you say -- repeat, again, what

15     your understanding of the Tennessee law is?

16                   MS. SHEW:  Object to the form.

17         Q.   With regard to amending.  Could you

18     repeat, again, for me what your understanding

19     is of the Tennessee law that is at issue in

20     this case?

21                   MS. SHEW:  Object to the form.

22         A.   As I understand it, the question

23     regards the situations in which a person may

24     change their sex designation on their birth

25     certificate, according to Tennessee law.

1      Q.   And do you understand that to be

2   consistent with this provision in the National

3   Center for Health Statistics Model Act?

4                MS. SHEW:  Object to the form.

5      A.   I may have to be able to compare the

6   language of the section of the state law,

7   like, with the section we're talking about

8   here.

9      Q.   And the last sentence states that --

10   strike that.

11                As we just established, though,

12   the Model State Vital Statistics Act,

13   published by the National Center for Health

14   Statistics, permits the amendment of the sex

15   designation on a person's birth certificate

16   following a person's change in sex, as a

17   result of a surgical procedure.

18                Is that accurate?

19                MS. SHEW:  Object to the form.

20      A.   The way I would understand this

21   section is, it describes the criteria by which

22   a state may establish sufficient cause to

23   change the sex designation of a person on

24   their birth certificate.

25      Q.   Are you aware that 48 states permit

1          a transgender person to update the designation

2          that they were deemed at birth on their birth

3          certificate, to the sex designation consistent

4          with their gender identity?

5               A.    I am aware that other states -- I

6          think -- I think I am aware it is 48 states do

7          allow individuals to -- in some place on their

8          birth record, to designate the gender identity

9          that they identify with.

10              Q.    Would you agree that those states

11         report similar information to the National

12         Center for Health Statistics?

13              A.    Yes.  All states report sex at the

14         time of birth, to the Centers for Disease

15         Control.

16              Q.    Would you agree that those states

17         report similar information to the Social

18         Security Administration?

19              A.    Yes.  As far as I know, other states

20         participate in the same program that we do,

21         and have the same reporting requirements.

22              Q.    Would you agree that Tennessee's

23         policy is an outlier in the nation's system of

24         vital statistics, when it comes to permitting

25         a trans person to update the designation of

1  the sex they were deemed at birth, to the sex

2  designation consistent with their gender

3  identity?

4          MS. SHEW:  Object to the form.

5      A.   I'm not sure I could define what an

6  outlier is in this situation.

7      Q.   Would you agree that other states

8  have similar interest to Tennessee's interest

9  in how our vital statistics are used to

10  conduct research?

11     A.   I understand, from our conversations

12  that we have with other state Vital Records

13  Offices, and health statistics divisions, that

14  they do have a strong interest in providing

15  high quality and reliable data to researchers

16  and health epidemiologists.

17     Q.   Would you agree that other states

18  have similar interest to Tennessee's interest,

19  in how vital statistics are used to verify a

20  person's identity?

21     A.   I can't speak, you know, formally to

22  all states, because every state has different

23  data sharing regulations and policies.

24          So, I don't know if I could make a

25  similar kind of comment, other than to say

1    that there are likely many states that use

2    their data to assist researchers and federal

3    agencies.

4         Q.   And would you agree that other

5    states permit transgender people to update the

6    sex designation on their birth certificate, so

7    that they reflect their gender identity?

8         A.   I am aware of other states'

9    practices with respect to collecting and

10   modifying information with respect to sex and

11   gender on birth certificates.

12              MS. BUCHERT:  Let's take

13         another five-minute break, if that's okay

14         with y'all.  And come back at 3:51..

15              We are off the record.

16              (Short break.)

17              MS. BUCHERT:  I don't have any

18         more questions today, Ms. Lefler.  That

19         would conclude my portion of the

20         deposition.

21              Do you have any questions for

22         Ms. Lefler, Ms. Shew?

23              MS. SHEW:  I have no questions

24         for Ms. Lefler.  We are finished.  All

25         right.  She would like to read and sign.

1          Anything else we need to wrap-up

2      today?  All right.

3                MS. BUCHERT:  Thank you

4      everyone.

5                MS. SHEW:  Thanks everyone.

6      Thanks Vanessa.

7                THE WITNESS:  Thank you.

8          (Whereupon, the deposition adjourned

9      at 2:54 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3            I, Giselle Mitchell-Margerum, RPR, CRI, CCR,

4      Licensed Court Reporter, Tennessee, do hereby certify

5      that the witness was first duly sworn by me and that I

6      was authorized to and did report said proceedings.

7            I further certify that the foregoing transcript is

8      a true and correct record of the proceedings; that said

9      proceedings were taken by me stenographically and

10     thereafter reduced to typewriting under my supervision;

11     that reading and signing was requested; and that I am

12     neither attorney nor counsel for, nor related to or

13     employed by, any of the parties to the action in which

14     this deposition was taken; and that I have no interest,

15     financial or otherwise, in this case.

16

17            IN WITNESS WHEREOF, I have hereunto set my

18     hand this 26th day of May        2020.

19

20

21

22     GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR

23

24

25

1

2                    CERTIFICATE OF DEPONENT

3

4     I, VANESSA LEFLER, hereby certify that I have read the
      foregoing pages, numbered 1 through 87, of my
5     deposition of testimony taken in these proceedings on
      Friday, May 22, 2020 and, with the exception of the
6     changes listed on the next page and/or corrections, if
      any, find them to be a true and accurate transcription
7     thereof.

8

9

10

11

12     Signed:   ........................

13     Name:     VANESSA LEFLER

14     Date:     ........................

15

16

17

18

19

20

21

22

23

24

25

1                        ERRATA SHEET

2       Case Name:     Kayla Gore, et al. v. William Byron Lee,
          al.
3       Witness Name:  VANESSA LEFLER
        Date:
4       Page/Line From To

5       _____/_____    _____

6       _____/_____    _____

7       _____/_____    _____

8       _____/_____    _____

9       _____/_____    _____

10      _____/_____    _____

11      _____/_____    _____

12      _____/_____    _____

13      _____/_____    _____

14      _____/_____    _____

15      _____/_____    _____

16      _____/_____    _____

17      _____/_____    _____

18      _____/_____    _____

19      _____/_____    _____

20      _____/_____    _____

21      Subscribed and sworn to before

22      me this date    day of month           , 2020.

23                 _____

24                 VANESSA LEFLER

25

**/**

**/_ (16)**
 90:5,6,7,8,9,10,11,12,13,
 14,15,16,17,18,19,20

**[**

**[Phonetic] (1)**
 42:12
**[Redacted (3)**
 55:16;56:11,12

**A**

**ability (2)**
 11:19;34:17
**able (11)**
 7:22;8:13;36:2;61:15,24;
 65:24;68:20;69:8;74:4,21;
 83:5
**abortion (4)**
 12:20,25;14:10;15:20
**abortions (4)**
 14:9,14,21,22
**about (46)**
 10:21;12:18,24;13:20;
 14:2,4,18,22;15:4,8,9,20;
 17:25;18:8,17;19:17,18;
 21:4,8;22:13,15;24:12,16;
 26:15;27:21;28:25;29:21;
 30:20;31:6,16;35:20,22;
 38:20;40:10;41:22;42:8;
 43:15;44:6,8;50:5;53:25;
 63:1;65:16;76:5,6;83:7
**abstract (1)**
 65:14
**academic (3)**
 25:25;26:1;40:8

**accepted (2)**
 27:11,12
**access (3)**
 11:21;12:20;15:20
**accessible (1)**
 40:7
**accidental (1)**
 29:1
**accommodate (1)**
 9:16
**according (4)**
 19:20;22:24;28:14;82:25
**accurate (30)**
 9:25;18:5;19:23;23:1;
 24:1,2;25:6;28:18;29:25;
 33:2;45:21;47:19,20;51:14,
 15,20,21;55:3,4;56:20,21;
 58:13;62:17,18;71:10,11;
 72:9,16;75:13;83:18
**accurately (4)**
 10:17;31:18;35:11;50:21
**across (2)**
 75:3,13
**Act (7)**
 79:14,22;80:2,14;81:19;
 83:3,12
**activities (1)**
 30:25
**actual (1)**
 54:11
**actually (2)**
 19:12;81:3
**add (1)**
 33:23
**added (1)**
 34:1
**additional (4)**
 34:7;42:18;73:13;75:7
**adjourned (1)**
 87:8

**Administration (9)**
 18:24;44:14,19,23;45:4;
 47:18;68:2,24;84:18
**administrative (2)**
 50:19;67:9
**Administrator (1)**
 18:12
**admit (1)**
 64:1
**adopt (1)**
 76:20
**advancement (1)**
 26:22
**advice (1)**
 30:24
**advise (1)**
 29:12
**Advisory (1)**
 28:15
**advocacy (1)**
 30:4
**affidavit (4)**
 55:25;56:18;57:15;58:2
**after (5)**
 49:6;58:3;59:5;70:19;
 73:14
**afternoon (1)**
 6:9
**again (18)**
 37:21;39:1,2;40:25;41:1;
 47:1;55:13;58:22;59:25;
 61:19;62:3,7;67:2;69:18;
 70:21;81:8;82:14,18
**age (6)**
 14:12,15,20;40:21;48:13,
 14
**agencies (12)**
 19:1,14;39:25;50:17;
 68:3,7;70:13,13,17;76:3,12;
 86:3

**agency (8)**
 45:20;46:7,8;73:16;
 75:24;77:13,20;78:13
**agenda (2)**
 30:15,25
**agree (15)**
 46:10;51:22;69:20;70:6;
 75:19;77:8;80:10,13;82:6;
 84:10,16,22;85:7,17;86:4
**agreed (2)**
 8:18,25
**agreeing (1)**
 66:16
**agreement (3)**
 52:21;65:16;73:10
**agreements (2)**
 7:16;58:15
**al (1)**
 90:2
**alliances (1)**
 22:12
**allow (2)**
 13:22;84:7
**Along (1)**
 6:19
**already (2)**
 27:20;41:24
**also (26)**
 6:20,23;7:9;14:13,18,22;
 18:23,24;22:11;24:15;25:4;
 28:11;29:5,22;35:24;38:7;
 39:9,12;40:6;41:8;42:13;
 43:1;49:23;51:23;53:24;
 56:15
**Although (1)**
 7:18
**always (1)**
 74:3
**ambiguous (9)**
 10:6;61:14,23;63:6,13,

20;64:4,15;66:9

**amend (2)**
61:7,20

**amended (5)**
16:1,21;61:11;81:1;82:3

**amending (1)**
82:17

**Amendment (2)**
81:10;83:14

**among (2)**
21:9;80:3

**analysis (2)**
19:12;75:1

**Anne (1)**
12:1

**Annotated (2)**
76:23;77:6

**anomaly (1)**
62:10

**another (6)**
8:17;22:7;24:10;25:22;
42:4;86:13

**answer (10)**
8:22;9:2,10;10:9,13,17;
22:17;33:13;54:14;61:12

**answering (3)**
8:15,16;9:18

**anyone (4)**
7:22;9:17;40:16,23

**Anything (9)**
15:1;24:19;33:17,20,23,
25;34:3;41:15;87:1

**Apart (4)**
40:18,25;62:22;77:2

**apologize (2)**
13:25;38:10

**appearance (1)**
14:2

**appearances (1)**
7:5

**appears (3)**
18:3;64:22;65:3

**Appelt (2)**
38:9,16

**A-P-P-E-L-T (1)**
38:16

**application (5)**
29:15;43:14;45:2,15;
50:18

**apply (1)**
21:20

**appreciation (1)**
30:6

**approaches (1)**
74:8

**appropriate (2)**
66:8;72:14

**April (2)**
18:13;49:12

**area (1)**
42:10

**areas (3)**
21:25;22:4;43:3

**article (5)**
64:22;65:13;66:17;71:13,
23

**articles (2)**
42:12,19

**asked (6)**
9:8;10:21;14:18,22;15:5;
54:7

**asking (4)**
7:20;8:14;41:10;54:9

**aspect (1)**
42:4

**aspects (1)**
39:14

**assignment (2)**
65:17;66:8

**assist (1)**

86:2

**assistant (1)**
26:19

**associated (3)**
17:10,18;65:20

**assume (3)**
8:23;41:12,14

**attempt (2)**
21:9;78:2

**attempted (1)**
35:8

**attempting (1)**
74:14

**Attorney (6)**
7:7,10;15:18,22;36:24;
37:1

**attorney/client (1)**
41:9

**attorneys (5)**
9:11;15:12;38:5;39:13;
40:15

**audibly (1)**
9:3

**audit (1)**
50:19

**auditing (1)**
67:9

**authenticity (1)**
76:3

**available (2)**
29:14;38:9

**aware (16)**
43:8;68:10,19,23;69:1,5,
7,14;72:20,25;76:15,19;
83:25;84:5,6;86:8

**B**

**babies (2)**
49:15,17

**baby (1)**
49:7

**baby's (1)**
49:2

**bachelor's (2)**
22:25;23:10

**back (8)**
14:1;46:25;54:20;58:8;
62:6;67:19;70:20;86:14

**background (3)**
40:4,7;44:6

**based (7)**
25:10;35:1;57:16;61:17;
62:1;66:17;77:7

**basically (1)**
31:17

**because (8)**
8:12;14:1;16:18;40:18;
55:7;70:6;74:10;85:22

**becoming (1)**
19:2

**been (20)**
7:13;12:9,11;16:5,11;
17:22;18:10,11;29:21;
31:21;32:13;38:21;40:13;
46:1;56:5;64:13;80:22,24;
81:24;82:1

**Before (31)**
6:4;7:15;8:15,16;12:10,
13,14;15:16;16:13,14;18:2;
19:2,6,19;32:1,2,18;38:14;
39:10,11;41:2;53:15;59:5,
7;60:5;64:2,20;77:2,4;
79:10;90:21

**begin (1)**
6:4

**being (2)**
6:8,17

**believe (14)**
12:16;13:9;16:22;17:4;

34:11,20;35:3,11;41:9;
42:25;62:11;69:19;74:20;
78:1

**best (3)**
17:16,20;65:20

**better (2)**
72:19;74:15

**between (5)**
22:18;43:20;49:14;57:25;
75:10

**beyond (1)**
70:4

**bias (1)**
71:13

**Bibliographies (2)**
24:16;25:24

**bilaterally (1)**
21:13

**biology (1)**
24:1

**birth (86)**
13:23;15:7,11;18:17;
31:16;42:22;43:12;44:10;
45:5,16,18,20,25;46:6,11,
15;47:15,22,24;48:2,9,12,
21;49:1,2,3,6,10,12,22;
51:10,24;52:5,7,13,17;
53:21;54:8,11;55:1;57:3,13,
18;58:17,21;60:7,11,19;
61:4,8,15,16,21,24,25;63:8,
13,17;67:6,24;68:10,16;
69:23;70:3,8,18;72:23;73:3,
9,15,16,18;76:4,17;80:25;
82:2,24;83:15,24;84:2,2,8,
14;85:1;86:6,11

**birthrate (1)**
14:11

**births (2)**
53:19;54:21

**Bishop (1)**

32:5

**bit (1)**
31:7

**Board (10)**
28:15;29:10,11,19,23;
30:13,14,19,23,24

**Borelli (1)**
6:20

**born (16)**
49:7,15,17;54:25;60:20,
23;61:13,22;63:6,13,19;
64:4;66:9,19;80:22;81:24

**both (2)**
60:20,23

**bottom (2)**
55:17;56:8

**branch (1)**
67:25

**break (10)**
9:14,17,19;37:22;46:19,
21;47:3;59:16;86:13,16

**brief (2)**
19:4;31:4

**briefly (3)**
31:3;39:11;69:11

**BUCHERT (18)**
6:3,11,15,18;7:4,14;28:1,
2;46:17,24;47:4;59:15,20,
21;65:5;86:12,17;87:3

**build (3)**
29:5,7;78:10

**Byron (1)**
90:2

---

# C

**can (28)**
10:22;16:5,8;20:15;
22:13;24:8;26:25;31:18;
34:25;42:25;43:2,9;45:9,

11;53:9;54:4,14;55:11;
56:7,10;58:7;61:3;70:2,9,
10;74:6;75:18;77:4

**cannot (4)**
8:11;9:4;60:25;70:7

**can't (6)**
9:19;10:20;38:4;77:1,3;
85:21

**capacity (1)**
15:24

**card (4)**
43:24;72:21;73:22,23

**career (2)**
26:1;27:1

**carefully (1)**
10:13

**case (30)**
7:9;12:18,19;13:8;14:3;
15:4,16,19;16:2;17:10,18;
21:21;31:8,12,13;32:7,22;
34:14,23;38:2,20;39:7;
41:2;69:2,15;72:21;75:5,9;
82:20;90:2

**cause (2)**
29:2;83:22

**CDC (3)**
39:24;68:1;78:23

**Center (12)**
42:1;48:17;67:24,25;
78:4,5,6,12;82:8;83:3,13;
84:12

**Centers (3)**
18:22;42:14;84:14

**certain (2)**
14:14;44:21

**certificate (50)**
13:24;15:7,11;42:22;
43:12;44:10;45:5,16,18,20,
25;46:7,11,15;47:14;48:3,
11;49:6;52:7,13,19;54:8;

55:1;56:25;57:4,13,18;
60:11;61:8,15,16,21,24;
62:1;63:17;70:3,8,18;
72:23;73:3,9,18;76:4;
80:25;82:2,25;83:15,24;
84:3;86:6

**certificates (10)**
48:15;54:1,12;60:7;
75:22;76:10,18,18;77:11;
86:11

**certified (2)**
80:19;81:21

**change (11)**
13:23;33:17;55:25;56:18;
57:14;58:6;70:2,19;82:24;
83:16,23

**changed (6)**
56:1,19;80:22,24;81:24;
82:1

**Chapter (3)**
29:24;31:2;77:19

**chapters (1)**
30:10

**characteristics (1)**
15:9

**Chief (2)**
28:23;29:12

**child (13)**
42:21;44:20;51:12;52:4;
56:22;60:14,20,23;61:3;
63:6,13;65:17;73:12

**children (3)**
54:24;63:19;66:9

**child's (2)**
55:25;56:18

**chromosomal (1)**
61:17

**chromosome (2)**
64:6;66:12

**circumstances (1)**

45:24

**citations (1)**
65:9

**cite (1)**
62:23

**cited (2)**
41:21,23

**cites (1)**
71:12

**citizenship (7)**
43:3,9,13,22,23;44:10;
45:7

**civic (1)**
28:14

**claim (2)**
45:10;73:11

**clarified (1)**
27:24

**clarify (2)**
6:5;50:4

**clear (5)**
8:3;9:5,12,13;45:5

**close (2)**
59:7;78:22

**closed (1)**
59:6

**closure (1)**
62:14

**co-author (1)**
22:16

**Code (4)**
76:22;77:5,17;78:16

**cohort (1)**
27:6

**cohorts (1)**
75:11

**colleague (1)**
6:20

**collect (2)**
15:10;28:24

**collected (2)**
49:1;76:16

**collecting (3)**
29:13;58:4;86:9

**collection (5)**
18:16;39:22;49:18;78:20,
24

**collects (4)**
12:24;29:17;48:20;78:7

**College (1)**
23:4

**combination (1)**
21:17

**combined (2)**
45:8;48:12

**Combs (1)**
10:25

**come (3)**
41:21;46:25;86:14

**comes (6)**
34:2;40:9;44:11;51:19;
59:9;84:24

**comfortable (1)**
66:16

**comment (1)**
85:25

**compare (1)**
83:5

**competent (2)**
80:20;81:22

**compiles (1)**
47:15

**compiling (2)**
19:13;49:12

**complaint (3)**
16:2,21,25

**complete (5)**
9:25;24:7;33:5,16;34:19

**completed (1)**
61:4

**completeness (1)**
58:18

**completing (1)**
41:25

**comprise (1)**
80:6

**computer (3)**
21:18;48:12;57:6

**concerns (1)**
16:23

**conclude (1)**
86:19

**Conclusion (4)**
72:1,2,11;74:20

**condition (4)**
62:20;63:24;64:5;66:19

**conditional (3)**
59:1,4,10

**conduct (3)**
52:8;72:15;85:10

**conducted (1)**
42:18

**conferences (1)**
25:25

**confidence (2)**
74:7;75:8

**confident (1)**
71:9

**confidential (3)**
53:7;55:15;60:1

**confirming (1)**
53:10

**conflict (8)**
20:19,23;21:1,12,23,24;
22:8;39:18

**confused (1)**
81:13

**congenital (1)**
62:10

**congruent (1)**

**completeness (1)**
65:18

**consensus (1)**
66:8

**consider (8)**
37:2,5,8,11,14,17;41:17;
76:6

**considering (1)**
79:25

**consistent (8)**
11:5;58:7;69:23;74:21;
75:3;83:2;84:3;85:2

**contained (2)**
50:25;51:1

**contains (4)**
32:8;34:12,21;35:4

**content (2)**
14:4;18:8

**context (1)**
26:8

**contract (2)**
50:16;78:23

**Control (5)**
18:23;42:15;68:1;78:7;
84:15

**conversations (6)**
37:25;38:23,25;40:15;
73:8;85:11

**coordinate (1)**
31:1

**copies (2)**
11:15;52:6

**copy (5)**
52:6,18;77:4;80:20;81:22

**Cordell (1)**
29:24

**correct (64)**
6:14;19:24;23:17,18,20,
21,23,24;28:19;31:9;32:10;
35:16,21;36:1,6,7,10,11,14,
15,18,19,22,23,25;49:7,8,

10,11,25;51:3,4;54:17,22,
23;56:6,23,24;57:1,2,8,17,
22;58:23,24;59:13,14;
60:15,16;62:21;63:1,2,4,5,
9;64:6,24;65:3;66:13,21;
67:10;68:20;71:17;79:16

**corrected (4)**
55:24;56:17;69:2,15

**correctly (11)**
48:23;56:2;58:19;60:21;
65:22;66:4;68:4;80:8;81:2;
82:4,5

**correlations (1)**
42:20

**cosmetic (1)**
65:20

**Could (25)**
11:24;15:8;21:20;26:7,
12;32:23;38:12;43:8,11,15;
44:5;49:14;51:5;52:10;
53:11;61:13,22;67:15;
79:18;80:15;81:7;82:14,17;
85:5,24

**couldn't (3)**
15:15;60:6;64:8

**Council (4)**
22:7,14,21;24:13

**counsel (8)**
6:5;38:1,1,9,20;41:6;
53:4;60:3

**counsel's (1)**
38:11

**countries (4)**
21:9,12;22:20;30:9

**country (1)**
21:12

**counts (1)**
53:20

**couple (1)**
55:6

**courses (3)**
20:11,13,17

**court (9)**
7:21;8:12;9:3;34:13,22,
25;35:4;80:20;81:22

**craft (1)**
30:14

**created (1)**
57:14

**creates (1)**
70:12

**criteria (1)**
83:21

**curious (1)**
44:5

**current (6)**
12:5,7;39:19;40:13;46:3;
57:11

**curriculum (1)**
24:7

**CV (3)**
25:4,20;27:19

# D

**data (54)**
13:1;15:7;18:16,25;
19:12;24:22;25:10;29:6,14,
14;39:20,22,22;40:1,10;
42:6,8,8;44:13;47:16,21,24;
48:20,25;49:4,16;50:15,17;
52:5;58:4,15;67:22,24;
68:11;70:19;71:8,14;72:4,
14;73:9,16,25;74:4,12,16,
21;75:1,2,3,14;78:24;85:15,
23;86:2

**databases (1)**
78:10

**date (2)**
15:15;90:22

**day (2)**
10:23;90:22

**death (8)**
18:17,18;28:16,20;29:2;
48:15;56:25;76:18

**deaths (2)**
29:1,8

**December (1)**
49:18

**decide (2)**
21:13;34:22

**Declaration (34)**
16:21;32:21,24;33:2,5,15,
18,21;34:1,4,7,9,12,21;35:2,
3,10;39:8;40:16,24;41:2,21,
24;47:8;50:6;51:6,19;62:7,
8;65:8,10;70:21;71:3,12

**declarations (3)**
17:18,19;35:16

**deemed (3)**
69:22;84:2;85:1

**defendant (1)**
13:7

**defendants (3)**
7:5,8;11:10

**Defendants' (2)**
31:22;60:3

**defendant's (1)**
53:4

**defense (2)**
38:20;41:6

**define (2)**
42:15;85:5

**defined (1)**
62:12

**defining (1)**
62:24

**definition (1)**
62:12

**definitions (1)**

**80:4**

**degree (9)**
22:25;23:3,6,11,14,16,19,
25;70:16

**degrees (1)**
23:9

**delete (1)**
33:20

**delivered (1)**
25:24

**delivers (1)**
67:23

**delivery (1)**
48:14

**demonstrate (1)**
43:7

**Department (12)**
12:3;15:11;19:6,19;20:4,
9,12;28:23;44:13;45:17;
47:14;68:8

**department's (1)**
38:8

**deposed (2)**
12:10,11

**deposition (8)**
6:7;7:16,18;39:2,5;64:3;
86:20;87:8

**describe (3)**
12:23;26:7;73:5

**described (2)**
14:7;28:11

**describes (1)**
83:21

**description (1)**
32:8

**design (1)**
21:19

**designate (3)**
73:2,20;84:8

**designated (3)**

61:14,23;68:16

**designating (1)**
    73:3

**designation (19)**
    13:23;55:1;61:7,16,25;
    68:20;69:9,22,23;70:2,8;
    82:24;83:15,23;84:1,3,25;
    85:2;86:6

**detailed (1)**
    79:23

**determination (2)**
    35:1;63:18

**determinations (1)**
    31:16

**develop (2)**
    21:18;75:7

**developing (1)**
    65:17

**Dianna (2)**
    7:6;38:7

**died (1)**
    56:22

**difference (1)**
    43:20

**differences (1)**
    57:24

**different (6)**
    25:5;43:21;68:15;74:6;
    75:14;85:22

**differential (1)**
    26:24

**direct (1)**
    51:11

**Director (3)**
    12:7;18:11;19:3

**directors (1)**
    29:23

**disclosing (2)**
    37:20,24

**disclosure (3)**

32:4;39:8;80:5

**Disclosures (3)**
    31:23;50:5;67:20

**discovery (2)**
    53:4;60:3

**discussing (1)**
    56:5

**Disease (5)**
    18:22;42:15;67:25;78:7;
    84:14

**disputes (1)**
    21:10

**dissertation (3)**
    21:1,4,8

**Division (1)**
    19:10

**divisions (2)**
    19:14;85:13

**divorce (1)**
    18:18

**doctoral (3)**
    20:25;21:3,7

**document (22)**
    16:13,14;17:13;18:1;
    32:1,2,17;35:8;42:23;43:1,
    2,6;44:11;52:19;53:9,11,15;
    60:5;76:25;79:9,10;80:16

**documentation (4)**
    44:22;45:1;61:20;62:4

**documents (6)**
    39:9;41:17,18,23;43:21;
    73:21

**doesn't (1)**
    75:4

**doing (3)**
    7:20;59:16;75:15

**done (3)**
    20:22;62:19,22

**don't (23)**
    17:4,17;23:16,19,22,25;

31:14;33:8;38:10;40:18;
43:19;44:16;46:17;53:13;
54:10,11;60:8;61:2;63:11,
23;66:1;85:24;86:17

**down (2)**
    8:13;9:4

**Dr (6)**
    17:3,6;35:14,14,20,21

**drawn (1)**
    47:21

**driver's (5)**
    46:3,4;69:9,16;70:11

**drug (1)**
    29:2

**due (2)**
    29:3;71:13

**duly (1)**
    7:13

**during (3)**
    14:2;26:1;54:25

**duties (3)**
    18:14;19:9;30:21

**dysphoria (6)**
    25:2,16;27:15;36:13,17;
    37:15

**E**

**each (4)**
    8:13;14:8;44:25;76:20

**easier (2)**
    7:17;81:7

**easy (1)**
    11:21

**ed (1)**
    26:25

**educated (1)**
    42:10

**education (3)**
    26:20;30:17;39:14

**effort (3)**
    10:12,16;74:15

**eight (1)**
    71:22

**either (5)**
    22:1;24:18,23;25:1;74:17

**electronic (4)**
    52:18;60:18;71:14;74:22

**electronically (1)**
    11:16

**element (1)**
    71:8

**elements (2)**
    48:25;50:15

**else (2)**
    15:1;87:1

**emphasizes (1)**
    72:17

**employed (1)**
    19:4

**encourage (1)**
    26:21

**endocrinology (2)**
    23:20;37:12

**enforcement (1)**
    29:6

**engaged (1)**
    31:7

**enjoyed (1)**
    21:2

**enough (1)**
    82:11

**enrollment (2)**
    73:12;75:11

**entered (1)**
    48:2

**entire (1)**
    20:9

**entities (5)**
    52:8,13;54:9,16;76:12

**enumeration (1)**
43:10

**epidemiologists (1)**
85:16

**ERRATA (1)**
90:1

**error (2)**
71:14;72:7

**errors (1)**
74:1

**establish (7)**
43:2,12;45:11;71:8;
73:11;74:4;83:22

**established (1)**
83:11

**establishes (1)**
45:6

**establishing (1)**
67:17

**estimation (1)**
14:19

**et (1)**
90:2

**ethnicity (1)**
48:17

**etiology (4)**
35:25;36:3,5,13

**Ettner (3)**
17:3;35:14,20

**evaluate (2)**
35:5;76:3

**evaluating (3)**
39:20;71:13;72:6

**even (1)**
72:22

**event (3)**
39:17,18;49:13

**events (7)**
18:16,22;30:15;31:1;
76:17;78:8,10

**ever (7)**
12:9,12;15:17;60:4;
64:19;77:1,3

**every (3)**
10:12,16;85:22

**everyone (4)**
7:18;46:20;87:4,5

**exactly (3)**
14:6;44:1;70:3

**EXAMINATION (1)**
7:14

**Examiner (1)**
28:24

**Examiner's (1)**
29:13

**example (6)**
21:11;26:17;43:14;48:13;
55:15;73:1

**examples (3)**
20:16;55:6,12

**except (1)**
6:6

**exchange (1)**
52:21

**exclusion (1)**
27:13

**executive (1)**
31:3

**Exhibit (42)**
16:5,10,12;17:22,23;
31:22,25;32:14,15,25;47:6;
48:5;50:11,12,12;51:5;
52:23,24;53:3,6,7;54:20;
58:8;59:23,24;60:2,18;
62:6;64:11,14,18;67:2,20;
69:12,19;71:19,19,20;
76:22,24;79:7,8

**exhibits (3)**
11:9,12;64:2

**exist (1)**

57:25

**expected (1)**
32:9

**experience (3)**
43:11,16,18

**experiments (3)**
21:22;22:9;24:17

**expert (15)**
13:10;17:2,5,9,19;31:8,
23;32:4;37:2,5,8,12,15,18;
39:8

**expertise (1)**
63:23

**explain (3)**
31:18;39:23;74:14

**explained (1)**
40:9

**explicitly (1)**
27:4

**expressed (1)**
35:20

**extent (1)**
14:16

**extracted (2)**
49:5,9

# F

**facility (1)**
42:1

**fact (1)**
73:14

**facts (4)**
41:3,13;46:15;52:4

**failures (1)**
74:17

**fall (3)**
15:14;38:3;39:1

**false (1)**
74:18

**falsely (1)**
74:17

**familiar (6)**
41:24;42:11;43:4;63:24;
70:4;82:11

**familiarity (2)**
44:9;74:9

**far (5)**
33:8,15;34:17;71:24;
84:19

**fatal (1)**
29:1

**features (1)**
21:19

**federal (9)**
70:13,17;75:24;76:3,12;
77:12,20;78:13;86:2

**feedback (1)**
48:16

**feel (2)**
34:6;66:16

**feeling (1)**
46:18

**female (9)**
46:12;54:2;60:25;66:20;
69:3,17;72:22;73:2,24

**fetal (2)**
18:18;42:20

**few (3)**
17:25;18:7;68:13

**field (12)**
26:22;37:3,6,9,12;55:21,
23;57:17,19;61:3,20;62:5

**fifth (1)**
56:7

**file (20)**
47:24;49:24;51:2,19;
52:18;53:22;54:15,18;56:1,
5,19;57:6,9,21;58:1,6,23;
59:6,8,11

**files (3)**
19:13;47:16,21
**find (2)**
65:24;81:4
**fine (1)**
46:22
**finish (3)**
8:14,16;49:11
**finished (3)**
9:18;49:16;86:24
**firm (1)**
6:25
**first (5)**
15:3;38:1;58:10;65:12;
67:5
**fits (1)**
45:1
**five (3)**
20:2;47:1;79:19
**five-minute (2)**
46:19;86:13
**flip (1)**
58:8
**focused (2)**
26:23;27:4
**follow (5)**
39:24;77:24;78:2;79:3,5
**following (2)**
49:13;83:16
**follows (2)**
7:13;80:18
**follow-up (2)**
54:4,5
**forgot (1)**
14:1
**form (39)**
6:7;33:7,12;34:16;35:7;
40:18,25;41:7,8;42:24;
45:22;46:13;52:2;57:23;
61:1,9,18;62:2;63:10,15,22;

64:7;65:1;66:14,22;70:15;
73:6;74:2,24;76:1;77:15,
25;80:12;82:10,16,21;83:4,
19;85:4
**formally (1)**
85:21
**forming (2)**
39:15;41:16
**forms (3)**
75:21;76:9;77:10
**founding (1)**
29:20
**four (3)**
30:20;49:14;67:20
**from (46)**
6:25;7:9;9:24;12:25;
15:11;16:23;23:3,11,11;
25:21;29:6,16;40:18,25;
42:1,5;43:10;44:11;47:21;
48:1,11,15,17;49:6;51:19;
52:5,14;53:20;54:21;55:17;
56:8;62:12,23;66:18;68:15;
69:18;71:4;73:7;74:25;
77:2,5;78:8;79:3,5;85:11;
90:4
**front (4)**
11:16;16:8;71:1,21
**fulfill (1)**
30:16
**fulfillment (1)**
58:11
**full (2)**
11:24;14:16
**fully (1)**
10:14
**Fulton (1)**
23:4
**functional (1)**
65:21
**functions (3)**

50:20;67:9;80:6

## G

**game (1)**
21:17
**gave (1)**
41:11
**gender (31)**
11:5;13:23;24:24;25:2,
13,16;26:6,8,11,15;27:15;
36:5,9,13,17,21;37:15,18;
65:18;68:14,22;69:3,10,17,
24;70:9;84:4,8;85:2;86:7,
11
**General (5)**
15:18,22;30:23;38:8;
69:13
**General's (2)**
7:7,10
**generated (1)**
48:12
**genital (1)**
65:19
**genitalia (8)**
61:14,23;63:7,14,20;64:5,
15;66:9
**gestational (3)**
14:15,20;48:14
**give (6)**
20:15;26:17;30:24;44:5,
17;81:7
**given (4)**
7:23;48:21;59:11;63:3
**gives (1)**
28:9
**giving (1)**
9:24
**glad (1)**
26:17

**goal (2)**
26:20;29:4
**going (8)**
8:23;31:20;54:4,19;
59:17;74:16;75:17,18
**gone (1)**
17:12
**Good (1)**
6:9
**Gore (3)**
10:25;11:4;90:2
**Gould (1)**
7:1
**government (6)**
18:25;19:14;47:17;50:17;
68:3,7
**graduate (2)**
23:9;26:18
**grassroots (1)**
30:4
**Gray (1)**
32:5
**great (8)**
6:15;11:14,18;27:22;
46:24;50:9;59:20;74:25
**group (2)**
30:4;65:15
**guess (2)**
30:5;40:6
**guidance (7)**
45:3;77:24;78:19;79:3,5,
23;82:8
**guide (2)**
41:25;78:24
**guidelines (2)**
76:15,19

## H

**half (1)**

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 100 of 114 PageID #: 2433

20:2

**happen (1)**
38:24

**hard (1)**
55:7

**Having (5)**
7:13;35:13;38:8;40:6;
57:10

**head (1)**
9:4

**Health (32)**
12:4;18:12;19:6,20;
28:23;29:7,7;42:2,8;47:14,
17;48:18;50:18;51:12,13,
17,24;52:5,8,15;67:24;72:5,
15;78:4,5,13;82:8;83:3,13;
84:12;85:13,16

**healthcare (3)**
14:24;71:14;74:23

**heard (1)**
38:13

**hearing (1)**
12:13

**held (1)**
31:2

**help (6)**
30:15;40:16,23;42:9;
44:14,24

**helped (1)**
31:1

**helps (2)**
39:23;44:25

**Herchon (1)**
42:11

**herein (1)**
71:13

**Heron (1)**
42:11

**Hi (1)**
6:10

**high (1)**
85:15

**higher (2)**
26:20,25

**highlights (2)**
72:6;74:5

**Hold (2)**
16:16;70:24

**Homeland (2)**
68:9,11

**homicides (1)**
28:25

**honestly (2)**
10:18;15:14

**honorifics (1)**
11:4

**hopefully (1)**
7:17

**hoping (1)**
54:13

**hormonal (1)**
62:1

**hour (1)**
39:9

**However (1)**
9:16

**Hull (1)**
29:24

**hundred (1)**
75:13

**hurry (1)**
66:1

**hypospadias (7)**
62:11;63:7,14,20,25;
64:16;66:10

---

**I**

**ID (2)**
45:9,16

**Ideally (1)**
74:25

**identification (14)**
16:10;17:23;31:25;32:15;
42:23;43:1;45:6;52:24;
57:18;59:24;64:18;71:20;
76:24;79:8

**identified (5)**
27:5,8;41:18;56:25;61:3

**identifiers (2)**
67:8;75:10

**identifies (2)**
72:22,23

**identify (4)**
27:10;60:25;70:14;84:9

**identity (32)**
11:5;24:24;25:13;26:6,8,
11,12,15,24;36:5,9;37:18;
43:7;46:12;65:18;67:14,18;
68:15,22,24;69:4,10,17,24;
70:9;73:21,23;84:4,8;85:3,
20;86:7

**immediately (1)**
44:17

**impact (3)**
26:12;27:1;72:7

**importance (2)**
72:6,18

**important (10)**
21:19;42:4,13;46:10,14;
72:13;74:20;77:22;78:1;
79:1

**include (2)**
18:17;77:19

**included (1)**
41:3

**includes (1)**
53:25

**Inclusion (1)**
67:7

**incomplete (1)**
62:14

**inconsistency (1)**
73:24

**inconsistent (1)**
82:7

**indicated (1)**
57:12

**indicating (2)**
80:21;81:23

**indicator (1)**
51:11

**individual (7)**
22:20;54:1;60:12;80:22,
25;81:24;82:2

**individuals (3)**
13:22;64:16;84:7

**individual's (2)**
80:24;82:1

**induce (1)**
18:18

**Induced (2)**
12:25;18:19

**infants (1)**
44:15

**inferences (1)**
72:19

**information (43)**
10:9;12:24;15:5;18:17;
28:24;29:16;34:12,21;35:4,
9;40:12;41:5,11;42:16;
44:18;45:12;47:13,15,25;
48:2,11,15;49:5,9;50:24,25;
51:1,16;52:14,17;53:25;
54:14;55:14;60:1;63:17;
70:19;75:12;76:17;78:8,11;
84:11,17;86:10

**informs (1)**
39:19

**initial (3)**

72:10;73:11,14
**Injunctive (1)**
  16:22
**input (2)**
  30:24;74:21
**inputs (1)**
  73:25
**instead (1)**
  8:1
**instructed (3)**
  9:10;41:12,14
**interest (8)**
  20:24;26:13;51:23;85:8,
  8,14,18,18
**interested (1)**
  27:7
**interjurisdictional (1)**
  52:21
**internally (1)**
  75:2
**International (10)**
  20:6,14,18,18;21:24;22:5,
  8,10,12;24:11
**into (3)**
  45:1;47:16;55:6
**introductory (1)**
  20:17
**involve (1)**
  74:11
**involved (3)**
  19:11;31:19;61:10
**Iowa (1)**
  23:12
**IRB (1)**
  42:5
**issuance (1)**
  80:5
**issue (2)**
  12:19;82:19
**issued (3)**

13:24;57:5;60:12
**issues (1)**
  74:22
**items (3)**
  48:21;76:16;77:19

**J**

**Jae (1)**
  7:11
**Jaime (1)**
  10:25
**January (2)**
  29:21;49:15
**job (4)**
  40:13;42:3,4;44:11
**John (2)**
  6:23,24
**joining (3)**
  6:23;19:19;64:3
**journal (3)**
  24:10;25:23;65:4
**jurisdiction (2)**
  80:21;81:23
**jurisdictions (1)**
  78:9
**jury (2)**
  34:13;35:5
**just (21)**
  6:4;10:21;11:20;14:3;
  16:25;23:10;27:4,23;37:22;
  41:18;43:10;44:5;49:16;
  50:2,4,23;53:10;57:3;
  64:20;77:2;83:11

**K**

**Kayla (2)**
  10:25;90:2
**keep (3)**

49:20;75:17,18
**key (1)**
  16:23
**kind (4)**
  21:15;49:18,19;85:25
**kinds (1)**
  44:21
**KN (1)**
  11:1
**know (37)**
  8:21;9:15;14:4;15:8;
  17:12;20:22;22:1;31:15,17;
  33:8,15;37:22;38:3;40:18,
  21;41:1;42:14;43:11,23;
  44:4,19;45:14;46:2,14,17;
  50:3;52:3;53:13;58:1;60:8;
  63:11;67:15;74:15;78:3;
  84:19;85:21,24
**knowledge (2)**
  66:23;69:13
**known (4)**
  40:19;47:22;49:23;62:11

**L**

**laboratory (3)**
  21:22;22:9;24:17
**lack (3)**
  65:16;66:5,7
**LAMBDA (1)**
  6:21
**language (3)**
  70:4;82:12;83:6
**large (1)**
  22:19
**last (7)**
  6:12;15:14;16:17;38:16;
  54:5;65:12;83:9
**law (12)**
  6:25;29:6;58:12;70:1,4;

77:8;78:2;82:12,15,19,25;
  83:6
**laws (2)**
  80:1;82:7
**lawsuit (1)**
  13:20
**lawyers (2)**
  9:7;41:11
**lead (2)**
  73:25,25
**learn (2)**
  15:4;42:7
**learned (1)**
  29:16
**least (3)**
  45:3;50:14;72:20
**leave (1)**
  34:3
**lecture (1)**
  26:15
**lectures (8)**
  25:5,8,12,15;26:2,5;27:2,
  15
**Lee (1)**
  90:2
**Lefler (10)**
  6:9,13;7:12;12:1;47:5;
  86:18,22,24;90:3,24
**Legal (2)**
  6:21;58:18
**legislators (1)**
  79:24
**less (1)**
  76:5
**lessons (1)**
  29:16
**LG (1)**
  10:25
**license (2)**
  46:3,4

**licenses (3)**
69:10,16;70:12

**likely (1)**
86:1

**Lim (1)**
7:11

**limitations (1)**
70:1

**line (1)**
9:18

**link (2)**
73:16;74:15

**linkage (10)**
42:8;71:14;72:4,7,14;
74:1,7,12,22;75:8

**linkages (1)**
72:18

**linked (1)**
48:15

**linking (1)**
74:3

**list (1)**
24:9

**listed (6)**
25:20,21;27:19;28:5,9;
55:2

**lists (3)**
24:3;25:4;60:14

**literature (2)**
40:8;42:19

**little (2)**
31:7;55:7

**live (7)**
14:10;47:15;48:12;49:6;
52:7,13;54:8

**lives (1)**
26:12

**local (1)**
30:3

**logic (3)**

**59:1,4,10**

**logical (2)**
58:20,25

**long (7)**
18:10,10;19:15,25;29:18;
30:18;46:2

**longer (1)**
59:10

**Long-term (1)**
64:16

**look (13)**
24:6;43:16;47:7;52:22;
55:13,15,19;67:1;71:18;
75:23;76:12;77:12;78:19

**looked (5)**
39:10;57:11;64:2,9,20

**looking (3)**
16:17;27:25;50:8

**looks (4)**
22:24;24:4;25:6;29:22

**lot (4)**
26:23;40:12;42:7;74:11

## M

**made (1)**
9:9

**maintain (2)**
75:20;77:9

**maintaining (1)**
76:8

**maintains (3)**
48:20;58:16;68:24

**maintenance (2)**
78:20,25

**make (16)**
7:5,17;9:8;10:12,16;
11:21;31:17;33:11;35:1,12;
61:17;62:1;63:18;65:9;
72:19;85:24

**making (1)**
31:15

**male (11)**
54:2;56:18;57:1,5,13;
60:25;62:15;66:20;72:24;
73:4,20

**male' (1)**
55:25

**manage (1)**
18:21

**manner (1)**
29:3

**many (11)**
13:16;17:13;18:21;20:13;
25:25;30:9;38:19,22;60:7;
80:6;86:1

**marked (12)**
16:10;17:23;31:25;32:15,
25;47:6;52:24;59:24;64:18;
71:20;76:24;79:8

**marriage (1)**
18:18

**match (4)**
68:21;69:10;74:18,18

**matches (4)**
70:18;71:9;74:5;75:13

**matching (3)**
67:8,12;73:4

**maternal (3)**
42:20;51:12;52:4

**matter (6)**
6:19,22;10:24;17:3,7;
26:14

**matters (1)**
32:6

**may (6)**
9:7;10:23;33:12;82:23;
83:5,22

**maybe (2)**
43:24;44:16

**mean (4)**
26:8;52:10;66:1;77:2

**meaning (1)**
9:19

**means (1)**
64:10

**measure (2)**
74:7;75:7

**meatus (1)**
62:15

**Medicaid (4)**
71:5;72:21;73:22;75:11

**Medical (8)**
28:24;29:12;45:9;61:4;
63:16;64:17;66:5,7

**medication (1)**
9:23

**medicine (1)**
23:14

**meet (1)**
7:2

**meeting (3)**
39:10;64:21;77:2

**member (2)**
27:6;30:24

**members (1)**
29:12

**membership (1)**
22:19

**mental (1)**
29:6

**mentioned (1)**
24:14

**mentioning (1)**
17:15

**mentorship (1)**
26:19

**Merchant (1)**
7:1

**method (1)**

74:14

**methods (2)**
20:20;74:6

**Middle (3)**
19:7,21;22:3

**might (5)**
21:11;26:8,12;37:25;
74:14

**military (1)**
22:11

**mind (2)**
34:2;46:21

**mine (2)**
10:3;24:11

**minimum (1)**
77:19

**minutes (1)**
47:1

**mismatches (1)**
70:12

**mission (1)**
30:16

**Missouri (1)**
23:5

**Model (10)**
20:19;21:18,20;79:13,22;
80:2,14;81:19;83:3,12

**modifying (1)**
86:10

**monitor (1)**
29:4

**monitoring (1)**
40:10

**month (2)**
38:4;90:22

**months (3)**
19:17,18;49:14

**more (9)**
10:9;14:4;19:11;42:7,9;
44:6;48:20;71:8;86:18

**mother (1)**
73:11

**mother's (1)**
48:13

**move (3)**
28:13;66:25;79:7

**much (5)**
6:4,17;21:2;31:14;66:2

**multiple (1)**
74:16

**must (4)**
9:2,10;75:23;77:12

**myself (1)**
32:5

## N

**name (11)**
6:12,18;11:24;12:1;
38:13,15,16;80:24;82:1;
90:2,3

**name] (3)**
55:16;56:11,12

**names (2)**
17:14;38:11

**narrative (1)**
29:8

**Nashville (1)**
29:24

**National (17)**
42:1;48:17;67:24;75:24;
76:13,15;77:13,21;78:3,5,
10,12,14;82:8;83:2,13;
84:11

**Nations (7)**
20:20;21:14;22:6,19,21;
24:13;30:6

**nation's (1)**
84:23

**nationwide (3)**

75:20;76:8;77:9

**nature (1)**
36:9

**NCHS (3)**
78:19;79:3,5

**necessary (1)**
67:6

**need (12)**
7:24;9:14;10:8;14:1;
16:16;33:9;34:6;37:22;
44:21;59:16;66:2;87:1

**needed (2)**
9:16;61:20

**needs (4)**
8:13;9:17;34:22;62:4

**negative (1)**
74:18

**negotiate (1)**
21:13

**network (1)**
29:6

**neurobiology (2)**
23:23;37:9

**never (2)**
12:11;41:1

**newborn (2)**
44:14;67:16

**next (2)**
8:11;68:12

**Nice (1)**
7:2

**ninth (1)**
55:16

**nod (1)**
8:1

**nods (1)**
9:4

**None (3)**
17:11;27:20;43:8

**note (3)**

55:23;60:18,19

**notes (2)**
55:21;56:15

**Nothing (1)**
34:2

**noticed (1)**
20:21

**notwithstanding (1)**
66:11

**number (6)**
14:8;44:20;45:13;53:18;
54:21;75:9

**numbered (1)**
11:13

**numbers (1)**
44:15

## O

**oath (1)**
8:6

**Object (34)**
33:7;35:7;41:7,8,8;42:24;
45:22;46:13;57:23;61:1,9,
18;62:2;63:10,15,22;64:7;
65:1;66:14,22;70:15;73:6;
74:2,24;76:1;77:15,25;
80:12;82:10,16,21;83:4,19;
85:4

**objection (7)**
9:8;27:23;33:12;34:15,
24;52:1;76:14

**objections (2)**
6:6;9:9

**objective (1)**
76:7

**observable (1)**
14:20

**obtain (1)**
23:6

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 104 of 114 PageID #: 2437

**obtained (1)**
48:11

**obvious (1)**
53:5

**Occasionally (1)**
9:7

**occur (1)**
29:8

**occurred (1)**
53:19

**occurring (1)**
49:13

**occurs (1)**
48:21

**October (1)**
12:16

**off (2)**
46:25;86:15

**offering (9)**
35:15,19,22,24;36:4,8,12,16,20

**Office (20)**
7:8,10;15:17,22;28:23;29:13;47:12;48:19;52:14;57:20;58:15;67:23;71:4;75:23;76:11;77:11,23;78:6,18;79:2

**officer (1)**
31:3

**Offices (2)**
52:20;85:13

**Oh (8)**
13:4;37:20;44:3;46:6;65:2;71:24;81:5,12

**Okay (79)**
6:15;8:11;9:14;11:17,18,23;12:2,5,9,15,22;13:6,10;15:1,3,21;16:4,11,19,24;17:2,5,16,21;18:14;19:9,18,25;20:4,8,15;22:22;24:18;

28:1;29:18;30:21;31:20;32:8,12;33:14;37:20;41:16;43:25;46:20,24;47:9;48:25;49:22;50:1,9;51:5;53:1,23;54:19,24;55:5,18;56:7,14;59:4,9,18,20,22;62:9,19;66:5,25;67:3,19;68:12;70:20;71:1,3,22;80:10;81:12,18;86:13

**omits (1)**
24:10

**on (101)**
7:18;11:19;13:23;14:3;15:10,16;16:6,16;17:12;20:17,21,23;21:1;22:6,7,9,11,20;25:10,20,21;26:23;27:4,19;28:5,9,13,15;29:14,19,22;30:18,23,24;31:14;32:24,25;33:9,18;35:1,25;36:5,9,13,17,21;37:15,18;40:17;47:8,13;48:20;49:3;50:11;53:5,21;54:20;55:1;56:1,19;57:6,13,16,17,20;59:11;61:2,7,15,16,17,20,24,25;62:1,16;63:4,12;66:8,17,25;68:21;69:9;70:1,2,8,10,24;71:22;72:7;77:7;78:19,24;79:19;82:24;83:15,23;84:2,7;86:6,11

**Once (2)**
13:18;70:21

**one (22)**
9:7;11:13;24:4,4;38:13;43:22,23;44:11;47:7;48:25;51:8;54:3,20;60:8;62:13;66:17,18;67:12;68:6;72:20;74:14;75:12

**ones (1)**
25:21

**only (2)**

9:9;29:4

**open (3)**
9:20;16:18;76:19

**opening (1)**
62:16

**opinion (15)**
31:8,14;35:15,19,25;36:4,8,12,16,20;39:15;41:13,16;60:24;61:2

**opinions (6)**
31:7,11,13;32:9;35:20,22

**optimal (1)**
65:16

**order (7)**
61:7;72:14,19;75:19;77:8;80:20;81:22

**Organization (4)**
24:12;30:2,11,16

**organizations (2)**
22:12;30:8

**organize (1)**
30:15

**organs (2)**
60:20,24

**other (52)**
15:23;18:25;19:14;21:25;23:8;25:18,19;27:17,18,20;28:4,5,7,8,11;30:9;35:18,23;38:11;39:25;40:21;41:3,5,17;43:5;45:24;46:6,7,8;50:17;51:22;52:3,20;54:1;69:13;70:13,17;71:7;73:20;74:10;76:2,6;77:18;80:6;84:5,19;85:7,12,17,25;86:4,8

**out (2)**
17:11;34:3

**Outcome (2)**
64:17;65:21

**outcomes (4)**

9:5;42:21;51:12;52:5

**outlier (2)**
84:23;85:6

**outreach (1)**
30:16

**outside (1)**
66:15

**over (2)**
7:16;58:7

**overdoses (1)**
29:2

**own (4)**
40:17;41:4;73:17;79:25

**Oxford (2)**
24:15;25:24

## P

**package (1)**
11:12

**page (12)**
16:17;32:23;47:8;48:4;58:9;60:17;71:22;79:19;80:15,16;81:9,13

**Page/Line (1)**
90:4

**pages (1)**
17:13

**paper (4)**
22:6,7;24:12,15

**paragraph (15)**
47:7,11;48:7;50:11;51:8,18;58:9;62:7;65:13;67:4,5,19,21;79:20;80:17

**paragraphs (1)**
65:7

**parameters (1)**
42:15

**parents (2)**
44:16,25

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 105 of 114 PageID #: 2438

**part (2)**
  17:13;40:10
**participate (1)**
  84:20
**particular (4)**
  15:9;20:24;42:16;74:13
**particularly (1)**
  39:17
**partnership (1)**
  78:22
**party (1)**
  13:3
**passion (1)**
  21:25
**passport (7)**
  43:13;44:4;45:15,20,21;
  46:7,8
**patients (1)**
  65:15
**PDF (3)**
  79:19;80:16;81:9
**peer (3)**
  64:23;65:4,10
**pending (1)**
  9:20
**penis (1)**
  62:16
**people (9)**
  27:3,5,9;64:4;66:19;
  68:20;69:8;70:7;86:5
**people's (1)**
  52:7
**per (1)**
  54:21
**percent (1)**
  75:13
**percentage (1)**
  14:13
**perfect (2)**
  74:5;75:12

**perform (1)**
  59:10
**performance (1)**
  59:1
**performed (6)**
  14:9,14,21,23;59:5,7
**performing (2)**
  19:12;70:18
**perineoscrotal (3)**
  63:25;64:15;66:10
**period (5)**
  19:4;31:5;49:19;54:25;
  58:3
**periods (1)**
  14:15
**permission (1)**
  44:17
**permit (3)**
  69:21;83:25;86:5
**permits (1)**
  83:14
**permitting (1)**
  84:24
**person (13)**
  45:10;57:1,4,10;61:13,
  22;68:14;69:21;70:2;82:23;
  83:23;84:1,25
**personal (2)**
  43:11;67:7
**persons (2)**
  36:22;57:5
**person's (8)**
  26:11;57:12,17;67:13,17;
  83:15,16;85:20
**perspective (1)**
  75:1
**pertain (1)**
  42:19
**pertaining (1)**
  55:16

**PhD (1)**
  23:11
**photo (2)**
  45:9,15
**physical (1)**
  52:19
**picked (1)**
  69:19
**piece (1)**
  45:1
**pieces (2)**
  40:22;41:3
**place (1)**
  84:7
**places (1)**
  71:7
**plaintiff (2)**
  72:21;73:1
**plaintiffs (7)**
  6:19,22,25;10:24;69:1,
  15;73:19
**Planning (1)**
  19:10
**please (5)**
  8:14,21;9:15;11:24;81:14
**pm (1)**
  87:9
**policies (1)**
  85:23
**Policy (3)**
  19:10;76:7;84:23
**Political (4)**
  19:7;20:6,14;23:1
**poor (1)**
  73:25
**population (1)**
  14:11
**portion (4)**
  43:13;50:14;77:17;86:19
**portrays (1)**

**35:11**
**position (1)**
  19:16
**positive (1)**
  74:17
**possess (4)**
  23:8,13,16,19
**possible (5)**
  29:15;57:17,24;72:19;
  79:4
**potential (2)**
  72:7;73:12
**practices (2)**
  80:4;86:9
**preface (1)**
  79:18
**Pregnancy (2)**
  13:1;18:20
**premarked (8)**
  16:5,12;17:22;31:22;
  32:13;53:2;60:2;64:13
**preparation (2)**
  39:2;40:4
**prepare (3)**
  39:4;40:16;58:13
**prepared (3)**
  33:16;39:7;40:17
**prepares (1)**
  63:16
**prescribed (2)**
  81:1;82:3
**presence (1)**
  66:11
**presentations (8)**
  25:5,19,25;27:18;28:4,8,
  10;63:3
**presents (1)**
  24:7
**president (2)**
  31:4,4

**prevent (1)**
9:24

**Prevention (3)**
18:23;68:1;78:7

**primary (6)**
22:4;38:25;40:3;64:23;
67:22;73:10

**printed (1)**
11:14

**prior (1)**
14:2

**privilege (1)**
41:10

**probably (1)**
40:2

**procedure (3)**
80:23;81:25;83:17

**procedures (1)**
80:5

**process (2)**
31:19;36:21

**processes (1)**
39:22

**product (1)**
48:10

**profession (2)**
40:9,10

**professional (1)**
28:14

**Professor (1)**
19:7

**program (4)**
26:19,21;28:22;84:20

**programs (2)**
67:8,13

**project (1)**
22:9

**promote (4)**
30:5;75:20;77:8;80:3

**promoting (1)**

76:7

**promotion (1)**
26:21

**pronounce (1)**
6:12

**pronouns (1)**
11:3

**protocols (2)**
39:24;74:10

**prove (1)**
45:9

**provide (7)**
14:24;15:5;44:21;45:15;
52:6,12;79:23

**provided (6)**
41:6;50:15,24;53:3;60:2;
62:4

**provider (2)**
61:5;63:16

**providers (1)**
14:24

**providing (1)**
85:14

**provision (1)**
83:2

**psychiatry (1)**
37:3

**psychology (2)**
23:17;37:6

**Psychosexual (1)**
64:17

**Public (10)**
18:12;19:1;47:16;50:18;
51:12,17,24;52:8,15;54:9

**publication (3)**
24:10;25:23,23

**publications (14)**
24:4,8,9,19,23;25:1,18;
27:17;28:4,7,10,12;63:1;
65:10

**publish (1)**
58:13

**published (4)**
22:6;65:4;79:15;83:13

**pull (1)**
16:5

**purpose (7)**
29:9,11;30:12,14;68:12;
73:4;80:13

**purposely (1)**
34:3

**purposes (3)**
49:21;57:19;58:5

**put (1)**
21:16

# Q

**quality (2)**
73:25;85:15

**question (20)**
8:17;9:8,10,18,20;10:3,5,
9;13:21;14:2;22:16;28:3;
33:13;44:4;52:11;54:5,13;
61:12;76:5;82:22

**questions (15)**
7:25;8:15,23;9:2;10:13,
17;14:18,22;17:25;18:7;
54:6;68:13;86:18,21,23

**quick (1)**
69:18

**quickly (1)**
64:9

# R

**race (1)**
48:17

**Rachel (2)**
38:9,15

**R-A-C-H-E-L (1)**
38:15

**Rachel's (1)**
38:13

**Randi (1)**
17:3

**rate (1)**
14:10

**read (17)**
16:3;40:8;45:4;48:23;
50:21;56:2;58:19;60:21;
65:22;66:3;68:4;69:11;
80:8;81:2;82:4,5;86:25

**reading (4)**
7:22;17:17;53:24;69:18

**reads (1)**
16:20

**real (1)**
21:20

**really (4)**
31:14;42:2;43:19;46:18

**reared (2)**
63:21;66:20

**rearing (1)**
65:19

**reason (2)**
10:20,22

**reasons (1)**
70:1

**recalling (1)**
17:14

**receipt (2)**
80:19;81:21

**receive (1)**
11:9

**received (4)**
11:12;35:9;39:9;64:1

**recent (1)**
46:5

**recognize (2)**

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 107 of 114 PageID #: 2440

76:25;79:9

**recollection (2)**
17:17,20

**recommended (1)**
77:20

**record (13)**
9:9;11:25;45:9;46:25;
53:6;55:24;56:17;57:12;
60:19;63:13;67:8;84:8;
86:15

**recorded (9)**
6:8;8:3;49:2,3;51:9,23;
53:21;63:8,12

**recording (2)**
7:19;78:20

**records (27)**
29:7;32:6;52:20;57:25;
58:16;61:11;68:21;69:3;
70:11;71:4,15;73:2,4,17,22;
74:23;75:21,23;76:9,11;
77:10,12,23;78:19;79:2;
81:11;85:12

**Recordsextracts (1)**
47:13

**refer (4)**
10:23;62:10;65:7;68:13

**referenced (1)**
51:18

**referred (3)**
16:25;43:21;78:15

**referring (5)**
11:2;27:9;58:22;68:14;
81:15

**refers (1)**
68:8

**reflect (6)**
46:11;69:3,16;70:9;
73:23;86:7

**regard (6)**
21:4;22:14;38:2;41:20;

74:19;82:17

**regarding (3)**
12:19,20;62:20

**regards (1)**
82:23

**registrars (1)**
79:23

**registration (1)**
80:4

**regularly (1)**
42:2

**regulation (2)**
81:1;82:3

**Regulations (6)**
79:14,22;80:1,2;82:7;
85:23

**relating (1)**
34:7

**Relations (5)**
20:7,14,18;22:5,10

**relative (1)**
14:10

**release (2)**
39:25;40:11

**relevant (3)**
15:6;26:13;40:13

**reliability (1)**
35:6

**reliable (1)**
85:15

**Relief (1)**
16:22

**rely (1)**
39:15

**remain (4)**
55:15;57:19;58:7;60:1

**remember (8)**
15:2,15;17:17;38:4,8,10;
45:23;46:1

**remembering (2)**

17:8;46:5

**remind (1)**
37:21

**render (1)**
31:8

**renew (1)**
46:2

**repeat (2)**
82:14,18

**rephrase (3)**
8:22;28:3;52:10

**report (5)**
17:3,6;84:11,13,17

**reported (1)**
47:13

**reporter (3)**
7:21;8:12;9:3

**reporting (5)**
18:21;28:16,21;52:4;
84:21

**reports (9)**
14:7;17:10;35:13,16,18;
75:22;76:10;77:11,18

**represent (2)**
6:18;46:15

**representation (1)**
22:18

**representatives (2)**
50:16;78:23

**representing (6)**
6:21,24;7:8;9:11;13:2,3

**reproductive (1)**
14:12

**request (1)**
52:14

**requests (1)**
42:5

**required (1)**
77:18

**requirements (1)**

84:21

**requires (1)**
8:8

**reread (1)**
81:14

**Research (28)**
19:5;20:20;21:15;22:1,5,
11;26:19;39:16;40:7;42:17;
47:17;50:19;51:13,17,25;
52:16;54:16;58:5;62:20,22;
64:23;72:5,15;74:10,13;
75:1,11;85:10

**researchers (9)**
19:1;39:25;42:6;50:16,
24;74:6;75:6;85:15;86:2

**reserved (1)**
6:6

**resolution (5)**
20:19,23;21:1,24;22:8

**resolve (2)**
21:9;74:22

**resource (1)**
72:5

**resources (1)**
29:14

**respect (5)**
15:19;24:17;35:10;86:9,
10

**respects (2)**
33:3,6

**responding (1)**
35:17

**response (2)**
35:15;53:14

**responses (2)**
7:23;16:23

**responsibilities (5)**
18:15;30:23;42:3;44:12;
58:12

**responsibility (2)**

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 108 of 114 PageID #: 2441

42:5,10

**responsible (5)**
75:24;76:13;77:13,20;
78:14

**result (2)**
74:16;83:17

**resulting (1)**
62:15

**results (1)**
72:8

**résumé (13)**
18:3,4,8;19:21;20:21;
22:25;24:3,6;25:22;27:25;
28:6,9,15

**returns (1)**
77:18

**revealing (1)**
40:14

**Review (4)**
24:11;42:5,19;74:10

**reviewed (10)**
16:1;17:2,5,9;35:13;39:6;
57:16;64:23;65:4,10

**reviewing (1)**
49:16

**reviews (1)**
58:16

**revision (1)**
79:25

**right (7)**
16:24;24:5;55:20;56:5;
66:25;86:25;87:2

**risks (1)**
74:3

**role (10)**
12:22,23;13:11,14,17;
15:23;19:16;22:2;31:15;
61:10

**roles (1)**
68:25

**rotate (1)**
55:10

**routine (1)**
72:4

**row (2)**
55:20;56:7

**rules (1)**
39:22

## S

**sadly (1)**
56:22

**Safety (2)**
68:8,11

**same (8)**
8:12;11:6;34:24;49:17;
56:4;67:17;84:20,21

**Sara (1)**
7:11

**Sasha (1)**
6:18

**saying (2)**
8:2;44:2

**scenarios (1)**
21:21

**school (1)**
22:2

**Science (4)**
19:7;20:6,14;23:1

**scope (1)**
66:15

**screen (2)**
11:19;16:7

**screening (1)**
67:16

**scroll (1)**
16:16

**Sebold (1)**
17:6

**second (5)**
16:16;60:17;70:24;79:19,
20

**section (15)**
70:23;71:3;72:1,2;73:5;
77:5,16;80:17;81:7,10,14,
16;83:6,7,21

**Security (24)**
18:24;20:19;22:7,14,21;
24:13;43:10;44:14,15,18,
20,22;45:4,12;48:16;68:2,9,
11,21,24;69:2;70:10;73:22;
84:18

**Sedgwick (1)**
7:11

**seeking (1)**
31:17

**seeks (1)**
30:4

**seem (1)**
45:23

**select (1)**
29:1

**selected (1)**
28:9

**selection (1)**
24:8

**send (1)**
44:17

**sense (1)**
22:18

**sent (2)**
11:10;69:12

**sentence (5)**
58:10;65:12;66:18;67:5;
83:9

**sentences (1)**
79:21

**series (1)**
54:5

**serve (5)**
13:10;28:15;29:22;73:4;
80:3

**served (4)**
29:18;30:18,20;31:2

**service (2)**
14:25;28:14

**services (1)**
73:13

**serving (1)**
22:2

**set (1)**
28:10

**sets (2)**
67:7;75:14

**setting (1)**
45:18

**seven (1)**
58:9

**sex (53)**
15:10;31:16;35:25;36:3;
42:20;49:2,3;51:9,23;52:4;
53:21;54:2,21;55:1,25;
56:18;57:5,10,12;60:14,20,
24;61:7,16,25;63:8,12,19;
65:16;66:8;67:6;68:15,20;
69:8,22,23;70:2,7;71:7;
73:20,24;80:21;81:23;
82:24;83:14,16,23;84:3,13;
85:1,1;86:6,10

**shall (3)**
77:19;80:25;82:2

**share (5)**
11:19;16:6;19:13;52:17;
54:11

**shared (3)**
54:7,15;71:5

**shares (1)**
44:13

**sharing (3)**

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 109 of 114 PageID #: 2442

18:25;68:10;85:23

**Shayne (1)**
17:6

**SHEET (1)**
90:1

**SHEW (45)**
7:6,6;27:23;33:7,11;
34:15,24;35:7;38:7;41:7;
42:24;45:22;46:13;52:1;
53:5;57:23;61:1,9,18;62:2;
63:10,15,22;64:7;65:1;
66:14,22;70:15;73:6;74:2,
24;76:1,14;77:15,25;80:12;
82:10,16,21;83:4,19;85:4;
86:22,23;87:5

**shopping (1)**
21:8

**Short (2)**
47:3;86:16

**show (2)**
31:20;61:6

**showed (2)**
57:5,9

**showing (4)**
16:11;53:2;59:25;64:13

**shows (3)**
54:20,24;57:7

**sign (1)**
86:25

**signature (1)**
32:24

**significant (1)**
20:23

**similar (6)**
30:8;84:11,17;85:8,18,25

**simulations (1)**
21:18

**situation (1)**
85:6

**situations (1)**

82:23

**six (3)**
47:8;48:4;58:9

**Social (17)**
18:23;43:10;44:14,15,18,
20,22;45:4,12;48:16;68:1,
21,23;69:2;70:10;73:21;
84:17

**solely (1)**
35:1

**someone (1)**
68:14

**something (2)**
8:21;33:9

**sometimes (1)**
44:16

**soon (1)**
49:6

**sorry (21)**
13:25;21:6;33:24;34:9;
38:12,18;46:5;52:11;53:10;
54:3;65:2,25;66:6;70:24;
71:24;72:25;81:3,6,12,13,
20

**sounds (2)**
21:23;72:12

**source (2)**
24:22;62:23

**sources (1)**
62:13

**speak (7)**
8:11;34:17;36:2;38:1,5;
43:9;85:21

**Specialist (1)**
19:5

**specific (3)**
29:5;40:20;53:25

**specifically (10)**
17:11,15;26:16;28:25;
60:9;64:8;69:5;77:3;79:20;

82:13

**spell (1)**
38:12

**spoke (2)**
39:2,12

**spoken (1)**
38:19

**SSA (1)**
68:2

**standardized (1)**
48:16

**stands (1)**
17:11

**start (2)**
8:15;47:1

**started (2)**
7:15;11:23

**state (48)**
11:24;12:24;13:4,6,7,22,
24;14:7,9,12,21,23;15:18,
23;16:23;18:25;19:8,14,21;
28:23;45:17;48:22;52:20;
53:19;58:12,14;60:13;68:3,
6;69:25;70:13,17;76:2,20;
79:13,21,23,24,25;80:6,22;
81:24;82:12;83:6,12,22;
85:12,22

**statement (4)**
43:23;66:17;68:7;80:11

**statements (5)**
32:22;35:12,23;39:6;40:4

**states (36)**
16:22;30:9,10;47:11;
48:7;50:12;51:9,22;52:3;
58:10;65:14;67:5,21;71:4;
72:2,3;76:6,16;78:8,9;80:3,
18;81:19;83:9,25;84:5,6,10,
13,16,19;85:7,17,22;86:1,5

**states' (1)**
86:8

**state's (3)**
15:12;18:16;31:15

**Statistical (27)**
19:5;47:23,25;48:1,10;
49:1,20,23,24;51:1,19;
53:22;54:15,18;56:1,4,19;
57:6,9,20;58:1,5,17,21,22;
59:6,11

**Statistics (49)**
12:8;18:11;19:3;24:20,
21;25:9,11;26:3;31:19;
32:6;34:18;39:17,18;42:2,
6;48:18,20;49:12;52:15;
57:20;58:7,14,16;67:23,25;
74:11;75:10,25;76:13;
77:14,21;78:4,6,13,14,21;
79:14,24;80:1,7;82:9;83:3,
12,14;84:12,24;85:9,13,19

**step (1)**
14:1

**steward (1)**
18:24

**still (1)**
81:3

**stipulate (1)**
6:5

**stop (2)**
49:19,19

**stopped (1)**
58:4

**Strike (3)**
34:10;66:6;83:10

**strong (2)**
59:17;85:14

**structured (1)**
39:23

**studies (3)**
21:21;41:20,22

**study (7)**
64:14,19,23;65:6;72:6,

17;74:5

**studying (1)**
39:19

**style (1)**
40:20

**subject (3)**
26:14;37:15,18

**submit (3)**
13:13;45:14,19

**submitted (3)**
45:25;58:2,3

**Subscribed (1)**
90:21

**subsection (3)**
77:7;78:15;81:17

**subsequent (1)**
42:17

**subset (1)**
77:16

**substance (1)**
37:24

**substantive (1)**
40:14

**success (1)**
27:1

**sufficient (2)**
45:11;83:22

**suicides (1)**
28:25

**summary (1)**
53:18

**supervise (2)**
18:15;32:5

**sure (19)**
11:21;13:9;31:17;44:1,3,
7,9;45:17;52:12;61:12,19;
62:3;64:12;70:16,22;73:15;
76:2;81:16;85:5

**surface (1)**
62:16

**surgery (1)**
65:19

**Surgical (4)**
64:17;80:23;81:25;83:17

**surveillance (8)**
47:17;50:18;51:13,17,25;
52:9,16;54:10

**sworn (3)**
6:2;7:13;90:21

**System (16)**
28:17,21;47:23,25;48:1,
10;49:2,23;57:6;58:17,21;
75:21;76:9;77:10;80:7;
84:23

**systems (3)**
49:2;74:16;75:3

## T

**table (4)**
53:24;54:3,20;55:6

**taking (1)**
46:21

**talk (4)**
22:13;26:15;31:6;43:15

**talked (3)**
24:16;27:20;39:11

**talking (2)**
50:5;83:7

**Tara (1)**
6:20

**taught (2)**
20:13,17

**Taylor (3)**
17:6;35:14,21

**teach (1)**
20:11

**team (1)**
29:17

**TennCare (4)**

71:5;73:2,8,15

**Tennessee (43)**
7:7,9;12:3,21;13:5,6,7,24;
15:10,18,23;19:8,19,21;
22:3;28:16,20,22;47:14,22;
48:9;49:1,22;53:20;58:12;
68:2,6,8;69:20,25;75:22;
76:10,22;77:5,11,23;78:15,
18;79:2;82:12,15,19,25

**Tennessee-issued (4)**
69:9,16;70:11;73:23

**Tennessee's (5)**
15:7;82:6;84:22;85:8,18

**term (2)**
62:24;64:2

**Termination (2)**
12:25;18:19

**terminations (1)**
18:19

**terminology (1)**
64:9

**terms (5)**
14:8,23;39:21;58:14;
65:17

**terrible (1)**
50:2

**test (1)**
59:10

**tested (1)**
21:21

**testified (6)**
7:13;12:12,14;14:6;
15:20;54:10

**testify (2)**
8:9;13:16

**testimony (6)**
7:22;9:25;13:14;14:5,17;
32:9

**tests (2)**
59:2,5

**Thanks (4)**
6:17;8:20;87:5,6

**theory (2)**
21:8,17

**things (1)**
10:21

**think (16)**
10:22;26:10;27:24;47:8;
50:7;56:12;66:3;67:17;
69:11;76:5;77:22;79:1,5;
80:16;84:6,6

**thinking (1)**
26:18

**third (2)**
22:8;79:20

**those (30)**
11:15;18:22;25:19;26:2,
5;27:2,18;28:5,8,11;29:8;
35:17,23;38:23;39:11;
41:22;43:3,20;44:24;47:21;
52:7,13;54:8,15;74:22;
75:14;76:11,19;84:10,16

**though (2)**
72:22;83:11

**three (6)**
19:17,18;25:4;32:23;
38:21;50:11

**through (8)**
11:13;17:12;42:7;52:20;
55:5,13;59:1;76:10

**Throughout (1)**
10:23

**times (3)**
13:16;38:19,21

**title (2)**
12:6,7

**titled (1)**
64:14

**today (13)**
6:17;7:10;8:6;9:25;

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 111 of 114 PageID #: 2444

10:12;11:11;39:3,10;56:5;
64:3,21;86:18;87:2

**today's (1)**
  39:5

**together (2)**
  21:16;45:11

**tool (1)**
  45:6

**tools (1)**
  75:7

**topic (1)**
  21:2

**total (2)**
  14:8;48:19

**training (2)**
  23:22;39:16

**trans (1)**
  84:25

**transcript (1)**
  7:21

**transgender (12)**
  11:1;27:3,9;36:22;68:13,
  19;69:7,21;70:7;73:19;
  84:1;86:5

**transition (1)**
  36:21

**treated (1)**
  26:25

**treatment (1)**
  36:17

**trend (1)**
  14:20

**trial (2)**
  12:12,14

**true (1)**
  9:24

**truthfully (1)**
  8:9

**try (5)**
  8:16,22;9:15;29:7;70:13

**trying (3)**
  44:24;46:1;81:4

**turn (13)**
  16:4;17:21;31:21;32:13,
  23;47:5;51:8;55:11;56:7;
  59:22;64:11;76:21;80:15

**turning (2)**
  54:3;60:17

**two (9)**
  21:12;24:3,9,18;38:21;
  43:20;48:7;55:6;74:5

**type (2)**
  39:18;65:6

**types (1)**
  65:19

**typically (2)**
  63:7;66:20

**U**

**uh-huhs (1)**
  9:5

**uh-uhs (1)**
  9:5

**UN (1)**
  22:14

**unaltered (1)**
  57:19

**UNA-USA (3)**
  29:23;30:2,3

**unbiased (1)**
  72:18

**uncertain (1)**
  34:25

**under (4)**
  8:6;9:23;58:12;81:10

**undergraduate (1)**
  23:9

**understand (23)**
  8:5,7,20;10:3;11:7;13:21;

26:9;34:13;42:14;43:1,6,
19;44:25;50:23;54:12;57:3;
69:25;73:7;77:4;82:22;
83:1,20;85:11

**understanding (8)**
  30:5;39:21;47:10;55:14;
  66:6;78:17;82:15,18

**understood (5)**
  8:23;9:21,22;43:22;68:17

**uniformity (4)**
  75:20;76:8;77:9;80:3

**United (9)**
  20:19;21:14;22:6,19,21;
  24:13;30:6,10;78:9

**University (3)**
  19:8,22;23:12

**unknown (8)**
  55:2;57:7,10;60:15;
  61:14,23;63:8;66:21

**unless (1)**
  9:10

**up (8)**
  16:6,17;47:1;61:17;62:1;
  64:2,9;69:19

**update (9)**
  61:15,24;62:4;69:8,21;
  70:7;84:1,25;86:5

**updating (1)**
  49:20

**upon (3)**
  39:15;80:19;81:21

**up-to-date (1)**
  18:4

**urethra (1)**
  62:15

**urethral (1)**
  62:15

**use (13)**
  11:20;22:9;24:21;25:11;
  34:18;43:4,9,12;44:10;

52:3;73:9;74:11;86:1

**used (15)**
  40:3;41:25;42:17,25;
  43:2,6;47:16;51:11,16;
  62:12;67:8,16;71:8;85:9,19

**users (3)**
  50:17;58:15;67:22

**uses (2)**
  45:17;67:12

**using (5)**
  11:3,11;51:23;73:1,16

**V**

**valid (1)**
  75:2

**validity (4)**
  58:18,20,25;76:4

**valuable (1)**
  72:5

**values (1)**
  48:13

**VANESSA (5)**
  7:12;12:1;87:6;90:3,24

**variable (1)**
  26:13

**variables (1)**
  75:5

**variety (3)**
  30:22;73:8;75:5

**ventral (1)**
  62:16

**venue (1)**
  21:8

**verbally (1)**
  7:24

**verification (1)**
  67:13

**verify (3)**
  58:25;70:14;85:19

Case 3:19-cv-00328  Document 93-16  Filed 05/29/20  Page 112 of 114 PageID #: 2445

**version (2)**
46:3;57:11
**vice (1)**
31:4
**video (1)**
7:19
**Violent (4)**
28:16,20;29:3,8
**virtually (1)**
7:11
**vitae (1)**
24:7
**Vital (54)**
12:8;18:11,16;19:3;
24:19,21;25:9,11;26:3;
31:18;32:6,6;34:18;42:6;
47:12;48:19;52:15,20;
57:20,25;58:13,16;61:11;
67:23;74:11;75:10,21,23,
24;76:9,11,13,17;77:10,12,
13,21,23;78:8,10,14,19,21;
79:2,13,24;80:1,7;81:10;
83:12;84:24;85:9,12,19

## W

**wait (1)**
33:9
**waiting (1)**
53:13
**wanted (2)**
11:20;55:12
**wanting (1)**
22:17
**way (7)**
10:6;15:10;40:3;55:20;
58:6;66:15;83:20
**ways (4)**
26:24;42:16;43:5;73:8
**Westminster (2)**

23:4,11
**what's (6)**
16:4,11;17:21;31:21;
47:6;53:2
**whenever (2)**
9:16;79:4
**Whereupon (1)**
87:8
**wherever (1)**
35:9
**whether (10)**
13:22;14:19;15:8;22:17;
34:25;54:7,14;76:6;80:23;
81:25
**whose (2)**
54:25;68:14
**William (1)**
90:2
**Winemiller (1)**
6:24
**wish (2)**
33:23,25
**within (2)**
49:10;51:1
**Without (4)**
37:20,24;40:14;46:3
**Witness (11)**
6:2,10,13;7:2;33:14;
46:22;47:2;59:18;65:2;
87:7;90:3
**woman (1)**
73:19
**women (7)**
11:1;14:11;26:20,22;
27:5,9,10
**women's (1)**
26:24
**words (2)**
9:3;13:19
**work (14)**

12:2,3;15:6;19:15,25;
20:5,23;22:13;26:18;34:7,
13;35:11;39:19;78:22
**worked (6)**
14:3;15:16,17,21;19:20;
20:2
**works (1)**
6:21
**worksheets (1)**
42:1
**world (1)**
21:20
**wrap-up (1)**
87:1
**write (1)**
40:19
**writer (1)**
50:3
**writing (2)**
40:20;41:4
**written (3)**
13:13;41:1;62:25
**wrote (1)**
20:25

## X

**XY (1)**
64:16

## Y

**y'all (1)**
86:14
**year (6)**
14:8;29:21;49:10,13;
54:21;59:11
**years (3)**
20:3;30:20;40:21
**yourself (6)**

37:2,5,8,11,14,17

## 1

**1 (5)**
16:5,10,12;69:12,19
**10 (3)**
76:22,24;80:15
**11 (4)**
11:12,13;79:7,8
**15 (1)**
49:14
**18 (1)**
40:20
**19 (1)**
81:9
**1980 (2)**
53:20;54:21
**1992 (1)**
79:15
**1A (4)**
51:9,18;65:7,9
**1B (2)**
62:7;65:7
**1C (4)**
67:4;70:23;71:3;73:5
**1st (1)**
18:13

## 2

**2 (3)**
17:22,23;18:12
**2:54 (1)**
87:9
**2005 (1)**
56:22
**2006 (1)**
23:7
**2014 (1)**

Case 3:19-cv-00328   Document 93-16   Filed 05/29/20   Page 113 of 114 PageID #: 2446

71:13

**2015 (1)**
24:4

**2017 (1)**
24:5

**2018 (3)**
18:13;53:20;54:22

**2019 (6)**
12:17;29:21;38:3;39:1;
49:15,18

**2020 (1)**
90:22

**21 (6)**
80:16,17;81:10,13,14,16

---

**3**

**3 (6)**
31:22,25;47:6;50:12;
58:8;67:20

**3:51 (1)**
86:14

**300 (1)**
48:21

---

**4**

**4 (6)**
32:14,15,25;51:5;62:6;
67:2

**43 (1)**
54:24

**46 (1)**
64:16

**48 (2)**
83:25;84:6

---

**6**

**6 (4)**

---

52:23,24;53:3;54:20

**68-3-202 (2)**
76:23;78:16

---

**7**

**7 (2)**
59:23,24

---

**8**

**8 (2)**
64:14,18

---

**9**

**9 (2)**
71:19,20