The Motion is GRANTED.

*Eli Richardson*

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE; JAIME COMBS; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | No. 3:19-CV-00328 <br><br> DISTRICT JUDGE RICHARDSON <br> MAGISTRATE JUDGE HOLMES |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
### TO FILE CERTAIN EXHIBITS UNDER SEAL

Plaintiffs, by and through their undersigned counsel and pursuant to Local Rule 5.03, hereby respectfully move for leave to file certain exhibits to their Reply in Support of their Motion for Summary Judgment under seal. In support of this Motion, Plaintiffs state the following.

1.      The record in this case is subject to both a Stipulated Protective Order, Doc. 42, and two Orders of Protection Granting Leave for Plaintiffs L.G. and K.N. to Proceed Pseudonymously, Docs. 22 and 23, respectively.

2.      The Stipulated Protective Order expressly encompasses as "Confidential Information" "[v]ital records, vital statistics data, and other personal information maintained by Defendants relating to parties and non-parties to this litigation." Doc. 42, at 3.

3.      The Stipulated Protective Order specifically requires that the Recipient of documents containing such Confidential Information, when filing such a document with the Court, "shall file the document under seal with an accompanying motion to seal in accordance with Local

1