# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE; JAIME COMBS; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | Case No. 3:19-CV-00328 <br><br> DISTRICT JUDGE RICHARDSON <br> MAGISTRATE JUDGE HOLMES |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully bring to the Court's attention a development in federal law that is highly relevant to this litigation. Specifically, the Supreme Court of the United States issued its opinion in *Bostock v. Clayton County*, Case No. 17-1618, 2020 WL 3146686 (June 15, 2020), a case which asked the Supreme Court to decide "whether an employer can fire someone simply for being homosexual or transgender." *Id*. at *3. This question, much like Plaintiffs' Equal Protection claims in the present case, required an analysis of whether discrimination based on transgender status and sexual orientation is necessarily discrimination "because of sex." *Id*. at 5; *see* Amen. Compl., Doc. 59 at 33-36; Plaintiffs' Mem. in Support of Mot. for Sum. Jdg., Doc. 61 at 21-26; Plaintiffs' Reply in Support of Mot. for Sum. Jdg., Doc. 93 at 4-7.

The Supreme Court answered this question plainly and forcefully: "[I]t is impossible to discriminate against a person for being homosexual or transgender without discriminating against that individual based on sex." *Bostock* at *7. Justice Gorsuch, writing for the majority, held that

1

"discrimination based on homosexuality or transgender status necessarily entails discrimination based on sex; the first cannot happen without the second." *Id*. at *11.

In a dissenting opinion, Justice Alito observed that the Court's holding was not limited to the context of Title VII and that it is "virtually certain to have far-reaching consequences." *Id*. at *39 (Alito, J., dissenting). Justice Alito specifically identified the present case as one of those potentially impacted by the Court's interpretation of sex discrimination as encompassing sexual orientation and transgender status. *Id*. at *43 (Alito, J., dissenting).

Dated: July 2, 2020.

Respectfully submitted,

*s/ John T. Winemiller*

| | |
|---|---|
| Gavin R. Villareal* | John T. Winemiller |
| Maddy Dwertman* | MERCHANT & GOULD P.C. |
| Puneet Kohli* | 800 S. Gay Street, Suite 2150 |
| Samoneh Kadivar* | Knoxville, TN 37929 |
| BAKER BOTTS L.L.P. | Phone: (865) 380-5960 |
| 98 San Jacinto Boulevard, Suite 1500 | Facsimile: (612) 332-9081 |
| Austin, TX 78701-4078 | JWinemiller@merchantgould.com |
| Phone: (512) 322-2500 | |
| Facsimile: (512) 322-2501 | Omar Gonzalez-Pagan* |
| gavin.villareal@bakerbotts.com | LAMBDA LEGAL DEFENSE AND |
| maddy.dwertman@bakerbotts.com | EDUCATION FUND, INC. |
| puneet.kohli@bakerbotts.com | 120 Wall Street, 19th Floor |
| samoneh.kadivar@bakerbotts.com | New York, NY 10005-3919 |
| | Telephone: (212) 809-8585 |
| Brandt Thomas Roessler* | Facsimile: (212) 809-0055 |
| BAKER BOTTS L.L.P. | ogonzalez-pagan@lambdalegal.org |
| 30 Rockefeller Plaza | |
| New York, NY 10112-4498 | Tara L. Borelli* |
| Phone (212) 408-2500 | LAMBDA LEGAL DEFENSE AND |
| Facsimile: (212) 408-2501 | EDUCATION FUND, INC. |
| brandt.roessler@bakerbotts.com | 730 Peachtree Street NE, Suite 640 |
| | Atlanta, GA 30318-1210 |
| Kathryn S. Christopherson* | Telephone: (404) 897-1880 |
| BAKER BOTTS L.L.P. | Facsimile: (404) 897-1884 |
| 1001 Page Mill Rd., Bldg. One, Suite 200 | tborelli@lambdalegal.org |
| Palo Alto, CA 94304-1007 | |
| Phone: (650) 739-7500 | Sasha Buchert* |

2

Facsimile: (650) 739-7699  
kathryn.christopherson@bakerbotts.com

L<small>AMBDA</small> L<small>EGAL</small> D<small>EFENSE AND</small>  
 E<small>DUCATION</small> F<small>UND</small>, I<small>NC</small>.  
1776 K Street NW, Suite 722  
Washington, DC 20006  
Telephone: (202) 804-6245  
sbuchert@lambdalegal.org

*Counsel for Plaintiffs*  
\* *Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which provides electronic notice of the filing to all counsel of record, including:

Herbert H. Slatery III
Attorney General and Reporter

Dianna Baker Shew
Senior Assistant Attorney General
dianna.shew@ag.tn.gov
Sara E. Sedgwick
Senior Assistant Attorney General
sara.sedgwick@ag.tn.gov
PO Box 20207
Nashville, TN 37202

This 2nd day of July, 2020.

*s/John T. Winemiller*
John T. Winemiller