IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:19-cv-00328 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| WILLIAM BYRON LEE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Because of the pending dispositive motions (Doc. Nos. 60 and 65), the pretrial conference set for January 11, 2021, and the jury trial set for January 19, 2021, are canceled, to be rescheduled, if appropriate, after the Court's ruling on the dispositive motions.

In light of the uncertain duration of the ongoing COVID-19 pandemic, the number of jury trials that have had to be postponed, the legal imperative to prioritize criminal trials, and the congestion of the Court's calendar even prior to the pandemic, the Court would encourage all parties to make good-faith efforts to resolve their disputes through mediation or other forms of settlement discussions.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE