UNITED STATES DISTRICT COURT
DISTRICT FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KAYLA GORE; JAIME COMBS; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | No. 3:19-cv-00328 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Barbara D. Holmes |

## NOTICE OF CHANGE OF ADDRESS

Effective immediately, the business address for plaintiffs' counsel, Tara L. Borelli, is:

>Tara L. Borelli
>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
>158 West Ponce De Leon Avenue, Suite 105
>Decatur, GA 30030
>Telephone: 404-897-1880
>Facsimile: 404-506-9320

Respectfully submitted this 9th day of July, 2021.

>*s/John T. Winemiller*
>John T. Winemiller
>Merchant & Gould
>800 S. Gay Street, Suite 2150
>Knoxville, TN 37929
>Phone: (865) 380-5960
>Facsimile: (612) 332-9081
>JWinemiller@merchantgould.com

Tara L. Borelli
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
158 West Ponce De Leon Avenue, Suite 105
Decatur, GA 30030
Telephone: 404-897-1880
Facsimile: 404-506-9320
tborelli@lambdalegal.org
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 9, 2021, a copy of the foregoing *Notice of Change of Address* was filed electronically. Notice of this filing was served upon Defendants' counsel of record via email through the court's electronic filing system:

Dianna Baker Shew
Assistant Attorney General
P O Box 20207
Nashville, TN 37202-0207
(615) 532-1969
Dianna.Shew@ag.tn.gov

Matthew Floyd Jones
Office of Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
(615) 532-5817
matt.jones@ag.tn.gov

Sara E. Sedgwick
Senior Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 532-2589
Sara.Sedgwick@ag.tn.gov

Sung Jae Lim
Office of the Attorney General of Tennessee
Civil Rights and Claims Division
P.O. Box 20207
Nashville, TN 37202-0207
jae.lim@ag.tn.gov

Parties may access this filing through the Court's electronic filing system.

                *s/John T. Winemiller*