UNITED STATES DISTRICT COURT
DISTRICT FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KAYLA GORE; JAIME COMBS; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | No. 3:19-cv-00328 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Barbara D. Holmes |

## NOTICE OF CHANGE OF ADDRESS

Effective immediately, the business address for plaintiffs' counsel, Maddy R. Dwertman and Gavin R. Villareal, is:

>Maddy R. Dwertman
>Gavin R. Villareal
>BAKER BOTTS LLP
>401 S. 1st Street, Suite 1300
>Austin, Texas 78704
>Telephone: 512-322-2521
>Facsimile: 512-322-8321

Respectfully submitted this 31st day of January, 2023.

>*/s/ Maddy R. Dwertman*
>Maddy R. Dwertman
>Gavin R. Villareal
>BAKER BOTTS LLP
>401 S. 1st Street, Suite 1300
>Austin, Texas 78704
>Telephone: 512-322-2521
>Facsimile: 512-322-8321

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 31, 2023, a copy of the foregoing *Notice of Change of Address* was filed electronically. Notice of this filing was served upon Defendants' counsel of record via the court's electronic filing system:

Dianna Baker Shew
Assistant Attorney General
P O Box 20207
Nashville, TN 37202-0207
(615) 532-1969
Dianna.Shew@ag.tn.gov

Matthew Floyd Jones
Office of Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
(615) 532-5817
matt.jones@ag.tn.gov

Sara E. Sedgwick
Senior Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 532-2589
Sara.Sedgwick@ag.tn.gov

Sung Jae Lim
Office of the Attorney General of Tennessee
Civil Rights and Claims Division
P.O. Box 20207
Nashville, TN 37202-0207
jae.lim@ag.tn.gov

Parties may access this filing through the Court's electronic filing system.

              */s/ Maddy R. Dwertman*
              Maddy R. Dwertman