UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE; JAIME COMBS; L.G.; and K.N., <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and LISA PIERCEY, in her official capacity as Commissioner of the Tennessee Department of Health, <br><br> *Defendants*. | Case No. 3:19-CV-00328 <br><br> DISTRICT JUDGE RICHARDSON <br> MAGISTRATE JUDGE HOLMES |

## JOINT MOTION TO ASCERTAIN STATUS

The Parties jointly, and respectfully, move the Court to ascertain the status of their respective pending dispositive motions, in accordance with Local Rule 7.01(c).

Plaintiffs filed their Motion for Summary Judgment on March 9, 2020. (D.I. 60.) Defendants filed their response to the Motion on May 15, 2020. (D.I. 85.) Plaintiffs filed a reply on May 29, 2020. (D.I. 93.) The motion is fully briefed and is ready for the Court's consideration.

Defendants filed their Motion to Dismiss on March 17, 2020. (D.I. 65.) Plaintiffs filed their response to the Motion on March 25, 2020. (D.I. 71.) Defendants filed a reply on April 1, 2020. (D.I. 74.) The motion is fully briefed and is ready for the Court's consideration.

In recognition of the right of litigants to have their motions decided, the United States Court of Appeals for the Sixth Circuit requires litigants in the Parties' position to advocate for their right to the determination of pending motions through motions to expedite or other means. *See Diamond Club v. Ins. Co. of N. Am.*, 995 F.2d 1066 (6th Cir. 1993) (holding that litigant had waived its right

Case 3:19-cv-00328   Document 106   Filed 04/07/23   Page 1 of 4 PageID #: 2583

to complain of court's delay in rendering a decision when litigant "filed no motion to expedite or motion for a new trial in the district court").

The Parties' motions have been fully briefed and pending since mid-2020.[1] The Parties and their counsel are mindful of the Court's heavy docket, including the backlog of cases the Court assumed upon taking the bench in 2018 and the additional congestion created by the COVID-19 pandemic. They also appreciate the fact that the Court has been steadily working through this backlog. At the same time, the Parties are entitled to a decision on their motions. Therefore, the Parties respectfully request that this Court advise of the status of the pending motions.

---

[1] The Parties acknowledge that Plaintiffs filed notices of supplemental authority on July 2, 2020 (D.I. 98) and on December 17, 2020 (D.I. 102), to which Defendants responded on July 20, 2020 (D.I. 99) and on January 7, 2021 (D.I. 103), respectively.

2

Respectfully submitted:

*/s/ John T. Winemiller*  
John T. Winemiller    BPR 021084  
MERCHANT & GOULD  
9717 Cogdill Road, Suite 101  
Knoxville, TN 37932  
Phone: (865) 380-5960  
Facsimile: (612) 332-9081  
JWinemiller@merchantgould.com

Omar Gonzalez-Pagan*  
LAMBDA LEGAL DEFENSE AND  
EDUCATION FUND, INC.  
120 Wall Street, 19th Floor  
New York, NY 10005-3919  
Telephone: (212) 809-8585  
Facsimile: (212) 809-0055  
ogonzalez-pagan@lambdalegal.org

Tara L. Borelli*  
LAMBDA LEGAL DEFENSE AND  
EDUCATION FUND, INC.  
158 W. Ponce De Leon Ave., Ste. 105  
Decatur, GA 30030  
Telephone: (404) 897-1880  
Facsimile: (404) 506-9320  
tborelli@lambdalegal.org

Sasha Buchert*  
LAMBDA LEGAL DEFENSE AND  
EDUCATION FUND, INC.  
1776 K Street NW, Suite 722  
Washington, DC 20006  
Telephone: (202) 804-6245  
sbuchert@lambdalegal.org

Brandt Thomas Roessler*  
BAKER BOTTS L.L.P.  
30 Rockefeller Plaza  
New York, NY 10112-4498 Phone  
(212) 408-2500  
Facsimile: (212) 408-2501  
brandt.roessler@bakerbotts.com

*/s/ Dianna Baker Shew*  
Dianna Baker Shew    BPR 012793  
Senior Deputy Attorney General  
(615) 532-1969  
dianna.shew@ag.tn.gov

Matthew F. Jones    BPR 012793  
Assistant Attorney General  
(615) 532-5817  
matt.jones@ag.tn.gov

Sara E. Sedgwick    BPR 004336  
Senior Assistant Attorney General  
(615) 532-2589  
sara.sedgwick@ag.tn.gov  
P.O. Box 20207  
Nashville, TN 37202

*Counsel for Defendants*

Maddy Dwertman*
Gavin R. Villareal*
BAKER BOTTS L.L.P.
401 S. 1st Street, Suite 1300
Austin, Texas 78704
Telephone: 512-322-2521
Facsimile: 512-322-8321
maddy.dwertman@bakerbotts.com
gavin.villareal@bakerbotts.com

*Counsel for Plaintiffs*
* Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2023, I filed the foregoing electronically through the Court's CM/ECF system. Parties may access this filing through the Court's system.

*/s/ John Winemiller*
John T. Winemiller