IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:19-cv-00328 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| LEE et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The parties have filed a Motion to Ascertain Status (Doc. No. 106). The Motion is very well taken **GRANTED**. The Court is aware of the pending dispositive motions in this case (Doc. Nos. 60, 65), and can assure the parties that the motions are not on the metaphorical back burner and wishes to resolve them as soon as feasible. The Court also understands the parties' concern about the delay in the decision and is aware that the delay in this case has been unusually long.

Unfortunately, the Court is attempting to deal with a large number of criminal cases (which take precedence over civil cases, as counsel presumably are aware). In addition, the Court has more than 350 civil cases on its docket, with large numbers of involved dispositive motions. The Court will make a determination on the dispositive motions as soon as possible, and it has . The Court can assure counsel that it is working diligently to minimize these sorts of delays to the full extent possible under the prevailing circumstances.

The Court is in the beginning phases of a criminal trial that has been publicly estimated to take six weeks to try. But the Court can state that it has begun work on the dispositive motions and will continue to work on them throughout the trial when not on the bench.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE