# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| KAYLA GORE; JAIME COMBS; L.G.; and K.N. | ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | No.: 3:19-CV-00328 |
| WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and RALPH ALVARADO[1], in his Official capacity as Commissioner of the Tennessee Department of Health, | ) ) ) ) ) ) ) | DISTRICT JUDGE RICHARDSON MAGISTRATE JUDGE HOLMES |
| *Defendants.* | ) | |

## MOTION TO SUBSTITUTE COUNSEL

Pursuant to Rule 83.01(h) of the Local Rules of the United States District Court for the Middle District of Tennessee, the Defendants hereby move to substitute Reed N. Smith, Steven Griffin, and Trenton Meriwether for Matthew Jones and Jae S. Lim as counsel for the Defendants. Dianna Baker Shew and Sara E. Sedgwick will continue as counsel of record for the Defendants. Counsel for the Plaintiffs has no objection to this motion.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Dianna Baker Shew*
DIANNA BAKER SHEW, BPR 012793
Senior Deputy Attorney General

---

[1] Dr. Ralph Alvarado is now the Commissioner of the Tennessee Department of Health. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as a Defendant in the place of Dr. Lisa Piercey.

(615) 532-1969
dianna.shew@ag.tn.gov

*/s/ Sara E. Sedgwick*
SARA E. SEDGWICK, BPR 004336
Senior Assistant Attorney General
(615) 532-2589
sara.sedgwick@ag.tn.gov

*/s/ Reed N. Smith*
REED N. SMITH, BPR 040059
Assistant Attorney General
(615) 741-9593
reed.smith@ag.tn.gov

*/s/ Steven Griffin*
STEVEN GRIFFIN, BPR 040708
Assistant Attorney General
(615) 741-9598
steven.griffin@ag.tn.gov

*/s/ Trenton Meriwether*
TRENTON MERIWETHER, BPR 038577
Assistant Attorney General
(615) 253-3211
trenton.meriwether@ag.tn.gov
P.O. Box 20207
Nashville, Tennessee 37202
*Counsel for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2023, I filed the foregoing via the Court's ECF system and thereby served the following counsel:

John T. Winemiller
MERCHANT & GOULD
9717 Cogdill Road, Suite 101
Knoxville, TN 37932
JWinemiller@merchantgould.com

Omar Gonzalez-Pagan
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005-3919
ogonzalez-pagan@lambdalegal.org

Tara L. Borelli
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
158 W. Ponce De Leon Ave., Ste. 105
Decatur, GA 30030
tborelli@lambdalegal.org

Sasha Buchert
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
sbuchert@lambdalegal.org

Brandt Thomas Roessler
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
brandt.roessler@bakerbotts.com

Maddy R. Dwertman
Gavin R. Villareal
BAKER BOTTS LLP
401 S. 1st Street, Suite 1300
Austin, Texas 78704
maddy.dwertman@bakerbotts.com
gavin.villareal@bakerbotts.com

                                               */s/ Dianna Baker Shew*
                                               Dianna Baker Shew