IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:19-cv-0328 |
| WILLIAM BYRON LEE, et al., | ) |
| Defendants. | ) |

## ORDER

In further response to the Motion to Ascertain status (Doc. No. 106), the Court provides the following update:

The Court is aware that the parties have been kept waiting far too long for decision-making from this Court, and they have been forced to draw on far more reserves of patience than they should have. The Court can assure them, however, that this is not the result of the undersigned's lack of diligence or attention to the docket. Nor is it due a lack of concern about this case or the issues it presents; far to the contrary.

The parties can expect that within two weeks, they will be provided by the Court with a fulsome discussion of the issues that will serve to advise the parties of exactly where this matter stands.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE