IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KAYLA GORE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-0328 |
| | ) | |
| WILLIAM BYRON LEE, et al., | ) | JUDGE RICHARDSON |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Defendants' Motion to Dismiss Amended Complaint (Doc. No. 65) is **GRANTED**, and this action is **DISMISSED** with prejudice.

This is the final order denying all relief in this case. The Clerk is expected to enter final judgment in accordance with Federal Rule of Civil Procedure 58(b)(1)(C).

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE