UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Kayla Gore, et al.

                Plaintiff,

v.                       Case No.: 3:19–cv–00328

William Byron Lee, et al.

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/22/2023 re [111].

                                                  Lynda M. Hill
                                        s/ Aubrey L Frantz, Deputy Clerk