UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KAYLA GORE; JAMIE COMBS; L.G.; and K.N.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee; and RALPH ALVARADO,[1] in his official capacity as Commissioner of the Tennessee Department of Health,<br><br>*Defendants*. | No. 3:19-CV-00328<br><br>Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes |

## NOTICE OF APPEAL

Plaintiffs appeal to the United States Court of Appeals for the Sixth Circuit from the district court's Order granting Defendants' Motion to Dismiss (ECF No. 111) and subsequent Entry of Judgment (ECF No. 112) on June 22, 2023. This appeal includes all prior orders and decisions that merge into the district court's June 22, 2023 Order, including its Memorandum Opinion (ECF No. 110) of the same date.

Dated this 20th day of July 2023.

---

[1] Defendant LISA PIERCEY, sued in her official capacity, was replaced by RALPH ALVARADO as Commissioner of the Tennessee Department of Health on January 17, 2023. Plaintiffs therefore substitute her name with that of Commissioner Alvarado.

1

Respectfully,

*/s/ John T. Winemiller*

| | |
|---|---|
| Omar Gonzalez-Pagan* | John T. Winemiller |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | MERCHANT & GOULD |
| 120 Wall Street, 19th Floor | 800 S. Gay Street, Suite 2150 |
| New York, NY 10005 | Knoxville, TN 37929 |
| Phone: (212) 809-8585 | Phone: (865) 380-5960 |
| Facsimile: (212) 658-9721 | Facsimile: (612) 332-9081 |
| ogonzalez-pagan@lambdalegal.org | jwinemiller@merchantgould.com |
| | |
| Tara L. Borelli* | Gavin R. Villareal* |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | Maddy Dwertman* |
| 1 West Court Square, Suite 105 | BAKER BOTTS L.L.P. |
| Decatur, GA 30030 | 401 S. 1st Street, Suite 1300 |
| Phone: (404) 897-1880 | Austin, TX 78704 |
| Facsimile: (404) 897-1884 | Phone: (512) 322-2500 |
| tborelli@lambdalegal.org | Facsimile: (512) 322-2501 |
| | gavin.villareal@bakerbotts.com |
| | maddy.dwertman@bakerbotts.com |
| Sasha Buchert* | |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | Brandt Thomas Roessler* |
| 1776 K Street NW, 8th Floor | BAKER BOTTS L.L.P. |
| Washington, DC 20006 | 30 Rockefeller Plaza |
| Phone: (202) 804-6245 | New York, NY 10112 |
| sbuchert@lambdalegal.org | Phone (212) 408-2500 |
| | Facsimile: (212) 408-2501 |
| | brandt.roessler@bakerbotts.com |

* Admitted *pro hac vice*.

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 20, 2023, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which provides electronic notice of the filing to all counsel of record.

<i>/s/ John T. Winemiller</i><br>
John Winemiller

3

Case 3:19-cv-00328   Document 113   Filed 07/20/23   Page 3 of 3 PageID #: 2671