# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KAYLA GORE, et al., ) | |
| ) | |
| *Plaintiffs-Appellants,* ) | |
| ) | |
| v. ) | No. 3:19-cv-0328 |
| ) | |
| WILLIAM BYRON LEE, et al., ) | JUDGE RICHARDSON |
| ) | |
| *Defendants-Appellees.* ) | |

## **APPELLANTS' CERTIFICATION THAT NO TRANSCRIPT WILL BE ORDERED**

NOTICE IS HEREBY GIVEN THAT Plaintiffs-Appellants Kayla Gore, Jaime Combs, L.G., and K. N. certify pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B) that no transcript will be ordered in this matter.

DATED, this the 8th day of August, 2023.

Respectfully submitted,

*/s/ John T. Winemiller*
John T. Winemiller (TN No. 021084)
MERCHANT & GOULD, P.C.
800 S. Gay Street, Suite 2150
Knoxville, TN 37929
(865) 380-5960
jwinemiller@merchantgould.com

Omar Gonzalez-Pagan
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
(646) 307-7406
ogonzalez-pagan@lambdalegal.org
*Admitted Pro Hac Vice*

*Counsel for Plaintiffs-Appellants*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on August 8, 2023, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which provides electronic notice of the filing to all counsel of record.

*/s/ John T. Winemiller*
John T. Winemiller
