# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| KAYLA GORE, et al., | ) | |
| | ) | |
| *Plaintiffs-Appellants,* | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-0328 |
| | ) | |
| WILLIAM BYRON LEE, et al., | ) | JUDGE RICHARDSON |
| | ) | |
| *Defendants-Appellees.* | ) | |

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that, on August 9th, 2023, a true and correct copy of the APPELLANTS' CERTIFICATION THAT NO TRANSCRIPT WILL BE ORDERED was filed electronically using the Court's CM/ECF system, which provides electronic notice of the filing to all counsel of record, including:

Dianna Baker Shew
Senior Assistant Attorney General
dianna.shew@ag.tn.gov
Sara E. Sedgwick
Senior Assistant Attorney General
sara.sedgwick@ag.tn.gov
James Matthew Rice
Associate Solicitor General & Special Assistant to the Solicitor General
matt.rice@ag.tn.gov
Steven James Griffin
Assistant Attorney General
steven.griffin@ag.tn.gov
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-020

S. Jae Lim
U.S. Attorney's Office (Nashville)
Civil Rights And Claims Division 719 Church Street Suite 3300
Nashville, TN 37203
Jae.Lim@usdoj.Gov

This 11th day of August 2023.

                                                *s/John T. Winemiller*
                                                John T. Winemiller