**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 29, 2024

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

   Re: Case No. 23-5669, *Kayla Gore, et al v. William Lee, et al*
     Originating Case No. 3:19-cv-00328

Dear Mr. Hill:

 Enclosed is a copy of the mandate filed in this case.

          Sincerely yours,

          s/Patricia J. Elder, Senior Case Manager
           for Ryan Orme, Case Manager

cc:  Ms. Virginia Adamson
  Ms. Alison Dawn Andrews
  Ms. Suzanne Beecher
  Ms. Sasha Buchert
  Mr. John J. Bursch
  Ms. Patience Wells Crozier
  Ms. Madeleine Rose Dwertman
  Mr. Chad Michael Eggspuehler
  Mr. Omar Gonzalez-Pagan
  Mr. Steven James Griffin
  Mr. C. Joshua Lee
  Mr. Anthony J. Powell
  Mr. James Matthew Rice
  Mr. Brandt Thomas Roessler
  Mr. Jonathan Andrew Scruggs
  Ms. Sara E. Sedgwick
  Mr. Gavin Robert Villareal
  Mr. John T. Winemiller

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 23-5669

_____

Filed: November 29, 2024

KAYLA GORE; L.G.; K.N.; JAIME COMBS

    Plaintiffs - Appellants

v.

WILLIAM BYRON LEE, In his official capacity as Governor of the State of Tennessee; LISA PIERCEY, In her official capacity as Commissioner of the Tennessee Department of Health

    Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 07/12/2024 the mandate for this case hereby issues today.

COSTS: None